UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



---

DAVID FLOYD and LALIT CLARKSON;

      Plaintiffs,

-against-

THE CITY OF NEW YORK; NEW YORK
CITY POLICE COMMISSIONER RAYMOND
KELLY, in his individual and official capacity;
MAYOR MICHAEL BLOOMBERG, in his
individual and official capacity; NEW YORK
CITY POLICE OFFICER RODRIGUEZ, in his
individual capacity; NEW YORK CITY
POLICE OFFICER GOODMAN, in his
individual capacity; NEW YORK CITY
POLICE OFFICER JANE DOE, in he
individual capacity; and NEW YORK CITY
POLICE OFFICERS, JOHN DOES ##1 and
2, in their individual capacities;

      Defendants.

---

38 Civ. 01034

**ORDER GRANTING PLAINTIFFS' EXPEDITED MOTION TO RETAIN DATA
UNDER PROTECTIVE ORDER IN *DANIELS, et al.. v. THE CITY OF NEW YORK, et al.*
AND REQUEST FOR CONFERENCE**

WHEREAS, having come before the Court on Plaintiffs' Motion for an expedited order to permit Plaintiffs' Counsel to retain the UF-250 Form[1] stop and frisk data produced by the Defendants in *Daniels, et al. v. The City of New York, et al.*, Case No. 99 Civ. 1695, pursuant to the Stipulation of Settlement So Ordered by the Court on January 9, 2004, and the related Protective Order So

---

[1] The UF-250 is the form on which all New York City Police Department officers are required to record information about stop and frisks. The UF-250 data for the last quarter of 2003, all quarters for 2004, 2005, 2006 and the first quarter of 2007 were produced to Plaintiff's counsel under the terms of the Stipulation of Settlement in *Daniels*.

Ordered by the Court on January 31, 2000, and incorporated into the Complaint filed in the above captioned matter and on Plaintiffs' request for a conference, and having considered the motion and the record in this action, and being otherwise fully advised,

NOW, THEREFORE, IT IS HEREBY ORDERED:

That the motion is GRANTED. Plaintiffs shall retain the UF-250 data, all information derived therefrom and all other materials in their possession and control which refer to such information, until, at least, such time as the Court has held a conference and rendered a ruling on a complete record concerning Plaintiffs' request that the UF-250 data produced under the Stipulation of Settlement in *Daniels*, should be retained by Plaintiffs' counsel and should not be subject to a protective order in this case. A conference is scheduled for Feb. 6, 2008, at 3:30 p.m.

Dated: New York, New York
January 31, 2008

SO ORDERED:

[signature]

SHIRA A. SCHEINDLIN
UNITED STATES DISTRICT JUDGE