AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 21-cv-954

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* UNITED STATES CUSTOMS AND BORDER PROTECTION
was received by me on *(date)* 02/10/2021 .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: I MAILED THE SUMMONS AND COMPLAINT VIA FEDERAL EXPRESS OVERNIGHT 2/10/21 TO UNITED STATES CUSTOMS AND BORDER PROTECTION, 1300 PENNSYLVANIA AVE., STE. 4.4-B, WASHINGTON, DC 20229. RECEIPT CONFIRMED 2/16/2021 AT 10:56AM AND SIGNED FOR BY "K.ARL LUSBY" PER FEDERAL EXPRESS.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 02/16/2021

*Server's signature*

IAN HEAD, SENIOR LEGAL WORKER
*Printed name and title*

CENTER FOR CONSTITUTIONAL RIGHTS, 666 BROADWAY,
7TH FLOOR, NEW YORK, NY 10012

*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 21-cv-954

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* UNITED STATES CUSTOMS AND BORDER PROTECTION was received by me on *(date)* 02/10/2021.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* I MAILED THE SUMMONS AND COMPLAINT VIA FEDERAL EXPRESS OVERNIGHT 2/10/21 TO CIVIL DIVISION, U.S. ATTORNEY'S OFFICE, 86 CHAMBERS ST., 3RD FL, NEW YORK, NY 10007. RECEIPT CONFIRMED 2/15/2021 9:01AM AND SIGNED FOR BY "M. MIKE" PER FEDERAL EXPRESS.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 02/16/2021

*Server's signature*

IAN HEAD, SENIOR LEGAL WORKER
*Printed name and title*

CENTER FOR CONSTITUTIONAL RIGHTS, 666 BROADWAY, 7TH FLOOR, NEW YORK, NY 10012
*Server's address*

Additional information regarding attempted service, etc:
Service to SDNY US Attorney per FRCP Rule 4(i).