UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

DAVID FLOYD and LALIT CLARKSON,

                                   Plaintiff,

-against-

THE CITY OF NEW YORK; NEW YORK CITY
POLICE COMMISSIONER RAYMOND KELLY, in
his individual and official capacity; MAYOR MICHAEL
BLOOMBERG, in his individual and official capacity;
NEW YORK CITY POLICE OFFICER RODRIGUEZ,
in his individual capacity; NEW YORK CITY POLICE
OFFICER GOODMAN, in his individual capacity; NEW
YORK CITY POLICE OFFICER JANE DOE, in her
individual capacity; and NEW YORK CITY POLICE
OFFICERS, JOHN DOES ## 1 and 2, in their individual
capacities;

                                   Defendants.

------------------------------------------------------------------x

ORDER FOR
ADJOURNMENT OF
INITIAL
CONFERENCE

08 Civ. 1034 (SAS)



IT IS HEREBY ORDERED, that upon consent of the parties, the initial conference scheduled for April 7, 2008 at 4:30 p.m. is adjourned until ~~a later date convenient for the Court.~~ April 16, 2008, at 4:00 p.m.

Dated: New York, New York
        April 4, 2008

SO ORDERED:

_____
U.S.D.J. Shira A. Scheindlin



| | THE CITY OF NEW YORK | |
|---|---|---|
| MICHAEL A. CARDOZO<br>*Corporation Counsel* | **LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | DAVID M. HAZAN<br>*Assistant Corporation Counsel*<br>dhazan@law.nyc.gov<br>(212) 788-8084<br>(212) 788-9776 (fax) |

April 3, 2008

**BY FAX (212) 805-7920**
Honorable Shira A. Scheindlin
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: Floyd v. City of New York, et al., 08 Civ. 1034 (SAS)

Your Honor:

I am an Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department assigned to the defense of the above-referenced matter. In that regard, I write to respectfully request a short adjournment of the initial conference, scheduled for April 7, 2008 at 4:30 p.m., to the following week, either April 14, 2008 or April 16, 2008, if such meets with the Court's convenience. Defendants' Answer to the Complaint is presently due on April 10, 2008. Plaintiffs' counsel consents to this request and is available on the foregoing dates.

As background, counsel for defendants is currently on trial before the Honorable Sidney H. Stein in the matter of Saleh v. City of New York et al., 06 Civ. 1007 (SHS). The trial began on April 1, 2008 and will likely not be completed before April 7, 2008. Furthermore, due to counsels' trial schedules and other matters, counsel have not had an opportunity to confer and agree upon an initial scheduling order. Granting this short adjournment will enable counsel to do so, and will set the conference for a date shortly after defendants have responded to the complaint and issue has been joined. Accordingly, defendants respectfully request that the Court adjourn the settlement conference, scheduled for April 7, 2008 at 4:30 p.m., to the following week, either April 14, 2008 or April 16, 2008, if such meets with the Court's convenience.

I thank the Court for its consideration herein.

Respectfully submitted,

*David H*

David Hazan (DH-8611)
Assistant Corporation Counsel

cc: Andrea Costello, Esq. (by fax: 212.614.6499)