USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/9/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DAVID FLOYD and LALIT CLARKSON;

           Plaintiffs,

-against-

THE CITY OF NEW YORK; NEW YORK CITY POLICE COMMISSIONER RAYMOND KELLY, in his individual and official capacity; MAYOR MICHAEL BLOOMBERG, in his individual and official capacity; NEW YORK CITY POLICE OFFICER RODRIGUEZ, in his individual capacity; NEW YORK CITY POLICE OFFICER GOODMAN, in his individual capacity; NEW YORK CITY POLICE OFFICER JANE DOE, in her individual capacity; and NEW YORK CITY POLICE OFFICERS, JOHN DOES ##1 and 2, in their individual capacities;

           Defendants.

---

08 Civ. 01034 (SAS)

**ORDER**



RECEIVED
CHAMBERS OF
APR 08 2008
JUDGE S. ....DLIN

WHEREAS, having coming before the Court on the parties' request, prior to the entry of a Scheduling Order in this case, that Plaintiffs be permitted to file an Amended Complaint on or before April 14, 2008, and Defendants file an Answer to the Amended Complaint on or before May 14, 2008, and having considered the request and the record in this action, and being otherwise fully advised,

NOW, THEREFORE, IT IS HEREBY ORDERED:

That the request is GRANTED. Plaintiffs shall have until April 14, 2008, to file an Amended Complaint on or before May 14, 2008, and Defendants shall have until May 14, 2008, to file an Answer to the Amended Complaint, in lieu of filing an Answer to the pending Complaint. By so doing, Defendants shall not be in default nor waive any rights, claims or defenses.

Dated: New York, New York
      April ___9___, 2008

SO ORDERED:

_____
SHIRA A. SCHEINDLIN
UNITED STATES DISTRICT JUDGE