UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DAVID FLOYD and LALIT CLARKSON;

               Plaintiffs,

     -against-

THE CITY OF NEW YORK; NEW YORK
CITY POLICE COMMISSIONER RAYMOND
KELLY, in his individual and official capacity;
MAYOR MICHAEL BLOOMBERG, in his
individual and official capacity; NEW YORK
CITY POLICE OFFICER RODRIGUEZ, in his
individual capacity; NEW YORK CITY
POLICE OFFICER GOODMAN, in his
individual capacity; NEW YORK CITY
POLICE OFFICER JANE DOE, in her
individual capacity; and NEW YORK CITY
POLICE OFFICERS, JOHN DOES ##1 and
2, in their individual capacities;

               Defendants.

---

08 Civ. 01034 (SAS)

ORDER

USDC SD
DOCU...
ELECT...
DOC #: _____
DATE FILED: 4/14/08

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

      WHEREAS, having coming before the Court on Plaintiffs' request to file the unredacted Amended Complaint in this case under seal, and having considered the request and the record in this action, and being otherwise fully advised,

      NOW, THEREFORE, IT IS HEREBY ORDERED:

      That the request is GRANTED. Plaintiffs shall file the unredacted Amended Complaint in this case with the Clerk of Court as soon as practicable.

      The Clerk of the Court is hereby directed to accept for filing the redacted version of Plaintiffs' Amended Complaint via the CM/ECF system in the above-captioned action and to file under seal the unredacted version of the Amended Complaint.

Dated: New York, New York
April 11, 2008

SO ORDERED:

_____
SHIRA A. SCHEINDLIN
UNITED STATES DISTRICT JUDGE