UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DAVID FLOYD, *et al.*,

          **Plaintiffs,**

-against-

THE CITY OF NEW YORK, *et al.*,

          **Defendants**

---

08 Civ. 1034 (SAS)

**ORDER**

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

    WHEREAS, having coming before the Court on Plaintiffs' request to file a motion to compel discovery from Defendants concerning the NYPD's UF-250 stop-and-frisk data and related information covered by the Protective Order in *Daniels, et al. v. The City of New York, et al.*, and having considered the request and the record in this action, and being otherwise fully advised,

    NOW, THEREFORE, IT IS HEREBY ORDERED:

    That the request is GRANTED. Plaintiffs shall file their motion to compel by May 31, 2008; Defendants shall file and serve their opposition to Plaintiffs' motion to compel by June 30, 2008; and Plaintiffs shall file and their reply in further support of their motion to compel by July 15, 2008.

Dated: New York, New York
       April 21, 2008

→ Additionally, a hearing on the proposed motion is scheduled for May 5, 2008 at 2:30 p.m.

SO ORDERED:

_____
SHIRA A. SCHEINDLIN
UNITED STATES DISTRICT JUDGE

# centerforconstitutionalrights

666 broadway new york, ny 10012
212.614.6464 www.ccr-ny.org

April 18, 2008

**VIA FAX**

The Honorable Shira A. Scheindlin
United States District Court
Southern District of New York
500 Pearl Street, Room 1620
New York, NY 10007



Re:    *Floyd, et al. v. The City of New York, et al.*
       Case No.: 08 Civ. 01034 (SAS)

Dear Judge Scheindlin:

Our office represents Plaintiffs in the above-referenced case. At the initial scheduling conference held on April 16, 2008, Plaintiffs informed the Court that: (1) Defendants would be served with document requests seeking production of the New York City Police Department's UF-250 stop and frisk data and related documents, (2) the parties had agreed that Defendants would have until May 1, 2008, to respond to Plaintiffs' document requests, (3) Defendants had indicated that they were going to object to all or part of Plaintiffs' requests, thereby requiring Plaintiffs to file a motion to compel, and (4) the parties would confer and submit a joint proposed briefing schedule for Plaintiffs' motion to compel by April 18, 2008.

Plaintiffs have served their UF-250 document requests on Defendants. In addition, counsel for both sides have conferred and agreed on the following proposed schedule: Defendants will serve their objections to Plaintiffs' document requests for the UF-250 data by no later than May 1, 2008; Plaintiffs will file their motion to compel by no later than May 31, 2008; Defendants will file their opposition to Plaintiffs' motion to compel no later than June 30, 2008; and Plaintiffs will file their reply by no later than July 15, 2008.

A proposed order documenting this schedule is enclosed for the Court's convenience. Thank you for the Court's attention to this matter.

Respectfully submitted,

*Andrea Costello*

CENTER FOR CONSTITUTIONAL RIGHTS
Andrea Costello (AC-6197)
Kamau Franklin (KF-6837)
Darius Charney (DC-1619)

BELDOCK, LEVINE & HOFFMAN, LLP
Jonathan Moore (JM-6902)

Enclosure



cc:   Linda Donahue (via fax)
      Jennifer Rossan (via fax)
      David Hazan (via fax)