UNITED DISTRICT COURT OF NEW YORK
SOUTHERN DISTRICT
-------------------------------------------------------------------X
DAVID FLOYD and LALIT CLARKSON
                                **Plaintiff**

        -against-                                                      08CV01034
                                                                       MCMAHON


THE CITY OF NEW YORK, NEW YORK CITY POLICE
COMMISSIONER RAYMOND KELLY, in his individual
and official capacity, MAYOR MICHAL BLOOMBERG
,in his individual and official capacity, NEW YORK CITY
POLICE OFFICER RODRIGUEZ, in his individual capacity,
NEW YORK CITY POLICE OFFICER GOODMAN, in
his individual capacity, NEW YORK CITY POLICE OFFICER
JANE DOE, in her individual capacity, and NEW YORK CITY
POLICE OFFICERS john does #1 and 2 in their individual
capacities
                                        Defendants
-------------------------------------------------------------------X
STATE OF NEW YORK      )
COUNTY OF KINGS        )

        TALIK RHETT, being duly sworn, deposes and says that she is

over the age of eighteen years and is not a party to this action.

        That on the February 29, 2008, at approximately 12:10 p.m., deponent served a true copy

of the Summons and Complaint upon Mayor Bloomberg,  by leaving with Tamekia Mendes-Gammons,

docketing clerk, 100 Church Street,, New York, New York 10007, defendants place of business.

        Tamekia Mendes-Gammons, is a black skin female, approximately 20-30 years of age,

approximately 5 foot 6 in height, approximately 130-150 lbs in weight with brown hair.

        I asked the person spoken to whether the respondent was in active military service of the

United States or of the State of New York in any capacity whatever and received a negative reply.


                Talik Rhett #1060883
                Sworn before me this
                12th day of March, 2008

UNITED DISTRICT COURT OF NEW YORK
SOUTHERN DISTRICT
-------------------------------------------------------------------X
DAVID FLOYD and LALIT CLARKSON
                              **Plaintiff**

            -against-                                          08CV01034
                                                               MCMAHON

THE CITY OF NEW YORK, NEW YORK CITY POLICE
COMMISSIONER RAYMOND KELLY, in his individual
and official capacity, MAYOR MICHAL BLOOMBERG
,in his individual and official capacity, NEW YORK CITY
POLICE OFFICER RODRIGUEZ, in his individual capacity,
NEW YORK CITY POLICE OFFICER GOODMAN, in
his individual capacity, NEW YORK CITY POLICE OFFICER
JANE DOE, in her individual capacity, and NEW YORK CITY
POLICE OFFICERS john does #1 and 2 in their individual
capacities
                              Defendants
-------------------------------------------------------------------X
STATE OF NEW YORK       )
COUNTY OF KINGS         )

            TALIK RHETT, being duly sworn, deposes and says that she is

over the age of eighteen years and is not a party to this action.

            That on the February 28, 2008, at approximately 12:35 p.m., deponent served a true copy

of the Summons and Complaint upon Mayor Bloomberg,  by leaving with Lisa Moore, agency attorney,

authorized to accept at 1 Police Plaza, New York, New York, defendants place of business.

            Lisa Moore, is a black skin female, approximately 25-35 years of age, approximately 5

foot 4 in height, approximately 150-165 lbs in weight with black hair and glasses.

            I asked the person spoken to whether the respondent was in active military service of the

United States or of the State of New York in any capacity whatever and received a negative reply.

_____
Talik Rhett #1060883
            Sworn before me this
            /2th day of March, 2008

_____
SAUL L. BRILL
Notary Public, State of New York
No. 01BR4805737
Qualified in Kings County
Commission Expires July 23, 2009