# centerforconstitutionalrights

666 broadway new york, ny 10012
212.614.6464 www.ccr-ny.org

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/1/08

May 1, 2008

RECEIVED
CHAMBERS OF
MAY    2008
JUDGE SCHEINDLIN

**VIA FACSIMILE**

The Honorable Shira A. Scheindlin
United States District Court
Southern District of New York
500 Pearl Street, Room 1620
New York, NY 10007

    Re:    *Floyd, et al. v. The City of New York, et al.*
           Case No.: 08 Civ. 01034 (SAS)

Dear Judge Scheindlin:

    We represent Plaintiffs in the above-entitled action. We write in response to the Court's April 21, 2008 Order, which set a hearing on plaintiffs' anticipated motion to compel discovery for May 5, 2008. However, none of Plaintiffs' counsel is available on May 5th, and lead plaintiffs' counsel Andrea Costello is actually out of the office from May 5th through May 9th. Accordingly, we respectfully request that the hearing be adjourned to May 14, 2008, or any date thereafter which is convenient for the Court. We have conferred with counsel for Defendants who have consented to this adjournment and are available to appear in the afternoon on May 14th.

    Thank you for your time and consideration.

*[Handwritten: Request granted. Hearing adjourned to May 19 at 11:30. So Ordered. [signature] USDJ 5/1/08]*

Respectfully submitted,

[signature] Darius Charney

CENTER FOR CONSTITUTIONAL RIGHTS
Andrea Costello (AC-6197)
Kamau Franklin (KF-6837)
Darius Charney (DC-1619)

BELDOCK, LEVINE & HOFFMAN, LLP
Jonathan Moore (JM-6902)

cc:    Linda Donahue (via facsimile)
       David Hazan (via facsimile)
       Jennifer Rossan (via facsimile)