# centerforconstitutionalrights

666 broadway new york, ny 10012
212.614.6464 www.ccr-ny.org

RECEIVED
CHAMBERS OF
MAY 27 2008
JUDGE SCHEINDLIN

May 27, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/28/08

**VIA FACSIMILE**

The Honorable Shira A. Scheindlin
United States District Court
Southern District of New York
500 Pearl Street, Room 1620
New York, NY 10007

    Re:    *Floyd, et al. v. The City of New York, et al.*
            Case No.: 08 Civ. 1034 (SAS)

Dear Judge Scheindlin:

      Our office represents Plaintiffs in the above-referenced case. Pursuant to Fed. R. Civ. P. 4(m), Plaintiffs respectfully request an extension of time to serve certain individual Defendants named in the original Complaint. An extension is necessary to permit Plaintiffs to obtain sufficient identifying information from Defendant City of New York to be able to locate and serve these individuals. Currently, the deadline for service of the original Complaint is May 30, 2008.

      Plaintiffs filed the original Complaint in this action on January 31, 2008, and named the City of New York, Mayor Michael Bloomberg, New York City Police Commissioner Raymond Kelly, and New York City Police Officers Rodriguez, Goodman, Jane Doe, and John Does #1 and # 2 as Defendants.[1] Plaintiffs have successfully completed service on Defendants City of New York, Bloomberg and Kelly.

      Plaintiffs have attempted service on Defendant Officers Rodriguez and Goodman, but without their shield numbers, our process server has been unable to locate Officers Rodriguez and Goodman either at the precinct where they were believed to be assigned or in the NYPD's police officer wheel. While counsel for the City indicated last week that they will provide Plaintiffs with sufficient identifying information on Officers Rodriguez, Goodman, and the three Does in the next several weeks, we will not get this information by May 30, 2008, the date on which the 120-day time limit for service of process expires.

*[handwritten annotation by judge: Plaintiffs may have an extension of time in which to serve certain individual defendants until thirty days after the City provides identifying information. So Ordered. [signature] 5/27/08]*

---

[1] Plaintiffs' Amended Complaint, which was filed on April 15, 2008, names several additional New York City police officers as individual Defendants. Plaintiffs' time to serve these additional individuals does not expire until August 13, 2008.

CR

Accordingly, Plaintiffs respectfully request to have until 30 days from the date on which counsel for the City provides Plaintiffs with sufficient identifying information on Defendants Rodriguez, Goodman, Jane Doe, and John Does #1 and #2 to effect service on these five individual defendants. Counsel for the City consents to this extension.

Thank you for your time and consideration.

Respectfully submitted,

*Darius Charney*

CENTER FOR CONSTITUTIONAL RIGHTS
Darius Charney (DC-1619)
Andrea Costello (AC-6197)
Kamau Franklin (KF-6837)
666 Broadway, 7th Floor
New York, NY 10012
(212) 614-6475
dcharney@ccrjustice.org
acostello@ccrjustice.org
kfranklin@ccrjustice.org


BELDOCK, LEVINE & HOFFMAN, LLP
Jonathan Moore (JM-6902)


cc:  David Hazan (Via facsimile)
     Jennifer Rossan (Via facsimile)
     Linda Donahue (Via facsimile)