UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FLOYD, et al.,

                  Plaintiffs,

   -against-

THE CITY OF NEW YORK, et al.,

                  Defendants.

08 Civ. 01034 (SAS)

ORDER

---

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

    WHEREAS, having coming before the Court on Plaintiffs' request to file an unredacted Memorandum of Law in Support of Plaintiffs' Motion to Compel Discovery and the exhibits to the Declaration of Andrea Costello under seal, and having considered the request and the record in this action, and being otherwise fully advised,

    NOW, THEREFORE, IT IS HEREBY ORDERED:

    That the request is GRANTED. Plaintiffs shall file the unredacted Memorandum of Law in Support of their Motion to Compel Discovery and exhibits to the Declaration of Andrea Costello under seal.

    The Clerk of the Court is hereby directed to accept for filing the redacted versions of the Memorandum of Law in Support of Plaintiffs' Motion to Compel Discovery and exhibits to the Declaration of Andrea Costello via the CM/ECF system in the above-captioned action and to file, under seal, the unredacted versions of these documents.

Dated: New York, New York
        May ___, 2008

*[Handwritten note:] Plaintiffs may file their motion June 2, 2008. Defendants accordingly will have one extra business day to file their opposition.*

SO ORDERED:

_____
SHIRA A. SCHEINDLIN
UNITED STATES DISTRICT JUDGE