UNITED DISTRICT COURT OF NEW YORK
SOUTHERN DISTRICT

-------------------------------------------------------------------X

DAVID FLOYD and LALIT CLARKSON

**Plaintiff**

-against-

08CV01034
MCMAHON

THE CITY OF NEW YORK, NEW YORK CITY POLICE
COMMISSIONER RAYMOND KELLY, in his individual
and official capacity, MAYOR MICHAEL BLOOMBERG
,in his individual and official capacity, NEW YORK CITY
POLICE OFFICER RODRIGUEZ, in his individual capacity,
NEW YORK CITY POLICE OFFICER GOODMAN, in
his individual capacity, NEW YORK CITY POLICE OFFICER
JANE DOE, in her individual capacity, and NEW YORK CITY
POLICE OFFICERS john does #1 and 2 in their individual
capacities

Defendants

-------------------------------------------------------------------X

STATE OF NEW YORK     )
COUNTY OF KINGS       )

TALIK RHETT, being duly sworn, deposes and says that she is

over the age of eighteen years and is not a party to this action.

That on the May 29, 2008, at approximately 12:48 p.m., deponent served a true copy of

the Summons and Complaint upon Mayor Michael Bloomberg, by leaving with Amanda Gonzalez,

docketing clerk, 100 Church Street,, New York, New York 10007, defendants place of business.

Amanda Gonzalez, is a black skin female, approximately 20-30 years of age,

approximately 5 foot 5 in height, approximately 140-150 lbs in weight with black hair.

Talik Rhett #1060883

Sworn before me this

20 th day of March, 2008

ANTOINETTE N. OKECHUKWU
Notary Public, State Of New York
No. 05OK6095170
Qualified In Queens County
Commission Expires 7-7-20

UNITED DISTRICT COURT OF NEW YORK
SOUTHERN DISTRICT

------------------------------------------------------------X

DAVID FLOYD and LALIT CLARKSON

                           **Plaintiff**,

    -against-

THE CITY OF NEW YORK, NEW YORK CITY POLICE
COMMISSIONER RAYMOND KELLY, in his individual
and official capacity, MAYOR MICHAL BLOOMBERG
, in his individual and official capacity, NEW YORK CITY
POLICE OFFICER RODRIGUEZ, in his individual capacity,
NEW YORK CITY POLICE OFFICER GOODMAN, in
his individual capacity, NEW YORK CITY POLICE OFFICER
JANE DOE, in her individual capacity, and NEW YORK CITY
POLICE OFFICERS john does #1 and 2 in their individual
capacities

                           Defendants

08CV01034
MCMAHON

------------------------------------------------------------X

STATE OF NEW YORK  )
COUNTY OF KINGS    )

        TALIK RHETT, being duly sworn, deposes and says that she is

over the age of eighteen years and is not a party to this action.

        That on the May 29, 2008, at approximately 12:38 p.m., deponent served a true

copy of the Summons and Complaint upon New York City Police Commissioner Raymond Kelly,

by leaving with Tara Oupoli, agency attorney, authorized to accept at

1 Police Plaza, New York, New York, defendants place of business.

        Tara Oupoli, is a white skin female, approximately 25-35 years of age,

approximately 5 foot 4 in height, approximately 130 lbs in weight with black hair and glasses.

Talik Rhett #1060883

        Sworn before me this

30 th day of May, 2008

ANTOINETTE N. OKECHUKWU
Notary Public, State Of New York
No. 05OK6095170
Qualified in Queens County
Commission Expires 7-7-200|

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

FLOYD, *et al.*,                                        08 Civ. 01034 (SAS)

                **Plaintiffs,**

    -against-

THE CITY OF NEW YORK, *et al.*,

                **Defendants.**
_____/

## DECLARATION OF SERVICE

Andrea Costello, hereby declares that, as provided in N.Y. C.P.L.R. § 308(2), on the 5th day of June 2008, I mailed the Summons and a true and correct copy of the unredacted Amended Complaint (in a sealed envelope indicating that the document was filed under seal with the Clerk of the Court in this action) via U.S. First Class Mail and electronic mail to the following:

        Commissioner Raymond Kelly
        New York City Police Department
        1 Police Plaza
        New York, NY 10038

        Mayor Michael Bloomberg
        City Hall
        New York, NY 10007

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.  Executed on June 5, 2008.

                           s/ Andrea Costello
                           Andrea Costello (AC-6197)