```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/27/08
```

UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

FLOYD, et al.,

                                   Plaintiffs,

-against-

THE CITY OF NEW YORK, et al.,                             08 CV 1034 (SAS)

                                   Defendants.

-------------------------------------------------------------x

**ORDER**

      **WHEREAS**, having come before the Court on Defendants' request to file an unredacted Memorandum of Law in Opposition to Plaintiffs' Motion to Compel Discovery and Declaration of Jennifer Rossan and exhibits under seal, and having considered the request and the record in this action, and otherwise fully advised,

      **NOW, THEREFORE, IT IS HEREBY ORDERED**:

      That the request is **GRANTED**. Defendants shall file the unredacted Memorandum of Law in Opposition to Plaintiffs' Motion to Compel Discovery and the Declaration of Jennifer Rossan with Exhibits under seal.

      The Clerk of the Court is hereby directed to accept for filing the redacted versions of the Memorandum of Law in Opposition to Plaintiffs' Motion to Compel Discovery and the Declaration of Jennifer Rossan and exhibits under seal via the CM/ECF system in the above captioned action and to file, under seal, the unredacted versions of these documents.

Dated:     New York, New York
              June 27, 2008

                                                                 SO ORDERED

                                                                 SHIRA A. SCHEINDLIN, U.S.D.J.