**AFFIDAVIT OF SERVICE**                                Index #: 08 Civ. 1034 (SAS)

Date Purchased: _____
Date Filed: _____
Court Date: _____

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

COUNTY

ATTORNEY(S):  : COVINGTON & BURLING LLP    PH: 212-841-1000
   ADDRESS:  620 EIGHTH AVENUE  NEW YORK  NY  10018    File No.:

**DAVID FLOYD, LALIT CLARKSON, and DEON DENNIS, individually and on behalf of a class of all others**
                                vs.                                                    *Plaintiff(s)/Petitioner(s)*
**THE CITY OF NEW YORK, et al.,**

                                                              *Defendant(s)/Respondent(s)*

STATE OF NEW YORK, COUNTY OF NASSAU           SS.:

_____CURTIS WARREN_____, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years

of age and resides in New York State. On _____July 30, 2008_____ at _____4:35 PM_____

at _____New York City Police Department, 43rd Precinct 900 Freley Avenue Bronx. NY 10472_____, deponent served the within

**Summons In A Civil Case, Confidential Unredacted Amended Complaint Filed Under Seal, Individual Rules and Procedures Judge Shira A. Scheindlin, Honorable Shira A. Scheindlin Suggested Rules of Discovery Practice and** Electronic
Case Filing Rules & Instructions

with Index Number _____08 Civ. 1034 (SAS)_____, and Date Purchased _____ endorsed thereon,

on: **Police Officer James Kelly Shield No. 92145** _____, **Defendant** therein named.

#1 INDIVIDUAL    By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person
[  ]            described as said person therein.

#2 CORPORATION  By delivering to and leaving with _____ and that deponent knew the person
[  ]            so served to be Managing Agent of the corporation, and authorized to accept service on behalf of the corporation.

*Service was made in the following manner after your deponent was unable, with due diligence, to serve the
witness/defendant in person, and an attempt to locate the defendant's place of employment.*

#3 SUITABLE     By delivering a true copy of each to _____Police Officer Murray - Co-Worker_____ a person of suitable age and discretion.
AGE PERSON      Said premises is recipient's  [ X ] actual place of business    [  ] dwelling house (usual place of abode) within the state.
[X]

#4 AFFIXING     By affixing a true copy of each to the door of said premises, which is recipient's:    [  ] actual place of business
TO DOOR         [  ] dwelling house (place of abode) within the state.
[  ]

#5 MAIL COPY    On _____July 31, 2008_____, deponent completed service under the last two sections by depositing a copy of the
[X]             _____Above Documents_____ to the above address in a 1st Class
                postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive
                care and custody of the United States Post Office in the State of New York. Certified Mail No. _____

                Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called

                thereat on the _____ day of _____ at _____
                       on the _____ day of _____ at _____
                       on the _____ day of _____ at _____
                       on the _____ day of _____ at _____

#6 NON-SRVC     After due search, careful inquiry and diligent attempts, I have been unable to effect process upon the person/entity
[  ]            being served because of the following:  [  ] Unknown at Address    [  ] Evading    [  ] Moved left no forwarding
                [  ] Address does not exist    [  ] Other: _____

#7 DESCRIPTION  A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
[X]             Sex _Female_    Color of skin _Brown_    Color of hair _Black_    Age _51 - 65 Yrs._    Height _5' 9" - 6' 0"_
(use with #1, 2 or 3)  Weight _161 - 200 Lbs._    Other Features: _____

#8 WIT. FEES    the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.
[  ]

#9 MILITARY SRVC  Deponent asked person spoken to whether the defendant was presently in military service of the United States Government or of the
[X]             State of New York and was informed that defendant was not.

#10 OTHER
[  ]

Sworn to before me on this __31__ day of _____July, 2008_____

                                                              *C W Wn* (signature)

_____          _____
BARBARA A. SHURGIN                        CURTIS WARREN
NOTARY PUBLIC, State of New York          Server's Lic # 0870667
No. 30-5004737, Qualified in Nassau County
Commission Expires November 23, 2010      Invoice•Work Order # 0834301

*CAPITAL PROCESS SERVERS, INC. 265 POST AVENUE SUITE 150, WESTBURY, NY 11590 - TEL 516-333-6380 • FAX 516-333-6382*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
DAVID FLOYD, LALIT CLARKSON, and
DEON DENNIS, individually and on behalf of a class
of all others similarly situated,

Plaintiffs,

v.

Case No.  08 Civ. 1034 (SAS)

THE CITY OF NEW YORK; NEW YORK CITY
POLICE COMMISSIONER RAYMOND KELLY,
in his individual and official capacity;  MAYOR
MICHAEL BLOOMBERG, in his individual and
official capacity; NEW YORK CITY POLICE
OFFICER RODRIGUEZ, in his individual capacity;
NEW YORK CITY POLICE OFFICER
GOODMAN, in his individual capacity; NEW YORK
CITY POLICE OFFICER JANE DOE, in her
individual capacity; NEW YORK CITY POLICE
OFFICER HERNANDEZ, Shield #15957, in his
individual capacity; NEW YORK CITY POLICE
OFFICER JOYCE, Shield #31274, in his individual
capacity; NEW YORK CITY POLICE OFFICER
KELLY, Shield #34759, in his individual capacity;
NEW YORK CITY POLICE OFFICER JOHN DOE
#1, in his individual capacity; NEW YORK CITY
POLICE OFFICER JOHN DOE #2, in his individual
capacity; NEW YORK CITY POLICE OFFICER
POPICHURDO, in his individual capacity; NEW
YORK CITY POLICE OFFICER SALERNO, Shield
# 7116, in his individual capacity; NEW YORK
CITY POLICE OFFICER HAYES, in his individual
capacity;

Defendants.
-------------------------------------------------------------------X

## SUMMONS IN A CIVIL CASE

TO: (Name and address of defendant)

Police Officer James Kelly
Shield No. 92145
New York City Police Department, 43rd Precinct
900 Freley Avenue
Bronx, NY 10472

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF"S ATTORNEY (name and address):

> Andrea Costello
> Center for Constitutional Rights
> 666 Broadway, 7th Floor
> New York, NY 10012

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

# J. MICHAEL McMAHON

_____
CLERK OF COURT

APR 1 5 2008
_____
DATE

_____
(BY) DEPUTY CLERK