UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

FLOYD, *et al.*,

        Plaintiffs,

  -against-

THE CITY OF NEW YORK, *et al.*,

        Defendants.

_____

08 Civ. 1034 (SAS)

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 1.4, the undersigned counsel for Plaintiffs in the above captioned matter hereby respectfully moves this Court to withdraw as counsel for Plaintiffs. As of August 21, 2008, the undersigned will no longer be employed at the Center for Constitutional Rights and will be unable to continue this representation as part of her new employment in another jurisdiction. Plaintiffs continue to be represented by other counsel of record in this matter.

Dated: August 18, 2008

By:    s/ Andrea Costello
    Andrea Costello (AC-6197)
    Center for Constitutional Rights
    666 Broadway, 7th Floor
    New York, NY 10012
    T (212) 614-6439; F (212) 614-6499
    acostello@ccrjustice.org

    ATTORNEY FOR PLAINTIFFS

**CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of August, 2008, that a true and correct copy of the foregoing document was furnished via CM/ECF and U.S. First Class Mail upon the following:

>Linda Donahue
>David Hazan
>Jennifer Rossan
>Assistant Corporation Counsel
>Corporation Counsel of the City of New York
>100 Church Street, Room 3-158
>New York, NY 10007

>s/ Andrea Costello_____
>Andrea Costello (AC-6197)