**AFFIDAVIT OF SERVICE**

Index #: **08 Civ. 1034 (SAS)**
Date Purchased: **October 20, 2008**
Date Filed: _____
Court Date: _____

**UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK**
**COUNTY**

ATTORNEY(S): : COVINGTON & BURLING LLP    PH: 212-841-1000
ADDRESS: 620 EIGHTH AVENUE  NEW YORK  NY  10018    File No.:

**DAVID FLOYD, et al.,**
vs.
**THE CITY OF NEW YORK, et al.,**

*Plaintiff(s)/Petitioner(s)*

*Defendant(s)/Respondent(s)*

STATE OF NEW YORK, COUNTY OF NASSAU    SS.:

__**STEEVE F. LOUIS**__, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in New York State. On __October 23, 2008__ at __12:49 PM__ at __New York City Police Department, 107th Precinct 71-01 Parsons Blvd. Fresh Meadows, NY 11365__, deponent served the within **Summons In A Civil Case, Second Amended Class Action Complaint For Declaratory and Injunctive Relief and Individual Damages Demand For Jury Trial, Individual Rules and Procedures of Judge Shira A. Scheindlin and** etc. with Index Number __08 Civ. 1034 (SAS)__, and Date Purchased __October 20, 2008__ endorsed thereon,

on: **New York City Police Officer Christopher Moran, in his individual capacity**, **Defendant** therein named.

#1 INDIVIDUAL [ ] By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

#2 CORPORATION [ ] By delivering to and leaving with _____ and that deponent knew the person so served to be Managing Agent of the corporation, and authorized to accept service on behalf of the corporation.

*Service was made in the following manner after your deponent was unable, with due diligence, to serve the witness/defendant in person, and an attempt to locate the defendant's place of employment.*

#3 SUITABLE AGE PERSON [X] By delivering a true copy of each to __MS HILL - PRINCIPAL__ a person of suitable age and discretion. Said premises is recipient's [X] actual place of business [ ] dwelling house (usual place of abode) within the state.

#4 AFFIXING TO DOOR [ ] By affixing a true copy of each to the door of said premises, which is recipient's: [ ] actual place of business [ ] dwelling house (place of abode) within the state.

#5 MAIL COPY [X] On __October 24, 2008__, deponent completed service under the last two sections by depositing a copy of the __Above Documents__ to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York. Certified Mail No. _____

Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called
thereat on the ___ day of ___ at ___
on the ___ day of ___ at ___
on the ___ day of ___ at ___
on the ___ day of ___ at ___

#6 NON-SRVC [ ] After due search, careful inquiry and diligent attempts, I have been unable to effect process upon the person/entity being served because of the following: [ ] Unknown at Address  [ ] Evading  [ ] Moved left no forwarding  [ ] Address does not exist  [ ] Other: _____

#7 DESCRIPTION [X] A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
(use with #1, 2 or 3)  Sex __Female__  Color of skin __Brown__  Color of hair __Brown__  Age __36 - 50 Yrs.__  Height __5' 4" - 5' 8"__
Weight __161 - 200 Lbs.__  Other Features: __Glasses__

#8 WIT. FEES [ ] the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

#9 MILITARYSRVC [X] Deponent asked person spoken to whether the defendant was presently in military service of the United States Government or of the State of New York and was informed that defendant was not.

#10 OTHER [ ]

Sworn to before me on this __28__ day of __October, 2008__

BARBARA A. SHURGIN
NOTARY PUBLIC, State of New York
No. 30-5004737, Qualified in Nassau County
Commission Expires November 23, 2010

STEVEN M SHURGIN
NOTARY PUBLIC, State of New York
No. 01SH6190498, Qualified in Nassau County
Commission Expires July 28, 2012

STEPHANIE GALLIGAN
NOTARY PUBLIC, State of New York
No. 01GA6190672, Qualified in Nassau County
Commission Expires July 28, 2012

STEEVE F. LOUIS
Server's Lic # 0868691
Work Order # 0849617

CAPITAL PROCESS SERVERS, INC. 265 POST AVENUE SUITE 150, WESTBURY, NY 11590 -TEL 516-333-6380 • FAX 516-333-6382