UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X

DAVID FLOYD *et al.*,

        Plaintiffs,

  - against -

THE CITY OF NEW YORK *et al.*,

        Defendants.

------------------------------------------------------------- X

<u>ORDER</u>

08 Civ. 1034 (SAS)

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

    In light of the forty-five day extension of the close of discovery granted in the above-captioned case at a hearing on September 25, 2008, the Court modifies the April 16, 2008 Scheduling Order as follows:

- The parties shall complete factual discovery by March 1, 2009.
- Plaintiffs shall identify any expert witness on or before March 1, 2009.
- Defendants shall identify any expert witness on or before March 31, 2009.
- Plaintiffs shall serve their expert report on or before March 31, 2009.
- Defendants shall serve their rebuttal expert report on or before April 30, 2009.
- Expert depositions for both parties shall be completed by May 1, 2009.

- The final pretrial conference shall be held on March 19, 2009, at 4:30 p.m. This conference shall also serve as a pre-motion conference for any dispositive motions to be filed by either party.

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated:   New York, New York
         November 17, 2008

## - Appearances -

**For Plaintiffs:**

Darius Charney, Esq.  
Center for Constitutional Rights  
666 Broadway, 7th Floor  
New York, New York 10012  
(212) 614-6464

Jonathan C. Moore, Esq.  
Beldock Levine & Hoffman LLP  
99 Park Avenue, Suite 1600  
New York, New York 10016  
(212) 490-0900

**For Defendants:**

David M. Hazan  
Assistant Corporation Counsel  
100 Church Street  
New York, New York 10007  
(212) 788-8084