UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

          :

DAVID FLOYD, LALIT CLARKSON and DEON   :
DENNIS, and DAVID OURLICHT, individually and  :     08 Civ. 01034 (SAS)(HBP)
on behalf of a class of all others similarly situated;  :

          :

        Plaintiffs,    :     **NOTICE OF APPEARANCE**

          :

        v.       :     **ECF CASE**

          :

THE CITY OF NEW YORK; NEW YORK CITY    :
POLICE COMMISSIONER RAYMOND KELLY, in  :
his individual and official capacity; MAYOR    :
MICHAEL BLOOMBERG, in his individual and   :
official capacity; NEW YORK CITY POLICE    :
OFFICER RODRIGUEZ, in his individual capacity; :
NEW YORK CITY POLICE OFFICER      :
GOODMAN, in his individual capacity; NEW    :
YORK CITY POLICE OFFICER JANE DOE, in her :
individual capacity; NEW YORK CITY POLICE   :
OFFICER ERIC HERNANDEZ, Shield #15957, in  :
his individual capacity; NEW YORK CITY POLICE :
OFFICER CORMAC JOYCE, Shield #31274, in his :
individual capacity; NEW YORK CITY POLICE   :
SERGEANT JAMES KELLY, Shield #92145, in his :
individual capacity; NEW YORK CITY POLICE   :
OFFICER LUIS PICHARDO, Shield #00794, in   :
individual capacity; NEW YORK POLICE OFFICER :
ANGELICA SALMERON, Shield #7116, in her   :
individual capacity; NEW YORK CITY POLICE   :
OFFICER MICHAEL COUSIN HAYES, Shield   :
#3487, in his individual capacity; NEW YORK CITY :
POLICE OFFICER CHRISTOPHER MORAN, in his :
individual capacity; and NEW YORK CITY POLICE :
OFFICERS JOHN DOES #1 through #11, in their  :
individual capacities;        :

          :

        Defendants.   :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

PLEASE TAKE NOTICE that the undersigned hereby appears on behalf of Plaintiffs in the above-captioned action and respectfully requests that all pleadings, notices, orders, correspondence and other papers in connection with this action be served upon the following attorney, duly admitted to practice before this Court:

Anna E. Lumelsky
Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
(212) 841-1000
alumelsky@cov.com

Dated:  New York, New York
       December 5, 2008

                    COVINGTON & BURLING LLP

                    By:    s/Anna E. Lumelsky
                            Anna E. Lumelsky

                        The New York Times Building
                        620 Eighth Avenue
                        New York, New York  10018-1405
                        (212) 841-1000
                        alumelsky@cov.com

                        *Attorneys for Plaintiffs*