UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
DAVID FLOYD, et al.,

       Plaintiffs,   08 Civ. 01034 (SAS)

-against-       **ORDER OF DISMISSAL**
             **PURSUANT TO F.R.C.P. 41(a)(2)**

THE CITY OF NEW YORK, et al.,

       Defendants.
----------------------------------------------------------X

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

  WHEREAS, having coming before the Court on Plaintiffs' request pursuant to Fed.R.Civ.P. 41(a)(2) to voluntarily dismiss without prejudice all claims against Defendant New York City Police Officer Michael Cousin Hayes, and having considered the request and the record in this action, and being otherwise fully advised,

  NOW, THEREFORE, IT IS HEREBY ORDERED:

  That all of Plaintiffs' claims against Defendant New York City Police Officer MICHAEL COUSIN HAYES are dismissed WITHOUT PREJUDICE.

New York, New York
April 2, 2009

SO ORDERED:

_____
SHIRA A. SCHEINDLIN
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/2/09