UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
DAVID FLOYD, et al.,                                                   :
:
                           Plaintiffs,       :  08 Civ. 01034 (SAS)
:
        -against-                                           :  ECF CASE
:
THE CITY OF NEW YORK, et al.,                                          :  **NOTICE OF MOTION FOR**
                                              :  **SANCTIONS**
                         Defendants.       :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

PLEASE TAKE NOTICE THAT, upon the accompanying Declaration of Taylor Hoffman and the accompanying Memorandum of Law in Support of Plaintiffs' Motion for Rule 37 Sanctions, and all prior pleadings herein, Plaintiffs will move this Court at the United States Courthouse, 500 Pearl Street, New York, New York, as soon as counsel may be heard, for an order, pursuant to Rule 37(b) of the Federal Rules of Civil Procedure, granting Plaintiffs' motion for sanctions.

Dated:       New York, New York
               March 15, 2010

                                       By: _____
                                                  Taylor Hoffman

                                       Philip A. Irwin
                                       Eric Hellerman
                                       Taylor Hoffman
                                       Gretchen Hoff Varner

COVINGTON & BURLING LLP
The New York Time Building
620 Eighth Avenue
New York, New York 10018-1405
(212) 841-1000
pirwin@cov.com
ehellerman@cov.com
thoffman@cov.com
ghoffvarner@cov.com

Darius Charney
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, New York 10012
(212) 614-6439
dcharney@ccrjustice.org

Jonathan Moore
BELDOCK LEVINE & HOFFMAN, LLP
99 Park Avenue, Suite 1600
New York, New York 10016
(212) 490-0900
jmoore@BLHNY.com

*Attorneys for Plaintiffs*

TO:

David Hazan
dhazan@law.nyc.gov
Linda Donahue
LDonahue@law.nyc.gov
Jennifer Rossan
jrossan@law.nyc.gov
Corporation Counsel for the City of New York
100 Church Street, Room 3-158
New York, New York 10007

*Attorneys for Defendants*