UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

DAVID FLOYD, *et al.*,

                Plaintiffs,

    -against-

THE CITY OF NEW YORK, *et al.*,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

08 Civ. 01034 (SAS)

ECF CASE

**NOTICE OF MOTION FOR CLASS CERTIFICATION**

      PLEASE TAKE NOTICE THAT, upon the accompanying Declaration of Darius Charney and Supporting Exhibits, the accompanying Declaration of Jeffrey Fagan and Supporting Exhibits, and the accompanying Memorandum of Law in Support of Plaintiffs' Motion for Class Certification, and all prior pleadings and proceedings had herein, Plaintiffs will move this Court at the United States Courthouse, 500 Pearl Street, New York, New York, as soon as counsel may be heard, for an order, pursuant to Rule 23 of the Federal Rules of Civil Procedure, granting Plaintiffs' Motion for Class Certification.

Dated:    New York, New York
           November 7, 2011

By: _____
     Darius Charney

Darius Charney
Sunita Patel
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, New York 10012
(212) 614-6439
dcharney@ccrjustice.org
spatel@ccrjustice.org

Jonathan Moore
Jennifer Borchetta
BELDOCK LEVINE & HOFFMAN, LLP
99 Park Avenue, Suite 1600
New York, New York 10016
(212) 490-0900
jmoore@BLHNY.com
jborchetta@BLHNY.com

Philip A. Irwin
Eric Hellerman
Gretchen Hoff Varner
COVINGTON & BURLING LLP
The New York Time Building
620 Eighth Avenue
New York, New York 10018-1405
(212) 841-1000
pirwin@cov.com
ehellerman@cov.com
ghoffvarner@cov.com

*Attorneys for Plaintiffs*

TO:

Heidi Grossman
Linda Donahue
Corporation Counsel for the City of New York
100 Church Street, Room 3-158
New York, New York 10007
hgrossman@law.nyc.gov
ldonahue@law.nyc.gov

*Attorneys for Defendants*