# EXHIBIT 11

Page 249

1

2  UNITED STATES DISTRICT COURT
   SOUTHERN DISTRICT OF NEW YORK
3  ------------------------------------x

4  DAVID FLOYD, LALIT CLARKSON, DEON DENNIS
   and DAVID OURLICHT, individually and on
5  behalf of a class of all other similarly
   situated,
6              Plaintiffs,    Index No.

7     -against-           08 CIV 01034

8  THE CITY OF NEW YORK, NEW YORK CITY POLICE
   COMMISSIONER RAYMOND KELLY, in his
9  individual and official capacity, et al,

10             Defendants.

11 ------------------------------------x

12          November 23, 2009

13          10:42 a.m.

14

15          VOLUME II

16     CONTINUED DEPOSITION of JOSEPH

17 ESPOSITO, taken by the Plaintiffs, at One Police

18 Plaza, New York, New York before Karen Perlman, a

19 Shorthand Reporter and Notary Public within and

20 for the State of New York.

21

22

23
           GREENHOUSE REPORTING, INC.
24      875 Sixth Avenue - Suite 1716
           New York, New York 10001
25           (212) 279-5108

```
                                        Page 250
 1
 2   A P P E A R A N C E S :
 3   BELDOCK, LEVINE & HOFFMAN, LLP
 4   Attorneys for the Plaintiffs
 5        99 Park Avenue
 6        New York, New York  10016
 7   BY:  JONATHAN MOORE, ESQ.
 8        RACHEL KLEINMAN, ESQ.
 9
10
11   NEW YORK CITY LAW DEPARTMENT
12   OFFICE OF CORPORATION COUNSEL
13   Attorneys for the Defendants
14        100 Church Street
15        New York, New York  10007
16   BY:  JENNIFER ROSSAN, ESQ.
17        LINDA DONAHUE, ESQ.
18
19   ALSO PRESENT:
20        KERRY SWEET, ESQ., NYPD Legal Bureau
21
22
23
24
25
```

```
                                                          Page 364
 1              J. Esposito
 2      Q.   But in terms of being the person who
 3   is responsible in the department for ensuring
 4   that this order is complied with, has he
 5   delegated that duty to you, or has he maintained
 6   that responsibility in his office?
 7      A.   Performance in this area will also
 8   be included in the CompStat review, at the very
 9   least that's me.
10      Q.   In terms of articulating the policy
11   though, that there is a policy against racial
12   profiling, there is a policy against stop and
13   frisk, is that the province of the commissioner
14   or the chief of the department?
15      A.   It's everyone's job in this agency.
16      Q.   Who is primarily responsible for it?
17          MS. ROSSAN:  Objection to form.
18      A.   Responsible for what?
19      Q.   Who has the last word on it?
20      A.   The last word on what, the policy?
21      Q.   On the policy regarding --
22      A.   He has the last word on the policy.
23      Q.   -- stop, question and frisk?
24           That is with regard to stop,
25   question and frisk, right?
```

```
                                                          Page 365
 1              J. Esposito
 2      A.   He has the last word on every
 3   policy, including stop, question and frisk.
 4      Q.   And including the department's
 5   policy regarding racial profiling, right?
 6      A.   Yes.
 7          MR. MOORE:  So when is he going to
 8       come testify?
 9          MS. ROSSAN:  That is why I'm shaking
10       my head.  I object.
11          MR. MOORE:  Add that to the list of
12       depositions.
13          MS. ROSSAN:  That you can't have.
14          MS. DONOHUE:  You're not getting it.
15          MR. MOORE:  That I can't have and
16       that I'm not getting?  We'll both see when
17       it happens.  Unless there has been an order
18       today that you're aware of that I am not.
19          MS. ROSSAN:  We're sitting here with
20       you.
21          MR. MOORE:  That doesn't mean you're
22       not on your BlackBerry.
23          THE WITNESS:  We got a half hour
24       left and then I got to take a break.  We
25       can come back later this afternoon, but I
```

30 (Pages 362 to 365)

Greenhouse Reporting, Inc.                    (212)279-5108

www.GreenhouseReporting.com