UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————

| | |
|---|---|
| DAVID FLOYD, *et al.*, | 08 Civ. 01034 (SAS) |
| **Plaintiffs,** | |
| -against- | |
| | **DECLARATION OF**<br>**JEFFREY FAGAN** |
| THE CITY OF NEW YORK, *et al.*, | |
| **Defendants.** | |
———————————————/

JEFFREY FAGAN declares as follows pursuant to 28 U.S.C. § 1746:

1. I am the Isidor and Seville Sulzbacher Professor of Law at Columbia University Law School, a Senior Research Scholar at Yale Law School, and Director of the Center for Crime, Community and Law at Columbia Law School. I am a Fellow of the American Society of Criminology. I have been retained by the Plaintiffs in this action as a testifying expert.

2. I have previously submitted two expert reports in this case, dated October 15, 2010 ( "First Report"), and December 3, 2010 ( "Supplemental Report"), respectively. Those Reports state the data I analyzed (see First Report at 6-25; Supplemental Report at 5-14, 30-32, 35-39).

3. I submit this declaration in support of Plaintiffs' motion for class certification, for the purpose of demonstrating that the pattern of suspicionless stops and race-based stops shown in my First Report and Supplemental Report is a City-wide phenomenon, affecting residents in in all areas of the City.

### A.     Suspicionless Stops

4.      As set forth in my First Report, on the basis of my analysis of the UF-250 data for all recorded non-radio-run stops made by the NYPD during the years 2004-2009, I concluded that nearly 150,000, or 6.71%, lack legal justification, and an additional 544,252, or 24.37%, lack sufficiently detailed documentation to assess their legality. *See* First Report at 4, 55-58 & Table 12. I also concluded that the fact that the legal sufficiency of 31% of all stops cannot be shown suggests that the current regime for regulating the constitutional sufficiency of the huge volume of stops is ineffective and insensitive to the actual conduct of stops. *Id.* at 55.

5.      These unjustified and legally indeterminable stops occurred in every precinct in New York City. Table 1, annexed hereto, shows, for each precinct, the number of stops that are in the "unjustified" categories set forth on Table 12 of my First report. Table 1 also shows combined results for discretionary stop as well as radio run stops. When radio run stops during the period 2004 and 2009 are included, the number of stops that were classified as unjustified increases to 179,877, or 6.41%. Table 1 shows that those nearly 180,000 stops occurred in every precinct in the City.

6.      Table 1 also shows that when I combine radio runs and non-radio Runs, between 2004 and 2009 there were 697,203 stops classified as "indeterminate". Those nearly 700,000 stops are 24.8% of all stops in this period. As also shown on Table 1, these nearly 700,000 stops occurred in every precinct in the City.

7.     Thus, as shown on Table 1, my analysis of UF-250 database shows that a total of 877,080 stops, or 31.2% of all stops citywide, are unjustified or of undeterminable legality.  Figure 1 shows the percent of "unjustified" and "indeterminate" stops in each precinct from 2004-2009.  The height of each bar is the total percent of "unjustified" and "indeterminate" stops in each precinct.

8.     The UF-250 form (a copy of which is annexed to my First Report as Appendix B) contains the question "What Were Circumstances Which Led to Stop?" followed by ten circumstances and instructions that the officer "MUST CHECK AT LEAST ONE BOX".  The last box is "Other Reasonable Suspicion of Criminal Activity (Specify)".  There is then a list of ten "Additional Circumstances/Factors" and instruction to "Check All That Apply".

9.     Annexed hereto as Table 2 is a chart that shows that for 62,437 stops during the period 2004-2009, no reason or factor was cited in the UF-250 other than "Furtive Movements".  These 62,437 (2.2% of all stops) occurred in every precinct in the City.  Table 2 also shows that for 4,152 stops, no explanation was provided in the UF-250 other than the Additional Circumstance of "High Crime Area." These "High Crime Area"-only stops occurred in every precinct in the City between 2004 and 2009.  Table 2 also shows that in 998 stops, the only "Stop Circumstance" checked was "Additional Circumstance – Other".  This pattern occurred in every precinct in the City between 2004 and 2009.  Finally, Table 2 shows that in 17,924 stops, no "Stop Circumstance" was checked and only "Additional Circumstances" were checked. These nearly 18,000 stops occurred in every precinct in the City between 2004 and 2009.

