**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
_____

**DAVID FLOYD, _et al._,**                              **08 Civ. 01034 (SAS)**

               **Plaintiffs,**

     **-against-**

                                                        **SUPPLEMENTAL**
                                                        **DECLARATION OF**
**THE CITY OF NEW YORK, _et al._,**                     **JEFFREY FAGAN**


               **Defendants.**
_____/


JEFFREY FAGAN declares as follows pursuant to 28 U.S.C. § 1746:

1.      I submit this declaration in further opposition to Defendants' Motion to Exclude Plaintiffs' Proposed Expert Reports, Opinions and Testimony of Jeffrey Fagan.

2.      Attached as Exhibit A hereto is a true and correct copy of a compilation of the random sample of 1,000 handwritten entries corresponding to the "Other" stop circumstance on page one of the NYPD's UF250 stop, question, and frisk form, which I created and reviewed as part of my analysis of 2.8 million UF250 forms for the period 2004-2009.

3.      These 1000 entries were selected as a random sample of all of the stops recorded in the 2004-2009 UF250 data in which "Other" was checked off as a stop circumstance on page one of the UF250 form, regardless of whether additional stop circumstances on page one or additional circumstances on page two of the form were also checked off.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: Newport Beach, CA
      March 14, 2012

_____

JEFFREY FAGAN

# EXHIBIT A

**Detail Fields for CS_Other**
**Random Sample of 1000 Stop Events, 2004-2009**

MISSING FRONT PLATE
HANGING OUT IN LOBBY
PROS PRONE LOCATION
TAP BUILDING
BURG PATTERN INVESTIGATION
INSIDE BAK W/NO PASS CODE (SET OFF ALARM)
APPEARED TO BE SMOKING MARIJ
NO HEADLIGHTS
LOITERING IN LOBBY
WAISTBAND
XNE
KEYLESS ENTRY
LOITERING ON 2FL HALLWAY
DISMATLING 95 HONDA DLJ6727
CRIM TRESS
KEYLESS ENTRY
WAS NOT OWNER DID NOT KNOW OWNER.
OPEN DOOR 10-11
PLATES DID NOT MATCH VEHICLE
XNE
KEYLESS ENTRY
CELL PHONE
UNREGISTERED VEHICLE
LEANING ON LOBBY HALL
PERSON STOPPED BY STORE MANAGER FOR SUSPICION OF PETIT LARCENY
10-39 LEAVING BUILDING
 10-11
REAR ENTRY
REPORT FROM WITNESS
NO FRONT PLATE ON VEHICLE/TRUNK LOCK BROKEN
FORD PROBE PINK ECK 87D2
VENDING ON STREET
CRIM TRES
BANGING OUT OUTSIDE ON BALCONY OF NYCHA BUILDING
DEFT OBSERVED IN NYCHA BUILDING
THROWING TRASH, YELLING
TRESPASS
LOITERING
KEYLESS ENTRY
LOITERING IN HALLS
PROXIMTY TO CRIME LOCATION

SUSP. CRIMINAL TRESPASS
BURG PATTERN AT BLDG, CONDUCTED VERT AND PERSON WAS IN BLDG
LOITERING
ON PREMISES OF / POSSIBLE COMM. BURG.
FITS DESCRIP. R/R
 10-11
CRIMINAL TRESPASS
FLICKERING LIGHTER AND ODOR OF MARIJ.
CRIM TRES
VEHICLE CAME UP STOLEN FROM PLATE READER 2732
ARGUING W/ GIRLFRIEND IN VEH.(FLAILING ARMS)
KEYLESS ENTRY
DEFT DIDNT LIVE AT LOC AND WAS TRYING TO ENTER
LOCK ON TRUNK MISSING
BROKEN VENT WINDOW
SMOKING CIGARETTE STRONG SMELL OF MARIJUANA
LOITERING
RECKLESS DRIVING
KEYLESS ENTRY
LOISTANDING IN STAIRCASE LONG TIME
10-13 RADIO RUN SHOTS FIRED
LOITERING
SUCKLING A LIT P C P CIGARETTE
HANGING OUT IN LOBBY
KEYLESS ENTRY
ONE NY REG PLATE - AJK5801
EXCESSIVE SPEED
WALKING BETWEEN SUBWAY CAR
OPS POSS SMOKING MARIJUANA
DRIVING ERATLIALY W/ NO HEAD LIGHTS
HANGING OUT ON PLATFORM/ PUT HANDS ON WALL WHERE GRAFFITI WAS PRES
 10-11
W/M WHO FIT DESCRIPTION
RUNNING FROM A 10-85 BY OFFICER
POSATIVE ALARM @ BAG INSPECTION 1 BARS OF C4/ RDX
DRIVING RECKLESSLY
RADIO RUN
I/O APT. WHERE ANOTHER PERP RAN.
HANGING OUT IN LOBBY
LOITERING IN HALLWAY WAITING FOR DELIVERY MAN
LOITERING IN HALLWAY
STANDING IN LOBBY OF LOCATION
OPEN CONTAINER
BROKEN FLY WINDOW/ DOOR HANDLE

