UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

DAVID FLOYD, *et al.*,

                         Plaintiffs,

         -against-

THE CITY OF NEW YORK, *et al.*,

                         Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

:   08 Civ. 01034 (SAS)

:   ECF CASE

:   **NOTICE OF MOTION TO**
:   **EXCLUDE CERTAIN**
:   **OPINIONS OF**
:   **DEFENDANTS' PROPOSED**
:   **EXPERT, DENNIS SMITH**

              **PLEASE TAKE NOTICE THAT,** upon the accompanying Declaration of Darius Charney and Supporting Exhibits, the accompanying Memorandum of Law in Support of Plaintiffs' Motion to Exclude Certain Opinions of Defendants' Proposed Expert, Dennis Smith, and all prior pleadings and proceedings had herein, Plaintiffs will move this Court at the United States Courthouse, 500 Pearl Street, New York, New York, as soon as counsel may be heard, for an order, pursuant to Rules 702 and 403 of the Federal Rules of Evidence, granting Plaintiffs' Motion.

              **PLEASE TAKE FURTHER NOTICE**, that Defendants' response, if any, must be served on the undersigned no later than July 24, 2012; and

              **PLEASE TAKE FURTHER NOTICE**, that Plaintiffs' reply must be served no later than August 7, 2012.

Dated:      New York, New York
              June 26, 2012

                         By: *Gretchen Hoff Varner*
                             GRETCHEN HOFF VARNER

Darius Charney
Sunita Patel
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, New York 10012
(212) 614-6439
dcharney@ccrjustice.org
spatel@ccrjustice.org

Jonathan Moore
Jenn Rolnick Borchetta
BELDOCK LEVINE & HOFFMAN, LLP
99 Park Avenue, Suite 1600
New York, New York 10016
(212) 490-0900
jmoore@BLHNY.com
jborchetta@BLHNY.com

Philip A. Irwin
Eric Hellerman
Gretchen Hoff Varner
Kasey Martini
COVINGTON & BURLING LLP
The New York Time Building
620 Eighth Avenue
New York, New York 10018-1405
(212) 841-1000
pirwin@cov.com
ehellerman@cov.com
ghoffvarner@cov.com
kmartini@cov.com

Daniel A. George
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
(202) 662-6000
dgeorge@cov.com

*Attorneys for Plaintiffs*