IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FLOYD, et al.,<br>    *Plaintiff,*<br><br>  v.<br><br>CITY OF NEW YORK, et al.,<br>    *Defendants,* | No. 1:08-cv-01034-SAS-HBP |

## ORDER

On motion of Rachel M. Kleinman to withdraw her appearance as counsel for Plaintiffs,

IT IS ORDERED that the motion is GRANTED. The Court is directed to close Dkt. #368.

This 19 day of July, 2013.

_____
JUDGE, UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK