UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X

DAVID FLOYD, *et al.*,

        Plaintiffs,

    - against -

CITY OF NEW YORK,

        Defendant.

------------------------------------------------------------ X

JAENEAN LIGON, *et al.*,

        Plaintiffs,

    - against -

CITY OF NEW YORK, *et al.*,

        Defendants.

------------------------------------------------------------ X

**ORDER**

08 Civ. 1034 (SAS)

12 Civ. 2274 (SAS)

SHIRA A. SCHEINDLIN, U.S.D.J.:

        On August 27, 2013, fifteen days after this Court issued the Remedies Opinion in *Floyd* and *Ligon*, the City of New York submitted to this Court a letter

1

motion requesting a stay of the Opinion pending appeal.[1] Plaintiffs in *Floyd* and *Ligon* promptly requested until September 6, 2013 to submit letters in opposition to the City's motion.[2] The City opposed plaintiffs' requests, arguing that plaintiffs should be granted no more than three days to draft an opposition letter, because this is the time normally allotted for responses to *pre*-motion letters under this Court's Individual Rules.[3]

The City's stay request is a motion, not a pre-motion letter, and the City had fifteen days to prepare its motion. Plaintiffs will have ten days, including the Labor Day weekend, to prepare their opposition letter. Thus, plaintiffs' opposition will be due by September 6, 2013. The City's reply will be due by September 12, 2013, pursuant to the City's request.[4]

---

[1] *See* 8/27/13 Letter from Heidi Grossman, Counsel for the City, to the Court; *Floyd v. City of New York*, No. 08 Civ. 1034, 2013 WL 4046217 (S.D.N.Y. Aug. 12, 2013).

[2] *See* 8/27/13 Letter from Alexis Karteron, Counsel for *Ligon* Plaintiffs, to the Court; 8/28/13 Letter from Darius Charney, Counsel for *Floyd* Plaintiffs, to the Court.

[3] *See* 8/28/13 Letter from Heidi Grossman, Counsel for the City, to the Court; Judge Shira A. Scheindlin, Individual Rules and Procedures IV.A (revised April 2013).

[4] *See* 8/28/13 Email from Heidi Grossman, Counsel for the City, to the Court.

SO ORDERED:

*[signature]*

Shira A. Scheindlin<br>
U.S.D.J.

Dated:     August 29, 2013<br>
             New York, New York

- Appearances -

**For *Ligon* Plaintiffs:**

Alexis Karteron, Esq.
Christopher Dunn, Esq.
Daniel Mullkoff, Esq.
New York Civil Liberties Union
125 Broad Street, 19th floor
New York, NY 10004
(212) 607-3300

Mariana Kovel, Esq.
Scott Levy, Esq.
The Bronx Defenders
860 Courtlandt Avenue
Bronx, NY 10451
(718) 508-3421

Juan Cartagena, Esq.
Foster Maer, Esq.
Roberto Concepcion, Jr., Esq.
LatinoJustice PRLDEF
99 Hudson Street, 14th Floor
New York, NY 10013
(212) 219-3360

J. McGregor Smyth, Jr., Esq.
NY Lawyers for the Public Interest
151 West 30th Street, 11th Floor
New York, NY 10001
(212) 244-4664

John A. Nathanson, Esq.
Michael Grunfeld, Esq.
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022
(212) 848-5222

**For *Floyd* Plaintiffs:**

Darius Charney, Esq.
Sunita Patel, Esq.
Baher Azmy, Esq.
Rachel Lopez, Esq.
Ghita Schwarz, Esq.
Chauniqua Young, Esq.
Center for Constitutional Rights
666 Broadway, 7th Floor
New York, NY 10012
(212) 614-6439

Philip I. Irwin, Esq.
Eric Hellerman, Esq.
Gretchen Hoff Varner, Esq.
Kasey Martini, Esq.
Bruce Corey, Jr., Esq.
Covington & Burling LLP
620 Eighth Avenue
New York, NY 10018
(212) 841-1000

Jonathan Moore, Esq.
Jenn Rolnick Borchetta, Esq.
Beldock Levine & Hoffman LLP
99 Park Avenue, Suite 1600
New York, NY 10016
(212) 490-0900

**For *Ligon* and *Floyd* Defendants:**

Brenda Cooke
Linda Donahue
Heidi Grossman
Morgan Kunz
Joseph Marutollo
Suzanna Publicker
Lisa Richardson
Cecilia Silver
Judson Vickers
Richard Weingarten
Mark Zuckerman
Assistant Corporation Counsel
New York City Law Department
100 Church Street
New York, NY 10007
(212) 788-1300