UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

—————————————————————

FLOYD, *et al.*,

            Plaintiffs,

-against-

THE CITY OF NEW YORK,

            Defendant.

—————————————————————

**08 Civ. 1034 (SAS)**

**NOTICE OF APPEARANCE**

**ECF CASE**


PLEASE TAKE NOTICE that the undersigned hereby appears on behalf of Plaintiffs in the above-captioned action and respectfully requests that all pleadings, notices, orders, correspondence and other papers in connection with this action be served upon the following attorney, duly admitted to practice before this Court:

Chauniqua Danielle Young
Center for Constitutional Rights
666 Broadway, 7th Floor
New York, NY 10012
Tel: (212) 614-6483
Fax: (212) 614-6499
cyoung@ccrjustice.org

Dated: New York, New York
     September 3, 2013

CENTER FOR CONSTITUTIONAL RIGHTS

By:   s/ Chauniqua Danielle Young_____
      Chauniqua Danielle Young

      Center for Constitutional Rights
      666 Broadway, 7th Floor
      New York, NY 10012
      (212) 614-6483
      cyoung@ccrjustice.org

      *Attorneys for Plaintiffs*