UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X

DAVID FLOYD, *et al.*,

      Plaintiffs,

- against -

CITY OF NEW YORK,

      Defendant.

------------------------------------------------------------ X

JAENEAN LIGON, *et al.*,

      Plaintiffs,

- against -

CITY OF NEW YORK, *et al.*,

      Defendants.

------------------------------------------------------------ X

**SUPPLEMENTAL ORDER**

08 Civ. 1034 (SAS)

12 Civ. 2274 (SAS)

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

      This Order supplements the Remedies Opinion of August 12, 2013, which ordered the parties to engage in a community-based remedial process (the "Joint Remedial Process") to develop sustainable reforms to the stop and frisk practices of the New York City Police Department ("NYPD"). The Opinion stated

1

that the Joint Remedial Process would be guided by a Facilitator to be named by the Court.[1]

I am now appointing Nicholas Turner, President and Director of the VERA Institute of Justice, as the Facilitator.[2] After previously working at VERA for nine years, Mr. Turner was recently named as the Institute's fifth President. In his early tenure at VERA, Mr. Turner initiated and managed projects on racial profiling in prosecution, safety in America's prisons, sentencing reform, juvenile justice, and domestic violence. Prior to his return to VERA, Mr. Turner served as a managing director at the Rockefeller Foundation, where he focused on global urban issues and the redevelopment of post-Hurricane Katrina New Orleans to increase racial and socioeconomic integration, including through a community-wide comprehensive planning effort. A graduate of Yale College and Yale Law School, Mr. Turner clerked for Judge Jack B. Weinstein in the Eastern District of New York. Prior to law school, Mr. Turner worked with homeless, at-risk, and court-involved youth at Sasha Bruce Youthwork, a community-based youth

---

[1] *See Floyd v. City of New York*, No. 08 Civ. 1034, 2013 WL 4046217, at *12–13 (S.D.N.Y. Aug. 12, 2013).

[2] To clarify any ambiguity in paragraphs 2 and 10 on pages 30 and 32 of the Remedies Opinion, I note that the City will be responsible for the reasonable costs and fees of the Facilitator and any staff necessary to carry out the Joint Remedial Process.

2

advocacy and services organization in Washington, D.C. Mr. Turner has written a number of articles on criminal justice and the politics of criminal justice reform.

Based in New York City, the VERA Institute is widely recognized for its use of rigorous testing and broad-based collaboration to help governments plan, implement, and evaluate improvements to the justice system. VERA provides nonpartisan, nonprofit analysis and expertise to make courts, law enforcement agencies, and social services fairer and more effective. VERA's founding project was to help reform the bail system in New York City by demonstrating the feasibility of releasing New Yorkers who were too poor to afford bail but had strong ties to their communities.

VERA has a long history of working to improve public safety by strengthening the ties between police and the community. In the early 1980s, VERA partnered with the NYPD to develop the Community Patrol Officer Program, one of the first community policing programs in the country. A 1999 study of two police precincts in the South Bronx examined approaches to respectful and effective policing in minority communities.

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated:    September 4, 2013
          New York, New York

- Appearances -

| **For *Ligon* Plaintiffs:** | **For *Floyd* Plaintiffs:** |
|---|---|
| Alexis Karteron, Esq.<br>Christopher Dunn, Esq.<br>Daniel Mullkoff, Esq.<br>New York Civil Liberties Union<br>125 Broad Street, 19th floor<br>New York, NY 10004<br>(212) 607-3300 | Darius Charney, Esq.<br>Sunita Patel, Esq.<br>Baher Azmy, Esq.<br>Rachel Lopez, Esq.<br>Ghita Schwarz, Esq.<br>Chauniqua Young, Esq.<br>Center for Constitutional Rights<br>666 Broadway, 7th Floor<br>New York, NY 10012<br>(212) 614-6439 |
| Mariana Kovel, Esq.<br>Scott Levy, Esq.<br>The Bronx Defenders<br>860 Courtlandt Avenue<br>Bronx, NY 10451<br>(718) 508-3421 | Philip I. Irwin, Esq.<br>Eric Hellerman, Esq.<br>Gretchen Hoff Varner, Esq.<br>Kasey Martini, Esq.<br>Bruce Corey, Jr., Esq.<br>Covington & Burling LLP<br>620 Eighth Avenue<br>New York, NY 10018<br>(212) 841-1000 |
| Juan Cartagena, Esq.<br>Foster Maer, Esq.<br>Roberto Concepcion, Jr., Esq.<br>LatinoJustice PRLDEF<br>99 Hudson Street, 14th Floor<br>New York, NY 10013<br>(212) 219-3360 | Jonathan Moore, Esq.<br>Jenn Rolnick Borchetta, Esq.<br>Beldock Levine & Hoffman LLP<br>99 Park Avenue, Suite 1600<br>New York, NY 10016<br>(212) 490-0900 |
| J. McGregor Smyth, Jr., Esq.<br>NY Lawyers for the Public Interest<br>151 West 30th Street, 11th Floor<br>New York, NY 10001<br>(212) 244-4664 | |
| John A. Nathanson, Esq.<br>Michael Grunfeld, Esq.<br>Shearman & Sterling LLP<br>599 Lexington Avenue<br>New York, NY 10022<br>(212) 848-5222 | |

**For *Ligon* and *Floyd* Defendants:**

Brenda Cooke
Linda Donahue
Heidi Grossman
Morgan Kunz
Joseph Marutollo
Suzanna Publicker
Lisa Richardson
Cecilia Silver
Judson Vickers
Richard Weingarten
Mark Zuckerman
Assistant Corporation Counsel
New York City Law Department
100 Church Street
New York, NY 10007
(212) 788-1300