UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
DAVID FLOYD, et al.,                  :

       Plaintiff,              :   Case No.  08 Civ. 1034 (SAS)

  -against-                          :   **NOTICE OF APPEAL OF PROPOSED INTERVENOR SERGEANTS BENEVOLENT ASSOCIATION**

CITY OF NEW YORK, et al.,             :

       Defendant.
------------------------------------- X

     Proposed Intervenor Sergeants Benevolent Association hereby gives notice that it appeals to the United States Court of Appeals for the Second Circuit from the Memorandum and Opinion regarding liability (Docket No. 373) entered on August 12, 2013; and the Memorandum and Opinion regarding remedies (Docket No. 372) entered on August 12, 2013.

Dated: New York, New York.           Respectfully submitted,
       September 11, 2013

                                      DLA PIPER LLP (US)
                                      1251 Avenue of the Americas, 27th Floor
                                      New York, NY  10020-1104
                                      212.335.4500

                                      By:  /s/ Anthony P. Coles
                                         Anthony P. Coles
                                         Courtney G. Saleski
                                         (seeking admission *pro hac vice*)
                                         Attorneys for Proposed Intervenor
                                         Sergeants Benevolent Association

TO:   James F. Sweeney III Darius Charney, Esq.
        Sunita Patel, Esq.
        Baher Azmy, Esq.
        Rachel Lopez, Esq.
        Ghita Schwartz, Esq.
        Chauniqua Young, Esq.

Center for Constitutional Rights
666 Broadway, 7th Floor
New York, NY 10012
*Attorneys for Plaintiffs*

Philip I. Irwin, Esq.
Eric Hellerman, Esq.
Gretchen Hoff Varner, Esq.
Kasey Martini, Esq.
Bruce Corey, Jr., Esq.
Covington & Burling LLP
620 Eighth Avenue
New York, NY 10018
*Attorneys for Plaintiffs*

Jonathan Moore, Esq.
Jenn Rolnick Borchetta, Esq.
Beldock Levine & Hoffman LLP
99 Park Avenue, Suite 1600
New York, NY 10016
*Attorneys for Plaintiffs*

Heidi Grossman, Esq.
Brenda Cooke, Esq.
Linda Donahue, Esq.
Morgan Kunz, Esq.
Joseph Marutollo, Esq.
Suzanna Publicker, Esq.
Lisa Richardson, Esq.
Judson Vickers, Esq.
Assistant Corporate Counsel
New York City Law Department
100 Church Street
New York, NY 10007
*Attorneys for Defendants*