UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
DAVID FLOYD, et al.,

                Plaintiffs,

      - against -

CITY OF NEW YORK,

                Defendant.
---------------------------------------------------------------x

08-CV-1034 (SAS)

ECF Case

**ORAL ARGUMENT REQUESTED**

## NOTICE OF MOTION TO INTERVENE

      PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law and Declaration of Joseph Alejandro, the Patrolmen's Benevolent Association of the City of New York, Inc., the Detectives' Endowment Association, Inc., the NYPD Captains Endowment Association and the Lieutenants Benevolent Association of the City of New York, Inc., by and through their attorneys, will move before the Honorable Shira A. Scheindlin, of the United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York 10007, on such date as the Court will determine, for an order allowing the said entities to

intervene in the above-captioned matters pursuant to Federal Rule of Civil Procedure 24.

Dated: New York, New York
       September 11, 2013

Respectfully submitted,

DECHERT LLP

By: /s/ James M. McGuire
James M. McGuire
Steven A. Engel
1095 Avenue of the Americas
New York, New York  10036
T: (212) 698-3500
F: (212) 698-3599
james.mcguire@dechert.com
steven.engel@dechert.com

*Attorneys for Proposed Intervenors Patrolmen's Benevolent Association of the City of New York, Inc., the Detectives' Endowment Association, Inc., the NYPD Captains Endowment Association and the Lieutenants Benevolent Association of the City of New York, Inc.*

15032411