**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
DAVID FLOYD, et al.,

                    Plaintiffs,        **NOTICE OF APPEAL**

         - against -               08-CV-1034 (SAS)

CITY OF NEW YORK,

                    Defendant.
------------------------------------------------------------x

      **PLEASE TAKE NOTICE** that Proposed Intervenors Patrolmen's Benevolent Association of the City of New York, Inc., the Detectives' Endowment Association, Inc., the NYPD Captains Endowment Association and the Lieutenants Benevolent Association of the City of New York, Inc., hereby appeal to the United States District Court for the Second Circuit, from ECF Document 372, the remedial opinion and order, dated August 12, 2013; and ECF Document 373, the liability opinion and order, dated August 12, 2013, of the Honorable Shira A. Scheindlin and both entered in the docket on August 12, 2013. This appeal is taken from each and every part of said opinions and orders as well as from the whole thereof.

Dated: New York, New York    Respectfully submitted,
       September 11, 2013

                                            DECHERT LLP

                                By:   /s/ James M. McGuire
                                        James M. McGuire
                                        Steven Engel
                                        1095 Avenue of the Americas
                                        New York, New York  10036
                                        T: (212) 698-3500
                                        F: (212) 698-3599

                                        *Attorneys for Proposed Intervenors Patrolmen's Benevolent Association of the City of New York, Inc., the Detectives' Endowment Association, Inc., the NYPD Captains Endowment Association and the Lieutenants Benevolent Association of the City of New York, Inc.*