UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------- X
DAVID FLOYD, et al.,                     :

       Plaintiff,                        :

  -against-                                  Case No.  08 Civ. 1034 (SAS)
                                     :

CITY OF NEW YORK, et al.,                :

       Defendant.
---------------------------------------- X

**NOTICE OF MOTION OF SERGEANTS BENEVOLENT ASSOCIATION TO INTERVENE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 24**

**PLEASE TAKE NOTICE** that upon the Memorandum of Law in Support of Motion to Intervene Pursuant to Federal Rule of Civil Procedure 24, and the Affidavit of Edward D. Mullins dated September 10, 2013, Proposed Intervenor Sergeants Benevolent Association will move this Court before the Honorable Shira A. Scheindlin at the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007, for entry of an order granting Sergeants Benevolent Association leave to intervene in this matter, and for such other and further relief as the Court deems just and proper.

Dated: New York, New York.
September 11, 2013

Respectfully submitted,

DLA PIPER LLP (US)
1251 Avenue of the Americas, 27th Floor
New York, NY  10020-1104
212.335.4500

By: /s/ Anthony P. Coles
    Anthony P. Coles
    Courtney G. Saleski
    (seeking admission *pro hac vice*)
    Attorneys for Proposed Intervenor
    Sergeants Benevolent Association

TO:    James F. Sweeney III Darius Charney, Esq.
    Sunita Patel, Esq.
    Baher Azmy, Esq.
    Rachel Lopez, Esq.
    Ghita Schwartz, Esq.
    Chauniqua Young, Esq.
    Center for Constitutional Rights
    666 Broadway, 7th Floor
    New York, NY 10012
    *Attorneys for Plaintiffs*

    Philip I. Irwin, Esq.
    Eric Hellerman, Esq.
    Gretchen Hoff Varner, Esq.
    Kasey Martini, Esq.
    Bruce Corey, Jr., Esq.
    Covington & Burling LLP
    620 Eighth Avenue
    New York, NY 10018
    *Attorneys for Plaintiffs*

    Jonathan Moore, Esq.
    Jenn Rolnick Borchetta, Esq.
    Beldock Levine & Hoffman LLP
    99 Park Avenue, Suite 1600

New York, NY 10016
*Attorneys for Plaintiffs*

Heidi Grossman, Esq.
Brenda Cooke, Esq.
Linda Donahue, Esq.
Morgan Kunz, Esq.
Joseph Marutollo, Esq.
Suzanna Publicker, Esq.
Lisa Richardson, Esq.
Judson Vickers, Esq.
Assistant Corporate Counsel
New York City Law Department
100 Church Street
New York, NY 10007
*Attorneys for Defendants*