

|  | THE CITY OF NEW YORK |  |
|---|---|---|
| **MICHAEL A. CARDOZO**<br>*Corporation Counsel* | **LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **SUZANNA P. METTHAM**<br>phone: (212) 356-2372<br>fax:   (212) 788-9776<br>email:  smettham@law.nyc.gov |

September 12, 2013

**BY ECF**

Honorable Shira A. Scheindlin
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:   <u>Floyd, et al. v. City of New York</u>,
            08-CV-1034 (SAS)

Your Honor:

      I am an Assistant Corporation Counsel in the Office of Michael A. Cardozo, Corporation Counsel of the City of New York, representing the City of New York in the above-referenced matter. I write to inform the Court that my name has changed from "Suzanna Hallie Publicker" to "Suzanna Publicker Mettham."

      Thank you for your consideration herein.

      Respectfully submitted,

      /s/

Suzanna Publicker Mettham
*Assistant Corporation Counsel*
Special Federal Litigation Division

cc:    Darius Charney (by ECF)
       Chauniqua Young (by ECF)
       Sunita Patel (by ECF)
       Eric Hellerman (by ECF)
       Gretchen Hoff Varner (by ECF)
       Kasey Martini (by ECF)
       Jonathan Moore (by ECF)
       Jennifer Borchetta (by ECF)