UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X

DAVID FLOYD, *et al.*,

        Plaintiffs,

    - against -

CITY OF NEW YORK,

        Defendant.

------------------------------------------------------------ X

JAENEAN LIGON, *et al.*,

        Plaintiffs,

    - against -

CITY OF NEW YORK, *et al.*,

        Defendants.

------------------------------------------------------------ X

<u>ORDER</u>

08 Civ. 1034 (SAS)

12 Civ. 2274 (SAS)

SHIRA A. SCHEINDLIN, U.S.D.J.:

        The briefing schedule for the police unions' motions to intervene in the above-captioned actions is as follows: (1) Responses to the police unions' motions are to be filed by October 11, 2013. The *Floyd* and *Ligon* plaintiffs' briefs are not to exceed a combined length of twenty-five pages. Defendants' brief is not to exceed fifteen pages. (2) The police unions' replies in further support of their

motions are to be filed by October 25, 2013 and are not to exceed a combined length of twenty pages.

SO ORDERED:

_____
Shira A. Scheindlin
U.S.D.J.

Dated:      September 13, 2013
            New York, New York

## - Appearances -

**For *Ligon* Plaintiffs:**

Alexis Karteron, Esq.
Christopher Dunn, Esq.
Daniel Mullkoff, Esq.
NY Civil Liberties Union Foundation
125 Broad Street, 19th floor
New York, NY 10004
(212) 607-3300

Mariana Kovel, Esq.
Scott Levy, Esq.
The Bronx Defenders
860 Courtlandt Avenue
Bronx, NY 10451
(718) 508-3421

Juan Cartagena, Esq.
Foster Maer, Esq.
Roberto Concepcion, Jr., Esq.
LatinoJustice PRLDEF
99 Hudson Street, 14th Floor
New York, NY 10013
(212) 219-3360

J. McGregor Smyth, Jr., Esq.
NY Lawyers for the Public Interest
151 West 30th Street, 11th Floor
New York, NY 10001
(212) 244-4664

John A. Nathanson, Esq.
Jeffrey Resetarits, Esq.
Michael Grunfeld, Esq.
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022
(212) 848-5222

**For *Floyd* Plaintiffs:**

Jonathan C. Moore, Esq.
Jenn Rolnick Borchetta, Esq.
Beldock Levine & Hoffman LLP
99 Park Avenue, Suite 1600
New York, NY 10016
(212) 490-0900

Darius Charney, Esq.
Sunita Patel, Esq.
Chauniqua Young, Esq.
Baher Azmy, Esq.
Center for Constitutional Rights
666 Broadway, 7th Floor
New York, NY 10012
(212) 614-6439

Eric Hellerman, Esq.
Kasey L. Martini, Esq.
Bruce Corey, Esq.
Covington & Burling LLP
620 Eighth Avenue
New York, NY 10018
(212) 841-1000

**For *Floyd* and *Ligon* Defendants:**

Heidi Grossman
Mark D. Zuckerman
Assistant Corporation Counsel
New York City Law Department
100 Church Street
New York, NY 10007
(212) 788-1300

**For Proposed Intervenors the Patrolmen's Benevolent Association of the City of New York, Inc.; the Detectives' Endowment Association, Inc.; the NYPD Captains Endowment Association; and the Lieutenants Benevolent Association of the City of New York, Inc.:**

James M. McGuire, Esq.
Steven A. Engel, Esq.
1095 Avenue of the Americas
New York, NY 10036
(212) 698-3500

**For Proposed Intervenor the Sergeants Benevolent Association:**

Anthony P. Coles, Esq.
Courtney G. Saleski, Esq.
(seeking admission *pro hac vice*)
DLA Piper LLP (US)
1251 Avenue of the Americas, 27th Floor
New York, NY 10020
(212) 335-4500