UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X

DAVID FLOYD, *et al.*,

      Plaintiffs,

- against -

CITY OF NEW YORK,

      Defendant.

------------------------------------------------------------ X

JAENEAN LIGON, *et al.*,

      Plaintiffs,

- against -

CITY OF NEW YORK, *et al.*,

      Defendants.

------------------------------------------------------------ X

**SUPPLEMENTAL ORDER**

08 Civ. 1034 (SAS)

12 Civ. 2274 (SAS)

9/18/13

SHIRA A. SCHEINDLIN, U.S.D.J.:

      This Order supplements the Remedies Opinion of August 12, 2013, which ordered the parties to engage in a community-based remedial process (the "Joint Remedial Process") to develop sustainable reforms to the stop and frisk practices of the New York City Police Department ("NYPD"). The Opinion stated that the Joint Remedial Process would be guided by a Facilitator to be named by

-1-

the Court.[1]  On September 4, 2013, I appointed Nicholas Turner, President and Director of the VERA Institute of Justice, as the Facilitator.[2]

To help the Facilitator and the Monitor in their challenging tasks, I am appointing an Academic Advisory Council consisting of professors from area law schools.  These professors have generously agreed to provide their expertise in a pro bono capacity.

The Chair of the Council is Professor Bennett Capers of Brooklyn Law School.  The other members of the Advisory Council are:

- Ian Ayres, William K. Townsend Professor Law, Yale Law School
- Alafair S. Burke, Professor of Law, Maurice A. Deane School of Law at Hofstra University
- Miriam Gohara, Visiting Assistant Professor, Columbia Law School
- Taja-Nia Y. Henderson, Associate Professor of Law, Rutgers School of Law-Newark
- Tanya K. Hernandez, Professor of Law, Fordham University School of Law
- Conrad Johnson, Clinical Professor of Law, Columbia Law School
- William E. Hellerstein, Professor of Law (retired), Brooklyn Law

---

[1]  *See Floyd v. City of New York*, No. 08 Civ. 1034, 2013 WL 4046217, at *12–13 (S.D.N.Y. Aug. 12, 2013).

[2]  *See Floyd v. City of New York*, No. 08 Civ. 1034, Slip Op., at 2 (S.D.N.Y. Sept. 4, 2013).


School

- K. Babe Howell, Associate Professor of Law, CUNY School of Law

- Olatunde Johnson, Professor of Law, Columbia Law School

- Tracey L. Meares, Walton Hale Hamilton Professor of Law, Yale Law School

- Janice Tudy-Jackson, Lecturer in Law, Columbia Law School

- Steve Zeidman, Professor of Law, Director of Criminal Defense Clinic, CUNY School of Law

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated:    September 18, 2013
          New York, New York

## - Appearances -

**For *Floyd* Plaintiffs:**

Jonathan C. Moore, Esq.
Jenn Rolnick Borchetta, Esq.
Beldock Levine & Hoffman LLP
99 Park Avenue, Suite 1600
New York, NY 10016
(212) 490-0900

Darius Charney, Esq.
Sunita Patel, Esq.
Chauniqua Young, Esq.
Baher Azmy, Esq.
Center for Constitutional Rights
666 Broadway, 7th Floor
New York, NY 10012
(212) 614-6439

Eric Hellerman, Esq.
Kasey L. Martini, Esq.
Bruce Corey, Esq.
Covington & Burling LLP
620 Eighth Avenue
New York, NY 10018
(212) 841-1000

**For *Ligon* Plaintiffs:**

Alexis Karteron, Esq.
Christopher Dunn, Esq.
Daniel Mullkoff, Esq.
NY Civil Liberties Union Foundation
125 Broad Street, 19th floor
New York, NY 10004
(212) 607-3300

Mariana Kovel, Esq.
Scott Levy, Esq.
The Bronx Defenders
860 Courtlandt Avenue
Bronx, NY 10451
(718) 508-3421

Juan Cartagena, Esq.
Foster Maer, Esq.
Roberto Concepcion, Jr., Esq.
LatinoJustice PRLDEF
99 Hudson Street, 14th Floor
New York, NY 10013
(212) 219-3360

J. McGregor Smyth, Jr., Esq.
NY Lawyers for the Public Interest
151 West 30th Street, 11th Floor
New York, NY 10001
(212) 244-4664

John A. Nathanson, Esq.
Jeffrey Resetarits, Esq.
Michael Grunfeld, Esq.
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022
(212) 848-5222

**For *Floyd* and *Ligon* Defendants:**

Linda Donahue
Heidi Grossman
Assistants Corporation Counsel
Special Federal Litigation Division
New York City Law Department
100 Church Street
New York, NY 10007
(212) 788-1300