NYPD - Official New York City Police Department Web Site



NYC.gov always open

Search | Email Updates | Contact Us

Residents : Business : Visitors : Government : Office of the Mayor

NEW YORK'S FINEST

NYPD



Search

**Home**
**FAQ** ▼
**E-mail Alerts**

**Learn About**
Mission
Administration
Careers ▼
Police Academy
Memorials ▼
Precincts
Precinct Maps
Contact Us

**Be Alert**
Press Room ▼
Rewards
Crime Statistics
Traffic Data ▼
Crime Stoppers
Wanted
Submit Internet Tip
Missing Persons ▼
Crime Prevention ▼
Counterterrorism

**Find Services**
Police Auctions
Property Clerk ▼
Towed Vehicles ▼
Community Affairs ▼
Language Access Plan
MOUs/NYC Rules
Permits ▼
Firearms Licensing ▼
Record Inquiries ▼
Employees

**REASONABLE SUSPICION STOPS**



2012

REASONABLE SUSPICION STOPS:



In 2012 the NYPD conducted about 536,000 stops; with roughly 19,800 officers on patrol, this equates to less than one stop per officer per week. Click for the Department's annual snapshot of Stop Question and Frisk reports in each of the 76 police precincts.

◄◄                    1 of 17                    ►►

**Multimedia**



Like the NYPD on Facebook: Get the latest news, photos, crime prevention tips and more, including how you can get involved and work with the NYPD to help keep NYC the safest big city in the country.




NYPD Videos: Watch "Inside the NYPD" and other Police Department videos, from bike safety to rescue operations, on YouTube.

Electronic Device Safety Subway crime is at historic lows in New York City, but don't take safety for granted. Keep your electronic devices out of sight and stay alert. Related: Inside the NYPD Transit Bureau

**Police Commissioner**

**Raymond W. Kelly**
Biography
Contact
A combat veteran of the Vietnam War, Commissioner Kelly retired as a Colonel from the Marine Corps Reserves after 30 years of service.

**Resources**

Emergency: 911
Non-Emergency: 311
Terrorism Hot-Line:
1 (888) NYC-SAFE
Sex Crimes Report Line:
1 (212) 267-RAPE
NYPD Switchboard:
(646) 610-5000
Info on Access to 911
for Deaf and Hard of Hearing
Click Here

Oppose Parole for Cop Killers
(NYCPBA link)

More...

**Crime Stoppers**

• Call 1-800-577-TIPS (8477)
• Text "TIP577" (plus your message) to "CRIMES" (274637)
• Submit Internet Tips

RSS Subscribe to NYPD
Most Wanted RSS

**Links**

NYPD Equipment Section
DOT Traffic Info
Parking Tickets Info
Police Museum
Police Pension Fund
Early Intervention Unit

Cited in Floyd v. City of NY, 08 CIV 1034 Decided on 8/12/13

Reviewed on 8/20/13

This document is not to be cited by counsel. Further reproduction is prohibited without permission.

**Reports and Information**

**Retirees** (external)

**Press Relations** ▾



Finest Health

NYC Police Foundation



Notice of Adoption of Amendment Regarding Certificates of Conduct and Non-criminal fingerprinting.

Police Academy College Point, Queens Final Environmental Impact Statement

Public Safety Answering Center II Final Environmental Impact Statement

One Police Plaza Security Plan Final Environmental Impact Statement



## Press Releases

RSS  Subscribe to NYPD News

Monday, August 19, 2013
**Over 250 Illegal Guns Sold In Undercover Nypd Investigation: 19 Indicted**
Firearms transported from North and South Carolina for sale in New York City

Friday, August 16, 2013
**Weekend Traffic Advisory**
NEW YORK CITY POLICE DEPARTMENT ANNOUNCES STREET CLOSURES AND EXPECTED TRAFFIC DELAYS FOR AUGUST 17th & 18th, 2013

Tuesday, August 13, 2013
**NYPD Arrests 39 Gang Members for Guns, Drugs and Violence**
Richmond County District Attorney Daniel M. Donovan, Jr. and NYPD Commissioner Raymond W. Kelly today announced the arrests of 39 individuals, 33 of whom have been indicted on a variety of crimes including conspiring to commit murder, attempted murder, possessing and transporting illegal firearms, distributing and selling cocaine, stealing motorcycles and burglarizing homes.

Friday, August 9, 2013
**Weekend Traffic Advisory**
NEW YORK CITY POLICE DEPARTMENT ANNOUNCES STREET CLOSURES AND EXPECTED TRAFFIC DELAYS FOR AUGUST 10th & 11th, 2013

Friday, August 2, 2013
**Weekend Traffic Advisory**
NEW YORK CITY POLICE DEPARTMENT ANNOUNCES STREET CLOSURES AND EXPECTED TRAFFIC DELAYS FOR AUGUST 3rd & 4th, 2013

More News...

## Podcasts

 **NYPD Podcasts**
"Inside the NYPD" is the official podcast of the New York Police Department. Subscribe now to get all NYPD podcasts automatically on your portable listening device.

Click here for more.

Copyright 2013 The City of New York

Contact Us  |  FAQs  |  Privacy Policy  |  Terms of Use  |  Site Map

Cited in Hedges v. City of NY 88 CV 01034 Archived on 8/21/13 This document is protected by copyright. Further reproduction is prohibited without permission.