


# GLOSSARY OF STATISTICAL TERMS

**STATISTICS PORTAL**

- Glossary Home
- About
- Contact Us
- Downloadable Version
- Advanced Filter
- Web Service
- OECD Statistics

## BENCHMARK

### Definition:
A standard, or point of reference, against which things can be compared, assessed, measured or judged.

### Context:
Benchmarking is the process of comparing performance against that of others in an effort to identify areas of improvement.

### Source Publication:
OECD, 2006, DAC Guidelines and Reference Series Applying Strategic Environmental Assessment: Good Practice Guidance for Development Co-operation, OECD, Paris.

### Cross References:
Benchmarking

**Statistical Theme:** Non-member economies - Development indicators

**Created on** Monday, July 23, 2007

Cited in Floyd v City of NY
08Civ1034 Decided 8/12/13
Archived on 8/20/13
This document is protected by copyright.
Further reproduction is prohibited without permission.