

MICHAEL A. CARDOZO
*Corporation Counsel*

**THE CITY OF NEW YORK**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

HEIDI GROSSMAN
*Deputy Chief, Special Fed. Lit. Div.*
Phone: (212) 356-3503
Fax: (212) 356-1148
hgrossma@law.nyc.gov

October 18, 2013

**BY E-MAIL**
The Honorable Shira A. Scheindlin
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    Floyd et al., v. City of New York, et al.,
                08 Civ. 1034 (SAS)
                Ligon et al., v. City of New York, et al.,
                12 Civ. 2274 (SAS)

Your Honor:

      On behalf of defendant City of New York ("City"), I write in response to the motions to intervene by proposed intervenor-defendants Patrolmen's Benevolent Association of the City of New York, the Detective's Endowment Association, Inc., the NYPD Captains Endowment Association, the Lieutenants Benevolent Association of the City of New York, Inc. and the Sergeants Benevolent Association "("Unions").

      Recognizing that the interests of the City and the Unions may differ on collective bargaining issues, because of the widespread potential impact of the Court's August 12, 2013 Liability Opinion and Remedies Opinion and subsequent related orders on the City and police officers, the City consents to the Unions' motions to intervene.

Respectfully submitted,

*/s/ Heidi Grossman*

Heidi Grossman
Special Federal Litigation Division

cc:    *Attorneys for Floyd Plaintiffs* (via email)
        Darius Charney, Esq.
        Sunita Patel, Esq.
        Jonathan C. Moore, Esq.

Jenn Rolnick Borchetta, Esq.
Eric Hellerman, Esq.
Gretchen Hoff Varner, Esq.
Kasey Martini, Esq.

*Attorneys for Ligon Plaintiffs* (via email)
Christopher Dunn, Esq.
Alexis Karteron, Esq.
Daniel Mullkoff, Esq.
Foster Maer, Esq.
Jeffrey Resetarits, Esq.
Mariana Louise Kovel, Esq.

*Attorneys for Detectives' Endowment Association,*
*Inc., Lieutenants Benevolent Association of the*
*City of New York, Inc., NYPD Captains Endowment*
*Association, Patrolmen's Benevolent Association*
*of the City of New York, Inc.* (via email)
James M. McGuire, Esq.
Steven A. Engel, Esq.

*Attorneys for Sergeants Benevolent Association,*
*Inc.* (via email)
Anthony Coles, Esq.
Courtney Saleski, Esq.