UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

DAVID FLOYD, et al.,

                          Plaintiffs,

      -against-

THE CITY OF NEW YORK, et al.,

                          Defendants.

------------------------------------------------------------------- x

**NOTICE OF APPEARANCE**

08-CV-1034 (AT) (HBP)

**PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for defendant City of New York and all other defendants represented and indemnified by the City, and requests that all future papers in this action be served upon the undersigned at the address stated below.

Dated:      New York, New York
             February 26, 2014

                                  ZACHARY W. CARTER
                                  Corporation Counsel of the City of New York
                                  Attorney for Defendants
                                  100 Church Street
                                  New York, New York 10007
                                  (212) 356-3503

                        By:           /s/
                                  Heidi Grossman
                                  Assistant Corporation Counsel

TO:     All Counsel
        (By ECF)