UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/3/15
```

DAVID FLOYD, *et al.*,

                    Plaintiffs,

-against-

CITY OF NEW YORK,

                    Defendant.

08 Civ. 1034 (AT)

JAENEAN LIGON, *et al.*,

                    Plaintiffs,

-against-

CITY OF NEW YORK, *et al.*,

                    Defendants.

12 Civ. 2274 (AT)

**ORDER REGARDING MONITOR'S FINAL RECOMMENDATIONS**

ANALISA TORRES, District Judge:

    Pursuant to the Remedies Opinion issued on August 12, 2013, the Court appointed a Monitor "to develop, based on consultation with the parties, a set of reforms of the NYPD's policies, training, supervision, monitoring, and discipline regarding stop and frisk." *Floyd v. City of New York*, 959 F. Supp. 2d 668, 677 (S.D.N.Y. 2013). "These reforms will be developed and submitted to the Court as soon as practicable, and implemented when they are approved." *Id.* at 678. Accordingly, it is ORDERED that:

1. After consultation with the parties, the Monitor shall, over the course of the monitorship, deliver to the parties written, final recommendations for the implementation of remedies ("Final Recommendation"). A Final Recommendation shall be labeled as such, dated, and signed by the Monitor.

2. If a party does not wish to object to a Final Recommendation, the party shall, as soon as possible, notify the Monitor and the other parties in writing.

3. If a party does wish to object to a Final Recommendation, the party shall:

    a. within 5 days of receiving a Final Recommendation, notify the Monitor and the other parties in writing that there will be an objection; and

    b. within 14 days of receiving a Final Recommendation, submit a letter to the Court on ECF of no more than five single-spaced pages stating the grounds for the objection.

4. Following the submission of a letter under paragraph 3(b), the Court shall issue an order approving or denying the Final Recommendation.

5. If a party fails to make a timely notification under paragraph 3(a) or fails to timely file a letter under paragraph 3(b), the Final Recommendation shall be deemed adopted by the parties, and the Monitor shall submit it to the Court for approval.

6. If the Monitor seeks to file any materials under seal, he shall inform the parties and e-mail a letter to the Court explaining the basis for his request. The Court shall notify the Monitor and the parties of its decision. The Monitor may then, to the extent permitted by the Court, file the redacted materials on ECF and the full, unredacted materials under seal in accordance with this district's procedures.

SO ORDERED.

Dated: February 3, 2015
New York, New York

_____
ANALISA TORRES
United States District Judge