UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x

|  |  |  |
|---|---|---|
| David Floyd, *et al*., | : | **NOTICE OF MOTION** |
| | : | **TO APPOINT DEMOS** |
| Plaintiffs, | : | **AS CLASS COUNSEL** |
| | : | |
| -against- | : | 08 Civ. 01034 (AT) |
| | : | |
| The City of New York, | : | |
| | : | |
| Defendant. | : | |
| | : | |

--------------------------------------------------------------x

**PLEASE TAKE NOTICE THAT,** upon the accompanying declarations of Baher Azmy and Jenn Rolnick Borchetta, and all prior pleadings and proceedings had herein, Plaintiffs will move this Court at the United Sates Courthouse, 500 Pearl Street, New York, New York, as soon as counsel may be heard, for an order, pursuant to Rule 23 of the Federal Rules of Civil Procedure, granting Plaintiffs' motion to appoint Demos as co-Class Counsel.

Dated: New York, New York
   March 24, 2015

      By: _/s/ Baher Azmy_____

      Baher Azmy
      Darius Charney
      CENTER FOR CONSTITUTIONAL RIGHTS
      666 Broadway, 7th Floor
      New York, New York 10012
      (212) 614-6439
      bazmy@ccrjustice.org
      dcharney@ccrjustice.org