UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID FLOYD, *et al.*,

                          Plaintiffs,

-against-

CITY OF NEW YORK,

                          Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:   3/25/15

08 Civ. 1034 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    Plaintiffs' unopposed request that the Court appoint Demos as co-Class Counsel pursuant to Federal Rule of Civil Procedure 23(g)(1)(E) is GRANTED.

    SO ORDERED.

Dated: March 25, 2015
       New York, New York

                                            ANALISA TORRES
                                    **United States District Judge**