# ARNOLD & PORTER LLP

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/24/15

Peter L. Zimroth
Peter.Zimroth@aporter.com

+1 212.715.1010
+1 212.715.1399 Fax

399 Park Avenue
New York, NY 10022-4690

April 20, 2015

**VIA ECF**

Honorable Analisa Torres
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, N. Y.  10007

    Re:    *Floyd, et al. v. City of New York*, 08-CV-1034 (AT),
              *Ligon, et al. v. City of New York, et al.*, 12-CV-2274 (AT),
              Final Recommendation Concerning Training Material
              for Current Academy Class

Dear Judge Torres,

    I am attaching my Final Recommendation concerning the following recruit training materials:

1. Student Guide for Policing Legally: Investigative Encounters;
2. PowerPoint for Policing Legally: Investigative Encounters;
3. Student Guide for Policing Impartially;
4. PowerPoint for Policing Impartially;
5. Student Guide for Patrol of Multiple Dwelling Buildings Enrolled in the Trespass Affidavit Program (TAP); and
6. PowerPoint for Patrol of Multiple Dwelling Buildings Enrolled in the Trespass Affidavit Program (TAP).

I would like to describe what this recommendation covers and, importantly, what it does not.

    This recommendation concerns only training materials for the current class of recruits at the Police Academy which started in January 2015 and will conclude in mid-June 2015.  The current training materials had not undergone a comprehensive review for some time.  The existing training materials did not address some important subjects or account for some changes in NYPD policies and law, including some identified in the Court's remedial order.

# ARNOLD & PORTER LLP

Honorable Analisa Torres
April 20, 2015
Page 2

All parties agreed that it was essential that the materials be rewritten for the current class to reflect current law and policy and to conform to the explanation of legal principles specifically identified in the Remedial Order. This imperative put significant pressure for immediate action because the current class concludes on June 15, 2015. In order to integrate new materials into the Academy curriculum for the current class (which would involve, among other things, training of and discussion with teachers at the Academy), it was necessary to rewrite the materials and obtain Court approval before the end of April. The parties worked diligently, productively, and cooperatively with each other and with the Monitor team to accomplish the goal of updating the materials within the time constraints imposed by the schedule for the current class.

If approved, the attached materials will be used for the current class. It is recognized, however, that for future recruit classes there likely will be additional changes to reflect experience with these materials, possible future changes in law or policy or current thinking about best practices in teaching. Moreover, the NYPD is committed to continuing a comprehensive review of training materials to address not only the legal and policy requirements addressed in this recommendation, but also other subjects raised in the Remedial Order and elsewhere (e.g., implicit bias) and to ensure that training at the Academy uses methods best designed to engage the recruits and communicate the principles and policies in a meaningful way.

This, itself, is a substantial undertaking, made more so by the fact that it will be done in conjunction with consideration of changes in training for more than just the recruits at the Academy. The NYPD's comprehensive review will also include in-service training for members of the service, for supervisors, and for those promoted in rank. The NYPD has recently engaged outside experts who have substantial experience reviewing and designing training for police departments to assist it in its comprehensive review. All the parties recognize the importance of this undertaking and that it will take time and resources to get it right.

The parties have informed me that there will not be an objection to this Final Recommendation.

Respectfully submitted,

Peter L. Zimroth

Attachments

cc: All counsel by ECF

APPROVED.

SO ORDERED.

Dated: April 24, 2015
New York, New York

ANALISA TORRES
United States District Judge