# CHRISTOPHER H. FITZGERALD
ATTORNEY AT LAW

233 Broadway, Suite 2348
New York, NY 10279
t. (212) 226-2275
f. (212) 226-3224
CFitzgerald@CHFLegal.com

---

Admitted to practice:    State of New York
                         State of New Jersey

April 21, 2017

**Via ECF**

The Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 15D
New York, NY 10007

      **Re:**    *Floyd, et al. v. City of New York, et al.*, **08-CV-1034 (AT)**
               *Ligon, et al. v. City of New York, et al.*, **12-CV-2274 (AT)**
               *Davis, et al. v. City of New York, et al.*, **10-CV-0699 (AT)**

Your Honor:

    My office serves as counsel to The Leadership Conference on Civil and Human Rights, proposed *amici curiae* in the above-referenced matters.

    The Leadership Conference on Civil and Human Rights ("The Leadership Conference") is a nationwide coalition of more than 200 organizations charged with promoting and protecting the civil and human rights of all persons in the United States. The Leadership Conference brings a unique national perspective on the use of body-worn cameras by law enforcement. We have been actively monitoring and evaluating the body-worn camera policies developed by our nation's major police departments, and whether these policies protect the civil rights of recorded individuals. In support of the *Floyd* plaintiffs' objections to the Monitor's April 11, 2017 "Memorandum to the Court regarding the Approval of Body-Worn Camera Policies", we respectfully request permission to file the attached *amicus curiae* statement.

    As Your Honor is aware, "[f]ederal courts have discretion to permit participation of *amici* where such participation will not prejudice any party and may be of assistance to the court." *Strougo v. Scudder, Stevens & Clark, Inc.*, 96 Civ. 2136 (RWS), 1997 U.S. Dist. LEXIS 12243, *7 (S.D.N.Y. Aug. 18, 1997) (*citing Vulcan Society of New York City Fire Dep't, Inc. v. Civil Service Comm'n*, 490 F.2d 387, 391 (2d Cir. 1973). As such, the Leadership Conference respectfully submits that the motion for leave to file the accompanying *amicus curiae* statement should be granted.

2

Respectfully Submitted,

_____/s/_____
Christopher H. Fitzgerald (CF1415)
Counsel for The Leadership Conference on
Civil and Human Rights