UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/21/17
```

DAVID FLOYD, *et al.*,

                Plaintiffs,

-against-

CITY OF NEW YORK,

                Defendant.

08 Civ. 1034 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    In the Remedies Opinion issued on August 12, 2013, the Court ordered the NYPD to institute a one-year body-worn camera pilot program (the "Pilot Program") and ordered the Monitor to establish procedures for certain elements of that program. *Floyd v. City of New York*, 959 F. Supp. 2d 668, 685 (S.D.N.Y. 2013).

    In an order dated February 3, 2015, the Court instructed the Monitor to consult with the parties to develop Final Recommendations for the implementation of remedies that the Court would approve or deny. ECF No. 476.

    By letter dated April 11, 2017, the Monitor submitted to the Court a memorandum (the "Memorandum") approving certain aspects of the Pilot Program. ECF No. 545. By letter dated April 19, 2017, the *Floyd* and *Davis* Plaintiffs objected to the Memorandum and argued that the Court is required, pursuant to the Court's prior orders, to approve the Pilot Program. ECF No. 546.

    The Memorandum approving certain aspects of the Pilot Program is not a Final Recommendation that is subject to the Court's approval or review. Plaintiffs' objections are, therefore, premature. Accordingly, Plaintiffs' request is DENIED.

    SO ORDERED.

Dated: April 21, 2017
       New York, New York

                                                ANALISA TORRES
                                         United States District Judge