UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x

DAVID FLOYD, et al.,

                Plaintiffs,

      - against -

CITY OF NEW YORK, et al.,

                Defendants.

------------------------------------------------------------- x

08-CV-1034 (AT)

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/14/2017
```

## NOTICE OF WITHDRAWAL OF APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Steven Engel, hereby respectfully withdraws his appearance as counsel for Patrolmen's Benevolent Association of the City of New York, Inc., the Detectives' Endowment Association, Inc., the NYPD Captains Endowment Association and the Lieutenants Benevolent Association of the City of New York, Inc., and requests removal from service of any further pleadings in connection with the above-captioned matter, by reason that as of November 12, 2017 the undersigned will no longer be employed by or otherwise affiliated with Dechert LLP.

Appearances by any other Dechert LLP attorneys are unaffected by this request.

Dated: New York, New York
       November 9, 2017

                              DECHERT LLP

By: _____
     Steven A. Engel
     1095 Avenue of the Americas
     New York, New York 10036
     T: (212) 698-3500
     F: (212) 698-3599
     steven.engel@dechert.com

*Attorneys for the Patrolmen's Benevolent Association of the City of New York, Inc., the Detectives' Endowment Association, Inc., the NYPD Captains Endowment Association and the Lieutenants Benevolent Association of the City of New York, Inc.*

SO ORDERED.

Dated: November 14, 2017
       New York, New York

                            _____
                              ANALISA TORRES
                            United States District Judge