UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------

DAVID FLOYD, et al.

                        Plaintiffs,

                                          Case No. 1:08-cv-1034 (AT)

                -against-

CITY OF NEW YORK, et al.,

                        Defendants

------------------------------------------------------------------------------

## MOTION TO WITHDRAW AS COUNSEL

To the Clerk of the Court and all parties of record:

    PURSUANT TO RULE 1.4 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, James M. McGuire, hereby move for an Order granting permission to withdraw my appearance as counsel for Intervenors Patrolmen's Benevolent Association of the City of New York, Inc., Detectives' Endowment Association, Inc., NYPD Captains Endowment Association, and Lieutenants Benevolent Association of the City of New York, Inc. (the Intervenors) in the above-captioned case. I am no longer associated with the law firm of Dechert LLP, counsel for the Intervenors, and am no longer representing the Intervenors in the above-captioned case.

Dated:  November 17, 2017

                                                    s/James M. McGuire
                                                    James M. McGuire
                                                    Holwell Shuster & Goldberg LLP
                                                    750 Seventh Avenue, 26th floor
                                                    New York, NY 10019

So Ordered:

_____    _____
Date                                                                Honorable Analisa Torres
                                                                            United States District Judge