

| | THE CITY OF NEW YORK | |
|---|---|---|
| ZACHARY W. CARTER<br>*Corporation Counsel* | LAW DEPARTMENT<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | DAVID COOPER<br>*Assistant Corporation Counsel*<br>phone: (212) 356-2579<br>fax: (212) 356-3509<br>email: dcooper@law.nyc.gov |

July 16, 2018

**VIA ECF**
The Honorable Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

          Re:    *David Floyd, et al. v. City of New York*, 08 Civ. 1034 (AT);
                  *Kelton Davis, et al. v. City of New York, et al.*, 10 Civ. 669 (AT);
                  *Jaenean Ligon, et al. v. City of New York, et al.*, 12 Civ. 2274 (AT)

Your Honor:

        I am an Assistant Corporation Counsel in the Office of Zachary W. Carter, Corporation Counsel of the City of New York, and the attorney assigned to the above-referenced matter on behalf of defendant City of New York ("City"), writing on behalf of the New York City Law Department ("Law Department") and the New York City Police Department ("NYPD"). As a status update regarding integration of additional data sources into the Risk Assessment Information Liability System ("RAILS"), the NYPD would like to inform the Court that it has successfully integrated declinations of prosecutions into RAILS. The Law Department and the NYPD have no further comments regarding the Facilitator's Final Report and Recommendations, and rely on their previous submissions from June 8, 2018.

Finally, we would like to take the opportunity to once more thank the Facilitator and his team for their service, and we look forward to working with the Court, the Monitor, plaintiffs' counsel, and stakeholders in implementing policies that encourage constitutional and effective policing.

Respectfully submitted,

/s/

DAVID COOPER
Assistant Corporation Counsel
Special Federal Litigation Division

cc: **VIA ECF**
*All Parties on Record*