# Arnold & Porter

**Peter L. Zimroth**
+1 212.836.7316 Direct
Peter.Zimroth@arnoldporter.com

July 27, 2018

**VIA ECF**

Honorable Analisa Torres
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY  10007-1312

Re: *Floyd, et al. v. City of New York*, 08-CV-1034 (AT),
*Ligon, et al. v. City of New York, et al.*, 12-CV-2274 (AT),
*Davis, et al. v. City of New York, et al.*, 10-CV-0699 (AT),
Eighth Report of the Independent Monitor

Dear Judge Torres,

I am pleased to attach the monitor's eighth report, which describes the methodology used in the evaluation of the New York City Police Department's (NYPD) body-worn camera (BWC) implementation in New York City Housing Authority (NYCHA) housing developments. Officers in NYPD's Housing Bureau patrolling NYCHA public housing developments in Public Housing Police Service Areas (PSAs) were not included in the BWC randomized control trial because PSAs overlap with the 40 precincts in the randomized control trial.  Professor Anthony Braga and other members of the monitor team have developed a separate research and evaluation plan for the use of cameras by Housing Bureau officers working in PSAs.

This Eighth Report describes the monitor's research plan for evaluating BWCs for Housing Bureau officers. The report explains the rationale and design for the evaluation as well as its limitations.  This report includes technical language describing the PSA BWC quasi-experiment.  It is important to include the technical details of the research design so that outside

experts can examine the design and, if they wish, run their own analyses with data to be made available at a later date.

Thank you for the court's time and attention.

Respectfully submitted,

/s/ *Peter L. Zimroth*
Peter L. Zimroth
Monitor

Enclosure