# BELDOCK LEVINE & HOFFMAN LLP
## 99 PARK AVENUE, PH/26TH FLOOR
### NEW YORK, N.Y. 10016

CYNTHIA ROLLINGS
JONATHAN MOORE
JONATHAN K. POLLACK
HENRY A. DLUGACZ
STEPHEN J. BLUMERT
MARC A. CANNAN
DAVID B. RANKIN
LUNA DROUBI
MYRON BELDOCK (1929-2016)
LAWRENCE S. LEVINE (1934-2004)
ELLIOT L. HOFFMAN (1929-2016)

TEL: (212) 490-0400
FAX: (212) 277-5880
WEBSITE: blhny.com

COUNSEL
BRUCE E. TRAUNER
PETER S. MATORIN
KAREN L. DIPPOLD
JEFFREY A. GREENBERG
MARJORY D. FIELDS
EMILY JANE GOODMAN
   (JUSTICE, NYS SUPREME COURT, RET.)
FRANK HANDELMAN

September 12, 2018

REF:

WRITER'S DIRECT DIAL:

*Via Hand Delivery*
Hon. Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *Floyd v. The City of New York*,
      08 Civ. 01034 (AT)

Dear Judge Torres:

On behalf of Plaintiffs in the above-captioned action, and with the consent of the Defendant City of New York and the Monitor in this case, I write pursuant to Rule I.C. of Your Honor's Individual Rules and Procedures to request an extension of the deadline for the submission of a joint proposal for a pilot program documenting police-citizen encounters. This is the Plaintiffs' first request for an extension. The current deadline for this submission is September 13, 2018. (See Dkt. No. 407 in case number 10 Civ. 699). We would respectfully request that this deadline be extended to October 19, 2018, which is the same deadline previously set by this Court for the submission of a joint proposal for a pilot program regarding body worn cameras. (See Dkt. No. 634).

Respectfully submitted,

Jonathan C. Moore
One of the Attorneys for the
Plaintiffs in *Floyd*

JCM/moh
cc:   David Cooper, Assistant Corporation Counsel (via email)
      Peter Zimroth, Monitor (via email)
      All Counsel in *Floyd*, *Davis* and *Ligon* (via email)