# BELDOCK LEVINE & HOFFMAN LLP
### 99 PARK AVENUE, PH/26TH FLOOR
### NEW YORK, N.Y. 10016

CYNTHIA ROLLINGS
JONATHAN MOORE
JONATHAN K. POLLACK
HENRY A. DLUGACZ
STEPHEN J. BLUMERT
MARC A. CANNAN
DAVID B. RANKIN
LUNA DROUBI
MYRON BELDOCK (1929-2016)
LAWRENCE S. LEVINE (1934-2004)
ELLIOT L. HOFFMAN (1929-2016)

TEL: (212) 490-0400
FAX: (212) 277-5880
WEBSITE: blhny.com

COUNSEL
BRUCE E. TRAUNER
PETER S. MATORIN
KAREN L. DIPPOLD
JEFFREY A. GREENBERG
MARJORY D. FIELDS
EMILY JANE GOODMAN
(JUSTICE, NYS SUPREME COURT, RET.)
FRANK HANDELMAN

REF:
90000.037

WRITER'S DIRECT DIAL:
212-277-5875

October 2, 2018

**VIA ECF and EMAIL**

Hon. Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007
Torres_NYSDChambers@nysd.uscourts.gov

      Re:    *Floyd v. City of New York, et al.*, No. 08-cv-01034 (AT)

Dear Judge Torres:

    We write on behalf of the *Floyd* Plaintiffs in the above-referenced case to request leave to respond to the Monitor's letter regarding the confidentiality order, dated October 1, 2018 (Dkt. No. 647). We respectfully request two weeks, or until October 16, 2018, to file a response.

    We thank the Court for its attention to this matter.

                              Respectfully submitted,

                              Luna Droubi

cc:    All Parties (via ECF)