UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  10/2/2018
```

DAVID FLOYD, et al.,

               Plaintiffs,

-against-

CITY OF NEW YORK,

               Defendant.

08 Civ. 1034 (AT)

KELTON DAVIS, et al.,

               Plaintiffs,

-against-

CITY OF NEW YORK,

               Defendant.

10 Civ. 699 (AT)

JAENEAN LIGON, et al.,

               Plaintiffs,

-against-

CITY OF NEW YORK,

               Defendant.

12 Civ. 2274 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      On July 25, 2018, the Monitor filed an application for entry of a confidentiality order in this matter. *See Floyd v. City of New York*, No. 08 Civ. 1034, ECF No. 622. On July 31, 2018, the Monitor submitted an amended proposed order (the "Proposed Order"). ECF No. 625. On August 2, 2018, Plaintiffs filed objections to the Proposed Order. ECF No. 627. On August 9, 2018, Communities United for Police Reform ("CPR") as *amicus curiae* filed objections to the Proposed Order. ECF No. 635. On August 16, 2018, the City of New York filed a letter in support of the Proposed Order. ECF No. 638. On August 21, 2018, Plaintiffs filed additional objections to the Proposed Order. ECF No. 639. On August 21, 2018, the Patrolmen's Benevolent Association of the City of New York as *amicus curiae* filed a letter stating its position on the Proposed Order. ECF No. 640. On August 22, 2018, CPR filed additional objections to the Proposed Order. ECF No. 643. On October 1, 2018, the Monitor filed a submission in further support of the Proposed Order. ECF No. 648.

Plaintiffs now file a request for leave to file more papers. ECF No. 648. As stated, Plaintiffs have already filed two submissions on this issue, ECF Nos. 627 & 639, and in total, the Court has received seven submissions, ECF Nos. 627, 635, 638, 639, 640, 643, 647. The Court, therefore, has sufficient briefing to decide the issue. Accordingly, Plaintiffs' motion for leave to file an additional submission is DENIED.

The Clerk of Court is directed to terminate the motion at ECF No. 648 in *Floyd v. City of New York*, No. 08 Civ. 1034.

SO ORDERED.

Dated: October 2, 2018
       New York, New York

_____
ANALISA TORRES
United States District Judge

2