

Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022
+1 212 909 6000



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/12/2018

October 12, 2018

<u>VIA ECF</u>

Honorable Analisa Torres
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

    Re:    Attorney Withdrawal Request in *Floyd, et al. v. City of New York, et al.*,
             Case No. 08-CV-1034 (AT)

Your Honor:

After next week, I will no longer be employed by Debevoise & Plimpton LLP, counsel for Communities United for Police Reform ("CPR") as *amicus curiae* in the above-captioned matter. My colleague, Gary Kubek, who has appeared in this matter, will continue to represent CPR.

I respectfully request the Court's permission to withdraw from this case, and to have my name removed from the docket and electronic mailing notification list. I would be grateful if Your Honor would approve my withdrawal by endorsing this letter so that the Clerk of Court may update those records accordingly.

Thank you for your time and attention in this matter. I am available at the Court's convenience to answer any questions concerning this request.

                               Respectfully submitted,

                               /s/    Jarrod L. Schaeffer
                                     Jarrod L. Schaeffer

GRANTED. The Clerk of Court is directed to remove Jarrod L. Schaeffer's appearance from the docket and name from the ECF distribution list.

SO ORDERED.

Dated: October 12, 2018
       New York, New York

ANALISA TORRES
United States District Judge