# centerforconstitutionalrights
*on the front lines for social justice*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/18/2018

October 18, 2018

*Via ECF and Electronic Mail*
Hon. Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007
Torres_NYSDChambers@nysd.uscourts.gov

Re: *Floyd v. City of New York*, 08 Civ. 1034(AT)

Dear Judge Torres:

    On behalf of Plaintiffs in the above-entitled action, I write pursuant to Rule I.C. of Your Honor's Individual Rules and Procedures, and with the consent of Defendants, to request a two-week extension of the October 19, 2018 deadline for the parties' submission of joint proposals for the Court-ordered pilot programs to study (1) the electronic recording of *DeBour* Level 1 and 2 police-citizen encounters and (2) the mandatory body-worn camera (BWC) recording of *DeBour* Level 1 encounters. *See* Dkt ## 634, 646. This is Plaintiffs' second request for an extension on the electronic recording pilot and first request for an extension on the Level 1 BWC recording pilot. The Court-appointed Monitor, Peter Zimroth, has informed Plaintiffs that he does not object to our extension request.

    For the past month-and-a-half the parties have been working closely with the Monitor team to develop a proposal for a combined Level 1 and 2 Documentation/Level 1 BWC recording pilot. The Monitor circulated a revised draft of the pilot proposal to the parties for review earlier this week. Because of other work commitments, Plaintiffs' experts, Professor Jack Glaser of UC Berkeley and Professor Jeffrey Fagan of Columbia Law School, who have been working closely with the Monitor's experts to revise and improve the pilot proposal, will not be able to review and discuss the revised draft with Plaintiffs until late tomorrow afternoon or early next week. Thereafter, Plaintiffs anticipate that the parties and Monitor team will need some time to resolve any remaining issues, with the goal of submitting to the Court a final proposal that all parties and the Monitor team are satisfied with.

    Accordingly, Plaintiffs respectfully request that the Court extend the deadline for submission of the joint proposal for a combined Level 1/2 electronic recording and Level 1 BWC recording pilot to November 2, 2018. Thank you for your time and consideration.

Respectfully submitted,

\s\ Darius Charney
Darius Charney
CENTER FOR CONSTITUTIONAL RIGHTS

666 broadway, 7 fl, new york, ny 10012
t 212 614 6464  f 212 614 6499  www.CCRjustice.org

\s\ Jonathan C. Moore
Jonathan C. Moore
Luna Droubi
BELDOCK, LEVINE & HOFFMAN, LLP

*Attorneys for Plaintiffs*

cc: Peter Zimroth, Esq. (*via ECF and email*)
Counsel for Defendants and Plaintiffs in *Davis* and *Ligon* (*via ECF and email*)

GRANTED.

SO ORDERED.

Dated: October 18, 2018
New York, New York

ANALISA TORRES
United States District Judge