



666 Broadway, 7th Floor
New York, New York 10012
212-614-6464
ccrjustice.org

November 2, 2018

**_Via ECF and Electronic Mail_**
Hon. Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007
Torres_NYSDChambers@nysd.uscourts.gov

Re: *Floyd v. City of New York*, 08 Civ. 1034(AT)

Dear Judge Torres:

On behalf of Plaintiffs in the above-entitled action, I write pursuant to Rule I.C. of Your Honor's Individual Rules and Procedures to request a one- week extension of the November 2, 2018 deadline for the parties' submission of joint proposals for the Court-ordered pilot programs to study (1) the electronic recording of *DeBour* Level 1 and 2 police-citizen encounters and (2) the mandatory body-worn camera (BWC) recording of *DeBour* Level 1 encounters. See Dkt # 654. This is Plaintiffs' third request for an extension on the electronic recording pilot and second request for an extension on the Level 1 BWC recording pilot. The Court-appointed Monitor, Peter Zimroth, has informed Plaintiffs that he does not object to our extension request.

The extension is necessary for Plaintiffs and our experts to complete our review of the most recent draft of the combined pilot proposal which was circulated by the Monitor team last night. We anticipate being able to finish our review early next week and fully expect the proposal to be ready for Court submission by next Friday, November 9, 2018. Accordingly, we respectfully request that the deadline for court submission of the pilot proposal be extended to November 9.

Thank you for your time and consideration.

Respectfully submitted,

\s\Darius Charney
Darius Charney
CENTER FOR CONSTITUTIONAL RIGHTS

*Attorney for Plaintiffs*

cc:   Peter Zimroth, Esq., and Counsel for All Parties (*via ecf and email*)

GRANTED.

SO ORDERED.

Dated: November 2, 2018
       New York, New York

ANALISA TORRES
United States District Judge