# Arnold & Porter

**Peter L. Zimroth**
+1 212.836.7316 Direct
Peter.Zimroth@arnoldporter.com

November 9, 2018

**VIA ECF**

Honorable Analisa Torres
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

    Re:    *Floyd, et al. v. City of New York*, 08-CV-1034 (AT),
             *Ligon, et al. v. City of New York, et al.*, 12-CV-2274 (AT),
             *Davis, et al. v. City of New York, et al.*, 10-CV-0699 (AT),
             <u>Recommendation Regarding Combined Pilot Study</u>

Dear Judge Torres,

    With this letter, I am attaching the following document:

    Outline of Proposed Pilot Study for Court-Ordered Pilots on Documenting Police-Citizen Level 1 and Level 2 Encounters and Activation of BWCs for Level-1 Encounters

    On July 19 and August 9, 2018, the court issued orders requiring the parties to develop pilot studies designed to provide the court with information to assist it in deciding how to address two recommendations from the Joint Remedial Process: (1) to require activation of BWCs for encounters at Level 1; and (2) to require officers to electronically document Level 1 and Level 2 encounters. Neither party wished to undertake the task of drafting a proposal, and both asked the monitor team to do so. Professor Stephen Mastrofski, a consultant for the monitor, worked with other members of the monitor team to produce a draft proposal. This proposal combined the two pilots into a single pilot study. On September 12, 2018, the monitor shared the proposal with the parties. Since then, the monitor team has been working with the parties to shape the draft into a

final proposal.  After accommodating comments by counsel and experts for the parties, the monitor team circulated a new draft on October 16, 2018.  The monitor team made further revisions to the proposal based on additional comments from the parties.

The attached proposal represents what the monitor and the experts on the monitor team believe best reflects what the court requested in its orders.  I recommend that the proposed pilot study be approved.

Respectfully submitted,

*/s/ Peter L. Zimroth*
Peter L. Zimroth
Monitor

Attachment