## BELDOCK LEVINE & HOFFMAN LLP
### 99 PARK AVENUE, PH/26TH FLOOR
### NEW YORK, N.Y. 10016

CYNTHIA ROLLINGS
JONATHAN MOORE
JONATHAN K. POLLACK
HENRY A. DLUGACZ
STEPHEN J. BLUMERT
MARC A. CANNAN
DAVID B. RANKIN
LUNA DROUBI
MYRON BELDOCK (1929-2016)
LAWRENCE S. LEVINE (1934-2004)
ELLIOT L. HOFFMAN (1929-2016)

TEL: (212) 490-0400
FAX: (212) 277-5880
WEBSITE: blhny.com

COUNSEL
BRUCE E. TRAUNER
PETER S. MATORIN
KAREN L. DIPPOLD
JEFFREY A. GREENBERG
MARJORY D. FIELDS
EMILY JANE GOODMAN
    (JUSTICE, NYS SUPREME COURT, RET.)
FRANK HANDELMAN

REF:

WRITER'S DIRECT DIAL:

November 20, 2018

**VIA EMAIL & HAND DELIVERY**
Hon. Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    **Re:** *Floyd v. City of New York*, 08 Civ. 1034 (AT)

Dear Judge Torres:

    On behalf of the Plaintiffs in *Floyd*, I write to seek clarification of the Order you issued today regarding the Facilitator's Recommendation No. 1 that the Court order the NYPD "to develop a program for systematically receiving, assessing, and acting on information regarding adverse findings on the conduct of police officers involving illegal stops or illegal trespass enforcements." (Dkt. No. 662, p. 2). To implement this recommendation the Court has ordered the NYPD to consult with the Monitor in submitting a plan to implement your order. (Id.)

    Throughout the remedial phase of this litigation, the Plaintiffs in *Floyd*, *Ligon* and *Davis* have worked closely with both the NYPD and the Monitor and his staff to develop plans and programs to remedy years of unconstitutional behavior by the NYPD with regard to investigative encounters, including stop, question and frisks and trespass enforcements. Your most recent Order inadvertently, we believe, omits the Plaintiffs from the process of contributing to the development of a program to implement the Facilitator's Recommendation No. 1. We would therefore request that you amend your November 20th Order to include the Plaintiffs in the process of developing remedies to implement Facilitator's Recommendation No. 1.

    If the Court intended to exclude the Plaintiffs from this process we would request leave to submit further briefing on this issue.

NY: 772898-1

BELDOCK LEVINE & HOFFMAN LLP

Respectfully submitted,

Jonathan C. Moore

Cc:   All Counsel (Via ECF)