UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

DAVID FLOYD, ET AL.,

                              Plaintiffs,

      -against-

CITY OF NEW YORK, ET AL.,

                             Defendants.

------------------------------------------------------------------------ x

**NOTICE OF MOTION OF SUZANNA PUBLICKER METTHAM TO WITHDRAW AS ATTORNEY**

08 CV 1034 (AT)

PLEASE TAKE NOTICE that, upon the accompanying Declaration, Suzanna Publicker Mettham will move this Court, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, on a day and time to be determined by the Court, pursuant to this Court's Local Civil Rule 1.4, for leave to withdraw as counsel for all defendants in this action.

PLEASE TAKE FURTHER NOTICE that other attorneys at the New York City Law Department, on behalf of Zachary W. Carter, Corporation Counsel of the City of New York will continue to be counsel of record for defendants in this action.

Dated:     New York, New York
              November 20, 2018

                                     ZACHARY W. CARTER
                                     Corporation Counsel of the City of New York
                                     *Attorney for Defendants*
                                     100 Church Street, Room 3-212
                                     New York, New York 10007
                                     212-356-2356

                        By:       /s/
                                     Suzanna Publicker Mettham
                                   Senior Counsel
                                   Special Federal Litigation Division

cc:     Counsel of Record (*By ECF*)