UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

DAVID FLOYD, ET AL.,

                               Plaintiffs,

           -against-

CITY OF NEW YORK, ET AL.,

                               Defendants.
------------------------------------------------------------------------ x

**DECLARATION OF SUZANNA PUBLICKER METTHAM IN SUPPORT OF HER MOTION TO WITHDRAW AS ATTORNEY**

08 CV 1034 (AT)

**Suzanna Publicker Mettham,** pursuant to 28 U.S.C. § 1746, and subject to the penalty of perjury, declares that the following is true and correct:

1. I am an Assistant Corporation Counsel at the New York City Law Department, on behalf of Zachary W. Carter, Corporation Counsel of the City of New York. I am counsel of record in this action.

2. I will be leaving the New York City Law Department on or around November 27, 2018 to begin a judicial clerkship.

3. As a judicial law clerk, I cannot be counsel of record on any matter.

4. Other attorneys in the Office of Corporation Counsel continue to represent defendants in this action.

5. Going forward I will have no involvement in this matter. Please terminate me from the docket sheet as counsel of record in this action.

Dated:   New York, New York
         November 20, 2018

                                      ZACHARY W. CARTER
                                      Corporation Counsel of the City of New York
                                    *Attorney for Defendants*
                                    100 Church Street, Room 3-212
                                    New York, New York 10007
                                    212-356-2356

By:   _____/s/_____
       Suzanna Publicker Mettham
       Senior Counsel
       Special Federal Litigation Division

cc:   Counsel of Record (*By ECF*)

2