

Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022
+1 212 909 6000

November 21, 2018

<u>VIA ECF</u>

Honorable Analisa Torres
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

**RE: Request to Comment on the Monitor's Proposed Pilot Program to Record and Report on Level 1 and 2 Encounters and Body-worn Camera Activation in *Floyd, et al. v. City of New York, et al.*, Case No. 08-CV-1034 (AT)**

Dear Judge Torres:

We represent Communities United for Police Reform ("CPR"), which is a named stakeholder in this remedial process (*see* ECF No. 372 at 29) and has previously been permitted to file *amicus curiae* briefs in this matter. (*See, e.g.*, ECF Nos. 377, 551, 611). We respectfully request leave to submit comments by Monday, December 3 on behalf of CPR on the Monitor's Proposed Pilot Study on Documenting Police-Citizen Level 1 and Level 2 Encounters and Activation of Body Worn Cameras ("BWCs") (ECF Nos. 660, 660-1) (the "Monitor's Proposal").

Members of the community identified the recording of Level 1 and 2 investigatory encounters as one of the key reforms to come out of the Joint Remedial Process. (ECF No. 611 at 25–27). CPR's members and partners include over 200 local and national organizations, many of which are based in and led by constituencies directly impacted by the stop-and-frisk and trespass abuses found in *Floyd, et al. v. City of New York, et al.*, No. 08 Civ. 1034 (AT) (S.D.N.Y.); *Ligon, et al. v. City of New York, et al.*, No. 12 Civ. 2274 (AT) (S.D.N.Y.); and *Davis, et al. v. City of New York, et al.*, No. 10 Civ. 0699 (AT) (S.D.N.Y.). CPR is working with its members and partners to gather feedback on the Monitor's Proposal and to develop recommendations for changes to the proposal. CPR believes that its comments on the Monitor's Proposal may assist the Court in determining the appropriate design of the joint pilot program.

Accordingly, CPR respectfully requests that the Court permit CPR to file comments on the Monitor's Proposal by December 3, 2018. We request this additional time to allow CPR to review Plaintiffs' comments on the Monitor's Proposal, which are due on November 23, in order to avoid unnecessary duplication. Plaintiffs support this request, and the City and the Monitor take no position.

Honorable Analisa Torres 2 November 21, 2018

This is CPR's first request for an extension of time to file comments on the Monitor's Proposal.

Respectfully submitted,

*/s/ Gary W. Kubek*

Gary W. Kubek
gwkubek@debevoise.com

DEBEVOISE & PLIMPTON LLP

919 Third Avenue
New York, NY 10022
Tel: (212) 909-6000
Fax: (212) 909-6836

*Attorneys for Communities United for Police Reform as Amicus Curiae*

cc: All parties (via ECF)