# APPENDIX 2

## CURRICULUM VITAE

Jeffrey A. Fagan                                                                212-854-2624 (v)
Email:  Jeffrey.Fagan@law.columbia.edu                                          212-854-7946 (f)
http://www.law.columbia.edu/fac/Jeffrey_Fagan

**PROFESSIONAL EXPERIENCE**:

| | |
|---|---|
| 2011 – present: | Isidor and Seville Sulzbacher Professor of Law, Columbia Law School |
| 2013 (Spring): | Florence Rogatz Visiting Professor of Law, Yale Law School |
| 2001-2011: | Professor, Columbia Law School |
| 2010-11: | Fellow, Straus Institute for the Advanced Study of Law and Justice, New York University School of Law |
| 2010-present: | Senior Research Scholar, Yale Law School |
| 2009-10 | Florence Rogatz Visiting Professor of Law, Yale Law School |
| 2004-2015: | Director, Center for Crime, Community and Law, Columbia Law School |
| 2001-2006 | Director, Doctor of Juridical Science in Law (JSD) Program, Columbia Law School |
| 2008 – present: | Faculty Fellow, Columbia Population Research Center |
| 1999-present | Faculty Fellow, Institute for Social and Economic Research and Policy, Columbia University |
| 1998-2001: | Visiting Professor, Columbia Law School |
| 1996-present: | Professor, Department of Epidemiology, Mailman School of Public Health, Columbia University |
| 1995-2002: | Founding Director, Center for Violence Research and Prevention, Mailman School of Public Health, Columbia University |
| 1989-1996: | Associate Professor to Professor, School of Criminal Justice, Rutgers-The State University of New Jersey |
| 1988-1989: | Associate Professor, Department of Law and Police Science, John Jay College of Criminal Justice, City University of New York; Associate Professor, Doctoral Program in Criminal Justice, City University of New York Graduate Center; Associate Director for Research, Criminal Justice Center, John Jay College of Criminal Justice, City University of New York |
| 1986-1988: | Senior Research Fellow, New York City Criminal Justice Agency. |
| 1977-1986: | Director, Center for Law and Social Policy, URSA Institute, San Francisco. |
| 1975-1976: | Research Director, Northern California Service League, San Francisco, California. |
| 1974-1975: | Associate Research Analyst, Office of Criminal Justice Planning, Oakland, California. |
| 1970-1974: | Director, College of Urban Studies, State University of New York at Buffalo. |
| 1969-1971: | Teaching Assistant and Research Associate, Department of Psychology, State University of New York at Buffalo |

**EDUCATION**:

PhD, 1975, Policy Science, Department of Civil Engineering, State University of New York at Buffalo. Dissertation: "A Predictive Model of Success in Criminal Justice Employment Programs."

MS, 1971, Human Factors Engineering, Department of Industrial Engineering, State University of New York at Buffalo.

BE, 1968, Industrial Engineering, New York University.


**AWARDS AND HONORS**:

Power of One Racial Justice Award, Center for Race, Crime and Justice, John Jay College, May 2016

Lillie and Nathan Ackerman Lecture in Equality and Justice, Baruch College, November 2013

Fellow, American Society of Criminology, elected April 2002

Fellow, Davenport College, Yale University

Darrow K. Soll Memorial Criminal Law and Justice Lecture, *Indignities of Order Maintenance*, Rogers College of Law, University of Arizona, March 2013.

Lecturer, Hoffinger Colloquium, *Profiling and Consent: The Trouble with Police Consent Decrees*, New York University School of Law, April 2011

National Associate, National Research Council and Institute of Medicine, 2011 – present

Member, Committee on Law & Justice, National Research Council, 2002-2008

Senior Justice Fellow, Open Society Institute, 2005-6

Health Policy Scholar, Robert Wood Johnson Foundation, 2002-2004

Book Award, "Best Book on Adolescence and Social Policy" for *Changing Borders of Juvenile Justice* (with F. Zimring), Society for Research on Adolescence, 2002

Public Interest Achievement Award, Public Interest Law Foundation of Columbia University, Spring 2001

Bruce Smith Senior Award, Academy for Criminal Justice Sciences, March 2000.

Lecturer, Fortunoff Colloquium, *Social Contagion of Violence.* New York University School of Law, April 1999

Fellow, Earl Warren Legal Institute, School of Law, University of California-Berkeley, 1999-present

University Faculty Merit Award, Rutgers University, 1990-94

Lecturer in Colloquium on Race, Ethnicity and Poverty Workshop, Center for the Study of Urban Inequality, University of Chicago, June 1992

University Research Council Grantee, Rutgers University, 1989-90

Lecturer, Fortunoff Colloquium, *Preventive Detention and the Validity of Judicial Predictions of Dangerousness.* New York University School of Law, October, 1988

Delegate, Criminal Justice and Criminology Delegation to the People's Republic of China, Eisenhower Foundation, l985

NDEA Title IV Fellowship, Department of Industrial Engineering, State University of New York at Buffalo, June 1968-June 1971


**PUBLICATIONS**:

**Books:**

Tyler, T., A. Braga, J. Fagan, et al. (eds.), *Legitimacy, Criminal Justice, and the State in Comparative Perspective.* New York: Russell Sage Foundation Press (2008).

J. Fagan and F.E. Zimring (eds). *The Changing Borders of Juvenile Justice: Waiver of Adolescents to the Criminal Court.* Chicago: University of Chicago Press (2000). (Received Society for Research on Adolescence Award for "Best Book on Adolescence and Social Policy," 2002).

D. Baskin, I. Sommers, and J. Fagan, *Workin' Hard for the Money: The Social and Economic Lives of Women Drug Dealers.* Huntington NY: Nova Science Press (2000).

**Journal Articles and Chapters (by Topic)**:

### 1. Policing

Fagan, Jeffrey and Elliot Ash. "New Policing, New Segregation," 105 Geo. L.J. Online 16 (2017)

Fagan, Jeffrey, Anthony Braga, Rod Brunson, and April Pattavina. "Stops and Stares: Race and Proactive Policing," 43 *Fordham Urban Law Journal* (2016, forthcoming) and online

MacDonald, J., J. Fagan, and A.B. Geller. "The Effects of Local Crime Surges on Crime and Arrests in New York City," PLoS ONE 11(6): e0157223. doi:10.1371/journal.pone.015722

Fagan, J. "Terry's Original Sin," 2016 University of Chicago Legal Forum 43 (2016)

Fagan, Jeffrey, and Amanda B. Geller. "Following the Script: Narratives of Suspicion in Terry Stops in Street Policing, 82 *University of Chicago Law Review* 51 (2015)

Tyler, Tom R., and Jeffrey Fagan. "American Policing in the 21st Century: Legitimacy is a Key Concern." 40 *Fordham Urban Law Journal* 119 (2015) and online

Braga, Anthony, et al., "The Salience of Social Contextual Factors in Appraisals of Police Interactions with Citizens: A Randomized Factorial Experiment." *Journal of Quantitative Criminology* (2014, online, 1-29.)

Geller, Amanda B., Jeffrey Fagan, and Tom R. Tyler. "Aggressive Policing and the Health of Young Urban Men," 104 *American Journal of Public Health* 2311 (2014)

Fagan, J., and MacDonald, J., "Policing, Crime, and Legitimacy in New York and Los Angeles: The Social and Political Contexts of Two Historic Crime Declines," in *New York and Los Angeles: The Uncertain Future* (David Halle and Andrew Beveridge, eds.), Oxford University Press 243 (2013)

Fagan, J., G. Davies, G., and A. Carlis. "Race and Selective Enforcement in Public Housing," 9 *Journal of Empirical Legal Studies* 697-728 (2012)

Fagan, J., et al., "Street Stops and Broken Windows Revisited: Race and Order Maintenance Policing in a Safe and Changing City" in *Exploring Race, Ethnicity and Policing: Essential Readings* (S. Rice and M. White, eds.), New York University Press 309 (2010).

Geller, A.B., and Fagan, J. "Pot as Pretext: Marijuana, Race and the New Disorder in New York City Street Policing." 7 *Journal of Empirical Legal Studies* 591(2010)

Fagan, J., G. Davies and J. Holland, "Drug Control in Public Housing: The Paradox of the Drug Elimination Program in New York City," *13 Georgetown Journal of Poverty, Law & Policy* 415-60 (September 2007).

Gelman, A., J. Fagan, and A. Kiss. "An analysis of the New York City police department's "stop-and-frisk" policy in the context of claims of racial bias." 102 *Journal of the American Statistical Association* 479 (2007).

Papachristos, A.V., T.L. Meares, and J. Fagan, "Attention Felons: Evaluating Project Safe Neighborhoods in Chicago." 4 *Journal of Empirical Legal Studies* 223-272 (July, 2007)

Fagan, J., and Davies, G. "Policing Guns: Order Maintenance and Crime Control in New York." Pp. 191-221 in *Guns, Crime, and Punishment in America*, edited by Bernard Harcourt. New York: New York University Press (2003).

Fagan, J. "Law, Social Science and Racial Profiling," *Justice Research and Policy* 4 (December): 104-129 (2002).

Maxwell, C. D., Garner, J., & Fagan, J. "The Preventive Effects of Arrest on Intimate Partner Violence: Research, Policy and Theory." *Criminology and Public Policy* 2 (1): 51-80 (2002).

Fagan, J. "Policing Guns and Youth Violence." *Future of Children* 12 (2): 133-151 (2002)

Fagan, J., and Davies, G., "Street Stops and Broken Windows: Terry, Race and Disorder in New York City," *Fordham Urban Law Journal* 28: 457-504 (2000).

Zimring, F.E., and Fagan, J. "The Search for Causes in an Era of Crime Declines: Some Lessons from the Study of New York City Homicide." *Crime and Delinquency* 46: 446-456 (2000).

Fagan, J., Zimring, F.E., and J. Kim, "Declining Homicide in New York: A Tale of Two Trends."

*Journal of Criminal Law and Criminology* 88: 1277-1324 (1998).

Garner, J.G., J.A. Fagan, and C.D.Maxwell.  "Published Results of the NIJ Spouse Assault Replication Program: A Critical Review."  *Journal of Quantitative Criminology* 8 (1): 1-29 (1995).

## 2. *Capital Punishment*

Fagan, J., Geller, A., and Zimring, F.E.  "The Texas Deterrence Muddle," 11 *Criminology and Public Policy* 102 579–591 (2012).

Zimring, F.E., Fagan, J. & Johnson, D. T. "Executions, Deterrence and Homicide: A Tale of Two Cities." 7 *Journal of Empirical Legal Studies* 1 (2010).

Cohen-Cole, E., S. Durlauf, S.D., Fagan, J., and Nagin, J. "Model Uncertainty and the Deterrent Effect of Capital Punishment."  11 *American Law & Economics Review* 335-369 (2009)

Fagan, J., and Bahkshi, M., "*McClesky* at 20: New Frameworks for Racial Equality in the Criminal Law", 39 *Columbia Human Rights Law Review* 1 (2007).

Fagan, J., "Death and Deterrence Redux:  Science, Law and Causal Reasoning on Capital Punishment," 4 *Ohio State Journal of Criminal Law* 255 (2006).  Reprinted in J. Acker et al. eds., *America's Experiment with Capital Punishment: Reflections on the Past, Present, and Future of the Ultimate Penal Sanction* (2nd ed.), Carolina Academic Press (2008).

Fagan, J., F.E. Zimring, and A.B. Geller, "Capital Homicide and Capital Punishment: A Market Share Theory of Deterrence," 84 *Texas Law Review* 1803 (2006).

Fagan, J., and V. West, "The Decline of the Juvenile Death Penalty: Scientific Evidence of Evolving Norms." 95 *Journal of Criminal Law and Criminology* 427 (2005).

Fagan, J. "Atkins, Adolescence and the Maturity Heuristic: A Categorical Exemption for Juveniles from Capital Punishment."  *New Mexico Law Review* 33: 207-292 (2003).

Liebman, J.S., Fagan, J., West, V., and Lloyd, J.  "Capital Attrition: Error Rates in Capital Cases, 1973-1995." *Texas Law Review* 78: 1839-1865 (2000).

Liebman, J.S., Fagan, J., and West, V. "Death Matters: A Reply."  *Judicature* 84(2): 72-91, 2000.

## 3. *Juvenile Justice*

Fagan, J., and A. Kupchik, "Juvenile Incarceration and the Pains of Imprisonment," 3 *Duke Forum for Law and Social Change* 29 (2011)

Fagan, J. "The Contradictions of Juvenile Crime and Punishment."  *Daedalus* (August 2010)

Loughran, T.A., E.P. Mulvey, C.A. Schubert, J. Fagan, A.R. Piquero, & S.H. Losoya, "Estimating a Dose-Response Relationship between Length of Stay and Future Recidivism in Serious Juvenile Offenders," 47 *Criminology* 699-740 (2009)

Fagan, J. and A. Kupchik, "Children in the Adult Criminal Justice System."  In Richard A. Shweder et al., eds. *The Child: An Encyclopedic Companion*. Chicago: University of Chicago Press, 2009.

Fagan, J., "Juvenile Justice: Transfer to Adult Court," pp. 1612-1618 in *Wiley Encyclopedia of Forensic Science* (A. Jamieson et al. eds.).  Chichester UK: John Wiley & Sons (2009).

Fagan, J., "Juvenile Crime and Criminal Justice: Resolving Border Disputes." 6 *Future of Children* 81 (2008)

Fagan, J. "End Natural Life Sentences for Juveniles," 6 *Criminology and Public Policy* 735–746 (November 2007).

Cauffman, E., A. R. Piquero, E. Kimonis, L. Steinberg, L. Chassin, and J. Fagan. "Legal, Individual, and Contextual Predictors of Court Disposition in a Sample of Serious Adolescent Offenders," 31 *Law and Human Behavior*, 519-535(2007)

Kupchik, A., Fagan, J., & Liberman, A.  "Punishment, Proportionality and Jurisdictional Transfer of Adolescent Offenders: A Test of the Leniency Gap Hypothesis."  *Stanford Law and Policy Review*14: 57-83 (2003).

Fagan, J. "This Will Hurt Me More that It Hurts You: Social and Legal Consequences of Criminalizing Delinquency." *Notre Dame Journal of Law, Ethics and Public Policy* 16 (1): 101-149 (2002).

Fagan, J., and F. Zimring, "Editors' Introduction." Chapter 1 in *The Changing Borders of Juvenile Justice: Transfer of Adolescents to the Criminal Court*, edited by Jeffrey Fagan and Franklin Zimring.  Chicago: University of Chicago Press (2000).

Zimring, F., and Fagan, J., "Policy Perspectives on Transfer and Waiver." Chapter 12 in *The Changing Borders of Juvenile Justice: Transfer of Adolescents to the Criminal Court*, edited by Jeffrey Fagan and Franklin Zimring.  Chicago: University of Chicago Press (2000).

Fagan, J., "Treatment and Reintegration of Violent Offenders." Pp. 117-158 in *Successful Community Sanctions and Services for Special Offenders*, edited by Barbara J. Auerbach and Thomas C. Castellano.  Lanham MD: American Correctional Association (1998).

Fagan, J.  "The Comparative Impacts of Juvenile and Criminal Court Sanctions On Adolescent Felony Offenders." *Law and Policy* 18 (1): 77-119 (1996).

Fagan, J., and M. Guggenheim. "Preventive Detention and the Judicial Prediction Of Dangerousness For Juveniles: A Natural Experiment." *Journal of Criminal Law and Criminology* 82 (2): 415-448 (1996).

Fagan, J., and M. Forst. "Risks, Fixers and Zeal: Treatment Innovation and Implementation For Violent Juvenile Offenders." *The Prison Journal* 76 (16): 5-21 (1996).

Fagan, J.A. "Separating the Men from the Boys: The Comparative Impacts of Juvenile and Criminal Court Sanctions on Recidivism of Adolescent Felony Offenders." Pp. 238-260 in *Sourcebook on Serious, Chronic and Violent Juvenile Offenders*, edited by James Howell, Barry D. Krisberg,  J. David Hawkins, & John Wilson.  Thousand Oaks CA: Sage Publications (1995)

Fagan, J.A., and C. Reinarman.  "The Social Context of Intensive Supervision: Ecological and Organizational Influences on Probation Services for Violent Adolescents."  Pp. 341-394 in (ed.), *Intensive Interventions with High-Risk Youths: Promising Approaches in Probation and Parole*, edited by Troy Armstrong. Monsey NY: Criminal Justice Press (1991)

Fagan, J.A., and E. Piper Deschenes. "Determinants of judicial waiver decisions for violent juvenile offenders." *Journal of Criminal Law and Criminology* 81(2): 314-347, 1990.

