

| | **T**HE **C**ITY OF **N**EW **Y**ORK | |
|---|:---:|---:|
| **ZACHARY W. CARTER** | **LAW DEPARTMENT** | **DAVID COOPER** |
| *Corporation Counsel* | 100 CHURCH STREET | *Senior Counsel* |
| | NEW YORK, NY 10007 | phone: (212) 356-2579 |
| | | fax: (212) 356-3509 |
| | | email: dcooper@law.nyc.gov |

November 29, 2018

**VIA ECF**
The Honorable Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re: *David Floyd, et al. v. City of New York*, 08 Civ. 1034 (AT);
       *Kelton Davis, et al. v. City of New York, et al.*, 10 Civ. 669 (AT);
       *Jaenean Ligon, et al. v. City of New York, et al.*, 12 Civ. 2274 (AT)

Your Honor:

    I am a Senior Counsel in the Office of Zachary W. Carter, Corporation Counsel of the City of New York, and the attorney assigned to the above-referenced matter on behalf of defendant City of New York ("City"), writing on behalf of the New York City Law Department ("Law Department") and the New York City Police Department ("NYPD"). The City respectfully requests that the Court grant leave for the Law Department and the NYPD to file a response to plaintiffs' November 21, 2018 Objection to the Monitor's pilot program proposal by **December 5, 2018**. Plaintiffs' counsel consent to the City's request for this response deadline.

    Thank you for your time and consideration.

                    Respectfully submitted,

                    /s/

                    DAVID COOPER
                    Senior Counsel
                    Special Federal Litigation Division

cc: **VIA ECF**
*All Parties on Record*