

|  | **T**HE **C**ITY OF **N**EW **Y**ORK |  |
|---|---|---|
| **ZACHARY W. CARTER** | **LAW DEPARTMENT** | **DAVID COOPER** |
| *Corporation Counsel* | 100 CHURCH STREET | *Senior Counsel* |
|  | NEW YORK, NY 10007 | phone: (212) 356-2579 |
|  |  | fax: (212) 356-3509 |
|  |  | email: dcooper@law.nyc.gov |

January 7, 2019

**VIA ECF**
The Honorable Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    *David Floyd, et al. v. City of New York*, 08 Civ. 1034 (AT);
                  *Kelton Davis, et al. v. City of New York, et al.*, 10 Civ. 669 (AT);
                  *Jaenean Ligon, et al. v. City of New York, et al.*, 12 Civ. 2274 (AT)

Your Honor:

        I am a Senior Counsel in the Office of Zachary W. Carter, Corporation Counsel of the City of New York, and the attorney assigned to the above-referenced matter on behalf of defendant City of New York ("City"), writing on behalf of the New York City Police Department ("NYPD"). The NYPD requires additional time to finalize its plan to implement Facilitator's Recommendation No. 1, which is due today, January 7, 2019. As such, the City respectfully requests that the Court grant leave for the City to file the plan by **January 14, 2019**. Plaintiffs' counsel consents, and the Monitor does not object, to the City's extension request.

        Thank you for your time and consideration.

                                            Respectfully submitted,

                                            /s/

                                            DAVID COOPER
                                            Senior Counsel
                                            Special Federal Litigation Division

cc: **VIA ECF**
*All Parties on Record*