# EXHIBIT 3

**Monitor Team Experience**

|  | Law Enforcement Experience | Civil Rights/Criminal Defense Experience | Other Experience |
|---|---|---|---|
| **Peter Zimroth** | Chief of Appeals Bureau and Chief Assistant DA, Manhattan | Director of NY Capital Defender Office (appointed by Chief Judge Judith Kaye) | Corporation Counsel (as corporation counsel, wrote and secured passage of the NYC regime of matching funds for small donations to candidates for office (widely recognized as the most successful public financing regimes in the country)) |
|  | Assistant US Attorney, SDNY | Board of Directors, Legal Aid Society | Professor, NYU Law School |
|  |  | Pro bono civil rights cases

Represented a community of Muslims in their (successful) attempt to establish a mosque in Bridgewater, NJ | Director, Center on Civil Justice, NYU Law School

Partner, Arnold & Porter |
|  |  | NAACP LDF

Humanitarian Award, Interfaith Center

Instrumental in having Yale Law School refuse to use New Haven facilities that discriminated against women

Founder of Southern Teaching Program-- | Member, Moreland Commission (appointed by Gov. Cuomo to study and make recommendations concerning public corruption and campaign financing) |

|  |  |  |  |
|---|---|---|---|
|  |  | which sent Yale Law students to teach at traditionally Black colleges<br><br>As corporation counsel filed a brief relied in the NY Court of Appeals which resulted in the first ruling in the highest court of any state recognizing gay couples as a "family"<br><br>Defense counsel representing individuals accused of street crimes |  |
|  |  |  |  |
| **Richard Jerome** | Church Arson Task Force (1996) | Counsel to the Asst. Attorney General, Civil Rights Div. DOJ | Public Safety Performance Project, Pew Charitable Trust |
|  | Deputy Monitor, Cincinnati police reform cases | Senior trial lawyer, Civil Rights Division, DOJ | Deputy Associate Attorney General, DOJ |
|  | Reviews of officer-involved shootings in Portland OR and Denver CO | Police oversight reviews in Albuquerque and Farmington, NM, Milwaukee, WI | Legislative Assistant to U.S. Senator |
|  |  |  |  |
| **James Yates** |  | Staff Attorney, Legal Aid Society | Counsel to five NYS Speakers |
|  |  |  | Justice, NY Supreme Court |
|  |  |  | Judge, NYS Court of Claims |
|  |  |  | Adjunct Faculty, NYU, Cardozo, Pace |

|  |  |  |  |
|---|---|---|---|
|  |  |  | and CUNY Law Schools |
|  |  |  |  |
| **Jane Perlov** | Chief of Police, Raleigh, NC |  | Senior Vice President, Global Security, Bank of America |
|  | Massachusetts Secretary of Public Safety |  |  |
|  | PO through Deputy Chief, NYPD |  |  |
|  |  |  |  |
| **James McCabe** | PO through Inspector, NYPD |  | Associate Professor, Sacred Heart University |
|  | Senior Project Manager, ICMA Center for Public Safety (analysis and consulting services provided to police agencies) |  |  |
|  |  |  |  |
| **Demosthenes Long** | Director of Morningside Operations, Columbia University, Dept. of Public Safety |  | Clinical Professor, Pace University |
|  | First Deputy Commissioner, Westchester County Dept. of Public Safety-Division of County Police |  |  |
|  | PO through Asst. Chief, NYPD |  |  |
|  | Senior Associate, ICMA Center for Public Safety Management (analysis and consulting services provided to police agencies) |  |  |
|  |  |  |  |

| **Cassandra Chandler** | Assistant Director and Special Agent in Charge, FBI | Red Team member, U.S. Marine Corp (assess military processes to allow women to compete for previously excluded combat roles) | Senior VP, Bank of America<br><br>Senior Risk Advisor, Treliant Consultants |
|---|---|---|---|
| | | Civil Rights Investigator, FBI | News Anchor, WRBT TV |
| | | Community Outreach and National Citizens Academy Director, FBI | Legal Counsel, US Army Corp of Engineers |
| **Jennifer Eberhardt** | | Research on role of race and bias in policing | Associate Professor, Stanford University |
| | | | MacArthur Fellow |
| **John MacDonald** | Program Specialist, National Institute of Justice | | Professor and Chair of Dept. of Criminology, U. Penn. |
| | | | Behavioral Scientist, RAND Corporation |
| **Anthony Braga** | | | Professor, Northeastern University |
| | | | Professor, Rutgers University |
| | | | Senior Research Fellow, Kennedy School, Harvard University |
| **Stephen Mastrofski** | Visiting Fellow, COPS Office | Research on role of race and bias in policing | University Professor Emeritus, George Mason University |