# EXHIBIT 4

# ANTHONY A. BRAGA

## NORTHEASTERN UNIVERSITY

College of Social Sciences and Humanities, School of Criminology and Criminal Justice
204 Churchill Hall, 360 Huntington Avenue, Boston, Massachusetts 02115
Voice: (617) 373-3327, Facsimile: (617) 373-8980, Email: a.braga@northeastern.edu



### PROFESSIONAL APPOINTMENTS

COLLEGE OF SOCIAL SCIENCES AND HUMANITIES, NORTHEASTERN UNIVERSITY

| | |
|---|---|
| Distinguished Professor of Criminology and Criminal Justice | July 2016 to Present |
| Director, School of Criminology and Criminal Justice | July 2016 to Present |
| Director, Center on Crime and Community Resilience | February 2018 to Present |

SCHOOL OF CRIMINAL JUSTICE, RUTGERS UNIVERSITY

| | |
|---|---|
| Don M. Gottfredson Professor of Evidence-Based Criminology | September 2012 to June 2016 |
| Professor of Criminal Justice | July 2010 to August 2012 |

JOHN F. KENNEDY SCHOOL OF GOVERNMENT, HARVARD UNIVERSITY
Program in Criminal Justice Policy and Management, Malcolm Wiener Center for Social Policy

| | |
|---|---|
| Senior Research Fellow | July 2010 to June 2016 |
| Senior Research Associate | January 1998 to June 2010 |
| Research Associate | March 1995 to December 1997 |

BERKELEY SCHOOL OF LAW, UNIVERSITY OF CALIFORNIA, BERKELEY
Chief Justice Earl Warren Institute on Law and Social Policy, Berkeley Center for Criminal Justice

| | |
|---|---|
| Senior Research Fellow | March 2007 to June 2013 |

CENTER FOR CRIME PREVENTION STUDIES, RUTGERS UNIVERSITY

| | |
|---|---|
| Research Associate | May 1993 to March 1995 |

### OTHER CURRENT AFFILIATIONS

NORTHWESTERN UNIVERSITY, Institute for Policy Research, Neighborhood and Network Initiative
UNIVERSITY OF CHICAGO, Crime Lab
HARVARD T.H. CHAN SCHOOL OF PUBLIC HEALTH, Harvard Injury Control Research Center
HARVARD UNIVERSITY, Rappaport Institute for Greater Boston

### EDUCATION

HARVARD UNIVERSITY (Public Administration), M.P.A. 2002
RUTGERS UNIVERSITY (Criminal Justice), M.A. 1993, Ph.D. 1997
UNIVERSITY OF MASSACHUSETTS (Criminal Justice), B.S. *Magna Cum Laude* 1991

## PUBLICATIONS

**\* = Student co-author at time publication was written**

### Authored Books

Braga, Anthony A. and Philip J. Cook. Under Contract. *The Wrong Hands: Denying Criminal Access to Firearms Through Market Intervention.* New York: Oxford University Press.

Weisburd, David L., John E. Eck, Anthony A. Braga, Cody Telep, Breanne Cave\* et al. 2016. *Place Matters: Criminology for the 21st Century.* New York: Cambridge University Press.

Braga, Anthony A. and David L. Weisburd. 2010. *Policing Problem Places: Crime Hot Spots and Effective Prevention*. New York: Oxford University Press (translated to Chinese in 2018).

Braga, Anthony A. 2008. *Problem-Oriented Policing and Crime Prevention.* Second edition. Boulder, CO: Lynne Rienner Publishers (First edition published 2002).

### Edited Volumes

Braga, Anthony A., Martin Andresen, and Brian Lawton (Eds.). 2017. "The Law of Crime Concentration at Places." *Journal of Quantitative Criminology*, 33 (3).

Welsh, Brandon C., Anthony A. Braga, and Gerben J. N. Bruinsma (Eds.) 2015. "Re-imagining Broken Windows: From Theory to Policy." *Journal of Research in Crime and Delinquency*, 52 (4).

Braga, Anthony A. and David L. Weisburd (Eds.). 2013. "Advancing Program Evaluation Methods in Criminology and Criminal Justice." *Evaluation Review*, 37 (3/4).

Welsh, Brandon C., Anthony A. Braga, and Gerben J. N. Bruinsma (Eds.). 2013. *Experimental Criminology: Prospects for Improving Science and Public Policy.* New York: Cambridge University Press.

Braga, Anthony A. and David L. Weisburd (Eds.). 2010. "Empirical Evidence on the Relevance of Place in Criminology." *Journal of Quantitative Criminology*, 26 (1).

Tyler, Tom R., Anthony A. Braga, Jeffrey Fagan, Tracey Meares, Robert Sampson, and Christopher Winship (Eds.). 2007. *Legitimacy and Criminal Justice: A Comparative Perspective*. New York: Russell Sage Foundation.

Weisburd, David L. and Anthony A. Braga (Eds.). 2006. *Police Innovation: Contrasting Perspectives*. New York: Cambridge University Press.

Moore, Mark H., Carol V. Petrie, Anthony A. Braga, and Brenda L. McLaughlin\* (Eds.). 2003. *Deadly Lessons: Understanding Lethal Violence in Our Schools*. National Research Council and Institute of Medicine, Division of Behavioral and Social Sciences and Education. Washington, DC: National Academies Press.

## Journal Articles

Braga, Anthony A., Rod K. Brunson, and Kevin M. Drakulich. In Press. "Race, Place, and Effective Policing." *Annual Review of Sociology*, 45 (forthcoming).

Cook, Philip J., Anthony A. Braga, Brandon S. Turchan*, and Lisa M. Barao*. In Press. "Why Do Gun Murders Have A Higher Clearance Rate than Gunshot Assaults?" *Criminology & Public Policy*, 18 (forthcoming).

Braga, Anthony A., Gregory Zimmerman, Lisa M. Barao*, Chelsea Farrell*, Rod K. Brunson, and Andrew V. Papachristos. In Press. "Street Gangs, Gun Violence, and Focused Deterrence: Comparing Place-Based and Group-Based Evaluation Methods to Estimate Direct and Spillover Deterrent Effects" *Journal of Research in Crime and Delinquency* (forthcoming).

Demir, Mustafa*, Robert Apel, Anthony A. Braga, Rod K. Brunson, and Barak Ariel. In Press. "Body Worn Cameras, Procedural Justice, and Police Legitimacy: A Controlled Experimental Evaluation of Traffic Stops." *Justice Quarterly* (forthcoming).

Schnell, Cory*, Leigh Grossman*, and Anthony A. Braga. In Press. "The Routine Activities of Violent Crime Places: A Retrospective Case-Control Study of Crime Opportunities on Street Segments." *Journal of Criminal Justice* (forthcoming).

Braga, Anthony A., Brandon Turchan*, and Lisa Barao*. In Press. "The Influence of Investigative Resources on Homicide Clearances." *Journal of Quantitative Criminology* (forthcoming).

Hureau, David M. and Anthony A. Braga. 2018. "The Trade in Tools: The Market for Illicit Guns in High-Risk Networks." *Criminology*, 56 (3): 510 – 545.

MacDonald, John and Anthony A. Braga. In Press. "Did Post-*Floyd et al.* Reforms Reduce Racial Disparities in NYPD Stop, Question, and Frisk Practices? An Exploratory Analysis Using External and Internal Benchmarks." *Justice Quarterly*, 35 (forthcoming).

Braga, Anthony A. and Philip J. Cook. 2018. "The Association of Firearm Caliber with Likelihood of Death from Gunshot Injury in Criminal Assaults." *Journal of the American Medical Association, Network Open*, 1(3): e180833. doi:10.1001/jamanetworkopen.2018.0833.

Braga, Anthony A., William H. Sousa, James R. Coldren, and Denise Rodriguez. 2018. "The Effects of Body Worn Cameras on Police Activity and Police-Citizen Encounters: A Randomized Controlled Trial." *Journal of Criminal Law and Criminology*, 108 (3): 511 – 538.

Roberto, Elizabeth, Anthony A. Braga, and Andrew V. Papachristos. 2018. "Closer to Guns: The Role of Street Gangs in Facilitating Access to Illegal Firearms." *Journal of Urban Health*, 95 (3): 372 – 382.

Braga, Anthony A., David L. Weisburd, and Brandon Turchan*. 2018. "Focused Deterrence Strategies and Crime Control: An Updated Systematic Review and Meta-Analysis of the Empirical Evidence." *Criminology & Public Policy*, 17 (1): 205 – 250.

Braga, Anthony A. and Desiree Dusseault. 2018. "Can Homicide Detectives Improve Homicide Clearance Rates?" *Crime & Delinquency*, 64 (3): 283 – 315.

Braga, Anthony A. 2017. "Long-Term Trends in the Sources of Boston Crime Guns." *RSF: The Russell Sage Foundation Journal of the Social Sciences*, 3 (5): 76 – 95.

Sahin, Nusret M.*, Anthony A. Braga, Robert Apel, and Rod K. Brunson. 2017. "The Impact of Procedurally-Just Policing on Citizen Perceptions of Police during Traffic Stops: The Adana Randomized Controlled Trial." *Journal of Quantitative Criminology*, 33 (4): 701 – 726.

Western, Bruce, Anthony A. Braga, and Rhiana Kohl. 2017. "A Longitudinal Survey of Newly-Released Prisoners: Methods and Design of the Boston Reentry Study." *Federal Probation: A Journal of Correctional Philosophy and Practice*, 81 (1): 32 – 40.

Weisburd, David L., Anthony A. Braga, Elizabeth R. Groff, and Alese Wooditch*. 2017. "Can Hot Spots Policing Reduce Crime in Large Urban Areas? An Agent Based Simulation." *Criminology*, 55 (1): 137 – 173.

Moreto, William D.*, Rod K. Brunson, and Anthony A. Braga. 2017. "'Anything We Do, We Have to Include the Communities': Law Enforcement Rangers Attitudes Towards and Experiences of Community-Ranger Relations in Wildlife Protected Areas in Uganda." *British Journal of Criminology*, 57 (4): 924 – 944.

Schnell, Cory*, Anthony A. Braga, and Eric L. Piza. 2017. "The Influence of Community Areas, Neighborhood Clusters, and Street Segments on the Spatial Variability of Violent Crime in Chicago." *Journal of Quantitative Criminology*, 33 (3): 469 – 496.

Wintemute, Garen J., Laurel Beckett, Philip H. Kass, Daniel Tancredi, David Studdert, Glenn Pierce, Anthony A. Braga, Mona A. Wright, and Magdalena Cerdá. 2017. "Evaluation of California's Armed and Prohibited Persons System: Study Protocol for a Cluster-Randomized Trial." *Injury Prevention*, 23 (5): 357 – 359.

Fagan, Jeffrey, Anthony A. Braga, Rod K. Brunson, and April Pattavina. 2016. "Stops and Stares: Street Stops, Race, and Surveillance in the New Policing." *Fordham Urban Law Journal*, 42 (5): 621 – 696.

Braga, Anthony A. and Philip J. Cook. 2016. "The Criminal Records of Gun Offenders." *Georgetown Journal of Law and Public Policy*, 14 (1): 1 – 16.

Pegram, Kashea*, Rod K. Brunson, and Anthony A. Braga. 2016. "The Doors of the Church are Now Open: Black Clergy, Neighborhood Violence, and Collective Efficacy." *City & Community*, 15 (3): 289 – 314.

Braga, Anthony A. and Robert Apel. 2016. "And We Wonder Why Criminology is Sometimes Considered Irrelevant in Real-World Policy Conversations." *Criminology & Public Policy*, 15 (3): 813 – 829.

Sousa, William, Chip Coldren, Denise Rodriguez, and Anthony A. Braga. 2016. "Research on Body Worn Cameras: Meeting the Challenges of Police Operations, Program Implementation, and Randomized Controlled Trial Designs." *Police Quarterly*, 19 (3): 363 – 384.

Western, Bruce, Anthony A. Braga, David M. Hureau*, and Catherine Sirois*. 2016. "Study Retention as Bias Reduction in a Hard-to-Reach Population." *Proceedings of the National Academy of Sciences*, 113 (20): 5477 – 5485.

Braga, Anthony A. 2016. "The Continued Importance of Measuring Potentially Harmful Impacts of Crime Prevention Programs." *Journal of Experimental Criminology*, 12 (1): 1 – 20.

Braga, Anthony A. 2016. "Better Policing Can Improve Legitimacy and Reduce Mass Incarceration." *Harvard Law Review Forum*, 129 (7): 233 – 241.

Tracy, Melissa, Anthony A. Braga, and Andrew V. Papachristos. 2016. "The Transmission of Gun and Other Weapon-Involved Violence within Social Networks." *Epidemiologic Reviews*, 38 (1): 70 – 86.

Papachristos, Andrew V., Anthony A. Braga, Eric Piza, and Leigh Grossman*. 2015. "The Company You Keep? The Spillover Effects of Gang Membership on Individual Gunshot Victimization in a Co-Offending Network." *Criminology*, 53 (4): 624 – 649.

Braga, Anthony A. and David M. Hureau*. 2015. "Strong Gun Laws Are Not Enough: The Need for Improved Enforcement of Secondhand Gun Transfer Laws in Massachusetts." *Preventive Medicine*, 79: 37 – 42.

> <u>Available</u> in revised form as: *The Sources of Boston Crime Guns*. Policy Brief. Cambridge, MA: Harvard University, Rappaport Institute for Greater Boston.

Western, Bruce, Anthony A. Braga, Jaclyn Davis*, and Catherine Sirois*. 2015. "Stress and Hardship After Prison." *American Journal of Sociology*, 120 (5): 1512 – 1547.

Braga, Anthony A., Brandon C. Welsh, and Cory Schnell*. 2015. "Can Policing Disorder Reduce Crime? A Systematic Review and Meta-Analysis." *Journal of Research in Crime and Delinquency*, 52 (4): 567 – 588.

Weisburd, David L., Joshua C. Hinkle, Anthony A. Braga, and Alese Wooditch*. 2015. "Understanding the Mechanism Underlying Broken Windows Policing: The Need for Evaluation Evidence." *Journal of Research in Crime and Delinquency*, 52 (4): 589 – 608.

Braga, Anthony A. and David L. Weisburd. 2015. "Focused Deterrence and the Prevention of Violent Gun Injuries: Practice, Theoretical Principles, and Scientific Evidence." *Annual Review of Public Health*, 36: 55 – 68.

Cook, Philip J., Songman Kang*, Anthony A. Braga, Jens Ludwig, and Mallory O'Brien. 2015. "An Experimental Evaluation of a Comprehensive Employment-Oriented Prisoner Reentry Program." *Journal of Quantitative Criminology*, 31 (3): 355 – 382.

Pierce, Glenn L., Anthony A. Braga, and Garen J. Wintemute. 2015. "The Impact of California Firearms Sales Laws and Dealer Regulations on the Illegal Diversion of Guns." *Injury Prevention*, 21 (5): 179 – 184.

Moreto, William D.*, Rod K. Brunson, and Anthony A. Braga. 2015. "'Such Misconducts Don't Make a Good Ranger': Examining Law Enforcement Ranger Wrongdoing in Uganda." *British Journal of Criminology*, 55 (2): 341 – 358.

Saunders, Jessica, Russell Lundberg, Anthony A. Braga, Greg Ridgeway, and Jeremy Miles. 2015. "A Synthetic Control Approach to Evaluating Place-Based Crime Interventions." *Journal of Quantitative Criminology*, 31 (3): 413 – 434.

Brunson, Rod K., Anthony A. Braga, David M. Hureau*, and Kashea Pegram*. 2015. "We Trust You, But Not That Much: Examining Police–Black Clergy Partnerships to Reduce Youth Violence." *Justice Quarterly*, 32 (6): 1006 – 1036.

Bond, Brenda J. and Anthony A. Braga. 2015. "Rethinking the Compstat Process to Enhance Problem-Solving Responses: Insights from a Randomized Field Experiment." *Police Practice and Research*, 16 (1): 22 – 35.

Braga, Anthony A and Edward F. Davis. 2014. "Implementing Science in Police Agencies: The Embedded Research Model." *Policing: A Journal of Policy and Practice*, 8 (4): 294 – 306.

Braga, Anthony A. and David L. Weisburd. 2014. "Must We Settle for Less Rigorous Evaluations in Large Area-Based Crime Prevention Programs? Lessons from a Campbell Review of Focused Deterrence." *Journal of Experimental Criminology*, 10 (4): 573 – 597.

Braga, Anthony A., Christopher Winship, Tom R. Tyler, Jeffrey Fagan, and Tracey L. Meares. 2014. "The Salience of Social Contextual Factors in Appraisals of Police Interactions with Citizens: A Randomized Factorial Experiment." *Journal of Quantitative Criminology*, 30 (4): 599 – 627.

Braga, Anthony A., Andrew V. Papachristos, and David M. Hureau*. 2014. "The Effects of Hot Spots Policing on Crime: An Updated Systematic Review and Meta-Analysis." *Justice Quarterly*, 31 (4): 633 – 663.

Braga, Anthony A. and Ronald V. Clarke. 2014. "Explaining High Risk Concentrations of Crime in the City: Social Disorganization, Crime Opportunities, and Important Next Steps." *Journal of Research in Crime and Delinquency*, 51 (4): 480 – 498.

   Reprinted in revised form in *Jerusalem Review of Legal Studies*, 15 (1): 12 – 26 (2017).

