# EXHIBIT 5

# CASSANDRA "Cassi" CHANDLER
cmchand007@gmail.com
(571) 244-0125

## SUMMARY OF QUALIFICATIONS

***Distinguished 30+ year career as a thought leader and innovative strategist*** — Excels in creating vision, mobilizing resources, building relations and delivering strong, sustainable results. Proven success in delivering industry-wide best practices in predicting emerging risks through intelligence driven capabilities.

## PROFESSIONAL EXPERIENCE

**Bank of America (January 2008 – May 31, 2017)**
**Senior Vice President, Charlotte, North Carolina**

- **Business Operations Executive (2014-2017)**
  - Executive leadership, oversight and development of predictive analytics programs to identify regulatory, operational and reputational risks and improve the customer experience
  - Designed and built integrated framework for assessing operational effectiveness of enterprise-wide areas of coverage in support of enterprise control partners (Audit, Compliance, Risk) and business managers
  - Incorporated emerging technology to drive advanced analytics and identify internal cycles of success and failure to support cultural changes and training needs

- **Corporate Compliance Senior Executive – Regulatory Relations (2012-2014)**
  - Executive leader of regulatory relations, enterprise engagement, exam and issues management with the Consumer Financial Protection Bureau (CFPB)
  - Managed and influenced consumer financial protection interactions nationally with federal regulators, financial services trade associations, peer banks, U.S. Chamber of Commerce, law firms, consulting firms and other non-bank financial services
  - Used predictive analytics to identify emerging consumer risks and areas of possible focus of consumer advocates and regulators

- **Global Corporate Security Senior Executive – Investigative Services (2008-2012)**
  - Executive leadership of a global team of Investigators, Intelligence Analysts, Change Managers, Six Sigma Engineers, Process Designers and Fraud Policy Strategists
  - Responsible for global detection, prevention analytics and investigation of internal and external fraud,

**Red Team Member – U.S. Marine Corp Evaluation Team (Periodic throughout Year 2014)**

- One of 13 consultants participating in a national "Red Team" to assess the U.S. Marine Corp's process for evaluating qualifications and internal review of training to determine if women should be allowed to compete for previously closed Military Occupational Specialties (MOS) and combat jobs.

**Federal Bureau of Investigation (1985 – 2007)**
**Senior Executive Service (SES) - Special Agent**

- **Assistant Director (SES) - Training Division, FBI Academy**
  - Oversaw 2400 employees and national and international law enforcement students and executives and related training programs at the FBI Academy, Quantico Marine Corp Base, Virginia
  - Directed post 9/11 redesign of FBI New Agents training and international police "National Academy" training curriculum to improve terrorism and counterintelligence training and development
  - Developed FBI's first intelligence analyst training program

- − Removed subjective criteria that had negative racial and gender impact on trainee dismissals and established protocols to ensure documentation of counseling and training prior to trainee dismissals
- − Strengthened coalitions between national and international law enforcement executives, academic leaders and congressional leaders

♦ **Special Agent in Charge**
- − Directed FBI's criminal, counterterrorism and intelligence investigations and business continuity activities for southern Virginia (Norfolk Field Office) with oversight and administration of personnel, facilities and multi-million dollar budget
- − Leader and consensus builder of investigative and intelligence community efforts serving the Second Fleet Naval installation, NCIS, U.S. Coast Guard, NATO Command and Chiefs of Police of seven major cities

♦ **Assistant Director (SES) - National Spokesperson, Office of Public Affairs**
- − Directed public affairs, global relations, executive events planning and the National Citizens Academy
- − Media strategist directing national media events, responding to inquiries and coordinating media engagement with the White House, DOJ, CIA and other Federal Agencies; Crises management

♦ **Section Chief (SES) and Supervisor**
- − Oversaw development of criminal and domestic terrorism national intelligence programs
- − Developed national requirements for analyst's credentials, established analysts training and continuous education program to improve the agency's cadre of professional analysts
- − Crisis Manager of National Strategic Operations Center during 9/11 crisis and parallel investigation
- − Conducted and supervised investigations of complex white collar crimes, financial crime, healthcare and government frauds. Developed and implemented the FBI's National Health Care Fraud program
- − Managed counterintelligence and counterterrorism programs

♦ **Special Agent Attorney - Legal Counsel Division (Office of General Counsel)**
- − Legal defense of FBI and its employees in Civil actions, Tort claims and Bivens actions

## PRE-FBI EXPERIENCE
♦ **US Army Corps of Engineers - Legal Counsel**
- − Legal support and defense of the US government in eminent domain matters

♦ **WRBT TV - News Anchor, Reporter and Talk Show Host**
- − Weekday news anchor for local NBC affiliate, investigative reporting and host of weekly talk show

## EDUCATION
**Louisiana State University –** Bachelor of Arts **(**Dual Major: Journalism and English**)**
**Loyola University School of Law –** Juris Doctorate
**Kennedy School of Government –** Graduate of Senior Managers in Government Program
**Kellogg School of Management –** Executive Leadership Program
**National Executive Institute (NEI) for Law Enforcement Executives -** Graduate

## MEMBERSHIP and HONORS

United States "Presidential Rank of Meritorious Executive" SES Award
National Women in Policing "Breaking the Glass Ceiling" Award
NAACP "Trail Blazer" Award
Board of Directors, Louisiana State University - National Diversity Advisory Board
Board of Visitors, Johnson C. Smith University
Global Diversity & Inclusion Board, Bank of America
Member:  National Organization of Black Law Enforcement Executives (NOBLE)
         International Association of Chiefs of Police (IACP)