# EXHIBIT 6

# Jennifer L. Eberhardt

Department of Psychology
Stanford University
Jordan Hall - Building 420
Stanford, CA 94305-2130
(650) 703-2224 (voice)
(650) 725-5699 (fax)
jleberhardt@stanford.edu

## EDUCATION

Ph.D. Psychology, Harvard University, June 1993

A.M. Psychology, Harvard University, March 1990

B.A. Psychology, University of Cincinnati, *magna cum laude*, June 1987

## POSITIONS & APPOINTMENTS

Associate Professor of Psychology.  Stanford University.  September 2007 – present.

Courtesy Appointment, Stanford Law School. September 2013 – September 2014.

Associate Professor (Teaching) of Psychology.  Stanford University.  May 2005 – August 2007.

Assistant Professor (Teaching) of Psychology.  Stanford University.  September 1998 -  April 2005.

Assistant Professor of Psychology and of African & African American Studies. Yale University.  July 1995 - June 1998.

Postdoctoral Research Associate.  Department of Psychology - Stanford University. Conducted research on the effects of stereotype threat on the academic performance of African American students under the sponsorship of Dr. Claude M. Steele. September 1994 - June 1995.

Postdoctoral Research Associate.  Social and Personality Psychology Division – University of Massachusetts at Amherst.  Conducted research on stereotyping and intergroup relations with Dr. Susan T. Fiske.  July 1993 - July 1994.

**ACADEMIC HONORS & AWARDS**

Named John D. and Catherine T. MacArthur Foundation Fellow, Class of 2014.

Named one of Foreign Policy's 100 Leading Global Thinkers 2014.

Institute for Research in the Social Sciences (IRiSS) Faculty Fellow – Stanford University – 2012-2013.

Dean's Award for Distinguished Achievements in Teaching – Stanford University – 2010-2011.

Clayman Institute for Gender Research – Faculty Research Fellow – Stanford University – 2010-2011.

Dean's Award for Distinguished Achievements in Teaching – Stanford University – 2006-2007.

Gordon and Pattie Faculty Fellow- Stanford University – awarded to one social scientist per year in the School of Humanities and Sciences – 2006-2007.

Residential Fellow – Center for Advanced Study in the Behavioral Sciences – Stanford, CA - 2005-2006.

Selected as the APS Observer "Champion of Psychology" for November 2006.

Junior Faculty Professional Development Award – Research Institute of Comparative Studies in Race and Ethnicity (RICSRE) - Stanford University - 2003-2004.

Distinguished Alumnae Award – University of Cincinnati – a career award honoring only 6 University of Cincinnati women graduates per year.  April 2002.

Junior Faculty Fellowship - Yale University - competitive award for junior faculty in the social sciences to facilitate development of research program.  Award includes one year of paid leave (1998/99).  (Declined to accept current position at Stanford University)  October 1997.

Irvine Postdoctoral Teaching Fellowship - award to support the development and improvement of multicultural curricula.  September 1995 - June 1996.

National Academy of Education Spencer Postdoctoral Fellowship - to pursue research involving black students' perceptions of prejudice and discrimination in the academic setting.  September 1994 - June 1995.

National Research Council - Ford Foundation Postdoctoral Fellowship (Declined to accept Spencer Postdoctoral Fellowship.)  September  1994 -  June 1995.

National Science Foundation - Minority Graduate Student Travel Award - to assist in the selection of an institution for postdoctoral research.  July 1992.

Ford Foundation Dissertation Fellowship.  July 1991 - June 1992.

Tinker Foundation Field Research Grant - award to pursue research on stereotyping biases in Brazil, sponsored by Harvard University - Committee on Latin American and Iberian Studies.  Summer 1992.

Minority Prize Fellowship - Harvard University.  September 1987 - June 1991.

McMaster Bequest - research award for investigating the effects of stereotyping biases on the attribution process, sponsored by Harvard University - Psychology Department.  December 1991.

Gordon W. Allport Memorial Grant - research award for preliminary investigation of Black English Vernacular, sponsored by Harvard University, Psychology Department.  May 1989.


**RESEARCH GRANTS**

EXTERNAL GRANTS FUNDED

City of Oakland –Exploring the Role of Race in Police Officers' Interactions with the Public: A Stanford SPARQ Initiative. Time period 2014-2015. Award amount - $132,000. Principal Investigator.

National Science Foundation - Policing Racial Bias project.  Time period - 2004-2009.  Award amount - $118,900.  Principal Investigator.

Russell Sage Foundation – Policing Racial Bias project.  Time period – 2004-2008. Award amount - $35,000.  Principal Investigator.

National Science Foundation – Minority Career Advancement Award.  Time period – 2004-2005.  Award amount - $51,705.  Principal Investigator.

National Institutes of Health – Development of Race Bias in Face Recognition. Time period - 2002-2006.  Award amount  - $387,940. Principal Investigator.

National Science Foundation - Constructing Race.  Time period - 2000-2005.  Award amount - $200,111.  Principal Investigator.

Russell Sage Foundation Grant - Ethnic identification and stereotype threat: The case of West Indians.  Time period - 1999-2000.   Award amount - $60,000.  Consultant.

## INTERNAL GRANTS FUNDED

The President's Office– seed grant to develop SPARQ (Social Psychological Answers to Real-World Questions). Time period – 2014-2016. Award amount - $180,000. Co-Principal Investigator.

Humanities and Sciences Dean's Award – seed grant to develop SPARQ (Social Psychological Answers to Real-World Questions). Time period – 2014-2016. Award amount - $100,000. Co-Principal Investigator.

Institute for Research in the Social Sciences (IRiSS) Seed Grant – The Continued Dehumanization of Blacks in the Modern Era.  Time period – 2008-2009.  Award amount - $5,000.  Principal Investigator.

