# EXHIBIT 7

# RICHARD JEROME

3227 Rittenhouse St. NW  (202) 329-1166 (c)
Washington, DC 20015
richardjerome94@gmail.com

**Education**

    **HARVARD LAW SCHOOL**, J.D. *Cum Laude*, 1984
    Legal Services Institute, Jamaica Plain; Ames Moot Court Semifinalist;
    Prison Legal Assistance Project

    **BROWN UNIVERSITY**, B.A. *Magna Cum Laude*, 1980
    Phi Beta Kappa

**Employment**

    **RICHARD JEROME, PC**
    **Deputy Monitor, NYPD stop and frisk,** December 2014-present.

    **Consulting Practice,** July 2001-April 2008.
    Private practice specializing in police reform and civil rights. Worked with police departments and community groups to implement best practices on police accountability. Audited internal practices of police departments, developed reforms, and reviewed officer-involved shootings. Deputy Monitor and Special Master for police reform settlements in the City of Cincinnati.

    **PEW CHARITABLE TRUSTS**
    **Project Manager, Public Safety Performance Project**, April 2008-December 2014.
    Partnered with state legislatures, executive branch officials and judges on corrections and sentencing reforms. Helped states develop and advance innovative, fiscally sound, data-driven reforms in sentencing and corrections policies and practices that improve public safety, hold offenders accountable and control corrections costs.

    **UNITED STATES DEPARTMENT OF JUSTICE**
        **Deputy Associate Attorney General**, April 1997 to January 2001.
        Advised the Associate Attorney General and Department leadership on oversight of the Civil Rights Division and the Community Relations Service. Coordinated the Department of Justice's efforts to promote police integrity and address police misconduct.

        **Counsel to Assistant Attorney General**, **Civil Rights Division**
        Feb. 2001 to July 2001; April 1996 to April 1997. Advised Assistant Attorney General on civil rights matters; coordinated the National Church Arson Task Force; reviewed Employment Litigation Section and Coordination and Review

Section of Civil Rights Division.
**Trial Attorney, Voting Section, Civil Rights Division**
Oct. 1989 to April 1996. Litigated under the Voting Rights Act of 1965; supervised review of voting changes submitted to Attorney General.  Lead attorney in several statewide redistricting cases.

**Department of Justice Honors:**   Special Service Awards, 1999, 2000
Special Achievement Awards, 1991-1998
Outstanding Performance Appraisals, 1990-2000

**U.S. SENATOR BROCK ADAMS**
July 1987 to Sept. 1989. Legislative Assistant responsible for commerce, transportation, and judiciary issues. Drafted legislation, speeches and memoranda for Senator.

**VERNER, LIIPFERT, BERNHARD, McPHERSON AND HAND**
Sept. 1984 to June 1987. Legal representation in export controls, legislative affairs, corporate transactions, and civil rights litigation.

**BARCLAYS BANK GHANA**, 1980 to 1981
Management Trainee, Accra, Ghana

**Bar Admissions**
District of Columbia, 1985; New York, 1985

**Board Membership and Civic Participation**
Special Consultant, District of Columbia Council, Judiciary Committee (2004)
Complaint Examiner, District of Columbia Office of Police Complaints (2005-2008)
Washington Council of Lawyers, Board Member and Issues Committee Chair
Community Council for the Homeless at Friendship Place, Board Member

**Publications**
*Long Road to Justice:  The Civil Rights Division at 50,* Leadership Conference on Civil Rights, http://www.civilrights.org/assets/pdfs/civil-rights-at-50.pdf

"Credibility, Impartiality, and Independence in Citizen Oversight," in *Citizen Oversight of Law Enforcement* (Justina Cintron Perino, ed.), ABA, Chicago 2006

*Police Reform:  A Job Half Done*, American Constitution Society, http://www.acslaw.org/files/RJ%20Community%20Policing%204-26-06.pdf

Reports of the City of Cincinnati Independent Monitor, http://www.cincinnati-oh.gov/police/pages/-5122-/

*Promoting Police Accountability in Milwaukee:  Strengthening the Fire and Police Commission*, http://isdweb1.ci.mil.wi.us/citygov/cms/fpc/PARCFinalReport.pdf