# EXHIBIT 8

Demosthenes M. Long
41 Mountain Brook Drive, Brewster, N.Y. 10509 (845) 224-9250
demostheneslong@gmail.com

**Education**

| | | |
|---|---|---|
| Ed.D. | St. John Fisher College | 2012 |
| J.D. | New York Law School | 1991 |
| M.A. | John Jay College of Criminal Justice | 1986 |
| B.S. | John Jay College of Criminal Justice | 1983 |

**Experience**

Pace University                                              2016 – Present
Clinical Professor - Department of Criminal Justice and Security

Teach undergraduate and graduate level courses within the Department of Criminal Justice and Security.

Columbia University - Department of Public Safety 2014 - 2016
Director of Morningside Operations

Safety and security at Columbia University was a shared responsibility among members of the Columbia community. As such, collaborated with student leaders, faculty, staff, administrators, and other members of the Columbia community to revise or develop protocols for safety/security and standards for community engagement.

Columbia University – Department of Public Safety
Assistant Director, Training and Development

Developed, delivered and/or arranged the delivery of entry level, in-service, promotional, executive development and leadership training for members of the Department of Public Safety. Reviewed after action reports, conducted field observations and conferred with operational Directors of Public Safety to identify training deficiencies and develop appropriate remedial training.

Pace University                                              2011 – 2013
Assistant Professor - Department of Criminal Justice and Security

Taught undergraduate and graduate level courses within the Department of Criminal Justice and Security. Faculty advisor to Criminal Justice Society – NY Campus. First Year advisor for incoming freshman students.

Westchester County Department of Public Safety     2005-2010
First Deputy Commissioner/Undersheriff

Directed the day to day administrative, training and support functions of the Westchester County Department of Public Safety – Division of County Police.  Oversaw the operations of the Civil Unit, Taxi and Limousine Commission and the Office of STOP-DWI.  Acted for and on behalf of the Commissioner/Sheriff in his absence.

KeySpan                                                                 2002 – 2004
Director of Corporate Security

Developed, implemented and evaluated physical security systems and protocols to ensure the safety and security of 12,000 KeySpan employees as well as hundreds of daily visitors, customers and contractors to over two hundred facilities located throughout four northeastern states.  Administered an annual operating budget of 8 million dollars and directed a 20 million dollar capital project to enhance physical security at corporate facilities.

New York Police Department                            1981 - 2002
Police Officer through Assistant Chief

Served in command level, executive level and leadership positions within the New York Police Department.  Commanded the School Safety Division, Police Academy, and Office of the Deputy Commissioner of Community Affairs.  Implemented effective crime control strategies; utilized knowledge of leadership theory, management theory, organizational structure and efficiencies, police training, and internal investigations to accomplish agency goals.

**Publications**

Doctoral dissertation - Understanding Police-Citizen Conflict: A Neighborhood Environmental Perspective (2012)

**Reference Furnished Upon Request**