# EXHIBIT 9

# John M. MacDonald

Curriculum Vitae updated November 2018

| | | |
|---|---|---|
| CONTACT INFORMATION | Department of Criminology<br>University of Pennsylvania<br>Address<br>Philadelphia/PA/19104 | 215-746-3623<br>johnmm@upenn.edu<br>483 McNeil Building, 3718 Locust Walk<br>Citizenship: United States |

DEGREES
- 1999   Ph.D. University of Maryland, Criminology
- 1996   M.A. University of Maryland, Criminology
- 1994   B.A. Vassar College, Political Science

PROFESSIONAL EXPERIENCE

University of Pennsylvania
- 2015-2018   Professor of Criminology and Sociology
- 2015-2018   Penny and Robert Fox Faculty Director, Fels Institute of Government
- 2015-2018   Senior Fellow, Leonard Davis Institute of Health Economics
- 2010-2018   Graduate Group Demography
- 2011-2016   Chair, Department of Criminology
- 2010-2015   Associate Professor of Criminology and Sociology
- 2006-2010   Jerry Lee Assistant Professor of Criminology

RAND Corporation
- 2004-2006   Behavioral Scientist

University of Florida
- 2004-2004   Assistant Professor of Criminology, Law and Society

University of South Carolina
- 1999-2003   Assistant Professor of Criminology and Criminal Justice

US Department of Justice
- 1998-1999   Program Specialist, National Institute of Justice

AWARDS
- 2016   Fellow, Academy of Experimental Criminology
- 2012   David Kershaw Award, Association of Public Policy Analysis and Management
- 2011   Young Experimental Scholar, Academy of Experimental Criminology

BOOKS

2019   MacDonald, John, Charles Branas, and Robert J. Stokes. *Changing Place: Using Science to Design Safer and Healthier Cities*. Princeton University Press.

EDITED BOOKS

2012   MacDonald, John, and Robert J. Sampson (Eds.). Immigration and the Changing Social Fabric of American Cities. *The ANNALS of the American Academy of Political and Social Science*. Vol. 641.

2011   MacDonald , John M. (Ed.) Measuring Crime and Criminality. *Advances in Criminological Theory*. Vol. 17. New Brunswick, NJ: Transaction Publishers.

2001   Alpert, Geoffrey P. and John M. MacDonald (Eds.) 2001. *Understanding Social Science Research: Applications in Criminology and Criminal Justice*. Prospect Heights, IL: Waveland Press.

JOURNAL ARTICLES

2108   Moyer, Ruth, John M. MacDonald, Greg Ridgeway, and Charles C. Branas. Effect of Remediating Blighted Vacant Land on Shootings: A Citywide Cluster Randomized Trial. *American Journal of Public Health*. forthcoming.

2108   Ridgeway, Greg, Jeffrey Grogger, Ruth A. Moyer, and John M. MacDonald. Effect of Gang Injunctions on Crime: A study of Los Angeles from 1988-2014. *Journal of Quantitative Criminology*. https://doi.org/10.1007/s10940-018-9396-7

2018   South, Eugenia C., Bernadette C. Hohl, Michelle C. Kondo, John M. MacDonald, and Charles C. Branas. Effect of Greening Vacant Land on Mental Health of Community-Dwelling Adults: A Cluster Randomized Trial. *JAMA Network Open* 1(3): e180298-e180298.

2018  MacDonald, John, Nancy Nicosia, and Ben Ukert. Do Schools Cause Crime in Neighborhoods? Evidence from the Opening of Schools in Philadelphia. *Journal of Quantitative Criminology* 34: 717-740.

2018  Branas, Charles C and South, Eugenia and Kondo, Michelle C and Hohl, Bernadette C and Bourgois, Philippe and Wiebe, Douglas J, and John M. MacDonald. Citywide Cluster Randomized Trial to Restore Blighted Vacant Land and its Effects on Violence, Crime, and Fear. *Proceedings of the National Academy of Sciences* 115 (12): 2946-2951.

2018  Kondo, Michelle C., Elena Andreyeva, Eugenia C. South, John M. MacDonald, and Charles C. Branas. Neighborhood Interventions to Reduce Violence. *Annual Review of Public Health* 39:253-271..

2018 MacDonald, John, and Anthony Braga. Did Post-Floyd et al. Reforms Reduce Racial Disparities in NYPD Stop, Question, and Frisk Practices? An Exploratory Analysis Using External and Internal Benchmarks. *Justice Quarterly*

2017  MacDonald, John, and Ellen A. Donnelly Evaluating the Role of Race in Sentencing: An Entropy Weighting Analysis. *Justice Quarterly* DOI: 10.1080/07418825.2017.1415368

2017  Ridgeway, Greg and John MacDonald. Effect of Rail Transit on Crime: A Study of Los Angeles from 1988-2014. *Journal of Quantitative Criminology* 33 (2): 277-291.

2017  Nicosia, Nancy, John MacDonald, and Rosalie Pacula. Does Mandatory Diversion to Drug Treatment Eliminate Racial Disparities in the Incarceration of Drug Offenders? An Examination of California's Proposition 36. *Journal of Quantitative Criminology* 33(1):179-205.

2017  Kondo, Michelle, SeungHoon Han, Geoffrey H. Donovan, and John M. MacDonald. The Association Between Urban Trees and Crime: Evidence from the Spread of the Emerald Ash Borer in Cincinnati. *Landscape and Urban Planning* 157: 193-199.

2016  Heaton, Paul, Pricilla Hunt, John MacDonald, and Jessica Saunders. The Short- and Long-Run Effects of Private Law Enforcement: Evidence from University Police. *Journal of Law and Economics*.

2016  Branas, Charles C., Michelle C. Kondo, Sean M. Murphy, Eugenia C. South, Daniel Polsky, and John M. MacDonald. Urban Blight Remediation as a Cost-Beneficial Solution to Firearm Violence. *American Journal of Public Health*: 106: 2158-2164.

2016  MacDonald John, Jefferey Fagan, and Amanda Geller. The Effects of Local Police Surges on Crime and Arrests in New York City. *PLoS ONE*: 11(6): e0157223.

