# EXHIBIT 10

# STEPHEN D. MASTROFSKI

## PERSONAL

| | |
|---|---|
| 433 West Foster Avenue | Telephone: (814) 237-3882 |
| State College, PA 16801 | Cell: (540) 272-7440 |
| | Email: smastrof@gmu.edu |

## EDUCATION

| | |
|---|---|
| 1981 | Ph.D., University of North Carolina at Chapel Hill, Department of Political Science. |
| 1969 | B.A., University of Iowa, *cum laude* and with Special Honors in Political Science. |

## EMPLOYMENT

| | |
|---|---|
| 2018-Present | <u>University Professor Emeritus</u>. Department of Criminology, Law & Society. George Mason University. Member of the graduate faculty. |
| 2008-18 | <u>University Professor</u>. Department of Criminology, Law & Society; Director, Center for Justice Leadership and Management; Senior Fellow, Center for Evidence-Based Crime Policy, George Mason University. |
| 2008-09 | <u>University Professor and Chair</u>.. Administration of Justice Department; Director, Center for Justice Leadership and Management, George Mason University. |
| 2007-08 | <u>Professor</u> and <u>Chair</u>, Administration of Justice Department; <u>Director</u>, Center for Justice Leadership and Management, George Mason University. |
| 1999-07 | <u>Professor</u>. Public and International Affairs and <u>Director</u>, Administration of Justice Program; <u>Director</u>, Center for Justice Leadership and Management (since 2001), George Mason University. |
| 1997-99 | <u>Visiting Fellow</u>. Community Oriented Policing Services Office, U.S. Department of Justice. |
| 1996-99 | <u>Professor</u>. School of Criminal Justice, Michigan State University. |
| 1992-94 | <u>Visiting Fellow</u>. National Institute of Justice, U.S. Department of Justice. |
| 1989-96 | <u>Associate Professor</u>. Administration of Justice Department, Pennsylvania State University (Program moved to Department of Sociology, 1994). |
| 1981-89 | <u>Assistant Professor</u>. Administration of Justice Department, Pennsylvania State University. |
| 1976-81 | <u>Research Associate</u>. Institute for Research in Social Science and Center for Urban and Regional Studies, University of North Carolina, Chapel Hill, NC. |
| 1972-76 | <u>Graduate Assistant</u>. Department of Political Science, University of North Carolina, Chapel Hill, NC. |
| 1969-72 | <u>U. S. Naval Officer</u>. USS Salinan (ATF-161). Mayport, FL. |

# AWARDS AND HONORS

Lifetime Achievement Award. Division of Policing, American Society of Criminology. This award recognizes lifetime scholarly achievement in the field of policing. The award is not given for any single research project or study, but for a body of research developed over one's career. (2015).

Member of the Committee on Proactive Policing – Effects on Crime, Communities, and Civil Liberties. National Academies of Sciences. Washington, DC (2015-2017).

Elected American Society of Criminology Fellow. This honorary title recognizes persons who have made a scholarly contribution to the intellectual life of the discipline, whether in the form of a singular, major piece of scholarship or cumulative scholarly contributions. (2010).

Appointed to rank of University Professor, George Mason University. Appointment recognizes faculty of "unusually great stature and eminence from the world of national and international achievement" (2008).

Recipient (with J. Willis and D. Weisburd) of the Law and Society 2008 Article Prize for Willis, J., S. Mastrofski, and D. Weisburd. Making Sense of Compstat: A Theory-based Analysis of Organizational Change in Three Police Departments. *Law & Society Review* 41:147-188 (2007). This award is given to the article published in *Law & Society Review* during the previous year judged to be the strongest as an important contribution to the study of law and society today.

Member of the Committee to Review Research on Police Policy and Practices, National Research Council of the National Academies. Washington, DC. (2000-2003).

O. W. Wilson Award for outstanding contributions in education, research, and service in the area of policing. From the Police Section of the Academy of Criminal Justice Sciences (2000).

Ideas in American Policing Lecture: Policing for People. Police Foundation, Washington, DC (1998).

Visiting Fellow, Community Oriented Policing Services, U.S. Department of Justice (1997-99).

Lansing Metro Man of the Year, *Metropolitan Woman*, for support of women and women's issues (1997).

Visiting Fellow, National Institute of Justice, U.S. Department of Justice (1992-1994).

Named to "List of Excellent Honors Instructors" by University Scholars Office, Pennsylvania State University (1991).

# PUBLICATIONS

## Journals

Koen, Marthinus C., Willis, James J., and Mastrofski, Stephen D. 2018. The effects of body-worn cameras on police organisation and practice: a theory-based analysis, *Policing and Society*, DOI: 10.1080/10439463.2018.1467907

Willis, James J. and Stephen D. Mastrofski. 2018. "Improving Policing By Integrating Craft and Science: What Can Patrol Officers Teach Us about Good Police Work?" *Policing & Society* 28(1):27-44.

Willis, James J. and Stephen D. Mastrofski. Accepted 2017. Contrôler l'autonomie policière par un équilibre des forces: le cas des caméras portées, *Cahiers de la Sécurité et de la Justice*, n°39.

Willis, James J. and Stephen D. Mastrofski. 2017. "Understanding the Culture of Craft: Lessons from Two Police Agencies. *Journal of Crime and Justice* 40(10):84-100. DOI:10.1080/0735648X.2016.1174497

Mastrofski, Stephen D., Tal Jonathan-Zamir, Shomron Moyal, and James J. Willis. 2016. "Predicting Procedural Justice in Police-Citizen Encounters." *Criminal Justice and Behavior.*43(1):119-139. DOI:10.1177/0093854815613540.

Mastrofski, Stephen D. 2015. "Police CEOs: Agents of Change?" *The Police Chief* 82(11):52-54.

Jonathan-Zamir, Tal, Stephen D. Mastrofski, and Shomron Moyal. 2015. "Measuring Procedural Justice in Police-Citizen Encounters." *Justice Quarterly* 32(5):845-871.

Willis, James J. and Stephen D. Mastrofski. 2014. "Pulling Together: Integrating Craft and Science." *Policing: A Journal of Policy and Practice* 8(4):321-329

Kochel, Tammy, Roger B. Parks, and Stephen D. Mastrofski. 2013. "Examining Police Effectiveness as Precursor to Legitimacy and Cooperation with Police." *Justice Quarterly* 30(5):895-925 DOI**:**10.1080/07418825.2011.633544

Mastrofski, Stephen D. 2012. "Race, Policing, and Equity." *Criminology & Public Policy* 11(4):593-600. Willis, James J. and Stephen D. Mastrofski. 2012. "Compstat and the New Penology." *British Journal of Criminology*. 52(1):73-92. doi: 10.1093/bjc/azr063.

Wilson, David B., Roger B. Parks, and Stephen D. Mastrofski. 2011. "The Impact of Police Reform on Communities of Trinidad and Tobago." *Journal of Experimental Criminology* 7(4):375-405. (DOI) 10.1007/s11292-011-9131-y.

