# EXHIBIT 11

Curriculum Vitae

Present Position:      Associate Professor of Criminal Justice
                         Department Chair and Graduate Program Director
                         Sacred Heart University
                         Dept. of Criminal Justice
                         5151 Park Ave
                         Fairfield, CT 06825
                         203-396-8002
                         (E-mail) mccabej@sacredheart.edu

Education

- Ph.D., Criminal Justice, CUNY Graduate Center, March 2005, Specializing in Public Policy and Organizational Behavior; (Dissertation: "The Impact of Narcotics Enforcement on Serious Crime in Queens, NY 1995-2000").
- M.Phil. in Criminal Justice, CUNY Graduate Center, October, 2000.
- M.A. in Criminal Justice, CUNY John Jay College, September, 1999 (Thesis: "Police Enforcement Practices, Environmental Psychology, and Control Theory").
- M.A. in Labor and Policy Studies, SUNY Empire State College, June, 1994 (Thesis: "Examination of Police Labor Relations in New York City").
- B.A. in Psychology, CUNY Queens College, June, 1989.
- Police Management Institute, Columbia University Graduate School of Business, December, 2002.  (Capstone project examined the Arrest Processing System in New York City with process analyses of five borough operations, recommendations for improvements in technology, personnel, and operations management).
- Executive Management Program, Harvard University's John F. Kennedy School of Government, March, 2002.
- FBI National Academy, 189th Session, Quantico, VA.  Session Representative (Paper Presented:  "Management Styles of Police Executives")

NYPD Related Training
- Critical Infrastructure Protection – April, 2002
- International Terrorism and the Al-Qaeda Network – September, 2002
- Terrorist and Extremist Behavior – October 2002
- Critical Incident Preparedness – March, 2005
- Emergency Response to Terrorism – March, 2003

Research Interests
- Police Organizational Behavior, Performance Management and Data-Driven Police Management, Policy Analysis, Managing Change, Ethics, Leadership, Police Officer attitudes, Police-Citizen Interactions, and Police Service Delivery.

Teaching Experience
September 2006 - Present
Associate Professor, Sacred Heart University
Department Chair
Director, Graduate Program in Criminal Justice
Coordinator, Police Leadership Institute at Sacred Heart University – Cohort program in police leadership and management for CT police commanders.

Courses teaching/taught:
- Research Methods
- Statistics
- Leadership
- Issues in the Administration & Management of the Criminal Justice System
- Criminological Theory: Causes of Crime and Deviance
- Juvenile Justice
- Organizational Behavior
- Issues in Correction Management
- Issues in the Criminal Justice
- Police Community Relations
- Introduction to Law Enforcement
- Policy Analysis in Criminal Justice
- Intelligence-Led Policing

Service/Committees:
- Standing Committee on NEASC Accreditation – College of Arts and Sciences Representative
- University Academic Assembly – College of Arts and Sciences Representative
- Faculty Athletics Committee
- Academic Advisor to the Criminal Justice Club
- Academic Advisor to 40-60 undergraduate/graduate students each semester
- Media Liaison for SHU and local/regional media outlets
- MACJ Comprehensive Exam Committee
- Faculty Search Committee

Spring, 1999 – Spring 2006
Adjunct Professor, College of Professional Studies, St. John's University.
Courses taught:
- Police and the Community
- Graduate Internship Program Coordinator
- Social Issues in the Criminal Justice System

Courses prepared to teach:

2

- Introduction to Criminal Justice, Terrorism, Police/CJ Management and Administration, Criminal Law, Criminal Procedure, Policy Analysis and Evaluation, Comparative Justice Systems, Ethics, Leadership Development

<u>Professional Experience</u>

September, 2003 – June 2006
Inspector, NYPD, Commanding Officer, Office of Labor Relations
Responsible for the coordination with the New York City Police Department, the Mayor's Office of Labor Relations, and the more than 40 organized labor unions that represent 50,000 plus employees in the NYPD.  Involved in contract negotiations, mediation, grievance procedure administration, contract interpretation, and human resources management issues with the various labor unions, the NYPD, and the City of New York.

