# EXHIBIT 12

**Jane Perlov**
28 Sparkle Dun Drive
Biltmore Lake, NC 28715
917-842-9212
jane.perlov@gmail.com

**CURRICULUM VITAE**

**Independent Security/Law Enforcement Consultant (8/11-present)**

**Bank of America (4/07 to 8/11)**
**Senior Vice-President, Global Corporate Security Director**
**(12/08 to 8/11)**

Responsible for providing a safe and secure environment for all employees and customers world-wide and for protecting Bank of America's brand by minimizing risk and exposure. As the Bank's Chief Security Officer, retained prior position responsibilities for physical security and also manage: investigation of internal and external bank fraud; regulatory reporting of suspicious activity; threat investigations; crisis and event management; oversight of the Bank of America Security Operations and Analysis Command Center; vendor contracts and relationships; and within the United States, applicant screenings and due diligence investigations.

Major achievements:

- Successful integration of Merrill Lynch and Countrywide security operations into Bank of America's security operations
- Implementation of a new, advanced case management system for investigative services
- Advancing the development of consistent security practices during the rapid expansion of the Bank's global footprint
- Furthering the utilization of data and analytics for fraud detection and prevention, investigation and recovery
- Meeting all financial goals in a rapidly changing, challenging environment
- Bringing corporate security into regulatory compliance and reducing risk exposure
- Design/implementation of multiple entity Emergency Planning Exercises

**Senior Vice President, Protective Services Executive (4/07 to 12/08)**

Responsible for physical protection and security of Bank of America employees, customers and facilities for over 6,100 banking centers, 18,000 ATMs and 95.6 million square feet of administrative space. This encompasses crime prevention strategies and incident response protocols for bank robberies; ATM crime; kidnap/extortion situations;

bomb threats; assaults; administration of homeland security programs and policies; threat management; workplace violence prevention; emergency preparedness and disaster response.

Major achievements:

- Reduced bank robberies for '06 to '08 by 8%
- Initiated and implemented the successful reorganization of Protective Services to increase cost effectiveness and efficiency of organization
- Built and maintained strong relationships and communications with the first responder community across the country to enhance intelligence gathering and event management capabilities
- Advanced crime analysis and prevention to a data-driven, predictive model instead of the more usual reactive approach
- Developed facility vulnerability assessment program
- Introduced cutting edge technologies for bank security, e.g., GPS tracking of property (cash and ATMs) and the use of Iris Recognition for corporate security and other bank use
- Brought to Bank of America the enforcement of contract specifications to ensure billing transparency, shared responsibility and accountability of major contractors for cost-savings

**Chief of Police, Raleigh, North Carolina (9/01 to 3/07)**
City size: 140 square miles
Population: 370,000
Force size: 746 sworn, 125 non-sworn

Responsible for management and operations of the Raleigh Police Department, including development and oversight of a $76.7 million budget, reporting to the City Manager.

Major achievements:

- Reorganized the department from a central headquarters based operation into 6 decentralized geographic districts, requiring commanders of each to be responsible for performance of officers and civilians under their command
- Established CompStat, an internal, ongoing live audit process that holds managers directly accountable for reducing crime and achieving other performance metrics
- Reduction in crime across the city from 6,300 crimes per 100,000 people in 2001 to 4,207 per 100,000 people in 2006, a 22% reduction of crime in a city that has seen exponential growth
- Instrumental in the formation of important partnerships with organizations such as the Wake County Gang Prevention Partnership; US Marshals Service; and the Division of Alcohol, Tobacco and Firearms to leverage all available resources and collaborative opportunities

- Created a Strategic Management Team to focus on problem-oriented policing
- Employed a Grants Manager, to identify alternate funding sources to expand the ability of the department to serve the community without undue pressure on existing fiscal resources
- Placed a Public Information Officer to ensure process transparency and accountability of the department to the public
- Strengthened technological capabilities, establishing evidence bar coding, electronic report writing, crime mapping and website enhancement
- Reduced vacancies of 70 sworn staff to 10-17 through aggressive recruiting, with priority attention to diversifying the department
- Introduced legislation creating a False Alarm Reduction Program, resulting in a marked drop in such calls
- Initiated a Landlord Training Program to reduce incidents of crime and increase quality of life in rental housing units

