# EXHIBIT 13

Jyates3026@aol.com                                                              +1-917-650-5034

# JAMES A. YATES

## Employment History

| | |
|---|---|
| Counsel to the Speaker NYS Assembly, Carl Heastie | 2015 |
| Counsel to the Speaker NYS Assembly, Sheldon Silver | 2011 - 2015 |
| Justice, NY Supreme Court 1st Judicial District | 1998 - 2011 |
| Judge, NYS Court of Claims | 1992 - 1998 |
| Legislative Counsel to the Speaker, Saul Weprin | 1991 - 1992 |
| Legislative Counsel to the Speaker, Mel Miller | 1989 - 1991 |
| Counsel to the Majority, NYS Assembly | 1987 - 1989 |
| Senior Counsel, Committee on Codes, NYS Assembly Speaker Stanley Fink | 1979 - 1987 |
| Staff Attorney, The Legal Aid Society | 1973 - 1979 |

- Special Litigation Unit
- Training Bureau
- Law Advisory Bureau
- Manhattan Youth Part
- Brooklyn Narcotics Unit

## Teaching Appointments

Adjunct Faculty, New York University School of Law
- *Professional Responsibility* — 2010 - 2011
- *Non-Litigatory Advocacy for Public Interest Lawyers* — 1989 - 1993

Adjunct Faculty, New York Law School
- *White Collar Crime* — 1997 - 2009

Adjunct Faculty, C.U.N.Y. School of Law, Queens College
- *Criminal Procedure* — 1986 - 1991

Adjunct Advisor, Cardozo School of Law
- *Criminal Appeals Clinic* — 1985 - 1986

Adjunct Faculty, Pace University School of Law
- *Legislative Process* — 1984

## Publications

*New York Pre-Trial Criminal Procedure*   2 editions   1996 & 2001
   Co-Author, West Publishing Corp.

## Education

| | |
|---|---|
| A.B. *Cum Laude*, Princeton University | 1967 |
| J.D.  Rutgers School of Law | 1973 |

## Bar Admissions

| | |
|---|---|
| New York State - First Department | 1973 |
| Eastern District New York (EDNY) | 1975 |
| Southern District New York (SDNY) | 1975 |
| 2nd Circuit Court of Appeals | 1975 |

## Awards

| | |
|---|---|
| Outstanding Service Award – Interest on Lawyer Account (IOLA) Board | 1992 |
| Ennis J. Oggliati Annual Award - NYS Pre-Trial Services Association | 1992 |
| Annual Service of Justice Award - NYS Defenders Association | 1992 |

**JAMES A. YATES** - *page 2*

|  |  |
|---|---|
| Thomas Mott Osborne Medal - Correctional Association | 1989 |
| Outstanding Work in Criminal Justice Legislation – NY State Bar Association | 1986 |

### Association of the Bar of the City of NY         Member since 1982

**Committees**

| | |
|---|---|
| Delegation to the NYS Bar Assn. House of Delegates | 1998 - 2001 |
| Government Ethics Committee | 1998 - 2001 |
| NYS Constitutional Convention Committee  (2x) | 1994-1998 & 2016 |
|     Chair, Subcommittee on Taxation & Finance | 1995 - 1997 |
| Council on Criminal Justice | 1983-1993 & 1995-1998 |
| Chair, Criminal Law Committee | 1995 - 1998 |
| Member, Criminal Law Committee | 1982-1995 & 2015 |
| Co-Chair, Colloquium on City-State Relations | 1993 |
| Committee on State Courts of Superior Jurisdiction | 1991 - 1994 |
| Committee on Criminal Justice Operations & Budget | 1987 - 1990 |
| Criminal Advocacy Committee | 1985 - 1987 |

### New York State Bar Association

| | |
|---|---|
| Task Force on the Constitutional Convention | 2016 – present |

### Office of Court Administration

| | |
|---|---|
| Justice Task Force of the Chief Judge | 2015 - present |

### Public Service

| | |
|---|---|
| Commissioner, NY Joint Committee on Public Ethics | 2016 - present |
| Member, Board of Directors, The Legal Action Center | 2016 - present |
| Commissioner, Commission on Uniform State Laws (CUSL)<br> - Drafting Committee on Controlled Substance & Forfeiture Act<br> - Drafting Committee on Computer Software Contracts<br> - Review Committee on Victims  Rights | 1989 - 1992 |
| Member, Interest on Lawyer Accounts Board (IOLA) | 1994 – 1998 |
| Member, C.P.L. Advisory Committee | 1992 - 2010 |
| Member, Board of Advisors, John Jay College of Criminal Justice | 1988 - 2005 |
| Member, National Advisory Board<br>Bodega de la Familia, Neighborhood Drug Crisis Center | 1997 - 2005 |
| Member, Board of Advisors, Andrew Glover Youth Program | 1983 - 1992 |

**JAMES A. YATES** - *page 3*

| | |
|---|---:|
| Chair, Selection Panel for Root-Tilden-Snow Scholars | 1993 – 2005 |
| Chair, Selection Panel, Kirkland & Ellis Public Interest Fellowship | 1996 - 1999 |
| Co-Chair, Committee on Automation & Technology for Judges | 1993 |