# EXHIBIT 14

# Arnold & Porter



## Peter L. Zimroth
**Retired Partner**

New York
*Tel* +1 212.836.7316

peter.zimroth@arnoldporter.com  |  vCard

Peter Zimroth is a retired partner who is recognized as an accomplished trial lawyer and appellate advocate, as well as a leading litigator in products liability, commercial, securities, and white collar crime matters. He has tried jury and nonjury cases and arbitrations, argued appeals at every level of state and federal court (including in the US Supreme Court), and represented clients before government and regulatory agencies, disciplinary panels, and congressional committees. He currently serves as the independent monitor appointed by the federal court to oversee the New York City Police Department's stop and frisk reforms and as the director of NYU Law School's Center on Civil Justice.

Prior to joining the firm, Mr. Zimroth was corporation counsel of the City of New York. The corporation counsel, the city's chief legal officer, is in charge of all the city's legal business, and heads the city's law department of more than 500 lawyers. As corporation counsel, Mr. Zimroth supervised major litigations and provided counsel on employment issues, major economic development projects, city contract and procurement policies, environmental, healthcare, law enforcement, transportation and education issues, tort and products liability, and legislation. He was the architect of the city's law providing for the public financing of city elections, a law which has become the model for local legislation around the country.

Earlier in his career, Mr. Zimroth served as an assistant US attorney for the Southern District of New York (securities fraud unit) and as the chief assistant district attorney in Manhattan, the highest non-elected position in the district attorney's office. He was a tenured professor at the New York University School of Law and a law clerk to US Supreme Court Justice Abe Fortas and to Chief Judge David Bazelon of the District of Columbia Court of Appeals. He was the editor-in-chief of the *Yale Law Journal*. He served on the Moreland Commission appointed by Governor Andrew Cuomo to report on campaign finance and related ethical issues.

Mr. Zimroth has been published on a wide variety of subjects in the *Yale Law Journal*, *The New York Times*, and *The New York Law Journal*. He is the author of "Perversions of Justice" (Viking Press, 1974), a book about political trials.

## Credentials

### Education

- LLB, Yale Law School, 1966
- BA, Columbia University, 1963

### Admissions

- New York
- District of Columbia

## Government and Military Service

- Assistant US Attorney, Southern District of New York
- Chief Assistant District Attorney, Manhattan
- Corporation Counsel, City of New York

## Clerkships

- Supreme Court of the United States, The Honorable Abe Fortas
- United States Court of Appeals, District of Columbia Circuit, The Honorable David L. Bazelon