```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  2/7/2019
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID FLOYD, *et al.*, <br><br>        Plaintiffs, <br><br> -against- <br><br> CITY OF NEW YORK, <br><br>        Defendant. | 08 Civ. 1034 (AT) |
| KELTON DAVIS, *et al.*, <br><br>        Plaintiffs, <br><br> -against- <br><br> CITY OF NEW YORK, <br><br>        Defendant. | 10 Civ. 699 (AT) |
| JAENEAN LIGON, *et al.*, <br><br>        Plaintiffs, <br><br> -against- <br><br> CITY OF NEW YORK, <br><br>        Defendant. | 12 Civ. 2274 (AT) <br><br> **ORDER** |

ANALISA TORRES, District Judge:

  On July 19, 2018, the Court ordered the parties to submit a joint proposal for a pilot program to study the electronic recording of first and second-level police-citizen encounters. ECF No. 619. On August 9, 2018, the Court further ordered that the proposed program study the use of body-worn cameras ("BWCs") in first-level encounters. ECF No. 634. Despite these directives, the parties requested that the Monitor develop a plan for the pilot program. After consulting the parties, the Monitor submitted a proposal on November 9, 2018. ECF No. 660-1. Plaintiffs filed objections to certain aspects of the proposal on November 21, 2018. ECF No. 669. Communities United for Police Reform ("CPR") submitted its comments on December 3, 2018. ECF No. 673. On January 29, 2019, the Monitor filed a reply and a revised proposal in

response to the Plaintiffs' and CPR's objections. ECF No. 687. Plaintiffs now seek leave to submit more papers. ECF No. 690.

Plaintiffs have had an extensive opportunity to participate in the formulation of the proposed pilot program before it was submitted to the Court. Their input, and the input of their experts, was considered, and many of their suggestions were adopted by the Monitor. After the Monitor filed his proposal, Plaintiffs provided their views to the Court. ECF No. 669. The Monitor's reply (ECF No. 687) is a response to Plaintiffs' objections and does not raise new matters. The Court, therefore, has sufficient briefing to decide the issue. Plaintiffs will have another opportunity to comment after the Monitor submits his report on the pilot program.

Having reviewed the submissions of the parties and *amicus curiae* with respect to the proposed pilot program, ECF Nos. 660, 669, 673–75, 687, it is hereby ORDERED that:

1. Plaintiffs' motion for leave to file additional papers, ECF No. 669, is DENIED; and

2. The proposed pilot study, ECF No. 687-1, is APPROVED.

The Clerk of Court is directed to terminate the motion at ECF No. 690.

SO ORDERED.

Dated: February 7, 2019
    New York, New York

_____
ANALISA TORRES
United States District Judge