# COVINGTON

BEIJING   BRUSSELS   DUBAI   JOHANNESBURG   LONDON
LOS ANGELES   NEW YORK   SAN FRANCISCO   SEOUL
SHANGHAI   SILICON VALLEY   WASHINGTON

Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
T +1 212 841 1000

June 5, 2019

**BY ECF**

The Honorable Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *Floyd v. City of New York*, 08 Civ. 1034 (AT)

Dear Judge Torres:

I have appeared as counsel for the plaintiffs in the above-captioned matter. As of June 30, 2019, I will no longer be an attorney at the law firm Covington & Burling LLP. I respectfully request an order removing my individual appearance from the docket and from the ECF distribution list for this action.

My departure will not affect any pending deadlines, nor will it occasion any delay in this matter. Philip Irwin of Covington & Burling and Darius Charney of the Center for Constitutional Rights, among others, have already appeared in this action and will continue to represent plaintiff's interests.

Respectfully submitted,

*s/ Eric Hellerman*
Eric Hellerman

cc:   Counsel of Record (via ECF)