

ZACHARY W. CARTER
*Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

DAVID COOPER
*Senior Counsel*
phone: (212) 356-2579
fax: (212) 356-3509
email: dcooper@law.nyc.gov

August 2, 2019

**VIA ECF**
The Honorable Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

   Re: *David Floyd, et al. v. City of New York*, 08 Civ. 1034 (AT);
     *Kelton Davis, et al. v. City of New York, et al.*, 10 Civ. 699 (AT);
     *Jaenean Ligon, et al. v. City of New York, et al.*, 12 Civ. 2274 (AT)

Your Honor:

  I am a Senior Counsel in the Office of Zachary W. Carter, Corporation Counsel of the City of New York, and the attorney assigned to the above-referenced matter on behalf of defendant City of New York. The NYPD respectfully submits its response addressing the concerns plaintiffs' counsel expressed about the NYPD's plan to implement Facilitator's Recommendation No. 1.

  Thank you for your time and consideration.

                 Respectfully submitted,

                 /s/

                 DAVID COOPER
                 Senior Counsel
                 Special Federal Litigation Division

cc: **VIA ECF**
*All Parties on Record*