

| | | |
|---|---|---|
| **JAMES E. JOHNSON**<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **DAVID COOPER**<br>*Senior Counsel*<br>phone: (212) 356-2579<br>fax: (212) 356-3509<br>email: dcooper@law.nyc.gov |

December 20, 2019

**VIA ECF**
The Honorable Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *David Floyd, et al. v. City of New York*, 08 Civ. 1034 (AT)

Your Honor:

I am a Senior Counsel in the Office of James E. Johnson, Corporation Counsel of the City of New York, and the attorney assigned to the above-referenced matter on behalf of defendant City of New York ("City"). The City respectfully submits the NYPD's supplement to its response addressing the concerns that *Floyd* plaintiffs' counsel expressed about the NYPD's plan to implement Facilitator's Recommendation No. 1, along with a proposed order to implement the NYPD's plan for an early intervention system.

Thank you for your time and consideration.

Respectfully submitted,

/s/

DAVID COOPER
Senior Counsel
New York City Law Department

cc:   **VIA ECF**
       *All Parties on Record*