```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___5/5/2020___
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID FLOYD, *et al.*,<br>                    Plaintiffs,<br>-against-<br>CITY OF NEW YORK,<br>                    Defendant. | 08 Civ. 1034 (AT) |
| KELTON DAVIS, *et al.*,<br>                    Plaintiffs,<br>-against-<br>CITY OF NEW YORK, *et al.*,<br>                    Defendants. | 10 Civ. 0699 (AT) |
| JAENEAN LIGON, *et al.*,<br>                      Plaintiffs,<br>-against-<br>CITY OF NEW YORK, *et al.*,<br>                    Defendants. | 12 Civ. 2274 (AT)<br><br>**ORDER** |

The Agreement by and between Peter Zimroth (Monitor) and New York City (City) approved by the Court on February 6, 2015, *Floyd v. City of New York*, Document 478, is amended by adding the following subparagraphs to subparagraph 2.3:

    2.3.24    Rob Voigt, $200 per hour
    2.3.25    Nick Camp, $200 per hour

This amended Agreement is effective as of the date signed below and, unless sooner terminated, shall terminate upon the termination by the Court of the Monitor's duties.

Dated: New York, New York
    May 5 , 2020

SO ORDERED:

_____
ANALISA TORRES
United States District Judge