UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  5/26/2020
```

DAVID FLOYD, *et al.*,

                                  Plaintiffs,

-against-

CITY OF NEW YORK,

                                  Defendant.

08 Civ. 1034 (AT)

KELTON DAVIS, *et al.*,

                                  Plaintiffs,

-against-

CITY OF NEW YORK,

                                  Defendant.

10 Civ. 699 (AT)

JAENEAN LIGON, *et al.*,

                                  Plaintiffs,

-against-

CITY OF NEW YORK,

                                  Defendant.

12 Civ. 2274 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      Plaintiffs in *Floyd v. City of New York*, No. 08 Civ. 1034, and *Davis v. City of New York*, No. 10 Civ. 699, move, by proposed order to show cause, for an order:

1. Declaring that Defendant is in violation of the Court's August 12, 2013 Remedies Opinion and Order, ECF No. 372,[1] August 12, 2013 Liability Opinion and Order, ECF No. 373, and August 24, 2015 Order approving the New York Police Department's ("NYPD") Policy Prohibiting Racial Profiling and Bias-Based Policing, ECF No. 517;

---

[1] ECF cites in this order refer to the *Floyd* docket.

2. Compelling Defendant to produce discovery concerning the NYPD's enforcement of social distancing directives;

3. Directing that the Monitor investigate and evaluate police practices relating to investigative encounters, stops, frisks, searches, summonses, and arrests during the COVID-19 pandemic; and

4. Temporarily enjoining all social distancing enforcement by the NYPD.  ECF Nos. 759, 760.

Accordingly, it is hereby ORDERED that:

1. By **June 2, 2020**, Defendant shall file its response to Plaintiffs' proposed order to show cause.

2. By **June 9, 2020**, the Monitor shall file a response.

The Court will notify the parties if it determines that a hearing is necessary.

SO ORDERED.

Dated: May 26, 2020
New York, New York

_____
ANALISA TORRES
United States District Judge