# CRAVATH, SWAINE & MOORE LLP

| | | | | |
|---|---|---|---|---|
| JOHN W. WHITE | DAVID R. MARRIOTT | | KEVIN J. ORSINI | NICHOLAS A. DORSEY |
| EVAN R. CHESLER | MICHAEL A. PASKIN | WORLDWIDE PLAZA | MATTHEW MORREALE | ANDREW C. ELKEN |
| RICHARD W. CLARY | ANDREW J. PITTS | 825 EIGHTH AVENUE | JOHN D. BURETTA | JENNY HOCHENBERG |
| STEPHEN L. GORDON | MICHAEL T. REYNOLDS | NEW YORK, NY 10019-7475 | J. WESLEY EARNHARDT | VANESSA A. LAVELY |
| ROBERT H. BARON | ANTONY L. RYAN | | YONATAN EVEN | G.J. LIGELIS JR. |
| DAVID MERCADO | GEORGE E. ZOBITZ | TELEPHONE: +1-212-474-1000 | BENJAMIN GRUENSTEIN | MICHAEL E. MARIANI |
| CHRISTINE A. VARNEY | GEORGE A. STEPHANAKIS | FACSIMILE: +1-212-474-3700 | JOSEPH D. ZAVAGLIA | LAUREN R. KENNEDY |
| PETER T. BARBUR | DARIN P. MCATEE | | STEPHEN M. KESSING | SASHA ROSENTHAL-LARREA |
| THOMAS G. RAFFERTY | GARY A. BORNSTEIN | | LAUREN A. MOSKOWITZ | ALLISON M. WEIN |
| MICHAEL S. GOLDMAN | TIMOTHY G. CAMERON | | DAVID J. PERKINS | MICHAEL P. ADDIS |
| RICHARD HALL | KARIN A. DEMASI | CITYPOINT | JOHNNY G. SKUMPIJA | JUSTIN C. CLARKE |
| JULIE A. NORTH | DAVID S. FINKELSTEIN | ONE ROPEMAKER STREET | J. LEONARD TETI, II | SHARONMOYEE GOSWAMI |
| ANDREW W. NEEDHAM | DAVID GREENWALD | LONDON EC2Y 9HR | D. SCOTT BENNETT | C. DANIEL HAAREN |
| STEPHEN L. BURNS | RACHEL G. SKAISTIS | TELEPHONE: +44-20-7453-1000 | TING S. CHEN | EVAN MEHRAN NORRIS |
| KATHERINE B. FORREST | PAUL H. ZUMBRO | FACSIMILE: +44-20-7860-1150 | CHRISTOPHER K. FARGO | LAUREN M. ROSENBERG |
| KEITH R. HUMMEL | ERIC W. HILFERS | | KENNETH C. HALCOM | |
| DAVID J. KAPPOS | GEORGE F. SCHOEN | | DAVID M. STUART | |
| DANIEL SLIFKIN | ERIK R. TAVZEL | | AARON M. GRUBER | SPECIAL COUNSEL |
| ROBERT I. TOWNSEND, III | CRAIG F. ARCELLA | | O. KEITH HALLAM, III | SAMUEL C. BUTLER |
| PHILIP J. BOECKMAN | DAMIEN R. ZOUBEK | WRITER'S DIRECT DIAL NUMBER | OMID H. NASAB | |
| WILLIAM V. FOGG | LAUREN ANGELILLI | +1-212-474-1080 | DAMARIS HERNÁNDEZ | |
| FAIZA J. SAEED | TATIANA LAPUSHCHIK | | JONATHAN J. KATZ | |
| RICHARD J. STARK | ALYSSA K. CAPLES | WRITER'S EMAIL ADDRESS | MARGARET SEGALL D'AMICO | OF COUNSEL |
| THOMAS E. DUNN | JENNIFER S. CONWAY | bgruenstein@cravath.com | RORY A. LERARIS | MICHAEL L. SCHLER |
| MARK I. GREENE | MINH VAN NGO | | KARA L. MUNGOVAN | CHRISTOPHER J. KELLY |

June 15, 2020

<u>Floyd, et al. v. City of New York, 08-CV-1034 (AT)</u>
<u>Ligon, et al. v. City of New York, et al., 12-CV-2274 (AT)</u>
<u>Davis, et al. v. City of New York, et al., 10-CV-0699 (AT)</u>

Dear Judge Torres:

  I am counsel to the Monitor, Peter L. Zimroth, and respectfully submit this letter to request an extension of the deadline for the Monitor to respond to the ongoing dispute over Plaintiffs' proposed order to show cause in the above-captioned matters.  On June 1, 2020, this Court ordered that the deadline for the Monitor to file a response is June 15, 2020.  (Order, 1:08-cv-01034-AT, ECF No. 766 (June 1, 2020).)  The Monitor respectfully requests an extension of that deadline to June 18, 2020.

            Respectfully submitted,

            /s/ Benjamin Gruenstein
             Benjamin Gruenstein

          CRAVATH, SWAINE & MOORE LLP
            Worldwide Plaza
            825 Eighth Avenue
           New York, New York 10019

Phone:  (212) 474-1000
Fax:  (212) 474-3700
bgruenstein@cravath.com

Hon. Analisa Torres
   United States District Court
      Southern District of New York
         500 Pearl Street
           New York, New York 10007-1312
BY ECF