UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------------- x

DAVID FLOYD, et. al.,

                              Plaintiff,

        -against-

CITY OF NEW YORK, et. al.,

                              Defendants.

---------------------------------------------------------------------------- X

**NOTICE OF APPEARANCE**

08 Civ. 1034 (AT)

      **PLEASE TAKE NOTICE** that **MARISSA PADOVANO**, Assistant Corporation Counsel, hereby appears as counsel of record on behalf of James E. Johnson, Corporation Counsel of the City of New York, attorney for the City of New York. All papers and Electronic Case Filing notifications in this matter should henceforth be served on Marissa Padovano at the address listed below.

    I certify that I am admitted to practice before this Court.

Dated:      New York, New York
                October 27, 2020

                                             JAMES E. JOHNSON
                                           Corporation Counsel of the
                                           City of New York
                                           *Attorney for Defendant City*
                                           100 Church Street
                                           New York, New York 10007
                                           (212) 356-2404

                                By:    *Marissa Padovano /s/*
                                         Marissa Padovano
                                         Assistant Corporation Counsel