# Arnold & Porter

**Peter L. Zimroth**
+1 212.836.7316 Direct
Peter.Zimroth@arnoldporter.com

October 28, 2020

**VIA ECF**

Honorable Analisa Torres
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

    Re:    *Floyd, et al. v. City of New York*, 08-CV-1034 (AT),
               *Ligon, et al. v. City of New York, et al.*, 12-CV-2274 (AT),
               *Davis, et al. v. City of New York, et al.*, 10-CV-0699 (AT),
               Eleventh Report of the Independent Monitor

Dear Judge Torres,

    I am pleased to submit the Eleventh Report of the Independent Monitor.

    The report covers data and information about NYPD policing in 2019 and, where data is available, policing in the first quarter of 2020.  Policing now in 2020 looks different than policing in 2019, as a result of both COVID-19 and the deaths of George Floyd and other Black Americans.  The next report of the Monitor will be able to report on how those changes have impacted stop and frisk and trespass enforcement data and practices, and NYPD compliance with the Court's orders.

Arnold & Porter Kaye Scholer LLP
250 West 55th Street  |  New York, NY  10019-9710  |  www.arnoldporter.com

**Arnold & Porter**

Since the 10th Report of the Monitor, a number of changes of interest to the monitorship have occurred:

- The Court issued an order setting out the requirements for the NYPD's Early Intervention System (EIS)

- The NYPD's 2020 Auditing Plan was approved by the Court

- The NYPD has trained the vast majority of patrol officers and sergeants and lieutenants on stop and frisk policies

- The NYPD conducted one-day training for all Housing Bureau officers

- The NYPD has proposed a Disciplinary Matrix outlining penalties for misconduct violations

- The NYPD has completed the Fair and Impartial Policing training for its members

- In September 2020, the NYPD ended the Trespass Affidavit Program (TAP), in which officers conducted routine vertical patrols in certain private multi-unit residences.

- The Police Academy class of recruit officers planned to begin in April 2020 was cancelled because of the coronavirus; the new Academy recruit class that was to begin in July was cancelled after the City Council passed its budget in July 2020.

One of the first tasks set out for the Monitor by the Court was to specify for the City the milestones that the NYPD must achieve to demonstrate substantial compliance with the Court's requirements. Although general milestones were established early in the monitorship, I have worked with the parties to detail each requirement and establish the benchmarks and standards I would use to determine compliance, including what sources of information I would use and what kinds of analysis and metrics would be used to evaluate compliance. For this 11th Report, I have included as Appendix A an Excel spreadsheet listing more than 90 separate tasks and for each task, the text from which the

Arnold & Porter

requirement is derived, the definition of compliance, the methodology and data used for assessing compliance, and a column setting forth my view as to whether the City has done the work necessary to meet the definition of compliance for each task. More detail and discussion are in the body of the Report.

                                              Respectfully submitted,

                                              */s/ Peter L. Zimroth*
                                              Peter L. Zimroth
                                              Monitor

Attachment: Eleventh Report of the Independent Monitor

Arnold & Porter