UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

| | |
|---|---|
| DAVID FLOYD, et al., | |
| Plaintiffs, | **NOTICE OF MOTION OF DAVID ALLEN COOPER TO WITHDRAW AS ATTORNEY** |
| -against- | 08 CV 1034 (AT) |
| CITY OF NEW YORK, | |
| Defendant. | |

------------------------------------------------------------------X

**PLEASE TAKE NOTICE** that, upon the accompanying Declaration, David Allen Cooper will move this Court, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, on a day and time to be determined by the Court, pursuant to this Court's Local Civil Rule 1.4, for leave to withdraw as counsel for Defendant City of New York.

**PLEASE TAKE FURTHER NOTICE** that other attorneys at the New York City Law Department, on behalf of James E. Johnson, Corporation Counsel for the City of New York, will continue to be counsel of record for Defendant City of New York in this action.

Dated:   New York, New York
         November 30, 2020

                                           **JAMES E. JOHNSON**
                                           Corporation Counsel of the
                                           City of New York
                                           *Attorney for Defendant City of New York*
                                           100 Church Street
                                           New York, New York 10007
                                           (212) 356-2579

                                    By:    *David Allen Cooper* /s
                                               DAVID ALLEN COOPER
                                               Senior Counsel
                                               New York City Law Department