UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

DAVID FLOYD, et al.,

                     Plaintiffs,

      -against-

CITY OF NEW YORK,

                     Defendant.

------------------------------------------------------------------X

**DECLARATION OF DAVID ALLEN COOPER WITHDRAWING AS ATTORNEY OF RECORD**

08 CV 1034 (AT)

**DAVID ALLEN COOPER**, pursuant to 28 U.S.C. § 1746, and subject to the penalty of perjury, declares that the following is true and correct:

1. I am an Assistant Corporation Counsel at the New York City Law Department. On behalf of James E. Johnson, Corporation Counsel of the City of New York, I am one of the counsel of record in this action.

2. I will be leaving the New York City Law Department on or around December 4, 2020, after which time I will have no involvement whatsoever in this matter.

3. Other attorneys at the Office of the Corporation Counsel will continue to represent Defendant City of New York in this action.

   4.  Please terminate me from the docket sheet as counsel of record in this action by December 4, 2020.

Dated:  New York, New York
     November 30, 2020

          **JAMES E. JOHNSON**
          Corporation Counsel of the
          City of New York
          *Attorney for Defendant City of New York*
          100 Church Street
          New York, New York 10007
          (212) 356-2579

        By:  *David Allen Cooper*  /s
           DAVID ALLEN COOPER
           Senior Counsel
           New York City Law Department