

**THE CITY OF NEW YORK**

**LAW DEPARTMENT**

100 CHURCH STREET
NEW YORK, NY 10007

**JAMES E. JOHNSON**
*Corporation Counsel*

**MARISSA PADOVANO**
*Assistant Corporation Counsel*
phone: (212) 356-2404
fax: (212) 356-3509
email: mpadovanr@law.nyc.gov

December 1, 2020

**VIA ECF**
Honorable Analisa Torres
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re: *David Floyd, et al. v. City of New York*, 08 Civ. 1034 (AT)
          *Kelton Davis, et al. v. City of New York, et al.*, 10 Civ. 699 (AT)
          *Jaenean Ligon, et al. v. City of New York, et al.*, 12 Civ. 2274 (AT)

Your Honor:

      I am an Assistant Corporation Counsel in the Office of James E. Johnson, Corporation Counsel of the City of New York, and one of the attorneys assigned to the above-referenced matter on behalf of defendant City of New York (the "City"). The City writes with regard to the recent submissions by the Federal Monitor and the Plaintiffs concerning the New York City Police Department's ("NYPD") Internal Affairs Bureau ("IAB") Guide No. 620-58.

      On January 3, 2019, this Court approved and ordered adoption of an updated version of IAB Guide No. 620-58 recommended by the Federal Monitor. On October 26, 2020, the Monitor filed a new recommendation requesting that the Court approve further versions of IAB Guide No. 620-58, reflecting changes NYPD had already independently adopted to satisfy concerns raised by the plaintiffs and Monitor during review of IAB investigations. On November 9, 2020, Plaintiffs filed a letter objecting to specific original language in the IAB Guide No. 620-58 which was already approved by this Court on January 3, 2019. On November 20, 2020, the Monitor responded to Plaintiffs' objections.

      After careful review of the Monitor's November 20th response, the City writes to join in the Monitor's application for approval of the revised IAB Guide as recommended by the Monitor. The Monitor's November 20th submission accurately reflects the contents of the IAB

Guide. Further, the City agrees with the Monitor that Plaintiffs' newly proposed language is unnecessary and would create needless confusion.

Thus, the City respectfully requests that the Court reject Plaintiffs' proposed additions and approve IAB Guide No. 620-58 in the form that the Monitor recommended on October 26, 2020.

The City thanks the Court for its time and consideration.

Respectfully submitted,

*Marissa Padovano* /s/

MARISSA PADOVANO
Assistant Corporation Counsel
Special Federal Litigation Division

cc: **VIA ECF**
*All Parties on Record*