```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
DAVID FLOYD, et al.,

        Plaintiffs,

-against-

CITY OF NEW YORK,

        Defendant.

KELTON DAVIS, et al.,

        Plaintiffs,

-against-

CITY OF NEW YORK,

        Defendant.

JAENEAN LIGON, et al.,

        Plaintiffs,

-against-

CITY OF NEW YORK,

        Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/3/2020

08 Civ. 1034 (AT)

10 Civ. 699 (AT)

12 Civ. 2274 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed the Monitor's recommendation for revisions to Internal Affairs Bureau Guide 620-58, Processing and Investigating Complaints of Profiling and Bias-Based Policing Patrol at ECF No. 793.[1] The Court has also reviewed Plaintiffs' letter objecting to the recommendation, and the responses of the Monitor's counsel and the City at ECF Nos. 796–97, 801. The Court approves the Monitor's definitions of "unsubstantiated" and "exonerated" for the reasons set forth in his attorney's letter. *See* ECF No. 797.

---

[1] The ECF citations in this order refer to documents as numbered in *Floyd v. City of New York*, No. 08 Civ. 1034 (S.D.N.Y.).

Accordingly, the Court APPROVES the Monitor's recommendation.

SO ORDERED.

Dated: December 3, 2020
       New York, New York

_____
ANALISA TORRES
United States District Judge