# Arnold & Porter

**Peter L. Zimroth**
+1 212.836.7316 Direct
Peter.Zimroth@arnoldporter.com

December 3, 2020

<u>VIA ECF</u>

Honorable Analisa Torres
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY  10007-1312

Re:  *Floyd, et al. v. City of New York*, 08-CV-1034 (AT),
*Ligon, et al. v. City of New York, et al.*, 12-CV-2274 (AT),
*Davis, et al. v. City of New York, et al.*, 10-CV-0699 (AT),
<u>Recommendation Regarding Refresher and Remedial Training Modules</u>

Dear Judge Torres,

I am pleased to submit my recommendation for training modules that will be used by the Department for refresher training and for remedial training.  The training modules cover the following topics:

- Level 1 to Level 4 Investigative Encounters
- NYCHA Interior Patrol
- Racial Profiling and Bias-Based Policing
- Supervisor Responsibilities
- The Right to Know Act
- Stop Report Documentation

The parties have informed me that they do not object to the approval of this recommendation.

Respectfully submitted,

*/s/ Peter L. Zimroth*
Peter L. Zimroth
Monitor

Enclosures