# Arnold & Porter

**Peter L. Zimroth**
+1 212.836.7316 Direct
Peter.Zimroth@arnoldporter.com

December 3, 2020

<u>**VIA ECF**</u>

Honorable Analisa Torres
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY  10007-1312

    Re:    *Floyd, et al. v. City of New York*, 08-CV-1034 (AT),
                *Ligon, et al. v. City of New York, et al.*, 12-CV-2274 (AT),
                *Davis, et al. v. City of New York, et al.*, 10-CV-0699 (AT),
                <u>Recommendation Regarding Refresher and Remedial Training Modules</u>

Dear Judge Torres,

        I am pleased to submit my recommendation for training modules that will be used by the Department for refresher training and for remedial training.  The training modules cover the following topics:

- Level 1 to Level 4 Investigative Encounters
- NYCHA Interior Patrol
- Racial Profiling and Bias-Based Policing
- Supervisor Responsibilities
- The Right to Know Act
- Stop Report Documentation

        The parties have informed me that they do not object to the approval of this recommendation.

        Respectfully submitted,

        <u>*/s/ Peter L. Zimroth*</u>
        Peter L. Zimroth
        Monitor

Enclosures