```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/15/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

DAVID FLOYD, et al.,

                          Plaintiffs,

    -against-

CITY OF NEW YORK,

                          Defendant.

------------------------------------------------------------X

**NOTICE OF MOTION OF DAVID ALLEN COOPER TO WITHDRAW AS ATTORNEY**

08 CV 1034 (AT)

**PLEASE TAKE NOTICE** that, upon the accompanying Declaration, David Allen Cooper will move this Court, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, on a day and time to be determined by the Court, pursuant to this Court's Local Civil Rule 1.4, for leave to withdraw as counsel for Defendant City of New York.

**PLEASE TAKE FURTHER NOTICE** that other attorneys at the New York City Law Department, on behalf of James E. Johnson, Corporation Counsel for the City of New York, will continue to be counsel of record for Defendant City of New York in this action.

Dated:    New York, New York
            November 30, 2020

                                     **JAMES E. JOHNSON**
                                     Corporation Counsel of the
                                     City of New York
                                     *Attorney for Defendant City of New York*
**GRANTED.**                         100 Church Street
                                     New York, New York 10007
**SO ORDERED.**                   (212) 356-2579

Dated: December 15, 2020
        New York, New York            By:   *David Allen Cooper* /s
                                            DAVID ALLEN COOPER
                                            Senior Counsel
                                            New York City Law Department

*[signature]*

**ANALISA TORRES**
United States District Judge