

666 Broadway, 7th Floor
New York, New York 10012
212-614-6464
ccrjustice.org

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  12/16/2020
```

December 15, 2020

**_Via ECF and Electronic Mail_**
Hon. Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007
Torres_NYSDChambers@nysd.uscourts.gov

                                      Re: *Floyd v. City of New York*, 08 Civ. 1034(AT)

Dear Judge Torres:

       On behalf of Plaintiffs in the above-entitled action, we write pursuant to §I.C. of Your Honor's Individual Practices in Civil Cases to request an extension of time to respond to the Independent Monitor's motion to vacate the Court's order approving the combined pilot, which was filed on December 14, 2020. ECF No. 805. This is Plaintiffs' first request for an extension.

       Under the schedule for responding to motions set by SDNY Local Civil Rule 6.1(b), Plaintiffs' response to the Monitor's motion is currently due fourteen days (14) after service of the Monitor's motion, which is December 28, 2020. However, because of holiday plans made well before the filing of this motion, several Plaintiffs' counsel will be unavailable from December 23, 2020 through January 3, 2021.

       Accordingly, Plaintiffs respectfully request that our deadline to file our response to the Monitor's motion be extended to Friday, January 8, 2021. We have spoken to Defendants, who consent to our extension request, and the Monitor has informed us that he takes no position on our request.

       Thank you for your time and consideration.

DENIED. By **December 23, 2020**, Plaintiffs shall file their response to ECF No. 805.

SO ORDERED.

Dated: December 16, 2020
       New York, New York

ANALISA TORRES
United States District Judge