**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DAVID FLOYD, *et al.*,<br><br>                                   Plaintiffs,<br><br>-v-<br><br>CITY OF NEW YORK,<br><br>                                   Defendant. | Case 08 Civ. 1034 (AT) |

**DECLARATION OF HARLAN YU IN SUPPORT OF**
**PLAINTIFFS' OPPOSITION TO MONITOR'S MOTION TO VACATE THE COURT'S**
**ORDER RE THE COMBINED PILOT**

I, Harlan Yu, declare, pursuant to 28 U.S.C. § 1746 and subject to the penalties of perjury, that the following is true and correct:

1. I am the Executive Director of Upturn, a nonprofit organization that seeks to advance equity and justice in the design, governance, and use of technology. I hold a Ph.D. in computer science from Princeton University. I have previously worked at Google in both engineering and public policy roles, as a technologist at the Electronic Frontier Foundation, and at the U.S. Department of Labor. A copy of my curriculum vitae is attached hereto as Exhibit A.

2. Since 2015, I have directed prominent research and advocacy efforts related to police body-worn cameras (BWCs). I led the drafting of the *Civil Rights Principles on Body-Worn Cameras*, which were endorsed by 33 major civil rights and civil liberties organizations in 2015. I am also the primary author of the *Police Body Worn Cameras*

*Policy Scorecard*, an oft-cited resource that closely examines BWC policies from 75 major police departments across the country. I have been quoted dozens of times in national and local press stories on BWC technology and policy issues, including in the *New York Times,* and I have testified at multiple city council hearings related to BWCs, including in New York City Council in 2017.

3. Through my research and advocacy, I have gained substantial technical knowledge about Axon's body-worn cameras and systems, including through review of Axon's publicly available technical literature and conversations with Axon employees. Axon invited me to join the company's AI Ethics Board in 2017 — an invitation that I declined. I have published writings and provided trainings for public defenders regarding Axon's technologies. I also led a coalition of 42 civil rights, racial justice, and community organizations to call on Axon to halt its development of real-time face recognition on its BWC systems, which the company agreed to do in 2019.

4. More broadly, in addition to BWCs, I have extensive expertise regarding police technologies used across the country. For instance, Upturn published a research report on predictive policing in 2016, and earlier this year, Upturn published another major report on local police use of forensic technologies to search people's cellphones.

5. I have provided expert consultation to the Plaintiffs' legal counsel since September 2018 regarding the court-ordered Level 1/2 pilot program, including technological information and expert opinions on both Axon and Vievu body-worn cameras; body-worn camera policies; software application abilities and limitations; and geolocation technologies.

6. My expert consultation included participation in calls and meetings with the Monitor team and counsel for the City and NYPD. I participated in calls with the Floyd counsel,

the Monitor team, and counsel from the City and NYPD on May 13, 2019; December 5, 2019; March 19, 2020; and June 10, 2020 giving my expert opinions on technological aspects of the proposed Combined Pilot program, the City's alternative plan for recording first- and second-level investigative encounters, the Monitor's new proposed studies, and the possible development of an iPhone application to record demographic and location information related to individual police encounters.

7. I have provided all of my services *pro bono*.

8. I have reviewed the Monitor's Motion to Vacate the Combined Pilot Order, the City's "Alternative Plan," and the Monitor's new proposed studies, which were filed with the Court on December 14, 2020 (Dkt. Nos. 805, 805-1, and 805-2). Previously, I have reviewed the Court's July 19, 2018 Order, the *Floyd* Remedial Order, and the Monitor's Combined Pilot Proposal.

Electronic Documentation via an NYPD iPhone App for the "Combined Pilot" Program

9. In September 2018, Plaintiffs' counsel approached me regarding the feasibility of developing a smartphone-based application to record the basic demographic and location information required by the July 19, 2018 Order, to help officers more easily enter and submit required information for each first- and second-level investigative street encounter to a central database.

10. To the best of my experience and knowledge, I believe such an application is feasible and would be fairly easy to develop and install on the iPhones currently used by the NYPD. Plaintiffs' counsel informed me that my input on this subject would assist them in their comments on the Monitor's proposed plan, which was due September 21, 2018. I

conveyed this belief to Plaintiffs on September 20, 2018, after which, upon information and belief, it was conveyed as part of Plaintiffs' comments to the Monitor team, the City, and the NYPD.

11. During 2019, I engaged in discussions with the Monitor team, Plaintiffs' counsel, the City, and the NYPD about how the NYPD could design an app to help officers easily capture the demographic and location data as required by the Court's July 19, 2018 Order.

12. Many of these discussions centered on whether automatically acquiring and recording geolocation data from officers' iPhones is desirable and sufficiently accurate.

13. Automatically acquiring and recording geolocation data from officers' iPhones is desirable for at least two reasons. First, it saves officers' time because officers would not need to manually type the location of each encounter. Second, it simplifies subsequent data analyses because geolocation coordinates would be recorded in a standard format, and it would avoid the inconsistencies and errors endemic to manual data entry.

14. Geolocation data provided by iPhones is often highly accurate. An iPhone can automatically determine its location using a variety of methods, including GPS. Even when GPS is unavailable, an iPhone can examine the strength of other known signals, such Wi-Fi hotspots and cell towers, to determine its location. Put together, these methods can even determine a phone's location during underground transit or which floor of a building a phone is on. In a place like New York City — with such a high density of Wi-Fi hotspots and cell towers — geolocation data can be highly accurate. A recent study by a location data company found that, in New York City, the average variance between a mobile phone's reported location and its actual location was less than 30 meters.

15. With a few taps, a simple iPhone app could help officers automatically record the time and location of encounters while on scene. Properly designed, this would take officers only a few seconds to do. Court-ordered demographic information could also be entered by officers at the same time, taking a few more seconds.

16. Even if in some cases an officer believes that the automatically provided time and geolocation information are inaccurate, the app could be designed to allow an officer to overwrite that information or additionally record the officer's recollection.

Geolocation and Axon Body-Worn Cameras Under the Alternative Plan

17. If the Alternative Plan is approved, I would urge the NYPD to adopt and implement Axon's technologies to automatically capture geolocation information alongside recorded body-worn camera videos, for the same reasons as above.

18. I have been informed by Plaintiffs' counsel that the NYPD plans to fully transition to using Axon Body 2 (AB2) and Axon Body 3 (AB3) cameras exclusively in the first half of 2021. I have attached hereto as Exhibit B Axon literature describing the geolocation functionality of the AB2 and AB3 cameras, as well as the procedures for creating "custom metadata" fields in Axon Evidence, which NYPD officers could use to record information about Level 1 and 2 encounters under the City's Alternative Plan.

