USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __1/19/2021__

**Arnold & Porter**

December 3, 2020

<u>VIA ECF</u>

Honorable Analisa Torres
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re: *Floyd, et al. v. City of New York*, 08-CV-1034 (AT),
*Ligon, et al. v. City of New York, et al.*, 12-CV-2274 (AT),
*Davis, et al. v. City of New York, et al.*, 10-CV-0699 (AT),
<u>Recommendation Regarding Refresher and Remedial Training Modules</u>

Dear Judge Torres,

I am pleased to submit my recommendation for training modules that will be used by the Department for refresher training and for remedial training. The training modules cover the following topics:

- Level 1 to Level 4 Investigative Encounters
- NYCHA Interior Patrol
- Racial Profiling and Bias-Based Policing
- Supervisor Responsibilities
- The Right to Know Act
- Stop Report Documentation

The parties have informed me that they do not object to the approval of this recommendation.

Respectfully submitted,

/s/ Peter L. Zimroth
Peter L. Zimroth
Monitor

GRANTED.

SO ORDERED.

Dated: January 19, 2021
New York, New York

ANALISA TORRES
United States District Judge