

666 Broadway, 7th Floor
New York, New York 10012
212-614-6464
ccrjustice.org

June 1, 2021

***VIA ECF***
Hon. Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007
Torres_NYSDChambers@nysd.uscourts.gov

Re:   ***Floyd v. City of New York***, 08 Civ. 1034 (AT)
***Davis v. City of New York***, 10 Civ. 0699 (AT)
***Ligon v. City of New York***, 12 Civ. 2274 (AT)

Dear Judge Torres:

We write on behalf of Plaintiffs in the above-entitled actions currently pending before Your Honor. Earlier today, the Court-appointed Monitor in these three cases filed a letter in opposition to *Floyd*, *Davis*, and *Ligon* Plaintiffs' joint March 25, 2021 motion to compel him to provide Plaintiffs with access to certain information addressed to the Court (*Floyd* ECF No. 824; *Davis* ECF No. 561; *Ligon* ECF No. 466). *See Floyd* ECF No. 836. Accordingly, *Floyd*, *Davis* and *Ligon* Plaintiffs now write to notify the Court of our intention to file a reply in further support of our March 25 motion to compel within 7 days, by no later than June 8, 2021, as provided for under S.D.N.Y. Local Civil Rule 6.1 (b).

Thank you for your time and consideration.

Respectfully submitted,

\s\ Darius Charney
Darius Charney
*Counsel for Floyd Plaintiffs*

\s\ Jenn Rolnick Borchetta
Jenn Rolnick Borchetta
*Counsel for Ligon Plaintiffs*



\s\ Jin Hee Lee
Jin Hee Lee

*Counsel for Davis Plaintiffs*