UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------- x

DAVID FLOYD, *et al.*, individually and on behalf of a class of
all others similarly situated,

                                                    Plaintiffs,
                         - against –
                                                                          08 CV 1034 (AT)

CITY OF NEW YORK, et al.,

                                                    Defendants.
------------------------------------------------------------------------------- x

KELTON DAVIS, *et al*, individually and on behalf of a class of
all others similarly situated,

                                                    Plaintiffs,
                         - against –                                      10 CV 699 (AT)

CITY OF NEW YORK, et al.,

                                                    Defendants.
------------------------------------------------------------------------------- x

JAENEAN LIGON, *et al.*, individually and on behalf of a class
of all others similarly situated,

                                                    Plaintiffs,
                         - against –
                                                                          12 CV 2274 (AT)

CITY OF NEW YORK, et al.,

                                                    Defendants.
------------------------------------------------------------------------------- X

## NOTICE OF APPEARANCE & SUBSTITUTION OF COUNSEL

        **PLEASE TAKE NOTICE** that **Angharad Wilson**, hereby appears as an

additional counsel of record on behalf of Georgia M. Pestana, Acting Corporation Counsel of the

City of New York, attorney for the City of New York.

        **PLEASE ALSO TAKE NOTICE** that **David M. Hazan, Heidi Grossman,**

**Prathyusha Bandi Reddy, Cecilia Ann Silver, Stephanie Marie Breslow, Lisa Marie**

**Richardson, Brenda Elaine Cooke, Mark David Zuckerman,** and **Richard Keith**

**Weingarten,** should be removed from each docket as counsel of record for any defendant.


Dated:  New York, New York
          June 11, 2021

                                        Georgia M. Pestana
                                        Acting Corporation Counsel
                                            of the City of New York
                                        *Attorney for Defendant City of New York*
                                        100 Church Street, Rm. 3-227
                                        New York, New York 10007
                                        (212) 356-2572
                                        (917) 882-3358


                                        By:   *Angharad Wilson*      /s
                                              Angharad Wilson
                                              Senior Counsel
                                              Special Federal Litigation Division



cc: Class Counsel (via ECF)