**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------X
DAVID FLOYD, *et al*.,

                    Plaintiffs,

      -against-

THE CITY OF NEW YORK, *et al*.,

                    Defendants.
------------------------------------------------------X

------------------------------------------------------X

 KELTON DAVIS, *et al.*,

                    Plaintiffs,

      -against-

 CITY OF NEW YORK, *et al.*,

                    Defendants.
------------------------------------------------------X

08 Civ. 1034 (AT)

10 Civ. 699 (AT)

**NOTICE OF MOTION**

          PLEASE TAKE NOTICE THAT, upon the accompanying Declaration of Darius Charney and supporting exhibits and the accompanying Memorandum of Law in support of Plaintiffs' Motion to Modify the *Floyd* Remedial Order, *Floyd* and *Davis* Plaintiffs will move this Court before the Honorable Analisa Torres at the United States Courthouse, 500 Pearl Street New York, New York, on a date and time to be determined by the Court for an order modifying the Court's August 12, 2013 *Floyd* Remedial Order, *Floyd* ECF No. 372, as modified by the Court's July 30, 2014, *Floyd* ECF No. 466.

Dated: New York, NY
      July 29, 2021

                          \s\Darius Charney
                          Darius Charney

Omar Farah
Samah Sisay
CENTER FOR CONSTITUTIONAL
RIGHTS
666 Broadway, 7th Floor
New York, NY 10012
(212) 614-6464
dcharney@ccrjustice.org
ofarah@ccrjustice.org
ssisay@ccrjustice.org


\s\ Jonathan C. Moore
Jonathan C. Moore
Luna Droubi
Marc Arena
Rebecca Pattiz
Katherine Q. Adams
BELDOCK, LEVINE & HOFFMAN, LLP
99 Park Avenue, Penthouse Suite
New York, NY 10016
(212) 490-0400
JMoore@BLHNY.com
LDroubi@BLHNY.com
MArena@BLHNY.com
RPattiz@BLHNY.com
QAdams@BLHNY.com

*Attorneys for Floyd Plaintiffs*


\s\ Jin Hee Lee
Jin Hee Lee
Raymond Audain
Ashok Chandran
John Cusick
Kevin Jason
Lauren Johnson
NAACP LEGAL DEFENSE AND
EDUCATIONAL FUND, INC.
40 Rector Street, 5th Floor
New York, NY 10006
(212) 965-2200
jlee@naacpldf.org
raudain@naacpldf.org
achandran@naacpldf.org

jcusick@naacpldf.org
kjason@naacpldf.org
ljohnson@naacpldf.org

\s\ Corey Stoughton
Corey Stoughton
Steve Wasserman
Molly Griffard
Jennvine Wong
THE LEGAL AID SOCIETY
199 Water Street
New York, NY 10038
(212) 577-3300
cstoughton@legal-aid.org
swasserman@legal-aid.org
mgriffard@legal-aid.org
jwong@legal-aid.org