UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

JAENEAN LIGON, *et al.*,

        Plaintiffs,                       12-cv-2274

   - against -

CITY OF NEW YORK, *et al.*,

        Defendants.

-------------------------------------------------------------X

KELTON DAVIS, *et al.*,

        Plaintiffs,                       10-cv-0699

   - against -

THE CITY OF NEW YORK and NEW YORK
CITY HOUSING AUTHORITY,

        Defendants.

-------------------------------------------------------------X

DAVID FLOYD, *et al.*,

        Plaintiffs,                       08-cv-1034

   - against -

CITY OF NEW YORK,

        Defendant.

-------------------------------------------------------------X

**PLAINTIFFS' NOTICE OF APPEAL**

Notice is hereby given that Plaintiff Jaenean Ligon, on behalf of herself and all others similarly situated, Kelton Davis, on behalf of himself and all others similarly

1

situated, and David Floyd, on behalf of himself and others similarly situated, appeal to the United States Court of Appeals for the Second Circuit from the Decision and Order of the Honorable Analisa Torres entered in this matter on July 30, 2021, granting the Motion to Seal filed by the Federal Court Monitor in this matter, Peter Zimroth, and denying Plaintiffs' Motion to Compel (*Ligon v. City of New York*, 12-cv-2274, Dkt. No. 482; *Davis v. City of New York*, 10-cv-699, Dkt. No. 582, *Floyd v. City of New York*, 08-cv-1034, Dkt. No. 844). This appeal is taken from each and every part of the Decision and Order.

Dated: August 27, 2021
      New York, NY

Respectfully submitted,

NEW YORK CIVIL LIBERTIES
   UNION FOUNDATION
By:  /s/ *Guadalupe V. Aguirre*
     Guadalupe V. Aguirre
     Christopher Dunn
     Daniel R. Lambright
     125 Broad Street, 19th Floor
     New York, New York 10004
     (212) 607-3300
     laguirre@nyclu.org

LATINOJUSTICE PRLDEF
By:  /s/ *Andrew Case*
     Andrew Case
     475 Riverside Drive, Suite 1901
     New York, New York 10115
     (212) 219-3360

THE BRONX DEFENDERS,
By:  Jenn Rolnick Borchetta
     360 E. 161st Street
     New York, New York 10451
     (718) 838-7878

*Attorneys for the Ligon Plaintiffs*

                NAACP LEGAL DEFENSE AND
                    EDUCATIONAL FUND
By: */s/ Jin Hee Lee*
    Jin Hee Lee
    700 14th Street, Suite 600
    Washington, DC 20005
    202.682.1300

    Raymond Audain
    Ashok Chandran
    Kevin Jason
    40 Rector Street, 5th Floor
    New York, NY 10006
    212.965.2200

    THE LEGAL AID SOCIETY
By: */s/ Corey Stoughton*
    Corey Stoughton
    99 Water Street
    New York, NY 10038
    212.577.3300

*Attorneys for the Davis plaintiffs*

    BELDOCK LEVINE & HOFFMAN LLP
By: */s/ Jonathan C. Moore*
    Jonathan C. Moore
    Luna Droubi
    Katherine "Q" Adams
    Marc Arena
    Rebecca Pattiz
    99 Park Avenue, PH/26th Floor
    New York, NY 10016
    212.490.0400

    CENTER FOR CONSTITUTIONAL
    RIGHTS
By: */s/ Omar Farah*
    Omar Farah
    Samah Sisay
    666 Broadway, 7th Floor
    New York, NY 10012
    212.614.6485

*Attorneys for the Floyd plaintiffs*