UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X

DAVID FLOYD, *et al.*,
                Plaintiffs,

-against-                                       No. 08 Civ. 1034 (AT)

CITY OF NEW YORK, *et al.*,
                Defendants.
------------------------------------------------------------------ X

**DECLARATION OF DARIUS CHARNEY IN SUPPORT OF MOTION TO WITHDRAW AS PLAINTIFFS' COUNSEL**

Darius Charney declares under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true or correct.

1. I am a senior staff attorney at the Center for Constitutional Rights (CCR). CCR, along with the law firms of Beldock, Levine & Hoffman, LLP and Covington & Burling, LLP, serve as counsel to the plaintiff class in the above captioned action.

2. I submit this declaration in support of my motion to withdraw as counsel.

3. I am moving for leave to withdraw as counsel to plaintiffs because, as of September 16, 2021, I will no longer be employed at the Center for Constitutional Rights.

4. My withdrawal will not prejudice or otherwise impact the plaintiffs or plaintiff class members because they will continue to be represented by the other attorneys of record from the Center for Constitutional Rights, Beldock, Levine & Hoffman, and Covington & Burling.

Dated: New York, New York
         September 15, 2021

                                                        \s\ Darius Charney
                                                        Darius Charney