```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  9/15/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

DAVID FLOYD, *et al.*,

                Plaintiffs,

-against-

                No. 08 Civ. 1034 (AT)

CITY OF NEW YORK, *et al.*,

                Defendants.
------------------------------------------------------------------X

      PLEASE TAKE NOTICE that, upon the annexed declaration, Darius Charney will move this court, at Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, on a day and time to be determined by the court, for leave to withdraw as counsel to the plaintiffs in this action.

Dated: New York, New York
       September 15, 2021

                                                \s\ Darius Charney
                                                Darius Charney
                                                CENTER FOR CONSTITUTIONAL RIGHTS
                                                666 Broadway
                                                7th Floor
                                                New York, NY 10012
                                                (212) 614-6464
                                                dcharney@ccrjustice.org

GRANTED.

SO ORDERED.

Dated: September 15, 2021
       New York, New York

*[signature]*

ANALISA TORRES
United States District Judge