**BELDOCK LEVINE & HOFFMAN LLP**
99 PARK AVENUE, PH/26TH FLOOR
NEW YORK, N.Y. 10016

JONATHAN MOORE
DAVID B. RANKIN
LUNA DROUBI
MARC A. CANNAN
CYNTHIA ROLLINGS
JONATHAN K. POLLACK
HENRY A. DLUGACZ
STEPHEN J. BLUMERT
MYRON BELDOCK (1929-2016)
LAWRENCE S. LEVINE (1934-2004)
ELLIOT L. HOFFMAN (1929-2016)

TEL: (212) 490-0400
FAX: (212) 277-5880
WEBSITE: blhny.com

COUNSEL
BRUCE E. TRAUNER
PETER S. MATORIN
KAREN L. DIPPOLD
MARJORY D. FIELDS
EMILY JANE GOODMAN
(JUSTICE NYS SUPREME COURT, RET.)
FRANK HANDELMAN

REF: 900000.03700

WRITER'S DIRECT CONTACT:
212-277-5850
jmoore@blhny.com

September 20, 2021

**VIA ECF**
Hon. Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

        **Re:** *Floyd v. City of New York, et al.*, No. 08-cv-01034 (AT)

Dear Judge Torres,

      I write on behalf of the *Floyd* and *Davis* Plaintiffs to respectfully request a week-long extension of time, from October 5 to October 12, 2021, to file a reply brief in further support of Plaintiffs' Motion to Modify the *Floyd* Remedial Order, ECF No. 840. Plaintiffs make this request because of delays caused by staffing changes on the *Floyd* Plaintiffs' team as well as the fact that Plaintiffs must respond to both the Monitor and the City of New York's opposition briefs in their reply. *See* ECF Nos. 854, 855. In light of the fact that they will be responding to two opposition briefs, Plaintiffs also request an enlargement of five pages, so that their reply brief may be 20, rather than 15 pages long. Both the Monitor and the City consent to the extension of time and additional pages.

      We thank the Court for its attention this matter.

                                                           Respectfully submitted,

                                                           Jonathan C. Moore
                                                           *Counsel for Floyd Plaintiffs*

cc: All Parties (via ECF)