

Search | Email Updates | Contact Us

Residents : Business : Visitors : Government : Office of the Mayor

**Search**

- Home
- FAQ
- E-mail Alerts

**Learn About**

- Administration
- Careers
- Police Academy
- Memorials
- Precincts
- Precinct Maps
- Contact Us

**Be Alert**

- Press Room
- Rewards
- Crime Statistics
- Traffic Data
- Crime Stoppers
- Most Wanted
- Bank Robbers
- Submit Internet Tip
- Missing Persons
- Crime Prevention
- Counterterrorism

**Find Services**

- Police Auctions
- Property Clerk
- Towed Vehicles
- Community Affairs
- Language Access Plan
- Permits
- Record Inquiries
- Employees
- Reports and Information
- Retirees (external)
- Press Relations

## Training Bureau | Leadership Development Section

**Leadership Development Section**



The Leadership Development Section provides *leadership* training for NYPD sergeants, lieutenants, and civilian supervisors. First upon achieving rank or title, and then ongoing through our in-service training programs. Two units comprise the Leadership Development Section: The Uniformed Promotional Training Unit and The Management Training Unit.

Uniformed Promotional Training Unit

When a member of the service first attains the rank of sergeant or lieutenant, he or she enters a course of training that includes simulation, discussion, lecture and demonstration modulated to the level of the rank attained. The Uniformed Promotional Training Unit provides this instruction through the Basic Leadership Course (B.L.C.) for sergeants and the Advanced Leadership Course (A.L.C.) for lieutenants.

The Management Training Unit

Provides in-service training for Lieutenants, Sergeants, and Civilian sub-managerial supervisors. This training is done through three programs; The Professional Seminar Series, Uniformed LEAD and Civilian LEAD. LEAD stands for "Leaders Empowered to Act Decisively"

The Professional Seminar Series is a full day of presentations. Each seminar addresses leadership, tactical and supervisory topics for both civilian and uniformed supervisors. Seminar topics are selected on the current needs of the department and the requests made by

Cited in Floyd v. City of NY
Archived on 9/20/2011
This document is provided by copyright permission.
Further reproduction is prohibited without permission.

supervisors. The Seminar Series includes Counter-Terrorism, Leadership, Crime Scene, Supervising Civilian Employees, Organized Crime, and Financial Planning.

<u>Uniformed LEAD</u> is a peer oriented, hands-on, simulated training. LEAD removes training from the classroom and places it in the street where participants supervise a simulated police crisis. Following each exercise, a peer review session to discuss leadership decisions provides possible alternative approaches to the situation at hand. The simulated training includes the following subjects:

- Emotionally Disturbed Persons
- Domestic Violence,
- Car Stops/Vehicle Searches,
- Suspicious Packages
- Integrity Issues.

<u>Civilian LEAD</u> is a hands-on, simulation training that emphasizes assertive leadership, interpersonal skills, and supervision in a highly challenging environment, utilizing scenarios and other interactive instructional methods.

Copyright 2011 The City of New York

Contact Us | FAQs | Privacy Statement | Terms of Use | Site Map

Cited in Floyd v City of NY
08Civ1034
Archived on 9/20/2011
This document is protected by copyright.
Further reproduction is prohibited without permission