USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/27/2021

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------X

JAENEAN LIGON, *et al.*,

                Plaintiffs,                12-cv-2274 (AT)

   - against -

CITY OF NEW YORK, *et al.*,

                Defendants.
-------------------------------------------------------------X

KELTON DAVIS, *et al.*,

                Plaintiffs,                10-cv-0699 (AT)

   - against -

THE CITY OF NEW YORK and NEW YORK
CITY HOUSING AUTHORITY,

                Defendants.
-------------------------------------------------------------X

DAVID FLOYD, *et al.*,

                Plaintiffs,                08-cv-1034 (AT)

   - against -

CITY OF NEW YORK,

                Defendant.
-------------------------------------------------------------X

## ORDER

WHEREAS, Plaintiffs filed a motion to compel and the Monitor filed a motion to seal, *see Ligon v. City of New York*, 12-cv-2274 (AT), ECF Nos. 461 and 466; *Davis v. City of New York*, 10-cv-0699, ECF Nos. 566 and 562; and *Floyd v. City of New* York, 08-cv-1034 (AT), ECF Nos. 819 and 824;

WHEREAS, the Court granted the motion to seal and denied the motion to compel on July 30, 2021, *see Ligon*, 12-cv-2274, ECF No. 482; *Davis*, 10-cv-0699, ECF No. 582; and *Floyd*, 08-cv-1034, ECF No. 844;

WHEREAS, Plaintiffs appealed that order asserting it was improper under the First Amendment and common law right of access;

WHEREAS, the parties and the Monitor have reached an agreement that would resolve Plaintiffs' motion to compel and wish to resolve the appeal; and

WHEREAS, on such resolution, Plaintiffs have agreed to withdraw the request in their motion to compel and the Monitor has agreed to withdraw the request to seal;

ACCORDINGLY, the motion to compel and the motion to seal are deemed withdrawn and the Court orders that the July 30, 2021 order is vacated as moot and Plaintiffs' and the Monitor's submissions at *Ligon*, 12-cv-2274, ECF Nos. 462, 466, 473, 479, and 480; *Davis*, 10-cv-0699, ECF Nos. 557, 562, 567, 574, and 576; and *Floyd*, 08-cv-1034, ECF Nos. 820, 824, 829, 836, and 838 shall continue to be sealed on the ground that Plaintiffs and the Monitor have withdrawn their respective requests for relief such that the motions are no longer pending before the Court, and the dispute has been resolved outside of court, and Plaintiffs and the Monitor have stipulated that sealing the now-withdrawn motions and each of the related submissions appropriately balances the rights and interests at stake.

SO ORDERED.

Dated: December 27, 2021
New York, New York

_____
ANALISA TORRES
United States District Judge