

| | THE CITY OF NEW YORK | |
|---|---|---|
| **HON. SYLVIA O. HINDS-RADIX**<br>*Corporation Counsel* | LAW DEPARTMENT<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **ANGHARAD K. WILSON**<br>*Senior Counsel*<br>Phone: (212) 356-2572<br>Fax: (212) 356-3509<br>awilson@law.nyc.gov |

April 5, 2022

**BY ECF**
Honorable Analisa Torres
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

  Re: <u>Floyd, et al. v. City of New York</u>, 08-CV-1034
    <u>Davis, et al. v. City of New York, et al.</u>, 10-CV-0699
    <u>Ligon, et al. v. City of New York, et al.</u>, 12-CV-2274

Your Honor:

  I am a Senior Counsel in the Office of the Honorable Sylvia O. Hinds-Radix, Corporation Counsel for the City of New York, and I am one of the attorneys assigned to the defense of the above-captioned matters. Defendants write to respectfully request that the Court endorse the attached agreement regarding compensation by and between Mylan Denerstein, the Monitor, and the City of New York, dated March 1, 2022. The attached amends the prior agreement regarding compensation by and between Peter Zimroth and the City, dated February 5, 2015 and So Ordered by the Court on February 6, 2015. *See, Floyd*, ECF Docket No. 478.

  Thank you for the Court's attention in this matter.

Respectfully submitted,

*Angharad Wilson* (signature)

Angharad Wilson
Senior Counsel

cc: All Counsel (via ECF)