**COVINGTON**

BEIJING   BRUSSELS   DUBAI   FRANKFURT   JOHANNESBURG
LONDON   LOS ANGELES   NEW YORK   PALO ALTO
SAN FRANCISCO   SEOUL   SHANGHAI   WASHINGTON

Philip A. Irwin

Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
T  +1 212 841 1190
pirwin@cov.com

April 15, 2022

**Via ECF**

Hon. Analisa Torres
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:   *Floyd et al. v. The City of New York, et al.*, No. 08-cv-01034-AT (S.D.N.Y.)

Dear Judge Torres:

I am writing to request the entry of an order directing the Clerk to withdraw the appearances of myself, Gretchen Hoff Varner, Laura Flahive Wu, and Bruce Corey from the docket and our names from the Court's ECF distribution for the above-referenced case. Each of us has previously appeared on behalf of Plaintiffs. Ms. Hoff Varner, Ms. Flahive Wu, and I are currently partners with Covington & Burling LLP ("Covington"); Mr. Corey was formerly employed by Covington. While Covington was actively involved in this litigation in the pre-trial phase and in the 2013 trial, other counsel for Plaintiffs have taken the lead in the post-trial phases, and Covington has not played a significant role in recent years.

Our withdrawal will not affect any pending deadlines or cause any delays because Plaintiffs will continue to be represented by counsel at the Center for Constitutional Rights and Beldock Levine & Hoffman LLP.

I also certify that no retaining or charging liens have been asserted in connection with our withdrawal.

Thank you for your attention to this matter.

Sincerely,

*/s Philip A. Irwin*

Philip A. Irwin