**MANDATE**

# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

08-cv-1034(AT)

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 13th day of December, two thousand twenty-one.

Before:     José A. Cabranes,
                 *Circuit Judge.*

---

Jaenean Ligon, individually and on behalf of her minor son, J.G., David Floyd, Kelton Davis,

    Plaintiffs - Appellants,

v.

City of New York, et al.,

    Defendants - Appellees,

v.

Patrolmen's Benevolent Association of the City of New York, et al.,

    Intervenors.

---

**ORDER**

Docket Nos. 21-2089(L),
21-2091(CON),
21-2237(CON)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Jan 07 2022

The parties stipulate to the dismissal of the above-captioned appeals pursuant to Local Rule 42.1 without prejudice to reinstatement by January 7, 2022.

The stipulation is hereby SO ORDERED.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 01/07/2022