# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

Mylan L. Denerstein
Direct: +1 212.351.3850
Fax: +1 212.351.6350
MDenerstein@gibsondunn.com

May 6, 2022

**VIA ECF**

The Honorable Analisa Torres
United States District Judge
United States District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re:   *Floyd, et al. v. City of New York*, 08-CV-1034 (AT),
      *Ligon, et al. v. City of New York, et al.*, 12-CV-2274 (AT),
      *Davis, et al. v. City of New York, et al.*, 10-CV-0699 (AT),
      Sixteenth Report of the Independent Monitor

Dear Judge Torres:

I am pleased to submit the Sixteenth Report of the Independent Monitor.  This report, which contains an executive summary, covers data and information about the policing practices of the New York City Police Department in 2020 and 2021.  More detail and discussion can be found in the body of the Report.

Respectfully submitted,

*/s/ Mylan L. Denerstein*

Mylan L. Denerstein
Monitor


Attachment: Sixteenth Report of the Independent Monitor