**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

Mylan L. Denerstein
Direct: +1 212.351.3850
Fax: +1 212.351.6350
MDenerstein@gibsondunn.com

August 25, 2022

**VIA ECF**

The Honorable Analisa Torres
United States District Judge
United States District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re:   *Floyd, et al. v. City of New York*, 08-CV-1034 (AT),
      *Ligon, et al. v. City of New York, et al.*, 12-CV-2274 (AT),
      *Davis, et al. v. City of New York, et al.*, 10-CV-0699 (AT),
      Community Liaison

Dear Judge Torres:

Please find attached the Community Liaison framework and job description. As the Court is aware, the purpose of the Community Liaison is to engage the community by offering the public, particularly members most impacted by the New York City Police Department's (NYPD) stop, question, and frisk policing and trespass enforcement, more opportunities to be heard and to provide input into the Court-ordered remedial reforms. Interested applicants should apply by submitting a resume and cover letter to NYPDMonitor@gmail.com by September 30, 2022.

Respectfully submitted,

*/s/ Mylan L. Denerstein*

Mylan L. Denerstein
Monitor


Attachment: Community Liaison Framework; Community Liaison Job Description

Beijing • Brussels • Century City • Dallas • Denver • Dubai • Frankfurt • Hong Kong • Houston • London • Los Angeles • Munich
New York • Orange County • Palo Alto • Paris • San Francisco • São Paulo • Singapore • Washington, D.C.