# Community Engagement Liaison Framework

**I.      Objective**

The purpose of the Community Liaison is to engage the community by offering the public, particularly members most impacted by the New York City Police Department's (NYPD) stop, question, and frisk policing and trespass enforcement practices, more opportunities to be heard and to provide input into the reform process.  The Liaison can do this by engaging community organizations and other stakeholders in the reform process and by developing greater opportunities for dialogue and input and sharing this information with the Monitor Team and the Court, so that the Monitor's assessment of the City's compliance with the Court's remedial order in the *Floyd*, *Davis*, and *Ligon* stop-and-frisk cases is informed by the perspectives and experiences of community members.

**II.      Community Input/Feedback**

Community members and organizations must have an opportunity to provide input and feedback to the Monitor and the Court regarding their perspectives and experiences with the NYPD and its members, including concerns regarding stop, question, and frisk practices, trespass enforcement and racial bias.  The Monitor and the Court will incorporate this input and feedback in their assessments of compliance.

**III.      Community Liaison Public Engagement**

A.      The Community Liaison will be appointed by the Court and will be independent of the Monitor and the Monitor Team.  The Community Liaison will not be an advocate for the Plaintiffs or the City or the Monitor.  The Community Liaison will work with the Monitor and will provide the Monitor with the information and perspectives garnered from the community.  One of the Community Liaison's responsibilities will be to make sure that the Monitor Team is regularly

hearing from a diverse set of community voices.  It is critical for the Monitor to understand the experiences of community members most affected by the NYPD's stop, question, frisk and trespass enforcement practices when determining the level of compliance with the Court's orders.

      B.      The mission of the Community Liaison will be to seek, receive, and organize concerns from community members and ensure that they are communicated to the Monitor.  A key purpose of community engagement is to make impacted community members' perspectives known to the Monitor and to ensure that the Monitor meaningfully considers and incorporates such perspectives in its assessment of the City's ultimate compliance.  For example, when impacted community members believe that the Department's policies and practices have not accomplished the reforms required by the Court's orders or community members have recommendations for how those policies and practices should be revised, the Community Liaison can communicate those perspectives and recommendations to the Monitor.  In this way, the Monitor may incorporate the community's ideas and perspectives into recommendations for Department policies and practices and in assessing the City's compliance with the remedial order.  To further collaboration and communication, recommendations for Department policies and practices proposed by the Community Liaison will be shared with the Parties, so that the Parties can comment on and discuss them. The Monitor will also weigh the experiences and perspectives of community members in compliance reviews and assessments.  The collective voices of community members can provide context to the Monitor's assessments and potentially identify issues or pathways that need further examination.

      C.      The Community Liaison position will be full-time and shall be funded by the City. The Monitor will work with the Parties to recommend a reasonable salary for the Community

Liaison as well as reasonable salaries for paid support staff. If any of the Parties object to a hire, the Monitor will resolve the dispute.

      D.      Selection of the Community Liaison. Stakeholders can recommend candidates to the Monitor, Plaintiffs' counsel, the Law Department, and the NYPD. Candidates should be trusted community organizers or leaders with a demonstrated commitment to the constitutional policing issues that are central to this monitorship. They should also possess strong computer and social media skills and be excellent communicators (oral and written). (See annexed Job Description). If the Parties and the Monitor agree on a candidate, the Court shall consider such candidate and determine whether to appoint that individual as Community Liaison. If the Parties and the Monitor cannot agree on a consensus selection to recommend to the Court, three potential candidates will be submitted to the Court for the final selection.

      E.      Role of the Community Liaison. The Community Liaison will develop a plan for community engagement to be shared with the Parties and the Monitor. The Community Liaison will develop their own methodology to engage the community and obtain and provide information. The Community Liaison will identify the needs articulated by the community, seek avenues and opportunities for providing updates and other communications with the community, and provide the Monitor and Monitor Team with direct feedback from the community. Among other measures, the Community Liaison may conduct surveys, public forums and meetings and build relationships with community organizers, associations, organizations, and those most affected by the police practices that are the subject of the monitorship and the monitorship reforms. The Community Liaison may add to or modify the community engagement plan as the Liaison engages in their work and will share those changes with the Parties.

1. The Community Liaison will stay informed about and up to date on Monitor and key NYPD reports and any case developments. The Community Liaison will regularly communicate with the Monitor Team and share their perspective with the Monitor Team. The Community Liaison may also arrange meetings for the Monitor and Monitor Team with community members to hear their experiences and perspectives.

2. The Community Liaison, in consultation with the Monitor and the Parties, will develop a reasonable annual budget to cover expenses related to their work other than the cost of their salary and the salaries of their staff.

3. The Community Liaison also may use surveys to obtain information regarding the views and perspectives of community members. The Community Liaison should consult with the Monitor and apprise the Parties of plans for surveys. The City will be given an opportunity to respond to survey proposals over $75,000 in cost.

4. The community engagement plan developed by the Community Liaison must address barriers to outreach to and participation by individuals most impacted by NYPD stop, question, and frisk and trespass enforcement, particularly young people of color.

5. The Community Liaison may make requests for information to any Party and will coordinate with the Monitor Team in its requests to the City (e.g., Police Department, Law Department, Civilian Complaint Review Board). If a Party denies the Community Liaison's request for information, the Monitor shall resolve the dispute.

6. With respect to the Community Liaison's release of nonpublic information to the Parties, the Community Liaison shall inform the Party whose information may be released what information the Community Liaison plans to release. That Party may make

good cause objections.  The Community Liaison shall then decide whether good cause exists.  If the objecting Party disagrees with the Community Liaison's decision, the Monitor shall resolve the dispute.  If the City or Plaintiffs' counsel requests information possessed by the Community Liaison, and the Community Liaison objects, the Monitor shall resolve the dispute.

       7.      With respect to the Community Liaison's release of nonpublic information to the public, the Community Liaison shall inform the Parties what information the Community Liaison plans to release. The Parties may make good cause objections. The Community Liaison shall then decide whether good cause exists. If the objecting party disagrees with the Community Liaison's decision, the Monitor shall resolve the dispute.

       8.      The Community Liaison's role does not include investigating allegations of misconduct by NYPD members; such allegations, if brought to the Community Liaison, will be referred to the agencies responsible for investigating such allegations.

F.      The Community Liaison will publish reports regarding community member experiences and perspectives but will provide draft reports to the Parties and the Monitor sufficiently in advance of publication and will provide the Parties and the Monitor with an opportunity to respond.  The Community Liaison will consider the Parties and Monitor's comments prior to issuing a final report.  The Community Liaison's reports may also be included in, but not serve as substitutions for, Monitor Reports, as appropriate.

G.      The scope of the Community Liaison position does not extend beyond the scope of the monitorship and the Court's remedial measures.  The term of the Community Liaison position also will not extend beyond the term of the monitorship and the Court's remedial measures.