**Community Liaison Position Description**

I. **Background**

The United States District Court of the Southern District of New York is requiring the New York City Police Department (NYPD) to implement a series of reforms in connection with its stop, question, and frisk policing and trespass enforcement practices as the result of three lawsuits against the City and the NYPD (*Floyd v. City of New York*, *Davis v. City of New York*, and *Ligon v. City of New York*).

The Court appointed the Monitor to oversee the remedial process and report to the Court on the NYPD's compliance. As a part of the Monitor's role in overseeing the remedial process, it is critical that community members and organizations have an opportunity to provide input and feedback regarding their perspectives and experiences with the NYPD and its members as they relate to stop, question, and frisk policing and trespass enforcement practices, including any instances of racial bias. The perspectives of the communities most affected by the NYPD's practices are critical and integral to the reform process.

The Monitor seeks a dynamic, experienced community organizer to be appointed Community Liaison, who will engage with the City's communities to obtain input and feedback on the NYPD's stop, question, and frisk policing and trespass enforcement practices, and work with the Monitor and the Parties to ensure that community members' voices are heard and that the community's feedback is considered in implementing the necessary Court-ordered reforms.

The Monitor will incorporate this input and feedback in their assessments of compliance that are submitted to the Court.

II. **Essential Functions**

The Community Liaison will, among other things:

1

- Develop a community engagement plan that will be shared with the Monitor and the Parties.

- Conduct outreach and increase community engagement by offering community members greater access to information and more opportunities to be heard regarding the NYPD's stop, question, and frisk policing and trespass enforcement practices and the monitorship.

- Hear the concerns of City residents about the NYPD's stop, question, and frisk policing and trespass enforcement practices, including about racial bias in street encounters and trespass enforcement, assess them, and communicate them to the Monitor.

- Engage community organizations, community leaders, youth, and other stakeholders in the reform process by developing opportunities for dialogue.

- Implement online and offline strategies to collect feedback, recommendations, and input from community members most impacted by the NYPD's stop, question, and frisk policing and trespass enforcement practices, including racial bias in street encounters and trespass enforcement, and the reforms implemented as part of the monitorship.

- Learn about the ongoing experience of City residents with the NYPD and its officers so that the Monitor Team and the Court can be informed from the public's perspective as to whether the NYPD and the City are achieving compliance with the Court-ordered requirements of the cases.

- Meet with the Monitor and the Parties and communicate the perspectives, experiences, and insights they have gathered from community members most impacted by the NYPD's stop, question, and frisk policing and trespass enforcement practices, as well as their own analysis, experiences, and ideas.

- Recognizing that many reforms have been implemented, collect information from community members regarding their experiences with the reforms that have been put in place. When members of the community believe that the Department's policies and practices have not accomplished the reforms required by the Court's orders, or community members have recommendations for how those policies and practices should be revised, the Community Liaison will communicate those proposals to the Monitor and the Parties.
- Stay informed about and up to date on Monitor and key NYPD reports and any case developments.
- Regularly communicate with the Monitor Team and share their perspective with the Monitor Team. The Community Liaison may also arrange meetings for the Monitor and Monitor Team with community members to hear their experiences and perspectives.
- The Community Liaison may use surveys to obtain information regarding the views and perspectives of community members.
- Meet with the Parties quarterly.
- Meet with the Monitor monthly.
- Provide reports regarding community experiences and perspectives.

### III.     Requirements

- Preferred five years of experience in police reform, community, labor, issue, or political organizing, leadership development, or social justice/public interest advocacy, though qualified candidates with fewer years of experience will be considered
- Strong oral and written communication skills, attention to detail, and excellent people skills
- Bachelor's degree or higher, or five years of comparable professional experience
- Ability to train, develop, and coordinate the work of staff

3

- Knowledge of or lived experience with the issues affecting historically underserved communities
- Ability to engage diverse communities

**Ideal Candidate Will Also Possess:**

- Spanish and/or other language skills
- Management or supervisory experience
- Ability to use social media tools
- Familiarity with criminal justice and policing issues
- Existing relationships with a diverse set of City constituencies

### IV.     Compensation

Compensation depending on experience. The position is funded entirely by the City. The chosen candidate will be an independent contractor and will not be considered a federal court employee or a City employee.

*     *     *     *     *

City residents, people of color, women, persons with disabilities, people who identify as LGBTQIA+, and gender non-conforming persons are also strongly encouraged to apply.

The NYPD Monitorship is committed to the principles of equal employment opportunity for all applicants and, in accordance with applicable federal, state, and city laws, does not discriminate on the basis of: sex (including pregnancy, childbirth, or related medical conditions); sexual orientation; gender identity or expression; race; creed; color; religion; political affiliation; national origin; alienage or citizenship status; ancestry; age; marital status or partnership status; caregiver status; family responsibilities; disability; medical condition; personal appearance; genetic

information; predisposing genetic characteristics; military or veteran status; status as a victim of domestic violence, stalking, and sex offenses; arrest or conviction record; pending cases; cannabis use; consumer credit history; salary or pay history; unemployment status; or on any other basis prohibited by law.

Applicants should submit a resume and cover letter to NYPDMonitor@gmail.com.