UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID FLOYD, *et al.*, individually and on behalf of a class of all others similarly situated,<br><br>                              Plaintiffs,<br><br>        -against-<br><br>THE CITY OF NEW YORK, et al.,<br><br>                              Defendants. | 08 Civ. 1034 (AT) |
| KELTON DAVIS, *et al*, individually and on behalf of a class of all others similarly situated,<br><br>                              Plaintiffs,<br><br>        -against-<br><br>THE CITY OF NEW YORK, et al.,<br><br>                              Defendants. | 10 Civ. 0699 (AT) |
| JAENEAN LIGON, *et al.*, individually and on behalf of a class of all others similarly situated,<br><br>                              Plaintiffs,<br><br>        -against-<br><br>THE CITY OF NEW YORK, et al.,<br><br>                              Defendants. | 12 Civ. 2274 (AT) |

## **NOTICE OF APPEARANCE & SUBSTITUTION OF COUNSEL**

       **PLEASE TAKE NOTICE** that **Tobias E. Zimmerman**, Senior Counsel, should be added as counsel of record on behalf of the Honorable Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, as attorney for the City of New York.

- 2 -

**PLEASE ALSO TAKE NOTICE** that **Angharad Wilson** and **Danielle Yolanda Clayton** should be removed from the docket as counsel of record.

| | |
|---|---|
| Dated September 12, 2022<br>New York, New York | **HON. SYLVIA O. HINDS-RADIX**<br>Corporation Counsel of the City of New York<br>Attorney for Defendant City of New York<br>100 Church Street<br>New York, New York 10007<br>(212) 356-2423 |

By: _____
     Tobias E. Zimmerman
     *Senior Counsel*

cc:    All Parties (**via ECF**)