**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

Mylan L. Denerstein
Direct: +1 212.351.3850
Fax: +1 212.351.6350
MDenerstein@gibsondunn.com

October 17, 2022

**VIA ECF**

The Honorable Analisa Torres
United States District Judge
United States District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re:   *Floyd, et al. v. City of New York*, 08-CV-1034 (AT),
      *Ligon, et al. v. City of New York, et al.*, 12-CV-2274 (AT),
      *Davis, et al. v. City of New York, et al.*, 10-CV-0699 (AT),
      Seventeenth Report of the Independent Monitor

Dear Judge Torres:

I am pleased to submit the Seventeenth Report of the Independent Monitor. This report, which contains an executive summary, presents the results of the Monitor's evaluation of the deployment of body-worn cameras (BWCs) by New York City Police Department (NYPD) Housing Bureau officers in and around New York City Housing Authority (NYCHA) developments. More detail and discussion can be found in the body of the Report.

Respectfully submitted,

   */s/ Mylan L. Denerstein*

Mylan L. Denerstein
Monitor


Attachment: Seventeenth Report of the Independent Monitor