3

B.   **Racial Disparities in Stop Activity**

10.   As set forth in my First and Supplemental Reports, throughout the City, NYPD stops were significantly more frequent for Black and Hispanic persons than for White persons, after adjusting stop rates for the precinct crime rate, racial composition, allocation of police resources, and other social and economic factors predictive of police activity. Blacks and Latinos are more likely to be stopped than Whites even in areas where there are low crime rates and where residential populations are racially heterogeneous or predominantly White. *See* First Report at 40-47 & Tables 7-10.

11.   This is a Citywide phenomenon. After controlling for precinct characteristics including crime conditions, racial population composition, patrol strength, and other socioeconomic and land use characteristics, Blacks and Hispanics were stopped more often than Whites across the City's police precincts. *See id.* at 40-47 & Tables 7-10; *see also id.* at 30-40.

12.   To demonstrate the commonality of these disparities across the City's police precincts, the same statistical analyses shown in my First Report at Table 7 were repeated with varying percentages of NYPD stop activity included in each iteration. The City was divided into 10 groups, each representing 10% of the City's police precincts (i.e., deciles) ranked by stop activity, as measured by the ratio of stops to total crime complaints. See Table 3 annexed hereto. The analyses were completed first for the full sample (column 1 in Table 3). Then, the statistical analyses were repeated excluding, in order from left to right in the table, incremental 10% portions or deciles of the City's police precincts based on the ratio

of stops to crime in each precinct. Column 2 of Table 3 shows results excluding the 10% of precincts with the highest stop-to-crime ratio; Column 3 shows the results excluding the 20% of precincts with the highest stop-to-crime ratio, etc. Column 9, on the far right of Table 3, shows the results of regressions including only the 20% of precincts with the lowest stop-to-crime ratio.

13. As shown in Table 3, in each analysis, Blacks and Hispanics were significantly more likely to be stopped compared to Whites, after controlling for the crime and social characteristics of each police precinct. This is shown in the regression coefficients and statistical significance markers in the first two rows of Table 3. Blacks and Hispanics were statistically significantly more likely to be stopped compared to Whites in all precincts, and in each set of precincts in the successive models. Regardless of whether precincts were in the highest 90 percent of the ratio of stops to crimes or the lowest 20%, or anywhere in between, was high or low, Black and Hispanic citizens were more likely than Whites to be stopped. That is, this pattern of significantly higher stops for Black and Latino persons took place in every precinct in the City between 2004 and 2009.

14. Table 4 annexed hereto shows the percentage of the City's population overall and for Blacks and Hispanics in each of these deciles. Table 4 also shows the specific precincts that are included in each decile of stop-to-crime activity. From this table, the percentage of the City's Black and Hispanic population in each model in Table 3 can be calculated.

15. Column 3 (i.e., the second model) in Table 3, with 90% of the precincts included, excludes the 10th decile. Accordingly, the pattern of significantly

higher stops of Black persons is true in precincts that have 92% of the total population, and 80% of the total Black population of the City. In this analysis, 92% of the City's Hispanic population is included (100%-8%). In the last column on the right side of Table 3, only 20% of the City's police precincts are included. The same pattern of significantly higher stops of Blacks and Hispanics is observed in those precincts. Those precincts contain only 13% of the City's Black population and 21% of the City's Hispanic population. See, *ESRI Data and Maps, 2006*, http://support.esri.com/en/knowledgebase/whitepapers/download/fileid/4082

16. By disaggregating the population composition in each analysis in Table 3, I conclude that the finding of significant higher stops of Black and Hispanic persons during the period 2004-2009 is evident in all parts of the City, regardless of their racial composition, or their crime and other social condition.