BACK DOOR ENTRANCE
HEAVY POCKETS
KEYLESS ENTRY
LOITERING ON FLOOR
HANGING IN LOBBY (NO REASON)
LOITERING
KEYLESS ENTRY
OBSERVED CRIME
DRIVER OPERATING VEHICLE IN RECKLESS HAND
LOITERING
LOITERING IN HALLWAY
HOMICIDE INVESTIGATION
LIGHTS OFF/REAR TRUCK LOCK LOOKUP POPPED
RAN NY REG # ALZ3905 - NYC PD STOLEN PROPERTY.
X
USING MVMS IMPROPERLY
KNOWN LOCATION
AREA HAS HIGH INCIDENT RATE
STANDING IN LOBBY (LEANING AGAINST WALL)
HIGH RATE OF SPEED/BROKEN P/S R/WINDOW
KEYLESS ENTRY
NO KEY TO BUILDING
KEYLESS ENTRY
ADMISSION OF INTENT TO HURT SOMEONE
IN GARAGE W/ NUMEROUS CAR PARTS.
AT LOCATIONS-BANK BURG.
LOITERING (LOBBY)
PROSTITUTION HOUSE
LOITERING IN STAIRCASE BY REAR DOOR
ERRATIC DRIVING
LOITERING IN HALLWAY
IN AREA DURING ASSAULT
FORGED PLATE IN VECHILE WINDOW
STANDING IN THE LOBBY
ENTER W/O A KEY
ALARM ACTIVATED
VEHICLE HAD POPPED LOCK ON PASSENGER SIDE DOOR.
HANGING OUT IN HALLWAY
CELL PHONE
GUN RUN MATCH SCRIPT
HANGING OUT IN LOBBY
KEYLESS ENTRY
APPEAR TO BE FIGHTING
911 CALL

SUSPICION OF TRESPASSING
KEYLESS ENTRY
KEYLESS ENTRY
INSIDE AUTO SEARCHING
LOITERING IN STAIRS
CRIM TRES
STANDING IN LOBBY OF BUILDING
ENTERED A RESTRICTED AREA
RADIO RUN
TRAFFIC INFRACTION
ODOR OF MARIJUANA
LOITERING IN LOBBY
KEYLESS ENTRY
ACTING SUSP./ NO I.D.
NO LICENSE PLATE
KEYLESS ENTRY
CRIMINAL TRESPASS
STRONG MARIJUANA ODOR
WORKING ON INFO IGN: ELECTRICAL SYST
ENTERED NYCHA NO KEY
LOITERING IN LOBBY
MISSING FRONT PLATE
TRYING TO GET INTO VEHICLE FROM WINDOW
KEYLESS ENTRY
LOITERING ON 14TH FLR
NO KEY
LATHERIER
LOITERING IN SECOND FLOOR HALLWAY
LOITERING HALLWAY
APPROACHING CUSTOMERS AT MVM AND T/S
KEYLESS ENTRY
AT LOCATION OF RINGING ALARM
RADIO RUN
DETAILED DESCRIPTION AS PER RADIO RUN
CRIM TRESPASS
KEYLESS  ENTRY
APT DOOR UNLOCK
ENTER BUILDING WITHOUT KEY
CLEAN HALLS
RADIO RUN
IN NYCHA LOBBY
C/V POINTED OUT GROUP
XNE
VEH. PLATES=16

VIOLATING NYCHA RULES
LOITERING
VEHICLE ON MORT STOLEN LIST
HAD MEDICINE CONTAINER W/OUT PRESC LABEL
10 10 SHOTS FIRED
LAYING LOW IN VEHICLE
LEAVING LINE OF METAL DETECTOR
 10-11
ARREST
PERSON ON PREMISE AFTER CLOSING
KEYLESS ENTRY
IN LOBBY
OBSERVED SMOKING MARIJ. IN VEHICLE
KEYLESS ENTRY
LOITERING
RADIO RUN
POPED DOOR
SITTING ON 3RD FLOOR STAIRS
HANGING LICENSE PLATE
KNOWN GANG MEMBER
KEYLESS ENTRY
POSS GUN UNK PERP
ON SCHOOL GROUNDS AFTER HOURS
LOITERING
LOITERING
LOITERING INSIDE NYCHA BUILDING
UNSPECIFIED
CRIM TRES
PRODUCE  A POSSIBLE TMC PRODUCTION
XNE
INSIDE RESIDENCE
CRIMINAL TRES
C P W/ MENACING
ALLEGED/MEETING UP WITH ARRESTED DRUG DEALER
NO PLATE VISIBLE ON MOTORCYCLE
LOITERING IN LOBBY OF BUILDING
OPERT NOT OWNER BROKEN ING.
KEYLESS ENTRY
SUSPECTED CRIMINAL TRESPASS
NYCHA BLDG
CAR ALARM
LEADING A PASSED BY S
ATTEMPTS TO MOVE AUTO W/ FORKLIFT
OBSTRUCTING PED. TRAFFIC