Fagan, J.A. "Treatment and reintegration of violent delinquents: Experimental results." *Justice Quarterly* 7 (2): 233-263 (1990).

Fagan, J.A.  "Social and legal policy dimensions of violent juvenile crime." *Criminal Justice and Behavior* 17(1): 93-133 (1990).

Forst, M.A., J.A. Fagan, and T. Scott Vivona. "Some paradoxical effects of the treatment-custody dichotomy for adolescents in adult prisons." *Juvenile and Family Court Journal* 40(1): 1-15, 1989.

Fagan, J.A., M. Forst, and T.S. Vivona.  "Racial determinants of the judicial transfer decision." 33 *Crime and Delinquency* 259-286, 1987.

Fagan, J.A., E. Slaughter, and E. Hartstone.  "Blind justice? Racial disparities in juvenile justice processing." 33 *Crime and Delinquency* 224-258, 1987.

Rudman, C., J.A. Fagan, E. Hartstone, and M. Moore.  "Violent youth in adult court:  Process and punishment." 22 *Crime and Delinquency* 75-96 (1986)

Fagan, J.A., and E. Hartstone.  "Dilemmas in Juvenile Corrections:  Treatment Interventions for Special Problem Youths."  In C. Hampton and I. Silverman (eds.), *Research on Juvenile Offenders with Serious Alcohol, Drug Abuse, and Mental Health Problems*.  Rockville MD: National Institute on Drug Abuse, pp. 282-338 (1987).

Fagan, J.A. and E. Hartstone. "Strategic Planning in Juvenile Justice:  Defining the Toughest Kids." Pp. 31-52 in R. Mathias, P. DeMuro, and R.A. Allinson (eds.), *An Anthology on Violent Juvenile Offenders*, San Francisco:  National Council on Crime and Delinquency (1984).

Fagan, J.A., C. Rudman, and E. Hartstone. "Intervening with Violent Juvenile Offenders:  The Community Reintegration Model." Pp. 207-230 in R. Mathias, P. DeMuro, and R.A. Allinson (eds.), *Id*. (1984).

Fagan, J.A. and S. Jones. "Toward an Integrated Theory of Violent Delinquency."  Pp. 53-70 in R. Mathias, P. DeMuro, and R.A. Allinson (eds.), *Id.* (1984).

Fagan, J.A., E. Hartstone, K. Hansen, and C. Rudman.  "System Processing of Violent Juvenile Offenders."  Pp. 117-136 in R. Mathias, P. DeMuro, and R.A. Allinson (eds.), *id.*, (1984)

Fagan, J.A., K. Hansen and M. Jang.  "Profiles of Chronically Violent Juveniles:  An Empirical Test of an Integrated Theory of Violent Delinquency."  Pp. 91-120 in, *Evaluating Contemporary Juvenile Justice*, edited by James Kleugel.  Beverly Hills:  Sage Publications, (1983)

### 4. Deterrence and Development

Nguyen, H., T.A. Loughran, R. Paternoster, J. Fagan, and A. Piquero, "Institutional Placement and Illegal Earnings: Examining the Crime School Hypothesis," *Journal of Quantitative Criminology* (forthcoming)

Loughran, T. A., H. Nguyen, A. R. Piquero, & J. Fagan. "The Returns to Criminal Capital."  78 *American Sociological Review* 925-948 (2013)

Dmitrieva, J., L. Gibson, L. Steinberg, A. Piquero, and J. Fagan, "Predictors and Consequences of Gang Membership," 24 *Journal of Research on Adolescence* 220-234 (2014)

Loughran, T. A., A. R. Piquero, J. Fagan, "Differential Deterrence: Studying Heterogeneity and Changes in Perceptual Deterrence Among Serious Youthful Offenders," 58 *Crime & Delinquency*, 3-27 (2012)

Loughran, T.A., R. Paternoster, J. Fagan, and A.R. Piquero, A. "A Good Man Always Knows His Limitations": The Role of Overconfidence in Criminal Offending," 50 *Journal of Research in Crime & Delinquency* 327-58 (2013).

Shulman, E. P., E. Cauffman, A.R. Piquero, and J. Fagan. "Moral Disengagement Among Serious Juvenile Offenders: A Longitudinal Study of the Relations between Morally Disengaged Attitudes and Offending." 47 *Developmental Psychology* 1619-1632 (2011)

Mulvey, E.P., Steinberg, L., Piquero, A., Fagan, Jeffrey, et al., "Trajectories of Desistance and Continuity in Antisocial Behavior Following Court Adjudication Among Serious Adolescent Offenders," 22 *Development and Psychopathology* 453–475 (2010)

Fagan, J., and Meares, T.  "Punishment, Deterrence and Social Control: The Paradox of Punishment in Minority Communities."  6 *Ohio State Journal of Criminal Law* 173-229 (2008).

Fagan, J., and A. Piquero, "Rational Choice and Developmental Influences on Recidivism among Adolescent Felony Offenders," *4 Journal of Empirical Legal Studies* 715-48 (December 2007).

Piquero, A., Brame, R., Fagan, J., & Moffitt, T.E., "Assessing the Offending Activity of Criminal Domestic Violence Suspects:  Offense Specialization, Escalation, and De-Escalation Evidence from the Spouse Assault Replication Program," 121 *Public Health Reports* 409 (2006).

Fagan, J., and Tyler, T.R., "Legal Socialization of Children and Adolescents," *18 Social Justice Research* 217-42 (2005).

Piquero, A., Fagan, J., et. al., "Developmental Trajectories of Legal Socialization among Adolescent Offenders." 96 *Journal of Criminal Law and Criminology*, 267-298 (2005).

Brame, R., Fagan, J., et al., "Criminal Careers of Serious Juvenile Offenders in Two Cities," 2 *Youth Violence and Juvenile Justice* 256-272 (2004).

Mulvey, E.P., Steinberg, L.D., Fagan, J., et al., "Theory and Research on Desistance from Antisocial Activity among Serious Adolescent Offenders," 2 *Youth Violence and Juvenile Justice* 213-236 (2004).

Wilkinson, D.L., and Fagan, J. "What Do We Know About Adolescent Gun Violence?" *Clinical Child and Family Psychology Review.* 4(2): 109-132 (2001)

Wilkinson, D.L., and Fagan, J., "A Theory of Violent Events."  Pp. 169-97 in *The Process and*

*Structure of Crime Advances in Criminological Theory, Volume 9*, edited by Robert Meier and Leslie Kennedy.  New Brunswick, NJ: Transaction Publishers (2001).

Fagan, J., "Contexts of Choice by Adolescents in Criminal Events."  Pp. 371-400 in *Youth on Trial*, edited by Thomas Grisso and Robert Schwartz.  Chicago: University of Chicago Press (2000).

Fagan, J.A., "Legal and Illegal Work: Crime, Work, and Unemployment."  Pp. 33-71 in *Dealing with Urban Crisis: Linking Research to Action*, edited by Burton Weisbrod and James Worthy.  Evanston IL: Northwestern University Press (1997).

Fagan, J.A., and D.L. Wilkinson, "The Social Contexts and Developmental Functions of Adolescent Violence."  P. 89-133 in *Violence in American Schools*, edited by Delbert S. Elliott, Beatrix A. Hamburg, and Kirk R. Williams.  New York: Cambridge University Press, 1998.

Fagan, J.  "Context and Culpability of Adolescent Violence." *Virginia Review of Social Policy and Law* 6(3): 101-74 (1999).

Fagan, J. "Punishment or Treatment for Adolescent Offenders?  Therapeutic Integrity and the Paradoxical Effects of Punishment." 18 *Quinnipiac Law Review* 385 (1999).

Fagan, J., and R.B. Freeman, "Crime and Work." *Crime and Justice: A Review of Research* 25: 113-78 (1999).

Fagan, J., and D.L. Wilkinson, "Guns, Youth Violence and Social Identity." *Youth Violence* (M. Tonry and M.H. Moore, eds.). *Crime and Justice: A Review of Research* 24: 373-456, 1998.

Fagan, J., and D.L. Wilkinson. "Situational Contexts of Adolescent Violence." *Revue Europenéenne des Migrations Internationales* 14:63-76, 1998.

Fagan, J.A., and D.L. Wilkinson, "Firearms and Youth Violence."  Pp. 551-565 in *Handbook of Antisocial Behavior*, edited by David Stoff, James Brieling and Jack D. Maser.  New York: Wiley (1997).

Wilkinson, D.L., and J.  Fagan. "Understanding the Role of Firearms in Violence 'Scripts':  The Dynamics of Gun Events among Adolescent Males." *Law and Contemporary Problems* 59 (1): 55-90, 1996.

C. Reinarman and Fagan, J.A. "Social Organization, Socialization, And Delinquency:  Ecological Influences On Differential Association." *Crime and Delinquency* 34(3): 307-327, 1988.

Fagan, J.A., and S. Wexler.  "Explanations Of Adolescent Sex Offenses Among Violent Juvenile Offenders." *Journal of Adolescent Research*  3(3-4): 363-385, 1988.

## *5. Social Area Studies*

Kalesan, B., K. Lagast, M. Villareal, E. Pino, J. Fagan, and S. Galea, "School Shootings During 2013-15 in the U.S.," Injury Prevention (2017, forthcoming)

Kalesan, B., C. Adhikarla, J.C. Pressley, J.A. Fagan, Z. Xuan, M. Siegel, S. Galea, "The hidden firearm epidemic: increasing firearm injury rates 2001-2013," *American Journal of Epidemiology* (2016, forthcoming).

Kalesan, B., M.E. Mobily, O. Keiser, J.A. Fagan, & S. Galea, "The impact of firearm legislation on firearm mortality in the United States, 2010," *The Lancet* (2016), at http://dx.doi.org/10.1016/S0140-6736(15)01026-0 .

Kalesan, B., M.A. Vyliparambil, E. Bogue, M.D. Villarreal, S. Vasan, J. Fagan, C.L.  DiMaggio, S. Stylianos, S. Galea, "Race/ethnicity, neighborhood poverty and pediatric firearm hospitalizations in the United States," *Annals of Epidemiology*, in press.

Kalesan B, S. Vasan, M.E. Mobily, M.D. Villarreal, P. Hlavacek, S. Teperman, J. Fagan, S. Galea, "State-Specific, Racial and Ethnic Heterogeneity in Trends of Firearm-Related Fatality Rates in the United States from 2000-2010." *BMJOpen*, in press

Kalesan, B., C. French, J.A. Fagan, D.L. Fowler, and S. Galea, " Firearm-related Hospitalizations and In-Hospital Mortality in the United States, 2000-2010," 179 *American Journal Epidemiology 303-12* (2014)

Davies, G., and Fagan, J., "Crime and Enforcement in Immigrant Neighborhoods: Evidence from New York City," 641 *Annals of the American Society of Political and Social Science* 99 (2012).

Kirk, D., A.V. Papachristos, J. Fagan, J., and T.R. Tyler. "The Paradox of Law Enforcement in Immigrant Communities: Does Tough Immigration Enforcement Undermine Public Safety?" 641 *Annals of the American Society of Political and Social Science* 79 (2012).

Fagan, J., and V. West. "Incarceration and the Economic Fortunes of Urban Neighborhoods," in *Economics and Youth Violence: Current Perspectives (*R. Rosenfeld and M. Edberg (eds.), New York University Press (2013).

Fagan, J., "Crime and Neighborhood Change," Pp. 81-126 in *Understanding Crime Trends* (A. Goldberger and R. Rosenfeld, eds.), National Academy of Sciences, National Academies Press (2008)

Fagan, J., Wllkinson, D.L., and Davies, G. "Social Contagion of Violence." Pp. 688-723 in Flannery, D., Vazsonyi, A., & Waldman, I. (eds.).   *The Cambridge Handbook of Violent Behavior*,  Cambridge: Cambridge University Press. (2007).

Piquero, A., West, V., Fagan, J., and Holland, J. "Neighborhood, Race, and the Economic Consequences of Incarceration in New York City, 1985-1996," Pp. 256-76 in *The Many Colors of Crime: Inequalities of Race, Ethnicity and Crime in America*, edited by Ruth D. Peterson, Lauren J. Krivo, and John Hagan.  New York: New York University Press (2006).

Fagan, J. "Crime, Community and Incarceration."  Pp. 27 - 60 in *The Future of Imprisonment in the 21* *Century*, edited by Michael Tonry.  New York: Oxford University Press (2004).

Fagan, J., V. West, and J. Holland, "Neighborhood, Crime, and Incarceration in New York City," Symposium on Race, Crime and Voting: Social, Political and Philosophical Perspectives on Felony  Disenfranchisement in America, 36 *Columbia Human Right. Law Review* 71 (2005).

Fagan, J., and G. Davies. "The Natural History of Neighborhood Violence." 20 *Journal of Contemporary Criminal Justice* 127 (2004).

Fagan, J., West, V., and Holland, J. "Reciprocal Effects of Crime and Incarceration in New York City Neighborhoods."  *Fordham Urban Law Journal* 30: 1551- 1602 (2003).

Fagan, J., and Davies, G. "Crime in Public Housing: Two-Way Diffusion Effects in Surrounding Neighborhoods." Pp. 121-136 in *Analyzing Crime Patterns : Frontiers of Practice*, edited by Victor Goldsmith. Thousand Oaks CA: Sage (1999).

Fagan, J., Dumanovsky, T., Davies, G., and Thompson, J.P. "Crime in Public Housing: Conceptual and Research Issues."  36 *National Institute of Justice Journal* 1-8 (1998).

Fagan, J.A. "Youth Gangs, Drugs, and Socioeconomic Isolation." In *Youth Violence: Prevention, Intervention, and Social Policy,* edited by Daniel J. Flannery and C. Ronald Huff.  Washington DC: American Psychiatric Association Press (1998).

Fagan, J.A. "Continuity and Change in American Crime: Lessons from Three Decades."  In *Symposium for the 30* *Anniversary of the 1967 President's Commission on Law Enforcement and the Administration of Justice*, edited by Francis Hartmann. Washington DC: Office of Justice Programs (1998).

Fagan, J.A.,  "Drug Use and Selling Among Urban Gangs."  In *Encyclopedia of Drugs and Alcohol, Volume 2*, edited by Jerome Jaffe. New York: MacMillan (1996).

Fagan, J.A., "Gangs, Drugs and Neighborhood Change."  Pp. 39-74 in *Gangs in America II*, edited by C. Ronald Huff.  Thousand Oaks, CA: Sage Publications (1996).

Sommers, I., J. Fagan, and D.Baskin, "The influence of acculturation and familism on Puerto Rican delinquency." *Justice Quarterly* 11(4): 207-28 (1994)

Chin, K., and J. Fagan.  *"*Social order and the formation of Chinese youth gangs.*"  Advances in Criminological Theory* 6: 149-62 (1994)

Fagan, J.A.  "Do Criminal Sanctions Deter Drug Offenders?"  Pp. 188-214 in *Drugs and Criminal Justice: Evaluating Public Policy Initiatives*, edited by D. MacKenzie and C. Uchida. Newbury Park, CA: Sage Publications (1994)

Chin, K., R. Kelly, and J.A. Fagan.  "Chinese Organized Crime."  Pp. 213-44 in *Handbook of*

*Organized Crime*, Edited by Robert J. Kelly & Ko-lin Chin. Greenwich, CT: Greenwood Press (1994).

Fagan, J.A., & K. Chin. "Lucky Money for Little Brother: The Seriousness and Prevalence of Chinese Gang Extortion." Washington DC: National Institute of Justice (1993)

Fagan, J.A. "The Political Economy of Drug Dealing among Urban Gangs." Pp. 19-54 in *Drugs and Community*, edited by Robert Davis, Arthur Lurigio and Dennis P. Rosenbaum. Springfield, IL: Charles Thomas (1993)

Kelly, R.J., K. Chin, and J. Fagan "The Activity, Structure, And Control Of Chinese Gangs: Law Enforcement Perspectives." *Journal of Contemporary Criminal Justice* 9(4): 221-39, 1993.