Braga, Anthony A., David M. Hureau*, and Andrew V. Papachristos. 2014. "Deterring Gang-Involved Gun Violence: Measuring the Impact of Boston's Operation Ceasefire on Street Gang Behavior." *Journal of Quantitative Criminology*, 30 (1): 113 – 139.

Welsh, Brandon C., Anthony A. Braga, and Christopher J. Sullivan. 2014. "Serious Youth Violence and Innovative Prevention: On the Emerging Link between Public Health and Criminology." *Justice Quarterly*, 31 (3): 500 – 523.

Braga, Anthony A., Brandon C. Welsh, Andrew V. Papachristos, Cory Schnell*, and Leigh Grossman*. 2014. "The Growth of Randomized Experiments in Policing: The Vital Few and the Salience of Mentoring." *Journal of Experimental Criminology*, 10 (1): 1 – 28.

Braga, Anthony A., Robert Apel, and Brandon C. Welsh. 2013. "The Spillover Effects of Focused Deterrence on Gang Violence." *Evaluation Review*, 37 (3/4): 314 – 342.

Braga, Anthony A. and Garen J. Wintemute. 2013. "Improving the Potential Effectiveness of Gun Buyback Programs." *American Journal of Preventive Medicine*, 45 (5): 668 – 671.

Welsh, Brandon C., Anthony A. Braga, and Gerben J. N. Bruinsma. 2013. "New Perspectives and Developments in Experimental Criminology." *Policing: A Journal of Policy and Practice*, 7 (4): 411 – 418.

Braga, Anthony A. and Cory Schnell*. 2013. "Evaluating Place-Based Policing Strategies: Lessons Learned from the Smart Policing Initiative in Boston." *Police Quarterly*, 16 (3): 338 – 356.

Papachristos, Andrew V., David M. Hureau*, and Anthony A. Braga. 2013. "The Corner and the Crew: The Influence of Geography and Social Networks on Gang Violence." *American Sociological Review*, 78 (3): 417 – 447.

Lipton, Robert, Xiaowen Yang, Anthony A. Braga, Jason Goldstick, Manya Newton, and Melissa Rura. 2013. "The Geography of Violence, Alcohol Outlets, and Drug Arrests in Boston." *American Journal of Public Health*, 103 (4): 657 – 664.

Papachristos, Andrew V., Anthony A. Braga, and David M. Hureau*. 2012. "Social Networks and the Risk of Gunshot Injury." *Journal of Urban Health*, 89 (6): 992 – 1003.

Welsh, Brandon C., Anthony A. Braga, and Meghan E. Peel*. 2012. "Can 'Disciplined Passion' Overcome the Cynical View? An Empirical Inquiry of Evaluator Influence on Police Crime Prevention Program Outcomes." *Journal of Experimental Criminology*, 8 (4): 415 – 431.

Braga, Anthony A., Garen J. Wintemute, Glenn L. Pierce, Philip J. Cook, and Greg Ridgeway. 2012. "Interpreting the Empirical Evidence on Illegal Gun Market Dynamics." *Journal of Urban Health*, 89 (5): 779 – 793.

Braga, Anthony A. and David L. Weisburd. 2012. "The Effects of Focused Deterrence Strategies on Crime: A Systematic Review and Meta-Analysis of the Empirical Evidence." *Journal of Research in Crime and Delinquency*, 49 (3): 323 – 358.

   Reprinted in Stephen G. Tibbets and Craig Hemmens (Eds.) 2018. *Criminological Theory: A Text / Reader.* Thousand Oaks, CA: Sage Publications.

Cook, Philip J., Mallory O'Brien, Anthony A. Braga, and Jens Ludwig. 2012. "Lessons from a Partially Controlled Field Trial." *Journal of Experimental Criminology*, 8 (3): 271 – 287.

Braga, Anthony A. 2012. "Getting Deterrence Right? Evaluation Evidence and Complementary Crime Control Mechanisms." *Criminology & Public Policy*, 11 (2): 201 – 210.

Braga, Anthony A., David M. Hureau*, and Andrew V. Papachristos. 2011. "An Ex-Post-Facto Evaluation Framework for Place-Based Police Interventions." *Evaluation Review*, 35 (6): 592 – 626.

Braga, Anthony A. and Glenn L. Pierce. 2011. "Reconsidering the Ballistic Imaging of Crime Bullets in Gun Law Enforcement Operations." *Forensic Science Policy and Management*, 2 (3): 105 – 117.

Wintemute, Garen J. and Anthony A. Braga. 2011. "Opportunities for State-Level Action to Reduce Firearm Violence: Proceeding from the Evidence." *American Journal of Public Health*, 101 (9): e1 – e3.

Welsh, Brandon C., Meghan E. Peel*, David P. Farrington, Henk Elffers, and Anthony A. Braga. 2011. "Research Design Influence on Study Outcomes in Crime and Justice: A Partial Replication with Public Area Surveillance." *Journal of Experimental Criminology*, 7 (2): 183 – 198.

Braga, Anthony A., David M. Hureau*, and Andrew V. Papachristos. 2011. "The Relevance of Micro Places to Citywide Robbery Trends: A Longitudinal Analysis of Robbery Incidents at Street Corners and Block Faces in Boston." *Journal of Research in Crime and Delinquency*, 48 (1): 7 – 32.

Ridgeway, Greg, Anthony A. Braga, George E. Tita, and Glenn L. Pierce. 2011. "Intervening in Gun Markets: An Experiment to Assess the Impact of Targeted Gun Law Messaging." *Journal of Experimental Criminology*, 7 (1): 103 – 109.

Braga, Anthony A. 2010. "The Empirical Evidence for Hot Spots Policing." *Journal of Police Studies*, 17 (4): 233-248.

Wintemute, Garen J., David Hemenway, Daniel Webster, Glenn L. Pierce, and Anthony A. Braga. 2010. "Gun Shows and Gun Violence: Fatally Flawed Study Yields Misleading Results." *American Journal of Public Health*, 100 (10): 1856 – 1860.

Wintemute, Garen J., Anthony A. Braga, and David M. Kennedy. 2010. "Private-Party Gun Sales, Regulation, and Public Safety." *New England Journal of Medicine*, 363 (6): 508 – 513.

Braga, Anthony A., Andrew V. Papachristos, and David M. Hureau*. 2010. "The Concentration and Stability of Gun Violence at Micro Places in Boston, 1980 – 2008." *Journal of Quantitative Criminology*, 26 (1): 33 – 53.

Braga, Anthony A. 2010. "Setting a Higher Standard for the Evaluation of Problem-Oriented Policing Initiatives." *Criminology & Public Policy*, 9 (1): 173 – 182.

Weisburd, David L. and Anthony A. Braga. 2009. "Diffusion of Innovation in Policing: Lessons from the American Experience." *Revue Française de Science Politique*, 58 (6): 1097 – 1126.

> Reprinted in revised form (in Chinese) in *Public Security Science,* 6 (1): 84 – 92.

Braga, Anthony A., Anne M. Piehl, and David M. Hureau*. 2009. "Controlling Violent Offenders Released to the Community: An Evaluation of the Boston Reentry Initiative." *Journal of Research in Crime and Delinquency*, 46 (4): 411 – 436.

Braga, Anthony A., David M. Hureau*, and Christopher Winship. 2008. "Losing Faith? Police, Black Churches, and the Resurgence of Youth Violence in Boston."  *Ohio State Journal of Criminal Law*, 6 (1): 141 – 172.

Braga, Anthony A. and Brenda J. Bond*. 2008. "Policing Crime and Disorder Hot Spots: A Randomized Controlled Trial." *Criminology*, 46 (3): 577 – 608.

Braga, Anthony A. 2008. "Pulling Levers Focused Deterrence Strategies and the Prevention of Gun Homicide." *Journal of Criminal Justice*, 36 (4): 332 – 343.

Braga, Anthony A., Glenn L. Pierce, Jack McDevitt, Brenda J. Bond*, and Shea Cronin*. 2008. "The Strategic Prevention of Gun Violence Among Gang-Involved Offenders." *Justice Quarterly*, 25 (1): 132 – 162.

Cook, Philip J., Jens Ludwig, Sudhir Venkatesh, and Anthony A. Braga. 2007. "Underground Gun Markets." *The Economic Journal*, 117 (11): 558 – 588.

    <u>Available</u>. 2005. NBER Working Paper 11737. Cambridge, MA: National Bureau of Economic Research.

Tita, George E., Anthony A. Braga, Greg Ridgeway, and Glenn L. Pierce. 2006. "The Criminal Purchase of Firearm Ammunition." *Injury Prevention*, 12 (5): 308 – 311.

Braga, Anthony A., Jack McDevitt, and Glenn L. Pierce. 2006. "Understanding and Preventing Gang Violence: Problem Analysis and Response Development in Lowell, Massachusetts." *Police Quarterly*, 9 (1): 20 – 46.

Braga, Anthony A. 2006. "The Crime Prevention Value of Hot Spots Policing." *Psicothema*, 18 (3): 630 – 637.

Braga, Anthony A. and Glenn L. Pierce. 2005. "Disrupting Illegal Firearms Markets in Boston: The Effects of Operation Ceasefire on the Supply of New Handguns to Criminals." *Criminology & Public Policy*, 4 (4): 717 – 748.

Braga, Anthony A. 2005. "Analyzing Homicide Problems: Practical Approaches to Developing a Policy-Relevant Description of Serious Urban Violence." *Security Journal*, 18 (4): 17 – 32.

Braga, Anthony A. 2005. "Hot Spots Policing and Crime Prevention: A Systematic Review of Randomized Controlled Trials." *Journal of Experimental Criminology*, 1 (3): 317 – 342.

Cook, Philip J., Jens Ludwig, and Anthony A. Braga. 2005. "Criminal Records of Homicide Offenders." *Journal of the American Medical Association*, 294 (5): 598 – 601.

Pierce, Glenn L., Anthony A. Braga, Raymond R. Hyatt, and Christopher S. Koper. 2004. "The Characteristics and Dynamics of Illegal Firearms Markets: Implications for a Supply-Side Enforcement Strategy." *Justice Quarterly*, 21 (2): 391 – 422.

Braga, Anthony A. and Glenn L. Pierce. 2004. "Linking Gun Crimes: The Impact of Ballistics Imaging Technology on the Productivity of the Boston Police Department's Ballistics Unit." *Journal of Forensic Sciences*, 46 (4): 701 – 706.

Moore, Mark H. and Anthony A. Braga. 2004. "Police Performance Measurement: A Normative Framework." *Criminal Justice Ethics*, 23 (1): 3 – 19.

Moore, Mark H. and Anthony A. Braga. 2003. "Measuring and Improving Police Performance: The Lessons of Compstat and Its Progeny." *Policing: An International Journal of Police Strategies and Management*, 26 (3): 439 – 453.

Piehl, Anne M., Suzanne J. Cooper, Anthony A. Braga, and David M. Kennedy. 2003. "Testing for Structural Breaks in the Evaluation of Programs." *Review of Economics and Statistics*, 85 (3): 550 – 558.

Available. 1999. NBER Working Paper 7226. Cambridge, MA: National Bureau of Economic Research.

Braga, Anthony A. 2003. "Serious Youth Gun Offenders and the Epidemic of Youth Violence in Boston." *Journal of Quantitative Criminology*, 19 (1): 33 – 54.

Reprinted in Nick Tilley and Jackie Schneider (Eds.). 2004. *Gangs*. International Library of Criminology, Criminal Justice, and Penology- Second Series. Hampshire, United Kingdom: Ashgate Publishing.

Braga, Anthony A., Philip J. Cook, David M. Kennedy, and Mark H. Moore. 2002. "The Illegal Supply of Firearms." *Crime and Justice: A Review of Research*, 29: 319 – 352.

Cook, Philip J. and Anthony A. Braga. 2001. "Comprehensive Firearms Tracing: Strategic and Investigative Uses of New Data on Firearms Markets." *Arizona Law Review*, 43 (2): 277 – 309.

Reprinted in Bernard Harcourt (Ed.). 2003. *Guns, Crime, and Punishment in America*. New York: New York University Press.

Braga, Anthony A. 2001. "The Effects of Hot Spots Policing on Crime." *The ANNALS of the American Academy of Political and Social Science*, 578: 104 – 125.

Braga, Anthony A. 2001. "More Gun Laws or More Gun Law Enforcement?" *Journal of Policy Analysis and Management*, 20 (3): 545 – 549.

Braga, Anthony A. and David M. Kennedy. 2001. "The Illicit Acquisition of Firearms by Youth and Juveniles." *Journal of Criminal Justice*, 29 (5): 379 – 388.

Braga, Anthony A., David M. Kennedy, Elin J. Waring, and Anne M. Piehl. 2001. "Problem-Oriented Policing, Deterrence, and Youth Violence: An Evaluation of Boston's Operation Ceasefire." *Journal of Research in Crime and Delinquency*, 38 (3): 195 – 225.

Reprinted in Nick Tilley and Jackie Schneider (Eds.). 2004. *Gangs*. International Library of Criminology, Criminal Justice, and Penology- Second Series. Hampshire, United Kingdom: Ashgate Publishing.

Braga, Anthony A. and David M. Kennedy. 2000. "Gun Shows and the Illegal Diversion of Firearms." *Georgetown Public Policy Review*, 6 (1): 7 – 24.

Piehl, Anne M., David M. Kennedy, and Anthony A. Braga. 2000. "Youth Violence and Problem Solving: An Evaluation of the Boston Gun Project." *American Law and Economics Review*, 2 (1): 68 – 106.

Braga, Anthony A., David L. Weisburd, Elin J. Waring, Lorraine Green Mazerolle, William Spelman, and Francis Gajewski. 1999. "Problem-Oriented Policing in Violent Crime Places: A Randomized Controlled Experiment." *Criminology*, 37 (3): 541- 580.

Braga, Anthony A., Anne M. Piehl, and David M. Kennedy. 1999. "Youth Homicide in Boston: An Assessment of Supplementary Homicide Reports." *Homicide Studies*, 3 (4): 277- 299.

Kennedy, David M. and Anthony A. Braga. 1998. "Homicide in Minneapolis: Research for Problem Solving." *Homicide Studies*, 2 (3): 263-290.

Kennedy, David M., Anne M. Piehl, and Anthony A. Braga. 1996. "Youth Violence in Boston: Gun Markets, Serious Youth Offenders, and a Use-Reduction Strategy." *Law and Contemporary Problems*, 59 (1): 147-196.

Braga, Anthony A., Lorraine A. Green, David L. Weisburd, and Francis Gajewski. 1994. "Police Perceptions of Street Level Narcotics Activity: Evaluating Drug Buys as a Research Tool." *American Journal of Police*, 13 (3): 37-58.

Braga, Anthony A. and Ronald V. Clarke. 1994. "Improved Radios and More Stripped Cars in Germany: A Routine Activities Analysis." *Security Journal,* 5 (3): 154-159.

Clear, Todd R., Val B. Clear, and Anthony A. Braga. 1993. "Correctional Alternatives for Drug Offenders in an Era of Overcrowding." *The Prison Journal*, 73 (2): 178-198.

    <u>Reprinted</u> in Marilyn D. McShane and Franklin Williams (Eds.). 1997. *Drug Use and Drug Policy.* London and New York: Taylor & Francis.

    <u>Reprinted</u> in Larry K. Gaines and Peter B. Kraska (Eds.). 1997. *Drugs, Crime, and Justice: Contemporary Perspectives*.  Prospect Heights, Illinois: Waveland Press.

    <u>Reprinted</u> in Larry K. Gaines and Peter B. Kraska (Eds.). 2002. *Drugs, Crime, and Justice: Contemporary Perspectives*.  Second edition. Prospect Heights, Illinois: Waveland Press.

## Book Chapters and Reference Entries

Braga, Anthony A. In Press. "The New Policing, Crime Control, and Harm Reduction." In *The Dream Revisited*, edited by Ingrid Gould Ellen and Justin Steil. New York: Columbia University Press. Available at http://furmancenter.org/research/iri/home

Braga, Anthony A. In Press. "Dealing with a Resurgence of Gang Violence in Boston." In *Problem-Oriented Policing: Successful Case Studies*, edited by Michael S. Scott and Ronald V. Clarke. New York and London: Taylor & Francis.

Braga, Anthony A. and Lisa Barao*. In Press. "Targeted Policing for Crime Reduction." In *The Handbook on Crime and Deviance*, Second edition, edited by Marvin Krohn, Alan Lizotte, Gina Penly Hall, and Nicole Hendrix. New York: Springer.

Braga, Anthony A. and Riley Tucker*. 2019. "Problem Analysis to Support Decision Making in Evidence-Based Policing." In *Evidence-Based Policing: An Introductory Reader*, edited by Renee J. Mitchell and Laura Huey. Bristol, UK: The Policy Press, University of Bristol.

Braga, Anthony A. and Kevin M. Drakulich. 2018. "Race Differences in Crime." In *Criminology and Public Policy*, Third edition, edited by Scott H. Decker and Kevin Wright. Philadelphia, PA: Temple University Press.

Turchan, Brandon* and Anthony A. Braga. 2018. "Firearms and Violence." In *The Cambridge Handbook of Violent Behavior and Aggression*, Second edition, edited by Alexander Vazsonyi, Daniel Flannery, and Matthew DeLisi. New York: Cambridge University Press.

Braga, Anthony A. and Cory Schnell*. 2018. "Beyond Putting 'Cops on Dots': Applying Theory to Advance Police Responses to Crime Places." In *Unraveling the Crime-Place Connection: New Directions in Theory and Policy, Advances in Criminological Theory*, Volume 22, edited by John E. Eck and David L. Weisburd. New York and London: Taylor & Francis.