The Iris F. Litt, M.D. Fund – Race in Motion: Is Black Male Body Movement Perceived as Threatening?  Time period – 2006-2007.  Award amount - $3,000.  Stanford University.  Principal Investigator.

The President's Office - Policing Racial Bias project.  Time period – 2004-2007.  Award amount - $19,845.  Stanford University.  Principal Investigator.

Research Institute of Comparative Studies in Race & Ethnicity – Policing Racial Bias project. Time period – 2004-2007.  Award amount - $15,000.  Stanford University.  Principal Investigator.

Center for Social Innovation – Policing Racial Bias project.  Time period – 2004-2007.  Award amount - $10,000.  Stanford University.  Principal Investigator.

Center for Social Innovation – Race, Perception, & Crime.  Time period - 2002-2004.  Award amount - $7,000.  Stanford University.  Principal Investigator.

Community-University Roundtables Project – Racial Profiling Initiative Grant.  Time period – 2002-2003.  Award amount $6,800.  Stanford University.  Principal Investigator.

Office of Technology and Licensing Research Incentive Grant - Constructing Race.  Time period – 1999-2000.  Award amount - $24,960.  Stanford University.  Principal Investigator.

Social Science Faculty Research Grant  - Examining racial categorization. Time period – 1997-1998.  Award amount - $2,490.  Yale University. Principal Investigator.

Research Grant - Center for Race, Inequality, and Politics.  Time period – 1997. Award amount - $2,000.  Yale University.  Principal Investigator.

## AREAS OF SPECIALIZATION

Race and inequality

Stereotyping, prejudice, and discrimination.

Criminal justice

Dehumanization

## PUBLICATIONS

PUBLISHED

Hetey, R. C., & Eberhardt, J. L. (2014).  Racial disparities in incarceration increase acceptance of punitive policies.  *Psychological Science*.

Hetey, R.C., & Eberhardt, J. L. (2014).  Cops and criminals: The interplay of mechanistic and animalistic dehumanization in the criminal justice system.  In P. Bain, J. Vaes, & J-P Leyens (Eds), *Are we all human? Advances in understanding humanness and dehumanization.*

Rattan, A., Levine, C., Dweck, C., & Eberhardt, J. L. (2012).  Race and the fragility of the legal distinction between juveniles and adults.  *PLoS ONE*.

Cikara, M., Eberhardt, J. L., & Fiske, S. T. (2010).  From agents to objects: Sexist attitudes and neural responses to sexualized targets.  *Journal of Cognitive Neuroscience.*

Rattan, A. & Eberhardt, J. L. (2010).  The role of social meaning in inattentional blindness: When the gorillas in our midst do not go unseen.  *Journal of Experimental Social Psychology, 46,* 1085-1088.

Eberhardt, J. L. (2010).  Race, crime, and dehumanization.  In H. R. Markus & P. Moya (Eds.), ***Doing Race: 21 Essays for the 21st Century.*** New York:  W.W. Norton & Co.

Goff, P.  A. Eberhardt, J. L, Williams, M. J., & Jackson, M. C.  (2008). Not yet human: Implicit knowledge, historical dehumanization, and contemporary consequences.  ***Journal of Personality and Social Psychology, 94,*** 292-306.

   Recognized with an Honorable Mention for the 2007 *Gordon Allport Intergroup Relations Prize*.

Williams, M. J. & Eberhardt, J. L. (2008).  Biological conceptions of race and the motivation to cross racial boundaries.  ***Journal of Personality and Social Psychology. 94,*** 1033-1047.

Prentice, D. A. & Eberhardt, J. L. (2008).  The Neural Underpinnings of Group Life.  ***Group Processes and Intergroup Relations, 11***, 139-142.

Lee, S. S., Mountain, J., Koenig, B., Altman, R., Brown, M., Camarillo, A., Cavalli-Sforza, L., Cho, M., Eberhardt, J., Feldman, M., Ford, R., Greely, H., King, R., Markus, H., Satz, D., Snipp, M., Steele, C., Underhill, P.  (2008).  The ethics of characterizing difference: Guiding principles on using racial categories in human genetics. ***Genome Biology***, 9, 404.

Golarai, G, Ghahremani, D. G., Whitfield-Gabrieli, S., Reiss, A., Eberhardt J. L., Gabrieli, J. D. E.,& Grill-Spector, K. (2007).  Differential development of high-level visual cortex correlates with category-specific recognition memory.  ***Nature Neuroscience, 10,*** 512-522.

Banks, R. R., Eberhardt, J. L. & Ross, L.  (2007).  Race, crime, and antidiscrimination. In E. Borgida &  S. T. Fiske (Eds.), ***Beyond common sense: Psychological science in the courtroom***.  Blackwell Publishers.

Banks, R. R., Eberhardt, J. L., & Ross, L. (2006).  Discrimination and implicit bias in a racially unequal society. ***California Law Review, 94,*** 1169-1190.

Eberhardt, J. L., Davies, P. G., Purdie-Vaughns, V. J., & Johnson, S. L. (2006). Looking deathworthy:  Perceived stereotypicality of Black defendants predicts capital-sentencing outcomes.  ***Psychological Science, 17,*** 383- 386.

   Recognized by *Discover Magazine* in Top 100 Science Stories of 2006.

   Reprinted in W.A. Lesko (Ed.) *Readings in Social Psychology: General, Classic, and Contemporary Selections, 7th Edition.* Columbus, OH: Allyn & Bacon,  2008.

   Reprinted in S. Fein & S. Kassin (Eds.), *Readings in Social Psychology: The art and*

*science of research, 4th Edition*. Boston, MA: Houghton Mifflin, 2008.

Reprinted in *Cornell Law School Legal Studies Research Paper Series, Paper 41,* 2006.

Eberhardt, J. L. (2005).  Imaging race. ***American Psychologist, 60(2)*** 181-190.