2016  Han, Seunghoon, Charles Branas, and John MacDonald. The Effect of a Sunday Liquor Sales Ban Repeal on Crime: A Triple Difference Analysis. *Alcoholism: Clinical and Experimental Research* 40(5): 111-1121.

2016  Michael Chirico, Robert P Inman, Charles Loeffler, John MacDonald, and Holger Sieg. An Experimental Evaluation of Notification Strategies to Increase Property Tax Compliance: Free-Riding in the City of Brotherly Love. *Tax Policy and the Economy* 30(1):129-161.

2015  MacDonald, John, Jonathan Klick and Ben Grunwald. The Effect of Private Police on Crime: Evidence from a Geographic Regression Discontinuity Design. *Journal of Royal Statistical Society: Series A* 179(3): 831-846.

2015  MacDonald, John. Community Design and Crime: The Impact of Housing and the Built Environment. *Crime and Justice: An Annual Review of Research* 44: 333-384.

2015  Kondo Michelle C., D. Keene, BC Hohl, John M. MacDonald, Charles C. Branas. A Difference-In-Differences Study of the Effects of a New Abandoned Building Remediation Strategy on Safety. *PLoS ONE* 10(7): e0129582.

2014  MacDonald, John, Jeremy Arkes, Nancy Nicosia, and Rosalie Pacula. Decomposing Racial Disparities in Prison and Drug Treatment Commitments for Criminal Offenders in California. *Journal of Legal Studies* 43: 151-187.

2014  MacDonald, John, Ameilia Haviland, Rajeev Ramchand, Andrew R. Morral, and Alex Piquero. Linking Specialization and Seriousness in Criminal Careers. *Advances in Life Course Research* 20: 43-55.

2014  Ridgeway, Greg and John M. MacDonald. A Method for Internal Benchmarking of Criminal Justice System Performance.*Crime and Delinquency* 60: 145-162.

2013  Aaltonen, Mikko, John MacDonald, Pekka Martikainen, and Janne Kivivuori. Examining the Generality of the Unemployment-Crime Association. *Criminology* 51: 561-594.

2013   MacDonald, John, Robert Stokes, Ben Grunwald, and Ricky Bluthenthal. The Privatization of Public Safety in Urban Neighborhoods: Do Business Improvement Districts Reduce Violent Crime Among Adolescents? *Law and Society Review* 47: 621-652.

2013   Nicosia, Nancy, John M. MacDonald, and Jeremy Arkes. Disparities in Criminal Court Referrals to Drug Treatment and Prison for Minority Men. *American Journal of Public Health* 103: e77-e84.

2013   Anderson, James, John MacDonald, Ricky Bluthenthal, and Scott Ashwood. Reducing Crime by Shaping the Built Environment with Zoning: An Empirical Study of Los Angeles. *University of Pennsylvania Law Review* 161: 699-756.

2013   MacDonald, John M., John Hipp, and Charlotte Gill. The Effects of Immigrant Concentration on Changes in Neighborhood Crime Rates. *Journal of Quantitative Criminology.* 29:191-215.

2012   MacDonald, John M., and Jessica Saunders. Are Immigrants Less Violent? Specifying the Reasons and Mechanisms. *The ANNALS of the American of Academy of Political and Social Science* 641: 125-147.

2011   Branas, Charles, Rose Cheney, John M. MacDonald, Vicky Tam, Tara Jackson, and Thomas Ten Have. A Difference-in-Differences Analysis of Health, Safety, and Greening Vacant Urban Space. *American Journal of Epidemiology* 174: 1296-306

2011   Cook, Philip J., and John MacDonald. Public Safety through Private Action: An Economic Assessment of BIDs. *Economic Journal* 121: 445-462.

2010   MacDonald, John M., Robert Stokes, Deborah Cohen, Aaron Kofner, and Greg Ridgeway. The Effect of Light Rail Transit on Body Mass Index and Physical Activity. *American Journal of Preventive Medicine* 39: 105-112.

2010   MacDonald, John M., Daniela Golinelli, Robert Stokes, and Ricky Bluthenthal. The Effect of Business Improvement Districts on the Incidence of Violent Crimes. *Injury Prevention* 16: 327-332.

2010   Berk, Richard, and John M. MacDonald. Policing the Homeless: An Evaluation of Efforts to Reduce Homeless-Related Crime. *Criminology and Public Policy* 9: 813-840.

2010   MacDonald, John M., Robert Stokes, and Ricky Bluthenthal. The Role of Community Context in Business District Revitalization Strategies: Business Improvement Districts in Los Angeles. *Public Performance and Management Review* 33: 436-458.

2010   Wilson, Jeremy M., John M. MacDonald, and George Tita. Localized Homicide Patterns and Prevention Strategies: A Comparison of Five Project Safe Neighborhood Sites. *Victims and Offenders* 5:45-63.

2009   MacDonald, John M., Robert Kaminski, and Mike Smith. The Effect of Less-lethal Weapons on Injuries in Police Use of Force Events. *American Journal of Public Health* 99: 2268-2274.

2009   Berk, Richard, and John M. MacDonald. The Dynamics of Crime Regimes. *Criminology* 47: 971-1008.

2009   Ridgeway, Greg, and John M. MacDonald. Doubly Robust Internal Benchmarking and False Discovery Rates for Detecting Racial Bias in Police Stops. *Journal of the American Statistical Association* 104: 661-668.

2009   Ramchand, Rajeev, John M. MacDonald, Amelia Haviland, and Andrew Morral. A Developmental Approach for Measuring the Severity of Crimes. *Journal of Quantitative Criminology* 26: 129-153.

2009   MacDonald, John M., Amelia Haviland, and Andrew Morral. Assessing the Relationship between Violent and Nonviolent Criminal Activity among Serious Adolescent Offenders. *Journal of Research in Crime and Delinquency* 46: 553-580.

2008   Berk, Richard, and John M. MacDonald. Overdispersion and Poisson Regression. *Journal of Quantitative Criminology* 24: 269-284.

2008   McCall, Patricia L., Karen F. Parker, and John M. MacDonald. The Dynamic Relationship between Homicide Rates and Social, Economic, and Political Factors and Homicide from 1970 to 2000. *Social Science Research* 37: 721-735.

2008   Stokes, Robert J., John M. MacDonald, and Greg Ridgeway. Estimating the Effects of Light Rail Transit on Health Care Costs. *Health and Place* 14: 45-58.