Willis, James J. and Stephen D. Mastrofski. 2011. "Innovations in Policing: Meanings, Structures, and Processes." *Annual Review of Law and Social Sciences* 7:309-334. doi: 10.1146/annurev-lawsocsci-102209-152835.

Kochel, Tammy R., David B. Wilson, and Stephen D. Mastrofski. 2011. "The Effect of Suspect Race on Police Officers' Arrest Decisions." *Criminology* 49(2):473-512.

Mastrofski, Stephen D. and James J. Willis. 2010. "Police Organization Continuity and Change: Into the Twenty-first Century." *Crime and Justice: A Review of Research* 39:55-144.

Willis, James J., Stephen D. Mastrofski, and Tammy R. Kochel. 2010. "The Co-Implementation of Compstat and Community Policing." *Journal of Criminal Justice* 38:969-980.

Willis, James J., Stephen D. Mastrofski, and Tammy Rinehart Kochel. 2010. "Recommendations for Integrating Compstat and Community Policing." *Policing: A Journal of Policy and Practice* 4(2):182-193.

Mastrofski, Stephen D. and Cynthia. Lum. 2008. "Meeting the Challenges of Police Governance in Trinidad and Tobago." *Policing A Journal of Policy and Practice* 2(4): 481-496. doi: 10.1093/police/pan051.

Mastrofski, Stephen D., James J. Willis, and Tammy Rinehart Kochel. 2007. "The Challenges of Implementing Community Policing in the United States." *Policing: A Journal of Policy and Practice* 1(2):223-234.

Willis, James J., Stephen D. Mastrofski, and David Weisburd. 2007. "Making Sense of Compstat: A Theory-based Analysis of Organizational Change in Three Police Departments." *Law & Society Review* 41:147-188.

Schafer, Joseph and Stephen D. Mastrofski.  2005.  "Police Leniency in Traffic Enforcement Encounters: Exploratory Findings from Observations and Interviews." *Journal of Criminal Justice* 33:225-238.

Gould, Jon B. and Stephen D. Mastrofski.  2004.  "Suspect Searches: Assessing Police Behavior under the Constitution." *Criminology and Public Policy* 3: 316-362.

Reisig, Michael, John D. McCluskey, Stephen D. Mastrofski, and William Terrill.  2004.  "Suspect Disrespect Toward the Police." *Justice Quarterly* 21:241-268.

Willis, James J., Stephen D. Mastrofski, and David Weisburd.  2004.  "Compstat and Bureaucracy: A Case Study of Challenges and Opportunities for Change." *Justice Quarterly* 21:463-496.

Mastrofski, Stephen D.  2004.  "Controlling Street-level Police Discretion." *The Annals of the American Academy of Political and Social Science* 593:100-118.

Weisburd, David, Stephen D. Mastrofski, Ann McNally, Rosann Greenspan, and James J. Willis.  2003.  "Reforming to Preserve: Compstat and Strategic Problem-Solving in American Policing." *Criminology and Public Policy* 2:421-456.

Mastrofski, Stephen D,, Michael Reisig and John D. McCluskey.  2002.  "Police Disrespect Toward the Public: An Encounter-Based Analysis." *Criminology* 40:519-552.

Terrill, William and Stephen D. Mastrofski.  2002.  "Reassessing Situational and Officer Based Determinants of Police Coercion." *Justice Quarterly* 19:215-248.

DeJong, Christina., Stephen D. Mastrofski, and Roger B. Parks.  2001.  "Patrol Officers and Problem Solving: An Application of Expectancy Theory." *Justice Quarterly* 18:31-61.

Mastrofski, Stephen D. and R. Richard Ritti.  2000.  "Making Sense of Community Policing: A Theoretical Perspective." *Police Practice and Research* 1(2):183-210.

Mastrofski, Stephen D., Jeffrey B. Snipes, Roger B. Parks, and Christopher D. Maxwell.  2000.  "The Helping Hand of the Law: Police Control of Citizens on Request." *Criminology* 38:307-342.

Maguire Edward R. and Stephen D. Mastrofski.  2000.  "Patterns of Community Policing in the United States." *Police Quarterly* 3(1): 4-45.

McCluskey, John., Stephen D. Mastrofski, and Roger B. Parks.  1999.  "To Acquiesce or Rebel: Predicting Citizen Compliance with Police Requests." *Police Quarterly* 2(4):389-416.

Parks, Roger B., Stephen D. Mastrofski, Christina DeJong and M. Kevin Gray.  1999.  "How Officers Spend Their Time with the Community." *Justice Quarterly* 16:483-518.

Mastrofski, Stephen D.  1998.  "Police Agency Accreditation: A Skeptical View." *Policing: An International Journal of Police Strategies & Management* 21:202-205.

Mastrofski, Stephen D., Jeffrey B. Snipes and Anne Supina.  1996. "Compliance on Demand: The Public's Response to Specific Police Requests." *Journal of Research in Crime and Delinquency* 33:269-305.

Worden, Robert E., Robin Shepard and Stephen D. Mastrofski.  1996. "On the Meaning and Measurement of Suspects' Demeanor toward the Police: A Comment on 'Demeanor and Arrest'." *Journal of Research in Crime and Delinquency* 33:324-332.

Mastrofski, Stephen D. and R. Richard Ritti. 1996.  "Police Training and the Effects of Organization on Drunk Driving Enforcement." *Justice Quarterly* 13:291-320.

Mastrofski, Stephen D., Robert E. Worden and Jeffrey B. Snipes.  1995.  "Law Enforcement in a Time of Community Policing."  *Criminology* 33:539-563.

Mastrofski, Stephen D., R. Richard Ritti and Jeffrey B. Snipes.  1994.   "Expectancy Theory and Police Productivity in DUI Enforcement."  *Law and Society Review* 28 (1):101-136.

Mastrofski, Stephen D. 1993. "Eying the Doughnut:  Community Policing and Progressive Reform. " (Review essay).  *American Journal of Police* 12(4):1-18.

Mastrofski, Stephen D. 1993. "Varieties of Community Policing."  *American Journal of Police* 12(3):65-77.

Mastrofski, Stephen D. and Craig D. Uchida.  1993.  "On Dirty Hands and Definitions:  A Rejoinder."  *Journal of Research in Crime and Delinquency* 30:365-368.

Mastrofski, Stephen D. and Craig D. Uchida.  1993. "Transforming the Police."  *Journal of Research in Crime and Delinquency* 30:330-358.

Mastrofski, Stephen D. and R. Richard Ritti.  1992.  "You Can Lead a Horse to Water . . .:  A Case Study of a Police Department's Response to Stricter Drunk-Driving Laws."  *Justice Quarterly* 9:465-491.

Snipes, Jeffrey B. and Stephen D. Mastrofski.  1990. "An Empirical Test of Muir's Typology of Police Officers."  *American Journal of Criminal Justice* 14(4):268-296.

Mastrofski, Stephen D. 1990.  "The Prospects of Change in Police Patrol: A Decade in Review."  *American Journal of Police* 9(3):1-79.

Mastrofski, Stephen D. and Roger B. Parks.  1990.  "Improving Observational Studies of Police."  *Criminology* 28(3):475-496.