September, 2002 – September, 2003
Inspector, NYPD, Commanding Officer, Training Bureau
Responsible for the development, implementation, and evaluation of all training programs conducted by the NYPD.  Involved the management of a $2.5 million OTPS budget, integration of information systems delivery, training evaluation systems, oversight of CALEA training program accreditation, research and development of training programs, oversight of video productions, management of internal investigations, and training grant development.

November, 2001 – September, 2002
Deputy Inspector, NYPD, Commanding Officer, Police Academy
Responsible for the delivery of training programs to entry level recruit officers, firearms training, leadership training, and in-service training.  Direct supervision of more than 750 staff officers as well as 2000 recruit trainees.

December, 2000 – November, 2001
Deputy Inspector, NYPD, Executive Officer, Police Commissioner's Office
Responsible for providing the Police Commissioner with recommendations on all policy related issues impacting the NYPD.  Responsible for the development and implementation of an innovative police/community relations program.  This program involved the creation of a survey instrument to assess citizen satisfaction with the police, a feed back mechanism used in conjunction with community meetings, and a re-engineering of the Community Affairs Division into the COMPSTAT process.

July, 1999 – December, 2000
Captain, NYPD, Commanding Officer, 110th Precinct
Responsible for the coordination and delivery of police services to more than 150,000 residents of Elmhurst/Corona, NY.  Management and supervision of more than 300 uniformed and civilian employees delivering effective and efficient police service to a diverse community, including Shea Stadium, USTA Arthur Ashe Stadium, Flushing Meadows – Corona Park, and the Queens Center Mall.  Developed a unique police/community relations program, as well as recorded the second greatest crime decrease City-wide in 2000.

September, 1998 – July, 1999
Captain, NYPD, Executive Officer, 113th Precinct
Assisted in the supervision and management of more than 300 uniformed and civilian employees in the coordination and delivery of police services to the South Jamaica/St. Albans/Springfield Gardens, NY community.  Developed a program with HUD, HPD, and Habitat for Humanity to reclaim vacant/abandoned property transforming them into livable spaces for area residents.

May, 1993 – September, 1998
Lieutenant/Sergeant, NYPD, Office of the First Deputy Commissioner
Assisted in policy development and evaluation pertaining to a broad array of NYPD operational, administrative and support functions, including: re-engineering of the NYPD; COMPSTAT; budgets and overtime control; technology and information systems; departmental awards program; investigations of unlawful political activity (Handschu Authority); personnel transfer, evaluation, and promotion systems; quality assurance systems; and the disciplinary system.

July, 1990 – May, 1993
Sergeant, NYPD, Operations Division/Office of Emergency Management
Researched and developed NYC disaster plans regarding hurricanes/floods, transit emergencies, snow emergencies, civil disorder, hazardous material incidents, building collapse.  Also, coordinated the NYPD responses to such incidents with all City agencies, as well as New York State and Federal agencies through SEMO and FEMA.

December, 1989 – July, 1990
Sergeant, NYPD, 10th Precinct – West side of Manhattan, Chelsea area.

January, 1986 – December, 1989
Police Officer, NYPD, Police Academy/Midtown North Precinct – Midtown Manhattan


Related Experience

Senior Project Manager – International City Managers Association, Center for Public Safety Management, providing public safety consulting services to member cities around the world on the efficient and effective organization and delivery of police services.  Operational Analyses relying on vigorous data collection, processing and analysis to make substantive decisions about police operations.  Also incorporate "best practices" of police operations to compliment data-driven decision making   Applied research and Police Operational Analyses prepared for:

- San Jose, CA
- Stockton, CA
- Casa Grande, AZ
- Edmond, OK
- Troy, MI
- Cedar Park, TX
- Delray Beach, FL