## Commonwealth of Massachusetts (1/99 to 8/01)
### Secretary of Public Safety

Appointed by Governor Argeo Paul Cellucci to a Cabinet position reporting directly to the Governor on public safety matters, with responsibility for meeting all emergency management, criminal justice, law enforcement and correctional needs of the Commonwealth.

Major achievements:

- Developed a statewide strategy for crime prevention and public safety
- Managed policy and fiscal oversight of 21 state agencies, boards and commissions, encompassing more than 10,000 employees and a budget of more than $1 billion. Agencies included: State Police; Fire Services; Corrections; National Guard; Emergency Management Agency and 16 others
- Directed and administered more than $50 million in state and federal grants to local communities
- Chaired: Governor's Advisory Council on Youth Violence; Criminal History Systems Board; Criminal Justice Training Council; and the Governor's Task Force on Hate Crimes
- Served on Governor's Commission on Domestic Violence; State Lottery Commission; E-Government Task Force
- Drafted and filed legislation and provided oral testimony on submitted bills on behalf of the Governor
- Developed new relationships and collaborative efforts between the secretariat and outside agencies, advocacy groups, the legislature, courts and community groups
- Created and implemented "Operation Clean Sweep", a multi-agency fugitive apprehension effort to locate and apprehend wanted fugitives nationwide

- Created and utilized the 1999 *Guidelines for Critical Incident Stabilization,* for police and fire personnel when encountering crisis situations
- Designed and delivered a comprehensive school violence prevention and response program
- Directed establishment of a statewide civilian search and rescue capability
- Implemented the legislation providing a model policy on racial and gender profiling for all police agencies in the state
- Developed successful strategies for reducing the presence of illegal firearms

### New York City Police Department (1/81 to 1/99)

**Deputy Chief:**
   12/97 to 1/99

Appointed Commanding Officer, Detective Borough Queens, directing over 500 detectives in a borough of over 2 million people representing one of the most ethnically diverse populations in the United States. Achievements included:

- Continued decrease in the number of index crimes in the borough
- Development of new working protocols with other law enforcement jurisdictions, e.g., airports, county police departments and federal agencies
- Initiated a Home Invasion Task Force to address residential robberies

**Inspector:**
   9/95 to 12/97

Assumed command of the 30th Precinct in Harlem in September 1995, after a police corruption scandal that seriously damaged community/police relations and precinct morale. The 30th was staffed by 260 sworn personnel and 27 civilians. Achievements included:

- A 26% decrease in index crimes, which included a 54% decrease in homicides
- Rebuilding community relations and internal precinct morale
- Decreased civilian complaints

**Deputy Inspector:**
   10/94 to 9/95

Commanding Officer of the 20th Precinct in Manhattan, consisting of 210 sworn personnel and 20 civilian employees. Achievements included:

- Reduced index crime by 35%
- Built and maintained community partnerships

- Assured strict adherence to ethics and integrity standards

**Captain:**
9/92 to 10/94

Served as Executive Officer of the Midtown South Precinct and Project Manager of Operation Safe Corridor, the police contribution to the revitalization efforts in Times Square.  Successfully coordinated and deployed units from various police, private security and government agencies to improve the quality of life for New Yorkers and tourists and the profitability of local businesses.

**Lieutenant:**
11/89 to 9/92
**Sergeant:**
11/85 to 11/89
**Police Officer:**
1/81 to 11/85


**Education:**

FBI Domestic Security Executive Academy, Quantico, Virginia (2009)

Graduate, Senior Management Institute for Police (1995) taught by Harvard's Kennedy School of Government faculty relying heavily on corporate and government case studies, and administered by the Police Executive Research Forum, providing intensive training in the latest management concepts. Was the sole candidate selected and placed by New York City Police Commissioner, William Bratton.