19. The AB2 camera can pair with an iPhone app called Axon View. When the AB2 starts recording, Axon View can request the geolocation data from the officer's iPhone and can send that data to the camera. The camera can then save the geolocation data with the video file, which can later be uploaded together to Axon Evidence, the central evidence platform.

20. The newer AB3 camera has built-in geolocation capabilities, including GPS and Wi-Fi positioning. Unlike the AB2, the AB3 does not require pairing with Axon View. When the setting for AB3 location services is enabled on an agency-wide basis, all AB3 cameras will automatically record geolocation data for each video and upload them to Axon Evidence.

21. It is my expert opinion that the geolocation capabilities of the AB2 and AB3 cameras can provide sufficiently accurate geolocation data for investigative street encounters recorded by NYPD officers. By configuring the Axon cameras to use their existing capabilities to automatically collect location information, the Monitor and parties will gain crucial data that's necessary to better evaluate patterns in NYPD investigative encounter activity.

22. Under the Alternative Plan, if approved, officers will record further documentation about each encounter in Axon Evidence, alongside the video of each encounter. In this scenario, I would urge the NYPD to configure agency-wide "custom metadata" fields to associate with each video in Axon Evidence. To the maximum extent possible, the NYPD should use "validated" or "drop-down" fields to standardize the recorded documentation, particularly for demographic information.

23. In addition, it is my understanding that the original Combined Pilot would offer a field for NYPD officers to enter a narrative for certain encounters, like Level 2 encounters. A field for these narrative explanations could also be created using a freeform "custom metadata" text field associated with each video in Axon Evidence. Such a field would be simple to create, and I would urge the NYPD to do so.

24. Additionally, my review of Axon's public documentation does not make clear whether officers can enter data into "custom metadata" fields using their iPhones. The Axon View

app for the iPhone allows officers (using either AB2 or AB3 cameras) to annotate their videos with certain types of standard metadata, for example, assigning each video to a retention category. However, it is not clear from Axon's documentation whether Axon View supports the use of "custom metadata." This means that officers may need to enter "custom metadata," such as demographic information and narrative explanations, via a terminal at their precinct or command, potentially long after their tour of duty has concluded. If this is the case, then I would urge the NYPD to pilot a separate iPhone app for electronic data entry, which would allow officers to record required information quickly at the conclusion of each encounter, much like how an officer can enter data now for Level 3 stops.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated:  December 23, 2020

Harlan Yu

# EXHIBIT A

# HARLAN YU

1015 15th St NW Suite 600                                    harlan@upturn.org
Washington, DC 20005                                           408-544-0178

**EDUCATION**     **Princeton University**
                   Ph.D. Computer Science (2012)

                   **University of California at Berkeley**
                    B.S. Electrical Engineering and Computer Sciences (2004)

**EXPERIENCE**    **Upturn**                                  Washington, DC (Aug. 2011-present)

Executive Director and co-founder. Upturn advances equity and justice in the design, governance, and use of technology. Our research and advocacy combine technical fluency and creative policy thinking to confront patterns of inequity, especially those rooted in race and poverty. Recently, my focus has been on the impact of emerging technologies in policing and criminal justice, such as body-worn cameras and face recognition, and in particular their disproportionate effects on communities of color. Upturn is a 501(c)(3) nonprofit organization. For more, see https://www.upturn.org.

**U.S. Department of Labor**                        Washington, DC (Mar.-Aug. 2010)

I helped to develop and implement the Department's "Open Government Plan" during the early stages of the White House Open Government Directive. I provided technical and policy guidance for the Department on its open data projects, and represented the Department in interagency open government meetings.

**Google Inc.**                          Mountain View, CA (May-Aug. 2006, June-Aug. 2008)

In 2008, I served as a Policy Law Clerk on the global public policy team, where I analyzed policy issues relating to privacy, advertising, and broadband access. In 2006, I worked on the engineering team that handles application security, where I collaborated with senior Google engineers on internal systems security projects.

**Top-To-Bottom Review of California Voting Systems**   Princeton, NJ (May-July 2007)

Under the direction of the California Secretary of State, I served on the technical team that reviewed the source code of the Diebold touch-screen voting machine used in California. Our technical study found numerous weaknesses in the security of the Diebold system, which led the Secretary of State to decertify its use in California elections.

**Electronic Frontier Foundation**                  San Francisco, CA (May–Aug. 2004)

Working with both staff technologists and lawyers, I co-authored a white paper on best practices in data retention for online service providers.

| | |
|---|---|
| **ACADEMIC PUBLICATIONS** | Joshua A. Kroll, Joanna Huey, Solon Barocas, Edward W. Felten, Joel R. Reidenberg, David G. Robinson & Harlan Yu, *Accountable Algorithms*, 165 U. PA. L. REV. 633 (2017). |

Harlan Yu & David G. Robinson, *The New Ambiguity of "Open Government"*, 59 UCLA L. REV. DISC. 178 (2012).

Harlan Yu & Stephen Schultze, *Using Software to Liberate U.S. Case Data*, 18 ACM XRDS 12 (2011).

David G. Robinson, Harlan Yu & Edward W. Felten, *Enabling Innovation for Civic Engagement*, *in* OPEN GOVERNMENT: COLLABORATION, TRANSPARENCY, AND PARTICIPATION IN PRACTICE 83 (O'Reilly Media, 2010).

David G. Robinson, Harlan Yu, William P. Zeller & Edward W. Felten, *Government Data and the Invisible Hand*, 11 YALE J. L. & TECH. 160 (2009).

Joseph A. Calandrino, Ariel J. Feldman, J. Alex Halderman, David Wagner, Harlan Yu & William P. Zeller, *Source Code Review of the Diebold Voting System*, Commissioned Report for the State of California (2007).

Harlan Yu, Jennifer Rexford & Edward W. Felten, *A Distributed Reputation Approach to Cooperative Internet Routing Protection*, PROC. IEEE WORKSHOP ON SECURE NETWORK PROTOCOLS 73 (2005).