C.  **Stop Activity in 2010 and the First Half of 2011**

17. Based on data provided by the NYPD from its Stop and Frisk Database, stop activity since 2009 continues to take place at the same or higher rates as in the 2004-2009 period. Specifically, the NYPD made 601,285 stops in 2010, and 362,231 stops in the first six months of 2011, a total of 962,516 stops in 18 months.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: 6 November 2011
New York, New York

JEFFREY FAGAN

Table 1. Stop Justifications by NYPD Precinct, 2004-2009 (N, %)

|  | Total Stops | Number | | Percent | |
| --- | --- | --- | --- | --- | --- |
|  |  | Indeterminate | Unjustified | % Indeterminate | % Unjustified |
| Citywide | 2,805,721 | 697,203 | 179,877 | 24.8% | 6.41% |
| Precinct |  |  |  |  |  |
| 1 | 11,169 | 1,803 | 419 | 16.1% | 3.8% |
| 5 | 15,643 | 4,242 | 734 | 27.1% | 4.7% |
| 6 | 15,454 | 3,503 | 519 | 22.7% | 3.4% |
| 7 | 22,856 | 6,931 | 1,392 | 30.3% | 6.1% |
| 9 | 24,532 | 6,100 | 1,354 | 24.9% | 5.5% |
| 10 | 20,394 | 4,402 | 1,089 | 21.6% | 5.3% |
| 13 | 21,590 | 4,307 | 1,450 | 19.9% | 6.7% |
| 14 | 52,200 | 9,601 | 2,600 | 18.4% | 5.0% |
| 17 | 7,812 | 1,862 | 481 | 23.8% | 6.2% |
| 18 | 14,778 | 3,336 | 771 | 22.6% | 5.2% |
| 19 | 27,094 | 5,146 | 1,713 | 19.0% | 6.3% |
| 20 | 17,171 | 3,535 | 854 | 20.6% | 5.0% |
| 22 | 4,428 | 945 | 217 | 21.3% | 4.9% |
| 23 | 77,894 | 31,103 | 6,454 | 39.9% | 8.3% |
| 24 | 19,207 | 4,502 | 1,051 | 23.4% | 5.5% |
| 25 | 38,045 | 11,157 | 2,761 | 29.3% | 7.3% |
| 26 | 25,783 | 6,346 | 1,341 | 24.6% | 5.2% |
| 28 | 39,938 | 10,636 | 2,185 | 26.6% | 5.5% |
| 30 | 34,516 | 6,034 | 3,801 | 17.5% | 11.0% |
| 32 | 55,803 | 15,559 | 5,630 | 27.9% | 10.1% |
| 33 | 27,197 | 4,778 | 2,634 | 17.6% | 9.7% |
| 34 | 36,455 | 6,055 | 2,970 | 16.6% | 8.1% |
| 40 | 76,555 | 27,014 | 6,767 | 35.3% | 8.8% |
| 41 | 28,518 | 6,032 | 2,422 | 21.2% | 8.5% |
| 42 | 42,099 | 13,031 | 4,926 | 31.0% | 11.7% |
| 43 | 46,267 | 16,861 | 3,394 | 36.4% | 7.3% |
| 44 | 46,295 | 13,510 | 5,630 | 29.2% | 12.2% |
| 45 | 16,043 | 3,583 | 1,040 | 22.3% | 6.5% |
| 46 | 35,152 | 8,289 | 6,085 | 23.6% | 17.3% |
| 47 | 36,041 | 10,901 | 3,425 | 30.2% | 9.5% |
| 48 | 20,120 | 3,935 | 2,394 | 19.6% | 11.9% |
| 49 | 25,554 | 4,940 | 2,210 | 19.3% | 8.6% |
| 50 | 14,012 | 2,764 | 652 | 19.7% | 4.7% |
| 52 | 31,242 | 9,426 | 2,263 | 30.2% | 7.2% |
| 60 | 33,271 | 8,461 | 1,363 | 25.4% | 4.1% |
| 61 | 29,683 | 5,208 | 888 | 17.5% | 3.0% |
| 62 | 25,962 | 3,946 | 2,272 | 15.2% | 8.8% |