LINGRRING IN HALLWAY AREA
HANGING OUT IN HALL
KEYLESS ENTRY
NO PLATE
I/S CLEAN HALLS BUILDING
REMOVE PARTS  FROM VEHICLE
MOPED WITH NO PLATE AFFIXED TO IT
KEYLESS ENTRY
KEYLESS ENTRY
APPEARED TO BE WRITING ON THE WALL
LOITERING
WORKINGS ON MOTORCYCLE
FIGHTING
OBSERVED DEFT. SMOKING MARIJUANA
THEFT OF SERVICES
F-TAP LOCATION
OBSERVED IN LOBBY OF NYCHA BUILDING
REPORT FROM WITNESS.
LOITERING IN STAIRWELL
KEYLESS ENTRY
LOITERING IN HALLWAY
LOOKING INTO APT WINDOW
AT ABOVE LOCATION WHEN ALARM RANG
PERSON ENGAGING IN TUMULTUOUS BEHAVIOR
KEY LESS ENTRY
CAR STOP
ENTER BUILDING W/OUT KEY OR BUZZER
MISSING
IN HOME WHERE WAS SET OFF
CARRYING SUSPICIOUS TOOL / BURGLARY DEVICE POSSIBLE
ATTEMPTED TO ENTER BLDG W/O KEY, PULLING DOOR OPEN
TEMP PLATE FOR FORGERY
WALKING THROUGH EXIT GATE
DRESS SALES
"BOTH FRONT DOORS OPEN, BURGLARY ALARM WAS ON"
FLAGGED DOWN BY PASSER BY
CRIM TRES
LOITERING THE BUILDING
NO LIC PLATES ON VEHICLE (TEMP)
KEYLESS ENTRY
TAP PROGRAM
NO PLATES ON MOTOR BIKE
CRIM TRESP
SMOKING DRUGS

LOITERING IN LOBBY
CT
UTKING FROM REAR YARDS
LOITERING IN LOBBY
MMMMM
MAKING GRAFFITI
CIRCLING BLOCK
LOITERING IN LOBBY OF LOCATION
LOUD MUFFLER
R/R SECURITY HOLDING
WALKING/TALKING W/KNOWN PROS
ENTERED W/O KEY
911 CALL
IN ALLEY OF HOUSE
N/A
BURGLARY
LOITERING IN LOBBY
ENTER LOCATION W/O KEY
PERSON CARRYING HOUSEHOLD ITEMS ON STREET
FORCED OPEN LOCKED DOOR
LOITERING IN LOBBY
SITTING ON THE STAIRS
RECKLESS DRIVING
ENTERED THROUGH BCK DOOR
LOITERING
KEYLESS ENTRY
R/R DISPUTE
X
BURGLAR ALARM
NYCHA
LOITERING 15TH FLOOR HALLWAY
LOITERING
HANGING OUT IN HALLWAY
PASSESNGER WAS IN POSSESSION OF A FORGED INSTRUMENT
LOITERING
10-16 VEHICLE
LOITERING
KEYLESS ENTRY
ODOR OF MARIJUANA
STANDING IN LOBBY OF CLEAN HALLS BLDG
LOITERING IN LOBBY
DRIVER STEPPED BURY FROM VEHICLE
LOITERING IN PROSTITUE PRONE LOCATION
KEYLESS ENTRY

DRIVING AT A HIGH RATE OF SPEED
LICKING ROLLING PAPER
SITTING ON STOPS IN HALLWAY.
FAILED TO STOP FOR PO
EXITING BUILDING
PLATES CRUMPLED, DIFF ODOR , REGISTERED TO FEMAL
1010 SHOTS FIRED RADIO RUN
AREA HAS HIGH CRIME REPORTED
LOITERING IN A DRUG PRONE LOCATION
IN STAIRWELL F-TAP LOCATION
DRUG PARAPHERNALIA
SITTING IN THE PARK AFTER DARK WHEN WAS TOLD
SUSPECT SMOKING MARIJUANA LIKE CIGAR
IN POSESSION OF VARIOUS ITEMS IN BLACK PLASTIC BAG
PLATES DON'T MATCH VEHICLE
RUNNING AWAY FROM HUGE FIGHT
VEHICLES FITS DESCRIPTION OF GLA PATTERN
BURGLARY/CRIM MIS OFFENSE
CRIME LOCATION
KNEELING BESIDE EAR
POSITIVE HIT ON TRACE EXPLOSIVE DETECTION SYSTEM
HANGING IN LOBBY WITH NO APPARENT REASON
SMELL OF MARIHUANA
IMPROPER PAPERWORK/ PA PLATE GRJ6329
LOITERING IN LOBBY
OBSERVED PLAIN VIEW
UNK
CELL PHONE ON BELT
KEYLESS-ENTRY
OBSERVED PERP SMOKING.
XNE
LOITERING
RADIO RUN
ENTERED NYCHA BUILDING W/O KEY / INTERCOM
TRANSPORTING USED BUILDING MATERIALS
NOT STATED
SUSPICIOUS ACTIVITY IN LOBBY
KEYLESS ENTRY
SUSPECT SITTING IN VEHICLE
MISSING PLATE
KEYLESS ENTRY
ILLEGABLE LICENSE PLATE
LOITERING IN PARK
PLAYING W/CAR DOOR /LOOKING AROUND