Baskin, D., I. Sommers, and J. Fagan. "The political economy of female violent street crime: Contextual influences in the onset of assault by women." *Fordham Urban Law Journal* 20(3): 401-417, 1993.

Chin, K., J. Fagan, and R. Kelly. "Methodological issues in studying Chinese gang extortion." *The Gang Journal*, 1 (3): 25-36, 1993.

Kelly, R., K. Chin, and J. Fagan. "The dragon breathes fire: Chinese organized crime in New York City." *Crime, Law and Social Change*, 19 (2): 245-269, 1993.

Chin, K., J. Fagan, and R. Kelly. "Patterns of organized crime activity by Chinese youth gangs." *Justice Quarterly*, 9 (4): 625-646 (1992).

Fagan, J.A. "Drug selling and licit income in distressed neighborhoods: The economic lives of street-level drug users and dealers." Pp. 99-142 in *Drugs, Crime and Social Isolation: Barriers to Urban Opportunity*, edited by George E. Peterson & Adelle V. Harrell. Washington DC: Urban Institute Press (1992).

Fagan, J.A., and E. Pabon. "Contributions of delinquency and substance use to school dropout." *Youth and Society* 21 (3): 306-354 (1990)

Fagan, J.A, and K. Chin. "Violence as Regulation and Social Control in the Distribution of Crack." Pp. 8-39 in, *Drugs and Violence*, NIDA Research Monograph No. 103, edited by Mario de la Rosa, Bernard Gropper, and Elizabeth Lambert. Rockville MD: U.S. Public Health Administration, National Institute of Drug Abuse (1990)

Fagan, J.A. "Natural Experiments." Pp. 103-133 in(ed.), *Measurement Issues in Criminology*, edited by Kimberly L. Kempf. New York: Springer-Verlag (1990).

Fagan, J.A. "Social Processes of Drug Use and Delinquency among Gang and Non-Gang Youths." Pp. 183-222 in *Gangs in America*, edited by C. Ronald Huff. Newbury Park CA: Sage Publications (1990)

Fagan, J.A. "Neighborhood cohesion and delinquency prevention: Informal controls and juvenile crime." *The Annals of the American Academy of Political and Social Science* 494: 54-70, (1987)

Fagan, J.A., E. S. Piper, and Y. Cheng. "Contributions of victimization to delinquency." *Journal of Criminal Law and Criminology* 78(3): 586-613 (1987)

Fagan, J.A., E.S. Piper, and M. Moore. "Violent delinquents and urban youth: Correlates of survival and avoidance." 24 *Criminology* 439-471, 1986.

## 6. *Legitimacy Studies*

Fagan, J., "Dignity is the New Legitimacy." Forthcoming in *The New Criminal Justice Thinking* (S. Dolovich and A. Natapoff, eds.). New York University Press (2016).

Fagan, J., T.R. Tyler, and T.L. Meares, "Street Stops and Police Legitimacy, forthcoming in (Jacqueline E.Ross and Thierry Delpeuch, eds.), *Comparative Intelligence-Led Policing: New Models of Participation and Expertise* (2016, in press).

Wallace, Daniel, Papachristos, A.V., Meares, T.L., and Fagan, J. Desistance and Legitimacy: The Impact of Offender Notification Meetings on Recidivism among High Risk Offenders, *Justice Quarterly*, http://dx.doi.org/10.1080/07418825.2015.1081262 (2015)

Tyler, Tom R., J. Fagan, and A.B. Geller, "Street Stops and Police Legitimacy: Teachable Moments in Young Urban Men's Legal Socialization," 11 *Journal of Empirical Legal Studies* 751 (2014)

Papachristos, A., Meares, T., and Fagan, J., "Why Do Criminals Obey the Law? The Influence of Legitimacy and Social Networks on Active Offenders," *Journal of Criminal Law and Criminology* 102: 397-440 (2012)

Fagan, J. "Legitimacy and Criminal Justice: Introduction to the Symposium," *Ohio State Journal of Criminal Law* 123-140 (2008).

Tyler, T., and J. Fagan, "Legitimacy, Compliance and Cooperation:  Procedural Justice and Citizen Ties to the Law, 6 *Ohio State Journal of Criminal Law* 231-275 (2008)

Fagan, J., and Malkin, V.  "Theorizing Community Justice through Community Courts." *Fordham Urban Law Journal* 30: 857-953 (2003)

### 7. *Intimate Partner Violence*

Maxwell, C., Garner, J., and Fagan, J. "The Effects of Arrest on Intimate Partner Violence: New Evidence from the Spouse Assault Replication Program," NCJ-188199, National Institute of Justice, U.S. Department of Justice (2000).

Moffitt, T.E., Krueger, R.F., Caspi, A., and Fagan, J. "Partner abuse and general crime: How are they the same? How are they different?" *Criminology* 38: 199-232 (2000). Reprinted in *The International Library of Criminology, Criminal Justice, and Penology*, edited by David Nelken & G. Mars, Ashgate Publishing (2002)

Magdol, L., T.E. Moffitt, A. Caspi, D.M. Newman, J. Fagan, and P.A. Silva.  "Gender Differences In Partner Violence In A Birth Cohort Of 21 Year Olds: Bridging The Gap Between Clinical And Epidemiological Research."  *Journal of Consulting and Clinical Psychology* 65 (1): 68-78, 1997.

Garner, J.H., and Fagan, J.A. "Victims of Domestic Violence."  In *Victims of Crime* (second edition), edited by Robert C. Davis, Arthur Lurigio, and Wesley Skogan.  Thousand Oaks, CA: Sage Publications  (1996).

Fagan, J.A., "The Criminalization of Domestic Violence." National Institute of Justice Research Monograph. Report. Washington DC: U.S. Department of Justice, 1996.

Fagan, J.A., and A. Browne.  "Violence Toward Spouses And Intimates: Physical Aggression Between Men And Women In Intimate Relationships."  Pp. 115-292 in  *Understanding and Preventing Violence, Volume 3*, edited by Albert J. Reiss, Jr., & Jeffrey A. Roth. Washington DC: National Research Council, National Academy Press (1994).

Fagan, J.A.  "Social Structure and Spouse Assault."  Pp. 209-254 in *The Socio-economics of Crime and Justice*, edited by Brian Forst.  New York: M.A. Sharpe (1993).

Fagan, J.A.  "The social control of spouse assault."  *Advances in Criminological Theory* 4: 187-234, (1992)

Fagan, J.A.  "Cessation of family violence: Deterrence and dissuasion."  *Family Violence.  Crime and Justice:  Annual Review of Research* 11: 377-426 (1989).

Fagan, J.A. "Contributions of family violence research to criminal justice policy on wife assault: Paradigms of science and social control."  *Violence and Victims*  3(3): 159-186 (1988)

Fagan, J.A. and S. Wexler. "Crime in the home and crime in the streets: The relation between family violence and stranger crime."  2 *Violence and Victims*  5-21 (1987).

Fagan, J.A. and S. Wexler.  "Family origins of violent delinquents."  25 *Criminology* 643-669, (1987).

Grau, J., J.A. Fagan, and S. Wexler.  "Restraining orders for battered women:  Issues in access and efficacy."  4 *Women and Politics* 13-28, 1984

Fagan, J.A., D. Stewart and K. Hansen.  "Violent Men or Violent Husbands:  Background Factors and Situational Correlates of Severity and Location of Violence."  Pp. 49-68 in *The Dark Side of Families*, edited by D. Finkelhor, M. Straus, G. Hotaling, and R. Gelles. Beverly

Hills, Sage Publications (1983)

### 8. Substance Use

Sommers, I., D. Baskin, and J. Fagan, "The Structural Relationship between Drug Use, Drug Dealing, And Other Income Support Activities Among Women Drug Sellers." *Journal of Drug Issues*, 26(4): 975-1006, 1996.

Johnson, B.D., Golub, A., & Fagan, J.A. "Careers in crack, drug use, distribution and non-drug criminality." *Crime and Delinquency* 34 (3): 251-279, 1995.

Sommers, I., D. Baskin, and J. Fagan. "Getting out of the life: Crime desistance among female street offenders." *Deviant Behavior* 15(2): 125-149. (Reprinted in: *Constructions of Deviance: Social Power, Context, and Interaction*, 2nd edition, edited by Peter Adler and Patricia Adler. Boston: Wadsworth (1996).

Fagan, J.A. "Women's careers in drug selling." Pp. 155-190 in *Deviance and Disrepute in the Life Course: Contextual and Dynamic Analyses*, edited by Zena Blau and John Hagan. Greenwich, CT: JAI Press, 1995.

Fagan, J. "Women and drugs revisited: Female participation in the cocaine economy." *Journal of Drug Issues* 24 (2): 179-226 (1994).

Belenko, S., Fagan, J., and Dumarovsky, T. "The impact of special drug courts on recidivism of felony drug offenders. *Justice System Journal* 17 (1): 53-82 (1994).

Fagan, J.A. "Set and setting revisited: Influences of alcohol and other drugs on the social context of violence." Pp. 161-192 in *Alcohol and Violence: Approaches to Interdisciplinary Research*, edited by Susan E. Martin. NIAAA Research Monograph, National Institute on Alcohol Abuse and Alcoholism. Rockville: Alcohol, Drug Abuse and Mental Health Administration (1993)

Fagan, J. "Interactions among drugs, alcohol, and violence: Dilemmas and frameworks for public health policy." *Health Affairs* 12(4) 65-79 (1993)

Dembo, R., L. Williams, J. Fagan, and J. Schmeidler. "The relationships of substance involvement and other delinquency over time in a sample of juvenile detainees." *Criminal Behavior and Mental Health* 3:158-197, 1993.

Sommers, I., J. Fagan, and D. Baskin. "Sociocultural explanations of delinquency and drug use among Puerto Rican adolescents." *Hispanic Journal of Behavioral Science*, 15: 36-62, 1993.

Fagan, J.A. "Community-based treatment of mentally-disordered juvenile offenders." *Journal of Clinical Child Psychology* 20 (1): 42-50, 1991.

Fagan, J.A., and K. Chin. "Social processes of initiation into crack cocaine." *Journal of Drug Issues* 21 (2): 432-466, 1991.

Belenko, S., J.A. Fagan, and K. Chin. "Criminal justice responses to crack." *Journal of Research in Crime and Delinquency* 28(1): 55-74, 1991.

Fagan, J.A. "Intoxication and aggression." *Drugs and Crime -- Crime and Justice: An Annual Review of Research* 13: 241-320, 1990.

Fagan, J.A., J. G. Weis, and Y. Cheng. "Drug use and delinquency among inner city students." *Journal of Drug Issues* 20 (3): 351-402, 1990. (Reprinted in: *Crime -- Volume II: Juvenile Delinquency*, edited by R. Crutchfield, G. Bridges, and J.G. Weis. Thousand Oaks, CA: Pine Forge Press (1996))

Fagan, J.A., and K. Chin. "Initiation into crack and powdered cocaine: A tale of two epidemics." *Contemporary Drug Problems* 16 (4):579-617, 1989.

Fagan, J.A. "The social organization of drug use and drug dealing among urban gangs." *Criminology* 27(4): 501-536, 1989. Reprinted in *Gangs*, edited by Nicholas Tilley and Jackie Schneider. Hampshire, England: Ashgate Publishing (2004).

Watters, J.K., C. Reinarman, and J.A. Fagan. "Causality, context, and contingency: Relationships between drug abuse and delinquency" *Contemporary Drug Problems* 12: 351-374 (1985).

### 9. Psychiatric Epidemiology

Marmar, C.R., McCaslin, S.E., Metzler, T.J., Best, S., Weiss, D.S., Fagan, J., Liberman, A., Pole, N., Otte, C., Yehuda, R., Mohr, D., Neylan, T. "Predictors of Posttraumatic Stress in Police and Other First Responders."  1071 Annals of the New York Academy of Sciences $1 - 18$ (2006).

Neylan, T.C., Metzler, T.J., Best, S.R., Weiss, D.S., Fagan, J., Liberman, A., Rogers, C., et al., "Critical Incident Exposure and Sleep Quality in Police Officers." *Psychosomatic Medicine* 64:345-352 (2002).

Liberman, A.M., Best, S.R., Metzler, T.J., Fagan, J.A., Weiss, D.S., and Marmar, C.R., "Routine Occupational Stress in Police," *Policing*, 25(2): 421-39 (2002).

Pole, N., Best, S. R., Weiss, D. S., Metzler, T., Liberman, A. M., Fagan, J., & Marmar, C. R., "Effects of Gender and Ethnicity on Duty-related Posttraumatic Stress Symptoms among Urban Police Officers." *Journal of Nervous and Mental Disease*, 189: 442-448 (2000).

Brunet, A., Weiss, D.S., Metzler, T.J., Best, S.R., Fagan, J., Vedantham, K., & Marmar, C.R., "An Overview of the Peritraumatic Distress Scale." *Dialogues in Clinical Neurosciences*, 2(1), 66-67 (2000).

### Works in Progress:

Legewie, J., and J.Fagan, "Group Threat, Police Officer Diversity and the Deadly Use of Force by Police," under review at American Sociological Review, December 2016, available at https://ssrn.com/abstract=2778692

Fagan, J., G. Conyers, and I. Ayres, "No Runs, Few Hits and Many Errors: A Story in Five Parts about Racial Bias in Stop and Frisk Practices in New York."  Presented at Conference on Empirical Legal Studies, San Francisco, Nov. 2014

Fagan, J., "Indignities of Order Maintenance".

Fagan, J., "The Miller Muddle:  Mythologizing Proportionality in Punishment for Adolescents."

Fagan, J., and Geller, A.B. "Profiling and Consent: Stops, Searches and Seizures after *Soto*," http://ssrn.com/abstract=1641326

Fagan, J., Ellias, J., Kairys, D., and Levin, E.B. "Measuring A Fair Cross-Section of Jury Composition: A Case Study of the Southern District of New York," To be submitted to a law review.

Fagan, J., Geller, A.B., and Zimring, F.E.  "Race, Political Economy, and the Supply of Capital Cases."  To be submitted to the *Journal of Criminal Law and Criminology*.

### Book Reviews:

**Exploring the Underground Economy: Studies of Illegal And Unreported Activity,** edited by S.Pozo (W.E. Upjohn Institute for Employment Research, 1996).  *Contemporary Sociology* 27:69-70, 1998.

**Women, Girls, Gangs and Crime**, C.S. Taylor (Michigan State University Press, 1993).  *Contemporary Sociology*, 24: 99-100, 1994.

**When Battered Women Kill**, A. Browne (Free Press, 1987).  *Journal of Criminal Justice*, 16:74-8, 1988.

**Pathways from Heroin Addiction**, P. Biernacki (Temple University Press, 1986).  *Criminology*, 25: 213-21, 1987.

**Child Sexual Abuse**, D. Finkelhor (Free Press, 1984).  *Journal of Criminal Law and Criminology*, 77: 477-81, 1986.

**PAPERS PRESENTED (SELECTED):**

"Police Exceptionalism," Presented at the Symposium on Race and Policing, University of California at Irvine School of Law, October 7, 2016

"Terry's Original Sin," Presented at the Faculty of Law, University of New South Wales, March 7, 2016.

"The Effects of Local Crime Surges on Crime and Arrests in New York City" (J. MacDonald, J. Fagan, and A.B. Geller). Presented at the Tenth Conference on Empirical Legal Studies, Washington University, St. Louis MO, October 2015

"Policing and the Neighborhood Ecology of Legitimacy: Individual and Contextual Effects" (J. Fagan, T.R. Tyler, A.B. Geller). Presented at the International Conference on Police-Citizen Relations, CNRS-Science Po and Max Planck Institute, Paris France, April 2015.