Braga, Anthony A. 2017. "Focused Deterrence Strategies." In *The Oxford Research Encyclopedia of Criminology and Criminal Justice*, edited by Henry Pontell. New York: Oxford University Press.

Braga, Anthony A. 2017. "Guns and Crime." In *The Oxford Handbook of Law and Economics, Volume 3: Public Law and Legal Institution*s, edited by Francesco Parisi. New York: Oxford University Press.

Braga, Anthony A. 2017. "Hot Spots Policing: Theoretical Perspectives, Scientific Evidence, and Proper Implementation." In *Advances in Prevention Science: Preventing Crime and Violence, Volume 2*, edited by Brent Teasdale and Mindy S. Bradley. New York: Springer.

Braga, Anthony A. 2017. "Focused Deterrence and the Reduction of Gang Homicide." In *The Handbook of Homicide*, edited by Fiona Brookman, Edward R. Maguire, and Michael Maguire. New York: Wiley-Blackwell.

Kennedy, David M., Mark A. R. Kleiman, and Anthony A. Braga. 2017. "Beyond Deterrence: Strategies of Focus and Fairness." In *Handbook of Crime Prevention and Community Safety*, Second edition, edited by Nick Tilley and Aiden Sidebottom. New York: Routledge.

Braga, Anthony A. 2016. "The Science and Practice of Hot Spots Policing." In *Advancing Criminology and Criminal Justice Policy*, edited by Thomas G. Blomberg, Julie Mestre Brancale, Kevin M. Beaver, and William D. Bales. New York: Routledge.

Braga, Anthony A. 2015. "Police Gang Units and Effective Gang Violence Reduction." In *The Handbook of Gangs*, edited by Scott H. Decker and David C. Pyrooz. Oxford, UK: Wiley & Sons.

Braga, Anthony A. 2014. "La Réduction de la Violence des Gangs par l'Application Stratégique de Principes de Dissuasion." In *Le Phénomène des Gangs de Rues. Théories, Évaluations, Interventions*, edited by Jean-Pierre Guay and Chantal Fredette. Montréal: Presses de l'Université de Montréal.

Braga, Anthony A. and Peter L. Gagliardi. 2014. "Enforcing Federal Laws Against Firearms Traffickers: Policy and Legislative Progress in 2013." In *Reducing Gun Violence in America: Updated Progress and Policy Developments*, edited by Daniel W. Webster and Jon S. Vernick. Baltimore, MD: Johns Hopkins University Press.

Braga, Anthony A. 2014. "Problem-Oriented Policing: Principles, Practice, and Crime Prevention Effects." In *The Oxford Handbook of Police and Policing*, edited by Michael D. Reisig and Robert J. Kane. New York: Oxford University Press.

Mazerolle, Lorraine, Cynthia Lum, and Anthony A. Braga. 2014. "Using Experimental Designs to Study Police Interventions." In *The Oxford Handbook of Police and Policing*, edited by Michael D. Reisig and Robert J. Kane. New York: Oxford University Press.

Braga, Anthony A. 2014. "Pulling Levers and Third Party Policing." In *Encyclopedia of Criminology and Criminal Justice*, edited by Gerben J.N. Bruinsma and David L. Weisburd. New York: Springer.

Braga, Anthony A. 2014. "Problem-Oriented Policing." In *Encyclopedia of Criminology and Criminal Justice*, edited by Gerben J.N. Bruinsma and David L. Weisburd. New York: Springer.

Braga, Anthony A. and Peter L. Gagliardi. 2013. "Enforcing Federal Laws Against Firearms Traffickers: Raising Operational Effectiveness by Lowering Enforcement Obstacles." In *Reducing Gun Violence in America: Informing Policy with Evidence and Analysis*, edited by Daniel W. Webster and Jon S. Vernick. Baltimore, MD: Johns Hopkins University Press.

Braga, Anthony A., Brandon C. Welsh, and Gerben J. N. Bruinsma. 2013. "Integrating Experimental and Observational Methods to Improve Criminology and Criminal Justice Policy." In *Experimental Criminology: Prospects for Improving Science and Public Policy*, edited by Brandon C. Welsh, Anthony A. Braga, and Gerben J. N. Bruinsma. New York: Cambridge University Press.

Braga, Anthony A. 2013. "Quasi-Experimentation When Random Assignment is Not Possible: Observations from Practical Experiences in the Field." In *Experimental Criminology: Prospects for Improving Science and Public Policy*, edited by Brandon C. Welsh, Anthony A. Braga, and Gerben J. N. Bruinsma. New York: Cambridge University Press.

Welsh, Brandon C., Anthony A. Braga, and Gerben J. N. Bruinsma. 2013. "Experimenting with Crime and Criminal Justice." In *Experimental Criminology: Prospects for Improving Science and Public Policy*, edited by Brandon C. Welsh, Anthony A. Braga, and Gerben J. N. Bruinsma. New York: Cambridge University Press.

Braga, Anthony A. 2013. "Team Policing." In *Encyclopedia of Community Policing and Problem Solving*, edited by Kenneth Peak. Thousand Oaks, CA: Sage Publications.

Davis, Edward F. and Anthony A. Braga. 2013. "Operation Ceasefire: Strategic Gang Violence Prevention in Boston." In *Policing UK 2013. Priorities and Pressures: A Year of Transformation*, edited by Peter Neyroud. London: Witan Media.

Braga, Anthony A. 2012. "High Crime Places, Times, and Offenders." In *The Oxford Handbook on Crime Prevention*, edited by Brandon C. Welsh and David P. Farrington. New York: Oxford University Press.

Braga, Anthony A. and David M. Kennedy. 2012. "Linking Situational Crime Prevention and Focused Deterrence Strategies." In *The Reasoning Criminologist: Essays in Honour of Ronald V. Clarke*, edited by Graham Farrell and Nick Tilley. London and New York: Routledge.

Braga, Anthony A. and David M. Hureau*. 2012. "Strategic Problem Analysis to Guide Comprehensive Gang Violence Reduction Strategies." In *Looking Beyond Suppression: Community Strategies to Reduce Gang Violence*, edited by Erika Gebo and Brenda J. Bond. Lexington, MA: Lexington Books.

Braga, Anthony A. 2012. "Focused Deterrence Strategies and the Reduction of Gang and Group-Involved Violence." In *Violent Offenders: Theory, Research, Public Policy and Practice*, Second edition, edited by Matthew J. DeLisi and Peter J. Conis. Burlington, MA: Jones and Bartlett Publishing.

    Reprinted in Cheryl L. Maxson, Arlen Egley, Jody Miller, and Malcolm W. Klein (Eds.). 2014. *The Modern Gang Reader,* Fourth edition. New York: Oxford University Press.

Cook, Philip J., Anthony A. Braga, and Mark H. Moore. 2011. "Gun Control." In *Crime and Public Policy*, Revised edition, edited by James Q. Wilson and Joan Petersilia. New York: Oxford University Press.

Braga, Anthony A. 2010. "Crime Hot Spots." In *Encyclopedia of Criminological Theory*, edited by Francis Cullen and Pamela Wilcox. Newbury Park, CA: Sage Publications.

Braga, Anthony A. 2010. "Operation Ceasefire and Pulling Levers." In *Encyclopedia of Victimology and Crime Prevention*, edited by Bonnie S. Fisher and Steven Lab. Newbury Park, CA: Sage Publications.

Braga, Anthony A. and Marianne Hinkle. 2010. "The Participation of Academics in the Criminal Justice Working Group Process." In *The New Criminal Justice: American Communities and the Changing World of Crime Control*, edited by John M. Klofas, Natalie Kroovand Hipple, and Edmund F. McGarrell. London: Routledge Press.

Mastrofski, Stephen, David L. Weisburd, and Anthony A. Braga. 2009. "Rethinking Policing: The Policy Implications of Hot Spots of Crime." In *Contemporary Issues in Criminal Justice Policy: Proposals from the American Society of Criminology*, edited by Natasha A. Frost, Joshua D. Freilich, and Todd R. Clear. Belmont, CA: Wadsworth.

Braga, Anthony A. 2009. "Experimental Criminology." In *21st Century Criminology: A Reference Handbook*, edited by J. Mitchell Miller. Thousand Oaks, CA: Sage Publications.

Braga, Anthony A. 2009. "Evidence-Based Policing." In *The Sage Dictionary of Policing*, edited by Alison Wakefield and Jenny Fleming. London: Sage Publications.

Braga, Anthony A., David Onek, and Tracey Meares. 2009. "Serious Gun Violence in San Francisco: Developing a Partnership-Based Violence Prevention Strategy." In *Community Policing and Peacemaking*, edited by Peter Grabosky. London: Taylor & Francis Publishing Group.

Braga, Anthony A. and Brenda J. Bond*. 2009. "Community Perceptions of Police Crime Prevention Efforts: Using Interviews in Small Areas to Evaluate Crime Reduction Strategies." In *Evaluating Crime Reduction Initiatives*, edited by Johannes Knutsson and Nick J. Tilley. *Crime Prevention Studies*, Volume 24. Monsey, New York: Criminal Justice Press.

Braga, Anthony A. 2008. "Gun Enforcement and Ballistics Imaging Technology in Boston." In *Ballistics Imaging*, edited by Daniel L. Cork, John E. Rolph, Eugene S. Meieran, and Carol V. Petrie. National Research Council and National Academy of Engineering. Washington, DC: The National Academies Press.

Tyler, Tom R., Anthony A. Braga, Jeffrey Fagan, Tracey Meares, Robert Sampson, and Christopher Winship. 2007. "Legitimacy and Criminal Justice." In *Legitimacy and Criminal Justice: A Comparative Perspective*, edited by Tom R. Tyler, Anthony A. Braga, Jeffrey Fagan, Tracey Meares, Robert Sampson, and Christopher Winship. New York: Russell Sage Foundation.

Braga, Anthony A. 2007. "Community Policing in Boston." In *Encyclopedia of Police Science*, Third edition, edited by Jack R. Greene. New York: Routledge Press.

Braga, Anthony A. 2007. "Firearms: Guns and the Gun Culture." In *Encyclopedia of Police Science*, Third edition, edited by Jack R. Greene. New York: Routledge Press.

Braga, Anthony A. 2007. "Problem-Oriented Policing." In *Encyclopedia of Police Science*, Third edition, edited by Jack R. Greene. New York: Routledge Press.

Braga, Anthony A. and David L. Weisburd. 2006. "Problem-Oriented Policing: The Disconnect Between Principles and Practice." In *Police Innovation: Contrasting Perspectives*, edited by David L. Weisburd and Anthony A. Braga. New York: Cambridge University Press.

Braga, Anthony A. and Christopher Winship. 2006. "Partnership, Accountability, and Innovation: Clarifying Boston's Experience with Pulling Levers." In *Police Innovation: Contrasting Perspectives*, edited by David L. Weisburd and Anthony A. Braga. New York: Cambridge University Press.

> Reprinted as "Creating an Effective Foundation to Prevent Youth Violence: Lessons Learned from Boston in the 1990s." *Rappaport Institute for Greater Boston, Policy Brief PB-2005-5*. Cambridge, MA: Harvard University, John F. Kennedy School of Government.

Braga, Anthony A. and David L. Weisburd. 2006. "Police Innovation and the Future of Policing." In *Police Innovation: Contrasting Perspectives*, edited by David L. Weisburd and Anthony A. Braga. New York: Cambridge University Press.

Weisburd, David L. and Anthony A. Braga. 2006. "Hot Spots Policing as a Model for Police Innovation." In *Police Innovation: Contrasting Perspectives*, edited by David L. Weisburd and Anthony A. Braga. New York: Cambridge University Press.

Weisburd, David L. and Anthony A. Braga. 2006. "Understanding Police Innovation." In *Police Innovation: Contrasting Perspectives*, edited by David L. Weisburd and Anthony A. Braga. New York: Cambridge University Press.

Braga, Anthony A. 2006. "Policing Crime Hot Spots." In *Preventing Crime: What Works for Children, Offenders, Victims, and Places*, edited by Brandon C. Welsh and David P. Farrington. New York: Springer.

Moore, Mark H. and Anthony A. Braga. 2005. "Performance Evaluation of Police Departments." In *Encyclopedia of Law Enforcement, Volume 1: State and Local*, edited by Larry E. Sullivan and Marie Simonetti Rosen. Thousand Oaks, CA: Sage Publications.

Weisburd, David L. and Anthony A. Braga. 2003. "Hot Spots Policing." In *Crime Prevention: New Approaches*, edited by Helmut Kury and Joachim Obergfell-Fuchs. Mainz, Germany: Weisser.

McDevitt, Jack, Anthony A. Braga, Dana Nurge, and Michael Buerger. 2003. "Boston's Youth Violence Prevention Program: A Comprehensive Community-Wide Approach." In *Policing Gangs and Youth Violence*, edited by Scott H. Decker. Belmont, CA: Wadsworth Publishing Company.

Braga, Anthony A. and David M. Kennedy. 2002. "Reducing Gang Violence in Boston." In *Responding to Gangs: Evaluation and Research*, edited by Winifred L. Reed and Scott H. Decker. Washington, DC: U.S. Department of Justice, National Institute of Justice.

    <u>Reprinted</u> in Thomas J. Bernard (Ed.). 2007. *Serious Delinquency.* New York: Oxford University Press.

Cook, Philip J., Mark H. Moore, and Anthony A. Braga. 2002. "Gun Control." In *Crime: Public Policies for Crime Control*, edited by James Q. Wilson and Joan Petersilia. Oakland, CA: Institute for Contemporary Studies Press.

Braga, Anthony A., David M. Kennedy, and George Tita. 2002. "New Approaches to the Strategic Prevention of Gang and Group-Involved Violence." In *Gangs in America*, Third edition, edited by C. Ronald Huff.  Thousand Oaks, CA: Sage Publications.

    <u>Reprinted</u> in Arlen Egley Jr., Cheryl L. Maxson, Jody Miller, and Malcolm W. Klein (Eds.). 2007. *The Modern Gang Reader*, Third edition. New York: Oxford University Press.

Kennedy, David M., Anthony A. Braga, and Anne M. Piehl. 1997. "The (Un)Known Universe: Mapping Gangs and Gang Violence in Boston." In *Crime Mapping and Crime Prevention*, edited by David L. Weisburd and J. Thomas McEwen. *Crime Prevention Studies*, Volume 8. Monsey, New York: Criminal Justice Press.

    <u>Reprinted</u> in David Weisburd and Shawn Bushway (Eds.). 2005. *Quantitative Criminology*. International Library of Criminology, Criminal Justice, and Penology- Second Series. Hampshire, United Kingdom: Ashgate Publishing.

Kennedy, David M., Anne M. Piehl, and Anthony A. Braga. 1996. "Gun Buy-Backs: Where Do We Stand and Where Do We Go?" In *Under Fire: Gun Buy-Backs, Exchanges, and Amnesty Programs*, edited by Martha R. Plotkin. Washington, DC: Police Executive Research Forum.

Clear, Todd R. and Anthony A. Braga. 1995. "Community Corrections." In *Crime*, edited by James Q. Wilson and Joan Petersilia. San Francisco, CA: Institute for Contemporary Studies Press.

    <u>Reprinted</u> in Joan Petersilia (Ed.). 1998. *Community Corrections: Probation, Parole, and Intermediate Sanctions*. New York: Oxford University Press.

Clear, Todd R. and Anthony A. Braga. 1994. "Intensive Supervision: Why Bother?" In *Innovative Trends and Specialized Strategies in Community-Based Corrections*, edited by Charles B. Fields. New York: Garland Publishing.

## Monographs and Published Reports

Braga, Anthony A., James R. Coldren, Jr., William H. Sousa, Denise Rodriguez, and Omer Alper. 2017. *The Las Vegas Body-Worn Camera Experiment: Research Summary*. Research in Brief. Las Vegas, Nevada: Center for Crime and Justice Policy, University of Nevada, Las Vegas.

Braga, Anthony A. and Desiree Dusseault. 2017. *Improving Homicide Clearance Rates: The Value of Analysis to Guide Investments in Investigative Policies and Practices.* Smart Policing Research Spotlight. Washington, DC: U.S. Bureau of Justice Assistance.

Braga, Anthony A. 2015. "Crime and Policing Revisited." *New Perspectives on Policing*. Washington, DC: U.S. Department of Justice, National Institute of Justice.

Braga, Anthony A. and Rod K. Brunson. 2015. "The Police and Public Discourse on 'Black on Black' Violence." *New Perspectives on Policing*. Washington, DC: U.S. Department of Justice, National Institute of Justice.

Braga, Anthony A., David M. Hureau*, and Leigh Grossman*. 2014. *Managing the Group Violence Intervention: Using Shooting Scorecards to Track Group Violence*. Washington, DC: U.S. Department of Justice, Office of Community Oriented Policing Services.

Braga, Anthony A., Daniel W. Webster, Michael D. White, and Hildy Saizow. 2014. *SMART Approaches to Reducing Gun Violence: Smart Policing Initiative Spotlight on Evidence-Based Strategies and Impacts.* Washington, DC: U.S. Bureau of Justice Assistance.

Clear, Todd R., Natasha A. Frost, Michael Carr, Geert Dhondt, Anthony A. Braga, and Garrett A.R. Warfield. 2014. *Predicting Crime through Incarceration: The Impact of Rates of Prison Cycling on Rates of Crime in Communities*. Washington, DC: U.S. National Institute of Justice.