Eberhardt, J. L. & Goff, P. A. (2005).  Seeing race.  In C. S. Crandall & M. Schaller (Eds.).  ***The social psychology of prejudice: Historical perspectives***.  Seattle, WA: Lewinian Press.

Eberhardt, J. L., Goff, P. A., Purdie, V., & Davies, P. G. (2004).  Seeing Black: Race, crime, and visual processing. ***Journal of Personality and Social Psychology, 87,*** 876-893.

Eberhardt, J. L., Dasgupta, N. & Banaszynski, T. (2003).  Believing is seeing: The effects of racial labels and implicit beliefs on face perception.  ***Personality and Social Psychology Bulletin****, 29 (3), 360-370*.

Golby, A. J., Gabrieli, J. D. E., Chiao, J., & Eberhardt, J. L. (2001).  Differential responses in the fusiform region to same-race and other-race faces.  ***Nature Neuroscience, 4 (8), 845-850*.

Eberhardt, J. L. & Fiske, S. T. (Eds.)  (1998).  ***Confronting Racism: The problem and the response***.  Thousand Oaks, CA: Sage Publications.

Banks, R. R. & Eberhardt, J. L. (1998).  Social psychological processes and the legal bases of racial categorization.  In J. L. Eberhardt & S. T. Fiske (Eds.), ***Confronting Racism: The problem and the response***.  Thousand Oaks, CA: Sage Publications.

Eberhardt, J. L. & Randall, J. L. (1997).  The essential notion of race.  ***Psychological Science***, *8(3),* 198-203.

Eberhardt, J. L. & Fiske, S. T. (1996). Motivating individuals to change: What's a target to do?  In N. Macrae, C. Stangor, & M. Hewstone (Eds.), ***Stereotypes and Stereotyping***.  New York: Guilford Press.

Eberhardt, J. L. & Fiske, S. T. (1994). Affirmative action in theory and practice: Issues of power, ambiguity, and gender versus race.  ***Basic and Applied Social Psychology***, *15*, 201-220.

Eberhardt, J. L. (1993). Perceptions of Black English vernacular: An investigation of the linguistic ramifications of race, gender, and class.  ***Moderna Sprak***, *86(2)*,127-139.

Gordon, P. C., Eberhardt, J. L., & Rueckl, J. R. (1993). Attentional modulation of the phonetic importance of acoustic cues.  ***Cognitive Psychology***, *25*, 1-42.

Eagan, D. E., Remde, J. R., Gomez, L. M., Landauer, T. K., Eberhardt, J. L. & Lochbaum, C. C. (1989). Formative Design-Evaluation of Superbook. ***ACM Transactions on Information Systems***, *7(1),* 30-57.


UNDER REVIEW or REVISION

Okonofua, J. A., & Eberhardt, J. L. (under revision). *Two-strikes: Race and disciplinary action in K-12 schooling.*

Eberhardt, J. L., Goff, P. A., Choi, S., Ambady, N, & Toosi, N. (under revision). *Race in motion: Body movement cues racial identity and threat.*

Gomez, E., Hetey, R. C., Levine, C. S., & Eberhardt, J. L. (under revision). *Born to be gay?*

Bonam, C. M., Eberhardt, J. L., & Bergsieker, H. B. (under revision). *Polluting Black space.*

Marshall, S., & Eberhardt, J. L. (under revision). *Dehumanization threat: The effects of human evolution representations on Black students' academic performance.*

Marshall, S., & Eberhardt, J. L. (under revision). *Steady misrepresentations: Lay notions of human evolution lead to justifications of racial inequality.*

Levine, C. S., Rattan, A., Cheryan, S., Dweck, C. S., Eberhardt, J. L. (under revision). *Who can improve? Race dictates potential for growth.*

Aron, A., Eberhardt, J. L.,  Davies, K., Wright, S. C., & Bergsieker, H. B. (under revision). *A social-psychological intervention to improve community relations with police: Initial results.*


IN PREPARATION

Eberhardt, J. L., & Hetey, R. C. (in preparation). *Race disparities and policy acceptance.*

Eberhardt, J. L., & Hetey, R. C. (in preparation). *Race and criminal justice.*

Hetey, R. C., & Eberhardt, J. L. (in preparation).  *How norms and race conceptions influence residential segregation.*

Eberhardt, J. L., & Slepian, M. (in preparation). *Race and pollution.*

Eberhardt, J. L. & Bonam, C. M. (in preparation).  *Racial residue:  Rethinking how and why*

*racial biases endure.*

## PRESENTATIONS & TRAINING

Eberhardt, J. L. (2015). Invitation to give oral testimony to the ***President's Task Force on 21st Century Policing***. Washington, DC. January.

Eberhardt, J. L. (2014). Race, crime, and inequality. ***Joint Degree Program in Social Policy- Princeton University.*** Princeton, NJ. November.

Eberhardt, J. L. (2014). Implicit bias training for commanders and supervisors. ***Oakland Police Department***. Oakland, CA. November.

Eberhardt, J. L. (2014). Workshop on implicit bias and cultural competency. ***Shaking the Foundations Conference – Stanford Law School***. Stanford, CA. October.

Eberhardt, J. L. (2014). Oakland stop data project: Preliminary analyses. ***All Parties Meeting – Oakland Police Department.*** Oakland, CA. October.

Eberhardt, J. L. (2014). Racial bias and criminal justice: A social psychological perspective. ***John Jay College of Criminal Justice***, New York, NY. October.

Eberhardt, J. L. (2014). Implicit bias in prosecution and law enforcement. ***U. S. Department of Justice – Racial Disparities Working Group.*** Washington, DC. September.

Eberhardt, J. L. (2014). Race and inequality: A social psychological perspective. ***Del Norte School District.*** Del Norte County, CA. August.