2007   MacDonald, John M., Robert Stokes, Greg Ridgeway, and K.J. Riley. Race, Neighborhood

Context, and Perceptions of Injustice by the Police in Cincinnati. *Urban Studies* 44: 2567-2585.

2007  Gover, Angela R., Eve M. Brank, and John M. MacDonald. A Specialized Domestic Violence Court in South Carolina: An Example of Procedural Justice for Victims and Defendants. *Violence Against Women* 13: 603-626.

2007  Strom, Kevin J., and John M. MacDonald. The Influence of Social and Economic Disadvantage in Youth Homicide over Time. *Homicide Studies* 11: 50-69.

2007  MacDonald, John M., Andrew Morral, Barbara Raymond, and Christine Eibner. The Efficacy of the Rio Hondo DUI Court: A 2-Year Field Experiment. *Evaluation Review* 31: 4-23.

2006  Eibner, Christine, Andrew R. Morral, Rosalie L. Pacula, and John M. MacDonald. Is the Drug Court Model Exportable? An Examination of the Cost-Effectiveness of a Los Angeles Based DUI court. *Journal of Substance Abuse Treatment* 31: 75-85.

2006  Chappell, Allison, John M. MacDonald, and Patrick Manz. The Organizational Determinants of Police Arrest Decisions. *Crime and Delinquency* 52: 287-306.

2006  MacDonald, John M., and Robert Stokes. Race, Social Capital, and Trust in the Police. *Urban Affairs Review* 41: 358-375.

2005  Parker, Karen F., John M. MacDonald, Wesley G. Jennings, and Geoffrey P. Alpert. Racial Threat, Urban Conditions, and Police Use of Force: Assessing the Direct and Indirect Linkages Across Multiple Urban Areas.*Justice Research and Policy* 7: 53-80.

2005  MacDonald, John M., Alex R. Piquero, Robert Valois, and Keith Zullig. The Relationship Between Life Satisfaction and Violent Behaviors Among Youth. *Journal of Interpersonal Violence* 20: 1495-1518.

2005  Alpert, Geoffrey, John M. MacDonald, and Roger Dunham. Police Suspicion and Discretionary Decision Making During Citizen Stops. *Criminology* 43: 407-434.

2005  MacDonald, John M., and Angela R. Gover. Concentrated Disadvantage and Youth-on-Youth Homicide. *Homicide Studies* 9: 30-54.

2005  Piquero, Alex R., John M. MacDonald, Adam Dobrin, Leah Daigle, and Francis Cullen. The Relationship Between Violent Offending and Death by Homicide: A Test of the General Theory of Crime. *Journal of Quantitative Criminology* 21: 55-71.

2005  Piquero, Nicole, Angela R. Gover, John M. MacDonald, and Alex R. Piquero. The Influence of Delinquent Peers on Delinquency: Does Gender Matter? *Youth and Society* 36: 251-272.

2004  Alpert, Geoffrey P., Roger G. Dunham, and John M. MacDonald. Interactive Police-Citizen Encounters that Result in Force. *Police Quarterly* 7: 475-488.

2004 Parker, Karen F., John M. MacDonald, Geoffrey P. Alpert, Michael R. Smith, and Alex Piquero. "A Contextual Study of Racial Profiling: Assessing the Theoretical Rationale for the Study of Racial Profiling at the Local Level. *American Behavioral Scientist* 47: 943-962.

2004 Lattimore, Pamela K., John M. MacDonald, Alex R. Piquero, Richard L. Linster, and Christy A. Visher. Studying Characteristics of Arrest Frequency among Paroled Youthful Offenders. *Journal of Research in Crime and Delinquency* 41: 37-57.

2003 Gover, Angela R., John M. MacDonald, and Geoffrey P. Alpert. Combating Domestic Violence: Findings from an Evaluation of a Local Domestic Violence Court. *Criminology and Public Policy* 3: 109-132.

2003  MacDonald, John M. The Effect of Ethnicity on Juvenile Court Outcomes in Hawaii. *Youth and Society* 35: 243-263.

2003  MacDonald, John M., Patrick W. Manz, Geoffrey P. Alpert, Roger G. Dunham. Police Use of Force: Examining the Relationship between Calls for Service and the Balance of Police Force and Suspect Resistance. *Journal of Criminal Justice* 31: 119-127.

2002  MacDonald, John M. The Effectiveness of Community Policing in Reducing Urban Violence. *Crime and Delinquency* 48: 592-618.

2002  Valois, Robert F., John M. MacDonald, Lena Bretous, Megan A. Fischer, J. Wanzer Drane. Risk Factors and Behaviors Associated with Adolescent Violence and Aggression. *American Journal of Health Behavior* 26: 454-464.

2002  Piquero, Alex R., John M. MacDonald, and Karen F. Parker. Race, Local Life Circumstances, and Criminal Activity. *Social Science Quarterly* 83: 254-270.

2001  MacDonald, John M. Analytic Methods for Examining Race and Ethnic Disparity in the Juvenile Courts. *Journal of Criminal Justice* 29: 507-519.

2001 MacDonald, John M. and Karen F. Parker. The Structural Determinants of Justifiable Homicide: Assessing the Theoretical and Political Considerations. *Homicide Studies* 5: 187-205.

2001 Alpert, Geoffrey P. and John M. MacDonald. Police Use of Force: An Analysis of Organizational Characteristics. *Justice Quarterly* 18: 393-409.

2001 MacDonald, John M. and Meda Chesney-Lind. Gender Bias and Juvenile Justice Revisited: A Multi-year Analysis. *Crime and Delinquency* 47: 173-195.

2001 MacDonald, John M., Robert J. Kaminski, Geoffrey P. Alpert, and Abraham N. Tennenbaum. The Temporal Relationship between Police Killings of Civilians and Criminal Homicide: A Refined Version of the Danger-Perception Theory. *Crime and Delinquency* 47: 155-172.

1999 MacDonald, John M. and Abraham N. Tennenbaum. Justifiable Homicide by Civilians. Pp. 463-491. *Advances in Criminological Theory* 8: 463-491.