Mastrofski, Stephen D.  1988.  "Zero Tolerance for Zero-Tolerance Policy."  *Contemporary Crises* 12:187-189.

Mastrofski, Stephen D. 1988. "Varieties of Police Governance in Metropolitan America."  *Politics and Policy* 8 (August):12-31.

Mastrofski, Stephen D. and Gary Potter.  1987.  "Controlling Organized Crime: A Critique of Law Enforcement Policy."  *Criminal Justice Policy Review* 2 (3):269-301.

Mastrofski, Stephen D., R. Richard Ritti, Debra Hoffmaster.  1987.  Organizational Determinants of Police Discretion: The Case of Drinking Driving.  *Journal of Criminal Justice* 15(5):387-402; also appeared in Klockars and Mastrofski, eds., *Thinking About Police: Contemporary Readings* (2nd ed.), 1991.

Mastrofski, Stephen D. 1986.  "Police Agency Accreditation: The Prospects of Reform."  *American Journal of Police* 5(2):45-81.

Mastrofski, Stephen D. and Gary Potter. 1986. "Evaluating Law Enforcement Efforts to Control Organized Crime: The Pennsylvania Crime Commission as a Case Study."  *Policy Studies Review*, October.

Allen, David N., Robert P. McGowan, and Stephen D. Mastrofski. 1983.  "Analytic Reports and Computerized Information Processing in Medium and Large Police Agencies."  *Computers, Environment, and Urban Systems* 8(3):175-186.

Mastrofski, Stephen D. 1982. "Issues in Police Performance Measurement. " *The Urban Interest*.  Spring: 3-7.

Mastrofski, Stephen D.  1981. "Policing the Beat: The Impact of Organizational Scale on Patrol Officer Behavior in Urban Residential Neighborhoods."  *Journal of Criminal Justice* 9(5):343-358.

Mastrofski, Stephen D. 1981. "Surveying Clients to Assess Police Performance." *Evaluation Review* 5(3):397-408.

**Books, Book Chapters, and Monographs**

Mastrofski, Stephen D. 2017. "The Receptivity of the Police to Community-oriented Reforms. *ACJS Today* 42(3):107-117.

McCluskey, John D., Roger B. Parks, and Stephen D. Mastrofski. 2014. "Systematic Social Observation in Criminology." *Encyclopedia of Criminology and Criminal Justice*. Springer, pp. 5124-5133.

Wilson, David B., Tammy R. Kochel, and Stephen D. Mastrofski. 2014. "Race and the Likelihood of Arrest." *Encyclopedia of Criminology and Criminal Justice*. Springer, pp. 4245-4251.

Rosenbaum, D. P. Alderden, M. A, Cordner, G., Fridell, L. Hartnett, S. M., Mastrofski, S. D., McCarty, W. P., McDevitt, J., and Skogan, W. G. ( 2013). "The National Police Research Platform: Improving the Science of Police Administration," *The Police Chief* (July):12-13.

Mastrofski, Stephen D. and James J. Willis. 2011. Police organization. In Michael Tonry, ed., *Oxford Handbook of Crime and Criminal Justice*, pp. 479-508. New York: Oxford University Press.

Mastrofski, S. D., Parks, R. B., and McCluskey, J. D. 2010. Systematic Social Observation in Criminology. In A. Piquero and D. Weisburd (eds.), *Handbook of Quantitative Criminology*, pp. 225-247. New York: Springer-Verlag.

Mastrofski, S. D., D. Weisburd, and A. Braga. Rethinking Policing: The Policy Implications of Hot Spots of Crime. Chapter in N. A. Frost, J. D. Freilich, and T. R. Clear, eds., *Contemporary Issues in Criminal Justice Policy: Policy Proposals from the American Society of Criminology Conference*, pp. 251-264. Florence, KY: Cengage Learning, Inc. (2010).

Mastrofski, S. D. Police Organization and Management Issues for the Next Decade. Report to the National Institute of Justice. http://www.ncjrs.gov/pdffiles1/nij/grants/218584.pdf (2007).

Mastrofski, S. Community Policing: A Skeptical View. Chapter in D. Weisburd and A. Braga, eds., *Prospects and Problems in an Era of Police Innovation: Contrasting Perspectives*, pp. 44-73. Cambridge: Cambridge University Press (2006).

Weisburd, D., S. D. Mastrofski, J. Willis, and R. Greenspan. Changing Everything So That Everything Can Remain the Same: Compstat and American Policing. Chapter in D. Weisburd and A. Braga, eds., *Prospects and Problems in an Era of Police Innovation: Contrasting Perspectives*, pp. 284-301 Cambridge: Cambridge University Press (2006).

Willis, James J., Stephen D. Mastrofski, and David Weisburd. "The Myth that COMPSTAT Reduces Crime and Transforms Police Organizations," In Robert Bohm and Jeffrey Walker, eds., *Demystifying Crime and Criminal Justice*, pp. 111-119. Los Angeles, CA: Roxbury Publishing Company (2006).

Parks, Roger B. and Stephen D. Mastrofski. "Police Racial Profiling in Two American Cities: Some Evidence on Stops and Searches." Paper delivered at the Festschrift in honor of Elinor Ostrom. Bloomingotn, IN: Indiana University. http://www.indiana.edu/~workshop/papers/parks_festschrift.pdf (2005).

Mastrofski, Stephen D. "Education of Police." In Larry E. Sullivan and Marie Simonetti Rosen, eds., *Encyclopedia of Law Enforcement*, Vol. 1, pp. 163-166. Sage: Thousand Oaks, CA (2005).

Mastrofski, Stephen D. "Patrol Work." In Larry E. Sullivan and Marie Simonetti Rosen, eds., *Encyclopedia of Law Enforcement*, Vol. 1, pp. 319-323. Sage: Thousand Oaks, CA (2005).

Weisburd, David, Stephen D. Mastrofski, Rosann Greenspan, and James J. Willis. *The Growth of Compstat in American Policing*. Washington, DC: Police Foundation (2004).

Willis, James J., Stephen D. Mastrofski, David Weisburd, and Rosann Greenspan. *Compstat and Organizational Change in the Lowell Police Department: Challenges and Opportunities*. Washington, DC: Police Foundation (2004).

Willis, J., S. Mastrofski, and D. Weisburd. *Compstat in Practice: An In-Depth Analysis of Three Cities*. Washington, DC: Police Foundation. http://www.policefoundation.org/pdf/compstatinpractice.pdf. (92 pages) (2004).

Terrill, W. and S. Mastrofski. Toward a Better Understanding of Police Use of Nonlethal Force. Chapter in A. Piquero, M. Hickman, and J. Greene, eds., *Police Integrity and Ethics*, pp. 141-161. Belmont, CA: Wadsworth (2004).

Terrill, W. and S. Mastrofski. Working the Street: Does Community Policing Matter?. Chapter in W. Skogan, *Community Policing: Can It Work?*, pp. 109-135. Belmont, CA: Wadsworth (2004).