- Pasco County, FL
- Alachua County, FL
- Royal Oak, MI
- Florence, AZ
- Grand Island, NE
- Grand Rapids, MI
- Kentwood, MI
- Wyoming, MI
- South Orange, NJ
- Federal Heights, CO
- Independence, OH
- Henderson, NV
- Smyrna, TN
- Victoria, TX
- Vancouver, WA
- Walterboro, SC
- St. Marys, GA
- Camden County, GA
- Hermosa Beach, CA
- St. Louis, MO
- Skokie, IL
- Johnson City, TN
- Chesterfield Township, MI
- Farrell, PA
- Yuba City, CA
- Prescott, AZ
- Carlsbad, CA
- Ontario, OR
- Grants Pass, OR
- Flint, MI
- Chapel Hill, NC
- Dothan, AL
- Pinal County, AZ
- Northborough, MA

Consultant to the following employee organizations on grievance, arbitration, litigation and mediation proceedings:
- Bethlehem, NY Police Department, October, 2104 – Operations Expert
- Spring Creek Towers (Starrett City), Department of Public Safety, November, 2014 – Operations Expert
- Portland, OR Police Bureau, December, 2011 – Expert Witness Use of Force
- City of Eastchester, NY, 2010 – Expert Witness – Use of Force
- NYC Patrolmen's Benevolent Association – Expert Witness, Wage Arbitration, 2008.  Expert Witness Police Policy and Procedure, Civil Litigation.
- Suffolk County, NY Deputy Sheriff's Patrolmen's Benevolent Association – Expert Witness, Police Policy and Procedure - Wage Arbitration, 2010.

Certified Mediator – Community Mediation Services, Jamaica, NY.

Visiting Professor to the Westchester, NY Department of Public Safety

Participated on the McKinsey Task Force which examined the NYPD's response to the events of 9/11.  I was a member of two sub-committees that explored the NYPD's readiness, and future needs, in the areas of COMMUNICATIONS and TRAINING.  These sub-committees made substantial recommendations to the NYPD Police Commissioner to prepare the NYPD and New York City for future terrorist activity.

Guest Lecturer at NYPD Executive Development courses in the following areas:
- Labor Relations (developed case study method for executive education)
- COMPSTAT
- Duty Inspector and Duty Captain Expectations and responsibilities

Publications
- McCabe, J.E. and S.A. Morreale (2014). Assessing hiring preferences and discipline orientation of criminal justice programs. Journal of International Criminal Justice and Research, Volume 2, (September), pgs. 1-18.

- McCabe, J. (2013) Analysis of Police Department Staffing: How many officers do you really need? ICMA: Washington, DC

- McCabe, J. (2012) Employee Diagnostic – Newtown, CT Police Department, Report to the Newtown, CT Police Commission.

- McCabe, J. and S.A. Morreale (2012) "The 'Pracademic' in Criminal Justice Education." ACJS Now, Volume 16, No. 2, pgs. 11-19.

- McCabe, J. (2010). Police Advisor to the United Nations. In Trends in policing: Interviews with police leaders around the globe Vo. 2, (Das and Marenin eds.). Boca Raton, FL: CRC Press.

- Johnson, B, A. Golub, and J. McCabe (2010) "Quality of Life Policing in New York City: International Implications."  International Journal of Police Practice and Research, Vol. 11, No. 1, pgs. 17-29.

- McCabe, J. (2010). Assessing citizen satisfaction with voluntary and involuntary police encounters in the Norwalk, CT Police Department. Journal of Criminal Justice Research and Consulting. Vol. 1, No. 2, pgs. 1-37.

- McCabe, J. (2009) Darien, CT Police Department - Performance Measurement Initiative: Employee Satisfaction & Opportunities for Organizational Improvement. Report to the Darien, CT Police Department.

6

- McCabe, J (2009).  The Narcotics Initiative:  An Examination of the NYPD Approach to Drug Enforcement.  <u>Criminal Justice Policy Review</u>, Vol. 20, No. 3.