Graduate, Columbia University's Police Management Institute (1995).  Fifteen senior officers were selected each year by the NYPD to attend this eight-month Institute, requiring one residential week per month for work with professors from the Graduate School of Business. The program focused on corporate management skills and their application to public service.

John Jay College of Criminal Justice, Bachelor of Science in Criminal Justice, Cum Laude (1992)

**Honors and Awards:**

- Included in *Firestarters,* by Kelly Beatty and Dale Salvaggio Bradshaw (JIST Works, publisher) as one of the 100 people profiled (2006)
- St. Augustine's College, Raleigh, NC, "Woman of Distinction Award" (2005)

- Profiled in *Breaking the Brass Ceiling* (Praeger Publishers) by Dorothy Schultz (2005)
- North Carolinians Against Gun Violence "Person of the Year Award" (2004)
- "Woman of Achievement Award" from Greater Federation of Women's Clubs of North Carolina (2005)
- "Ten People to Watch in 2002", from *Raleigh News and Observer*
- *Jewish Women International*, September 1998 issue, "One of Ten
- Received Presidential Appointment to 17 member Emergency Responders Senior Advisory Committee, advisors to the Secretary of Homeland Security
- Women to Watch in 1999"
- "Women in Science Award" from Benjamin Cardozo High School, New York City (1998)
- *Working Women*, "Bragging Rights (1998 )
- "Asser Levy Award", Shomrim Society of NYPD (1998)
- *New York Daily News*, "25 People to Watch in New York City in 1998"
- "Sloan Award for Public Service presented by The Fund for the City of New York, primarily for turning around the 30th precinct in Harlem (1997)
- Profiled by *American Police Beat* in a March 1996 cover story, "Rave Reviews For A Talented Commander"
- **"**Distinguished Alumni Award", John Jay College of Criminal Justice (1996)


**Invited Guest Lecturer/Author/Participant**:

- Received Presidential appointment to 17 member Emergency Responders Senior Advisory Committee, advisors to the Secretary of Homeland Security, (12/01-12/04)
- Presenter: International Association of Chiefs of Police Annual Conference, Bank Robbery Symposium, San Diego (2008)
- Invited by Israel's Minister of Foreign Affairs to join experts from various disciplines across the United State and Israel to consider homeland security threats and issues (2006)
- One of six contributing authors to *"Protecting Your Community From Terrorism: Strategies for Local Law Enforcement"* a project of COPS (Community Oriented Policing Services of the US Department of Justice) and the Police Executive Research Forum (2003)
- For United States Department of State, presented a three day symposium on Police/Community Relations, in Mexico City, Mexico (2000)
- Guest lecturer at North Carolina State University (2003) and at Boston College (1999)
- Panelist: "Symposium on Women in Government", a full day event sponsored by Radcliffe Women's Leadership Project, Cambridge, Massachusetts (1998)

- Presenter: "International Police Community Symposium", Lima, Peru (1998) representing the United States, conducted by the Universidad de Lima
- Presenter: International CompStat Conference, "Civil Enforcement", New York City (1997)
- Presenter: International CompStat Conference, "Combating Quality of Life Offenses", New York City (1996)

**Significant Affiliations:**

- Police Executive Research Forum
- International Association of Chiefs of Police
- ISMA/International Security Management Association
- Big Brothers Big Sisters of Western North Carolina
- FBI Domestic Security Alliance Council
- North Carolina Association of Chiefs of Police
- North Carolina Police Executives Association
- Honorary Chair of the Triangle Race, Susan G. Komen Foundation
- Advisory Board of North Carolina State University's "Administrative Officers Management Program", a national graduate program for police executives
- North Carolina Victims Assistance Network Board Member
- Bank of America's Diversity and Inclusion Council