Sean Rhea, Brighten Godfrey, Brad Karp, John Kubiatowicz, Sylvia Ratnasamy, Scott Shenker, Ion Stoica & Harlan Yu, *OpenDHT: A Public DHT Service and Its Uses*, PROC. ACM SIGCOMM 73 (2005).

| | |
|---|---|
| **TEACHING** | COS 432: Information Security, Prof. Edward W. Felten, Princeton (2006) |

COS 333: Advanced Programming Techniques, Prof. Brian Kernighan, Princeton (2006)

COS 226: Algorithms and Data Structures, Prof. Kevin Wayne, Princeton (2005)

COS 116: The Computational Universe, Prof. Sanjeev Arora, Princeton (2008)

# EXHIBIT B

Home (/s/)          Product Guides (/s/resources)          Support (/s/contactsupport)          Q          LOGIN          More 

## Customer Support Information (https://my.axon.com/s/null) / Spec Sheets

X2 Spec Sheet (https://my.axon.com/s/article/X2-Spec-Sheet)

X26P Spec Sheet (https://my.axon.com/s/article/X26P-Spec-Sheet)

X26E Spec Sheet (https://my.axon.com/s/article/X26E-Spec-Sheet)

XPPM/XAPPM Spec Sheet (https://my.axon.com/s/article/XPPM-XAPPM-Spec-Sheet)

TASER CAM HD Spec Sheet (https://my.axon.com/s/article/TASER-CAM-HD-Spec-Sheet)

Standard Simulation Cartridge Spec Sheet (https://my.axon.com/s/article/Standard-Simulation-Cartridge-Spec-Sheet)

Standard Cartridge Spec Sheet (https://my.axon.com/s/article/Standard-Cartridge-Spec-Sheet)

SPPM Spec Sheet (https://my.axon.com/s/article/SPPM-Spec-Sheet)

Smart Cartridge Spec Sheet (https://my.axon.com/s/article/Smart-Cartridge-Spec-Sheet)

DPM/XDPM Spec Sheet (https://my.axon.com/s/article/DPM-XDPM-Spec-Sheet)

Axon Flex 1 Signal Controller Spec Sheet (https://my.axon.com/s/article/Axon-Flex-1-Signal-Controller-Spec-Sheet)

Axon Flex 1 Controller Spec Sheet (https://my.axon.com/s/article/Axon-Flex-1-Controller-Spec-Sheet)

Axon Flex 1 Camera Spec Sheet (https://my.axon.com/s/article/Axon-Flex-1-Camera-Spec-Sheet)

Axon Signal Unit Spec Sheet (https://my.axon.com/s/article/Axon-Signal-Unit-Spec-Sheet)

Axon Dock Core Spec Sheet (https://my.axon.com/s/article/Axon-Dock-Core-Spec-Sheet)

Axon Body 1 Spec Sheet (https://my.axon.com/s/article/Axon-Body-1-Spec-Sheet)

Axon Body 2 Spec Sheet (https://my.axon.com/s/article/Axon-Body-2-Spec-Sheet)

APPM Spec Sheet (https://my.axon.com/s/article/APPM-Spec-Sheet)

# Axon Body 2 Spec Sheet

| Model | | Model No. | Color |
|---|---|---|---|
| Axon Body 2 camera | | AX1001 | Black |

## Specifications

1. Operating temperature range:
-4 °F to 122 °F (-20 °C to 50 °C).

2. Storage temperature range:[1]
-4 °F to 95 °F (-20 °C to 35 °C).

3. Charging temperature range:
41 °F to 95 °F (5 °C to 35 °C).

4. Humidity: 95 percent non-condensing.

5. Drop test: 6-foot (1.8-meter).

6. IEC 60529 IP67 (6 dust, 7 water).

7. Salt fog MIL-STD-810G.

8. Up to 30 frames per second.

9. Settings: [2]

| Resolution | File size for 1 h | Storage capacity |
|---|---|---|
| Low SD 480p (640 x 480 VGA resolution) | 0.8 GB | >70 h |
| High SD 480p (640 x 480) | 1.8 GB | ~35 h |
| Low HD 720p (1280 x 720) (recommended) | 2.7 GB | ~23 h |
| High HD 1080p (1920 x 1080) | 5.4 GB | ~12 h |

10. Specific absorption rate (SAR): 0.94 W/kg.

11. Rechargeable, replaceable lithium-ion polymer battery.
3000 mAh capacity.[3] [4]

12. Bluetooth 4.0.

13. USB 2.0.

14. Wi-Fi 802.11n at 5 GHz and 2.4 GHz.

15. More than 12 hours of battery life under normal operation.[5]

16. Video format: MPEG-4 (.MP4)

17. Video compression: H.264

18. Storage: 64 gigabyte solid-state non-removable embedded Multimedia Card (eMMC)

19. Encryption: 256-bit AES$^2$

## Features

1. EVENT button to start and stop recor

2. Pre-event buffer of 0–120 seconds, c
agency in 30-second increments.

3. On/Off slide switch to power the devi

4. Battery button and battery LED to inc
battery capacity.

5. Operation LED on the top of the hous
camera status.

6. Dual-channel microphone: Stereo mic
channel) always recording two tracks).

7. Haptic notification: Vibration feedbac
beep tones.

8. Near field communication (NFC) chip

9. Several mounts are available.

10. Full color audiovisual camera.

11. 143° diagonal field of view camera len
horizontal field of view, and 78° vertical fi

12. Three-axis image stabilization.

13. Retina Low-Light capability less than

14. Playback and download via TASER so
applications.

15. GPS tagging capability available throu
iOS Axon View applications via Bluetooth
Streaming capability is available through
iOS Axon View applications via Wi-Fi tech

16. Watermark: Date and time automatic
into the video.

17. Compatible with the Axon Signal Unit

Case 1:08-cv-01034-AT   Document 809-2   Filed 12/23/20   Page 14 of 49

20.  Light sensor: CMOS

---

[1]  Less than 1 month at the high temperature. Long-term storage should be in a climate-controlled environment.

[2]  Resolution and encryption settings are agency-configurable.

[3]  Rechargeable lithium-ion polymer batteries have a limited life of approximately 1 year. With age, batteries will gradually lose their capacity to hold a charge. This loss of capacity (aging) is irreversible. As the battery loses capacity, the length of time it will power your device (run time) decreases. Additionally, lithium-ion polymer batteries continue to slowly discharge (self-discharge) when not in use or while in storage. It is advised that you routinely check the battery's charge status. The device should be recharged regularly to maintain the internal chemistry of the battery. TASER product user manuals summarize how to check battery status as well as battery charging instructions. The latest product manuals are available at www.taser.com (http://www.taser.com).

[4]  The Axon Body 2 camera battery pack can be replaced. Please contact www.taser.com (http://www.taser.com) to purchase a replacement battery.

[5]  Temperature, other ambient conditions, and usage can affect battery life.

[6]  Product specification may change without notice; actual product may vary from picture.

[7]  Dimensions and weights are for reference only.

## Don't see what you're looking for?

Contact Support

WWW.AXON.COM (https://www.axon.com) | PRIVACY POLICY (https://www.axon.com/privacy-policy) | TRUST & SECURITY (https://www.axon.com/trust) | LEGAL (https://www.axon.com/legal) | TERMS OF USE (https://www.axon.com/terms-of-use)



## Getting Started ⌄

🔍 Search

Axon Body 3 Camera and Dock  /  Getting Started

# Axon Body 3 Location Services

The Axon Body 3 camera uses two technologies for determining camera location: Global Navigation Satellite System (GNSS) and Wi-Fi Positioning System. This article provides an overview of the Axon Body 3 camera location services, how this information is used in Axon Evidence and Axon Respond for Devices, and includes some Frequently Asked Questions.