| | | | | | |
|---|---|---|---|---|---|
| 63  | 18,384  | 4,596  | 860    | 25.0% | 4.7%  |
| 66  | 21,837  | 4,042  | 1,133  | 18.5% | 5.2%  |
| 67  | 45,378  | 12,459 | 2,554  | 27.5% | 5.6%  |
| 68  | 14,431  | 2,719  | 1,251  | 18.8% | 8.7%  |
| 69  | 29,796  | 7,512  | 1,077  | 25.2% | 3.6%  |
| 70  | 55,074  | 16,238 | 2,628  | 29.5% | 4.8%  |
| 71  | 27,321  | 6,980  | 1,569  | 25.5% | 5.7%  |
| 72  | 22,419  | 4,756  | 937    | 21.2% | 4.2%  |
| 73  | 124,005 | 44,913 | 10,532 | 36.2% | 8.5%  |
| 75  | 169,727 | 44,444 | 10,710 | 26.2% | 6.3%  |
| 76  | 25,385  | 7,496  | 904    | 29.5% | 3.6%  |
| 77  | 63,370  | 12,136 | 3,087  | 19.2% | 4.9%  |
| 78  | 13,534  | 3,102  | 661    | 22.9% | 4.9%  |
| 79  | 95,043  | 25,936 | 4,168  | 27.3% | 4.4%  |
| 81  | 45,307  | 10,237 | 2,437  | 22.6% | 5.4%  |
| 83  | 41,467  | 7,868  | 1,527  | 19.0% | 3.7%  |
| 84  | 18,000  | 4,336  | 1,009  | 24.1% | 5.6%  |
| 88  | 37,187  | 8,089  | 1,730  | 21.8% | 4.7%  |
| 90  | 49,828  | 11,724 | 2,461  | 23.5% | 4.9%  |
| 94  | 14,258  | 3,549  | 545    | 24.9% | 3.8%  |
| 100 | 15,515  | 4,249  | 393    | 27.4% | 2.5%  |
| 101 | 46,565  | 14,563 | 2,824  | 31.3% | 6.1%  |
| 102 | 32,856  | 7,114  | 1,160  | 21.7% | 3.5%  |
| 103 | 86,994  | 19,687 | 5,438  | 22.6% | 6.3%  |
| 104 | 38,589  | 6,744  | 1,867  | 17.5% | 4.8%  |
| 105 | 43,543  | 9,133  | 1,307  | 21.0% | 3.0%  |
| 106 | 36,475  | 5,961  | 1,910  | 16.3% | 5.2%  |
| 107 | 29,993  | 5,716  | 1,675  | 19.1% | 5.6%  |
| 108 | 33,068  | 5,904  | 969    | 17.9% | 2.9%  |
| 109 | 42,862  | 7,870  | 1,400  | 18.4% | 3.3%  |
| 110 | 46,192  | 8,338  | 4,321  | 18.1% | 9.4%  |
| 111 | 21,252  | 2,305  | 471    | 10.8% | 2.2%  |
| 112 | 16,162  | 3,033  | 551    | 18.8% | 3.4%  |
| 113 | 38,942  | 10,235 | 2,869  | 26.3% | 7.4%  |
| 114 | 54,299  | 13,518 | 5,430  | 24.9% | 10.0% |
| 115 | 50,846  | 9,957  | 2,581  | 19.6% | 5.1%  |
| 120 | 71,640  | 21,402 | 3,176  | 29.9% | 4.4%  |
| 122 | 36,211  | 6,079  | 1,324  | 16.8% | 3.7%  |
| 123 | 15,193  | 2,479  | 280    | 16.3% | 1.8%  |

The percentages in this table are based all stops, including stops made pursuant both Radio Runs and non-Radio Runs. The percent with incomplete documentation among Radio Runs is 5.26, and the percent with incomplete documentation among non-radio runs is 6.71. The composite is 6.41%.