KEYLESS ENTRY
CRIM TRES
KEYLESS ENTRY
KEYLESS ENTRY
BLOODY KNUCKLES
DRIVING W/BROKEN WINDOW
MALE LOOKING INTO VEHICLES
BAG FULL OF DVD'S
KEYLESS ENTRY
PLATE NO MATCH VEH
GLA
PLATE READER ALARM 16 VEH
HANGING OUT IN LOBBY
KEYLESS ENTRY
TAP BUILDING
GLA LOCATION
HANGING OUT NYCHA BUILDING
KEYLESS ENTRY INTO NYCHA
MARIJUANA CIGAR IN MALL
C/D PLAYER IN JACKET POCKET
KEYLESS ENTRY
CRIM TRESPASS / DID NOT BELONG IN BUILD.
XNE
OPERATING SUSPICIOUS VEHICLE
PLATES DID NOT MATCH VEHICLE
KEPT ADJ WAIST BAND
SNEU OP
SITTING ON STAIRCASE
CARRYING MY PISTOL
LOITERING
KEYLESS ENTRY
XNE
LOITERING IN LOBBY KEYLESS ENTRY
SCREAMING & YELLING
BROKEN HATCH
LOITERING IN THE LOBBY
TRYING TO GET IN BUILDING WITH BROKEN KEY
FENCING PRONE LOCATION
LOITERING IN LOBBY
PLATE READER HIT
LOITERING IN NYCHA LOBBY
IN/OUT LOBBY.
LOITERING/TRESPASS
KEYLESS ENTRY

INSIDE LOBBY OF CLEAN HALLS LOCATION
LOITERING
NO PLATES ON AUTO
KEYLESS ENTRY
INSIDE VESTIBULE
ENTER REAR ENTRANCE OF NYCHA BLDGE W/O USING KEY
LOITERING
POINTED BY COMPLAINANT
10-10 POSSIBLE DRUG ACTIVITY AT LOCATION
MISSING FROM PLATE.
OUTLINE OF WEAPON
NISSAN MAXI ME
APPEAR TO HAVE A CLIP ON KNIFE
PLATES MISMATCHED
CLIMBING THRU REAR WINDOW OF HOUSE
RECKLESS DRIVING
LOITERING IN LOBBY
KEYLESS ENTRY
TURNED BACK WHENHE SAW OFFICERS
CPSP
RADIO RUN
CRIM TRESS
KEYLESS ENTRY
SMELL OF MARIHUANA IN AREA
VEH INFO WRONG ON MDT
POSITIVE HIT ON PLATE READER
PERSON ON PREMISE
LOITERING IN LOBBY
"UNFAMILIAR W/VEHICLE, DID NOT OWN DAMAGE TO VEHICLE."
CRIM TRESS
LINGERING IN LOBBY
RADIO RUN OF DISORDERLY GROUP SMOKING DRUGS
ACCESS TO CRIME LOCATION
RIPPED EMP PA RES
NYCHA PROPERTY-TRESPASS
LOST PROPERTY PICKED UP AND RETURNED TO PO
LOITERING IN HALLWAY
KEYLESS ENTRY
CRIMINAL TRESPASS
XNE
CHANGING DIRECTIONS
HANGING OUT IN LOBBY OF BUILDING
W/ PERP ID IN VIOLENT CRIME
KEYLESS ENTRY

LOITERING
NO PLATE
STANDING IN STAIRWELL
I
STANDING OUTSIDE RESTAURANT/STORE OWNER
LOITERING
MISSING TRUNK LOCK
VAGUE ANSWER
SMELL OF MARIJUANA
RUNNING FROM SHOOTING LOCATION
HANGING OUT IN HALLWAY
COVERED LIC PLATE / TRUNK LOCK POPED
ACTION INDICATIVE OF POSSIBLE CAR DAMAGE
OCCUPYING HALLWAY KNOWINGLY & UNLAWFULLY
KEYLESS ENTRY
BROKEN DOOR HANDLE
SHOTS FINED RADIO RUN
CRIMINAL TRESPASS
CARRYING HOME AUDIO CD PLAYER
DEFECTIVE TAIL LIGHT.
CRIM TRES
SOUNDS OFBOTTLE BREAKING
KEYLESS ENTRY/USING EMERGENCY EXIT
EXITING A CLEAN HALLS DWELLING
HOLDING WAIST BAND
POSSIBLE CPW
BROKEN DRIVERS SIDE VENT WINDOW/ REG. STICKER EXP
RADIO RUN
HANGING OUT IN HALLWAY
BLOCKING STOPS/SLEEPING
RECKLESS DRIVING
FORCED DOOR TO ENTER
PROXIMITY TO CRIME LOCATION
KEYLESS ENTRY
CRIM TRES
VERTICAL PATROL
WAIST BAND ADJUSTMENTS/ CELL PHONE
WAS AT SCENE OF RADIO RUN FOR 10-39
ERRATIC DRIVING
IN STOLEN VEHICLE.
ENTRY THRU REAR DOOR
X
REPORT FROM COMPLAINANT
SITTING IN DARK VEHICLE PASSENGER SEAT WITH CLUB ON XUR