"Ferguson, New York." Presented at the Symposium on Criminalization and Criminal Justice, University of Miami Law Review, Miami FL, February 2015

"No Runs, Few Hits and Many Errors: Street Stops, Bias and Proactive Policing" (with G. Conyers and I. Ayres), Presented at the Ninth Conference on Empirical Legal Studies, University of California at Berkeley, November 2014

"Aggressive Policing and the Health of Young Urban Men" (A. Geller, J. Fagan and T. Tyler), Presented at the Annual Meeting of the Population Association of America, New Orleans, LA, March 2010

"Race and Selective Enforcement in Public Housing," (J. Fagan, G. Davies and A. Carlis), Presented at the Seventh Annual Conference on Empirical Legal Studies, Northwestern Law School, November 2011; Annual Meeting of the Association for Public Policy and Management, Washington DC, November 2009; Annual Meeting of the American Society of Criminology, Philadelphia PA, November 2009; Law and Economics Workshop, University of Virginia, March 2010;

"Social Context and Proportionality in Capital Punishment in Georgia" (with R. Paternoster), Presented at the Annual Meeting of the American Society of Criminology, San Francisco, November 2010

"Profiling and Consent: Stops and Searches in New Jersey after *Soto*" (with A. Geller), Presented at the Sixth Annual Conference on Empirical Legal Studies, New Haven CT, November 2010

"Doubling Down on Pot: Marijuana, Race and the New Disorder in New York City Street Policing" (with A. Geller), Presented at the Fifth Conference on Empirical Legal Studies, Los Angeles CA, November 2009

"Crime, Conflict and the Racialization of Criminal Law," Presented at the Annual Meeting of the European Society of Criminology, Ljubljana, Slovenia, September 2009

"Street Stops and Broken Windows Revisited: The Demography and Logic of Proactive Policing in a Safe and Changing City," (with A. Geller, G. Davies and V. West). Presented at the Annual Meeting of the Association for Public Policy and Management, Los Angeles, November 2008. Also presented at the Annual Meeting of the American Society of Criminology, St. Louis, November 2008.

"Desistance and Legitimacy: Effect Heterogeneity in a Field Experiment on High Risk Groups," (with A. Papachristos, D. Wallace, and T. Meares), presented at the Annual Meeting of the American Society of Criminology, St. Louis, November, 2008.

"Legitimacy, Compliance and Cooperation: Procedural Justice and Citizen Ties to the Law" (with T. Tyler). Presented at the Second Conference on Empirical Legal Studies, Cornell Law School, October 2008.

"Measuring A Fair Cross-Section of Jury Composition: A Case Study of the Southern District of New York," (with A. Gelman, D.E. Epstein, and J. Ellias).  Presented at the Annual Meeting of the Midwest Political Science Association, Chicago, April 4, 2008

"Race, Legality and Quality of Life Enforcement in New York City, 2006," John Jay College of Criminal Justice, New York, February 28, 2008

"Be Careful What You Wish For: The Comparative Impacts of Juvenile and Criminal Court Sanctions on Adolescent Felony Offenders," Presented at Annual Conference on Empirical Legal Studies, New York, November 19, 2007

"The Common Thread: Crime, Law and Urban Violence in Paris and the U.S.," Presented at the Conference on "Poverty, Inequality, and Race: Forty Years after the Kerner Commission Report and Twenty Years after the Scarman Commission Report," University of Paris IX (Sorbonne), July 2007

"Race, Political Economy, and the Supply of Capital-Eligible Cases," Presented at the Annual Meeting of the American Society of Criminology, Atlanta GA, November 2007.

"The Political Economy of the Crime Decline in New York City," Presented at the Annual Meeting of the American Society of Criminology, Atlanta GA, November 2007.  Also presented at the Annual Meeting of the American Association for the Advancement of Science, San Francisco, February 2007 (with G. Davies).  Also presented at the Symposium on the Crime Decline, University of Pennsylvania, Department of Criminology, March 31, 2006.

"Crime and Neighborhood Change."  Presented at the National Research Council, Committee on Law and Justice, Washington DC, April 2007.

"Immigration and Crime," Presented at the Annual Meeting of the American Society of Criminology, Los Angeles, November 2006 (w. Garth Davies).

"Rational Choice and Developmental Contributions to Legal Socialization," Presented at the Conference on Empirical Studies in Law, Austin, Texas, October 2006; also presented at the Annual Meeting of the American Society of Criminology, Toronto, November 2005 (with A. Piquero) http://papers.ssrn.com/sol3/papers.cfm?abstract_id=914189.

"The Diffusion of Homicides from Illegal Gun Markets: A Test of Social Contagion Theories of Violence, Presented at the Annual Meeting of the American Society of Criminology, Toronto, Ontario, November 14, 2005 (with G. Davies).

"Attention Felons: Evaluating Project Safe Neighborhoods in Chicago" (November 2005). U Chicago Law & Economics, Olin Working Paper No. 269 http://ssrn.com/abstract=860685, presented at the Annual Meeting of the American Society of Criminology, Toronto, November 2005 (with A. Papachristos and T.L. Meares)

"Legitimacy And Cooperation: Why Do People Help The Police Fight Crime In Their Communities?"  Presented at the Annual Meeting of the American Society of Criminology, Toronto, November 2005 (with T. Tyler), http://papers.ssrn.com/sol3/papers.cfm?abstract_id=887737

"Science, Ideology and the Death Penalty: The Illusion of Deterrence."  The Walter Reckless Lecture, delivered at the Moritz School of Law and the Criminal Justice Research Center, The Ohio State University, Columbus, OH, April 2005.

"Crime Currents and the Co-Production of Security in New York City."  Presented at the *Colloquium on the Urban Age*, London School of Economics, February 2005.

"The Effects of Drug Enforcement on the Rise and Fall of Violence in New York City, 1985-2000," Presented at the *Workshop on Behavioral and Economic Research* National Institute on Drug Abuse, Bethesda MD, October 2004 (with G. Davies).

"Police, Order Maintenance and Legitimacy," Presented at the Conference on *Dilemmas of Contemporary Criminal Justice: Policing in Central and Eastern Europe*, University of Maribor, Ljubljana, Slovenia, September 2004 (with Tom R. Tyler)

"The Bustle of Horses on a Ship: Drug Control in Public Housing," Presented at Workshop on Crime in Public Housing, National Consortium on Violence Research, John F. Kennedy School of Government, Harvard University, April 2004.

"Neighborhood Patterns of Violence among Latinos," Presented at Workshop on *Beyond Racial Dichotomies of Violence: Immigrants, Race and Ethnicity*, UCLA Center for Population Studies, Los Angeles, November 2003 (with G. Davies).

"Neighborhood Effects on Violence Against Women: A Panel Study," Presented at the Annual Meeting of the American Society of Criminology, Denver, November 2003 (with G. Davies).

"Reciprocal Effects of Crime and Incarceration in New York City Neighborhoods," Presented at the Russell Sage Foundation, New York, December 2002 (with V. West and J. Holland).

"The Effects of Drug Enforcement on the Rise and Fall of Homicides in New York City, 1985–1996," Presented at the Annual Meeting of the American Society of Criminology, Chicago, November 2002 (with G. Davies).

"Age-Specific Sanctions for Juvenile Offenders: Crime Control and the Exclusion of Adolescent from the Juvenile Court," Presented at the Symposium for the 10th Anniversary of the Netherlands Institute for the Study of Crime and Law Enforcement, Leiden, The Netherlands, September 2002.

"New Measures for Assessing Perceptions of Legitimacy and Deterrence among Juvenile Offenders," Presented at the Annual Meeting of the American Society of Criminology, Chicago, November 2002 (with A. Piquero).

"Community, Courts, and Legitimacy," Fordham University Law School Symposium on Problem-Solving Courts, New York, February 2002 (with V. Malkin).

"Specific Deterrent Effects of Jurisdictional Transfer of Adolescent Felony Offenders," American Society of Criminology, Atlanta, November 2001 (with A. Kupchik).

"Assessing the Theoretical and Empirical Status of 'Broken Windows' Policing," Faculty of Law, University of Cambridge, Cambridge UK, October 2001.

"Social Contagion of Youth Violence," Grand Rounds Lecture, Johns Hopkins University School of Medicine, Baltimore MD, March 2001.

"Street Stops and Broken Windows: Terry, Race and Disorder in New York City," Presented at the Annual Meeting of the American Society of Criminology, San Francisco, CA , November 2000.

"Social and Legal Consequences of Judicial Waiver of Adolescents: Human Rights Implications," Presented at the Annual Meeting of the American Association for the Advancement of Science, Washington DC, February 2000.

"Crime in Poor Places: Examining the Neighborhood Context of New York City's Public Housing Projects," Presented at the Research Institute on Neighborhood Effects on Low-Income Families, Joint Center for Poverty Research, The University of Chicago, September 1999 (with Tamara Dumanovsky and J. Philip Thompson).

"Social Contagion of Violence,"Presented at the Fortunoff Colloquium, New York University School of Law, April 1999.  Previous versions presented at the Winter Roundtable, Teachers College, Columbia University, February 1998, and the International Roundtable on Urban Security, Foundation Jean Jares, Paris, April 1998.

"This is Gonna' Hurt Me More than It'll Hurt You: Consequences of the Criminalization of Youth Crime."  Presented at the Workshop on the Juvenile Justice System, National Research Council Panel on Juvenile Crime, Washington DC, January 1999.

"Use, Misuse and Nonuse of Social Science in Law: Case Studies from Criminal Law."  Presented at the Annual Meeting of the American Association of Law Schools, New Orleans, January 1999.

"Consequences of Waiver: Recidivism and Adolescent Development."  Presented at the Symposium on The Juvenile Justice Counter-Reformation: Children and Adolescents as Adult Criminals, Quinnipiac College School of Law, Hamden CT, September 17-18, 1998.

"Drugs and Youth Violence: The Tripartite Framework Revisited."  Presented at the Annual Meeting of the American Society of Criminology, San Diego, November 1997.

"The Criminalization of Delinquency and the Politics of Juvenile Justice." Presented at the Annual Meeting of the National Conference of State Legislatures, Philadelphia PA, August

1997.

"Crack in Context: Myths And Realities From America's Latest Drug Epidemic." Presented at
the NIJ/NIDA Conference on *The Crack Decade: Research Perspectives and Lessons Learned.*
Baltimore MD: June 1997.

"Alcohol and Violent Events." Presented at the Annual Meeting of the American Society of
Criminology, Chicago, November 1996 (with D.L. Wilkinson).

"Crime and Public Housing: Conceptual and Research Issues." Presented at the Joint Conference
on Research in Public Housing, National Institute of Justice and Department of Housing
and Urban Development, Washington DC, July 1997.

"The Functions of Adolescent Violence." Presented at the Bi-National Forum on Youth
Violence, The French American Foundation, United Nations, New York, October 1996.

"Mirror Images of Violence: The Historical Socialization of Willie Bosket." Author-Meets-
Critic Panel on *All God's Children,* by Fox Butterfield. Presented at the Annual Meeting of
the American Society of Criminology, Boston, November 1995.

"Crime and Work." Presented at the Annual Meeting of the American Society of Criminology,
Boston, November 1995.

"Drugs and Violence: Lessons from Three Epidemics." Presented at a joint session of the
Annual Meetings of the American Sociological Association and the Society for the Study of
Social Problems, Washington DC, August 1995.

"Social and Legal Control of Spouse Assault: Ironies in the Effectiveness of Punishment for Wife
Beating." Presented at the Conference on Research and Evaluation, National Institute of
Justice, Washington DC, July 1995.

"Cocaine and Federal Sentencing Policy." Testimony before the Subcommittee on Crime,
Committee on the Judiciary, U.S. House of Representatives, Washington DC, June 29, 1995.

"Gangs, Youth, Drugs, and Violence." Presented to the Drugs-Violence Task Force of the U.S.
Sentencing Commission, Washington DC, May 1995.

"Community Risk Factors in Workplace Violence." Presented at the Symposium on Violence in
the Workplace, New York Academy of Medicine, New York, March 1995.

"Situational Contexts of Gun Use among Young Males." Presented at the Annual Meeting of
the American Association for the Advancement of Science, Atlanta, February 1995, and at
the Annual Meeting of the American Society of Criminology, Miami, November 1994.

"The Social Control of Violence among Intimates: Neighborhood Influences on the Deterrent
Effects of Arrest for Spouse Assault" (with J. Garner & C. Maxwell). Presented at the
Annual Meeting of the American Society of Criminology, Miami, November 1994.

"Crime, Drugs and Neighborhood Change: the Effects of Deindustrialization on Social Control
in Inner Cities." Presented at the Annual Meeting of the American Association for the
Advancement of Science, San Francisco, February 1994.

"The Social Context of Deterrence." Plenary paper presented at the Annual Meeting of the
American Society of Criminology, Phoenix, October 1993.

"Doubling Up: Careers in Legal and Illegal Work." Presented at the Annual Meeting of the
American Society of Criminology, Phoenix, October 1993.

"Promises and Lies: The False Criminology of "Islands in the Street." Presented at the Annual
Meeting of the American Sociological Association, Miami, August 1993.

"Deindustrialization and the Emergence of Youth Gangs in American Cities." Colloquium at
the Institute of Politics, University of Pittsburgh, April 1993.

"Women and Drugs Revisited: Female Participation in the Crack Economy." Colloquium at the
Research Institute on the Addictions, State of New York, March 1993.

"Neighborhood Effects on Gangs and Ganging: Ethnicity, Political Economy and Urban
Change." Presented at the Annual Meeting of the American Society of Criminology, New
Orleans, November 1992.

"Enterprise and Ethnicity: Cultural and Economic Influence on Social Networks of Chinese
Youth Gangs" (with K. Chin). Presented at the Annual Meeting of the American Society of

Criminology, New Orleans, November 1992.

"The Specific Deterrent Effects of Criminal Sanctions for Drug and Non-Drug Offenders."
Presented at the Annual Meeting of the Law & Society Association, Philadelphia, May 1992.

"The Changing Contexts of Drug-Violence Relationships for Adolescents and Adults."
Presented at the Annual Meeting of the American Academy for the Advancement of
Science, Washington DC, February 1991.

"Youth Gangs as Social Networks." Presented at the Annual Meeting of the American Society
of Criminology, Baltimore MD, November 1990.

"Context and Contingency in Drug-Related Violence." Presented at the Annual Meeting of the
American Psychological Association, Boston MA, August 1990.

"The Dragon Breathes Fire: Chinese Organized Crime in New York City" (R. Kelly, K. Chin,
and J. Fagan). Presented to the Political Sociology Faculty of the University of Florence,
Firenze, Italy, May 1990.

"The Political Economy of Drug Use and Drug Dealing among Urban Gangs (J. Fagan and A.
Hamid). Presented at the Annual Meeting of the American Society of Criminology, Reno
NV, November 1989.

"The Comparative Impacts of Juvenile and Criminal Court Sanctions for Adolescent Felony
Offenders" (J. Fagan and M. Schiff). Presented at the Annual Meeting of the American
Society of Criminology, Reno NV, November 1989.

"Symbolic and Substantive Effects of Waiver Legislation in New Jersey" (M. Schiff and J.
Fagan). Presented at the Annual Meeting of the Law and Society Association, Vail CO,
June, 1988.

"The Predictive Validity of Judicial Determinations of Dangerousness: Preventive Detention of
Juvenile Offenders in the Schall v. Martin Case" (J. Fagan and M. Guggenheim). Presented
at the Annual Meeting of the American Society of Criminology, Montreal, Quebec,
November, 1987; and, at the Fortunoff Colloquium Series, New York Unversity School of
Law, November, 1988.

"The Comparative Effects of Legal and Social Sanctions in the Recurrence of Wife Abuse" (J.
Fagan and S. Wexler). Presented at the Third National Conference on Family Violence
Research, University of New Hampshire, Durham, NH, July, 1987

"The Stability of Delinquency Correlates in Eight High Crime Neighborhoods" (J. Deslonde and
J. Fagan). Presented at the 1986 Annual Conference of Blacks in Criminal Justice,
Washington DC, March 1986

"Complex Behaviors and Simple Measures: Understanding Violence in Families" (J. Fagan and
S. Wexler). Presented at the Annual Meeting of the American Society of Criminology, San
Diego, November, 1985

"Social Ecology of Violent Delinquency" (J. Fagan, P. Kelly and M. Jang). Presented at Annual
Meeting of the Academy of Criminal Justice Sciences, Chicago, IL, March, 1984.

"Delinquent Careers of Chronically Violent Juvenile Offenders" (E. Hartstone, J. Fagan and M.
Jang). Presented at Pacific Sociological Association, San Jose, CA, April 1983.