Braga, Anthony A. 2013. "Embedded Criminologists in Police Departments." *Ideas in American Policing*, Number 17. Washington, DC: Police Foundation.

Pierce, Glenn L., Anthony A. Braga, Garen J. Wintemute, and Matthew Dolliver*. 2013. *New Approaches to Understanding and Regulating Primary and Secondary Illegal Firearms Markets.* NCJ 241021. Washington, DC: U.S. Department of Justice, National Institute of Justice.

Braga, Anthony A., Edward F. Davis, and Michael D. White. 2012. *The Boston Smart Policing Initiative: Evaluating a Place-Based Intervention to Reduce Violent Crime.* Smart Policing Research Spotlight. Washington, DC: U.S. Bureau of Justice Assistance.

Braga, Anthony A. and David L. Weisburd. 2012. *The Effects of "Pulling Levers" Focused Deterrence Strategies on Crime.* Campbell Systematic Reviews 2012:6. DOI: 10.4073/csr.2012.6

> Revised and reprinted as *Pulling Levers Focused Deterrence Strategies to Prevent Crime*. Crime Prevention Research Reviews, No. 6. Washington, DC: U.S. Department of Justice, Office of Community Oriented Policing Services, 2012.

Braga, Anthony A., Andrew V. Papachristos, and David M. Hureau*. 2012. *Hot Spots Policing Effects on Crime.* Campbell Systematic Reviews 2012:8. DOI: 10.4073/csr.2012.8

    <u>Revised and reprinted</u> as *Police Programs to Prevent Crime in Hot Spot Areas.* Crime Prevention Research Reviews, No. 7. Washington, DC: U.S. Department of Justice, Office of Community Oriented Policing Services, 2012.

Braga, Anthony A., Edward A. Flynn, George L. Kelling, and Christine M. Cole. 2011. "Moving the Work of Criminal Investigators Towards Crime Control." *New Perspectives on Policing.* Washington, DC: U.S. Department of Justice, National Institute of Justice.

    <u>Reprinted</u> (in Spanish) as "Reorientar el Trabajo de Los Investigadores Criminales Hacia el Control del Delito," in *State, Public Governance, and Development in Latin America*, CAF – Corporación Andina de Formento, Banco de Desarrollo de América Latina, 2018.

Weisburd, David L., Cody W. Telep*, and Anthony A. Braga. 2010. *The Importance of Place in Policing: Empirical Evidence and Policy Recommendations*. Stockholm: Swedish National Council for Crime Prevention.

Ridgeway, Greg, Glenn L. Pierce, Anthony A. Braga, George Tita, Garen Wintemute, and Wendell Roberts. 2008. *Strategies for Disrupting Illegal Gun Markets: A Case Study of Los Angeles.* Santa Monica, CA: RAND Corporation.

Azrael, Deborah, Anthony A. Braga, and Mallory O'Brien. 2008. *Developing the Capacity to Understand and Prevent Homicide: An Evaluation of the Milwaukee Homicide Review Commission*. Research Report. Washington, DC: U.S. Department of Justice, National Institute of Justice.

Braga, Anthony A. 2007. *The Effects of Hot Spots Policing on Crime*. Campbell Systematic Reviews 2007:1. DOI:10.4073/csr.2007.1

    <u>Revised and reprinted</u> as *Police Enforcement Strategies to Prevent Crime in Hot Spot Areas*. Crime Prevention Research Reviews, No. 2. Washington, DC: U.S. Department of Justice, Office of Community Oriented Policing Services, 2008.

McDevitt, Jack, Anthony A. Braga, and Shea Cronin*. 2007. *Project Safe Neighborhoods Strategic Interventions: Lowell, District of Massachusetts*. Case Study 6. Washington, DC: U.S. Department of Justice.

Pierce, Glenn L., Mark Bjorkland, and Anthony A. Braga. 2006. *Firearm Trace Pattern Analysis Workstation: User Guide.* Boston, MA: Center for Criminal Justice Policy Research, Northeastern University.

Braga, Anthony A. 2004. *Gun Violence Among Serious Young Offenders*. Problem-Oriented Guides for Police Series, Problem-Specific Guide Number 23. Washington, DC: U.S. Department of Justice, Office of Community Oriented Policing Services.

Moore, Mark H. and Anthony A. Braga. 2003. *The "Bottom Line" of Policing: What Citizens Should Value (and Measure!) in Police Performance*. Washington, DC: Police Executive Research Forum.

Braga, Anthony A., David M. Kennedy, Anne M. Piehl, and Elin J. Waring. 2001. "Measuring the Impact of Operation Ceasefire." In *Reducing Gun Violence: The Boston Gun Project's Operation Ceasefire.* Washington, DC: U.S. Department of Justice, National Institute of Justice.

Kennedy, David M., Anthony A. Braga, and Anne M. Piehl. 2001. "Developing and Implementing Operation Ceasefire." In *Reducing Gun Violence: The Boston Gun Project's Operation Ceasefire.* Washington, DC: U.S. Department of Justice, National Institute of Justice.


**Editorials, Reviews, Comments, and Other Publications**

Braga, Anthony A. and Philip J. Cook. 2018. "Guns Do Kill People." *The Regulatory Review*, Penn Program on Regulation, University of Pennsylvania Law School, Health Opinion, November 5. https://www.theregreview.org/2018/11/05/braga-cook-guns-do-kill-people/

Braga, Anthony A., Martin Andresen, and Brian Lawton. 2017. "The Law of Crime Concentration at Places: Editors' Introduction." *Journal of Quantitative Criminology*, 33 (3): 421 – 426.

Braga, Anthony A. 2017. "Arrests, Harm Reduction, and Police Crime Prevention Policy: Editorial Introduction." *Criminology & Public Policy*, 16 (2): 369 – 374.

Braga, Anthony A. 2016. "The Value of 'Pracademics' in Enhancing Crime Analysis in Police Departments." *Policing: A Journal of Policy and Practice*, 10 (3): 308 – 314.

Weisburd, David, Badi Hasisi, Robert Apel, Arjan Blokland, Anthony Braga, Shawn Bushway, Jean McGloin, and Emily Owens. 2015. "Editors' Note." *Journal of Quantitative Criminology*, 31 (3): 351 – 353.

Braga, Anthony A. 2015. "Focused Deterrence and the Promise of Fair and Effective Policing: Editorial Introduction." *Criminology & Public Policy*, 14 (3): 465 – 469.

Welsh, Brandon C., Anthony A. Braga, and Gerben J. N. Bruinsma. 2015. "Re-imagining Broken Windows: Editors' Introduction." *Journal of Research in Crime and Delinquency*, 52 (4): 447 – 463.

Braga, Anthony A. 2014. "A Wealth of Knowledge: The Value of Embedded Criminologists in Police Departments." *Royal Canadian Mounted Police Gazette*, 76 (4). RCMP e-newsletter.

Braga, Anthony A. 2014. "Why Boston's Protests to Ferguson Remained Largely Peaceful." *The Boston Globe,* November 26.

Braga, Anthony A., Cynthia Lum, and Edward F. Davis. 2014. "Connecting Police Chiefs and Academic Researchers: The New Division of Policing in the American Society of Criminology." *The Police Chief*, 81 (August): 76 – 77.

Braga, Anthony A. and Edward L. Glaeser. 2014. "'Stop-and-Frisk' Won't Work for Boston." *The Boston Globe*, April 13: K9.

Braga, Anthony A. and David L. Weisburd. 2013. "Editors' Introduction: Advancing Program Evaluation Methods in Criminology and Criminal Justice." *Evaluation Review*, 37 (3/4): 163 – 169.

Weisburd, David L. and Anthony A. Braga. 2013. "The Importance of Legitimacy in Hot Spots Policing." *Community Policing Dispatch*, 6 (9). U.S. Office of Community Oriented Policing Services e-newsletter.

Braga, Anthony A., Laurie O. Robinson, and Edward F. Davis. 2013. "Encouraging a Broader Set of Criminologists to Form Research Partnerships with Police Departments." *The Criminologist*, 38 (4): 24 – 27.

Braga, Anthony A. 2013. "Review – The Criminology of Place by Weisburd, Groff, and Yang." *Criminal Law and Criminal Justice Books*, available at http://clcjbooks.rutgers.edu/archived_reviews.html.

Braga, Anthony A. 2013. "Focused Deterrence Works to Control Crime: Key Findings from a Campbell Systematic Review." *The Experimental Criminologist*, 8 (1): 14 – 15.

Braga, Anthony A. and Edward F. Davis. 2012. "Evidence-Based Policing in Practice: The Case of Safe Street Teams in Boston." *Translational Criminology*, Winter: 8 – 9.

Braga, Anthony A. 2011. "Why Do Evaluations of Place-Based Policing Strategies Show Strong Crime Control Gains?" *The Experimental Criminologist*, 6 (1): 3.

Braga, Anthony A. 2010. "The Police, Disorder, and the Homeless: Editorial Introduction." *Criminology & Public Policy*, 9 (4): 807 – 811.

Braga, Anthony A. and David L. Weisburd. 2010. "Editors' Introduction: Empirical Evidence on the Relevance of Place in Criminology." *Journal of Quantitative Criminology*, 26 (1): 1 – 6.

Braga, Anthony A. and Christopher Winship. 2009. "What Can Cities Do to Prevent Serious Youth Violence?" *Criminal Justice Matters*, 75 (1): 35 – 37.

Braga, Anthony A. 2009. "Experimentation in Criminal Justice Agencies: Timing is Everything." *The Experimental Criminologist*, 4 (1): 3 – 4.

Wintemute, Garen, David Hemenway, Daniel Webster, Glenn Pierce, and Anthony A. Braga. 2008. "The Gun Show Loophole, Revisited." *The New York Times*, December 1: Economix (online).

Braga, Anthony A. and Jeffrey L. Brown. 2007. "Curbing Gun Violence Requires Trust." *The Boston Globe*, November 25: C9.

Braga, Anthony A. and Jeffrey L. Brown. 2007. "Negotiating Gang Peace." *The Boston Globe*, March 31: A11.

Braga, Anthony A. 2004. "Crime Prevention Research Partnerships Aid Criminal Justice: Practical Approaches to Improving the Success of Crime Prevention Partnerships." *American Sociological Association Footnotes*, 32 (1): 7.

**Primary Contributor** (Published work credited as part of collaborative group effort)

National Academies of Sciences, Engineering, and Medicine. 2018. *Proactive Policing: Effects on Crime and Communities*. Committee on Proactive Policing: Effects on Crime, Communities, and Civil Liberties. David Weisburd and Malay K. Majmundar, editors. Committee on Law and Justice, Division of Behavioral and Social Sciences and Education. Washington, DC: The National Academies Press.

Newark Mayor Ras Baraka Public Safety Transition Team. 2014. *A Holistic Approach to Public Safety.* Newark, New Jersey: Center for Law and Justice, Rutgers University.

New York State Task Force on Police-on-Police Shootings. 2010. *Reducing Inherent Danger: Report of the Task Force on Police-on-Police Shootings.* New York: New York State Task Force on Police-on-Police Shootings.

National Research Council. 2008. *Ballistic Imaging.* Committee to Assess the Feasibility, Accuracy, and Technical Capability of a National Ballistics Database. Daniel L. Cork, John E. Rolph, Eugene S. Meieran, and Carol V. Petrie, editors. Committee on Law and Justice and Committee on National Statistics, Division of Behavioral and Social Sciences and Education; National Materials Advisory Board, Division on Engineering and Physical Sciences. Washington, DC: The National Academies Press.

National Research Council. 2005. *Firearms and Violence: A Critical Review*. Committee to Improve Research Information and Data on Firearms. Charles F. Wellford, John V. Pepper, and Carol V. Petrie, editors. Committee on Law and Justice, Division of Behavioral and Social Sciences and Education. Washington, DC: The National Academies Press.

Forensic Technology Incorporated. 2005. *Thirteen Critical Tasks to Creating an Efficient and Effective Integrated Ballistics Information Network: A Valuable Compilation of People, Processes, and Technology*. Montreal, Quebec, Canada: Forensic Technology Incorporated.

Massachusetts Governor's Commission on Criminal Justice Innovation. 2004. *Governor's Commission on Criminal Justice Innovation, Final Report.* Boston, MA: Office of the Governor, State of Massachusetts.

Bureau of Alcohol, Tobacco and Firearms. 2002. *Crime Gun Trace Analysis (2000): National Report*. Washington, DC: Bureau of Alcohol, Tobacco and Firearms.

Bureau of Alcohol, Tobacco and Firearms. 2002. *Commerce in Firearms in the United States (2001/2002)*. Washington, DC: Bureau of Alcohol, Tobacco and Firearms.

Bureau of Alcohol, Tobacco and Firearms. 2000. *Following the Gun: Enforcing Federal Laws Against Firearms Traffickers*. Washington, DC: Bureau of Alcohol, Tobacco and Firearms.

Bureau of Alcohol, Tobacco and Firearms. 2000. *Crime Gun Trace Analysis (1999): National Report*. Washington, DC: Bureau of Alcohol, Tobacco and Firearms.

Bureau of Alcohol, Tobacco and Firearms. 2000. *Commerce in Firearms in the United States*. Washington, DC: Bureau of Alcohol, Tobacco and Firearms.

Bureau of Alcohol, Tobacco and Firearms. 1999. *Crime Gun Trace Analysis Reports (1998): The Illegal Firearms Market in 27 Communities*. Washington, DC: Bureau of Alcohol, Tobacco and Firearms.

Bureau of Alcohol, Tobacco and Firearms. 1999. *Youth Crime Gun Interdiction Initiative: Performance Report for the Senate and House Committees Pursuant to Conference Report 105-825, October 1998*. Washington, DC: Bureau of Alcohol, Tobacco and Firearms.

U.S. Department of the Treasury and U.S. Department of Justice. 1999. *Gun Shows: Brady Checks and Crime Gun Traces*. Washington, DC: U.S. Department of the Treasury and U.S. Department of Justice.

Bureau of Alcohol, Tobacco and Firearms. 1998. *Department of Treasury Study on the Sporting Suitability of Modified Semiautomatic Assault Rifles*. Washington, DC: Bureau of Alcohol, Tobacco and Firearms.

Bureau of Alcohol, Tobacco and Firearms. 1997. *Crime Gun Trace Analysis Reports (1997): The Illegal Firearms Market in 17 Communities*. Washington, DC: Bureau of Alcohol, Tobacco and Firearms.

## Work in progress

Braga, Anthony A., Lisa M. Barao*, Greg Zimmerman, Stephen Douglas*, and Keller Sheppard*. Under Review. "Measuring the Direct and Spillover Effects of Body Worn Cameras on Police-Citizen Encounters and Police Work Activities."

Frost, Natasha A., Michael Carr, Geert Dhondt, Todd R. Clear, and Anthony A. Braga. Under Review. "Does Prison Cycling Increase Crime? A Study of the Impact of Coercive Mobility on Crime in Boston Neighborhoods, 2003-2010."

Braga, Anthony A., Brandon S. Turchan*, David M. Hureau, and Andrew V. Papachristos. Under Review. "Hot Spots Policing and Crime Reduction: An Update of an Ongoing Systematic Review and Meta-Analysis."

Braga, Anthony A. and John MacDonald (Eds.). In Prep. "Improving Police Effectiveness in Ensuring Justice." Special issue of *Criminology & Public Policy*.