Eberhardt, J. L., Jones, J., & Camp, N. (2014). Standing your ground: What social psychological research reveals. ***American Psychological Association Stand Your Ground Panel – Annual Convention.*** Washington, DC. August.

Eberhardt, J. L. (2014). Panel on defining success. Renewing communities: Improving educational access in California's correctional facilities and beyond. ***Ford Foundation Conference.*** Los Angeles, CA. May.

Eberhardt, J. L. (2014).  Combatting implicit bias to reduce disparities in the juvenile justice system.  ***American Bar Association – Equal Justice Conference Panel***. Portland, OR. May.

Eberhardt, J. L. (2014). Race, crime, and inequality: A social psychological perspective. ***The Center for the Study of Law and Society.  University of California, Berkeley***. Berkeley, CA. April.

Eberhardt, J. L. (2014). Race, perception, and policy. C*onquering the Root Causes of Prejudice: The 2014 Baha'i Chair for the World Peace Spring Symposium. University of Maryland*. College Park, MD. April.

Eberhardt, J. L. (2014). The dehumanization of Blacks: An old battle in a new era. Black Alumni Weekend. *American Association for the Advancement of Science*. Chicago, IL. February.

Eberhardt, J. L. (2013).  *American Bar Association*, National Task Force on Stand Your Ground Laws, provided testimony at public hearing. San Francisco, CA. August.

Eberhardt, J. L. (2013). The dehumanization of Blacks: An old battle in a new era. Black Alumni Weekend. *Stanford University*. Stanford, CA. February.

Bonam, C. N., & Eberhardt, J. L. (2013).  How race, class, and stigma are embedded in physical space. *Society for Personality and Social Psychology*. New Orleans, LA. January.

Bonam, C. N., Eberhardt, J. L., & Glaser, J. (2013).  Space-focused stereotypes and their downstream consequences for devaluing Black locales. *Society for Personality and Social Psychology*. New Orleans, LA. January.

Hetey, R. C., & Eberhardt, J. L. (2013).  What residential space can signal about race: Descriptive norms, race essentialism, and preferences for same-race neighbors. *Society for Personality and Social Psychology*. New Orleans, LA. January.

Eberhardt, J. L. (2012). Race, evolution, and inequality.  *Using genetics and genealogy to teach evolution and human diversity.  NESCent Catalysis Meeting*. Durham, NC. June

Eberhardt, J. L. (2012). The criminal, the ape, and the static being: Three views of Blacks in the modern era.  *Frank Batten School of Leadership and Public Policy. University of Virginia*. Charlottesville, VA. May.

Eberhardt, J. L. (2012).  Degraded space.  *Equal Justice Society*. San Francisco, CA. May.

Eberhardt, J. L. (2012). The criminal, the ape, and the static being: Three views of Blacks in the modern era.  Buck Franklin Lecture Series.  *The University of Tulsa. College of Law*. Tulsa, OK. April.

Eberhardt, J. L. (2012). The dehumanization of Blacks.  Colloquium Series, *University of California, Merced*. Merced, CA. April

Eberhardt, J. L. (2011). Advancing community policing in communities of color: How to reduce racial discord toward the police and achieve police legitimacy. *International Association of Chiefs of Police.*  Chicago, IL. October

Eberhardt, J. L. (2011).  Race and criminal justice.  Command Staff - **_San Jose Police Department_**. San Jose, CA. October

Eberhardt, J. L. (2011).  Commencement address.  **_San Quentin State Prison_**. San Rafael, CA. June.

Eberhardt, J. L. (2011).  The criminal, the ape, and the static being: Three views of blacks in the modern era.  **_SCOPE Seminar_**. Stanford University. Stanford, CA. February.

Eberhardt, J. L. (2011). The dehumanization of blacks in the modern era.  **Clayman Institute for Gender Research.**  Stanford University. Stanford, CA. May.

Eberhardt, J. L. (2011).  The ape and the static being: Two views of blacks in the modern era.  **_Moving Beyond Racial Blindsight? The Influence of Social Science Evidence After the North Carolina Racial Justice Act_**.  Michigan State University College of Law. East Lansing, MI. April

Eberhardt, J. L. (2011).  The criminal, the ape, and the static being: Three views of blacks in the modern era. **_Judicial Council of San Francisco_**. San Francisco, CA. February.

Eberhardt, J. L. (2010).  Race and crime chronicles.  **_Society of Experimental Social Psychology Annual Conference_**.  Minneapolis, MN. October.

Eberhardt, J. L. (2010).  New developments in implicit bias.  **_National Legal Aid and Defender Association._** Chicago, IL. July.

Eberhardt, J. L. (2010).  The legacy of race: The past and its present day imprint.  **_NAACP Legal Defense Fund._**  Warrenton, VA. July.

Eberhardt, J. L. (2010).  Race and evolution: An old battle in a new era.  **_Morrison Institute for Population and Resource Studies_**.  Stanford University. Stanford, CA. February.

Eberhardt, J. L. (2010).  The criminal, the ape, and the static being: Three views of Blacks in the Modern Era.  Conference – Still Chained? The Overrepresentation of Blacks in the Criminal Justice System.  **_University of Colorado, Boulder - Law School_**. Boulder, CO. February

Eberhardt, J. L., & Bonam, C. (2010).  Black space.  **_Fair Housing – Annual Convention_**. San Diego, CA. February

Eberhardt, J. L. (2010).  How the classroom can help or harm minority students.  Race and Pedagogy Workshop.  **_University of Puget Sound_**. January

Eberhardt, J. L. (2010).  Racial associations in the minds of our students and their implications for teaching.  Race and Pedagogy Workshop.  **_University of Puget Sound_**. January

Eberhardt, J. L. (2009). The dehumanization of Blacks: An old battle in a new era. Department of Psychology – Colloquium. ***University of California, Santa Cruz***.  November