1999 MacDonald, John M., Geoffrey P. Alpert, and Abraham N. Tennenbaum. Justifiable Homicide by Police and Criminal Homicide: A Research Note. *Journal of Crime and Justice* 22: 153-166.

1999 MacDonald, John M. Violence and Drug Use in Juvenile Institutions. *Journal of Criminal Justice* 27: 33-44.

1998 MacDonald, John M. and Geoffrey P. Alpert. Public Attitudes Toward Police Pursuit Driving. *Journal of Criminal Justice* 26: 185-194.

1997 MacDonald, John M. Institutional Responses to Juvenile Misconduct. *Criminal Justice Policy Review* 8: 247-268.

1997 Lattimore, Pamela K., Richard L. Linster, and John M. MacDonald. Risk of Death among Serious Young Offenders. *Journal of Research in Crime and Delinquency* 34: 187-209.

### Book Chapters

2013 Grunwald, Ben, and John MacDonald. Propensity Score Matching. *Encyclopedia of Criminology and Criminal Justice.* (Eds. G. Bruinsma and D. Weisburd). NY: Springer.

2013 Fagan, Jeffrey and John MacDonald. Policing, Crime and Legitimacy in New York and Los Angeles: The Social and Political Contexts of Two Historic Crime Declines. *New York and Los Angeles: The Uncertain Future.* (Eds. D. Halle and A. A. Beveridge). Oxford University Press: New York, NY.

2012 Klick, Jonathan, John MacDonald, and Thomas Stratmann. Mobile Phones and Crime Deterrence: An Under-appreciated Link? *Research Handbook on the Economics of Criminal Law.* (Eds. A. Harel and K. Hylton). UK: Edward Elgar.

2012 MacDonald, John and Robert J. Sampson. The World in a City: Immigration and America's Changing Social Fabric. *The ANNALS of the American Academy of Political and Social Science* 641: 6-15.

2011 MacDonald, John M., Andrew Morral, and Alex R. Piquero. Socially Desirable Response Bias in Criminology: An Example of Its Effect in Testing the Effects of Self-Control. *Advances in Criminological Theory* 17: 21-36.

2011 Cook, Philip J., and John MacDonald. Limiting Criminal Opportunities. In *Controlling Crime: Strategies and Tradeoffs.* (Eds. P. Cook, J. Ludwig, and J. McCrary). Chicago: University of Chicago Press.

2009 Ridgeway, Greg and John M. MacDonald. Methods for Assessing Racially Biased Policing. In *Race, Ethnicity and Policing.* (Eds. Rice and White). NY: New York University Press.

2009 MacDonald, John M., and Pamela K. Lattimore. Count Models in Criminology. In *The Handbook of Quantitative Criminology.* (Eds. A. Piquero and D. Weisburd). NY: New York: Springer.

2004 MacDonald, John M. National Institute of Justice. *Encyclopedia of Criminology.* Chicago, IL: Fitzroy Dearborn Publishers.

### Technical Reports

2009 MacDonald, John, Ricky Bluthenthal, Daniela Golinelli, Aaron Kofner, Robert Stokes, Amber Sehgal, Terry Fain, and Leo Beletsky. *Neighborhood Effects on Crime and Youth Violence: The Role of Business Improvement Districts in Los Angeles.* Santa Monica, CA: RAND Corporation.

2007 Turner, Susan, Terry Fain, John MacDonald, and Amber Sehgal. *Los Angeles County*

*Juvenile Justice Crime Prevention Act: Fiscal Year 2004-2005 Report.* Santa Monica, CA: RAND Corporation.

2006  LaTourrette, Tom, David R. Howell, David E. Mosher, and John MacDonald. *Reducing Terrorism Risk at Shopping Centers: An Analysis of Potential Security Options.* Santa Moncia, CA: RAND Corporation.

2005  Riley, K. Jack, Susan Turner, John MacDonald, Greg Ridgeway, Terry Schell, Jeremy Wilson, Travis L. Dixon, Terry Fain, Dionne Barnes-Proby, and Brent Fulton. *Police-Community Relations in Cincinnati.* Santa Monica, CA: RAND Corporation.

## Practitoner Journals

2011  Alpert, Geoffrey P., Michael R. Smith, Robert J. Kaminski, Lorie A. Fridell, John MacDonald, and Bruce Kubu. Police Use of Force, Tasers and Other Less-Lethal Weapons. *National Institute of Justice, Research in Brief*, NCJ 232215, May.

2011  MacDonald, John M., Geoffrey P. Alpert, and Angela R. Gover. The Use of Helicopters in Policing: Necessity or Waste? *Police Forum*, April, 8: 9-14.

## Grant Reports

2010  Smith, Michael R., Robert J. Kaminski, Geoffrey P. Alpert, Ph.D., Lorie A. Fridell, John MacDonald, and Bruce Kubu. Multi-Method Evaluation of Police Use of Force Outcomes. The National Institute of Justice, U.S. Department of Justice, NCJ 231176.

2004  Alpert, Geoff P., Roger G. Dunham, Meghan Stroshine, Katherine Bennett, and John M. MacDonald. Police Officers' Decision Making and Discretion: Forming Suspicion and Making a Stop. The National Institute of Justice, U.S. Department of Justice 2001-IJ-CX-0035.

2003  Gover, Angela R., John M. MacDonald, Geoffrey P. Alpert, and Irick J. Geary. The Lexington County Domestic Violence Court: A Partnership and Evaluation. The National Institute of Justice, U.S. Department of Justice 2000-WT-VX-0015.

2001  MacDonald, John. The Effect of Community Policing on Urban Violence. The Bureau of Justice Statistics, U.S. Department of Justice.

1997  Alpert, Geoffrey P. and John M. MacDonald. Helicopters and Their Use in Police Pursuit. The National Institute of Justice, U.S. Department of Justice 93-IJ-CX-0061.

## Opinion Editorials

2012  Don't Shut the Golden Door. (with R.J Sampson) *New York Times*, June, 20.

2009  Crime Prevention Can Help the City's Economy. *Philadelphia Inquirer*, February 19.

2006  Cities Should Enlist Business in Their Battle Against Crime. (with R. Stokes). *Los Angeles Business Journal*, July 3.

## Grants and Contracts

2016-2021  A Randomized Trial of Abandoned Housing Remediation, Substance Abuse and Violence. Co-PI. NIH/National Institute on Alcohol Abuse and Alcoholism (NIAA),$670,667.