Committee to Review Research on Police Policy and Practices. *Fairness and Effectiveness in Policing: The Evidence*. Washington, DC: National Academies Press (2004) – (member of committee).

Willis, J. J., S. Mastrofski, D. Weisburd, and R. Greenspan. Compstat and Organizational Change in the Lowell Police Department. Washington, DC: Police Foundation (89 pages) (2003).

Mastrofski, S. Personnel and Agency Performance Appraisal. Chapter in *Local Government Police Management*, pp. 447-486. Edited by W.A. Geller 2nd ed. International City Management Association. (2003). 1st edition: Mastrofski, S. and R. Wadman. Edited by W.A. Geller, pp. 363-397. International City Management Association (1991).

Mastrofski, S., J. J. Willis and J. B. Snipes, Styles of Patrol in a Community Policing Context. Chapter in M. Morash and J. K. Ford, eds., *The Move to Community Policing: Making Change Happen*, pp. 81-111. Thousand Oaks, CA: Sage (2002).

Mastrofski, Stephen D. The Romance of Police Leadership. Chapter in Elin Waring, David Weisburd, and Lawrence W. Sherman, eds., *Theoretical Advances in Criminology: Crime & Social Organization*, pp. 153-196. New Brunswick: Transaction Publishers (2002).

Mastrofski, Stephen D. La Ciudad Segura (The Secure City). Chapter in La Ciudad y la Seguridad de sus Habitantes (The City and the Security of Its Inhabitants), Fundación de la Policia Española, pp. 73-94. Madrid: Fundación Policía Española (2001).

Duffee, D., McDowall, L. Mazerolle, and S. Mastrofski. Measurement and Analysis of Crime and Justice: An Introductory Essay. In D. Duffee, D. McDowall, L. Mazerolle, S. Mastrofski, B. Crutchfield, and B. Ostrom, eds., *Measurement and Analysis of Crime and Justice*. Volume 4 in the National Institute of Justice *CJ 2000* series (2000).

Mastrofski, S. The Police. Chapter in J. Sheley, ed., *Criminology: A Contemporary Handbook* (2nd ed.), pp. 405-445. Belmont, CA: Wadsworth (2000,1994) (2nd &3rd ed.).

Mastrofski, S. Policing for People. Ideas in American Policing. Monograph published by the Police Foundation (Washington, DC, 1999).

Mastrofski, S. Community Policing and Police Organization Structure. Chapter in J. Brodeur, ed., *How to Recognize Good Policing: Problems and Issues*, pp.161-189. Thousand Oaks, CA: Sage (1998).

Worden, R. and S. Mastrofski. Differential Police Response: Evaluation. Chapter in L. T. Hoover, ed., *Police Program Evaluation*, pp. 167-232. Washington, DC: Police Executive Research Forum (1998).

Mastrofski, S. Measuring Police Performance in Public Encounters. Chapter in L. Hoover, ed., *Quantifying Quality in Policing*, pp. 207-241. Washington, DC: Police Executive Research Forum (1996).

Mastrofski, S. and J. Greene. Community Policing and the Rule of Law. Chapter in *The Changing Focus of Police Innovation: Problems of Law, Order and Community*, Chapter 5, pp. 80-102. New York: Springer Verlag (1993).

Mastrofski, S. What Does Community Policing Mean for Daily Police Work? *NIJ Journal* August:23-27 (1992).

Klockars, C.B. and S. Mastrofski (eds.). *Thinking About Police: Contemporary Readings* (2nd ed.). New York: McGraw-Hill (1991).

Mastrofski, S. Police Agency Consolidation: Lessons from a Case Study. Chapter in *Police Management Today*. Edited by J. Fyfe, pp. 10-27. International City Management Association, Washington, DC (1989).

Whitaker, G.P., S. Mastrofski, E. Ostrom, R.B. Parks and S.L. Percy. Performance Measurement. Chapter in *The Encyclopedia of Police Science*, pp. 384-388. Edited by William G. Bailey. Garland Publishing Company, Washington, DC (1989).

Greene, J. and S. Mastrofski (eds.). *Community Policing: Rhetoric or Reality*. New York: Praeger (1988).

Mastrofski, S. Community Policing as Reform: A Cautionary Tale. Chapter 3 in *Community Policing: Rhetoric or Reality*, pp. 47-67. Edited by J. Greene and S. Mastrofski. New York: Praeger (1988); also appeared in Klockars and Mastrofski, eds., *Thinking About Police: Contemporary Readings* (2nd ed.).

Mastrofski, S. Policing the Beat: The Impact of Organizational Scale on Patrol Officer Behavior in Urban Residential Neighborhoods. Chapter 3 in *Understanding Police Agency Performance*, pp. 20-39. Edited by G.P. Whitaker. National Institute of Justice, U.S. Government Printing Office, Washington, DC (1984); also appeared in *Journal of Criminal Justice*.

Mastrofski, S. Surveying Clients to Assess Police Performance. Chapter 8 in *Modeling Police Agency Performance*, pp. 115-124. Edited by G.P. Whitaker. National Institute of Justice, U.S. Government Printing Office, Washington, DC (1984); also appeared in *Evaluation Review*.

Mastrofski, S. Police Knowledge of the Patrol Beat: A Performance Measure. Chapter in *The Police Working Environment: Policy Issues for the Eighties*. Edited by R.R. Bennett. Sage Publications, Beverly Hills, CA (1983):45-64; also appeared in *Understanding Policy Agency Performance*, edited by G.P. Whitaker. National Institute of Justice, Washington, DC (1984).

Mastrofski, S. The Police and Noncrime Services. Chapter in *Measuring Performance in Criminal Justice Agencies*, Volume 18, Sage Criminal Justice System Annuals. Edited by G.P. Whitaker and C. Phillips. Sage Publications, Beverly Hills, CA (1983).

Whitaker, G.P., S. Mastrofski, E. Ostrom, R.B. Parks, and S.L. Percy. *Basic Issues in Police Performance*, 203 pp. National Institute of Justice, U.S. Government Printing Office, Washington, DC (1982).

Mastrofski, S. Crime Laboratory Analysis. Chapter 13 in *Patterns of Metropolitan Policing*, pp. 273-294. Edited by E. Ostrom, R.B. Parks, and G.P. Whitaker. Ballinger Publishing Company, Cambridge, Massachusetts (1978).

## Book Reviews

Mastrofski, S.  *Understanding Police Use of Force: Officers, Suspects, and Reciprocity* by Geoffrey P. Alpert and Roger G. Dunham.  *American Journal of Sociology* 110(6): 1814-1816 (2005).

Mastrofski, S.  *Policing the Risk Society* by Richard V. Ericson and Kevin D. Haggerty.  *American Journal of Sociology* 4(5):1539-1541 (1999).

Mastrofski, S. *Democracy and Policing* by Trevor Jones, Tim Newburn, and David J. Smith.  *The Annals of the American Academy of Political and Social Science* 555 (January): 228-229 (1998).

Mastrofski,  S. *Styles of Urban Policing: Organization, Environment, and Police Styles in Selected American Cities*, by Jeffrey S. Slovak.  *Journal of Criminal Justice* 16(4):360-363 (1988).