- McCabe, J. (2008) What Works in Policing? The Impact of Drug Arrests on Other Serious Crime. <u>Police Quarterly</u>, Vol. 11, No.3

- Westchester County Department of Public Safety <u>Final Report of the Panel to Review Use of Force Training at the Westchester County Police Academy</u>, May 9, 2008.

- McCabe, J. (Pending Publication), "Police Training and Education." in Morreale and Lambert (eds.)  <u>Police Administration and Management.</u>  Boston, MA: Jones/Bartlett.

- Johnson, B., A. Golub, E. Dunlap, S. Sifaneck, and J. McCabe (2006).  Policing and Social Control of Public Marijuana Use and Selling in New York City.  <u>Law Enforcement Executive Forum</u>, Vol. 6, No. 5.

- McCabe, James E. and Eli B. Silverman (2002) "Policing Diverse Communities: A Case Study," in <u>Policing Minority Communities: Bridging the Gap,</u> (Jones-Brown & Terry eds.), New York, NY: Random House.

- NYPD (2002) "The COMPSTAT Process," <u>Police Student's Guide</u>, New York, NY: NYPD, Internal Publication.

- NYPD (2003) "The Commanders' Guide to COMPSTAT," Prepared for Commanders College, NYPD, Internal Publication.

- NYPD (2002) "Terrorism Awareness for the First Responder" Co-Authored for in-service training module for NYPD officers after 9/11.

<u>Conference Presentations</u>
February 2013, Assessing Police Hiring Practices, ACJS, Philadelphia, PA

March 2013, Habitat for Humanity Home Construction and Crime, Academy of Criminal Justice Science, Dallas, TX.

March 2012, Longitudinal Examination of Social Dominance Orientation within the Police, Academy of Criminal Justice Sciences, New York, NY.

March 2012, Academics and Pracademics in Criminal Justice Programs, Academy of Criminal Justice Science, New York, NY

February 2011, Social Dominance and the Police Subculture, Academy of Criminal Justice Science, Toronto, Canada.

February 2010, "Police Employee Satisfaction & Opportunities for Organizational Improvement, Academy of Criminal Justice Science, San Diego, CA.

March 2009, "Assessing Community Satisfaction with Police Services" Academy of Criminal Justice Sciences, Boston, MA.

February 2009, "Social Attitudes of Police and CJ Students: An Analysis of Social Dominance Theory in Policing." Western Society of Criminology, San Diego, CA.

June 2008, Social Dominance and Police Management." Northeast Academy of Criminal Justice Sciences, Bristol, RI.

March 2008, "Social Dominance Orientation and Police Behavior." Academy of Criminal Justice Sciences, Cincinnati, OH.

June 2007, "The Balanced Scorecard and Police Management." Northeast Academy of Criminal Justice Sciences: Bristol, RI.

March 2007, "Reducing Crime through the Civil Seizures of Drug Locations." Academy of Criminal Justice Sciences: Seattle, WA.

March 2007, Roundtable Discussant, "Looking to the Future of the Criminal Justice System: Learning to Negotiate." Academy of Criminal Justice Sciences: Seattle, WA.

June 2006, "The Impact of Drug Enforcement on Serious Crime." Northeast Academy of Criminal Justice Sciences: Bristol, RI.

Memberships
- Academy of Criminal Justice Sciences
- American Academy for Professional Law Enforcement
- Police Management Alumni Association
- FBINA Alumni Association
- Captains' Endowment Association
- International Association of Police Chiefs
- Connecticut Police Chiefs Association

Awards
- April, 2012 Sacred Heart University's Dr. Marian Calabrese Outstanding Faculty Member Award
- October, 2007 – Boy Scouts of America, Distinguished Citizen Award
- October 2004 - Asian American Council, Distinguished Service Award
- May 2002 - Arthur Niederhoffer Award for excellence in Criminal Justice Scholarship
- February 7, 2001 - featured in NY Times Public Lives: "A Good Soldier: Loyal in a Time of Turmoil.
- August 12, 2000 – features in History Channel documentary on the NYPD "True Stories of the NYPD."
- 1996 Finest Foundation Scholar