## Global Navigation Satellite System (GNSS)

Global Navigation Satellite System (GNSS) refers to a constellation of satellites that continuously transmit signals. Devices on the ground use these signals to determine their own location based on signal strength and time from the satellites. The United States' Global Positioning System (GPS) is the most popular and as a result GNSS is often just referred to as GPS.



When an Axon Body 3 camera is recording, its GNSS receiver will process signals from orbiting satellites to determine approximate location in a similar manner to your smart phone or in-car navigation. The determined location information is known as a "fix," and the time starting when a device begins receiving satellite signals after powering on until it determines its own location is known as the "time to first fix."

GNSS works well when there is clear line-of-sight to the sky. However, because satellite signals can be blocked and scattered by buildings and trees, GNSS does not work indoors and may have errors when a device is near tall buildings.

## Wi-Fi Positioning System

The Axon Body 3 camera also has the ability to use Wi-Fi positioning to determine its location, by using signal strength from nearby Wi-Fi access points. This technology is also similar to location services in a smart phone.

Wi-Fi positioning has several benefits, including:

- Indoor location — Wi-Fi positioning enables the camera to get a position fix in most indoor locations as it does not require satellite signals.

- Reduced time-to-first fix — under most circumstances Wi-Fi positioning should provide a position fix in less than 3 seconds. However, this may be longer in very rural locations or if the Axon Body 3 is traveling at a high speed. Wi-Fi positioning assists the device's GNSS by giving the device an initial starting location for faster satellite acquisition.

Axon, in collaboration with Skyhook, provides Wi-Fi positioning as an optional setting for your Axon Body 3 cameras and is enabled or disabled on the Axon Body 3 Settings page in Axon Evidence.

**Data processing and service providers** - When Wi-Fi positioning is enabled on the Axon Body 3, certain data related to the use of the Axon Body 3 will be sent to our

Wi-Fi positioning service provider to allow them to provide, maintain, and improve the services. Without this provider, the Axon Body 3 is unable to use Wi-Fi Positioning. Please see Axon's Cloud Services Privacy Policy for information related to all of our service providers, also referred to as sub-processors.

## Location Information Usage

The location information from Axon Body 3 cameras can be displayed in Axon Respond for Devices and Axon Evidence.

- Axon Respond for Devices - An Axon Body 3 camera can be enabled to send location updates to Axon Respond for Devices when recording or when recording and buffering. When recording, location updates are sent every few seconds and stop once the camera stops recording. When buffering, location updates are sent every 15 minutes. The Respond map shows location markers based on when an Axon Body 3 camera last sent a location update.

- Axon Evidence - Location information from Axon Body 3 cameras is embedded in the video evidence. The embedded location information is shown in the location map on right side of the Evidence Detail page. Camera location is shown on the Device Profile page. The location on the Device Profile page is updated on the same schedule as Axon Respond for Devices.

## Enabling and Disabling Axon Body 3 Location Services

The Axon Body 3 location services are controlled on an agency-wide basis on the Axon Body 3 Camera Settings page in Axon Evidence.

# Frequently Asked Questions

## Does Axon Body 3 continuously record camera location?

- No, an Axon Body 3 will only attach location to video when a camera is recording. This is why there is not any location data in the pre-event buffer.

## Does Axon Body 3 use cell tower or network-based positioning?

- No. The Axon Body 3 camera uses satellite and Wi-Fi based positioning only.

## Are GNSS and Wi-Fi Positioning new technologies?

- No, GNSS and Wi-Fi Positioning are used by virtually every smart phone as they dramatically improve location services. Normally the are just both bundled under the generic term, "GPS".

## What is Skyhook?

- Skyhook is a location technology company, founded in 2003, that pioneered the use of Wi-Fi to determine device positioning for mobile

## Does the Axon Body 3 camera connect to Skyhook?

- All data that is exchanged is proxied through Evidence.com; the camera does not connect directly to any outside service

## How is my data used and protected?

- Location information is used to operate, maintain and deliver the Skyhook Services and to develop new products, services or datasets, per Skyhook's Services Privacy Policy

---

Was this article helpful?

  

5 out of 5 found this helpful

---

Return to top ⬆

Recently viewed articles

Custom Metadata

Related articles

Axon Body 3 Camera and Dock Downloads

Camera Location Information

Axon Respond for Devices Features

Axon Body 3 Camera Settings

Axon Body 3 Dock Registration

---

Can't find what you're looking for?

Submit a request or call us at 800-978-2737



Custom Metadata – Axon Help Center

Evidence.com  /  Agency Configuration

# Custom Metadata

The Custom Metadata feature allows your agency to configure additional custom metadata fields that can be associated with evidence. This feature allows you to customize the metadata associated with evidence in order to capture all the information required by your agency.

The feature supports three types of custom metadata fields:

- Freeform — This is a free-form text entry field.

- Validated — This is a free-form entry text field, but the entry must conform to the Regular Expression (Regex) definition for the field. This field type can include a description to help users properly enter information.

- Drop-down - The user is presented with a list and selects information.

This article provides information on how to view Custom Metadata at your agency, create a Custom Metadata field, and edit a Custom Metadata field.

## Viewing Information about Custom Metadata

To view information about managed metadata fields configured for your Evidence.com agency, on the menu bar, click Admin and then under Agency Settings, click Custom Metadata.

The Custom Metadata page lists all managed metadata fields configured for your agency, regardless of whether the fields are enabled or disabled.



- **Display Name** — The text is shown to users when they are selected a custom metadata field on the Evidence Detail page. Valid values are case-sensitive alphanumeric characters and spaces, without punctuation.

- **API ID** — The name that the Evidence.com partner API uses to refer to the managed metadata field. This field name must be unique. Valid values are case-sensitive alphanumeric characters and the underscore character. Other punctuation and spaces are supported. When creating a metadata field, the Unique Field ID is used as the API ID.

- **Last Modified** — The date of the most recent change to the metadata field.

- **Status** — Whether the field is enabled or disabled. An enabled metadata field can be added on the Evidence Detail page and may be available as a filter on evidence search pages in Evidence.com.

  If a field is disabled, it only appears on the Evidence Detail page if it was given a value before it was disabled; otherwise, a disabled field does not appear on the

Evidence Detail page. A disabled field is never available as a filter on evidence search pages.

- **Usages** — The number of evidence files for which the metadata field has a value, that is, is not empty. For example, if users configured values for a particular metadata field on 50 evidence files, the Usages column would display "50".

# Create a Custom Metadata Field

In order to enable users to apply custom metadata to evidence in your Evidence.com agency, you create custom metadata fields.