Table 2. High Crime Area and Furtive Movement Stop Justifications by Stop Frequency, 2004-2009

| | Total Stops | High Crime Area Only | Furtive Movements Only | AC_Other only | AC's only (No CS's) |
|---|---|---|---|---|---|
| Citywide | 2,805,721 | 4,152 | 62,437 | 998 | 17,924 |
| Precinct | | | | | |
| 1 | 11,169 | 10 | 60 | 6 | 50 |
| 5 | 15,643 | 14 | 205 | 2 | 72 |
| 6 | 15,454 | 38 | 56 | 6 | 125 |
| 7 | 22,856 | 41 | 488 | 5 | 162 |
| 9 | 24,532 | 37 | 328 | 16 | 150 |
| 10 | 20,394 | 52 | 206 | 9 | 262 |
| 13 | 21,590 | 25 | 276 | 12 | 155 |
| 14 | 52,200 | 45 | 570 | 16 | 321 |
| 17 | 7,812 | 2 | 75 | 5 | 22 |
| 18 | 14,778 | 4 | 110 | 8 | 81 |
| 19 | 27,094 | 38 | 590 | 12 | 153 |
| 20 | 17,171 | 31 | 129 | 10 | 122 |
| 22 | 4,428 | 6 | 14 | 1 | 78 |
| 23 | 77,894 | 183 | 2,455 | 31 | 520 |
| 24 | 19,207 | 17 | 242 | 3 | 84 |
| 25 | 38,045 | 86 | 1,029 | 27 | 268 |
| 26 | 25,783 | 28 | 481 | 1 | 142 |
| 28 | 39,938 | 80 | 737 | 11 | 333 |
| 30 | 34,516 | 95 | 1,322 | 23 | 411 |
| 32 | 55,803 | 44 | 3,004 | 23 | 159 |
| 33 | 27,197 | 39 | 1,076 | 9 | 290 |
| 34 | 36,455 | 61 | 1,128 | 22 | 221 |
| 40 | 76,555 | 118 | 3,053 | 32 | 597 |
| 41 | 28,518 | 14 | 1,296 | 5 | 76 |
| 42 | 42,099 | 59 | 2,430 | 14 | 213 |
| 43 | 46,267 | 41 | 1,039 | 15 | 179 |
| 44 | 46,295 | 49 | 1,516 | 26 | 207 |
| 45 | 16,043 | 13 | 351 | 5 | 97 |
| 46 | 35,152 | 13 | 3,549 | 3 | 60 |
| 47 | 36,041 | 74 | 1,110 | 19 | 263 |
| 48 | 20,120 | 23 | 1,146 | 3 | 99 |
| 49 | 25,554 | 40 | 1,086 | 5 | 126 |
| 50 | 14,012 | 18 | 157 | 7 | 125 |
| 52 | 31,242 | 25 | 716 | 22 | 181 |
| 60 | 33,271 | 39 | 350 | 11 | 171 |
| 61 | 29,683 | 57 | 119 | 7 | 206 |

| | | | | | |
|---:|---:|---:|---:|---:|---:|
| 62 | 25,962 | 7 | 717 | 5 | 131 |
| 63 | 18,384 | 20 | 266 | 6 | 167 |
| 66 | 21,837 | 47 | 214 | 6 | 144 |
| 67 | 45,378 | 63 | 893 | 18 | 330 |
| 68 | 14,431 | 18 | 285 | 5 | 86 |
| 69 | 29,796 | 37 | 278 | 8 | 159 |
| 70 | 55,074 | 74 | 601 | 29 | 367 |
| 71 | 27,321 | 46 | 379 | 15 | 305 |
| 72 | 22,419 | 55 | 134 | 17 | 180 |
| 73 | 124,005 | 74 | 3,571 | 17 | 256 |
| 75 | 169,727 | 396 | 3,624 | 77 | 1,636 |
| 76 | 25,385 | 29 | 123 | 10 | 118 |
| 77 | 63,370 | 99 | 951 | 10 | 452 |
| 78 | 13,534 | 14 | 64 | 3 | 149 |
| 79 | 95,043 | 100 | 1,315 | 14 | 366 |
| 81 | 45,307 | 80 | 894 | 7 | 244 |
| 83 | 41,467 | 12 | 482 | 5 | 47 |
| 84 | 18,000 | 17 | 174 | 2 | 74 |
| 88 | 37,187 | 4 | 638 | 12 | 74 |
| 90 | 49,828 | 96 | 513 | 23 | 253 |
| 94 | 14,258 | 4 | 82 | 2 | 40 |
| 100 | 15,515 | 11 | 49 | 6 | 75 |
| 101 | 46,565 | 100 | 1,001 | 11 | 490 |
| 102 | 32,856 | 47 | 204 | 18 | 296 |
| 103 | 86,994 | 271 | 1,734 | 49 | 913 |
| 104 | 38,589 | 107 | 502 | 15 | 334 |
| 105 | 43,543 | 71 | 282 | 11 | 328 |
| 106 | 36,475 | 69 | 283 | 7 | 312 |
| 107 | 29,993 | 76 | 688 | 11 | 221 |
| 108 | 33,068 | 62 | 198 | 7 | 219 |
| 109 | 42,862 | 53 | 364 | 32 | 320 |
| 110 | 46,192 | 38 | 2,719 | 7 | 251 |
| 111 | 21,252 | 6 | 49 | 11 | 75 |
| 112 | 16,162 | 7 | 68 | 6 | 93 |
| 113 | 38,942 | 90 | 895 | 17 | 292 |
| 114 | 54,299 | 44 | 2,860 | 20 | 199 |
| 115 | 50,846 | 117 | 443 | 11 | 494 |
| 120 | 71,640 | 88 | 1,008 | 22 | 351 |
| 122 | 36,211 | 30 | 352 | 13 | 241 |
| 123 | 15,193 | 14 | 41 | 1 | 61 |