ROOF WINDING
CLOSE PROXIMITY TO CRIME LOCATION
TAKING PICTURES OF INDUSTRIAL TOWER
SMELLS OF MARIJUANA
HIGH INCIDENCE OF CRIME
NEAR MVM TURSTILES
ARREST
I/S POSSIBLE PROSTITUTION LOCATION
ALARM RINGING ON PASSWORD
LOITERING IN LOBBY
LOITERING IN LOBBY
BACKDOOR ENTRY
KEYLESS ENTRY
NO PLATE ON COMM ONLY STOLES VEHICLE
RINGING ALARM
LOITERING NEAR MVM MACHINE
POSSIBLE CRIM TRES
SWIPPING MULTI X  AND MANIPULATING M/C
XNE
LOITERING
CAR STOP TAIL LIGHT OUT
CPM
KEYLESS ENTRY
RADIO RUN
10-11 AT ABOVE LOCATION PROPER ID FOR OWNER
TRESPASS
LINGERING IN LOBBY OF NYCHA BLDG
DISOBEY NYCHA SIGN
I/O SCHOOL YARD W/POSTED SIGN CLOSED AFTER DUSK
FTAP
KEYLESS ENTRY
LOITERING IN HALLWAY
ACTING IN A VIOLENT MANNER
LOITERING IN HALLWAY
CHANGE PERCEPTION AT SIGHT OF K/O
APPROACH MULTIPLE MVM W/O PURCHASE
IN PARK AFTER HOURS OF OPERATION
RAD RUN POSSIBLE SEXUAL ASSAULT
SHOOTING CLOSE TO LCATION TO STOP
DEFT WAS CLAWING ON APT WINDOW
KEYLESS ENTRY
STOLEN PROPERTY
KNIFE IN PLAIN VIEW
ENTERED BLDG WITHOUT KEYS - VERIFIED APT

NUMEROUS HAND TO HAND CONTACT WITH DIFFERENT PEOPLE.
XNE
DID ENTER AND LEAVE BUILDING
KEYLESS ENTRY
LOCKING DOOR WINDOW
STRONG AROMA OF MARIJUANA
EXITING KITE LOCATION
SLEEPING ON ROOF LAUDING
REPORT FROM WITNESS
XNE
C RIMINAL TRESPASSING
XNE
KEYLESS ENTRY
POSSESSION OF JEWELRY (LARGE AMOUNTS)
RADIO RUN CALLS FOR HELP
GOING DOWN CELLAR DOOR
MISMATCH PLATES
SMOKING CRACK
STRONG ODOR OF MARIJUANA
R/R DISORDERLIES
R/O HOUSING LOCATION
NEXT TO FRIEND STANDING MARIJUANA
CHECKING CARD AT READER
KEYLESS ENTRY LOITERING
XNE
IN RESTRICTED AREA
KEYLESS ENTRY
BENDING METROCARD
"EVASION AND NON-MATCHING REG. PLATES, STICKERS ON VEH"
KEYLESS ENTRY
RADIO RUN PEPLE LOITERING IN HALLWAY
KEYLESS ENTRY
EXITING NYCHA
ERATIC SUSPICIOUS DRIVING - IMPRUDENT
KEYLESS ENTRY
HIDING IN B/W CARS
RIDING IN SUSP STOLEN VEH.
XNE
HANGING IN HALLWAY
11-Oct
REMOVING ITEMS FROM VEHIVCLE
PAN HANDLING
PROX TO CRIME LOCATION
INSIDE ESTABLISHMENT WITHOUT PROPER I.D.

BROKEN DOOR LOCK
POSSIBLE GLA
SUSPECT ON PREMISES OF A 10-10 OPEN LINE RADIO RUN
STRONG ODOR OF MARIJUANA
ERRATIC DRIVING
CAR IN TOW
ODOR
CRIMINAL TRESPASS
LOITERING IN THE LOBBY
GUN RUN
XNE
ERRATIC
LIVERY W/ YELLOW EMERGENCY LIGHT ACTIVATED
STOPPED TO VERIFY REASON FOR BEING IN NYCHA BLDG
KEYLLESS ENTRY
KEYLESS ENTRY
POSSIBLY SELLING SWIPES
LOITERING IN STAIRCASE
HANGING OUT IN LOBBY - F TAP
GROUP ENGAGED IN DISORDERLY BEHAVIOR
ON PREMISE W/O KEY
LINGERING IN LOBBY
ENTERING THRU REAR OF NYC TRANSIT BUS
LOITERING F/O NYCHA BUILDING
CRACK WINDOW
LOITERING  WITH NO APPARENT
KNOWLEDGE DEFT DOES NOT RESIDE AS LOCATION
KEYLESS ENTRY
XNE
RAN LIC PLATE & CAME BACK AS STOLEN
COMMERCIAL BURG ALARM
CLEAN HALLS
KEYLESS ENTRY
SOLICITING SALE OF CONCERT TICKETS
GLA
MALE IN PARK PREMISE WHILE CLOSED
OUT OF STATE PLATE, UNFAMILIAR WITH VEHICLE
KEYLESS ENTRY
NO LICENSE(ID), REGISTRATION,INSURANCE
ENTERED THROUGH REAR DOOR
LOITERING IN HALLWAY
EXPIRED PLATES
PRIOR ARREST FOR CPW
CLIMBING LADDER AGAINST BUILDING