"Parens Patriae and Juvenile Parole." Presented at the National Conference on Criminal Justice
Evaluation, Washington, DC, November 1978.

"Indigenous Justice: The San Francisco Community Board Program" (J. Fagan). Presented at
the Annual Meeting of the American Society of Criminology, November 1977, Atlanta,
Georgia.

"An Assessment of the Impact of Treatment and Other Factors on Successful Completion of a
Pretrial Intervention Program" (J. Fagan). Presented at the National Conference on
Criminal Justice Evaluation, February 1977.

**EXPERT TESTIMONY:**

*U.S. v. Antonio Williams and John Hummons, 12-CR-887, Chief Judge Ruben Castillo, U.S.
District Court, Northern Division of Illinois* (2013)

*In re: Ferguson Police Department*, Special Litigation Section, Civil Rights Division, U.S. Department of Justice, DJ 207-42-6

*Floyd, et al. v. City of New York, et al.*, U.S. District Court, Southern District of New York, 08 Civ. 1034 (SAS) (2008)

*Davis et al. v. City of New York*, U.S. District Court, Southern District of New York, 10 Civ. 0699 (SAS) (2010)

*Ligon et al. v. City of New York*, U.S. District Court, Southern District of New York,12 Civ. 2274 (SAS) (2012)

*State v. Raheem Moore*, Circuit Court # 08CF05160, State of Wisconsin, Criminal Division, Milwaukee County

*Connecticut v Arnold Bell*, Docket # CR02-0005839, District Court of Connecticut, New Haven

*Jessica Gonzales v. United States*, Petition No. 1490-05, Inter Am. C.H.R., Report No. 52/07, OEA/Ser.L./V/II.128, doc. 19 (2007)

*U.S. v. Joseph Brown and Jose Lavandier*, U.S. District Court for the District of Vermont, Docket No. 2:06-CR-82-2

*United States v. Khalid Barnes*, U.S. District Court, Southern District of New York, 04 Cr. 186 (SCR)

*Loggins v. State*, 771 So. 2d 1070 (Ala. Crim. App. 1999)

*Truman-Smith v. Bryco Firearms et al.* (02-30239 (JBW)), and *Johnson v. Bryco Firearms et al.* (03-2582 (JBW)), Eastern District of New York

*U.S. v. Alan Quinones*, S3 00 Cr. 761 (JSR), Southern District of New York

*National Association for the Advancement of Colored People (NAACP) and National Spinal Cord Injury Association (NSCIA) v. American Arms Corporation, Accu-sport Corporation, et. al.*, Eastern District of New York, 99 CV 3999 (JBW), 99 CV7037 (JBW)

*U.S. v. Durrell Caldwell*, J-2045-00; J-2250-00, Family Division, Juvenile Branch, Superior Court of the District of Columbia

*Nixon v. Commonwealth of Pennsylvania, Department of Public Welfare*, 839 A.2d 277 (Pa. 2003)

*National Congress of Puerto Rican Rights v. City of New York*, 99 Civ. 1695 (SAS) (HBP)

*State of Wisconsin v. Rodolfo Flores*, 99-CF-2866, Circuit Branch 28 (Hon. Thomas R. Cooper)

*State of Wisconsin v. Rolando Zavala*, 97-CF-547, Circuit Branch 3 (Hon. Bruce E. Shroeder)

*Hamilton v. Accu-Tek et al.*, 935 F. Supp. 1307 (E.D.N.Y. 1996)

*U.S. v. Yohann Renwick Nelson*, 920 F.Supp. 825 (M.D. Tenn., 1996)

**OTHER PRESENTATIONS:**

"Guns, Social Contagion, and Youth Violence." Presented at the Annual Conference of the Cuyahoga County Mental Health Institute, Case Western Reserve University, Cleveland, May 1998.

"The Future of the Criminal Law on Domestic Violence." Presented to the Governor's Criminal Justice Conference, Albany, New York, October 1996.

"Women, Law and Violence: Legal and Social Control of Domestic Violence." Presented at the 29th Semi-Annual Research Conference of the Institute for Law and Psychiatry, School of Law, University of Virginia, Charlottesville VA, November 1995.

"Punishment versus Treatment of Juvenile Offenders: Therapeutic Integrity and the Politics of Punishment," Delaware Council on Criminal Justice, Wilmington DE, October 1995.

Keynote Speaker, "The Criminalization of Domestic Violence: Promises and Limitations," National Conference on Criminal Justice Evaluation, National Institute of Justice, Washington DC, July 1995.

"Limits and Promises of New Jersey's Prevention of Domestic Abuse Act," Institute of Continuing Legal Education, Bar Association of the State of New Jersey, New Brunswick, July 1993.

"Technical Review on Alcohol and Violence," National Institute on Alcoholism and Alcohol

Abuse, Rockville MD: May 1992.

Plenary Speaker, "Race and Class Conflicts in Juvenile Justice,"  Annual Meeting of the Juvenile
    Justice Advisory Groups, Washington DC, April 1991

Plenary Speaker, "Punishing Spouse Assault: Implications, Limitations and Ironies of Recent
    Experiments on Arrest Policies," Annual Meeting of the Society for the Study of Social
    Problems, Washington DC, August 1990.

"Drug Use, Drug Selling and Violence in the Inner City," Joint Center for Political Studies,
    Washington DC: November 1989.

"Technical Review on Drugs and Violence," National Institute on Drug Abuse, Rockville MD:
    September, 1989.

Carnegie Council on Adolescent Development, "Workshop on Adolescent Violence."
    Washington DC: May 1989.

"National Symposium on Families in Courts."  National Judicial College, National Center for
    State Courts, and the American Bar Association (joint conveners).  Reno NV, May 1989.

Plenary Panelist, "Delinquency Research in the 1990's." Annual Meeting of the Western Society
    of Criminology, Anaheim CA, February 1989.

Keynote Speaker, Philadelphia Coalition for Children and Youth, Juvenile Justice Conference,
    June, 1988

Ohio Governor's Task Force on Juvenile Violence, Statewide Conference on Gangs, May, 1988

OJJDP State Advisory Groups, Regional Workshops, 1982, 1987

Michigan Commission on Juvenile Justice, Symposium on Contemporary Programs in
    Rehabilitation of Serious Juvenile Offenders, 1986

Interagency Panel on Research and Development on Children and Adolescents, National
    Institute of Education, 1985, 1987

Symposium on Addressing the Mental Health Needs of the Juvenile Justice Population, National
    Institute of Mental Health, l985

OJJDP/ADAMHA Joint Task Force on Serious Juvenile Offenders with Drug and Alcohol
    Abuse and Mental Health Problems, National Institute on Drug Abuse, 1984

National Conference on Family Violence as a Crime Problem, National Institute of Justice, 1984

Governor's Task Force on Juvenile Sex Offenders, California Youth Authority, Sacramento, CA,
    1984

Los Angeles County Medical Association, Los Angeles, California:  Family Violence and Public
    Policy, 1983

Minority Research Workshop, National Institute of Law Enforcement and Criminal Justice,
    LEAA, Department of Justice, 1979


**TECHNICAL REPORTS (SELECTED):**

*Project Safe Neighborhoods in Chicago: Three Year Evaluation and Analysis of Neighborhood Level
    Crime Indicators, Final Technical Report* (J. Fagan, A. Papachristos, T.L. Meares), Grant #
    2004-GP-CX-0578, Bureau of Justice Assistance, U.S. Department of Justice (2006).

*Social and Ecological Risks of Domestic and Non-Domestic Violence against Women in New York City*
    (J. Fagan, J. Medina-Ariza, and S.A. Wilt).  Final Report, Grant 1999-WT-VW-0005,
    National Institute of Justice, U.S. Department of Justice (2003).

*The Comparative Impacts of Juvenile and Criminal Court Sanctions on Recidivism among Adolescent
    Felony Offenders*(J. Fagan, A. Kupchik, and A. Liberman).  Final Report, Grant 97-JN-FX-01,
    Office of Juvenile Justice and Delinquency Prevention (2003).

*Drug Control in Public Housing: The Impact of New York City's Drug Elimination Program on Drugs
    and Crime* (J. Fagan, J. Holland, T. Dumanovsky, and G. Davies).  Final Report, Grant No.
    034898, Substance Abuse Policy Research Program, Robert Wood Johnson Foundation
    (2003).

*The Effects of Drug Enforcement on the Rise and Fall of Homicides in New York City, 1985-95* (J. Fagan). Final Report, Grant No. 031675, Substance Abuse Policy Research Program, Robert Wood Johnson Foundation (2002).

*Getting to Death: Fairness and Efficiency in the Processing and Conclusion of Death Penalty Cases after Furman* (J. Fagan, J. Liebman, A. Gelman, V. West, A. Kiss, and G. Davies). Final Technical Report, Grant 2000-IJ-CX-0035, National Institute of Justice (2002).

*Analysis of NYPD AStop and Frisk Practices"* (J. Fagan, T.Dumanovsky, and A. Gelman). Office of the Attorney General, New York State, 1999 (contributed chapters and data analyses).

*Situational Contexts of Gun Use by Young Males in Inner Cities* (J. Fagan and D.L.Wilkinson). Final Technical Report, Grant SBR 9515327, National Science Foundation; Grant 96-IJ-CX-0021, National Institute of Justice; Grant R49/CCR211614, Centers for Disease Control and Prevention (NIH), 1999.

*The Specific Deterrent Effects of Arrest on Domestic Violence* (C. Maxwell, J. Garner and J. Fagan). Final Technical Report, Grant 93-IJ-CX-0021, National Institute of Justice, 1999.

*The Epidemiology and Social Ecology of Violence In Public Housing* (J. Fagan, T. Dumanovsky, J.P. Thompson, G. Winkel, and S. Saegert). National Consortium on Violence Research, National Science Foundation, 1998.

*Reducing Injuries to Women in Domestic Assaults* (J. Fagan, J. Garner, and C. Maxwell). Final Technical Report, Grant R49/CCR210534, Centers for Disease Control, National Institutes of Health, 1997.

*The Effectiveness of Restraining Orders for Domestic Violence* (J. Fagan, C. Maxwell, L. Macaluso, & C. Nahabedian). Final Technical Report, Administrative Office of the Courts, State of New Jersey, 1995.

*Gangs and Social Order in Chinatown: Extortion, Ethnicity and Enterprise* (K. Chin, J.Fagan, R. Kelly). Final Report, Grant 89-IJ-CX-0021 (S1), National Institute of Justice, U.S. Department of Justice, 1994.

*The Comparative Impacts of Juvenile and Criminal Court Sanctions for Adolescent Felony Offenders: Certainty, Severity and Effectiveness of Legal Intervention* (J. Fagan). Final Report, Grant 87-IJ-CX-4044, National Institute of Justice, U.S. Department of Justice, 1991.

*Final Report of the Violent Juvenile Offender Research and Development Program*, Grant 85-MU-AX-C001, U.S. Office of Juvenile Justice and Delinquency Prevention:

- *Volume I: Innovation and Experimentation in Juvenile Corrections: Implementing a Community Reintegration Model for Violent Juvenile Offenders* (J. Fagan and E. Hartstone), 1986.
- *Volume II: Separating the Men from the Boys: The Transfer of Violent Delinquents to Criminal Court* (J. Fagan and M. Forst), 1987.
- *Volume III: Rehabilitation and Reintegration of Violent Juvenile Offenders: Experimental Results* (J. Fagan, M. Forst and T. Scott Vivona), 1988.

*Drug and Alcohol Use, Violent Delinquency, and Social Bonding: Implications for Policy and Intervention* (J. Fagan, J.G. Weis, J. Watters, M. Jang, and Y. Cheng), Grant 85-IJ-CX-0056, National Institute of Justice, 1987.

*Minority Offenders and the Administration of Juvenile Justice in Colorado* (E. Slaughter, E. Hartstone, and J. Fagan). Denver: Colorado Division of Criminal Justice, 1986.

*Final Report: The Impact of Intensive Probation Supervision on Violent Juvenile Offenders in the Transition Phase Adolescence to Adulthood* (J. Fagan and C. Reinarman), Grant 82-IJ-CX-K008, National Institute of Justice, 1986.

*Final Report: National Family Violence Evaluation* (J. Fagan, E. Friedman, and S. Wexler), Grant 80-JN-AX-0004, Office of Juvenile Justice and Delinquency Prevention, 1984. (Also, three interim reports: History and Development, Process Analysis, Client and Program Characteristics.)

*A Resident Mobilization Strategy for Prevention of Violent Juvenile Crime* (J. Deslonde, J. Fagan, P. Kelly, and D. Broussard). San Francisco: The URSA Institute, 1983.

*Background Paper for the Violent Juvenile Offender Research and Development Program* (J. Fagan, S. Jones, E. Hartstone, & C. Rudman), Washington, DC: Office of Juvenile Justice and Delinquency Prevention, April 1981.

## EDITORIAL:

Senior Editor, *Criminology and Public Policy*, 2001 - 2008
Advisory Board, *Family and Child Law Abstracts*, Legal Scholarship Network, 1999-present
Editorial Advisory Board, *Journal of Criminal Law and Criminology*, 1996-2010
Editorial Board, *Criminology*, 1997-2001
Editorial Board, *Journal of Quantitative Criminology*, 2001-2008
Editorial Board, *Crime and Justice: A Review of Research*, 1998-present
Editorial Board, *Journal of Research in Crime and Delinquency*, 1997-present
Editor, *Journal of Research in Crime and Delinquency*, 1990 - 1995
Editor, *Contemporary Drug Problems*, Special Issues on Crack (Winter 1989, Spring 1990)
Co-Editor, *Oxford Readers in Crime and Justice* (w. Michael Tonry), Oxford University Press, 1994–95

## ADVISORY BOARDS AND COMMITTEES:

Research Advisory Board, The Innocence Project (2009 – present)
Committee on Law and Justice, National Academy of Sciences (2000-2006) (Vice Chair, 2004-6)
Member, Committee to Review Research on Police Policy and Practices, National Research Council, National Research Council (2001-2003)
Working Group on Law, Legitimacy and the Production of Justice, Russell Sage Foundation (2000-present)
Working Group on Incarceration, Russell Sage Foundation (2000-2006)
Academic Advisory Council, National Campaign Against Youth Violence (The White House) (1999-2001)
Fellow, Aspen Roundtable on Race and Community Revitalization (1999 - 2001)
Fellow, Earl Warren Legal Institute, University of California School of Law (1998 - present)
Research Network on Adolescent Development and Juvenile Justice, MacArthur Foundation (1996-2006)
National Consortium on Violence Research, Carnegie Mellon University (NSF) (1996-present)
Committee on the Assessment of Family Violence Interventions, National Research Council, National Academy of Sciences (1994-1998)
Advisory Board, Evaluation of the Comprehensive Gang Intervention Program, University of Chicago (1997-present)
Committee on Opportunities in Drug Abuse Research, Institute of Medicine, National Academy of Sciences (Special Consultant) (1995 - 1996).
Initial Review Group, Violence and Traumatic Stress Research Branch, National Institute of Mental Health, National Institute of Health (1994-1998)
Chair, Working Group on the Ecology of Crime in Inner Cities, Committee for Research on the Urban Underclass, Social Science Research Council (1989-1994)
Advisory Board, Evaluation of the Jobs Corps, U.S. Department of Labor (1993-present)
Advisory Board, National Service Action Corps, Robert F. Kennedy Memorial (1993-1997)
Advisory Board, Evaluation of Family Violence Prevention and Services Act, The Urban Institute (1993-1994)
Scientific Core Group, Program on Human Development and Criminal Behavior, MacArthur Foundation (1991-1992)

Injury Control Panel on Violence Prevention, Centers for Disease Control and Prevention, U.S. Department of Health and Human Services (1990-1991)

Princeton Working Group on Alternatives to Drug Prohibition, Woodrow Wilson School of Public and International Affairs, Princeton University (1990-1994)

Racial Disparities in Juvenile Justice, Pennsylvania Juvenile Court Judges Commission (1991-92)

Racial Disparities in Juvenile Justice, Missouri Department of Law and Public Safety (1990-91)

Conditions of Confinement of Juveniles, National Institute for Juvenile Justice and Delinquency Prevention (1990-1992)

Research Program on "Linking Lifetimes -- Intergenerational Mentoring for Youths at Risk and Young Offenders," Temple University (1989-91)

Research Program on Juvenile Court Sanctions for Family Violence, National Council of Juvenile and Family Court Judges, Bureau of Justice Assistance, U.S. Department of Justice (1987-1988)

School Crime Research and Development Program, Office of Juvenile Justice and Delinquency Prevention, National Institute for Juvenile Justice and Delinquency Prevention (1986-1988)

Research and Development Project on Sexually Exploited Children, Tufts University, New England Medical Center Hospital, Boston, MA (1980-83)

Administration of Justice Program, National Urban League, New York, NY (1982-1987)


## PROFESSIONAL ASSOCIATIONS:

Society for Empirical Legal Studies
American Society of Criminology
American Sociological Association
Law and Society Association
American Association for the Advancement of Science
American Public Health Association


## RESEARCH GRANTS:

Principal Investigator, *Citizens, Police and the Legitimacy of Law in New York*, Grant # 20033258, Open Society Foundations, October 2011-September 2013

Principal Investigator, *Proactive Policing and Mental Health: Individual and Community Effects*, Grant # 69669, Public Health Law Research Program, Robert Wood Johnson Foundation, 2011-13

Co-Investigator, *Street Stops and Police Legitimacy*, Grant 2010-IJ-CX-0025 from the National Institute of Justice, U.S. Department of Justice, subcontract from New York University, 2011 – 2012

Principal Investigator, "Evaluation of Project Safe Neighborhoods in Chicago," May 2004 – September 2010, Grant # 2004-GP-CX-0578, Bureau of Justice Assistance, Office of Justice Programs, U.S. Department of Justice.