## FUNDED RESEARCH EXPERIENCE

External Sources          Principal Investigator / Co-Principal Investigator total = $14,829,010

Principal Investigator (with Ben Struhl, Co-PI), *Building Evidence on Security and Community Resilience in the Caribbean*, funded by the United States Agency for International Development ($750,000; 9/18 – 8/21)

Principal Investigator (with Kevin Drakulich, Co-PI), *Action Research to Develop a Rigorous Evaluation of College Bound Dorchester*, funded by The Boston Foundation ($50,000; 9/17 – 6/18)

Principal Investigator (with Jack McDevitt and Greg Zimmerman, Co-PIs), *Evaluating the Impacts of Body Worn Cameras on Police Proactivity, Police Lawfulness, and Police – Community Relations in Boston*, funded by the City of Boston and the Rappaport Institute for Greater Boston ($244,900; 9/16 – 7/18)

Principal Investigator (with Andrew V. Papachristos, Jack McDevitt, and Greg Zimmerman, Co-PIs), *Evaluation of the Oakland Ceasefire Crime Reduction Strategy*, funded by the City of Oakland ($499,210; 8/16 – 7/18)

Co-Principal Investigator (with David Weisburd, PI; Cody Telep and Tracey Meares, Co-PIs), *Enhancing Procedural Justice in Hot Spots Policing: A Multi-Site Randomized Trial*, funded by the Laura and John Arnold Foundation ($1,797,679; 7/16 – 6/19)

Co-Principal Investigator (with Jack McDevitt, PI; David Hemenway, Co-PI), *An Assessment of the Implementation of the Act Relative to the Reduction in Gun Violence*, funded by Massachusetts Executive Office of Public Safety and Security ($148,401; 7/16 – 6/17)

Principal Investigator (with Rod K. Brunson, Co-PI), *Understanding Illegal Gun Market Characteristics and Dynamics in New York City*, funded by the City of New York, Mayor's Office of Criminal Justice ($498,549; 6/16 – 12/17)

Co-Principal Investigator (with Garen J. Wintemute, PI; Laurel Beckett, Philip Kass, Paul Leigh, Glenn Pierce, David Studdert and, Daniel Tancredi, Co-PIs), *Evaluation of California's Armed and Prohibited Persons System*, funded by the U.S. National Institute of Justice ($1,167,909; 1/15 – 9/17) and California Department of Justice ($726,906; 1/15 – 9/17)

Principal Investigator, *Understanding and Disrupting Illegal Gun Markets in Boston: An Action Research Proposal*, funded by the Fund for a Safer Future, Everytown for Gun Safety, and Rappaport Institute for Greater Boston ($264,000; 5/14 – 2/16)

Co-Principal Investigator (with James Coldren, PI), *Las Vegas Metropolitan Police Department Body Worn Camera Randomized Field Experiment*, funded by the U.S. National Institute of Justice ($546,429; 3/14 – 2/17)

Principal Investigator (with Todd R. Clear, Co-PI), *Newark Violence Reduction Initiative: Addressing Serious Violent Crime and Overt Drug Market Problems in Newark, New Jersey*, funded by the Victoria Foundation, Nicholson Foundation, Prudential, PSE&G, Schumann Family Fund, and The Community Fund for New Jersey ($2,017,667; 11/10 – 12/16)

Co-Principal Investigator (with Bruce Western, PI), *Boston Re-entry Study*, funded by the U.S. National Institutes of Health ($336,000; 4/12 – 3/14) and National Science Foundation ($192,680; 4/13 – 3/15)

Principal Investigator, *An Analysis of the Field Interrogation and Search Practices by the Boston Police Department*, funded by the Laura and John Arnold Foundation ($40,000; 4/14 – 3/15)

Principal Investigator, *Smart Policing: Action Research to Understand and Prevent Violence in Boston*, funded by the U.S. Bureau of Justice Assistance ($471,395; 1/10 – 6/16)

Principal Investigator (with Christopher Winship, Co-PI), *Evaluation of the StreetSafe Boston Gang Violence Reduction Initiative: An Action Research Proposal*, funded by The Boston Foundation ($1,000,000; 7/09 – 3/14)

Principal Investigator, *Project Safe Neighborhoods, District of Massachusetts,* funded by the U.S. Bureau of Justice Assistance ($480,000; 8/02 – 3/14)

Principal Investigator, *The Strategic Prevention of Gang Violence in Boston: An Action Research Partnership with the City of Boston*, funded by the Executive Office of Public Safety, State of Massachusetts ($297,000; 7/06 – 12/09)

Principal Investigator, *Preventing Homicide and Serious Gun Violence in San Francisco and Oakland, California*, funded by the Evelyn and Walter Haas, Jr. Fund ($445,000; 1/06 – 12/09)

Co-Principal Investigator (with Glenn Pierce, PI, and Garen Wintemute, Co-PI), *New Approaches to Identifying Secondary Market Sources of Illegal Firearms,* funded by the U.S. National Institute of Justice ($205,891; 10/07 – 3/09)

Co-Principal Investigator (with Tom Tyler, PI; Jeffrey Fagan, Tracey Meares, and Christopher Winship, Co-PIs), *Legitimacy and Policing,* funded by the American Bar Foundation and Yale Law School ($110,000; 5/07 – 12/08)

Principal Investigator, *Interviewing Parents on the Legitimacy of Consent Searches of Their Child's Room to Recover Illegal Guns: An Assessment of the Boston Safe Homes Initiative*, funded by The Boston Foundation ($15,000; 3/08 – 12/08)

Principal Investigator, *The Strategic Prevention of Gang Violence in Northeastern Massachusetts: An Action Research Partnership with the Lowell Police Department*, funded by the Executive Office of Public Safety, State of Massachusetts ($120,000; 7/06 – 10/07)

Principal Investigator, *Comparing the Effects of Intensive Enforcement and Community Problem-Oriented Policing on Crime, Disorder, and Citizen Perceptions of Legitimacy in Crime Hot Spots in Lowell, Massachusetts*, funded by the U.S. Bureau of Justice Assistance ($199,277; 1/05 – 5/07)

Principal Investigator, *Research Partnership with the Boston Police Department to Prevent Violent Crime in Boston*, funded by The Boston Foundation ($150,000; 9/03 – 9/06)

Co-Principal Investigator (with Greg Ridgeway, PI; George Tita and Glenn Pierce, Co-PIs), *Strategic Disruption of Illegal Firearms Markets: A Los Angeles Demonstration Program*, funded by the U.S. National Institute of Justice ($649,870; 10/01 – 6/06)

Co-Principal Investigator (with Deborah Azrael, PI), *Evaluation of the Milwaukee Homicide Review Commission*, funded by the U.S. National Institute of Justice ($219,813; 7/04 – 6/05)

Principal Investigator, *Project Safe Neighborhoods, Eastern District of California,* funded by the U.S. Bureau of Justice Assistance ($150,000; 8/02 – 9/05)

Principal Investigator, *Developing Problem-Solving Interventions to Control Illicit Firearms Markets in Boston*, funded by the U.S. National Institute of Justice ($343,245; 1/99– 6/04)

Principal Investigator, *Problem-Oriented Policing and Crime Prevention*, funded by the U.S. National Institute of Justice ($92,189; 5/99 – 12/01)

Co-Principal Investigator (with Frank Hartmann, PI; David M. Kennedy, Co-PI)*, Strategic Crime Prevention in Baltimore*, funded by the Safe and Sound Campaign via funds from the Soros Foundation and local Baltimore charities ($600,000; 6/98 – 12/00)

Research Director (Mark H. Moore, PI; Philip J. Cook, Co-PI), *To Investigate Plausibly Effective Methods of Dealing with the Current Epidemic of Youth Violence Through Interventions*, funded by the Alfred P. Sloan Foundation ($605,469; 1/96 – 12/00)

Research Director (Anne M. Piehl, PI), *A Proposal to Examine Supplementary Homicide Reports Regarding Youth Homicide in Boston*, funded by the U.S. Bureau of Justice Statistics ($30,000; 5/97 – 12/97)

Research Director (Anne M. Piehl, PI; David M. Kennedy, Co-PI), *Firearms and Violence: Juveniles, Illicit Markets, and Fear*, funded by the U.S. National Institute of Justice ($501,781; 3/95 – 6/98)

Field Research Director (David L. Weisburd, PI), *Controlling Violent Crime Places in Jersey City: A Problem-Oriented Policing Approach*, funded by the U.S. National Institute of Justice ($150,812; 1/94 – 8/95)

Field Researcher (David L. Weisburd, PI), *Jersey City Drug Market Analysis Program*, funded by the U.S. National Institute of Justice ($453,548; 10/91 – 4/94)

<u>Internal Sources</u>        Principal Investigator / Co-Principal Investigator total = $6,019,702

Principal Investigator, Northeastern University, Provost's Office and College of Social Sciences and Humanities, *Establishing and Sustaining the Center on Crime and Community Resilience* ($5,895,758; 2/18 – 6/25)

Principal Investigator, Northeastern University, Global Resilience Institute, *Establishing the Center on Crime and Community Resilience* ($123,944; 7/18 – 5/20)

## **OTHER PROFESSIONAL APPOINTMENTS**

New York City Police Department (NYPD) Federal Monitor team member in the settlements of the *City of New York v. Floyd et al., City of New York v. Ligon et al., and City of New York v. Davis et al.* cases in the Southern District of New York, United States District Court (Peter Zimroth, Monitor) (12/14 – Present)

Member, International Association of Chiefs of Police Firearms Policy Committee (10/18 – Present)

Science Advisory Board, Office of Justice Programs, U.S. Department of Justice (4/15 – 12/18)

U.S. National Academies, National Research Council (2001 – 2017)
- Member of the Committee on Proactive Policing: Effects on Crime, Communities, and Civil Liberties (2015 – 2017)

- Reviewer of the final report by the Committee on Causes and Consequences of High Rates of Incarceration (2014)
- Consultant to Panel on Assessing the Feasibility, Accuracy, and Technical Capability of a National Ballistics Database (2004 – 2008)
- Participant and Presenter at Improving Evaluation of Criminal Justice Programs workshop (5/02)
- Consultant to Panel on Improving Information and Data on Firearms (2002 – 2004)
- Consultant to Panel on Case Studies of School Violence (2001 – 2003)

Senior Fellow, Institute for Public Research, CNA Corporation (1/14 – 6/17)

Member, Police Foundation Research Advisory Board (7/12 – 6/15)

Chief Policy Advisor, Office of the Police Commissioner, Boston Police Department (7/07 – 11/13)

President, Academy of Experimental Criminology (Elected two-year term 1/12 – 12/13)

Vice President, Academy of Experimental Criminology (Elected two-year term 1/10 – 12/11)

Member, International Association of Chiefs of Police Research Advisory Committee (11/09 – 12/14)

Steering Committee and Participant, Executive Session on Policing and Public Safety, U.S. National Institute of Justice and Kennedy School of Government, Harvard University (2008 – 2014)

Visiting Scholar, Australian Research Council Centre for Excellence in Policing and Security, Brisbane, Queensland, Australia (3/09)

Member, Subcommittee on Urban Crime Strategies, Massachusetts Governor's Commission on Criminal Justice Innovation (10/03 – 4/04)

Visiting Fellow, National Institute of Justice, Office of Justice Programs, U.S. Department of Justice (5/99- 12/02)

U.S. Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) (6/96- 12/07)
- Policy advisor and researcher on the operations of illegal firearms markets
- Co-developer of *eAnalysis* illegal gun trafficking computerized decision support system
- Presenter in ATF workshops on disrupting illegal gun markets for law enforcement agents
- Member of the Youth Crime Gun Interdiction Initiative (YCGII) analysis group (1996 – 2000)
- Policy advisor on the development of the National Integrated Ballistics Information Network

## HONORS, AWARDS, AND SELECTIVE STIPENDS

Commissioner's Commendation, recognizing research and policy recommendations made to the Boston Police Department on improving investigative practices, incorporating new technology, and reducing gun violence.  Presented by Commissioner William B. Evans (8/18).

Fellow, American Society of Criminology (4/16)

Joan McCord Award, recognizing distinguished experimental contributions to criminology and criminal justice, presented by the Academy of Experimental Criminology (2014)

Herman Goldstein Award Finalist, honoring the best problem-oriented policing project of 2012 and presented by the U.S. Office of Community Oriented Policing Services (10/12).  Recognizing the Boston Police Department Safe Street Teams policing program (role: program design and evaluator)

International Association of Chiefs of Police, August Vollmer Award for Excellence in Forensic Science: Innovation in Forensic Technology (10/12), for Boston Police Department / Forensic Technology Incorporated BulletTrax-3D pilot project (role: pilot project design and evaluator)

International Association of Chiefs of Police, Excellence in Law Enforcement Research Award (10/11), recognizing action research partnership with the Boston Police Department

International Association of Chiefs of Police, Community Policing Award Finalist (10/11), recognizing the Boston Police Department Safe Street Teams policing program (role: program design and evaluator)

U.S. Department of Justice, Project Safe Neighborhoods Outstanding Service by a Research Partner Award (7/10)

United States Attorney General's Award for Outstanding Contributions to Community Partnerships for Public Safety (10/09)

Fellow, Academy of Experimental Criminology (Elected 3/06)

Special Commendation, 2005. Presented by the Special Agent in Charge of the Los Angeles Field Division, Bureau of Alcohol, Tobacco, Firearms, and Explosives of the U.S. Department of Justice for reducing firearms crime in Los Angeles (10/05)

California Department of Justice Commendation, 2005. Presented by the Attorney General of California for reducing firearms crime in the State of California (10/05)

Civic Leadership Award, 2004.  Presented by The Boston Foundation for commitment to community safety in Boston (11/04)

Highly Commended Article Award, 2004. Presented by the Literati Club of the Emerald Publishing Group for the 2003 article "Measuring and Improving Police Performance: The Lessons of Compstat and Its Progeny." *Policing: An International Journal of Police Strategies and Management*, 26 (3): 439 – 453 (with Mark Moore)

Director's Commendation, 2000. Presented by the Bureau of Alcohol, Tobacco, and Firearms of the U.S. Department of the Treasury for exceptional contributions to the Bureau's mission of enforcing Federal firearms laws (3/00)

Webber Seavey Award for Quality in Law Enforcement, 1999.  Presented to members of the Boston Gun Project/ Operation Ceasefire Working Group by the International Association of Chiefs of Police (12/99)

Herman Goldstein Award Winner, honoring the best problem-oriented policing project of 1998. Presented to members of the Boston Gun Project/ Operation Ceasefire Working Group by the Police Executive Research Forum (11/98)

Silver Bullet Award, 1997. *U.S. News & World Report* 16 Smart Ideas to Fix the World, recognizing gang violence reduction efforts by the Boston Gun Project / Operation Ceasefire Working Group in Boston (12/97)

Person of the Year Honoree, 1997.  Presented to members of the Boston Gun Project/ Operation Ceasefire Working Group by the *Law Enforcement News*, a publication of the John Jay College of Criminal Justice of the City University of New York (12/97)

Innovations in American Government Award, 1997.  Presented to members of the Boston Gun Project/ Operation Ceasefire Working Group by the Ford Foundation in Partnership with the Council for Excellence in Government and Harvard  University's Kennedy School of Government (12/97)

Stipend, National Institute of Justice, for attendance at "Longitudinal Data and Analysis" workshop, Inter-University Consortium for Political and Social Research, University of Michigan, Ann Arbor ($1000, 6/97)

Dean's Award for Outstanding Doctoral Dissertation, Graduate School- Newark, Rutgers University (5/97)

Stipend, National Institute of Justice, for attendance at "Criminal Justice Data: Crime in Community Context" workshop, Inter-University Consortium for Political and Social Research, University of Michigan, Ann Arbor ($1000, 6/95).

Stipend, National Institute of Justice, for attendance at "Criminal Justice Methodology and Analysis: Police Data" workshop, Inter-University Consortium for Political and Social Research, University of Michigan, Ann Arbor ($1000, 6/94)

Teaching Fellowship, Rutgers University School of Criminal Justice (1991- 1994)

Richard J. Hughes Award, Highest Academic Standing in Master's Program (GPA 4.0), Rutgers University School of Criminal Justice (5/93)

Outstanding Academic Achievement Award, (Overall GPA 3.84, Criminal Justice GPA 3.97) University of Massachusetts (5/91)

## TEACHING EXPERIENCE

Non-tenured faculty appointments:

Department of Sociology, Faculty of Arts and Sciences, Harvard University
Visiting Professor of Sociology (9/14 – 6/15)
Lecturer on Sociology (7/05 – 6/10)

Kennedy School of Government, Harvard University
Lecturer in Public Policy (7/05 – 6/09)
Adjunct Lecturer in Public Policy (7/04-6/05, 7/09-6/10)

College of Criminal Justice, Northeastern University
Visiting Assistant Professor (1/95 – 6/95)

Department of Criminal Justice, University of Massachusetts, Lowell
    Visiting Adjunct Professor (92 – 93, Summers)

Executive education:

Senior Management Institute for Police, Police Executive Research Forum (2007 - 2014)

China's Leaders in Development, Ash Center for Democratic Governance and Innovation, Kennedy
    School of Government, Harvard University (9/13)

Experiments in Policing Masterclass, Institute for Social Science Research, University of Queensland
    (4/13)

National Executives Institute, U.S. Federal Bureau of Investigation (7/10).

Courses taught:

*Rutgers University, School of Criminal Justice*

    Policing Urban Communities (27:202:533)
    (Taught for 3 semesters, enrollment ranged between 10 and 16 graduate students)

    Issues in Policing Seminar: Evolution of Contemporary Policing (27:202:656:01)
    (Taught for 1 semester, enrollment was 5 graduate students)

*Harvard University, Kennedy School of Government and Faculty of Arts and Sciences*

    Policing Urban Communities (SOC 259)
    (Taught for 1 semester, enrollment was 8 graduate students)

    Crime, Community, and Public Policy (SOC-193 cross-listed as CCJ-104)
    (Taught for 2 semesters, enrollment was 26 and 36 graduate and undergraduate students)

    Empirical Methods and Analysis for Managers (API-205)
    (Taught for 3 semesters, enrollments ranged between approximately 30 and 60 graduate students)

    Crime, Justice, and the American Legal System (SOC-179 cross-listed as CCJ-103)
    (Taught for 4 semesters, enrollments ranged between approximately 100 and 240 graduate and
    undergraduate students)

    Community Justice and Public Safety (SOC-98Br)
    (Taught for 1 semester, offered jointly with the Boston University Prison Education Program in
    MCI-Norfolk state prison, enrollment was 19 undergraduate students)

*Northeastern University, College of Criminal Justice*

    Policing a Democratic Society (CCJ – 330)
    (Taught for 2 quarters, enrollment ranged between approximately 35 and 40 undergraduate
    students)

Critical Issues in Criminal Justice (CCJ – 110)
(Taught for 2 quarters, enrollment ranged between approximately 80 and 110 undergraduate students)

*University of Massachusetts, Lowell, Department of Criminal Justice*

Criminal Justice System (CJ -101)
(Taught for 2 summer sessions, enrollment ranged between approximately 25 and 30 undergraduate students)

Teaching awards:

Certificate of Distinction in Teaching, Derek Bok Center for Teaching and Learning, Harvard University (Fall 2006, Fall 2007, Spring 2010)

Dean's Teaching Award, Kennedy School of Government, Harvard University (Fall 2005, Fall 2006, Fall 2007, Fall 2009)


**UNIVERSITY SERVICE**

Academic committee and school service work:

*Northeastern University, College of Social Sciences and Humanities*

Member, Resilience Education Domain Mapping Working Group (2018 – Present)
Member, Ph.D. Student Funding Working Group (2018 – Present)
Member, Faculty Merit Review Working Group (2018 – Present)
Member, Unit Leadership Advisory Committee (2016 – Present)
Member, External Review Advisory Committee (2017 – 2018)

*Rutgers University, School of Criminal Justice*

Member, Ph.D. Committee (2013 – 2016)
Director, M.A. in Criminal Justice Program (2012 – 2013)
Member, Undergraduate Honors Program Committee (2012 – 2013)
Chair, Ph.D. Qualifying Exam Committee (2011 – 2012)
Member, Executive Committee (2010 – 2014)
Member, Professional Development Committee (2010 – 2012).