Eberhardt, J. L. (2009).  The dehumanization of Blacks: An old battle in a new era.  ***Classes Without Quizzes – Stanford Reunion Homecoming***.  Stanford University. Stanford, CA. October

Eberhardt, J. L. (2009). Are Blacks human too? An old battle in a new era.  ***Workshop on Race and Inclusion- White Oak Plantation***. Jacksonville, FL. October

Eberhardt, J. L. (2009).  Are Blacks human too? An old battle in a new era.  ***Facing History and Ourselves***. Redwood City, CA. July

Eberhardt, J. L. (2009).  Are Blacks human too? An old battle in a new era.  ***Arcus Foundation***. Chicago, IL. June

Eberhardt, J. L. (2009).  The criminal and the ape: Visions of Blacks in the Modern Era. ***American Psychiatric Association***.  San Francisco, CA. May

Eberhardt, J. L. (2009).  The criminal and the ape: Visions of Blacks in the Modern Era. ***Department of Psychology – University of California, Santa Barbara***.  Santa Barbara, CA. May.

Eberhardt, J. L. (2009).  Racial residue: How race alters perception of people, places, and things. ***Law, Psychology, and Human Development – Cornell University***.  Ithaca, NY. April.

Eberhardt, J. L. (2009).  The criminal and the ape: Images of Blacks in the Modern Era. ***Faculty Legal Studies Workshop – Cornell Law School***.  Ithaca, NY.  April.

Eberhardt, J. L. (2009).  The criminalization and dehumanization of Blacks in the modern era.  ***Center for Advanced Study in the Behavioral Sciences – Stanford University***. Stanford, CA.  March.

Eberhardt, J. L., Marshall, S., & Levine, C.  S. (2009).  Race, evolution, and inequality. ***Society for Personality and Social Psychology – Annual Conference.***  February.

Eberhardt, J. L. (2008).  Elimination of bias: Understanding race in the criminal justice system.  MCLE Specialty Seminar – ***California Public Defenders Association***.  Berkeley, CA.  November.

Eberhardt, J. L. (2008).  Bias, prejudice, and practical implications in federal death penalty cases.  ***Federal Capital Defense Strategy Session***.  Phoenix, AZ.  October.

Eberhardt, J. L. (2008).  Hidden savagery:  How the dehumanization of Blacks may be supported by public understandings of race, genetics, and evolution.  Workshop on Ethical,

Legal, and Social Issues in Natural Selection Research - *National Institutes of Health*. Rockville, MD. October.

Eberhardt, J. L. (2008). The criminalization and dehumanization of Blacks in the modern era. *Center of the Science of Diversity – Northwestern University*. Chicago, IL. October.

Eberhardt, J. L. (2008). Psychic harm: The criminalization and dehumanization of Blacks in the modern era. Race and Poverty Roundtable - *Equal Justice Initiative*. Montgomery, AL. September.

Eberhardt, J. L. (2008). Race-based perceptions of guilt: Are they deeper than we think? 2008 Summer Training Program - *Florida Public Defender Association*. Lake Buena Vista, Fl. August.

Eberhardt, J. L. (2008). Race, psychic harm, and the death penalty: Confronting conscious and unconscious racial bias. 29th Annual Capital Punishment Training Conference - *NAACP Legal Defense Fund*. Warrenton, Virginia. July.

Marshall, S. & Eberhardt, J. L. (2008). "If this is Darwinism…" Representations of human evolution reduce sensitivity to racial inequality. Small Group Meeting on Dehumanization - *European Association of Experimental Social Psychology*. Warsaw, Poland. June.

Eberhardt, J. L. (2008). Policing Racial Bias. Command Staff - *San Francisco Police Department*. San Francisco, CA. May.

Eberhardt, J. L. (2008). The criminalization and dehumanization of Blacks in the Modern Era. Goldman School of Public Policy - *University of California, Berkeley*. Berkeley, CA. April.

Eberhardt, J. L. (2008). The criminalization and dehumanization of Blacks in the Modern Era. Distinguished Presidential Lecture. - *Alliant International University*. San Francisco, CA. April.

Eberhardt, J. L. (2008). The criminalization and dehumanization of Blacks in the Modern Era. Colloquium on American Politics and Society - *University of Pittsburgh*. Pittsburgh, PA. April.

Eberhardt, J. L. (2008). The criminalization and dehumanization of Blacks in the Modern Era. Invited Speaker - *American Psychology and Law Society – Annual Meeting*. Jacksonville, FL. March.

Eberhardt, J. L. (2008). Race matters! Invited Plenary Speaker. - *CACJ/CPDA Capital Case Defense Seminar*. Monterey, CA. February.

Eberhardt, J. L. (2007). Policing racial bias. Community Advisory Board.- *San Francisco Police Department -* San Francisco, CA. December.

Eberhardt, J. L. (2007).  Racial residue:  How race alters perception of people, places, and things.  Colloquium Series - *Columbia University*.  New York, NY.  October.

Eberhardt, J. L. (2007).  Hidden savagery:  The continued dehumanization of Blacks in the modern era.  Social Snack Series - *Columbia University*.  New York, NY.  October.

Eberhardt, J. L. (2007).   Social psychological approaches to modern racial bias.  Psychiatry Residency Training **- San Mateo County.** San Mateo, CA.  September.

Eberhardt, J. L. (2007).  Examining racial bias in the context of policing.  Diversity Sciences Panel Session - *American Psychological Association – Annual Meeting*.  San Francisco, CA.  August.

Eberhardt, J. L. (2007).  Lay perceptions of race, apes, and human evolution.  Workshop on Genetics, Evolution, and Cognitive Ability - CIRGE/SCBE. *Stanford Univeristy*.  Stanford, CA.  June.