2016  Evaluating the Role of Race in Criminal Justice Adjudications in Delaware. P.I. State of Delaware Administrative Office of the Courts, $68,294.

2015-2016  Replication of the Cardiff Violence Prevention Model in the United States. Co-P.I. Robert Wood Johnson Foundation (prime: National Foundation for the Centers for Disease Control and Prevention Inc.), $213,572.

2014-2019  Penn Injury Science Center. Urban Vacant Lot Stabilization and Violence Trial. P.I. Centers for Disease Control and Prevention (CDC), $143,000.

2009-2013  School Environment as a Mechanism to Reduce Youth Violence and Victimization. Co-P.I. (N. Nicosia P.I.) Centers for Disease Control and Prevention (CDC), $1,621,879.

2009-2012  Understanding the Effects of Land-Use Regulation on the Built Environment and Crime. Co-Principal Investigator (J. Anderson P.I.). The Robert Wood Johnson Foundation, $386,349.

2008-2011  The Role of Race in Criminal Justice Referrals to Treatment. Co-P.I. (N. Nicosia P.I.) NIH/National Institute on Drug Abuse (NIDA), $783,796.

2005-2009  The Impact of Business Improvement Districts on Youth Violence. P.I. w/R. Bluthenthal. Centers for Disease Control and Prevention (CDC), $2,287,952.

2005-2008  Treatment Effects on Desistance From Youth Violence. P.I. w/ A. Morral. Centers for Disease Control and Prevention (CDC), $734,314.

2005-2007  Impact of Light Rail on Physical Activity and BMI. Principal Investigator. NIH/National Institute of Environmental Health Sciences (NIEHS), $527,987.

2004-2008  Police-Community Relations in Cincinnati. Investigator (K.J. Riley P.I.). City of Cincinnati, $523,664.

2004-2009  Project Safe Neighborhoods (Los Angeles, CA). Investigator (K.J. Riley P.I.). National Institute of Justice (NIJ), US Department of Justice, $300,000.

2001-2003  Assessing Police Officer Decision Making and Discretion. Investigator (G. Alpert P.I.). National Institute of Justice (NIJ), US Department of Justice, $247,877.

2000-2003  Investigating Racial Profiling in the Miami-Dade Police Department. Investigator (G. Alpert P.I.). Miami-Dade County, $250,000.

2000-2002  The Lexington County Domestic Violence Court: A Partnership and Evaluation. Co-P.I. (G. Alpert P.I.). National Institute of Justice (NIJ), US Department of Justice, $221,478.

2000-2001  The Effect of Community Policing on Urban Violence. P.I. American Statistical Association, Committee on Law and Justice, $21,271.

## Conferences and Invited Talks

2018  Changing Place: Using Science to Design Safer and Healthier Cities. Ellis MacDougall Lecture, University of South Carolina, April 19.

2018  The Effects of Local Police Surges on Crime and Arrests in New York City. Dean's Distinguished Lecture Series, University of Texas-San Antonio, College of Public Policy, February 6.

2017  Does Closing Schools Affect Neighborhood Crime? Evidence from Philadelphia (with M. Steinberg and B. Ukert). Association for Public Policy Analysis and Management. Chicago, IL, November 2.

2017  Changing Place: Using Science to Design Safer and Healthier Cities. Department of Sociology, University of Colorado, Boulder.

2016  The Long Term Effect of Civil Gang Injunctions on Crime in Los Angeles (with G. Ridgeway, R. Moyer, and J. Grogger). American Society of Criminology. New Orleans, LA, November 19.

2016  Private in the Public's Interest? The Case of Business Improvement Districts in New York City (with R. Meltzer, S Han, P.J. Cook, and Ingrid Ellen). American Society of Criminology. New Orleans, LA, November 19.

2016  Racial Bias in Police Searches: Using Shifts in Manpower to Test for Racial Profiling (with G. Ridgeway and J. Fagan). American Society of Criminology. New Orleans, LA, November 18.

2016  Private in the Public's Interest? The Case of Business Improvement Districts in New York City (with R. Meltzer, S Han, P.J. Cook, and Ingrid Ellen). Association for Public Policy Analysis and Management. Washington, DC, November 3.

2016  Changing Places: Using Science to Design Safer Cities. Jerry Lee Lecture. Stockholm Symposium. Stockholm, Sweden, June 16.

2015  The Direct and Indirect Effects of Closing Schools on Students Educational Settings:: Evidence from Two Rounds of School Closures in Philadelphia (with M. Steinberg and J. Scull). Association for Public Policy Analysis and Management. Miami, FL, November 14.

2015   Transit Systems and Their Effect on Crime in Communities (with G. Ridgeway). Association of Public Policy Analysis and Management. Miami, FL, November 14.

2015  The Effects of Local Police Surges on Crime and Arrests in New York City (with J. Fagan and A. Geller). National Bureau of Economic Research Summer Institute. Cambridge, MA, July 24.

2014  Order Maintenance in Crime Hot Spots: The Effects of Local Police Surges on Stops and Crime in New York City (with J. Fagan). American Society of Criminology meetings, San Francisco, CA, November 20.

2014  The Impact of Private Policing on Crime (with P. Hunt, P. Heaton, and J. Saunders). American Society of Criminology meetings, San Francisco, CA, November 20.

2014  Place-based Approaches to Reducing Crime and Improving Health. University of Texas El Paso. Center for Law and Human Behavior, El Paso, TX, November 6.