Mastrofski, S. *Crime Control:  The Use and Misuse of Police Resources*, by David John Farmer.  *The Journal of Criminal Law and Criminology* 76(3):789-794 (1985).

Mastrofski, S. *Control in the Police Organization*, edited by Maurice Punch.  *The Journal of Criminal Law and Criminology* 74(3):1133-1137 (1983).

## Research Reports

Mastrofski, Stephen D., Tal Jonathan-Zamir, Shomron Moyal, and James J. Willis. 2013. "Patrol Work and Procedural Justice: A Study of Everyday Policing in Alexandria, VA. Fairfax, VA: Center for Justsice Leadership &  Management.

Rosenbaum, Dennis P., Gary Cordner, Lorie Fridell, Susan M. Hartnett, Stephen D. Mastrofski, Jack McDevitt, and Wesley G. Skogan.  2012  (under review).  *The National Police Research Platform Draft Final Report*.  Chicago:  University of Illinois-Chicago.  (492 pages with summaries and abstracts)

Mastrofski, Stephen D., Dennis Rosenbaum, and Lorie Fridell.  2011.  Police Supervision:  A 360-degree View of Eight Police Departments.  National Police Research Platform.  http://www.nationalpoliceresearch.org/storage/updated-papers/Supervisor%20org%20survey.pdf

Mastrofski, Stephen and Dennis Rosenbaum.  2011.  Receptivity to Police Innovation:  A Tale of Two Cities.  National Police Research Platform.  http://www.nationalpoliceresearch.org/storage/updated-papers/Receptivity%20to%20Police%20Innovation%20A%20Tale%20of%20Two%20Cities%20%20FINAL.pdf

Rosenbaum, Dennis, Wesley Skogan, Lorie Fridell, Stephen Mastrofski, Susan Hartnett, Gary Cordner, and Jack McDevitt.  2011.  Measuring Police Organizations and their "Life Course":  The National Police Research Platform.  http://uicclj.squarespace.com/storage/updated-papers/Measuring%20Police%20Organizations%20and%20their%20Life%20Course%20The%20%20National%20Police%20Research%20Platform%20FINAL.pdf

Willis, James J., Tammy Rinehart Kochel, and Stephen D. Mastrofski.  2010.  *The Co-Implementation of Compstat and Community Policing*.  Washington, DC:  Office of Community-Oriented Policing Services.

Willis, James J., Stephen D. Mastrofski, and Tammy Rinehart Kochel.  2010.  *Maximizing the Benefits of Reform:  Integrating Compstat and Community Policing in America*.  2010.  Washington, DC:  Office of Community-Oriented Policing Services.

Parks, R. B. and S. D. Mastrofski.  Model Station Police Survey:  Year Two Progress Report.  Bloomington, IN:  MTKB, Inc. (2009).

Mastrofski, S. D. and R. B. Parks.  Model Stations Initiative, Year 2:  Lessons Learned and Next Steps.  Manassas, VA:  Center for Justice Leadership and Management, George Mason University (2009).

Mastrofski, Stephen D., Roger B. Parks, and Craig D. Uchida.  Model Stations Initiative in the Trinidad and Tobago Police Service:  Interim Report.  Report to the Ministry of National Security, Trinidad and Tobago.  Manassas, VA:  Center for Justice Leadership and Management, George Mason University (2008).

Wilson, D. and S. Mastrofski.  Final Report:  Evaluation of the Biometric Inmate Tracking System at the Consolidated Navy Brig, Charleston, South Carolina.  Report to the Space and Naval Warfare Systems Center.  Manassas, VA:  Center for Justice Leadership and Management (2004).

Mastrofski, S., R. Parks and D. Wilson.  Influences on the Adoption of Community Policing in the United States.  Final Report to the National Institute of Justice.  Manassas, VA: George Mason University (2003).

Forst, B., D. Klinger, E. Maguire, S. Mastrofski, and T. Pate.  Executive Session 1:  Local-Federal Law Enforcement Partnerships Researcher Report.  Washington, DC: Police Executive Research Forum (2003).

Weisburd, D., R. Greenspan, S. Mastrofski, and J. Willis.  Compstat and Organizational Change:  A National Assessment.  Report to the National Institute of Justice (2003).

Mastrofski, S., R. B. Parks, and D. B. Wilson.  Influences on the Adoption of Community Policing in the United States.  Report to the National Institute of Justice (2003).

Uchida, C., E. Maguire, R. Parks, S. Mastrofski, S. Solomon.  Implementing Community Policing:  A View from the Top.  Silver Spring, MD: 21st Century Solutions.  Report to the National Institute of Justice (2002).

Ritti, R. R. and S. Mastrofski.  The Institutionalization of Community Policing:  A Study of the Presentation of the Concept in Two Law Enforcement Journals.  Manassas, VA: Administration of Justice Program, George Mason University (2002).

Gallagher, C., E. Maguire, S. Mastrofski, and M. Reisig.  The Public Image of the Police.  Final Report to the International Association of Chiefs of Police.  Manassas, VA: Administration of Justice Program, George Mason University. http://marcpi.jhu.edu/marcpi/Ethics/ethics_toolkit/public_image.htm.  (2001).

Weisburd, D. S. Mastrofski, A. M. McNally, and R. Greenspan.  Compstat and Organizational Change: Findings from a National Survey.  Report to the National Institute of Justice (2001).

Mastrofski, S., R. Parks, A. J. Reiss, Jr., and R. Worden.  Policing Neighborhoods: A Report from St. Petersburg.  Research Preview.  Washington, DC: National Institute of Justice (1999).

Mastrofski, S., M. Reisig and J. McCluskey.  Police Disrespect Toward the Public: An Encounter-Based Analysis.  Report to the National Institute of Justice (1999).

Mastrofski, S. and R. R. Ritti.  Patterns of Community Policing: A View from Newspapers in the United States.  COPS Working Paper #2.  Washington, DC: Office of Community Oriented Policing Services (1999).

McCluskey J., S. D. Mastrofski and R. Parks.  To Acquiesce or Rebel: Predicting Citizen Compliance with Police Requests.  Report to the National Institute of Justice (1998).

Parks, R. B., S. D. Mastrofski, C. DeJong, and M. K. Gray.  How Officers Spend Their Time with the Community.  Report to the National Institute of Justice (1998).

Mastrofski, S., J. B. Snipes and R. B. Parks.  The Helping Hand of the Law: Police Control of Citizens on Request.  Report to the National Institute of Justice (1998).

Mastrofski, S., R. B. Parks, C. DeJong, and R. E. Worden.  Race and Every-Day Policing: A Research Perspective.  Report to the National Institute of Justice (1998).

Mastrofski, S., R. B. Parks, A. J. Reiss, Jr. and R. E. Worden.  *Policing Neighborhoods: A Report from Indianapolis*.  Research Preview.  Washington, DC: U.S. Department of Justice, National Institute of Justice (1998).