1   On the menu bar, click **Admin** and then under Agency Settings, click **Custom Metadata**.

The Custom Metadata page lists all custom metadata fields configured for your agency, regardless of whether the fields are enabled or disabled.

2   Click **Create Metadata Field**.

A dialog box for creating a metadata field appears.



3   Select the type of field you want to create- Freeform, Validated, or Drop-down List.

4   In the Display Name field, type the name that you want to assign to the metadata field.
    The Unique Field ID is automatically filled in as you enter the name.

5   By default, the Enabled option is selected. If you do not want users to have access to the field you are creating, click the toggle to disable the field.

6   Optionally, you can modify Unique Field ID value. The Unique Field ID value is used in the Evidence.com partner API uses to refer to the custom metadata field.

7   If you are creating a Validated field:

    - In the Regex field, enter the regular expression that you want to use for field validation.
      See Regular Expressions for Field Validation for information and examples of regular expression notations.

    - In the Description field, enter the text that you want to appear as hint text in field.

8   If you are creating a Drop-down List field, under Drop-Down Items:

    - Enter the text for the first option.

    - Enter the text for the second option.

    - If needed, click **Add another list item** and enter the text for the option. Repeat as needed until all the options are added.

9    Click Save.

Evidence.com adds the new metadata field to the bottom of the list of custom metadata fields.

# Edit a Custom Metadata Field

You can take the following actions on an existing metadata field:

- **Disable** — You can disable a field that is currently enabled. When a field is disabled, it only appears on the Evidence Detail page if it was given a value before it was disabled; otherwise, a disabled field does not appear on the Evidence Detail page. A disabled field is never available as a filter on evidence search pages.
  In order to ensure that managed metadata is never lost, you cannot delete a metadata field.

- **Enable** — You can enable a field that is currently disabled. When a field is enabled, it appears on the Evidence Detail page and may be available as a filter on evidence search pages in Evidence.com.

- **Rename** — You can change the display name associated with a custom metadata field.

- **Edit Validation** — For Validated fields, you can change the Regex validation and description text.

- **Edit Options** — For Drop-down lists, you can add or hide selection options. You cannot delete a selection option; you can only hide it.

1    On the menu bar, click **Admin** and then under Agency Settings, click **Custom Metadata**.

The Custom Metadata page lists all managed metadata fields configured for your agency, regardless of whether the fields are enabled or disabled.

2　In the list, find the metadata field you want to edit.

3　Click the edit icon (✎) at the end of the row.

A dialog box for editing the metadata field appears.

4　Edit the field as needed. You can:

- Click the Enabled toggle to enable or disable the field.

- Enter a new display name in the Display Name field

- For Validated fields, enter a new Regex validation and/or description text.

- For Drop-down lists, you can hide selection options using the toggle. You cannot delete a selection option; you can only hide it.

- For Drop-down lists, you can add a selection options by clicking **Add another list item** and entering the text for the option. Repeat as needed until all the options are added.

5　Click **Save**.

In the list of metadata fields, the field you updated shows the changes that you made.

---

## Was this article helpful?

✓ Yes　　✕ No

0 out of 0 found this helpful

Return to top ⬆

Recently viewed articles

Axon Body 3 Location Services

Related articles

Sharing and Unsharing Evidence

Axon Body 3 Location Services

Axon Body 3 Camera and Dock Downloads

Axon Capture Settings

Auto-Transcribe Permissions

Can't find what you're looking for?

Submit a request or call us at 800-978-2737



# Axon View for iOS User Manual

MMU0063 Revision F

App Store is a trademark of Apple, Inc. Bluetooth is a trademark of the Bluetooth SIG. IOS is a trademark of Cisco, Inc. Wi-Fi is a trademark of the Wi-Fi Alliance.

Axon, Axon Body, Axon Body 2, Axon Dock, Axon Evidence (Evidence.com), Axon Fleet, Axon Fleet 2, Axon Flex, Axon Flex 2, Axon View, and Evidence Sync are trademarks of Axon Enterprise, Inc., some of which are registered in the US and other countries. For more information, visit www.axon.com/legal.

All rights reserved. ©2019 Axon Enterprise, Inc.

## Table of Contents

Introduction .................................................................................................................................5

Installing Axon View on an iOS Device ........................................................................................6

Connect Axon View with an Axon Device ....................................................................................7

    Pairing with an Axon Body 2 or Axon Flex 2 Camera ............................................................7

    Pairing with an Axon Body Camera or an Axon Flex Camera ................................................9

    Reconnecting with an Axon Body 2 or Axon Flex 2 Camera ...............................................10

    Unpairing or Forgetting an Axon Camera ...........................................................................11

        Unpairing from an Axon Body 2 or Axon Flex 2: ............................................................11

        Unpairing from an Axon Body or Axon Flex: ..................................................................11

Using Axon View ........................................................................................................................12

    Loading Categories .............................................................................................................12

    Checking Axon Camera Status .............................................................................................13

    Viewing Live Video from an Axon Camera ..........................................................................13

    Viewing Recorded Video from an Axon Camera .................................................................14

    Tagging Recorded Evidence Files .......................................................................................15

Settings .....................................................................................................................................17

    Adjusting Settings ...............................................................................................................17

    Account Settings .................................................................................................................17

    Configuring Location Tracking ............................................................................................17

        Allowing or Disallowing Location Tracking ....................................................................18

    Camera Settings .................................................................................................................19

        Camera Model ...............................................................................................................19

        Forget Camera ...............................................................................................................19

        Camera Volume .............................................................................................................19

        Vibration .......................................................................................................................20

        Indicator Lights ..............................................................................................................20

        Stealth Mode .................................................................................................................20

        Adjusting Camera Orientation .......................................................................................20

        Reconfigure Wi-Fi .........................................................................................................21

Configuring Notifications ...................................................................................................................22

## Introduction

Axon View is an application (or app) that allows you to play video files that are currently stored on an Axon camera and to apply metadata tags (such as case ID) to video files.

Axon View protects the integrity of video files:

- Axon View never saves video files on the mobile device.

- Axon View cannot delete or alter original video files that are stored on an Axon camera.

In order to play video from an Axon camera, Axon View relies on the mobile device to pair with the Axon camera by using Bluetooth technology. With Axon Body 2 and Axon Flex 2 cameras, the Axon View also relies on the mobile device to establish a Wi-Fi connection with the cameras.

This guide is specific to the version of Axon View for the iOS operating system. This guide provides instructions for the following tasks:

- Installing the app on an iOS mobile device

- Connecting the mobile device with an Axon camera

- Using the Axon View app

**Notes:**

- Axon View is intended for use with Axon Flex, Axon Body, Axon Body 2, and Axon Flex 2 cameras. It is not intended for use with Axon Fleet cameras.