Figure 1. Percent Indeterminate and Unjustified Stops, NYPD Precincts, 2004-9

Table 3. Multilevel Poisson Regression on Stops by Suspect Race and Precinct Socio-Economic and Crime Conditions in Prior Calendar Quarter 2004-9, By Stop per Crime Ratio Deciles (b, SE, p)[a]

| | | Percent of Precincts Included by Decile | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | All Precincts | 0-90% | 0-80% | 0-70% | 0-60% | 0-50% | 0-40% | 0-30% | 0-20% |
| **Race-Group Characteristic[b]** | | | | | | | | | |
| Blacks | 1.613 *** [.002] | 1.259 *** [.002] | 1.094 *** [.002] | .949 *** [.002] | .886 *** [.003] | .910 *** [.003] | .686 *** [.003] | 1.139 *** [.004] | 1.301 *** [.006] |
| Hispanics | 1.070 *** [.002] | .970 *** [.002] | .887 *** [.002] | .682 *** [.003] | .647 *** [.003] | .551 *** [.003] | .473 *** [.003] | .825 *** [.004] | 1.106 *** [.006] |
| Others | -.281 *** [.003] | -.429 *** [.003] | -.468 *** [.003] | -.528 *** [.003] | -.688 *** [.004] | -.788 *** [.004] | -.979 *** [.005] | -.673 *** [.006] | -.580 *** [.009] |
| **Precinct Characteristics** | | | | | | | | | |
| Total Complaints (logged, lagged) | .257 *** [.063] | .450 *** [.064] | .599 *** [.063] | .673 *** [.067] | .785 *** [.071] | .825 *** [.074] | .575 *** [.088] | .793 *** [.105] | .672 *** [.141] |
| Percent Black | .935 *** [.076] | .589 *** [.076] | .213 ** [.082] | .156 [.081] | -.071 [.089] | -.073 [.099] | .022 [.129] | .086 [.155] | -.125 [.503] |
| Percent Hispanic | .565 *** [.107] | .311 ** [.106] | .191 [.105] | .072 [.109] | -.188 [.114] | -.374 ** [.132] | -.283 [.151] | -.394 * [.196] | -.793 * [.363] |
| Percent Other | .731 *** [.150] | .372 * [.145] | -.115 [.146] | -.133 [.145] | -.302 * [.151] | -.435 * [.183] | -.173 [.200] | .024 [.218] | -1.944 * [.950] |
| Low SES Factor | -.011 [.022] | .003 [.022] | -.058 * [.023] | -.086 *** [.024] | -.034 [.025] | -.033 [.028] | .039 [.039] | .036 [.046] | .080 [.068] |
| % Foreign Born | .133 [.159] | .542 *** [.155] | 1.307 *** [.165] | 1.566 *** [.175] | 1.466 *** [.179] | 1.280 *** [.212] | .585 * [.235] | .675 * [.342] | -.065 [.548] |
| Patrol Strength | .003 *** [.000] | .002 *** [.000] | .002 *** [.000] | .001 *** [.000] | .001 ** [.000] | .001 ** [.000] | .001 * [.000] | .001 [.000] | .001 ** [.000] |
| Population (logged) | .104 * [.044] | .021 [.043] | -.031 [.043] | -.076 [.044] | -.126 ** [.045] | -.151 ** [.047] | .229 ** [.076] | .177 * [.082] | .384 * [.164] |
| Business Precinct | -.442 *** [.073] | -.414 *** [.070] | -.444 *** [.068] | -.381 *** [.067] | -.431 *** [.067] | -.460 *** [.068] | -.263 *** [.078] | -.248 ** [.081] | -.105 [.104] |
| **Seasonality Parameters[c]** | | | | | | | | | |
| q1 | .333 * [.146] | .350 * [.160] | .369 * [.164] | .358 * [.168] | .363 * [.173] | .350 * [.173] | .357 [.184] | .390 * [.197] | .354 * [.179] |
| q2 | .167 [.139] | .183 [.153] | .216 [.156] | .216 [.160] | .206 [.165] | .206 [.165] | .177 [.176] | .217 [.188] | .204 [.171] |
| q3 | .032 [.139] | .032 [.153] | .043 [.156] | .038 [.160] | .042 [.165] | .049 [.165] | .042 [.176] | .075 [.188] | .076 [.171] |