ERATIC DRIVING
INSIDE LOCATION /OPEN DOOR
PLATE READER HIT//PROPER ID
SLEEPING ON PORCH OF BOARDED UP BLDG
SOLICITING A PROSTITUTE
OBSERVED INSIDE HALLWAY
KEYLESS ENTRY
REMAIN INSIDE LOBBY
KEYLESS ENTRY
CRIM TRES
FRIEND POSSESSED FIREARM
CELLPHONE
ACTION INDICATIVE OF ENGAGING IN PROSTITUTION
OPERATING VEH. WITH SUSPENDED DRIVER LICENSE
KEYLESS ENTRY
INSIDE ABANDONED BUILDING
KEYLESS ENTRY
LARGE DISPUTE
KEYLESS ENTRY
LOITERING
CRIM TRES IN BUILDING
DRIVING CAR AS IF STOLEN
ENTERING BUILDING W/O KEY
KEYLESS ENTRY
RADIO RUN
LOITERING IN THE STAIRCASE
CRIMINAL TRESPASS
STANDING IN  LOBBY OF CLEAN HALLS BUILDING
OBSERVED IN REAR OF LOCATION ON A 10-11
WALKED INTO TRANSIT SYSTEM THRU SERVICE GATE
STRONG ODOR OF MARIHUANA
KEYLESS ENTRY THRU REAR
LOOKING & STANDING AROUND A CAR
DOOR LOCK PUNCHED OUT
COMPLAINANT
KEYLESS
DISORDERLY GROUP
N/A
HANGING OUT IN LOBBY
UNFMILIA W/ OPER OF VEHICLE
IN LOBBY OF BUILDING
HANGING OUT IN THE LOBBY
KEYLESS ENTRY
LOOKING INT AUTOS

CLEAN HALLS
LOITERING ON 16TH FLOOR
HANDS HAD WHITE PAINT ON IT
SITTING ON THE FRONT STOOP
SOUND OF GLASS BREAKING
HANGING IN LOBBY OF NYCHA
SCENT OF MARIJUANA
RADIO CALL
LOITERING IN DRUG PROME LOCATION
ROBBERY LOCATION
XNE
XNE
LOITERING IN STAIRWELL
APPROACHING PEOPLE NEAR TURNSTILES
SEARCHING THROUGH VEHICLE
I/O F TOP LOCATION SMOKING  CIGARREST MALE HAD KEYS  FROM BLD
PUSHIMG CART W/ TV VCR
CRIM TRES
GLA
CLIMBING ON TOP OF  REFUSE HOUSE ROOF/TRAIN OUT
CRIM TRES
LOITERING/HANGING OUT
LOITERING IN LOBBY
RUNNING AWAY FROM NEARLY CRIME SCENE HOLDING WAIST
LOITERING IN LOBBY
MALE HAD BODY UNDER STEERING WHEEL
FLED SCENE / HIGH SPEED
RADIO RUN FOR 10-11
PUSHING WHEEL CHAIR W/ PRICE TAG ATTACHED
MISSING INFO
BENDING METROCARD AND SWIPING MULTIPLE TIMES
LOITERING IN HALLWAYS
10-11 REDIO RUN-IN BLDG
LOADING MOTORCYCLE IN BACK OF TRAILER
DISPLAYING LAPTOP ON STREET
BULGE ON WAISTBAND CELLPHONE
FTAP
LOITERING AROUND MVM MACHINE.
HEAVY SMELL OF MARIJUANA ALONG WITH SMOKE
XNE
LOITER IN LOBBY
VEH. NO PLATES
NYCHA SIGNS POSTED
KEYLESS ENTRY

INSTANTLY DENIED CRIME BEFORE QUESTIONED
CRIMINAL TRESPASSING / BURGLARY
KEYLESS ENTRY
KEYLESS ENTRY
COMMERCIAL BURG ALARM SOUND
KEYLESS ENTRY
HANGING OUT IN HALLWAY
ODOR OF MARIJUANA
POSTED SIGNS
LOITERING IN LOBBY
IN HALLWAY
QUESTIONED FOR THE ABOVE CRIME
MISMATCHED PLATES DAMAGED IGNITION
KEYLESS ENTRY
TRAFFIC INFRACTION
ENTERED BUILDING W/O KEY
XNE
CRIMINAL TRESS
LOITERING
HIGHLY STOLEN VEHICLE SUSP ACTIVITY
911 CALL/POINT OUT BY CALLER
WAITING IN LOBBY
USE OF STUDENT METRO CARD
RADIO RUN
PASSING CIGAR
CPCS
LOITERING IN  DRUG PRONE LOCATION
CARRYING BIKE TIRES & WRENCHES
VEH. STOP
PASSED A BUS WITH STOP SIGN FLASHING
DRIVING VATIC IN AUTO WITH DRIVER
ABOVE LOCATION
KEYLESS ENTRY
UNFAMILIAR WITH OPERATION
MISMATCH PLATES
LOITERING LOBBY
HOLDING A JOINT
ILLEGAL SOCIAL CLUB
LOITERING IN LOBBY
KEYLESS ENTRY
TRAFFICN INFRACTION
XNE
TAP HOUSE
X