Principal Investigator, "Capital Sentencing of Adolescent Murder Defendants," March – December 2004, Grant #20012433 from the Open Society Institute. Additional support from the Wallace Global Fund.

Principal Investigator, "Legitimacy, Accountability, and Social Order: Majority and Minority Community Perspectives on the Law and Legal Authorities," September 2002 - August 2003, Russell Sage Foundation.

Principal Investigator, "Social Contagion of Violence," Investigator Awards in Health Policy Program, Robert Wood Johnson Foundation, September 2002 – June 2004

Principal Investigator, "Getting to Death: Fairness and Efficiency in the Processing and Conclusion of Death Penalty Cases after Furman," Grant #2000-IJ-CX-0035, September 2000 – August 2001, National Institute of Justice, U.S. Department of Justice.

Co-Principal Investigator, "Columbia Center for the Study and Prevention of Youth Violence," Grant R49-CCR218598, October 1, 2000 – September 30, 2005, Centers for Disease Control, U.S. Department of Health and Human Services.

Principal Investigator, "Neighborhood Effects on Legal Socialization of Adolescents," John D. and Catherine T. MacArthur Foundation, October 1, 2000 – September, 30, 2002.

Principal Investigator, "Violence Prevention through Legal Socialization," 1 R01-HD-40084-01, October 1, 2000 – September 30, 2003, National Institute of Child and Human Development, U.S. Department of Health and Human Services.

Principal Investigator, "The Effects Of Incarceration On Crime And Work In New York City: Individual And Neighborhood Impacts," Russell Sage Foundation, Grant 85-00-11, September 2000 – August 2002.

Principal Investigator, "Community Courts And Community Ecology: A Study of The Red Hook Community Justice Center," Grant 2000-MU-AX-0006, June 1, 2000 – December 31, 2002, National Institute of Justice, U.S. Department of Justice.

Principal Investigator, "Age, Crime and Sanction: The Effect of Juvenile Versus Adult Court Jurisdiction on Age-specific Crime Rates of Adolescent Offenders," Grant JR-VX-0002, June 1999 – August 2000, Office of Juvenile Justice and Delinquency Prevention, U.S. Department of Justice.

Principal Investigator, "Social and Ecological Risks of Domestic and Non-domestic Violence Against Women in New York City," Grant WT-VX-0005, April 1999 – December 2000, National Institute of Justice, U.S. Department of Justice.

Principal Investigator, "Drug Control in Public Housing: An Evaluation of the Drug Elimination Program of the New York City Public Housing Authority," September 1998 – August 2001, Robert Wood Johnson Foundation.

Principal Investigator, "The Criminalization of Delinquency: Comparative Impacts of Juvenile and Criminal Court Sanctions on Adolescent Felony Offenders," March 1997 – September 2000, Office of Juvenile Justice and Delinquency Prevention, Annie E. Casey Foundation, Open Society Institute.

Co-Principal Investigator, "Post-Traumatic Stress Among Police," October 1997 – April 2000, National Institute of Mental Health, 1 R01 MH56350-01, National Institute of Health (subcontract from University of California at San Francisco).

Principal Investigator, "The Rise and Fall of Drug-Related Homicides in New York City: 1985–95," July 1997 – June 2000, Robert Wood Johnson Foundation.

Principal Investigator, "Lethal and Non-Lethal Violence: Individual, Social and Neighborhood Risk Factors," October 1996 – September 1999, Centers for Disease Control and Prevention, National Institute of Health, R49/CCR212753-01; National Institute of Justice, 97-IJ-CX-0013.

Principal Investigator, "The Situational Context of Gun Use by Young Males," October 1995 – January 1998, National Science Foundation, SBR-9515327; National Institute of Justice, 96-IJ-CX-0021; Centers for Disease Control and Prevention (NIH) R49/CCR211614.

Principal Investigator, "The Situational Context of Gun Use by Young Males in Inner Cities," February 1995 – August 1996, The Harry Frank Guggenheim Foundation.

Principal Investigator, "Reducing Injuries to Women from Spouse Assault,"  September 1994 – February 1996, Centers for Disease Control and Prevention, National Institute of Health, R49/CCR210534-01.

Co-Principal Investigator, "Crime Commission Rates of Incarcerated Prisoners: Estimates from the Second Generation of Inmate Surveys," June 1994 – February 1995, National Institute of Justice, 94-IJ-CX-0017.

Principal Investigator, "Impacts of Arrest on the Social Control of Violence Among Intimates,"

October 1993 – June 1994, National Institute of Justice, 93-IJ-CX-0021.

Principal Investigator, "The Role of Legal and Social Controls in Controlling Violence among Intimates," July 1993 – December 1994, The Harry Frank Guggenheim Foundation.

Co-Principal Investigator, "Measuring the Use of Force by Police," September 1993 – August 1994, National Institute of Justice, 92-IJ-CX-K028.

Co-Principal Investigator, "Female Participation in Drug Selling," September 1992 – August 1994, National Science Foundation, SES-92-07761. Also supported by the Rockefeller Foundation.

Principal Investigator, "Civil and Criminal Sanctions for Domestic Violence,"  June 1992 – September 1994 Administrative Office of the Courts, State of New Jersey.

Co-Principal Investigator, "Careers in Crack, Drug Use and Distribution, and Non-Drug Crime," February 1991 – January 1993, National Institute on Drug Abuse, National Institute of Health, 1R01-DA-06615-01.

Principal Investigator, "Patterns of Organized Crime Activities among Asian Businesses in the New York Metropolitan Area," October 1989 – March 1991, National Institute of Justice, 89-IJ-CX-0021.

Principal Investigator, "Desistance from Family Violence," July 1990 – January 1992, The Harry Frank Guggenheim Foundation.

Principal Investigator, "Pipeline Study for a Field Experiment on Drug Testing in Community Corrections," June–December, 1990, National Institute of Justice, 90-IJ-R-026

Principal Investigator, "Changing Patterns of Drug Abuse and Criminality among Crack Users," December 1987 – September 1989, National Institute of Justice, 87-IJ-CX-0064-S1.

Principal Investigator, "The Comparative Impacts of Criminal and Juvenile Sanctions for Adolescent Felony Offenders," October 1987 – September 1989, National Institute of Justice, 87-IJ-CX-4044.

Principal Investigator, "Drug Abuse and Delinquency among Dropouts and Gang Members: A Secondary Analysis," October 1987 – December 1988, National Institute for Juvenile Justice and Delinquency Prevention, 87-JN-CX-0012.

Principal Investigator, "Drug and Alcohol Use, Violent Delinquency, and Social Bonding," October 1985 – December 1986, National Institute of Justice, 85-IJ-CX-0056.

Principal Investigator, "Violent Juvenile Offender Research and Development Program," November 1980 – June 1987, National Institute for Juvenile Justice and Delinquency Prevention, 80-JN-AX-0012, 85-MU-CX-0001.

Principal Investigator, Preventive Detention and the Prediction of Dangerousness Among Juveniles: Pretrial Crime and Criminal Careers in the *Schall v. Martin* Cohort, New York City Criminal Justice Agency.

Principal Investigator, "AIDS Community Education Effectiveness Study," January 1986 – June 1987, California Department of Health, Grant D0056-86.

Principal Investigator, "Longitudinal Evaluation of Intensive Probation Supervision for Violent Offenders," October 1982 – June 1985, National Institute of Justice, 82-IJ-CX-K008.

Principal Investigator, National Evaluation of the LEAA Family Violence Program," October 1978 –January 1984, National Institute for Juvenile Justice and Delinquency Prevention, 80-JN-AX-0003.

**PEER REVIEW:**

**Scholarly Journals**

| | |
|---|---|
| Law and Society Review | Social Problems |
| Journal of Contemporary Ethnography | American Journal of Sociology |
| American Sociological Review | Journal of Drug Issues |
| Crime and Justice: An Annual Review of Research | Journal of Quantitative Criminology |

| | |
|---|---|
| Sociological Methods and Research | Journal of Criminal Justice |
| Justice Quarterly | Alcohol Health and Research World |
| Violence and Victims | Criminal Justice Ethics |
| Social Science Quarterly | Contemporary Drug Problems |

**University Presses**

| | |
|---|---|
| Rutgers University Press | Cambridge University Press |
| State University of New York Press | Oxford University Press |
| Temple University Press | Princeton University Press |
| University of Chicago Press | |

**Other Presses**

| | |
|---|---|
| MacMillan Publishing | Greenwood Publications |
| St. Martins Press | Sage Publications |

**Research Grant Reviews**

National Institute on Mental Health, Violence and Traumatic Stress Branch
Centers for Disease Control and Prevention, National Center for Injury Prevention and
    Control, USPHS
Law and Social Science Program, National Science Foundation
Sociology Program, National Science Foundation
National Institute on Drug Abuse, Prevention Branch
National Institute on Drug Abuse, Epidemiology Branch
National Institute of Justice
Office of Juvenile Justice and Delinquency Prevention
The Carnegie Corporation of New York
The W.T. Grant Foundation


**COURSES TAUGHT:**

Seminar on Incarceration
Seminar on Policing
Criminal Law
Capital Punishment
Empirical Analysis of Law
Juvenile Justice
Seminar on Crime and Justice in New York
Pro-Seminar on Race, Crime and Law
Pro-Seminar on Community Justice and Problem-Solving Courts
Seminar on Regulation in the Criminal Law
Law and Social Science
Seminar on Criminology
Foundations of Scholarship
Seminar on Violent Behavior
Seminar on Drugs, Law and Policy
Seminar on Communities and Crime
Research Methods in Criminal Justice and Criminology
Advanced Research Methods
Qualitative Research Methods
Criminal Justice Policy Analysis
Administration of Juvenile Corrections

Research Methods
Seminar on Deterrence and Crime Control Theory


**CONSULTATIONS:**

Robina Institute, University of Minnesota School of Law, 2012
Boston Police Department, 2012-present
New Jersey Commission on Law Enforcement Standards and Practices, 2006-7
London School of Economics, Urban Age Colloquium, 2005
Inter-American Development Bank, Urban Security and Community Development, 2002-3
Trans.Cité (Paris, France), Security in Public Transportation, 2002
Institute for Scientific Analysis, Domestic Violence and Pregnancy Project, 1995-96
Department of Psychology, University of Wisconsin (Professor Terrie Moffitt), 1995-1999
National Funding Collaborative for Violence Prevention (Consortium of foundations), 1995
National Council on Crime and Delinquency, 1989-94
Victim Services Agency, City of New York, 1994-2000
National Conference of State Legislatures, 1994-2001
U.S. Department of Labor, 1994
City of Pittsburgh, Office of the Mayor, 1994
Center for the Study and Prevention of Violence, Colorado University, 1993 - 2000
Washington (State) Department of Health and Rehabilitative Services, 1993
National Council of Juvenile and Family Court Judges, 1993
Center for Research on Crime and Delinquency, Ohio State University, 1992, 1993
New York City Criminal Justice Agency, 1992, 1993
Violence Prevention Network, Carnegie Corporation, 1992-3
Research Triangle Institute, 1993
National Institute of Corrections, 1992, 1993
Colorado Division of Criminal Justice, 1991
Juvenile Delinquency Commission, State of New Jersey, 1991
University of South Florida, Dept. of Criminology, 1991-92
Florida Mental Health Institute, 1991
Rand Corporation, 1991-92
Juvenile Corrections Leadership Forum, 1990
Texas Youth Commission, 1990
California State Advisory Group on Juvenile Justice, 1989
New York State Division of Criminal Justice Services, Family Court Study, 1989
Juvenile Law Center, Philadelphia, 1988
American Correctional Association, 1988
Institute for Court Management, National Center for State Courts, 1987-present
Correctional Association of New York, 1987
Eisenhower Foundation, Washington DC, 1987-1990
New York City Department of Juvenile Justice, 1987-1990
Juvenile Justice and Delinquency Prevention Council, Colorado Division of Criminal Justice,
    1983-87
Office of Criminal Justice Services, State of Ohio, 1983
Utah Youth Corrections Division, Salt Lake City, Utah, 1982
Office of Criminal Justice, State of Michigan, 1982,1986
National Center for the Prevention and Control of Rape, NIMH, 1980

## SERVICE:

**Columbia University**
University Senate, Mailman School of Public Health, 2003-2007
Director, JSD Program, Columbia Law School, 2001-2010

**Professional**
Chair, Sutherland Award Committee, American Society of Criminology, 2006-7
Chair, National Policy Committee, American Society of Criminology, 2002-2003
Delegate from the American Society of Criminology to the American Association for the
    Advancement of Science, 1995-1999
Executive Counselor, American Society of Criminology, 1994-97
Chair, Nominations Committee, American Society of Criminology, 1995-96.
Counsel, Crime, Law and Deviance Section, American Sociological Association, 1993-94
Nominations Committee, American Society of Criminology, 1993-94
Site Selection Committee, American Society of Criminology, 1992
Program Committee, American Society of Criminology, 1988, 1990, 2000
Awards Committee, Western Society of Criminology, 1988

**Public**
Domestic Violence Working Group, New Jersey Administrative Office of the Courts, 1991-
    1998
Prevention Task Force, New Jersey Governor's Commission on Drug and Alcohol Abuse, 1990
State Judicial Conference, State of New Jersey, Administrative Office of the Courts, 1990
Task Force on Youth Gangs, State of New York, Division for Youth, 1989-90

updated: 12January2018

# CURRICULUM VITAE

## Jack Glaser

---

### Current Position
Professor
Associate Dean
Richard & Rhoda Goldman School of Public Policy
University of California, Berkeley

### Address
2607 Hearst Avenue
Berkeley, CA 94720-7320
E-mail: *jackglaser@berkeley.edu*

Phone: (510)642-3047
Fax: (510)643-9657
Web: *gspp.berkeley.edu/directories/faculty/jack-glaser*

### Education
Ph.D., Yale University, 1999 (Psychology)
Summer Institute for Political Psychology, Ohio State University (1995)
B.A., State University of New York, Albany, 1987 (Political Science)

### Awards & Honors
Interdisciplinary Behavioral and Social Science Research Grant, National Science Foundation,
 Co-PI (2016-2018)
Interdisciplinary Behavioral and Social Science Research Grant, National Science Foundation,
 Co-PI (2013-2016)
Faculty Research Bridging Grant, Committee on Research, UC Berkeley (2013-2015)
Faculty Early Career Development (CAREER) Award, National Science Foundation (2008-13)
Faculty Research Grant, UC Berkeley Committee on Research (2005-2006)
Honorable Mention, 2004 Society of Personality & Social Psychology Theoretical Innovation
 Prize (co-authored article, "Conservatism as Motivated Social Cognition," *Psych. Bulletin*)
Hellman Family Faculty Fund Award, UC Berkeley (2003-2004)
Faculty Research Grant, UC Berkeley Committee on Research (2001-2002)
National Research Service Award Postdoctoral Fellowship, NIMH (1999-2000)
Robert M. Leylan Fellowship, Yale University (1997-98)
Society for the Psychological Study of Social Issues Graduate Research Award (1997)
John F. Enders Research Grant, Yale University (1997)
Center for the Study of Race, Inequality & Politics Research Grant, Yale U. (1996)

### Primary Research Interests
Prejudice, Stereotyping, and Discrimination; Racial Profiling; Criminal Justice Decision Making;
 Intergroup Conflict and Hate Crime; Nonconscious Affect and Cognition; Political Decision
 Making and Behavior.