*Harvard University, Kennedy School of Government*

Harvard Interfaculty Partnership on Crime and Justice Committee (2005 – 2010)
Master in Public Administration Admissions Committee (2005 - 2010)
Spring Exercise Faculty, "Global Hunger – Challenging the World" (2009), "The Evolving US – China Relationship" (2010)

<u>Dissertations and Theses Supervised</u>

*Northeastern University, School of Criminology and Criminal Justice*

Doctoral dissertation committee member:

Emma Fridel, "Extreme Killing in Context: Comparing the Individual, Community, and State Correlates of Mass Murder and Single-Victim Homicide," Ph.D. in Criminology and Justice Policy (2017 – Present)

Ieke De Vries, "Crime in Public Space and Online Domains: Sex Work and Sex Trafficking in Massage Businesses," Ph.D. in Criminology and Justice Policy (2017 – Present)

Chelsea Farrell, "Contextualizing Police-Citizen Interactions within the Intersections of Gender, Race, and Place," Ph.D. in Criminology and Justice Policy (2017 – Present)

William Sharpe, "Assessing Deterrence Processes in Targeted Street Gang Interventions: A Social Network Approach," Ph.D. in Criminology and Justice Policy (2016 – Present)

Russell Wolff, "Under Construction: Exploring Partnership in Policing as a Contextualized, Organization-Level Approach," Ph.D. in Criminology and Justice Policy (2017 – 2018)

*Rutgers University, School of Criminal Justice*

Doctoral dissertation committee member:

Cory Schnell, "Exploring the 'Criminology of Place' in Chicago: A Multi-Level Analysis of the Relationship between High-Crime Neighborhoods and Chronic Hot Spots," Ph.D. in Criminal Justice (2015 – 2017) (*Chair)

Leigh Grossman, "The Salience of Social Disorganization and Criminal Opportunity Theories in Explaining Chronic Violent Crime Places: A Case-Control Study in Newark, New Jersey," Ph.D. in Criminal Justice (2014 – 2016) (*Chair)

Mustafa Demir, "Recorded Justice: A Randomized Controlled Trial of the Effect of Body-Worn Cameras on Police and Citizens," Ph.D. in Criminal Justice (2014 – 2016)

Antony Leberatto, "Survivor Scripts and Safety Scripts in Lima, Peru: Citizens' Cognitive Assessments and Decisions to Maintain Safety during Victimization Events and in their Daily Routine," Ph.D. in Criminal Justice (2014 – 2015)

Rosalyn Bocker Parks, "Examining Spatiotemporal Patterns of Disorder at Bars in Newark, New Jersey," Ph.D. in Criminal Justice (2013 – 2015)

Nusret Mesut Sahin, "Legitimacy, Procedural Justice, and Police-Citizen Encounters: A Randomized Controlled Trial of the Impact of Procedural Justice on Citizen Perceptions of the Police during Traffic Stops in Turkey," Ph.D. in Criminal Justice (2012 – 2014) (*Chair)

Ko-Hsin Hsu, "How Are Street Drug Dealing Locations Selected? A Situational Analysis," Ph.D. in Criminal Justice (2012 – 2014)

William D. Moreto, "To Conserve and Protect: An Analysis of Law Enforcement and Illegal Activities in Queen Elizabeth Conservation Area, Uganda," Ph.D. in Criminal Justice (2012 – 2013)

Brian T. Smith, "Differential Shoplifting Risks of Fast-Moving Consumer Goods." Ph.D. in Criminal Justice (2011 – 2013)

Nerea Marteache, "An Analysis of Employee Theft from Passengers at United States Airports Using an Environmental Criminology Perspective," Ph.D. in Criminal Justice (2011 – 2012)

Stephen F. Pires, "The Illegal Parrot Trade in the Neo-Tropics: The Relationship between Poaching and Illegal Pet Markets," Ph.D. in Criminal Justice (2011 – 2012)

Michele L. Muni, "Policing Domestic Violence: A Case Study of Organizational Change in the Trenton, New Jersey, Police Department," Ph.D. in Criminal Justice (2010 – 2012)

Michael Jenkins, "Shifting Organizational Strategies of Police Departments Implementing Broken Windows Policing," Ph.D. in Criminal Justice (2009 – 2011)

*Harvard University, Faculty of Arts and Sciences, Department of Sociology*

Doctoral dissertation committee member:

Alexandra Ciomek, "An Analysis of the Relationship between Boston Gang Membership, Social Networks, and Crime," Ph.D. in Sociology (2016 – Present)

Roland Neil, "The Contextual Sources of Police Behavior: Understanding Stop, Question, and Frisk in New York City," Ph.D. in Sociology (2018 – Present)

Senior Honors Thesis Advisor and Reader (2006 – 2010). Theses supervised:

Benjamin Jenkins, "Violence, Hip Hop, and the Life Outcomes of Black Youth" (2010)

Danielle Schnur, "The Hill Versus the Field: A Case Study Analysis of Sustained Gang Violence Between Two Boston Gangs" (2010)

Caroline Stiles Hostetter, "'Homegirls' and 'Hood Girls:' Unveiling Important Differences Among Violent Female Youth in Boston" (2008)

Jacob Model, "Success Despite Failure: An Analysis of the Diffusion of Drug Courts in the United States from 1994 –2002" (2007)

Pablo Bernard Sison Torre, "Sympathy for the Devil? Child Homicide, Victim Characteristics, and the Sentencing Preferences of the American Conscience" (2007) (*Winner* – Fulton Prize recognizing best sociology thesis)

*Harvard University, Kennedy School of Government*

Doctoral dissertation committee member:

> Beau Kilmer, "Does Parolee Drug Testing Influence Employment and Education Outcomes? Evidence from a Randomized Experiment with Noncompliance," Ph.D. in Public Policy (2005 – 2007)

Master in Public Policy applied thesis supervisor:

> David Baumwoll and Rasheba Johnson, "Protecting Newark's Future: Understanding and Reducing Youth Homicides in Newark, New Jersey" (2010)

> Desmond Serrette, "The Mayor's Summer Youth Initiative: Building a Successful Juvenile Reentry Program in Baltimore, Maryland" (2009)

> Matthew Hogan, "Maximizing the Effectiveness of CCTV in Boston" (2008)

> David Hureau, "Building Community Partnerships and Reducing Youth Violence in Boston's Cape Verdean Neighborhoods" (2006)

> Liana Tuller, "Looking into the Black Box: How Addressing Inmates' Psychosocial Needs Can Improve Post Release Outcomes" (2006)

> Mark Canavera, "Taking Aim: Strengthening Small Arms Control Advocacy in Senegal" (2006)

*Brandeis University, Heller School for Social Policy and Management*

Doctoral dissertation committee member:

> Liliokanaio Peaslee, "Agents of Social Change: Police – Social Policy Engagement in Four New England Cities," Ph.D. in Politics and Social Policy (2004 – 2008)

## OTHER PROFESSIONAL ACTIVITIES

Member:       American Society of Criminology
                    - Division of Experimental Criminology
                    - Division of Policing
                    - Division of People of Color and Crime
              American Sociological Association
                    - Crime, Law, and Deviance section
              Academy of Criminal Justice Sciences
                    - Police section

              Alpha Phi Sigma, Criminal Justice National Honor Society

Service to the Profession:

American Society of Criminology:

        Program Committee Member:
                Area Chair- Policing and Law Enforcement, 2012
                Area Chair- Correlates of Crime: Firearms, 2010
                Division Chair- Firearms, 2007
                Division Chair- Intermediate Sanctions, 1998

        National Policy Committee, 2012 – 2015
        Liaison to the International Association of Chiefs of Police, 2013 – 2015
        Fellow Award Committee, 2018 – 2019
        August Vollmer Award Committee, 2008 – 2009, 2015 – 2016
        Vice Chair, Division of Policing, 2014 – 2016
        Executive Counselor, Division of Experimental Criminology, 2011 – 2013
        Training Committee, Division of Experimental Criminology, 2009 – 2011
        Student Affairs Committee Member, 2002-2003

Academy of Criminal Justice Sciences

        Student Affairs Committee Member, 1995-1996

Evaluator, Innovations in American Government Awards Program of the Ford Foundation, 1997 – 2006

Journal Service:

Editorial Board Member, *Cambridge Journal of Evidence-Based Policing*, 2017 – Present
Editorial Board Member, *Journal of Quantitative Criminology*, 2016 – Present
Editorial Board Member, *Journal of Intelligence & Analysis*, 2012 – Present
Advisory Board Member, *Criminal Law and Criminal Justice Books*, 2011 – Present
Consulting Editor, *Evaluation Review*, 2011 – Present
Editorial Board Member, *Journal of Criminal Justice*, 2010 – Present
Editorial Board Member, *Journal of Experimental Criminology*, 2008 – Present
Editorial Board Member, *Journal of Research in Crime and Delinquency*, 2012 – 2016
Editorial Board Member, *Epidemiologic Reviews*, Special issue on "Gun Violence: Risk, Consequences,
    and Prevention," 2014-2015
Associate Editor, *Justice Quarterly*, 2006 – 2009
Associate Editor, *Journal of Quantitative Criminology*, 2014 – 2016
Editor, *The Experimental Criminologist*, Academy of Experimental Criminology / Division of
    Experimental Criminology newsletter (2010 – 2012).
Senior Editor, "How Police View Arrest." *Criminology & Public Policy*, 16 (2), 2017
Senior Editor, "Focused Deterrence in New Orleans." *Criminology & Public Policy*, 14 (3), 2015
Senior Editor, "Policing the Homeless." *Criminology & Public Policy*, 9 (4), 2010

Ad-Hoc Referee:

*Aggression and Violent Behavior, American Law and Economics Review, American Journal of
Preventive Medicine, American Journal of Public Health, American Journal of Sociology, American
Sociological Review, Australian and New Zealand Journal of Criminology, Canadian Journal of*

*Criminology and Criminal Justice, City & Community, Crime & Delinquency, Crime, Law, and Social Change, Crime Prevention and Community Safety, Criminal Justice and Behavior, Criminal Justice Review, Criminology, Criminology & Public Policy, Epidemiologic Reviews, Epidemiology, Evaluation Review, Homicide Studies, Injury Prevention, Journal of the American Medical Association, Journal of the American Statistical Association, Journal of Criminal Justice, Journal of Criminal Law and Criminology, Journal of Drug Issues, Journal of Experimental Criminology, Journal of Law and Economics, Journal of Legal Studies, Journal of Policy Analysis and Management, Journal of Quantitative Criminology, Journal of Research in Crime and Delinquency, Journal of Urban Health Justice Quarterly, Justice Research and Policy, Law & Society Review, Law & Social Inquiry, Nature, Police Practice and Research, Police Quarterly, Policing: A Journal of Policy and Practice, Policing: An International Journal of Police Strategies and Management, Preventive Medicine, Public Administration Review, Review of Economics and Statistics, Security Journal, Social Problems, Sociological Forum, Sociological Methods and Research, The Economic Journal, The Justice Professional, The Milbank Quarterly, Theoretical Criminology*

Ad-Hoc Manuscript and Proposal Reviewer:

National Academies Press, Oxford University Press, Cambridge University Press, Cengage / Wadsworth Publishing

University Tenure and Promotion External Reviewer:

Harvard University, University of Pennsylvania, University of Maryland, Indiana University, Michigan State University, Temple University, Northeastern University, George Mason University, University of South Carolina, Arizona State University, University of California – Davis, Sam Houston State University, University of Central Florida, Hebrew University

## CONFERENCE PARTICIPATION AND PUBLIC LECTURES

Braga, Anthony A. 2018. Panelist for "20th Anniversary of the Academy of Experimental Criminology: Looking Back and Forward." Roundtable discussion at the annual meeting of the American Society of Criminology, November, Atlanta, Georgia.

Ciomek, Alexandra, Anthony A. Braga, and Andrew V. Papachristos. 2018. "Tied to Guns: Understanding Firearm Access in a Co-Offending Network." Paper presented at the annual meeting of the American Society of Criminology, November, Atlanta, Georgia.

Grossman, Leigh, Cory Schnell, and Anthony A. Braga. 2018. "The Routine Activities of Violent Crime Places: A Case-Control Study of Crime Opportunities on Street Segments." Paper presented at the annual meeting of the American Society of Criminology, November, Atlanta, Georgia.

Lloyd, Tracey, David Hureau, and Anthony A. Braga. 2018. "A Policy Evaluation of the Street Safe Boston Gang Violence Intervention." Paper presented at the annual meeting of the American Society of Criminology, November, Atlanta, Georgia.

Braga, Anthony A., Philip J. Cook, Brandon Turchan, and Lisa Barao. "Fatal and Non-Fatal Gun Assaults in Boston: A Comparative Analysis of the Influence of Investigative Activities on Clearances." Paper presented at the annual meeting of the American Society of Criminology, November, Atlanta, Georgia.

Braga, Anthony A. 2018. Panelist for "Policing Illegal Guns." Discussion panel at the 50th Anniversary of the School of Criminology and Criminal Justice, Northeastern University, April, Boston, Massachusetts.

Kennedy, David M., Mark A. R. Kleiman, and Anthony A. Braga. 2017. "Beyond Deterrence: Strategies of Focus and Fairness." Paper presented at the annual meeting of the American Society of Criminology, November, Philadelphia, Pennsylvania.

Braga, Anthony A. 2017. Panelist for "Current Policing Issues and Challenges." Roundtable discussion at the annual meeting of the American Society of Criminology, November, Philadelphia, Pennsylvania.

Braga, Anthony A. 2017. "Proactive Policing Impacts on Crime and Disorder: A Report of the National Academies of Sciences." Presentation at the annual meeting of the American Society of Criminology, November, Philadelphia, Pennsylvania.

Braga, Anthony A., Brandon Turchan, David Hureau, and Andrew V. Papachristos. 2017. "Hot Spots Policing and Crime Prevention: An Updated Systematic Review and Meta-Analysis." Paper presented at the annual meeting of the American Society of Criminology, November, Philadelphia, Pennsylvania.

Braga, Anthony A. 2017. "Outcome and Impact Findings from the Las Vegas Body Worn Camera Experiment." Paper presented at the annual meeting of the American Society of Criminology, November, Philadelphia, Pennsylvania.

Braga, Anthony A., William Sousa, James Coldren, and Denise Rodriguez. 2017. "The Effects of Body Worn Cameras on Police Activity and Police-Citizen Encounters: A Randomized Controlled Trial." Paper presented at the Department of Criminology Colloquium, University of Pennsylvania, September, Philadelphia, Pennsylvania.

Braga, Anthony A. 2017. Panelist for "Race and Criminal Justice in Massachusetts and America." The George Lewis Ruffin Society Convocation, April, Boston, Massachusetts.

Hureau, David, and Anthony A. Braga. 2016. "Illegal Guns in Boston: Patterns and Policy." Paper presented at the annual meeting of the American Society of Criminology, November, New Orleans, Louisiana.

Schnell, Cory, Anthony A. Braga, and Eric L. Piza. 2016. "The Influence of Community Areas, Neighborhood Clusters, and Street Segments on the Spatial Variability of Violent Crime in Chicago." Paper presented at the annual meeting of the American Society of Criminology, November, New Orleans, Louisiana.

Braga, Anthony A., Brandon Turchan, and David Weisburd. 2016. "The Impact of Focused Deterrence on Crime: An Updated Systematic Review and Meta-Analysis." Paper presented at the annual meeting of the American Society of Criminology, November, New Orleans, Louisiana.

Braga, Anthony A., James Coldren, Denise Rodriguez, and William Sousa. 2016. "Findings from the Randomized Experiment with Body Worn Cameras at the Las Vegas Metropolitan Police Department." Paper presented at the annual meeting of the American Society of Criminology, November, New Orleans, Louisiana.

Braga, Anthony A., Jeffrey Fagan, Rod K. Brunson, and April Pattavina. 2016. "Stops and Stares: Street Stops, Surveillance and Race in the New Policing." Paper presented at the annual meeting of the American Society of Criminology, November, New Orleans, Louisiana.

Braga, Anthony A. 2016. Panelist – "Challenges and Solutions for Researching Community Perspectives." U.S. Bureau of Justice Assistance, Smart Policing Initiative Collaboration Workshop, August, Lowell, Massachusetts.

Braga, Anthony A. 2016. "The Application of Social Disorganization and Crime Opportunity Measures to Understand the Criminology of Place." Paper presented at the Crime and Place Symposium, Hebrew University Law School, May, Jerusalem, Israel.

Braga, Anthony A. 2016. "Policing Urban Communities: Applying Research Evidence to Promote Fair and Effective Policing." Distinguished Lecture Series, School of Criminal Justice, University of Cincinnati, April, Cincinnati, Ohio.