Eberhardt, J. L. (2007).  Policing racial bias.  Faculty Speaker Series - *Stanford Law School*.  Stanford, CA.  June.

Eberhardt, J. L. (2007).  Evidence of racial bias in the criminal justice context.  Policing Racial Bias Symposium. - *Stanford University*.  Stanford, CA.  May.

Eberhardt, J. L. (2007).  Policing racial bias.   Race, Inequality, and Incarceration Conference - *Stanford University*.  Stanford, CA.  April.

Eberhardt, J. L. (2007).  Race out of place? Bidirectional associations between race and physical space.  Race and Space Panel Session - *Association of American Geographers Annual Meeting*.  San Francisco, CA.  April.

Eberhardt, J. L. (2007).  Policing racial bias.  Conference on Law and Mind Sciences - *Harvard Law School*.  Cambridge, MA.  March.

Eberhardt, J. L. (2007).  Racial residue:  How race alters perception of people, places, and things.  Colloquium Series - *New York University*.  New York, NY.  March.

Eberhardt, J. L. (2007).  Racial residue:  How race alters perception of people, places, and things.  Colloquium Series - *Washington University*.  St. Louis, MO.  February.

Eberhardt, J. L. (2007).  Race and the war on crime.  *CACJ/CPDA Capital Case Defense Seminar*.  Monterey, CA.  February.

Eberhardt, J. L. (2007).  Racial residue:  How race alters perception of people, places, and things.  Colloquium Series - *University of Chicago*.  Chicago, IL.  February.

Eberhardt, J. L. (2007).  Policing racial bias.  *Center for the Study of Law and Society, University of California, Berkeley.*  February.

Eberhardt, J. L. (2006).  Race out of place? Bidirectional associations between race and physical space.  Symposium on The Science of Diversity - *Columbia University*.  New York, NY.  November.

Eberhardt, J. L. (2006).  Racial residue:  How race alters perception of people, places, and things.  Colloquium Series - *Tufts University*.  Medford, MA.  November.

Eberhardt, J. L. (2006).  Race, crime, and antidiscrimination.  *Society of Experimental Social Psychology Annual Conference.*  Philadelphia, PA.  October.

Eberhardt, J. L. & Goff, P. A. (2006).  Less than human:  Race, animal imagery, and criminal justice.  *Society of Experimental Social Psychology Annual Conference.*  Philadelphia, PA.  October.

Eberhardt, J. L. (2006).  Racial residue:  How race alters perception of people, places, and things.  Colloquium Series - *Princeton University*.  Princeton, NJ.  September.

Eberhardt, J. L. (2006).  Racial residue:  How race alters perception of people, places, and things.  Colloquium Series.- *University of Michigan*.  Ann Arbor, MI.  September.

Eberhardt, J. L. (2006).   Policing racial bias.  *Community Oriented Policing Services (COPS) Conference – US Department of Justice*.  Washington, DC.  July.

Eberhardt, J. L. (2006). Racial residue:  Rethinking how and why racial biases endure.  Social-Personality Brown Bag Series **-** *UC Davis*.  Davis, CA.  May.

Eberhardt, J. L. (2006).   Racial residue:  Rethinking how and why racial biases endure.  Psychiatry Residency Training – *Grand Rounds San Mateo County.*  San Mateo, CA.  May.

Eberhardt, J. L. (2006). Racial residue:  Rethinking how and why racial biases endure.  Research Institute of Comparative Studies in Race and Ethnicity **-** *Stanford University*.  Stanford, CA.  May.

Eberhardt, J. L. (2006). Racial residue:  Rethinking how and why racial biases endure.  Critical Race Studies Workshop Series **-** *UCLA  Law School*.  Los Angeles, CA.  April.

Eberhardt, J. L. (2006). Racial residue:  Rethinking how and why racial biases endure.  *Center for Advanced Study in the Behavioral Sciences.*  Stanford, CA.  March.

Eberhardt, J. L. (2006). Of names and race:  How intragroup distinctions reflect and sustain intergroup biases.  *Social Scientific Perspectives on Employment Discrimination in Organizations Conference.*  Stanford, CA.  February.

Eberhardt, J. L. (2005).  Black racial stereotypes in the absence of Blacks. Looking Toward the Future: Discrimination and Prejudice in 21st Century conference. - **University of Wisconsin, Madison.**  Madison, WI.  September.

Eberhardt, J. L. (2005).  Policing racial bias.  **American Psychological Association – Annual Conference**.  Washington, DC.  August.

Eberhardt, J. L. (2005).  The development of face and race processing.  Social Cognitive Affective Neuroscience Conference **- Princeton University**.  Princeton, NJ.  May.

Eberhardt, J. L. (2005).  The social psychology of racial bias.  **Police Executive Research Forum  Annual Meeting**.  New York, NY.  April.

Eberhardt, J. L., Goff, P. A., Purdie, V., & Davies, P. G.  (2004).  The face of crime. **Stanford University – Policing Racial Bias Project: Initial Conference.**  Stanford, CA. September.

Eberhardt, J. L. (2004).  Seeing Black: Race, crime, and visual processing.  **Michigan State University**.  East Lansing, MI.  April.

Eberhardt, J. L. (2004).  The face of crime.  **Western Region Racially Biased Policing Summit**.  Sacramento, CA. February.

Eberhardt, J. L. (2003).  Seeing Black: Race, representation, and visual processing. Department of Psychology. **Ohio State University**.  Columbus, OH.  November.

Eberhardt, J. L. (2003).  Seeing Black: Race, representation, and visual processing. Department of Psychology. **University of California, Berkeley**.  Berkeley, CA.  April.

Eberhardt, J. L. (2003).  Seeing Black: Race, representation, and visual processing. Department of Psychology.  **Princeton University**.  Princeton, NJ.  February.