2014  MacDonald, John M. Place-based Approaches to Reducing Crime and Improving Health. Symposium 23: Public Health Law and Behavior Change: Improving Population Health through

Policy. Society for Behavioral Medicine, Philadelphia, PA, April 25.
2013  MacDonald, John M. (with M. Ruther). Analyzing Spatial Interactions in Homicide Research Using a Spatial Durbin Model. American Society of Criminology meetings, Atlanta, GA, November 20.
2013  MacDonald, John M. (with N. Nicosia). Charter School Legislation and Crime Rates in Philadelphia Neighborhoods. Association for Public Policy Analysis and Management meetings, Washington, DC, November 7.
2013  MacDonald, John M. (with A. Vivolo-Kantor, N. Nicosia, K. Holland, and J. Matjasko). Do State Bullying Laws Impact Youth Violence Rates? Association for Public Policy Analysis and Management meetings, Washington, DC, November 7.
2013  MacDonald, John M. Place-Based Approaches to Reducing Crime and Improving Health. University of Southern California. Price School of Public Policy, February 19.
2012  MacDonald, John M. (with J. Saunders). Are Immigrant Youth Less Violent? Specifying the Reasons and Mechanisms. American Society of Criminology meetings, Chicago, IL, November 15.
2012  MacDonald, John M. (with J. Fagan). The Effect of Hot Spots Policing in NYC on Crime and Racial Disparities in Stop Outcomes. American Society of Criminology meetings, Chicago, IL, November 16.
2012  MacDonald, John M. (with B. Grunwald). Using Spatial and Temporal Discontinuities to Evaluate the Effect of Police Strength on Crime. American Society of Criminology meetings, Chicago, IL, November 16.
2012  MacDonald, John M. Place-Based Approaches to Reducing Crime and Improving Health. Kershaw Award Lecture. Association for Public Policy Analysis and Management meetings, Baltimore, MD, November 8.
2012  MacDonald, John M. (with N. Nicosia). Do School Environments Influence Crime and Substance Abuse? Association for Public Policy Analysis and Management meetings, Baltimore, MD, November 8.
2012  MacDonald, John M. Reducing Crime by Shaping the Built Environment with Zoning. Public Health Law Conference: American Society of Law, Medicine, and Ethics, Atlanta, GA, October 10.
2012  MacDonald, John M. MacDonald, John. (with N. Nicosia and R. Pacula). Do Efforts to Divert Drug Offenders from Incarceration Influence Racial Disparities in Criminal Dispositions? American Society of Health and Economists meetings, Minneapolis, MN, June 11.
2012  MacDonald, John M. (with N. Nicosia and H. Harris). Do School Environments Influence Substance Use and Other Risky Behaviors? American Society of Health and Economists meetings, Minneapolis, MN, June 12.
2012  MacDonald, John M. (with N. Nicosia and R. Pacula). Does Mandatory Diversion to Drug Treatment Eliminate Racial Disparities in the Incarceration of Drug Offenders? National Bureau of Economic Research Summer Institute. Economics of Crime Working Group. Cambridge, MA: July.
2012  MacDonald, John M. A Panel Discussion of Stephanos Bibas's The Machinery of Criminal Justice. Princeton University, the James Madison Program in American Ideals and Institutions.
2012  MacDonald, John M. The Effect of Private Action on Crime Prevention: An Economic Assessment of Business Improvement Districts. Temple University, February 10.
2011  MacDonald, John M. What do we know about violence and how it affects the lives of parents andchildren? Robert Wood Johnson Foundation: Thought Leaders Forum. Atlanta, GA, September.
2011  MacDonald, John M. (with P. Cook and S. Han). The Role of Business Improvement Districts in New York City's Crime Drop. Association for Public Policy Analysis and Management meetings, Washington, DC, November, 3.
2011  MacDonald, John (with N. Nicosia and H. Harris). The Effect of School Environments on Violence and Risky Behaviors: Evidence from the Timing of Charter School Implementation. Association for Public Policy Analysis and Management meetings, Washington, DC, November.
2011  MacDonald, John (with N. Nicosia and H. Harris). The Effect of School Environments on Violence and Risky Behaviors: Evidence from the Timing of Charter School Implementation.

American Society of Criminology meetings, Washington, DC, November 18.

2011  MacDonald, John (with D. Golinelli and R. Bluthenthal). Mortality Effects of Economic Development via Business Improvement Districts. American Society of Criminology meetings, Washington, DC, November 18.

2011  MacDonald, John (with J. Fagan). Order Maintenance in Hot Spots: The Effects of Local Police Surges on Crime in New York. American Society of Criminology meetings, Washington, DC, November 18.

2011  MacDonald, John M. (Discussant) Assimilation of Immigrants and Incarceration, 1900-1930, by C. Moehling and A. Piehl. National Bureau of Economic Research Summer Institute. Economics of Crime Working Group. Cambridge, MA: July 29.

2011  MacDonald, John (with Nicosia Nancy and Rosalie Pacula). Do Efforts to Divert Drug Offenders from Incarceration Influence Racial Disparities in Criminal Court Dispositions? Evidence from Prop 36. The International Society for the Study of Drug Policy (ISSDP) Annual Meeting, Utrecht Netherlands, May.

2011  MacDonald, John (with Jeremy Arkes, Nancy Nicosia, and Rosalie Pacula). Decomposing Racial/Ethnic Disparities in Adjudicating Drug Offenses in California. International Society for the Study of Drug Policy (ISSDP) Annual Meeting, Utrecht Netherlands, May.

2010  MacDonald, John. The Effect of Policies to Divert Drug Offenders from Incarceration on Racial Disparities in Criminal Justice Adjudications. University of South Florida, December 3.

2010  MacDonald, John (with P. Cook). Mobilizing Private Inputs for Crime Prevention. National Bureau of Economic Research Conference on Making Crime Control Pay: Cost-Effective Alternatives to Incarceration. University of California, Berkeley's School of Law. Berkeley, CA: January 16.

2010  MacDonald, John (with R. Bluthenthal). The Impact of Business Improvement Districts (BIDs) ?on Youth Violence and Community-Level Change. Centers for Disease Control and Prevention. Atlanta, GA: January 19.

2010  MacDonald, John. The Effect of Policies to Divert Drug Offenders from Incarceration on Racial Disparities in Criminal Justice Adjudications. NIH: Health Disparities in Boys and Men. Washington, DC: November 2.

2010  MacDonald, John (with R., Bluthenthal, R. Stokes, and B. Grunwald). Family and neighborhood effects on youth violence: Does community economic development increase adolescent well-being? Presidential Plenary session (peer reviewed). American Society of Criminology meetings, San Francisco, CA, November, 17.

2010  MacDonald, John (with N. Nicosia). The Effect of Policies to Divert Drug Offenders from Incarceration on Racial Disparities in Criminal Justice Adjudications. Health Disparities in Boys and Men conference, National Institute on Drug Abuse, National Institutes of Health, Washington, DC, November 2.