Mastrofski, S., R. B. Parks (Indiana U.) and R. E. Worden (SUNY).  Community Policing in Action: Lessons From an Observational Study.  Research Preview.  Washington, DC: U.S. Department of Justice, National Institute of Justice (1998).

Parks, R. B., S. Mastrofski, A. J. Reiss, Jr., R. E. Worden, W. C. Terrill, C. DeJong, M. Stroshine, and R. Shepard.  St. Petersburg Project on Policing Neighborhoods: A Study of the Police and the Community.  Report to the National Institute of Justice (1998).

Maguire, E. and S. Mastrofski.  The Utility of Existing COPS Office Data for Learning about Community Policing and Organizational Change.  Report to the Office of Community Oriented Policing Services (1998).

Mastrofski, S., R. B. Parks, A. J. Reiss, Jr., R. E. Worden, C. DeJong, J. B. Snipes, and W. Terrill  Systematic Observation of Public Police: Applying Field Research Methods to Policy Issues.  NCJ 172859.  Washington, DC:  National Institute of Justice (1998).

Mastrofski, S., J. Schafer, C. DeJong, and T. S. Bynum. Lansing Officers on Patrol: Information from Systematic Observation of Police (1997).

Schafer, J. and S. Mastrofski.  Traffic Enforcement in Meridian Township: A Report to the Meridian Township Department of Public Safety (1997).

Parks, R. B., S. Mastrofski, A. J. Reiss, Jr., R. E. Worden, W. Terrill, C. DeJong, and J. B. Snipes.  Indianapolis Project on Policing Neighborhoods: A Study of the Police and the Community.  Report to the Indianapolis Police Department, 120 pp. (1997).

Mastrofski, S., R. Worden, and J. Snipes.  Law Enforcement in a Time of Community Policing.  Research Preview.  Washington, DC: National Institute of Justice (1996).

Mastrofski, S., A. Supina and J. Snipes.  Community Policing and Everyday Police Work:  Getting Citizens to Control Themselves.  Interim report to the National Institute of Justice (1995).

Mastrofski, S., R. Worden, and J. Snipes.  Community Policing at the Street Level:  The Discretion to Arrest.  Interim report to the National Institute of Justice (1994).

Mastrofski, S., J. Snipes, J. Willis, and R. Worden.  Community Policing:  A View from the Street.  Interim report to the National Institute of Justice (1993).

Mastrofski, S., J. Willis and J. Snipes.  Community Policing:  The Street Officer's View.  Interim report to the National Institute of Justice and the Richmond Police Department.

Mastrofski, S.  Some Preliminary Results of the Richmond Community Policing Study.  Interim report to the National Institute of Justice and the Richmond Police Department (1992).

Mastrofski, S., R. Ritti, G. Johnson, and B. Jacobs.  Students and Criminal Justice in Centre County:  A Comparison of the Experiences of Black and White Students.  Report to the Vice Provost of the Pennsylvania State

University (1992).

Mastrofski, S. and R. Ritti. More Effective DUI Enforcement in Pennsylvania: Final Report. Report to the Pennsylvania Department of Transportation, 150 pp. (1990).

Mastrofski, S. Policing the Centre Region: An Assessment of Current Arrangements and Alternatives, A Report of the Cooperative Police Services Study to the Centre Region Council of Governments, 148 pp. (1984).

Mastrofski, S. Police Performance Criteria, Report to the Centre Regional Council of Governments Public Services Committee, 20 pp. (1984).

Mastrofski, S. Organizational Alternatives for Policing the Centre Region, Report to the Centre Region Council of Governments Public Services Committee, 20 pp. (1984).

## GRANTS AND CONTRACTS

Los Angeles Police Foundation/National Institute of Justice. Testing and Evaluating Body-worn Video Technology in the Los Angeles Police Department.. $111,331 (2015).

Ministry of National Security of Trinidad and Tobago. Supporting Organizational Change in the Trinidad and Tobago Police Service. $7,731,788 (PI - 2004-2011).

Ministry of National Security of Trinidad and Tobago. Police Field Training and Guidance. $488,212 (PI - 2006-2008).

Ministry of National Security of Trinidad and Tobago. Pilot Station Training. $595,296 (PI - 2006-2008).

Ministry of National Security of Trinidad and Tobago. Police Training Curriculum Development. $379,242 (PI - 2006-2008).

National Institute of Justice. NIJ Criminal Justice Research Assistantship Program. $150,000 (PI - 2003-2009).

Ministry of National Security of Trinidad and Tobago. Senior Executive Professional Development Program for Police Leaders. $131,121 (PI - 2006).

Office of Community-Oriented Policing Services (through subcontract with University of Massachusetts-Boston). Compstat and Community Policing: Taking Advantage of Compatibilities and Dealing with Conflicts. $107,178 (PI - 2005-2006).

Ministry of National Security of Trinidad and Tobago. Strategic Crime Control Seminar for Trinidad and Tobago Police Service. $46,500 (PI - 2005).

Naval Space and Warfare Systems Command. Test and Evaluation Plan for Biometrics Tracking Technology in Correctional and School Environments. $104,459 (PI - 2002-2004).

International Association of Chiefs of Police. The Public Perception of the Police Image. $34,987 (PI - 2001). U.S. Department of Justice, National Institute of Justice.

National Institute of Justice, Safe Schools, Law Enforcement, and Corrections Research. $249,792 (PI - 2000-2004).

U.S. Department of Justice, National Institute of Justice. Patterns of Community Policing: Tracking Organizational Change Undertaken with COPS Funding (Phase 3) $313,339 (PI - 2000-2002).

U.S. Department of Justice, Office of Community Oriented Policing Services. Patterns of Community Policing:

Tracking Organizational Change Undertaken with COPS Funding (Phase 2). $494,018 (PI - 1998-1999).

U.S. Department of Justice, National Institute of Justice. COMPSTAT and Organizational Change: A National Assessment.  David Weisburd, Police Foundation (Principal Investigator), Rosann Greenspan, Police Foundation (Co-Principal Investigator), S. Mastrofski (Co-Principal Investigator). $351,861 (Co-PI - 1998-1999).

U. S. Department of Justice, Office of Community Oriented Policing Services.  Patterns of Community Policing: Tracking Organizational Change Undertaken with COPS Funding. $244,290 (PI - 1997-1998).

U. S. Department of Justice, National Institute of Justice (with R. Parks, Indiana University, A. Reiss, Jr., Yale University, and R. Worden, SUNY-Albany).  Project on Policing Neighborhoods:  A Study of the Police and the Community.  $1,969,701 (PI - 1996-1998).

U. S. Department of Justice, National Institute of Justice.  Forming a Research Partnership: Lansing Police Department and Michigan State University.  Timothy Bynum (Principal Investigator).  S. Mastrofski (Co-principal investigator). $117,631 (Co-PI - 1996-1997).

College of the Liberal Arts, The Pennsylvania State University.  Policing the Public:  Police Authority in a Time of Change.  Grant to develop research proposal.  $7,300 (1994).