- This guide refers to any Axon camera system that is supported by Axon View as an "Axon camera." For Axon Body and Axon Body 2, the actual camera is integrated with a controller in a single unit. For Axon Flex and Axon Flex 2, the camera and controller are separate physical devices; therefore, if you are using Axon Flex, "Axon camera" refers to the complete Axon Flex system.

For instructions on operating an Axon camera system, see the *Axon Body Camera User Manual*, *Axon Body 2 Camera User Manual*, the *Axon Flex System User Manual*, and the *Axon Flex 2 User Manual*.

## Installing Axon View on an iOS Device

1. On the iOS mobile device, open the App Store app.

2. Tap the search box, type **Axon View**, and tap **Search**.

3. In the list of search results, tap **Axon View**.

4. Tap **Get** and then tap **Install**.

5. Tap **Accept**.

   Axon View downloads and installs.

6. Tap **Open**.

   Axon View opens.

   A Notifications dialog box appears.

7. Tap **OK**.

**Note:** You can change notification settings later, as needed. For more information, see Notifications.

## Connect Axon View with an Axon Device

Before you can access live or recorded video from an Axon camera, you must connect (pair) Axon View with the camera.

The connection process differs slightly among different Axon camera models.

Axon Body and Axon Flex use only Bluetooth connections. The Bluetooth pairing process must start with the Axon Body or Axon Flex turned off.

Axon Body 2 and Axon Flex 2 use Bluetooth and Wi-Fi connections. Wi-Fi is required for viewing live video or recorded video from the Axon Body 2 and Axon Flex 2.

### Pairing with an Axon Body 2 or Axon Flex 2 Camera

1.  Ensure that the Axon Body 2 camera or Axon Flex 2 controller is turned on.

2.  On the mobile device, verify that Bluetooth is enabled. If not, enable Bluetooth on your device.

3.  Open the Axon View app.

4.  Under Select Your Camera, tap **Flex 2** or **Body 2**.

5.  Tap **Initiate Pairing**.

    The Choose Camera screen shows a list of serial numbers of Axon Body 2 and Axon Flex 2 cameras that are available for pairing. The list may be empty at this time.

6.  On the Axon Body 2 camera or Axon Flex 2 controller, hold down the Function and Event buttons, until the Function LED blinks green and the camera beeps four times.



Axon Body 2 camera                          Axon Flex 2 controller

On the mobile device, the serial numbers for nearby cameras appear in the list of cameras available for pairing.

7.  Tap the serial number for camera that you want to pair with.

The "Connecting to your Axon Camera" message appears while Axon View is pairing with the camera.

- If your agency allows automatic Wi-Fi Configuration, when the message saying you must be connected to the Axon camera's Wi-Fi appears, tap **Activate Wi-Fi** and then tap **Join**. You are ready to use Axon View. You can skip the remaining steps.

- If your agency <u>does not</u> allow automatic Wi-Fi Configuration or you are not on iOS11 or later, continue with the following steps to configure Wi-Fi for your camera.

8.  The "Your camera is ready to configure Wi-Fi" message appears. Tap **Continue**.

9.  A configuration message from Axon Evidence.com web page opens.

Tap **Configure Wi-Fi**.

10. The Install Profile screen appears.

Tap **Install** and then tap **Install** again.

11. The Profile Installed screen appears.

Tap **Done.** The Axon Evidence.com page opens again with a success message.

12. On the dialog box, tap **Open.**

In Axon View, the View page shows a message about the Wi-Fi network of the paired camera. In order to view live video from the camera, you must connect to the Wi-Fi network of the camera.

13. Press the **Home** button.

14. Open the **Settings** app and tap **Wi-Fi**.

15. Under **Choose a Network**, tap the camera that you want to connect to.

16. Press the **Home** button again.

17. Open **Axon View**.

18. If the Location dialog box appears, tap **Allow**.

**Note:** You can change location-tracking settings later, as needed. For more information, see the Configuring Location Tracking section.

19. When live video appears, you can adjust the camera position as needed.

    You are ready to use Axon View.

## Pairing with an Axon Body Camera or an Axon Flex Camera

1. Ensure that the Axon Body camera or Axon Flex controller is turned *off*.

   If any red is showing at the power switch, the camera is on. Move the switch so the red portion is covered.

2. Verify that the Bluetooth feature is enabled for your iOS device. If not, enable Bluetooth on your device.

3. Open the Axon View app. The View screen appears.

4. On the Select Your Camera screen, tap the model of the camera that you want to pair with—Axon Flex or Axon Body. The View screen appears.

   **Note:** The Get Help with Pairing button, available when you have selected Axon Body or Axon Flex, provides a summary of the following steps. You can rely on the Get Help with Pairing button when this guide is unavailable.

5. Press the **Home** button.

6. Open the Settings and tap **Bluetooth**.

7. On the camera, press and hold the volume/pairing button.



Axon Flex Camera                    Axon Body Camera

8. While holding the volume/pairing button, turn the Axon Flex controller or Axon Body camera ON.

9. Continue holding the volume/pairing button on the camera until the LED on the camera starts blinking.

10. Release the volume/pairing button.

11. On your mobile device, under Devices, tap the model of the Axon camera that you want to pair with.

    A list of nearby devices that are in pairing mode appears.

12. In the list, tap the camera that you want to pair with.

    The mobile device connects by Bluetooth to the Axon camera.

13. Press the **Home** button again.

14. Open **Axon View**.

15. If the Location dialog box appears, tap **Allow**.

    **Note:** You can change location-tracking settings later, as needed. For more information, see the Location Tracking section.

16. When live video appears, you can adjust the camera position as needed.

    You are ready to use Axon View.

## Reconnecting with an Axon Body 2 or Axon Flex 2 Camera

If your agency <u>does not</u> allow automatic Wi-Fi Configuration or you are not on iOS11 or later, you may need to reconnect with your Axon camera in situations where Axon View shows the message "To enable streaming, connect to the Axon-camera name Wi-Fi network."

To reconnect with an Axon camera:

1. Press the **Home** button.

2. Open the **Settings** and tap **Wi-Fi**.

3. Under **Choose a Network**, tap the camera that you want to connect to.

4. Press the **Home** button again.

5. Open **Axon View**.

6. When live video appears, you can adjust the camera position as needed. You are ready to use Axon View.

## Unpairing or Forgetting an Axon Camera

You can make Axon View unpair, or forget, an Axon camera that it is currently paired with. The unpairing process differs by Axon camera model.

### Unpairing from an Axon Body 2 or Axon Flex 2:

1. On the mobile device, open the **Axon View** app.

2. In the upper left, tap ⓘ.

3. Under Camera, tap **Forget Current Camera**.

   Axon View unpairs from the Axon camera.

### Unpairing from an Axon Body or Axon Flex:

1. On the mobile device, open the **Settings** and tap **Bluetooth.**

2. Under My Devices**,** to the right of the Axon camera, tap ⓘ.

3. Tap **Forget This Device** and then tap **Forget This Device** again.

   Axon View unpairs from the Axon camera. The Select Your Camera screen appears.