a. Statistical Significance: * p < .05, ** p < .01, *** p < .001
b. Whites are reference group
c. Q4 (Oct-Dec) is reference group

**Table 4. Population by Police Precinct Deciles by Stop:Crime Ratio, 2004-9**

| | Included Precincts | Combined Population | % of Total Population | Combined Black Population | % of Total Black Population | Combined Hispanic Population | % of Total Hispanic Population | Total Stops | % of Total Stops |
|---|---|---|---|---|---|---|---|---|---|
| Citywide | | 8,270,859 | 100% | 2,012,646 | 100% | 2,463,016 | 100% | 2,805,721 | 100% |
| Stop:Crime Decile | | | | | | | | | |
| 1 | 1, 6, 13, 17, 18, 45, 48, 68 | 665,282 | 8% | 61,836 | 3% | 149,534 | 6% | 121,397 | 4% |
| 2 | 24, 43, 46, 50, 52, 63, 84 | 814,568 | 10% | 200,174 | 10% | 367,607 | 15% | 182,264 | 6% |
| 3 | 5, 9, 19, 44, 47, 49, 71, 122 | 1,072,248 | 13% | 273,671 | 14% | 246,330 | 10% | 238,691 | 9% |
| 4 | 20, 61, 62, 72, 78, 112, 123 | 834,126 | 10% | 28,967 | 1% | 153,948 | 6% | 140,124 | 5% |
| 5 | 10, 14, 41, 66, 67, 94, 102, 113 | 798,774 | 10% | 291,348 | 14% | 172,593 | 7% | 254,383 | 9% |
| 6 | 7, 33, 42, 60, 104, 107, 109 | 900,362 | 11% | 92,754 | 5% | 286,876 | 12% | 236,867 | 8% |
| 7 | 69, 83, 100, 105, 106, 108, 111, 114 | 1,022,158 | 12% | 251,211 | 12% | 271,023 | 11% | 275,415 | 10% |
| 8 | 25, 30, 34, 40, 70, 115, 120 | 847,472 | 10% | 197,284 | 10% | 395,701 | 16% | 363,131 | 13% |
| 9 | 26, 28, 32, 76, 81, 88, 90, 110 | 617,582 | 7% | 214,426 | 11% | 212,894 | 9% | 325,423 | 12% |
| 10 | 23, 73, 75, 77, 79, 101, 103 | 698,288 | 8% | 400,977 | 20% | 206,510 | 8% | 663,598 | 24% |

Decile breakdown omits 4,428 stops made in Central Park (22nd Pct)
Population computed from 2006 American Community Survey, U.S. Census Bureau, using ESRI's *Demographic Update Methodology: 2006/2011*