DRIVING IRRATICALLY W/LIGHTS OFF
TRAFFIC INFRACTION
ODOR OF MARIJUANA
RECKLESS DRIVING
KEYLESS
BULGE ON WAIST
NYCHA BUILDING
SWIPING MULT CARDS AT METER
ENTERING BLDG W/OUT KEYS
ROBBERY PRONE LOCATION
XNE
SMOKING IN PARK AFTER DARK
HIGH CRIMINAL TRESPASS LOCATION
ENTER BUILDING WITHOUT KEEP
KEYLESS ENTRY
CPW
HIGH CRIME AREA (716) 466-7536
CRIMINAL TRES
LOITERING IN STAIRWELL
DEFT DIDN'T USE KEY OR KEYPAD TO GAIN ENTRY.
HANGING IN HALLWAY
ENTERING AND EXITING A NYCHA BUILDING
MISSING
DISCON
KEYLESS ENTRY/LINGERING IN HALLWAY
KEYLESS ENTRY
EXITING BACH ENTRANCE
GAMBLING
CIRCLING BLOCK NUMEROUS TIMES NO APP REASON
VTL VIOLATION DETECTIVE HEAD LIGHT
LOITERING
CRIMINAL TRESPASS
SITTING IN STAIRWELL
KEYLESS ENTRY
APPROACHED MULTIPLE MVM NO PURCHASE
LINGERING NO USE OF STAIRS OR ELEVATOR
SHOOTING SCENE
LOITERING IN LOBBY
LOITERING
STANDING IN LOBBY OF LOCATION
ENTERED BUILDING OF A CRIME SCENE WITHOUT IDENTIFYING
ON PREMISE WITHOUT PASSCODE
NO DOCUMENTS
CRIM TRES

ENTERING BUILDING THROUGH EXIT DOOR
POSSIBLE ROBBERY
CRIM TRESS
KEYLESS ENTRY
COMPL'S STATEMENT
RUNNING FROM LOCATION OF A 10/34
IN BUILDING NOT RES IN HALL
AFFIDAVIT BUILDING
ENTERED A RESTRICTED AREA
MISMATCH LICENSE PLATES
ON ROOF TOP W/ SUPER
OPERATE M/V SUSP REG HIGH RATE OF SPEED FROM RMP AWAY
CRIM. TRES. - HANGING F/O BLDG.
CARRYING DVD'S (NUMEROUS)
CRIME LOCATION
X
NYCHA LOBBY
UNLOADING MERCHANDISE FROM LOCATION
LOITERING
HANGING OUT IN THE LOBBY
KEYLESS ENTRY
KEYLESS ENTRY
ENTERING WITHOUT KEY/AUTH.
CRIM TRES
CRIM TRES
DRIVING UNREGISTERED/UNENSURED VEHICLE
NO KEYS FOR ENTRY
LOITERING
RECKLESS DRIVING
OBSERVATION SMOKING MARIJUANA
KEYLESS ENTRY
IN HALLWAY W/O EXPLANATION
CV
STANDING IN LOBBY
CAR STOP
LOITERING IN STAIRWELL OF LOCATION
CRIM TRESPASS
T.A.P. BUILDING
CALLED TO TRESPASS/GANG ACTIVITY - SUBJ HIDING BEHIND DOOR
KEYLESS ENTRY
GRAFFITI NOTEBOOK
BURG PATTERN BLUE VAN # XD4684
KEYLESS ENTRY
ENTRY EXIT VEH. SEVERAL TIMES GLA

HE AND ANOTHER APPEARED FROM MALE FIGHTING SEEN TO HAVE HIT OTHER M
USE STUDENT METROCARD OF ANOTHER
ENTER TO BACK
S/W 255
XNE
GLA SLEEPING IN CAR
NO KEY
R/R MAN WITH GUN
COMPLAINT WUTNESSED BOTTLE THROW OUT OF WINDOW
CHANGING DIRECTION
F/O LOCATION COMMISSION OF CRIME
DEFT BREAKLIGHT
XNE
OUT OF STATE PLATE AT CONSTRUCTION SITE
KEYLESS ENTRY
LOITERING
LOITERING ON 14TH STREET
NYCHA LOCATION.
TEMP. PLATE ON CAR.  NO PROPER DOCUMENTATION.
HANGING OUT IN LOBBY R/R
EXITING NYCHA BUILDING
FILLING TRAILER W/ T.V'S APPLIANCES
PROXIMITY TO POSSIBLE CRIME LOCATION
RADIO RUN
KEYLESS ENTRY
OBSERVED ENTERING W/O PAYMENT
SHOTS FIRED
NO VEH DOC.
LOITERING FOR LONG TIME BY MVM
TRESPASSING
HANGING OUT IN STAIRWEL
LOUD, AGGRESSIVE BEHAVIOR
OBSERVED SMOKING MARIJUANA CIGARETTE
HEARD ARGUEMENT IN ELEVATOR
PLATE CAME BACK STOLEN
CRIMINAL TRESPASS
NO PLATES ON VEHICLE
HANGING OUT IN LOBBY
CRIM TRES
MISSING PLATE
NONE STATED
OPENED THE LOBBY DOOR WITHOUT A KEY
LOITERING ON SCHOOL GROUND APTON HOUSE
KEYLESS ENTRY