## Publications

Charbonneau, A.K., Spencer, K.B., & Glaser, J. (2017). Understanding racial disparities in police use of lethal force: Lessons from fatal police-on-police shootings. *Journal of Social Issues, 73,* 744-767.

Glaser, J., & Charbonneau, A. (2017). Working with law enforcement: Finding common purpose. In L. Tropp (Ed.), *Making Research Matter: A Psychologist's Guide to Public Engagement*. Washington, DC: American Psychological Association.

Sah, S., Tannenbaum, D., Cleary, H., Feldman, Y., Glaser, J., Lerman, A., MacCoun, R., Maguire, E., Slovic, P., Spellman, B. and Spohn, C., (2016). Combating biased decisionmaking & promoting justice & equal treatment. *Behavioral Science & Policy*, *2*, 78-87.

Kahn, K.B., Goff, P.A., & Glaser, J. (2016). Research and training to mitigate the effects of implicit stereotypes and masculinity threat on authority figures' interactions with adolescents and non-Whites. In R. Skiba, K. Mediratta, & M.K. Rausch (Eds.), *Inequality in School Discipline: Research and Practice to Reduce Disparities*. New York: Palgrave Macmillan.

Spencer, K.B., Charbonneau, A.K., & Glaser, J. (2016). Implicit bias and policing. *Personality & Social Psychology Compass, 10,* 50-63.

Blair, I.V., Dasgupta, N., & Glaser, J. (2015). Implicit attitudes. M. Mikulincer, P.R. Shaver, E. Borgida, & J.A. Bargh (Eds). *APA handbook of personality and social psychology, Volume 1: Attitudes and social cognition* (pp. 665-691). Washington, DC: American Psychological Association.

Glaser, J., Martin, K.D, & Kahn, K.B. (2015). Possibility of death sentence has divergent effect on verdicts for Black and White defendants. *Law & Human Behavior, 39, 539-546.*

Glaser, J. (2015). *Suspect Race: Causes and Consequences of Racial Profiling*. New York: Oxford University Press.

Glaser, J., Spencer, K.B., & Charbonneau, A. (2014). Racial bias and public policy. *Policy Insights from Behavioral and Brain Sciences, 1*, 88-94.

Hackney, A., & Glaser, J. (2013). Reverse deterrence in racial profiling: Increased transgressions by non-profiled Whites. *Law & Human Behavior, 37*, 348-353.

Glaser, J., & Finn, C. (2013). How and why implicit attitudes should affect voting. *PS: Political Science and Politics*, *46*, 537-544.

Kahn, K.B., Spencer, K., & Glaser, J. (2013). Prejudice and the Internet: From dating to hating. Y. Amichai-Hamburger (Ed.), *The Social Net, 2ⁿᵈ edition*. Oxford: Oxford University Press.

Martin, K.D., & Glaser, J. (2012). The indefensible problems with racial profiling. In J. Gans (Ed.), *Society and Culture: Debates on Immigration*. Thousand Oaks, CA: Sage.

Park, S.H., & Glaser, J. (2011). Implicit motivation to control prejudice and exposure to counterstereotypic instances reduce spontaneous discriminatory behavior. *Korean Journal of Social and Personality Psychology, 25,* 107-120.

Finn, C., & Glaser, J. (2010). Voter affect and the 2008 U.S. presidential election: Hope and race mattered. *Analyses of Social Issues and Public Policy, 10,* 262-275.

Jost, J.T., Rudman, L., Blair, I.V., Carney, D.R., Dasgupta, N., Glaser, J., & Hardin, C. (2009). The existence of implicit bias is beyond reasonable doubt: A refutation of ideological and methodological objections and executive summary of ten studies that no manager should ignore. *Research in Organizational Behavior, 29,* 39-69.

Jost, J.T., Rudman, L., Blair, I.V., Carney, D.R., Dasgupta, N., Glaser, J., & Hardin, C. (2009). An invitation to Tetlock and Mitchell to conduct empirical research on implicit bias with

friends, "adversaries," or whomever they please. *Research in Organizational Behavior, 29*, 73-75.

Park, S.H., Glaser, J., & Knowles, E.D. (2008).  Implicit motivation to control prejudice moderates the effect of cognitive depletion on unintended discrimination.  *Social Cognition, 26,* 379-398.

Glaser, J., & Knowles, E.D. (2008). Implicit motivation to control prejudice.  *Journal of Experimental Social Psychology, 44,* 164-172.

Glaser, J. (2007). Contrast effects in automatic affect, cognition, and behavior. In D. Stapel & J. Suls (Eds.), *Assimilation and Contrast in Social Psychology*.  New York: Psychology Press.

Tapias, M.P., Glaser, J., Vasquez, K., Keltner, D., & Wickens, T. (2007). Emotion and prejudice: Specific emotions toward outgroups. *Group Processes & Intergroup Relations, 10,* 27-39.

Stroud, L.R., Glaser, J., & Salovey, P. (2006). The effects of partisanship and candidate emotionality on voter preference. *Imagination, Cognition, and Personality, 25,* 25-44.

Glaser, J. (2006). The efficacy and effect of racial profiling: A mathematical simulation approach. *Journal of Policy Analysis and Management, 25,* 395-416.

Glaser, J. (2005). Intergroup Bias and Inequity: Legitimizing Beliefs and Policy Attitudes. *Social Justice Research, 18,* 257-282.

Glaser, J., & Kahn, K. B. (2005). Prejudice, discrimination, and the Internet.  In Y. Amichai-Hamburger (Ed.) *The Social Psychology of the Internet*.  Oxford: Oxford University Press.

Glaser, J., & Kihlstrom, J. F. (2005). Compensatory automaticity: Unconscious volition is not an oxymoron (pp. 171-195).  In R. Hassin, J. S. Uleman, &  J. A. Bargh (Eds.), *The New Unconscious*. New York: Oxford University Press.

Jost, J.T., Glaser, J., Kruglanski, A.W., &  Sulloway, F. (2003).  Exceptions that prove the rule: Using a theory of motivated social cognition to account for ideological incongruities and political anomalies (reply to Greenberg & Jonas).  *Psychological Bulletin, 129*, 383-393.

Jost, J.T., Glaser, J., Kruglanski, A.W., &  Sulloway, F. (2003).  Political conservatism as motivated social cognition. *Psychological Bulletin, 129,* 339-375. (Honorable Mention, Society of Personality & Social Psychology Theoretical Innovation Prize, 2004)

Glaser, J. (2002). Reverse priming: Implications for the (un)conditionality of automatic evaluation.  In J. Musch & K. C. Klauer (Eds.), *The Psychology of Evaluation: Affective Processes in Cognition and Emotion*. Mahwah, NJ: Erlbaum.

Glaser, J., Dixit, S., & Green, D. P. (2002). Studying hate crime with the Internet: What makes racists advocate racial violence. *Journal of Social Issues, 58, 177-193*. (Re-printed in C.K. Weaver & C. Carter (Eds.), *Critical Readings: Violence and the Media*. New York: Open University Press. 2006.)

Glaser, J. & Banaji, M.R. (1999). When fair is foul and foul is fair: Reverse priming in automatic evaluation. *Journal of Personality and Social Psychology, 77,* 669-687.

Glaser, J. & Salovey, P. (1998).  Affect in electoral politics. *Personality and Social Psychology Review, 2*, 156-172.

Green, D.P., Glaser, J., & Rich, A. (1998).  From lynching to gay-bashing:  The elusive connection between economic conditions and hate crime. *Journal of Personality and Social Psychology, 75,* 82-92.

Banaji, M.R., Blair, I.V., & Glaser, J. (1997).  Environments and unconscious processes.  In R.S. Wyer (Ed.), *Advances in Social Cognition, Vol. 10*.  Mahwah, New Jersey:  Erlbaum.

Zimmerberg-Glick, B., Tomlinson, T.M., Glaser, J., & Beckstead, J.W. (1993).  Effects of prenatal alcohol exposure on the developmental pattern of temperature preference in a thermocline.  *Alcohol, 10,* 403-408.

**Other Publications**

Goff, P.A., Lloyd, T., Geller, A., Raphael, S., & Glaser, J. (2016). *The science of justice: Race, arrests, and police use of force.* New York: Center for Policing Equity.

Goff, P.A., Lloyd, T., Geller, A., Raphael, S., & Glaser, J. (2016). *The science of justice: City report.* New York: Center for Policing Equity.

Glaser, J. (2015). How to reduce racial profiling. *Greater Good Magazine.* Berkeley, CA: Greater Good Science Center, May 28, 2015.

Glaser, J. (2014). Biased policing is real – and fixable. *San Francisco Chronicle*, December 19, 2014.

Glaser, J. (2014). Why Gov. Nixon has to remove prosecutor (op-ed on shooting of unarmed Black man in Ferguson, Missouri). *St. Louis Post-Dispatch*, August 27, 2014.

Glaser, J. (2013). Racial profiling: What psychology has to offer law enforcement... and vice versa. *Forward (Newsletter of the Society for the Psych. Study of Social Issues), 247*, 15-17.

Crawford, C., & Glaser, J. (2011). Drivers of racial disproportions in police stops and searches. Paper presented at the *Roundtable on Current Debates, Research Agendas and Strategies to Address Racial Disparities in Police-initiated Stops in the UK and USA*. New York: John Jay College of Criminal Justice.

Finn, C., & Glaser, J. (2010). Nonsignificance.  Entry in *Encyclopedia of Research Design*. Thousand Oaks, CA: Sage.

Park, S.H., & Glaser, J. (2010). Error rates. Entry in *Encyclopedia of Research Design*. Thousand Oaks, CA: Sage.

Glaser, J. (2007). Attitude Formation and Change.  Entry in D. S. Clark (Ed.), *Encyclopedia of Law and Society: American and Global Perspectives*.  Thousand Oaks, CA: Sage.

Glaser, J. (2006). Candidate Emotionality. *Political Communication Report*, Fall 2006.

Glaser, J. (2005). Understanding "Understanding Prejudice and Discrimination."  Book review of "Understanding Prejudice and Discrimination," S. Plous (Ed.), in *Analyses of Social Issues and Public Policy, 5,* 277-279.

Glaser, J. (2004). Lying with Statistics: Campaign Contributions and Iraq Reconstruction Contracts. *PolicyMatters, 1*, 53-55.

Glaser, J. (2003). Colorblind or just blind. *AlterNet.org. October 4, 2003.*

Kruglanski, A., Jost, J.T., Glaser, J., & Sulloway, F. (2003). Political Opinion, Not Pathology. *Op-ed, Washington Post, August 28, 2003.*

Glaser, J. (2003).  A bogus ban on racial profiling.  *AlterNet.org.  July 23, 2003.*

Glaser, J. (2002).  The fallacy inherent in racial profiling.  In D. Hazen, T. Hausman, T. Straus, & M. Chihara (Eds.), *After 9/11: Solutions for a Saner World (pp. 65-67)*. San Francisco, CA: Alternet.org. (Adapted from an Op-Ed essay originally published in the San Francisco Chronicle, December 5, 2001.)

**Selected Presentations**

Glaser, J. (2018, Jan. 3). *Implicit Bias & Policing: The Science & the Implications*. Presentation to the Office of the Inspector General, Los Angeles County, CA.

Glaser, J., Broadus, J., & Charbonneau, A. (2017, Nov. 15). *An Intra-industry, Inter-agency Policy Review Framework for Law Enforcement*. American Society of Criminology. Philadelphia, PA.

Glaser, J. (2017, June 24). *Racially Disparate Use of Force: Analytical, Policy, & Operational Implications*. Society for the Psychological Study of Social Issues. Albuquerque, NM.

Glaser, J. (2017, May 17). *Implicit Bias & Policing: The Science & the Implications*. Presentation to Behavioral Science Services, Los Angeles Police Department.

Glaser, J. (2017, Apr. 20). *Racially Biased Policing: Causes, Consequences, & Considerations*. Distinguished Lecture Series in Psychology. University of Missouri, Columbia, MO.

Glaser, J. (2017, Apr. 10). *Psychological, Mathematical, & Collateral Problems with High-Discretion Policing*. RAND Corporation Diversity & Inclusion Seminar Series. Santa Monica, CA.

Glaser, J. (2016, Dec. 11). *Implicit Bias: Implications for Criminal Justice.* Meeting of the Bay Area Rapid Transit Police Citizen Review Board. Oakland, CA.

Glaser, J. (2016, Dec. 8). *Implicit Bias: Implications for Criminal Justice.* Annual meeting of the U.S. Attorney's Office for the Northern California District. Oakland, CA.

Glaser, J. (2016, Nov. 30). *We're Talking About Stop & Frisk Again? Psychological, Mathematical, & Collateral Problems with High-Discretion Policing.* Justice Nerds Lecture Series. John Jay College of Criminal Justice. New York, NY.

Glaser, J. (2016, Oct. 27). *Race & Perception of Crime: The Psychological Science*. Santa Clara County Police Chiefs and Prosecutors. Monterey, CA.

Glaser, J. (2016, Oct. 7). *Race & Suspicion: The Psychological Science*. Race and Policing: Defining the Problem and Developing Solutions. Irvine, CA.

Glaser, J. (2016, Sep. 16). *Racially Biased Policing: Causes, Consequences, & Considerations*. Rutgers University, Newark Psychology Colloquium. Newark, NJ.

Glaser, J. (2016, June 25). *Conceptualizing, Conducting, & Sharing Policy-Relevant Psychological Science.* Society for the Psychological Study of Social Issues annual meeting. Minneapolis, MN.

Glaser, J. (2016, Mar. 4). *Understanding Implicit Bias*. 21st Annual National Conference of CJA Panel Attorney District Representatives. San Francisco, CA.

Glaser, J. (2016, Feb. 10). *The Causes and Consequences of Racial Bias in Law Enforcement.* Princeton University Inequality Science Series. Princeton, NJ.

Glaser, J., Spencer, K., & Charbonneau, A. (2016, Jan. 30). *Race, Stereotypes, Perception, & Discretion: Causes of Disparate Policing.* Society of Personality and Social Psychology annual convention. San Diego, CA.

Glaser, J. (2016, Jan. 28). *The Role of Departmental- and Officer-level Discretion in Racially Disparate Policing.* Social Psychology & Law Preconference at the Society of Personality and Social Psychology annual convention. San Diego, CA.

Glaser, J. (2015, Oct. 2). *Suspect Race: Causes and Consequences of Biased Policing*. UC Berkeley Homecoming Cal Day. Berkeley, CA.

Glaser, J. (2015, Sept. 25). *Why, How, and When to Assert Your Expertise.* Society of Experimental Social Psychology Annual Conference. Denver, CO.

Glaser, J. (2015, Sept. 20). *Racial Bias in Policing: Psychological Causes and Policy Implications. Keynote Address.* New York State Psychological Association Forensic Division Conference. New York, NY.

Glaser, J. (2015, Sept. 18). *Implicit and Explicit Racial Bias and Legal Decisionmaking.* Perspectives on Race & Ethnicity for Capital and non-Capital Defense Lawyers.  New York, NY.

Glaser, J. (2015, September 2). *Policy Implications of the Psychological Causes of Biased Policing.*  Political Psychology Preconference, American Political Science Association Conference. San Francisco, CA.

Glaser, J. (2015, June 2). *Psychological Causes of Racial Bias in Use of Force.* Mind Science Conference. Oakland, CA.