Braga, Anthony A. 2016. "Long Term Trends in the Sources of Boston Crime Guns." Paper presented at the Underground Gun Markets Conference, Russell Sage Foundation, April, New York, New York.

Roberto, Elizabeth, Andrew V. Papachristos, and Anthony A. Braga. 2016. "Closer to Guns, Closer to Crime: The Role of Street Gangs in Facilitating Access to Illegal Guns." Paper presented at the Underground Gun Markets Conference, Russell Sage Foundation, April, New York, New York.

Braga, Anthony A., Daniel Nagin, Cynthia Lum, Philip J. Cook, and Jerry Ratcliffe. 2016. "Proactive Policing and Crime Reduction." Presentation at the second meeting of the National Research Council, Committee on Proactive Policing, February, Washington, DC.

Weisburd, David L., Anthony A. Braga, Elizabeth R. Groff, and Alese Wooditch. 2015. "Can Hot Spots Policing Reduce Crime in Jurisdictions? Findings from an Agent Based Model Simulation." Paper presented at the annual meeting of the American Society of Criminology, November, Washington, DC.

Coldren, James, Anthony A. Braga, William H. Sousa, and Denise Rodriguez. 2015. "Findings from the Randomized Experiment with Body Worn Cameras at the Las Vegas Metropolitan Police Department." Paper presented at the annual meeting of the American Society of Criminology, November, Washington, DC.

Wade, Brian A., Shadd Maruna, Anthony A. Braga, Rod K. Brunson, and Kashea Pegram. 2015. "On the Block: Examining an Anti-Violence Streetworker Program in Newark, New Jersey." Paper presented at the annual meeting of the American Society of Criminology, November, Washington, DC.

Braga, Anthony A. and Philip J. Cook. 2015. "The Criminal Records of Gun Offenders." Georgetown University Law School Symposium on the Second Amendment, November, Washington, DC.

Braga, Anthony A. 2015. Panelist – "Urban Partnerships to Prevent Gun Violence." Subverting the Gospel of Guns Summit, Andover Newton Theological School, October, Newton, Massachusetts.

Braga, Anthony A. 2015. Panelist – "Strengthening Law Enforcement – Community Relations." National Institute of Justice Research for the Real World seminar, U.S. Department of Justice, September, Washington, DC.

Moreto, William, Rod K. Brunson, and Anthony A. Braga. 2015. "Examining Law Enforcement Ranger Deviance in Uganda." Paper presented at the annual meeting of the Academy of Criminal Justice Sciences, March, Orlando, Florida.

Braga, Anthony A. 2014. "Investigating Potentially Harmful Impacts in a Gang Streetworker Program." Joan McCord lecture, American Society of Criminology, November, San Francisco, California.

Hureau, David M. and Anthony A. Braga. 2014. "Understanding Underground Gun Markets in Boston." Paper presented at the annual meeting of the American Society of Criminology, November, San Francisco, California.

Schnell, Cory, Anthony A. Braga, and Eric Piza. 2014. "Investigating the Concentration and Stability of Crime at Micro-Places in Chicago." Paper presented at the annual meeting of the American Society of Criminology, November, San Francisco, California.

Pegram, Kashea, Rod K. Brunson, Anthony A. Braga, and Robert Apel. 2014. "Examining the Role of Third Parties to Enhance Police Legitimacy." Paper presented at the annual meeting of the American Society of Criminology, November, San Francisco, California.

Braga, Anthony A. and Glenn L. Pierce. 2014. "Illegal Gun Markets in Boston: What We Know and What We Don't Know." Presentation at the New England Regional Gun Trafficking Summit convened by Boston Mayor Martin J. Walsh, April, Boston, Massachusetts.

Braga, Anthony A. 2014. "The Dynamics of Illegal Gun Markets: Empirical Evidence and Implications." Presentation at the annual meeting of the American Association for the Advancement of Science, February, Chicago, Illinois.

Braga, Anthony A. 2013. "Embedded Criminologists in Police Departments." Ideas in American Policing Lecture, Police Foundation, December, Washington DC.

Braga, Anthony A., Cory Schnell, and Brandon C. Welsh. 2013. "Broken Windows Policing to Reduce Crime: Preliminary Findings from a Campbell Systematic Review and Meta-Analysis." Paper presented at the annual meeting of the American Society of Criminology, November, Atlanta, Georgia.

Hureau, David M. and Anthony A. Braga. 2013. "The Secret Lives of Crime Guns in Boston." Paper presented at the annual meeting of the American Society of Criminology, November, Atlanta, Georgia.

Braga, Anthony A. 2013. "Beyond Putting 'Cops on Dots': Applying Empirical Evidence to Improve Police Responses to Violent Places." Donald and Margaret Sherman Violence Prevention Lecture, Jerry Lee Center of Criminology, University of Pennsylvania, October, Philadelphia, Pennsylvania.

Braga, Anthony A. 2013. "Preventing Gun Violence by Focusing on Risky Places and Risky People." Public lecture, Department of Criminal Justice, Temple University, May, Philadelphia, Pennsylvania.

Braga, Anthony A. 2013. "Police Departments as Learning Organizations: The Value of Academic-Practitioner Research Partnerships." Presentation at the annual Israel Drapkin symposium, New Directions in Crime and Justice Research: Implications for Practice and Policy, Hebrew University Law School, March, Jerusalem, Israel.

Braga, Anthony A. and Peter L. Gagliardi. 2013. "Enforcing Federal Firearms Laws Against Firearms Traffickers." Paper presented at the Summit on Reducing Gun Violence in America, Bloomberg School of Public Health, Johns Hopkins University, January, Baltimore, Maryland.

Braga, Anthony A., Andrew V. Papachristos, and David M. Hureau. 2012. "The Effects of Hot Spots Policing on Crime: An Updated Systematic Review and Meta-Analysis." Paper presented at the annual meeting of the American Society of Criminology, November, Chicago, Illinois.

Welsh, Brandon C., Anthony A. Braga, and Meghan E. Peel. 2012. "Can 'Disciplined Passion' Overcome the Cynical View? An Empirical Inquiry of Evaluator Influence on Police Crime Prevention Program Outcomes." Paper presented at the annual meeting of the American Society of Criminology, November, Chicago, Illinois.

Braga, Anthony A. and Nora Baston. 2012. "The Boston Police Department Safe Street Teams Program." Presentation at the 23rd Annual Problem-Oriented Policing Conference, sponsored by the U.S. Office of Community Oriented Policing Services, October, Providence, Rhode Island.

Braga, Anthony A. 2012. "Reviewing the Evidence on the Effects of Focused Deterrence Strategies on Crime." Neil A. Weiner Speaker Series, Vera Institute of Justice, September, New York, New York.

Braga, Anthony A., Garen J. Wintemute, Glenn L. Pierce, Philip J. Cook, and Greg Ridgeway. 2012. "Interpreting the Empirical Evidence on Illegal Gun Market Dynamics." Paper presented at the U.S. National Institute of Justice Conference, June, Washington, DC.

Braga, Anthony A. and Edward F. Davis. 2012. "Police Departments as Learning Organizations: The Importance of Long Term Academic – Practitioner Collaborations." Presentation at the International Association of Chiefs of Police Research Advisory Committee meeting, April, Boston, Massachusetts.

Brunson, Rod K. and Anthony A. Braga. 2012. "We Trust You, But Not *That* Much: Preliminary Findings on Police – Black Clergy Relationships in Boston." Paper presented at the Rebuilding Community Action for Peace Conference, National Press Club, March, Washington, DC.

Braga, Anthony A. 2012. "Understanding the Nature of Urban Gun Violence Problems." Congressional Briefing on Reducing Gun Violence, U.S. House of Representatives, February, Washington, DC.

Braga, Anthony A. and David L. Weisburd. 2011. "The Effects of Focused Deterrence Strategies on Crime: A Systematic Review and Meta-Analysis." Paper presented at the annual meeting of the American Society of Criminology, November, Washington, DC.

Braga, Anthony A. 2011. Panelist, "Smart Policing Research Partnerships." Roundtable discussion at the annual meeting of the American Society of Criminology, November, Washington, DC.

Pierce, Glenn L., Anthony A. Braga, and Garen Wintemute. 2011. "New Approaches to Understanding and Regulating Primary and Secondary Illegal Firearms Markets." Paper presented at the annual meeting of the American Society of Criminology, November, Washington, DC.

Lipton, Robert, Xiaowen Yang, and Anthony A. Braga. 2011. "Drug Arrest and Alcohol Outlet Adjacency: Correlates of Violence in an Urban Setting." Paper presented at the annual meeting of the American Society of Criminology, November, Washington, DC.

Braga, Anthony A. 2011. Panelist, "Preventing and Responding to Violence." Reimagining the City – University Connection: Integrating Research, Policy, and Practice. Radcliffe Institute for Advanced Study, Harvard University, October, Cambridge, Massachusetts.

Braga, Anthony A. 2011. Panelist, "New Jersey's Report Card: Evidence-Based Practices in Action." Rutgers University Evidence-Based Initiative for Justice Policies and Practices, October, Newark, New Jersey.

Braga, Anthony A. 2011. "Crime Analysis to Understand Risky People and Risky Places in Gun Violence Problems." Presentation at the International Association of Crime Analysts, September, Hyannis, Massachusetts.

Braga, Anthony A. 2011. "Controlling Violent Crime Hot Spots in Boston." Keynote Address at the U.S. Bureau of Justice Assistance Smart Policing Initiative Conference, September, Alexandria, Virginia.

Braga, Anthony A. and David L. Weisburd. 2011. "The Effects of Focused Deterrence Strategies on Crime: Assessing the Empirical Evidence." Paper presented at the U.S. Community Oriented Policing Services Conference, August, Washington, DC.

Braga, Anthony A. 2011. "Quasi-Experimentation When Random Assignment is Not Possible: Observations from Practical Experiences from the Field." Paper presented at The Netherlands Institute on Crime and Law Enforcement International Workshop on Advances in Experimental Criminology, May, Amsterdam, The Netherlands.

Braga, Anthony A. 2011. Panelist, "Data-Driven Strategies: Principles for Practice." U.S. Department of Justice National Forum on Youth Violence Prevention, Summit on Preventing Youth Violence, April, Washington, DC.

Braga, Anthony A. 2011. Plenary Panelist, "The Promise of Problem-Solving: What's Still Required to See This Idea Mature?" National Executive Session on Policing and Public Safety, sponsored by the U.S. Office of National Drug Control Policy and U.S. National Institute of Justice, Harvard Kennedy School, January, Cambridge, Massachusetts.

Braga, Anthony A. 2010. "Pulling Levers Focused Deterrence Strategies: Assessing the Empirical Evidence." Criminology in Practice Lecture, University of Pennsylvania, December, Philadelphia, Pennsylvania.

Braga, Anthony A. 2010. "Designing and Leading Randomized Field Experiments: Working with the Police." Division of Experimental Criminology Workshop. Annual meeting of the American Society of Criminology, November, San Francisco, California.

Braga, Anthony A. 2010. Discussant, "Winning the Battle and the War on Open-Air Drug Markets: Further Exploration of the Collaborative Approach to the High Point Drug Market Intervention." Annual meeting of the American Society of Criminology, November, San Francisco, California.

Braga, Anthony A. 2010. Panelist, Author Meets Critics. "*Making Public Places Safer: Surveillance and Crime Prevention* by Brandon C. Welsh and David P. Farrington." Annual meeting of the American Society of Criminology, November, San Francisco, California.

Lipton, Robert, Xiaowen Yang, and Anthony A. Braga. 2010. "Drug Markets and Violence in Boston: A Geo-Spatial Analysis." Paper presented at the annual meeting of the American Society of Criminology, November, San Francisco, California.

Braga, Anthony A., Stewart Wakeling, Ronda Jackson, and Daniela Gilbert. 2010. "Understanding Serious Violence in Oakland, California: A Preliminary Analysis." Presentation at the U.S. Department of Justice Oakland Gang Crime Summit: Strategic Efforts in Crime and Violence Reduction, August, Oakland, California.

Heinrich, Theodore and Anthony A. Braga. 2010. "Focused Deterrence and Norm Changing Strategies: The Problem of Sustainability." Paper presented at the National Network for Safe Communities Leadership Group conference, July, New York.

Braga, Anthony A. and Peter Neyroud. 2010. "The Changing Role of the Investigator." Presentation at the Stockholm Criminology Symposium, June, Stockholm Sweden.

Braga, Anthony A. 2010. "Police Research and Police Innovation in the United States." Presentation made at Harvard Kennedy School, Criminal Justice and Empirical Theory: An Applied Workshop for Junior Scholars from China, May, Cambridge, Massachusetts.

Braga, Anthony A. 2010. "Moving the Work of Criminal Investigators Towards Crime Control." Paper presented at the annual Police Executive Research Forum meeting, April, Philadelphia, Pennsylvania.

Braga, Anthony A. and David L. Weisburd. 2010. "A Systematic Review of Pulling Levers / Focused Deterrence Strategies on Gang and Group-Involved Violence." Paper presented at research meeting of the National Network for Safe Communities, March, New York, New York.

Mastrofski, Stephen D., David Weisburd, and Anthony A. Braga. 2009. "Rethinking Policing: The Policy Implications of Hot Spots of Crime." Paper presented at the annual meeting of the American Society of Criminology, November, Philadelphia, Pennsylvania.

Braga, Anthony A. and David L. Weisburd. 2009. "Systematic Review of the Effects of Pulling Levers Policing on Crime." Paper presented at the annual meeting of the American Society of Criminology, November, Philadelphia, Pennsylvania.

Papachristos, Andrew V., David M. Hureau, and Anthony A. Braga. 2009. "Connected in Conflict: Network Position, Victimization, and Offending Among Gang Members in Boston." Paper presented at the annual meeting of the American Society of Criminology, November, Philadelphia, Pennsylvania.

Braga, Anthony A., Edward Flynn, and Christine Cole. 2009. "Reorienting the Role of the Criminal Investigator." Paper presented at the Annual U.S. National Institute of Justice Conference, June, Washington, DC.

Papachristos, Andrew V., David Hureau, and Anthony A. Braga. 2009. "The Corner and the Crew: The Role of Inter-group Conflict and Geographic Turf on Gang Violence in Chicago and Boston." Capturing Contexts Conference: Bridging Spatial and Network Analyses, Columbia University, June, New York, New York.

Braga, Anthony A. 2009. "Experimental Design, Random Assignment, and Control." Presentation made at Harvard Kennedy School, Criminal Justice and Empirical Theory: An Applied Workshop for Junior Scholars from China, April, Cambridge, Massachusetts.

Braga, Anthony A., Andrew V. Papachristos, and David Hureau. 2009. "The Concentration and Stability of Gun Violence at Micro Places in Boston, 1980 – 2008." Paper presented at Crime and Place Working Group special session on the Empirical Evidence on the Relevance of Place in Criminology, April, Fairfax, Virginia.

Braga, Anthony A. 2009. Panelist, "Policing Reform." Centre of Excellence in Policing and Security Symposium, March, Sydney, Australia.

Braga, Anthony A. 2009. "Policing Gangs and Gun Violence Problems." Presentation made at the Centre of Excellence in Policing and Security Symposium, March, Sydney, Australia.

Braga, Anthony A. 2009. "Pulling Levers Strategies to Prevent Gang Violence." Presentation made at Reducing Violent Crime at Places Congressional Briefing, U.S. Congress, January, Washington, DC.

Braga. Anthony A. 2008. "Police-Community Collaborations to Reduce Gun Violence: A Comparison of the Chicago PSN Project with Operation Ceasefire in Boston." Presentation made at U.S. Department of Justice-sponsored Project Safe Neighborhoods in Chicago Research Dissemination Conference, December, Chicago, Illinois.

Pierce, Glenn, Anthony A. Braga, and Garen Wintemute. 2008. "New Approaches to Identifying Secondary Market Sources of Illegal Firearms." Paper presented at the annual meeting of the American Society of Criminology, November, St. Louis, Missouri.

Braga, Anthony A. 2008. "Understanding and Preventing Serious Violence in Boston." Keynote Speaker Address at the 47th Annual Correction Education Association Region I Conference, May, Plymouth, Massachusetts.

Braga, Anthony A. and Brenda J. Bond. 2008. "Community Perceptions of Police Crime Prevention Efforts: Using Interviews in Small Areas to Evaluate Problem-Oriented Policing Interventions." Paper presented at the Conference on the Evaluation of Problem-Oriented Policing sponsored by the National Police University College, May, Stavern, Norway.

Braga, Anthony A., David Onek, and Tracey Meares. 2007. "Reducing Street Violence in San Francisco: A Partnership-Based Violence Prevention Strategy." Paper presented at the Community Policing in Three Dimensions Conference, sponsored by the Australian National University, December, Canberra, Australia.

Braga, Anthony A. and David Hureau. 2007. "Evaluation of Boston's 2006 Gun Buyback Program." Paper presented at the annual meeting of the American Society of Criminology, November, Atlanta, Georgia.

Braga, Anthony A. 2007. "Police Innovation and the Prevention of Gun Violence in the United States." Paper presented at the Seminar on Policies to Control Illegal Firearms Trafficking and Illegal Access to Firearms, sponsored by the Mexican Attorney General's Office and the Migration Policy Institute, November, Cocoyoc, Morelos, Mexico.

Braga, Anthony A. 2007. "The Illegal Supply of Firearms in the United States." Paper presented at the Seminar on Policies to Control Illegal Firearms Trafficking and Illegal Access to Firearms, sponsored by the Mexican Attorney General's Office and the Migration Policy Institute, November, Cocoyoc, Morelos, Mexico.