Eberhardt, J. L. (2002).  Race and the visual imagination.  **Stanford Brain Research Center – Neuroethics Theme Group**.  Stanford University. Stanford, CA.  October.

Eberhardt, J. L. (2002).  Embodying race.  **Research Institute of Comparative Studies in Race and Ethnicity**.  Stanford University.  Stanford, CA.  March.

Eberhardt, J. L. (2002).  Race, representation, and perception.  **University of Cincinnati – Department of Psychology**, Cincinnati, OH.  April.

Eberhardt, J. L. (2002).  Seeing race.  **Society for Personality and Social Psychology – Annual Conference**.  Savannah, GA.  February.

Eberhardt, J. L. (2001).  Race and the visual imagination.  A "New Look at Race" conference (co-convened by Jennifer L. Eberhardt & James M. Jones).  *Stanford University*. Stanford, CA.  November.

Eberhardt, J. L. (2001).  The faces of criminality*.  American Psychological Association – Annual Conference*.  San Francisco, CA.  August.

Eberhardt, J. L. (2001).  Seeing race: The effects of social knowledge and representations on the visual perception of faces.  *University of California , Los Angeles – First International Social Cognitive Neuroscience Conference*.  Los Angeles, CA.  April.

Eberhardt, J. L. (2001).  Perceiving race*.  Tufts University – African American Studies Department*, Medford, MA.  February.

Eberhardt, J. L. (2000).  A 'New Look' at race.  *University of Chicago – Department of Psychology,*  Chicago, IL.  November.

Eberhardt, J. L. (2000).  The face of criminality.  *University of Chicago – Department of Psychology,*  Chicago, IL.  November.

Eberhardt, J. L. (2000).  Race and visual perception: Implications for mental illness. *Chicago Consortium for Stigma Research,*  Chicago, IL.  November.

Eberhardt, J. L. (2000).  Seeing race.  *University of California, Santa Cruz – Department of Psychology,*  Santa Cruz, CA.  November.

Eberhardt, J. L., Golby, A. J., Chiao, J., & Gabrieli, J. D. E. (2000).  *Brain activity for same- and other-race faces.*  Informal paper presented at the annual meeting of the *Society of Experimental Social Psychology – Annual Conference.* Atlanta, Georgia. October.

Eberhardt, J. L. (2000).  Seeing race.  *Conference on Prejudice*, Seattle, WA.  August.

Eberhardt, J. L. (1999).  Picturing race.  *The Stanford Conference on Race: African Americans: Research and Policy Perspectives at the Turn of the Century*, Stanford, CA. November.

Eberhardt, J. L. (1999).  Constructing race.  *Stanford School of Business*, Stanford, CA. February.

Eberhardt, J. L. (1994).  The role of racial salience in reactions to affirmative action.  Paper presented at the annual meeting of the *American Psychological Association – Annual Conference*. Los Angeles, CA.  August.

Eberhardt, J. L. & Fiske, S. T. (1994). What triggers perceptions of racial prejudice? Informal paper presented at the annual meeting of the *Society of Experimental Social Psychology – Annual Conference.* Lake Tahoe, Nevada. October.

Eberhardt, J. L.  (1991). The effects of gender on the perception of Black  English vernacular.  Paper presented at the **4th International Conference on Language and Social Psychology**. Santa Barbara, CA.  August.

Eberhardt, J. L. & Gordon, P. C. (1990). The effects of attention on the interpretation of acoustic cues in phonologically natural forms.  Abstract reprinted in the **Journal of the Acoustical Society of America***, 88*, Suppl. 1.

Eberhardt, J. L. & Gordon, P. C. (1989). The effects of attention on the phonetic integration of acoustic information.  Abstract reprinted in the **Journal of the Acoustical Society of America**, *86*, Suppl. 1.

Gordon, P. C. & Eberhardt, J. L. (1988). The effects of attention on the phonetic importance of acoustic cues.  Abstract reprinted in the **Journal of the Acoustical Society of America**, *84*, Suppl. 1.


**TEACHING EXPERIENCE**

       Stanford University – Instructor (1998 – present)
            Race and Crime
            Social Psychological Perspectives on Stereotyping and Prejudice
            Introduction to Social Psychology
            Research Seminar on Stereotyping and Prejudice
            Stigma and Marginality
            Advanced Research
            Senior Honors Research
            Senior Seminar: Mind, Culture, and Society
            Mind, Culture, and Society Junior Research Lab
       San Quentin State Prison – Instructor (2010 & 2013)
            Introduction to Social Psychology
       Yale University – Instructor (1995-98):
            Senior Colloquium: African & African American Studies
            Methods of Research in Social Psychology
            Social Attribution
            Stigma and Marginality
            Social Psychological Perspectives on Stereotyping and Prejudice
       Stanford University - Independent Study (1994-95):
            Supervised 10 undergraduates
       University of Massachusetts at Amherst  - Independent Study (1993-94):
            Supervised 12 undergraduates
       Harvard University - Teaching Fellow (1987-93):
            Race and Ethnic Relations
            Introduction to Cognitive Psychology

Introduction to Social Psychology
Psychology of Sex Roles
Conceptions of Human Nature
Psychology of Law
Introduction to Psychology

## WORKSHOPS, PROJECTS, & NETWORKS

Measuring Racial Bias. Workshop Convened by Prudence Carter – ***Stanford University*** – May 2014

Strengthening the Relationship between Law Enforcement and Communities of Color: Developing an Agenda for Action.  Forum convened by Ronald Davis, Director, ***Office of Community Oriented Policing Services, U.S. Department of Justice*** – April 2014.

National Race Network. Convened by University of California Center on New Racial Studies, ***University of California, Santa Barbara*** - 2012.

Policing Working Group - ***Smart on Crime Transition Team***. Convened by Kamela Harris, California State Attorney General - 2011.