2009  MacDonald, John (with R. Stokes and D. Cohen). Impact of Light Rail Transit on Physical Activity. 137th Annual Meeting of the American Public Health Association, Philadelphia, PA, November.

2009  MacDonald, John (with J. Saunders). Immigrant Households Protect Youth from Violence. American Society of Criminology meetings, Philadelphia, PA, November.

2009  MacDonald, John. Family and Neighborhood Effects on Youth Violence: Immigration as a Protective Factor. University of South Carolina, February 13.

2009  MacDonald, John. Effect of Business Improvement Districts (BIDs) on Violent Crime in Los Angeles. Congressional Briefing, February 3.

2008  MacDonald, John (with J. Hipp and C. Gill). Immigrant Succession, Neighborhood Composition, and the Crime Drop in Los Angeles. American Society of Criminology meetings, St. Louis, MO, November.

2008  MacDonald, John (with R. Kaminski, and M.R. Smith). Assessing the Effects of Conducted Energy Devices and Other Types of Force on Officer and Suspect Injury. American Society of Criminology, St. Louis, November.

2008  MacDonald, John. The Dynamics of Crime Regimes.(with R. Berk) Temple University, February.

2008  MacDonald, John. The Dynamics of Crime Regimes.(with R. Berk) University of Maryland,

April.

2008  MacDonald, John. Do Neighborhood Environments Explain Why Whites and Blacks Hold Different Views of the Police? Rutgers University, April 3.

2008  MacDonald, John (with R. Bluthenthal, D. Golinelli, A. Kofner, and R. Stokes). The Impact of Business Improvement Districts on Neighborhood-level Youth Violence. (poster session) Association for Public Policy Analysis and Management meetings, Los Angeles, CA, November.

2008  MacDonald John (with R. Stokes, R. Bluthenthal, and D. Golinelli). A Mixed Method Approach to Studying the Relationship between Business Improvement Districts and Youth Violence. 136th Annual Meeting of the American Public Health Association, San Diego, CA, October.

2008  MacDonald, John (with R. Ramchand, A. Haviland, and A. Morral). Developmental Approach for Measuring the Seriousness of Crimes. American Sociological Association meetings, session on Measuring Crime, Boston, MA, 2008.

2008  MacDonald, John (with J. Hipp and C. Gill). Neighborhood Effects of Immigrant Succession on Crime: Did Immigrants Cause the Crime Drop in Los Angeles. Annual Workshop on Crime and Population Dynamics, Baltimore, MD.

2007  MacDonald, John (with R. Bluthenthal and D. Golinelli). The Effects of Business Improvement Districts on Community Violence. American Society of Criminology meetings, Atlanta, GA, 2007.

2006  MacDonald, John M. (with G. Ridgeway et al.). Race and Perceptions of Injustice by the Police: Modeling the Counterfactual.American Society of Criminology meetings, Los Angeles, CA.

2006  MacDonald, John. How Can Residents Create Safer Communities? Los Angeles Neighborhood Initiative Annual Community Forum, May 17.

2005  MacDonald, John. Race, Suspicion, and Police Decision Making. University of Pennsylvania, October 25.

2006  MacDonald, John M. (with A. Haviland, A. Morral, and D. Nagin).The Pathways to Violent and Nonviolent Criminal Activity Among RAND's Adolescent Outcomes Project. American Society of Criminology meetings, Los Angeles, CA.

2005  MacDonald, John M. Evaluating Police-Community Relations. 14th World Congress of Criminology meetings, Philadelphia, PA.

2004  MacDonald, John M. (with A. Chappell). Varieties of Police Management and Their Impact on Police Officer Behavior. American Society of Criminology meetings, Nashville, TN.

2004  MacDonald, John M. (with P. McCall and K.F. Parker). The Rise and Decline in Crime: Assessing the Changing Nature of Crime from 1950 to 2000. American Society of Criminology meetings, Nashville, TN.

2004  MacDonald, John M. Homeland Security: Infrastructure Research Needs. Bureau of Justice Statistics/Justice Research and Statistics Association national conference, Seattle, WA.

2004  MacDonald, John M. (with R. Stokes) Social Capital and the Police: A Study of Prospects and Contradictions. Urban Affairs Association meetings, Washington, DC.

2004  MacDonald, John M. (with A. Gover and R. Valois) Gender, Gang Membership, and Violent Victimization. Academy of Criminal Justice Sciences meetings, Las Vegas, NV

2003  MacDonald, John M. (with K. Strom) Concentrated Disadvantage: The Influence of Social and Economic Change on the Epidemic of Youth Violence. American Society of Criminology meetings, Denver, CO.

2003 MacDonald, John M. Combating Domestic Violence in Rural Areas: Findings from an Evaluation of a Local Domestic Violence Court.Bureau of Justice Statistics/Justice Research and Statistics Association national conference, San Francisco, CA.

2003  MacDonald, John M. (with N. Piquero, A. Gover, and A. Piquero). Exploring the Role of Peer Delinquency for Onset and Persistence: The Case of Gender. Academy of Criminal Justice Sciences meetings, Boston, MA.

2002  MacDonald, John M. (with A. Gover and G. P. Alpert). Process and Outcome Evaluation of a Rural Domestic Violence Court. American Society of Criminology meetings, Chicago, IL.

2002  MacDonald, John M. (with A. Piquero and L. Daigle). On the Relationship Between Violent Death and Recidivism. American Society of Criminology meetings, Chicago, IL.

2002  MacDonald, John M. (with G. Alpert, R. Dunham, and K. Bennett). Assessing Police

Officers Decision Making. American Society of Criminology meetings, Chicago, IL.

2002  MacDonald, John M. (with A. Gover). Youth-on-Youth Homicide: Assessing the Ecological Influences Across Time. American Sociological Association meetings, section on Crime, Law, and Deviance, Chicago, IL.

2002  MacDonald, John M. (with K. F. Parker, G. Alpert, A. Piquero, and M. Smith). Racial Profiling in Context: Pursuing a Theoretical Rationale for Studying Racial Profiling at the Local Level. Southern Sociological Society meetings, Baltimore, MD.

2002  MacDonald, John M. (with A. Gover). The Structural Context of Youth-on-Youth Homicide: Assessing the Influences Over Time. Southern Sociological Society meetings, Baltimore, MD.