U.S. Department of Justice, National Institute of Justice.  The Impact of Community Policing at the Street Level: An Observational Study, Phase II.  $96,899 (PI - 1993-94).

U.S. Department of Justice, National Institute of Justice. The Impact of Community Policing at the Street Level: An Observational Study. $213,225 (PI - 1992-93).

Office of the Vice Provost, Pennsylvania State University (with R. Richard Ritti).  Racial Disparity in Centre County, Pennsylvania's Criminal Justice System.  $9,490 (PI - 1991-92).

Pennsylvania Department of Transportation (with R. Richard Ritti).  Development of Strategy for More Effective DUI Enforcement. $149,495 (PI - 1989-90).

Centre Region Council of Governments, State College, PA.  The Cooperative Police Services Study. $4,300 (PI - 1984).

## TEACHING EXPERIENCE

### Undergraduate

Introduction to Administration of Justice
Policing in America
Community Policing
Crime and the American Court System
Field Research Methods in Criminal Justice
Systematic Observation of the Police
Experiencing the Criminal Justice System
Criminal Justice Agency Administration
Honors Seminar in Criminal Justice

### Graduate

Leadership in Justice and Security Organizations
Criminal Justice Organizations and Institutions

        Policing in a Democratic Society
        Innovations in Policing
        Program Evaluation of Human Services
        Analysis and Measurement in Public Administration
        Administration of Criminal Justice Agencies
        Research Methods in Criminal Justice
        Field Observation Methods in Criminal Justice
        Systematic Social Observation of the Police

## ADMINISTRATIVE EXPERIENCE

**2007-09** — <u>Chair</u>. Department of Administration of Justice, George Mason University. Responsible for overseeing a department with 14 f.t. faculty, 9 f.t. research faculty, 25 p.t. faculty, 500 undergraduate majors, a masters/doctoral program in Justice, Law, & Crime Policy, and a justice concentration in the Master of Public Administration Program.

**2001-18** — <u>Director</u>. Center for Justice Leadership and Management, George Mason University. Responsible for developing research, technical assistance, and training for justice policy makers and practitioners. In this time the Center has had numerous externally funded totaling $15 million.

**1999-07** — <u>Director</u>. Administration of Justice Program, George Mason University. Responsible for overseeing a program with 14 f.t. faculty, 7 f.t. research faculty, 25 p.t. faculty, 650 undergraduate majors, a justice concentration in the Master of Public Administration Program, and a masters/Ph.D. program in Justice, Law, and Crime Policy.

**1989-99** — <u>Principal Investigator</u>. Michigan State University and Pennsylvania State University. Organized and managed several field research projects for state and national funding agencies. Largest project was a U.S. Department of Justice field research study of community policing (1996-1999, $2 million) involving a staff of 50 full-time and part-time employees, colleagues at other universities, and establishing remote site offices for two years at two police agencies.

**1976-81** — <u>Research Associate</u>. University of North Carolina. Institute for Research in Social Science and Center for Urban and Regional Studies. Grant proposal writing, grant administration, supervising field research, data analysis, and report writing.

**1969-72** — <u>Naval Officer</u>. Executive Officer. USS Salinan (ATF-161). Performed ocean towing, salvage, and special operations. Crew: 68; officers: 6; Other positions held: navigator, supply officer, communications officer, legal officer, classified materials officer, narcotics control officer, public affairs officer. Nominated for accelerated promotion to Lieutenant (0-3), 1972. Honorably discharged, 1978.

## PROFESSIONAL ACTIVITIES

**Participation in Seminars, Workshops, and Panels** (last 5 years)

Presenter, "Systematic Social Observation of Policing." Workshop at the 2018 International Graduate Summer School for Policing Scholarship. George Mason University and the Scottish Institute for Policing Research. George Mason University, Fairfax, VA.

Presenter, "Proactive Policing: Impact on Communities. 2018. Panel on Police Proactivity Findings from the NAS Report. Invited presentation at the Center for Evidence-Based Crime Policy annual symposium. George Mason University, Arlington, VA.

Presenter (with Dennis Rosenbaum, Wesley Skogan, Darrell Stephens, and Rick Tanksley). 2016. "The National Police Research Platform." Invited presentation to the Assistant Attorney General, Office of Justice Programs, and the Directors of the National Institute of Justice, Bureau of Justice Assistance, and Bureau of Justice Statistics. Washington, DC.

Presenter, "Innovation in Policing and Criminal Justice: A Butterfly's Tour of Questions and Evidence." Invited presentation to the Director and staff of the National Institute of Justice. Washington, DC (2014).

Presenter, "Innovation in Policing and Criminal Justice: A Butterfly's Tour of Questions and Evidence." Invited presentation. The Committee on Law and Justice Semi-Annual Meeting & Expert Planning Meeting: Diffusion of Innovation in Criminal Justice. National Academies. Washington, DC (2014).

Workshop presenter, Procedural Justice and Police Legitimacy. Evidence-Based Policing Leadership Training for First and Second-Line Supervisors. Center for Evidence-Based Crime Policy. George Mason University, Arlington, VA (2014).

Coauthor of presentation by Charles Wellford. 2013. "Improving the Infrastructure and Support for Crime and Justice Research and Statistics: The Role of the ASC." Annual meeting of the American Society of Criminology. Atlanta, GA.

Workshop presenter, Procedural Justice as a Bridge to the Community. International Conference on Policing in the Twenty-first Century. Arlington, VA (2013).

## Papers Presented at Professional Meetings (last 5 years)

Mastrofski, Stephen D. 2015. "The Transformation of American Police Organizations in the 21st Century." Paper presented at the annual meeting of the American Society of Criminology. Washington, DC.

Mastrofski, Stephen D., Tal Jonathan-Zamir, Shomron Moyal, and James Willis. 2014. "Are the Predictive Models the Same for All Four Elements of Procedural Justice?" Paper presented at the annual meeting of the American Society of Criminology. San Francisco, CA.

Mastrofski, Stephen D. and Matthew Kenyon. 2014. "Organizational Commitment, Organizational Change, and Organizational Justice." 2014. Paper presented at the annual meeting of the American Society of Criminology. San Francisco, CA.

Mastrofski, Stephen D., Tal Jonathan-Zamir, Shomron Moyal, and James Willis. 2014. "Predicting Procedural Justice Shown by the Police." Paper presented at the Scottish Institute for Police-George Mason University Research Conference. Tulliallan, Scotland.

Mastrofski, Stephen D. 2014. "The CEO and Police Organization Change in the Twenty-first Century." Paper presented at the annual meeting of the Western Society of Criminology. Honolulu, HI.

Jonathan-Zamir, Tal, Stephen D. Mastrofski, Shomron Moyal, James J. Willis. 2013. "Predictors of Procedural Justice in Police Behavior. Annual meeting of the American Society of Criminology. Atlanta, GA.

Mastrofski, Stephen D. 2013. Systematic Field Observation of Procedural Justice in Policing. Paper presented at the Center for Evidence-Based Crime Policy and the Scottish Institute for Policing Research 2013 Annual Symposium and Congressional Briefing. Arlington, VA.