# Using Axon View

This section provides information on using Axon View with an Axon Camera.

## Loading Categories

Before you can add a retention category to a video file, you must first retrieve your agency's retention categories.

**Note:** This procedure requires that Axon View can access the Internet. If a data connection is not available on the mobile device, Axon View cannot complete this procedure.

If you are using an Axon Body 2 camera or Axon Flex 2 system and the mobile device is connected to the camera by Wi-Fi, then Axon View can use cellular data connection. If the mobile device cannot provide a cellular data connection, in the Settings app, use the Wi-Fi screen to connect to a network that can provide an Internet connection.

1.  Ensure that the Axon camera is turned on and connected to the mobile device.

2.  On your device, open the Axon View app.

3.  In the upper left, tap ⓘ. The Settings screen appears.

4.  Under Account Settings, tap **Agency**.

5.  Tap *youragency* and then type the unique, first part of your agency's Axon Evidence.com URL.

    *Example:* if your agency URL were `AxonPD.evidence.com`, you would type AxonPD.

6.  Tap **Continue**.

    If the categories load correctly you will be redirected automatically to the Settings screen and next to Agency should be the name of your agency.

    To confirm that the categories have loaded properly go back to the evidence review screen and tap on a video. Tap **Category**, tap **Category** again and the categories from your agency will be listed.

## Checking Axon Camera Status

You can use Axon View to examine the status of a paired Axon camera. The information available through Axon View includes the following items:

- **Camera mode** - Either Standby or Recording.

- **Battery Remaining** - The amount of battery power remaining is provided in two ways:

    - The percentage of battery power remaining

    - Time remaining - The length of time, in hours and minutes, that the Axon device can record video at the current resolution setting

1. Ensure that the Axon camera is turned on and paired to the mobile device.

2. On your device, open the Axon View app.

    Axon View connects to the Axon camera. When a connection is established, Axon View shows the status. The camera status information appears at the top of the screen.

## Viewing Live Video from an Axon Camera

You can use Axon View to watch video while the Axon camera is recording or buffering. This is useful for ensuring that the camera is pointing in the right direction or for using the camera to view difficult-to-reach spaces, such as a crawl space or attic.

The video streams at a rate of 30 frames per second. However, depending on a variety of factors, the video may appear choppy. Regardless of the live video quality shown on the mobile device, the Axon camera is recording at the full frame rate.

For Axon Body 2 and Axon Flex 2, Axon View uses Wi-Fi for viewing live video. For Axon Body and Axon Flex, Axon View uses Bluetooth for viewing live video.

1. Ensure that the Axon camera is turned on and paired to the mobile device.

2. Open the Axon View app. Axon View connects to the Axon camera.

    If a message saying you must be connected to the Axon camera's Wi-Fi appears:

- If your agency allows automatic Wi-Fi Configuration, when the message saying you must be connected to the Axon camera's Wi-Fi appears, tap **Activate Wi-Fi** and then tap **Join**. You are ready to use Axon View.

- If your agency <u>does not</u> allow automatic Wi-Fi Configuration or you are not on iOS11 or later, follow the steps in <u>Reconnecting to an Axon Body 2 or Axon Flex 2 Camera</u> section.

3.  Tap **View Live**.

    When a connection is established, Axon View shows live video from the camera.

    You can use the live video to adjust the camera position as needed.

4.  When you are finished, tap **Done**.

## Viewing Recorded Video from an Axon Camera

Viewing a paired Axon Camera's recorded video from Axon View does not store data on the mobile device. The mobile device can only view videos currently stored on the paired Axon camera. You cannot use Axon View or the mobile device to delete or alter original video files on the Axon camera.

1.  Ensure that the Axon camera is turned on and paired to the mobile device.

2.  On your device, open the Axon View app. Axon View connects to the Axon camera.

    If a message saying you must be connected to the Axon camera's Wi-Fi appears:

    - If your agency allows automatic Wi-Fi Configuration, when the message saying you must be connected to the Axon camera's Wi-Fi appears, tap **Activate Wi-Fi** and then tap **Join**. You are ready to use Axon View.

    - If your agency <u>does not</u> allow automatic Wi-Fi Configuration or you are not on iOS11 or later, follow the steps in <u>Reconnecting to an Axon Body 2 or Axon Flex 2 Camera</u> section.

3.  Scroll to the thumbnail of the video that you want to view and then tap it.

    The Evidence Review screen shows the media player in addition to metadata about the video, such as recording date and time and the ID, Title, and Category fields.

4.  Tap the video to play it.

## Tagging Recorded Evidence Files

You can use Axon View to tag (add metadata), such as ID, title, and retention category, to the videos you record. Axon View transfers the tag information to the Axon camera. Metadata information that you apply does not alter the original video evidence file.

When you place the Axon camera in an Axon Dock or connect the Axon camera to a computer that is running the Evidence Sync application, the videos on the camera are uploaded to your agency's Axon Evidence.com account. The tag information that you apply to each video also uploads and can be viewed by anyone with permission to view the data.

1.  Ensure that the Axon camera is turned on and paired to the mobile device.

2.  On your device, open the Axon View app. Axon View connects to the Axon camera.

    A list of video thumbnails is displayed.

3.  Scroll to the thumbnail of the video that you want to tag with metadata and then tap it.

    The Evidence Review screen shows the media player in addition to metadata about the video, such as recording date and time and the ID, Title, and Category fields.

4.  In the upper-right side of the screen, tap **Edit**.



5.  For each metadata box, make the necessary edits.

    • ID — Tap the ID box and type the case ID that you want to apply to the video file.

    • Title — Tap the Title box and type the title that you want to apply to the video file.

- Category — Tap Category and then, on the Select Category screen, tap the category that you want to apply to the video-evidence file.

6. When you have finished adding metadata to the video file, in the upper right, tap **Save**.

   The Evidence Review screen reappears.

# Settings

The Settings screen enables you to configure Axon View settings.

## Adjusting Settings

This section provides the general steps for making changes on the Settings screen. Additional information about each setting appears below.

1.  Ensure that the Axon camera is turned on and connected to your mobile device.

2.  On your device, open the Axon View app.

3.  In the upper left, tap ⓘ.

    The Settings screen appears. The settings that are available depend on whether the app is currently connected to an Axon camera and on the specific model of the Axon camera.

4.  Adjust the settings as needed. For additional information about each setting, refer to the following sections as needed.

5.  When you have finished adjusting settings, in the upper left, tap ✕.

## Account Settings

The Account Settings area includes only the Agency setting. This setting enables Axon View to retrieve retention categories from your Axon Evidence.com agency. For more information, see the Loading Categories section.