KNOWN GAMBLING LOCATION
MULTIPLE USES OF A CREDIT CARD
GLA
LOITERING IN LOBBY
KEYLESS ENTRY
REPORT FROM WITNESS
CRIMINAL TRESPASS IN CLEAN HALLS BLDG-741 COS
SITTING IN VEHICLE / BROKEN WINDOW
PRESENT IN CLEAN HALLS
HANGING OUT IN LOBBY
BIKE ON SIDEWALK
"HOPPED TURN STYLE, EXITED, HOPPED TURN STYLE AGAIN"
VEHICLE HAD NO PLATES
MALES APPEAR TO BE TAKING PARTS FROM VEH ID VERIFIED AND REGIST
SPEAKING WITH KNOWN PROSTITUTE
LINGERING IN HALLWAY SCENT OF MARIJUANA
KEYLESS ENTRY
LOITERING
LOITERING
RFL HAD KNIFE ON HIS POCKET
ROBBERY
LOITERING
NO PLATE ON VEHICLE
LINGERING IN LOBBY
PROSTITUTION
KEYLESS ENTRY
DRIVING WRONG WAY
KEYLESS ENTRY
CARRYING IMITATION FIRE ARM
KEYLESS ENTRY
HOLDING WEIGHED POCKET AS WALKING
BANK ALARM
LOITERING BEHIND BUILDING
LOITERING IN LOBBY
KEYLESS ENTRY
STRONG ODOR OF MARIJUANA EMANATING FROM THE CAR
SMOKING ROLLED CIGARETTE
R/R  DISORDERLY MALE
TIME OF DAY
RECKLESS DRIVING
SITTING IN CAR WITH NEW TELEVISION SET LOOKING NERVOUS
SEEN W/BUILDING MATERIAL
LICENSE PLATE - VEHICLE RERETED STOLEN
LOITERING IN LOBBY

KNIFE IN HAND
XNE
SEE REVERSE RIDE OF CARD.
CRIMINAL TRESPASS
STANDING IN LOBBY
DRIVING RECKLESS, TURN A HIGH ACCIDENT AREA O
KEYLESS ENTRY
HANGING IN LOBBY AREA
ROBBERY PATTERNS
POSSESSION OF MARIJUANA
KEYLESS ENTRY
HOLDING LIGHTER TO LIGHT FIXTURE
TRYING TO ENTER BUILDING W/O KEY
LOITERING - NYCHA
ENETRED REAR DOOR W/O USE OF KEY
NA
KEYLESS ENTRY
LINGERING IN BUILDING/ NO USE OF AVAILABLE STAIRS OF HALLWAY
GRAVITY KNIFE CLIPPED TO PANTS
KEYLESS ENTRY
KEYLESS ENTRY
DRIVING VEHICLE W/O CORRECT INFO PLAT # YP8484
ENTER EXIT WITH OUT KEY
XNE
PROSTITUTION IN PARK
HANGING OUT ON 13TH FL. HALL
UNSPECIFIED
NOT  GIVEN
CAR DOESN'T MATCH PLATE
LOITERING
LOOKING INTO CARS AT LOCATION
ON SCENE AT RINGING ALARM
FLEEING AT SIGHT OF P.O.
TURNING VEHICLE WITH NO PLATES
CRIM TRES
KEYLESS ENTRY
XNE
SHOTS FIRED
NO KEITH FEINT ENTRANCE
CRIMINAL TRESPASS
ON PREMISE OF 10-11
LOITERING
LOITERING IN LOBBY
LOITERING IN BUILDING

BULGE IN WAIST BAND
KEYLESS ENTRY
X
KEYLESS ENTRY
KEYLESS ENTRY
UNKN
XNE
DID NOT BELONG ON PRIVATE PROPERTY
INDIVIDUAL ALONG W/ OTHERS IN PARKING LOT LOOKING AT VARIOUS VEHICLE
(IN LOBBY) CRIMINAL TRESPASS
ON ROOFTOP OF HOUSING BUILDING
UNK
REMOVING LOCK FROM
ENTERED BUILDING THROUGH REAR
KEYLESS ENTRY
XNE
LOOKING IN WINDOW OF VEHICLE
KEYLESS ENTRY
EXCESSIVE SPEED
APPROACH MULTIPLE MVM- NO PURCHASE
CROWDING FEMALE ON TRAIN
CELLPHONE ON WAIST
LOCK CYLINDER OFF M/V DOOR
-
OBSERVED RESP DOUBLE UP ON HIGHWHEEL
CRIM TRES
KEYLESS ENTRY
-
KEYLESS ENTRY
KEYLESS ENTRY
ENTERED BUILDING THOSE HOPE BACKDOOR
CELL PHONE
R/R
DEFT HANGING OUT IN LOBBY
NO PLATES ON MOTORCYCLE