Glaser, J. (2015, April 7). *Biased Policing: Causes and Consequences*.  Seminar for congressional staff.  U.S. Congress, Washington, DC.

Glaser, J. (2015, Feb. 26). *Biased Policing: Causes and Consequences*. Keynote address for 21st Century Policing panel at California Lutheran University, Thousand Oaks, CA.

Glaser, J. (2015, Feb. 10). *Implicit Bias and Policing*. Informational Hearing on Law Enforcement and Community Trust in California.  California Assembly and Senate Public Safety Committees.  Sacramento, CA.

Glaser, J. (2014, Dec. 12). *On Discretion*. New Directions in Law & Psychology.  Honolulu, HI.

Glaser, J. (2014, June 29). *We Shouldn't Be Surprised: Implicit Bias and Law Enforcement.* Society for the Psychological Study of Social Issues, Portland, OR.

Glaser, J. (2014, June 27). *SPSSI's Policy Committee: Effecting Action on Priorities.* Society for the Psychological Study of Social Issues, Portland, OR.

Spencer, K.B., Kariyawasam, P., & Glaser, J. (2014, June 27). *Implicit Motivation to Control Prejudice and Use of Force*. Society for the Psychological Study of Social Issues, Portland, OR.

Glaser, J. (2014, May 8). *How Implicit Bias Influences Judgments and Decisions*.  Panel on Subliminal Influences on Decisionmaking.  Third U.S. Judicial Circuit Annual Conference. Hershey, PA.

Glaser, J. (2013, March 8). *Suspect Race: Causes and Consequences of Racial Profiling*. Tufts University Diversity Science Colloquium Series, Medford, MA.

Glaser, J. (2013, January 17). *Racial Profiling*.  Law & Social Psychology Preconference: Society of Personality & Social Psychology, New Orleans, LA.

Glaser, J. (2012, July 12). *Implicit Motivation to Control Prejudice: Implications for Standards of Intent*. Conference on Implicit Bias and Philosophy. Sheffield, England.

Glaser, J. (2012, June 22). Keynote address: *Racial Profiling: A Case Study in Connecting Psychology and Public Policy*.  Society for the Psychological Study of Social Issues, Charlotte, NC.

Glaser, J. (2012, June 14). *Motivation to Control Prejudice: No Intent to Discriminate vs. Intent to Not Discriminate.* Conference on "Implicit Bias Across the Law," Harvard University, Cambridge, MA.

Spencer, K., Sehovic, S., Park, S.H., & Glaser, J. (2012, January 26). *Effectiveness of stereotype extinction training on spontaneous discriminatory behavior.*  Poster presented at the Society of Personality & Social Psychology, San Diego, CA.

Martin, K.D., Kahn, K.B., & Glaser, J. (2010, January 30). *Sentence Severity, Defendant Race and Concerns Over Wrongful Convictions and Acquittals.*  Poster presented at the Society of Personality & Social Psychology, Las Vegas, NV.

Horner, E., Glaser, J., & Park, S.H. (2010, January 28). *Implicit and Explicit Motivation to Control Prejudice and their Relations to Self-Esteem.*  Poster presented at the Society of Personality & Social Psychology, Las Vegas, NV.

Glaser, J. (2009, November 5). *Counterproductive Effects of Stereotyping and Prejudice on Crime Mitigation: Experimental Evidence.*  Association of Public Policy Analysis and Management, Washington, DC.

Glaser, J. (2008, October 22). *Implicit Motivation to Control Prejudice and Discrimination.* Person Memory Interest Group, Petaluma, CA.

Finn, C., & Glaser, J. (2008, April).  *Spillover Effects of Felon Disenfranchisement and Racial Profiling.*  Midwest Political Science Association, Chicago, IL.

Glaser, J. (2008, February).  *Implicit Motivation to Control Prejudice and Discrimination.* Society for Personality and Social Psychology, Albuquerque, NM.

Glaser, J. (2007, November 10). *Considering Unintentional Thoughts, Attitudes, & Behaviors in Policy Choices.*  Association of Public Policy Analysis & Management, Washington, DC.

Glaser, J. (2007, September 6). *Implicit Stereotyping, Prejudice, and Egalitarian Motives: Social Psychology's Emphasis on the Intent to* Not *Discriminate.*  Constructing Inequality: The Relevance of Social Science for Anti-discrimination Law, Institute for the Study of Social Change & Boalt Hall School of Law, Berkeley, CA.

Glaser, J. (2007, August 17). *Democracy and Disenfranchisement,* discussant for symposium. American Psychological Association, San Francisco, CA.

Kahn, K.B., & Glaser, J. (2007, June 8). *The Effect of the Death Penalty on Jurors' Judgments of Guilt.*  American Society for Trial Consultants, Long Beach, CA.

Glaser, J. (2007, May 8). *Implicit Motivation to Control Prejudice and Discrimination.* Psychology Colloquium, Northwestern University, Evanston, IL.

Glaser, J. (2007, May 7). *The Efficacy of Racial Profiling: A Mathematical, Logical, and Psychological Analysis.*  Research Seminar of the American Bar Foundation.  Chicago, IL.

Glaser, J. (2007, April 12). *This Is Your Brain on Bias: Perception, Memory, and Unintended Discrimination.*  Symposium on Fairness and Equity Issues in Child Welfare Training and Education. University of California, Berkeley.

Glaser, J. (2007, February 26). *Implicit Motivation to Control Prejudice and Discrimination.* Social Psychology Colloquium, University of California, Davis.

Glaser, J. (2007, February 21). *Implicit Motivation to Control Prejudice and Discrimination.* Institute of Personality and Social Research Colloquium, University of California, Berkeley.

Glaser, J. (2006, October 27). *Implicit Motivation to Control Prejudice and Discrimination.* Social Psychology Colloquium, Simon Fraser University, Vancouver, BC.

Glaser, J. (2006, October 20). *Candidate Emotionality.*  American National Elections Studies/American Psychological Association Conference on the Psychology of Voting, Duke University, NC.

Glaser, J., & Kahn, K.B. (2006, June 24). *Effect of Possibility of Death Sentence on Conviction Rates.* Society for the Psychological Study of Social Issues, Long Beach, CA.

Park, S.H., Glaser, J., & Knowles, E.D. (2006, Jan. 28). *Implicit Motivation to Control Prejudice (IMCP) as a Moderator of Resource Depletion on Automatic Discrimination.* Poster presented at the Society of Personality and Social Psychology, Palm Springs, CA.

Glaser, J. (2005, June 16). *Racial Profiling: Mathematical, Logical, Psychological, and Political Considerations.* Psychology Colloquium Series, Rand Corporation, Santa Monica, CA.

Glaser, J., Knowles, E.D., & Park, S.H. (2005, May 27). *Implicit Motivation to Control Prejudice and Discrimination*. American Psychological Society, Los Angeles, CA.

Knowles, E. D., Glaser, J., & Park, S.H. (2005, January 22). *Implicit Motivation to Control Prejudice and Unintended Discrimination*. Society of Personality and Social Psychology, New Orleans, LA. (Glaser, J., symposium chair.)

Glaser, J. (2004, November 10). *Intergroup bias and inequity: Psychological sources, policy attitudes, and legitimizing beliefs.* Departmental colloquium, Stanford University Department of Psychology, Stanford, CA.

Glaser, J. (2004, September 24). *The Efficacy of Racial Profiling: A Mathematical, Logical, and Psychological Analysis.* Policing Racial Bias Conference, Stanford University, Stanford, CA.

Glaser, J., Kahn, K. B., & Durant, S. (June 27, 2004). *Possibility of Death Sentence, Defendant Race, and Jurors' Judgments.* Poster presented at the Society for the Psychology Study of Social Issues. Washington, DC.

Tapias, M. P., & Glaser, J. (June 27, 2004). *Implicit Stigma Attitudes as Predictors of Psychological Well-Being*. Poster presentation at the Society for Psychological Study of Social Issues, Washington, DC.

Tapias, M. P., Glaser, J., & Keltner, D. (2004, January 30). *Discrete Emotion Responses to Subliminal Priming of Outgroups.* Poster presented at the Society of Personality and Social Psychology. Austin, TX.

Glaser, J. (2003, September 10). *Racial Profiling: Psychological, Logical, and Mathematical Concerns*. Institute of Personality and Social Psychology Colloquium Series. Berkeley, CA.

Glaser, J. (2003, September 9). Expert testimony at Amnesty International USA national hearings on racial profiling. Oakland, CA.

Glaser, J. (2003, June 13). *Racial Profiling and Counter-terrorism.* City Commons Club. Berkeley, CA.

Glaser, J. (2003, May 28). *Profiling and the Question of Intent.* Implicit Social Cognition and the Law: An Exploratory Seminar. Radcliffe Institute for Advanced Study, Harvard University. Cambridge, MA.

Glaser, J. (2003, May 14). *The Efficacy and Effect of Racial Profiling*. UC Santa Cruz Social Psychology Speakers Series. Santa Cruz, CA.

Glaser, J. (2003, May 13). *Psychological Errors and Logical Pitfalls in Racial Profiling*. Paper presented at National Academy of Sciences meeting on Screening for Terrorists. Washington, DC.

Kahn, K. B., Thein, S., Glaser, J., & Kwan, V. (2003, Feb. 7). *Implicit Learning of Group Membership*. Poster presented at the Society of Personality and Social Psychology, Los Angeles, CA.

Glaser, J. (2002, June 29). *Stereotype-based Discrimination in the New Millenium: Racial Profiling Before and After September 11.* Paper presented at the Society for the Psychological Study of Social Issues, Toronto, Canada.

Glaser, J. (2002, Apr. 20). *Racial Profiling Before and After September 11: Psychological and Logical Considerations.* Invited paper presented at the Northern District of California Judicial Conference, Santa Cruz, CA.

Tapias, M.P., & Glaser, J. (2002, April 13). *Implicit and Explicit Attitudes about Stigma, Identity, and Rejection*. Poster presented at the Western Psychological Association, Irvine, CA.

Glaser, J. (2002, Mar. 15). *Current Topics in Social Cognition:  Nonconscious Attitudes, Stereotypes, Prejudice, and Motivation*.  Invited colloquium at the Institute for Cognitive and Brain Sciences, Berkeley, CA.

Glaser, J. (2002, Feb. 19). *Stereotype-Based Discrimination in the New Millenium:  Racial Profiling Before and After September 11*.  Invited colloquium at the Center for the Study of Law and Society, Berkeley, CA.

Tapias, M. P., Glaser, J., & Keltner, D. (2002, Feb. 1). *Emotions and prejudice: Beyond a unidimensional, evaluative model of intergroup affect*.  Poster presented at the Society of Personality and Social Psychology, Savannah, GA.

Glaser, J. (2001, November 2). *Racial profiling: Psychological antecedents and social consequences.* Paper presented at the Association of Public Policy and Management, Washington, DC.

Glaser, J. (2001, May 15). *On the conditionality of automatic evaluation: Evidence from "reverse priming" findings*.  Paper presented at a Special Interest Meeting on Affective Priming and Implicit Stereotyping, Lignely, Belgium.

Glaser, J. (2000, June 16). *Racial profiling: A self-fulfilling process*. Paper presented at the Society for the Psychological Study of Social Issues convention, Minneapolis, MN.

Glaser, J., & Banaji, M.R. (2000, Feb. 5). *Strange currents: Reversals in automatic evaluation*. Paper presented in symposium: *The ebb and flow of automatic evaluation: Its nature and consequences*, Chair: Jack Glaser, Co-chair: Mahzarin R. Banaji, at the Society of Personality and Social Psychology convention, Nashville, TN.

Glaser, J., & Banaji, M.R. (1999, June 6).  *Reverse priming in automatic evaluation: Evidence for unconscious correction for bias.* Paper presented at the American Psychological Society convention, Denver, CO.

Glaser, J., & Banaji, M.R. (1998, June 19).  *Contrast Effects in Evaluative Priming:  Evidence for Unconscious Motivation to Control Prejudice?*  Poster presented at the Society for the Psychological Study of Social Issues convention, Ann Arbor, MI.

Glaser, J., & Green, D.P.  (1998, Feb. 16). *Hovland & Sears Revisited:  An Overextension of the Frustration-Aggression Hypothesis*.  Paper presented in the Yale Social Psychology Speakers Series, New Haven, CT.

Stroud, L., Glaser, J., & Salovey, P. (1997, May 24). *The effects of partisanship and candidate emotionality on political judgment*.  Poster presented at the American Psychological Society convention, Washington, DC.

Glaser, J. & Banaji, M.R.  (1997, May 9). *Unconscious Prejudice:  Subliminal Activation of Race Bias*.  Paper presented at the Midwestern Psychological Association convention, Chicago, IL.

Glaser, J. (1997, April 29). *Implicit Stereotyping and Prejudice*.   Paper presented in the Yale Center for the Study of Race, Inequality, & Politics Speakers Series, New Haven, CT.

Banaji, M.R., Blair, I.V., & Glaser, J. (1996, August 13). *Stereotypes, Prejudice, and Discrimination:  Automatic and Controlled Processes.*  Symposium paper scheduled, but not presented, American Psychological Association convention, San Francisco, CA.

Glaser, J., Banaji, M.R., & Greenwald, A.G. (1996, July 1). *Automatic Prejudice:  Evaluative Priming of Race Categories.*   Poster presented at the American Psychological Society convention, New York, NY.

Green, D.P., Abelson, R.P., Garnett, M., Glaser, J., Rich, A, & Richmond, A. (1996). *Cultural encroachment and hate crime: An ecological analysis of crossburnings in North Carolina.* Paper presented at Annual Meeting of the American Criminal Justice Society, Boston, MA.

Glaser, J. (1995, April 10). *Automatic Activation of Racial Attitudes.* Paper presented in the Yale Social Psychology Speakers Series, New Haven, CT.

## Organizational Activities

Governing Council, Society for the Psychological Study of Social Issues (2013-2016)

Chair, Policy Committee, Society for the Psychological Study of Social Issues (2012-2016)

Board of Directors: Center for Policing Equity (2013-)

Research Advisor, Perception Institute (2016-)

Committee for the Protection of Human Subjects, UC Berkeley (2012-2016)

Faculty Board, The Greater Good Science Center, UC Berkeley (2011-2016)

Ad Hoc Reviewer: American Psychologist; American Journal of Political Science; American Political Science Review; Analyses of Social Issues and Public Policy; Basic & Applied Social Psychology; Cognition; Cognition & Emotion; Critical Criminology; Emotion; European Journal of Social Psychology; Experimental Psychology; Group Processes & Intergroup Relations; Journal of Experimental Social Psychology; Journal of Personality; Journal of Personality & Social Psychology; Journal of Policy Analysis and Management; Law & Human Behavior; Law & Policy; National Science Foundation; Personality and Social Psychology Bulletin; Perspectives on Psychological Science; PLOS ONE; Police Quarterly; Psychological Science; Review of General Psychology; Russell Sage Foundation; Social Cognition; Social Justice Research; Social Problems; Social and Personality Psychology Compass; Social Psychological and Personality Science; Time-sharing Experiments for the Social Sciences

Editorial Boards: Basic & Applied Social Psychology (2009-2013); Social Issues & Policy Review (2015-present); Journal of Social Issues (2018-present)

Student Conduct Committee, UC Berkeley (2010-11)

Advisory Committee, Survey Research Center, UC Berkeley (2008-2010)

Advisory Committee, *PolicyMatters Journal* (2003-2013)

Faculty Member, Institute of Personality & Social Research, UC Berkeley

Faculty Affiliate, Department of Psychology, UC Berkeley

Faculty Affiliate, Center for the Study of Law & Society, UC Berkeley

Teaching Faculty, California Judicial Education & Research's Continuing Education Program

Student Diversity & Academic Development Committee, UC Berkeley (2006-2008)

Junior Scholars Committee, Society for the Psychological Study of Social Issues, 2004-2007

Executive Committee, Yale Graduate School of Arts & Sciences, Spring 1998

Steering Committee (Acting Chair, Spring 1997), Yale Graduate Student Assembly, 1997-98

## Non-Academic Professional Experience

Director of Development & Finance, St. John's Educational Thresholds Center, San Francisco, CA (1991-92)

Development Coordinator (1989-90), Development Administrator (1988-89), Development Assistant (1987-88), San Francisco Education Fund, San Francisco, CA