Braga, Anthony A., Mallory O'Brien, and Deborah Azrael. 2007. "Evaluation of the Milwaukee Homicide Review Commission." Paper presented at the U.S. Department of Justice Annual Conference on Criminal Justice Research and Evaluation, July, Washington, DC.

Braga, Anthony A. 2007. Panelist, "Community Solutions: Creating Regional and Neighborhood Anti-Gang Initiatives." City of San Diego Summit on Preventing Gang Violence sponsored by the San Diego Gang Commission and the U.S. Attorney's Office, Southern District of California, May, San Diego, California.

Braga, Anthony A. 2006. "Gangs and Gang Violence in Massachusetts." Presentation at the Second Annual Gang Intervention Summit: Deterrence and Prevention, U.S. Attorney's Office, District of Massachusetts, December, Boston, Massachusetts.

Braga, Anthony A. and David L. Weisburd. 2006. "Police Innovation and Crime Prevention: Lessons Learned from Police Research over the Past Twenty Years." Paper presented at the Police Research Planning Workshop sponsored by the U.S. National Institute of Justice, November, Washington, DC.

Braga, Anthony A. and Glenn L. Pierce. 2006. "Where Are Boston's Crime Guns Coming From?" Paper presented at Regional Conference of Mayors Against Illegal Guns, November, Boston, Massachusetts.

Greeley, Darrin, Anthony A. Braga, and Jay Walsh. 2006. "Operation Home Safe: Hot Spots Policing and Crime Prevention." Presentation at the International Association of Chiefs of Police conference, October, Boston, Massachusetts.

Braga, Anthony A. 2006. "Understanding Recent Homicide and Serious Violent Crime Trends in Boston." Paper presented at the U.S. Department of Justice Gang Intervention Summit, October, Bedford, New Hampshire.

Braga, Anthony A. 2006. "A Criminologist's Perspective on the Rising Violent Crime Rate."  Paper presented at the Police Executive Research Forum, Critical Issues in Policing Series: National Violent Crime Summit, August, Washington, DC.

Braga, Anthony A. 2006. Panelist, "Where Are the Guns Coming From?" Boston's Community Summit on Youth and Handgun Violence sponsored by Boston Mayor's Office, March, Boston, Massachusetts.

Braga, Anthony A. 2005. "Gang Violence Reduction in Lowell, Massachusetts." Panel discussion at the Law Enforcement Coordinating Conference, U.S. Attorney's Office, District of Massachusetts, December, Boston, Massachusetts.

Braga, Anthony A. and Glenn L. Pierce. 2005. "Disrupting Illegal Firearms Markets in Boston: The Effects of Operation Ceasefire on the Supply of Guns to Criminals." Paper presented at the annual meeting of the American Society of Criminology, November, Toronto, Ontario, Canada.

O'Brien, Mallory, Deb Azrael, and Anthony A. Braga. 2005. "The Advantage of Homicide Incident Reviews: A Comparison of Three Data Sources." Paper presented at the annual meeting of the American Society of Criminology, November, Toronto, Ontario, Canada.

Pierce, Glenn L. and Anthony A. Braga. 2005. "Illegal Gun Markets and the Use of Guns in Crime." Paper presented at the annual meeting of the American Society of Criminology, November, Toronto, Ontario, Canada.

Cook, Philip J., Jens Ludwig, Sudhir Venkatesh, and Anthony A. Braga. 2005. "Underground Gun Markets." Paper presented at the annual meeting of the American Society of Criminology, November, Toronto, Ontario, Canada.

Braga, Anthony A. 2005. "Hot Spots Policing and Crime Prevention: A Systematic Review." Paper presented at the 14th World Congress of Criminology, International Society of Criminology, August, Philadelphia, Pennsylvania.

Pierce, Glenn L. and Anthony A. Braga. 2005. "Identifying Patterns of Firearms Trafficking: Analytic Tools for Focused Law Enforcement." Paper presented to the Royal Canadian Mounted Police, Forensic Technology Seminar, June, Montreal, Canada.

Cook, Philip J., Jens Ludwig, Sudhir Venkatesh, and Anthony A. Braga. 2005. "Underground Markets for Guns." Paper presented at the Criminology and Economics Summer Seminar, June, College Park, Maryland.

Braga, Anthony A. 2005. Panelist, "National Executive Session on Gangs II." Conference sponsored by U.S. Department of Justice Office of Community Oriented Policing Services, April, Los Angeles, California.

Braga, Anthony A. 2005. "Gun Enforcement and Ballistics Imaging Technology in Boston." Paper presented to the Panel on the Feasibility, Accuracy, and Technical Capability of a National Ballistics Database, National Research Council, February, Washington, DC.

Braga, Anthony A. 2004. "Crime Guns, Gun Criminals, and Ballistics Imaging Technology." Paper presented to the Panel on the Feasibility, Accuracy, and Technical Capability of a National Ballistics Database, National Research Council, December, Washington, DC.

Ridgeway, Gregory, George Tita, Anthony A. Braga, and Glenn L. Pierce. 2004. "Illegal Gun Markets in Los Angeles and Intervention Strategies." Paper presented at the annual meeting of the American Society of Criminology, November, Nashville, Tennessee.

Braga, Anthony A. 2004. "Analyzing Homicides: Dying to Know." Plenary session at the Fifteenth Annual Problem-Oriented Policing Conference, October, Charlotte, North Carolina.

Braga, Anthony A. and Glenn L. Pierce. 2004. "The Illegal Diversion of Firearms from the United States to Foreign Countries." Paper presented at The Third International Conference on Urban Health, October, Boston, Massachusetts.

Braga, Anthony A. and Glenn L. Pierce. 2004. "Disrupting Illegal Firearms Markets in Boston: The Effects of Operation Ceasefire on the Supply of Guns to Criminals." Paper presented at the U.S.

Department of Justice Annual Conference on Criminal Justice Research and Evaluation, July, Washington, DC.

Braga, Anthony A. 2004. Panelist, "National Executive Session on Gangs." Conference sponsored by U.S. Department of Justice Office of Community Oriented Policing Services, July, Los Angeles, California.

Braga, Anthony A. 2004. Panelist, "Illegal Gun Markets and Supply-Side Strategy." U.S. Department of Justice Project Safe Neighborhoods National Conference, June, Kansas City, Missouri.

Tita, George, Anthony A. Braga, Glenn L. Pierce, and Alan Saiz. 2004. "Mapping Illegal Gun Markets: National, Regional, Local Patterns." Presentation at the Seventh Annual International Crime Mapping Research Conference, April, Boston, Massachusetts.

Braga, Anthony A. 2004. "Key Elements to Effective Community Crime Prevention." Keynote Address at The BostonFoundation's Community Safety Forum on Quality of Life in Our Neighborhoods: Successes and Challenges in Addressing Crime, January, Boston, Massachusetts.

Braga, Anthony A and Glenn L. Pierce. 2003. "Understanding Trends in Boston's Illegal Firearms Market." Paper presented at the annual meeting of the American Society of Criminology, November, Denver, Colorado.

Braga, Anthony A. 2003. "The Participation of Academics in the Criminal Justice Working Group Process." Paper presented at the U.S. National Institute of Justice Action Research Workshop, October, Washington, DC.

Braga, Anthony A. 2003. "Policing Hot Spots." Paper presented at the Workshop on Improving Evaluation of Criminal Justice Programs, Committee on Law and Justice, National Research Council, September, Washington, DC.

Braga, Anthony A. 2003. "Hot Spots Policing and Crime Prevention: Evidence from Randomized Controlled Trials." Paper presented at the Smith Richardson Meeting on New Findings from the Campbell Collaboration Testbed Project, May, St. Michaels, Maryland.

Braga, Anthony A. 2003. "Understanding Gang Problems in Lowell, Massachusetts." Paper presented at the International Asian Organized Crime Conference, May, Boston, Massachusetts.

Braga, Anthony A. and Glenn L. Pierce. 2003. "Assessing the Value Added to Gun Law Enforcement Operations by Ballistics Imaging Technology." Paper presented at the Second Annual International Forensic Technology Symposium, May, Montreal, Canada.

Braga, Anthony A. 2003. Panelist, "Gangs, Guns, and Graffiti." Annual conference of the Massachusetts District Attorneys Association, April, Braintree, Massachusetts.

Braga, Anthony A. 2003. "Supply Side Intervention: Disrupting Illegal Gun Markets." Paper presented at the U.S. Department of Justice Project Safe Neighborhoods National Conference, January, Philadelphia, Pennsylvania.

Braga, Anthony A. 2002. "International Firearms Trafficking." Paper presented at the annual meeting of the American Society of Criminology, November, Chicago, Illinois.

Braga, Anthony A. 2002. "Policing to Prevent Gun Violence." Presentation to the Panel to Improve Research Information and Data on Firearms, Committee on Law and Justice, National Research Council, May, Washington, DC.

Braga, Anthony A. 2002. "The Temporal and Spatial Dimensions of Illegal Firearms Markets." Paper presented at the annual meeting of the Academy of Criminal Justice Sciences, March, Anaheim, California.

Ginsburg, Susan, Glenn L. Pierce, and Anthony A. Braga. 2002. "ATF Information Systems." Presentation to the Panel to Improve Research Information and Data on Firearms, Committee on Law and Justice, National Research Council, May, Washington, DC.

Pierce, Glenn L. and Anthony A. Braga. 2001. "The Character of Local Illegal Firearms Markets and Information Resources: Implications for Enforcement and Policy." Paper presented at the annual meeting of the American Society of Criminology, November, Atlanta, Georgia.

Braga, Anthony A. 2001. "Selected Review of Related Literature on Violence." Presentation to the Panel on Case Studies in School Violence, Committee on Law and Justice, National Research Council, October, Washington, DC.

Braga, Anthony A. 2001. "Perspectives on Current Research: Gun Markets." Presentation to the Panel to Improve Research Information and Data on Firearms, Committee on Law and Justice, National Research Council, August, Washington, DC.

Braga, Anthony A. 2001. "Perspectives on Relevant Data: ATF Firearms Trace Data." Presentation to the Panel to Improve Research Information and Data on Firearms, Committee on Law and Justice, National Research Council, August, Washington, DC.

Braga, Anthony A. 2001. "Strategic Use of Information Resources to Disrupt Illegal Gun Markets." Paper presented at the U.S. Department of Justice Annual Conference on Criminal Justice Research and Evaluation, July, Washington, DC.

Braga, Anthony A. 2001. Panelist, Author Meets Critics. "Shots in the Dark: The Policy, Politics, and Symbolism of Gun Control by William J. Vizzard." Annual meeting of the Academy of Criminal Justice Sciences, April, Washington, DC.

Braga, Anthony A. 2001. "Hot Spots Policing to Reduce Crime." Paper presented at the Campbell Collaboration Crime and Justice Group Systematic Reviews of Criminological Interventions Conference, April, Washington, DC.

Braga, Anthony A. 2000. "Disrupting Illegal Gun Markets in Boston." Paper presented at the annual meeting of the American Society of Criminology, November, San Francisco, California.

Kennedy, David M., and Anthony A. Braga. 2000. "Problem Solving for Homicide Prevention in Baltimore." Paper presented at the annual meeting of the American Society of Criminology, November, San Francisco, California.

Braga, Anthony A. 2000. "Impact Evaluation of Boston's Operation Ceasefire." Paper presented at the U.S. Department of Justice Annual Conference on Criminal Justice Research and Evaluation, July, Washington, DC.

Braga, Anthony A. 2000. "Boston Gun Project Impact Evaluation Findings." Paper presented at Youth Violence in Urban Cities conference of the Urban Seminar Series on Children's Health and Safety directed by William Julius Wilson and funded by The Robert Wood Johnson Foundation, May, Cambridge, Massachusetts.

Braga, Anthony A., and David M. Kennedy. 1999. "Illegal Firearms Trafficking in the United States." Paper presented at the annual meeting of the American Society of Criminology, November, Toronto, Ontario, Canada.

Waring, Elin J. and Anthony A. Braga. 1999. "Adverse Outcomes in Experiments: Methodological, Statistical, and Ethical Issues." Paper presented at the annual meeting of the American Society of Criminology, November, Toronto, Ontario, Canada.

Braga, Anthony A. and David M. Kennedy. 1999. "Gun Shows and Illegal Firearms Trafficking." Paper presented at the annual meeting of the Academy of Criminal Justice Sciences, March, Orlando, Florida.

Braga, Anthony A. 1998. "Mapping Gangs: Research for Problem Solving." Paper presented at Mapping Out Crime: The Second Annual Crime Mapping Research Conference, sponsored by the National Institute of Justice, December, Arlington, Virginia.

Braga, Anthony A., David M. Kennedy, and Anne M. Piehl. 1998. "Problem Solving and Youth Violence: An Evaluation of the Boston Gun Project." Paper presented at the annual meeting of the American Society of Criminology, November, Washington, D.C.

Waring, Elin J., Anthony A. Braga, and David L. Weisburd. 1998. "Relationships Among Crimes at High Activity Places." Paper presented at the annual meeting of the American Society of Criminology, November, Washington, D.C.

Braga, Anthony A., and David M. Kennedy. 1998. "Operation Ceasefire: Some Preliminary Evaluation Findings." Paper presented at the annual meeting of the Academy of Criminal Justice Sciences, March, Albuquerque, New Mexico.

Braga, Anthony A., and David M. Kennedy. 1997. "Tracking Firearms Markets in Boston." Paper presented at the annual meeting of the American Society of Criminology, November, San Diego, California.

Braga, Anthony A., David L. Weisburd, Elin J. Waring, and Lorraine Green Mazerolle. 1997. "Solving Violent Crime Problems: A Randomized Experimental Evaluation." Paper presented at the annual meeting of the American Society of Criminology, November, San Diego, California.

Braga, Anthony A. 1997. Panelist, "Pulling Levers: Getting Deterrence Right." Eighth Annual International Problem-Oriented Policing Conference, sponsored by the Police Executive Research Forum, November, San Diego, California.

Braga, Anthony A. 1997. Moderator for workshop, "Operation Ceasefire: Interagency Partnerships Against Youth Firearms Violence." Annual Training Institute of the American Probation and Parole Association, August, Boston, Massachusetts.

Braga, Anthony A. 1997. "Mapping Gangs and Gang Violence in Boston." Paper presented at the U.S. Department of Justice Annual Conference on Criminal Justice Research and Evaluation, July, Washington, DC.

Braga, Anthony A. and David M. Kennedy. 1997. "Information Foundations for Violence Reduction Projects: Firearm Tracing Data." Paper presented at the annual meeting of the Homicide Research Working Group, June, Shepherdstown, West Virginia.

Kennedy, David M. and Anthony A. Braga. 1997. "Illicit Firearms Markets in Boston." Paper presented at the annual meeting of the Academy of Criminal Justice Sciences, March, Louisville, Kentucky.

Braga, Anthony A. 1996. "Problem Solving in Violent Crime Places." Paper presented at the annual meeting of the American Society of Criminology, November, Chicago, Illinois.

Kennedy, David M. and Anthony A. Braga. 1996. "Youth Gun Violence in Boston: Gun Markets, Serious Youth Offenders, and a Use Reduction Strategy." Paper presented at the annual meeting of the American Society of Criminology, November, Chicago, Illinois.

Braga, Anthony A. 1996. Panelist on Plenary Session, "Firearms: What Can Be Done?" National Youth Gang Symposium, June, Dallas, Texas.

Kennedy, David M. and Anthony A. Braga. 1996. "The (Un)Known Universe: Mapping Gangs and Guns in Boston." Paper  presented at the annual meeting of the Academy of Criminal Justice Sciences, March, Las Vegas, Nevada.

Kennedy, David M. and Anthony A. Braga. 1996. "Firearms and Violence: Gangs, Illicit Markets, and Fear in Boston." Paper presented at the annual meeting of the Academy of Criminal Justice Sciences, March, Las Vegas, Nevada.

Braga, Anthony A., David L. Weisburd, and Lorraine A. Green. 1995. "Identifying Violent Crime Hot Spots in Jersey City." Paper presented at the annual meeting of the American Society of Criminology, November, Boston, Massachusetts.

Nurge, Dana M., Anthony A. Braga, David L. Weisburd, and Lorraine A. Green. 1994. "Research Note: The Influence of Race on Narcotics Enforcement." Paper presented at the annual meeting of the American Society of Criminology, November, Miami, Florida.

Braga, Anthony A., David L. Weisburd, and Lorraine A. Green. 1993.  "Drug Buys as a Research Tool." Paper presented at the annual meeting of the American Society of Criminology, October, Phoenix, Arizona.

Byrne, James M., and Anthony A. Braga. 1993. "Revocation Issues in Community Corrections." Paper presented at the annual meeting of the American Society of Criminology, October, Phoenix, Arizona.

Clear, Todd R., Anthony A. Braga, and Lisa Macaluso. 1992. "Contacts vs. Programs in Workload Measurement in Probation and Parole Supervision." Paper presented at the annual meeting of the American Society of Criminology, November, New Orleans, Louisiana.

Byrne, James M., and Anthony A. Braga. 1991. "An Examination of Gender-Bias in the Juvenile Risk/Need Classification Process." Paper presented at the annual meeting of the American Society of Criminology, November, San Francisco, California.

Braga, Anthony A. 1991. "The Availability and Effectiveness of Intermediate Sanctions: A Re-Examination." Paper presented at the annual meeting of the Academy of Criminal Justice Sciences, March, Nashville, Tennessee.