Co-Convenor (with R. Richard Banks).  Race, Inequality, and Law – Faculty Research Network – ***Reseach Institute for Comparative Studies in Race and Ethnicity*** (RICSRE) and the Stanford Law School – Stanford University – 2008-10.

Research Consultant.  ***Fair and Impartial Policing*** - Training Program. Convened by Lorie Fridell – 2009. Tampa, FL.

Director.  ***Policing Racial Bias Project*** – a national project designed to develop partnerships among social psychologists and law enforcement agencies, as well as to share and generate new knowledge about the influence of racial bias in policing – 2004-2008.

Research Fellow.  Social Scientific Perspectives on Employment Discrimination in Organizations. ***Center for Advanced Study in the Behavioral Sciences*** – 2005-2006.

Research Fellow.  Interdisciplinary Workshop: Race and Ethnicity in the Context of Human Genetic Variation: Examining Social and Scientific Consequences – ***Stanford Humanities Center*** – 2003-2005.

Research Fellow.  Summer Institute in Cognitive Neuroscience - ***Dartmouth College*** – Summer 2004.

Research Fellow.  The Meanings and Practices of Diversity – Faculty Research Network – *Research Institute for Comparative Studies in Race and Ethnicity* (RICSRE)- Stanford University - 1999-2003.

Co-Convener (with Donald Barr).  Racial Bias and Health Care Research Network – *Research Institute for Comparative Studies in Race and Ethnicity* (RICSRE) - Stanford University - 2001- 2002.

Co-Convener (with George Fredrickson).  Social and Cultural Construction of Race – Faculty Research Network – *Research Institute for Comparative Studies in Race and Ethnicity* (RICSRE)- Stanford University - 1999-2003.

Research Fellow.  Racial Profiling Roundtable Project - *Center for Comparative Studies in Race and Ethnicity* – Stanford University – 2000-2002.

Graduate Fellow.  Social Science Research Council Workshop on the Urban Underclass - *University of California, Los Angeles* - Summer 1991.


## CONFERENCES CONVENED

Policing Racial Bias Symposium.  Stanford University.  May 2007.

Policing Racial Bias: Initial Conference.  Stanford University.  September 2004.

A "New Look" at Race: How Social Representations of Race Affect Visual Perception and Attention (co-convened with James M. Jones).  Stanford University. November 2001.


## UNIVERSITY SERVICE & MEMBERSHIPS

Center for Advanced Study in the Behavioral Sciences, Member of Board of Directors – Stanford University – 2014 to present.

Co-Director of Stanford SPARQ (Social Psychological Answers to Real-World Questions) – Stanford University – 2013 to present.

Center for Advanced Study in the Behavioral Sciences, Director Search Committee – Stanford University – 2013.

Chair, Social Area, Department of Psychology – Stanford University – 2008 to present.

Co-Director of the Research Institute of Comparative Studies in Race & Ethnicity (RICSRE) – Stanford University – 2009-2010.

Director of the Research Institute of Comparative Studies in Race & Ethnicity (RICSRE) – Stanford University – 2007-2009.

Director of Undergraduate Honors Program – Department of Psychology – Stanford University – 2004/2005; 2006-2009.

Director of Honors College for Psychology – Stanford University – 2006-2008.

Co-Director of Mind, Culture, and Society Undergraduate Track in Psychology - Department of Psychology - Stanford University – 1999 – present.

Center for Comparative Studies in Race and Ethnicity (Faculty Affiliate) – Stanford University – 1998 – present.

Chair, Human Subjects Committee, Department of Psychology – Stanford University – 2007 - present.

Human Subjects Committee – Department of Psychology – Stanford University – 2004/2005.

Advisory Board – Ethical Dimensions in Neurosciences – Stanford University – 2003/2004.

Administrative Panel on Human Subjects in Non-medical Research - Stanford University – 1999 to present.

Library Committee - Department of Psychology – Stanford University – 2001 - present.

Office of Technology and Licensing -  Research Proposal Selection Committee – Stanford University – 2002/2003.

Committee on Undergraduate Education - Department of Psychology - Stanford University - 1999/2000.

Brain Center Committee - Department of Psychology - Stanford University - 1999/2000.

The Iris Litt Fund -  Research Proposal Selection Committee – Institute for Research on Women and Gender – Stanford University – Spring 2000

Committee on Subject Recruitment - Department of Psychology - Stanford

University - 1999/2000.

Director of Undergraduate Studies - African & African American Studies Program - Yale University - 1997/1998.

Subject Pool Committee - Department of Psychology - Yale University - 1997/1998.

Graduate Studies Committee - African & African American Studies Program - Yale University - 1997/1998.

Women's Studies Council - Yale University - 1997/1998.

Teaching Fellow Committee - Department of Psychology - Yale University - 1996/1997.

W. E. B. Du Bois Graduate Society (Minority Graduate Students' Organization) Harvard University - Officer – 1987 – 1992.


## PROFESSIONAL SERVICE & MEMBERSHIPS

Society for Personality and Social Psychology –Executive Committee – Elected Member-at-Large 2009-2011.

National Institutes of Health - Center for Scientific Review - served as a member of the Social Psychology and Interpersonal Processes Study Section 2006-2008.

Co-guest editor (with Deborah Prentice), *Group Processes and Intergroup Relations*, Special Issue on Social Neuroscience and Group Behavior, April 2008.

National Science Foundation – Committee of Visitors (2003) – Division of Behavioral and Cognitive Sciences

Society for Experimental Social Psychology – member

Association for Psychological Science - fellow

Society for Personality and Social Psychology – fellow


## AD HOC REVIEWER

Journal of Personality and Social Psychology
Personality and Social Psychology Bulletin

Journal of Experimental Social Psychology
Proceedings of the National Academy of Sciences
American Psychologist
Psychological Bulletin
Psychological Science
Nature Neuroscience
Science