2001  MacDonald, John M. Police Killings of Civilians: Does Community Policing Make a Difference? American Society of Criminology meetings, Atlanta, GA.

2001  MacDonald, John M. (with K.F. Parker and G. Alpert). Social Inequality and Police Use of Force. American Sociological Association meetings, section on Crime, Law, and Deviance, Anaheim, CA.

2001  MacDonald, John M. (with A. Piquero). Do Informal Social Bonds Mediate the Effect of Race on Criminal Behavior over the Life-Course? American Sociological Association meetings, section on Crime, Law, and Deviance, Anaheim, CA.

2001  MacDonald, John, M. (with G. Alpert). The Effect of Community Policing on Urban Violence. Academy of Criminal Justice Sciences meetings, Washington, DC.

2000  MacDonald, John, M. The Structural Determinants of Justifiable Citizen Homicides. American Society of Criminology meetings, San Francisco, CA.

2000  MacDonald, John, M. (with G. Alpert, A. Gover, A. Piquero, N. Piquero). Police Use of Force: An Analysis of Organizational Characteristics. Southern Criminal Justice Association meetings, Charleston, SC.

2000  MacDonald, John, M. (with G. Alpert and S. Walker). Police Use of Force. Academy of Criminal Justice Sciences meetings, New Orleans, LA.

1999  MacDonald, John, M. Ethnic Differences in Juvenile Court Outcomes: A Study of Hawaii's Courts. American Society of Criminology meetings, Toronto, November.

1999  MacDonald, John, M. Model Comparisons of Juvenile Court Outcomes. American Society of Criminology meetings, Toronto, November.

1998  MacDonald, John, M. A Decade of Juvenile Crime in Hawaii: The Role of Ethnicity, Class, Gender, and Geography in the Juvenile Justice Process. American Society of Criminology meetings, Washington, DC, November.

1997  MacDonald, John, M. Discretion in the Juvenile Prison System. American Society of Criminology meetings, San Diego, CA, November.

1996  MacDonald, John M. (with P. Lattimore, R. Linster, and C. Visher). Count Models of Post-Release Arrests of Youthful Offenders. American Society of Criminology meetings, Chicago, IL.

1996  MacDonald, John M. Violence and Drug Use in Juvenile Institutions: A Test of the Deprivation and Importation Theories of Misconduct. American Society of Criminology meetings, Chicago, IL.

1995  MacDonald, John M. (with M. Rizzo) American Capital Punishment and Deterrence, an Irreconcilable Marriage? American Society of Criminology meetings, Boston, MA.

1995  MacDonald, John M. (with P. Lattimore, R. Linster, and C. Visher) Serious Youthful Offenders: Competing Risks of Death and Recidivism. American Society of Criminology meetings, Boston, MA.

## Teaching University of Pennsylvania

2017  Criminology: *Enrollments 140*
2015  Public Management: *Enrollments 25*
2012-2017  Seminar in Criminology: *Enrollments 25*
2007-2012  Seminar in Criminal Justice: *Enrollments 25*
2008-2016  Criminal Justice: *Enrollments 140*
2007  Research Methods: *Enrollment 25*
2011-2016  Advanced Proseminar in Criminology: *Enrollments 5*

|  |  |
|---|---|
| | 201-2017  Advanced Proseminar in Criminal Justice: *Enrollments 5* |
| | 2007-2009  Independent Study: Policing, Restorative Justice, Ecological Criminology |
| OTHER INSTITUTIONS | Criminology, Law and Society<br>Community Policing<br>Seminar in Criminal Justice<br>Juvenile Delinquency<br>Treatment and Prevention of Delinquency<br>Introductory Statistics |
| PRE AND POST DOCTORAL SUPERVISION | 2016  Ben Ukert, Leonard Davis Insitute of Health Economics and Epidemiology, University of Pennsylvania<br>2013  Shomron Moyal, Lecturer, Institute of Criminology, Hebrew University<br>2012  Mikko Aaltonen, Senior Researcher, Adjunct Professor, Institute of Criminology and Legal Policy, University of Helsinki |
| DISSERTATION SUPERVISION | 2015  Ben Grunwald, Criminology: Duke University<br>2014  Seunghoon Han, Criminology: University of Nebraska<br>2014  Wendy McClanahan, Criminology: McClanahan Associates<br>2012  Matthew Ruther, Demography: Univ of Louisville<br>2010  Charlotte Gill, Criminology: George Mason University<br>2010  Sued Ejaz Hussain, Criminology: University of Punjab |
| UNIVERSITY SERVICE | 2008-2013  Undergraduate Chair, Criminology<br>2006-2016  Graduate Committee, Criminology<br>2007-2012  Premajor Advisor, School of Arts and Sciences<br>2013-2016  Faculty Commitee, Quattrone Center<br>2011-2015  Hearing Panel Member: Student Disciplinary System<br>2012-2016  Advisory Board, Division of Public Safety<br>2013-2015  Advisory Board, Penn Wharton Public Policy Initiative |
| SERVICE TO THE PROFESSION | 2009-2012  Program Committee, Association for Public Policy Analysis and Management<br>2014-2015  Program Committee, Association for Public Policy Analysis and Management<br>2014-2017  Policy Committee, American Society of Criminology<br>2017-2018  Executive Counselor, Division of Experimental Criminology<br>2012  Program Committee, American Society of Criminology<br>2014-2016  Editorial Boards: Journal of Experimental Criminology, Journal of Quantitative Criminology |
| JOURNAL REFEREE | Advances in Life Course Research, American Economic Journal: Economic Policy, American Journal of Public Health, American Sociological Review, American Journal of Sociology, Crime and Delinquency, Criminology, Demographic Research, Health and Place, Homicide Studies, Injury Prevention, International Review of Law and Economics, Journal of Criminal Law and Criminology, Journal of Criminal Justice, Journal of Experimental Criminology, Journal of Legal Studies, Journal of Policy Analysis and Management, Journal of Quantitative Criminology, Journal of Research in Crime and Delinquency, Justice Quarterly, Landscape and Urban Planning, Preventive Medicine, Social Forces, Social Science Quarterly, Urban Affairs Review, Urban Studies |