## Editorial, Manuscript, and Proposal Review

International Advisory Board, *Policing: A Journal of Policy and Practice* (2006-present).
Editorial Board, *Policing: An International Journal of Police Strategies & Management* (1996-present).
Editorial Advisory Board, Criminology (1990-1996, 1999-2003, 2011-2016).
Associate Editor, Encyclopedia of Criminology and Criminal Justice (2010-2014).
Associate Editor, *Justice Quarterly* (1989-1993, 2004-2007).
Editorial Board, *Law Enforcement Encyclopedia*. Sage Publications (2002-2004).
Editorial Board, *Criminal Justice 2000: Innovations in Measurement and Analysis*, National Institute of Justice (1998-2000).
Deputy Editor, *American Journal of Police* (1991-1995).

Manuscript review

*American Journal of Police; American Journal of Sociology; American Sociological Review*; *Australian and New Zealand Journal of Criminology, British Journal of Sociology; Cambridge University Press; Cambridge University Press; Campbell Crime and Justice' Cengage Learning Inc.; ; Crime and Justice; Crime and Justice Research; Crime and Delinquency; Crime, Law, and Social Change; Criminal Justice Studies; Criminology; Criminology and Public Policy; Demography; European Journal of Policing Studies; International Journal of Police Science and Management; International Review of Victimology*; *Journal of Contemporary Criminal Justice; Journal of Crime and Justice*; *Journal of Criminal Justice; Journal of Criminal Law and Criminology; Journal of Empirical Legal Studies*; *Journal of Experimental Criminology;* Journal *of Politics; Journal of Quantitative Criminology; Journal of Research in Crime and Delinquency; Justice Quarterly; Law and Society Review; Office of Community Oriented Policing Services; Oxford University Press; Police Quarterly*; *Police Studies; Policy Studies; Policing and Society; Policy Studies Review; Public Administration Review*, *Publius;  Social Problems; Social Science Research; Sociological Forum; Sociological Methods and Research*; *Stanford Law Review; SUNY Press; Urban Affairs Review; Wolters Kluwer.*

Proposal review

Springer-Verlag (2011)
Wiley-Blackwell Publishing (2011, 2013)
Campbell Crime and Justice Group (2010)
Smith Richardson Foundation (2009)
National Science Foundation, Law and Social Sciences (1993-94, 1999, 2002, 2004, 2006, 2013, 2015)
National Institute of Justice (1990-2004)
City University of New York (1994)
Office of Community Oriented Policing Services (1995)

## Other Professional Activities

Consultant to New York City Police Department Monitor (2018-present).
Consultant to Police Foundation, Enhancing Procedural Justice in Hot Spots Policing: A Multi-site Randomized Trial (2016-present).
Consultant to Police Foundation, Compstat 2.0 (2015-present).
Member, Research Advisory Board for Police Executive Research Forum (2015-present).
Member, Advisory Board for Federal Bureau of Investigation National Academy, Quantico VA (2014-present).
Member, Advisory Board to the National Initiative for Building Community Trust and Justice, John Jay College and Yale Law School (2015).
Member, Advisory Board to the Daniel and Florence Guggenheim Foundation Program on Demography, Technology, and Criminal Justice (2011-13).
Research Associate, Australian Research Council Centre of Excellence in Policing and Security (2008-present).

Consultant and co-principal Investigator to University of Illinois-Chicago.  NIJ-funded grant, Advancing Knowledge and Practice in Policing:  A Longitudinal Platform for National Research (2008-present).
Consultant to Bryan Cave, LLP, *Grace v. Howard* (2005).
Consultant to the Broward County, FL States Attorney's Office, *Broward Co. v. Thieman* (2004-2005).
Consultant to the Ministry of National Security, Trinidad and Tobago (2004).
Member, Advisory Board of Improving Crime Data Project, Statistical Analysis Bureau, Department of Criminal Justice, Georgia State University (2003-2007).
Consultant to Police Executive Research Forum on the project, Local Law Enforcement and the Terrorism Threat (2003-2004).
Member, Advisory Group, Prosecution Study for the 21st Century.  American Prosecutors Research Institute (2003-2004).
Consultant to Caliber Associates.  Assessment of Police Corps Training (2003).
Consultant to U.S. Attorney, Southern District of New York (2000-2001).
Contract survey research for Fight Crime: Invest in Kids, Washington, DC (1999-2000).
Consultant to Department of Sociology, University of Houston on NIJ-sponsored research project, A Multi-Method Study of Special Weapons and Tactics Teams (1999-2000).
Consultant to National Institute of Justice on establishment of a NIJ-sponsored refereed journal (1999).
Consultant to 21st Century Solutions. Police Department Demonstration Center Evaluation: Colorado Springs (1998-1999).
Consultant to the Institute for Continuing Justice Education and Research, Pennsylvania State University.  Conflict Resolution Training for Police Personnel (1998).
Member, Strategy Review Team to Police Foundation research project, Measuring Displacement and Diffusion:  An Analysis of the Indirect Impacts of Community Policing (1997-1999).
Consultant to Department of Criminology and Criminal Justice, University of Missouri-St. Louis, Firearms Suppression Program Evaluation Project (1997).
Member, Research Advisory Group, Police Foundation (1997-2001).
National Advisory Board, Office of Community Oriented Policing Services, U. S. Department of Justice (1996-present).
Consultant to Office of Community Oriented Policing Services, U. S. Department of Justice (1994).
Consultant to Jersey City, NJ Police Department (National Institute of Justice Technical Assistance Program) (1994).
Consultant to Buffalo, NY Police Department (National Institute of Justice Technical Assistance Program (1994).
Consultant to National Institute of Justice and Division of Criminal and Juvenile Justice Planning, State of Iowa on State Evaluation Capacity Building Program (1993-1994).
Consultant to City of Savannah Police Department on implementation and evaluation of community policing (1991).
Consultant to Ottawa, Ontario Police Force on community policing (1990).
Member, Program Advisory Team, Drug Market Analysis Program, National Institute of Justice (1990-1993).
Guest appearance on WPSX Television, Taking Note, to discuss community policing reforms.  Taped in University Park, PA September 27, 1989.
Guest appearance on CBS Television News, Nightwatch with Charlie Rose, to discuss the merits of community policing reforms, taped in Washington, D.C., March 3, 1989.
Member of Board of Directors, Community Alternatives in Criminal Justice, State College, PA (1988-93).

## Membership in Professional Associations

Academy of Criminal Justice Sciences
American Society of Criminology
    ASC representative to Crime and Justice Research Alliance (2013-2015)
    Ad hoc committee to review Raben Group-based policy activities and initiatives (2012)
    ASC representative to Consortium of Social Science Associations (2011-2014)
    Chair, Nominations Committee (2010)
    Student Awards Committee (2009)
    Program Committee member (2000, 2003, 2008, 2009, 2010)
    Edwin H. Sutherland Award Committee (2005)

August Vollmer Award Committee (2002, 2006)
Interorganizational Relations Committee (1994-96)
Fellows Committee (1993-94)

## REFERENCES

Available upon request.

11:19:18