## Configuring Location Tracking

Axon View can provide location data from the mobile device and embed it in videos recorded by the Axon camera.

**Note:** When an Axon camera is in offline mode, it cannot tag videos it is recording with location data.

When an evidence file that uploads to Axon Evidence.com includes location metadata, Evidence.com can use the information to show the evidence location on a map. For evidence recorded with an Axon Body or Axon Flex, Axon Evidence.com derives the location of an

evidence file by determining the median location of all location tags embedded in the file. For evidence recorded with an Axon Body 2 or Axon Flex 2 camera, Evidence.com uses the location that the Axon Body 2 specifies for the evidence.

When you start recording on an Axon camera, Axon View begins requesting location data from the mobile device. Axon View does not need to be open in order to request location data, but the camera must have been previously paired with the mobile device running Axon View and must be within Bluetooth range of the mobile device.

Axon View uses the highest level of location accuracy provided by the mobile device. Generally, a mobile device relies on cellular, Wi-Fi, and GPS modules to determine the location of the device. Additionally, Axon View sends location data to the camera only if the accuracy is at least within 400 meters.

While the camera is recording, Axon View only sends updated location information when the change in location is greater than 20 meters from the previous location sent to the camera.

While the camera is recording, Axon View sends the camera a location tag every 15 seconds or less, as long as the GPS data is available from the mobile device.

Axon View optimizes mobile-device battery life by working with the operating-system GPS settings. When you stop recording on the Axon camera, Axon View stops requesting location data from the mobile device.

### Allowing or Disallowing Location Tracking

You can allow or disallow location tracking. This feature is controlled by the mobile device operating system.

1. On your device, open the Settings app.

2. Scroll down until you find Axon View and then tap **Axon View**.
   Below "Allow Axon View to Access," the Location setting appears.

3. Tap **Location**.

4. Tap the setting that you want.

   - If you want to allow Axon View to embed location data in videos, tap **Always**.

   - If you do not want Axon View to embed location data in videos, tap **Never**.

## Camera Settings

The settings in the Axon camera area affect pairing with an Axon camera and the lights, sounds, and vibrations of a paired camera.

Many settings in the Camera area are available only for Axon Body 2 and Axon Flex 2 cameras. The following table shows the settings that are available for each of the supported Axon camera models.

| Camera Setting | Axon Flex | Axon Body | Axon Body 2 | Axon Flex 2 |
|---|---|---|---|---|
| Camera model | Yes | Yes | Yes | Yes |
| Forget Camera | No | No | Yes | Yes |
| Camera Volume | No | No | Yes | Yes |
| Vibration | No | No | Yes | Yes |
| Indicator lights | No | No | Yes | Yes |
| Stealth Mode | No | No | Yes | Yes |
| Orientation | Yes | No | No | Yes |
| Reconfigure Wi-Fi | No | No | Yes | Yes |

### Camera Model

Under Camera, the first setting shows the camera model that the app is currently configured to pair with.

For more information about pairing, see Connect Axon View with an Axon Device.

### Forget Camera

If the Forget Current Camera setting appears, the app is currently paired with an Axon Body 2 or Axon Flex 2 camera. For more information about using this setting, see Unpairing or Forgetting an Axon Camera.

### Camera Volume

The Volume setting controls how loudly an Axon Body 2 or Axon Flex 2 camera beeps.

1. On the Settings screen, tap **Volume**.

2. Tap the volume at which you want the connected camera to beep.

   The camera beeps once at the volume that you tapped, or if you tapped Off, the camera does not beep.

3. To choose a different volume, repeat these steps.

---

### Vibration

The Vibration setting controls whether an Axon Body 2 uses vibrations to communicate camera operations to the camera user.

To control whether this feature is enabled, to the right of Vibration, tap the switch.

- If the switch is toggled to the right, haptic feedback is enabled.

- If the switch is toggled to the left, haptic feedback is disabled.

---

### Indicator Lights

The Indicator Lights settings enables you to turn off the camera indicator lights for the paired Axon camera.

To control whether the indicator lights are on, to the right of **Indicator Lights**, tap the switch.

- If the switch is toggled to the right, the indicator lights are on.

- If the switch is toggled to the left, the indicator lights are off.

---

### Stealth Mode

The Stealth Mode setting enables you to turn off the Axon Body 2 and Axon Flex 2 lights, sounds, and haptic feedback. To control whether this feature is enabled, to the right of Stealth Mode, tap the switch.

- If the switch is toggled to the right, stealth mode on the camera is enabled: the camera will not beep or vibrate, regardless of other settings. All camera lights are off.

- If the switch is toggled to the left, stealth mode on the camera is disabled: the camera beeps and vibrates according to other, individual settings. Camera lights operate normally.

---

### Adjusting Camera Orientation

If you have an Axon Flex or Axon Flex 2 camera, use Axon View to adjust the camera for wearing on the right or left side.

1. On the Settings screen, tap **Orientation**.

2. Tap the appropriate side.

| Reconfigure Wi-Fi |
|---|

The Reconfigure Wi-Fi setting enables you to set up a Wi-Fi connection with an Axon Body 2 and Axon Flex 2 camera that is paired with the mobile device.

**Note:** If you attempt to open a Wi-Fi connection to the Axon Body 2 or Axon Flex 2 camera and the mobile device prompts you for a password to the camera, do not enter a password. Instead, perform the following steps to establish the Wi-Fi connection.

This setting appears only when you have previously configured Wi-Fi with an Axon Body 2 or Axon Flex 2 camera.

1. On the Settings screen, under Camera, tap **Reconfigure Wi-Fi**.

   The "Your camera is ready to configure Wi-Fi" message appears.

2. Tap **Continue**.

   An Axon Evidence.com web page opens.

3. Tap **Configure Wi-Fi**.

4. Tap **Install**.

5. At the prompt, type your iOS device's passcode.

6. Tap **Install**.

   The Evidence.com page opens again with a success message.

7. Tap **Done**.

8. Tap **Open**.

   In order to view live video from the camera, you must connect to the Wi-Fi network of the camera.

9. Press the **Home** button.

10. Open the Settings app and tap **Wi-Fi**.

11. Under Choose a Network, tap the camera that the mobile device is paired with.

12. Press the **Home** button again.

13. Open Axon View.

14. Press **View Live** to view live video. You can adjust the camera position as needed. You are ready to use Axon View.

## Configuring Notifications

Axon View supports notifications, such as sounds, banners, or notifications.

You can configure the notifications that Axon View is allowed to create. This feature is controlled by the mobile device operating system.

1. On your mobile device, open the Settings app.

2. Scroll down until you find Axon View and then tap **Axon View**.

   Below "Allow Axon View to Access," the Notifications option is avail- able.

3. Tap Notifications.

4. Select the notification settings that you want.