| 7/29/2022 | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 11th Report Status | 16th Report Status | Standard | Task No. and Source of Requirement | Essence of Requirement | Compliance Definition | Methodology for Assessing and Achieving Compliance | | | |
| | | | | | | | | | |
| **Requirements for Policies and Procedures** | | | | | | | | | |
| In Compliance | In Compliance | Creation of Written policies, procedures, and Training Materials | Task #1a, Source: Floyd remedial order, p.14 | Revise policies regarding stop and frisk to adhere to constitutional standards and New York state law | Compliance with this provision will be achieved when NYPD develops new policies regarding stops which comply with federal and state constitutional standards and which are approved by the Monitor and the Court. | Revise policies for stops to comport with federal and state constitutional standards. | | | |
| Partial Compliance | Partial Compliance | Implementation | Task #1b Source: Floyd remedial order, p.14 | NYPD stops and frisks comply with NYPD policies and with state and federal standards | Compliance with this provision will be achieved when: 1. Stops made by NYPD MOS comply with NYPD's new policies and with federal and state standards. 2. Stop reports that do not articulate reasonable suspicion for the stop or the frisk, or do not articulate the basis for the search are identified as deficient by supervisors and the officer is corrected. 3. Stop reports that do not articulate reasonable suspicion are identified by QAD, and corrective action is taken with respect to the relevant MOS (officers and supervisors). 4. QAD evaluates BWC footage of stop encounters described in audited stop reports, identifies stops when the BWC footage is contrary to the reasonable suspicion articulated in the stop report, and corrective action is taken with respect to the relevant officers and supervisors. | Percentage of compliant stops must increase over time. Reviews of BWC footage and associated stop reports will be made to assess the accuracy of stop reports and whether the BWC footage and stop reports are consistent. Compliance on this task is dependent on demonstration of compliance with documentation (Task 1c). Compliance must be consistent over time and across commands. Substantial compliance will be assessed by a combination of a quantitative measure (percentage of compliant stops) with a qualitative assessment of the Department's efforts, including input from the Community Liaison on the experiences of community members directly impacted by the NYPD's use of SQF, RISK Reviews, correction and discipline, and EIS. Compliance or non-compliance with other tasks/requirements will also inform the Monitor's qualitative assessment. | | | |
| Not yet in Compliance | Partial Compliance | Implementation | Task #1c Source: Floyd remedial order, p.14 | Stops and Frisk are Documented on Stop Reports | Compliance with this provision will be achieved when 1. Stops made by NYPD MOS are documented on Stop Reports; 2. In stop reports, officers articulate reasonable suspicion for the stop and frisk, if conducted, and the basis for a search, if conducted. 3. BWC footage of stops are not contrary to the reasonable suspicion articulated in stop reports of the same encounters. 4. Officers who make stops and do not document them are corrected through instructions and discipline. | RISKS Reviews, QAD audits, BWC Reviews. The Monitor team will review a combination of RAND audit compliance rates, PIE audit compliance rates and CCRB OMN rates for failure to complete stop reports. The Monitor team will also review and information obtained by the Community Liaison and samples of BWC videos. The Monitor will review the Department's efforts to correct undocumented stops, including RISK Reviews, supervisory actions and officer instructions and discipline. The Monitor also will assess NYPD efforts (by leadership and supervisors) to communicate the importance of documenting stops. Compliance must be consistent over time and | | | |
| In Compliance | In Compliance | Creation of Written policies, procedures and Training Materials | Task #2a Source: Floyd remedial order, p.17 | Revise policies regarding racial profiling to make clear targeting "right people" for stops is racial profiling and violates Constitution | Compliance with this provision will be achieved when NYPD develops new policies regarding racial profiling. | Revise policies to ensure race is not used improperly when officers conduct stops | | | |
| Not yet in Compliance | Partial Compliance | Implementation | Task #2b Source: Floyd remedial order, p.17 | NYPD stops and frisks comply with NYPD policies and with state and federal standards regarding racial profiling | Compliance with this provision will be achieved when: 1. Stops made by NYPD MOS comply with NYPD's new policies and with federal and state standards regarding racial profiling. 2. Data on stops, frisks and searches made by NYPD MOS do not show racial disparities that are not explained by legally justified reasons, and that are practically significant in magnitude and statistically significant, based on analyses conducted by Monitor experts. 3. Communications from NYPD leadership (executives, CO's and others) and officers' stop report narratives do not indicate a targeting of defined racial or ethnic groups for stops because of their prevalence in local crime suspect data. | Assessment of this task will be both quantitative and qualitative. Compliance or non-compliance with other tasks/requirements, such as Task 1c (documentation of stops) and Task 35 (racial profiling investigations), and input from the Community Liaison on the experiences of community members directly impacted by the NYPD's use of SQF, will inform the Monitor's assessment. Analyses will be conducted to assess whether there are racial disparities that are statistically significant and practically significant, and whether racial disparities are declining over time. Monitor team analyses may include: (1) An analysis of outcomes from stops (frisks, searches, summonses and arrests, force) for Blacks and Hispanics compared to similarly-situated non-Hispanics; (2) An analysis of the recovery rate of contraband and weapons for stops of Blacks and Hispanics compared to similarly-situated non-Hispanics; (3) An analysis of whether there are racial disparities in the stop reports that the Monitor team found deficient in articulating reasonable suspicion for stops, frisks or searches, including an assessment of how MOS are using the term "fits description." The Monitor team will also conduct an analysis that will examine racial disparity by place, over time. The Monitor team will also conduct analyses for assessing compliance with the *Davis* case. The Monitor team has conducted the following types of analyses: A. Descriptive results and multivariate analyses for 2013-2019, for NYCHA: (1) Comparison of trespass stops, arrests, and summonses over time in and around NYCHA developments; (2) Examination of whether outcomes vary by whether an officer is assigned to the Housing Bureau or other NYPD units. B. Spatial analysis of overall enforcement activity and disparities by race/ethnicity for *Davis* case: (3) Assess enforcement activity (stops, arrests, summonses) at various distances from NYCHA (inside, immediate surrounding, and further away) and whether the enforcement activities vary by race; (4) Assessment of relative racial disparity in enforcement activity (stops, arrests, summonses) in NYCHA properties compared to disparities in | | | |

| Status 1 | Status 2 | Category | Task | Description | Compliance Criteria | Notes |
|---|---|---|---|---|---|---|
| In Compliance | In Compliance | Creation of Written policies, procedures and Training Materials | Task #3 Source: Floyd remedial order, p.19 | Stop Report must include a narrative section to explain basis for the stop and a narrative section to explain basis for frisk or search, if applicable, and the stop report checkboxes must be simplified and improved. | Compliance with this provision will be achieved when: 1. NYPD revises its stop report form to include a narrative section for the officer to explain the reason for the stop. 2. NYPD revises its stop report form to include a narrative section for the officer to explain the reason for the frisk or search. 3. NYPD prepares a stop report form which contains simplified and improved checkboxes | |
| In Compliance | In Compliance | Creation of Written policies, procedures and Training Materials | Task #4 Source: Floyd remedial order, p.25 | NYPD must transmit FINEST message explaining Floyd and related reforms to entire Department | Compliance with this provision will be achieved when NYPD prepares and distributes a FINEST message detailing the Floyd litigation disposition and constitutional standards NYPD personnel have to comply when conducting stops | Prepare and distribute a FINEST message to all NYPD personnel summarizing the constitutional standards for conducting stops and frisks and prohibiting racial profiling |
| In Compliance | No Assessment | Creation of Written policies, procedures and Training Materials | Task #5a Source: Floyd remedial order (Ligon remedies section), p.33-34; Ligon stipulation of settlement, p.11 | NYPD shall develop and adopt the standards set forth in subparagraph E(1)(a) though (m) of the Ligon stipulation of settlement regarding enforcement activities in and around TAP buildings | Compliance with this provision will be achieved when: 1. NYPD revises its policy to specify when it is legally permissible to stop a person outside a TAP building on suspicion of trespass; 2. NYPD develops and adopts specified standards regarding enforcement activities in and around TAP buildings | Revise policies for stops to comport with federal and state constitutional standards. |
| Not yet in Compliance | No Assessment | Implementation | Task #5b Source: Floyd remedial order (Ligon remedies section), p.33-34; Ligon stipulation of settlement, p.11 | NYPD shall implement policies and procedures, training, supervision and monitoring programs sufficient to consistently follow, apply and use the standards regarding enforcement in and around TAP buildings specified in Paragraph E(1)(a) through (m) of the Ligon stipulation of settlement. | Compliance with this provision will be achieved when: 1. Stops made by NYPD MOS at TAP locations comply with NYPD's new policies and with federal and state standards. 2. Stop reports that do not articulate reasonable suspicion for the stop or the frisk, or do not articulate the basis for the search are identified as deficient by supervisors and the officer is corrected. 3. Stop reports that do not articulate reasonable suspicion are identified by QAD, and corrective action is taken with respect to the relevant MOS (officers and supervisors). 4. NYPD MOS follow the agreed-upon standards for investigative encounters and trespass enforcement activities in and around TAP buildings. | Percentage of compliant stops must increase over time. Compliance on this task is dependent on demonstration of compliance with documentation (Task 1c). Compliance must be consistent over time and across commands. The Monitor will meaningfully consider reports from community members, as reported to the Community Liaison, of unconstitutional trespass enforcement. |
| In Compliance | No Assessment | Creation of Written policies, procedures and Training Materials | Task #6a Source: Floyd remedial order (Ligon remedies section), p.34 | Amend Interim Order 22 with specified language regarding mere presence near, entry into or exit out of TAP building | Compliance will be achieved when revisions are made to NYPD policy (P.G. 212-59) on interior patrols in buildings enrolled in the Trespass Affidavit Program buildings specifying that mere presence outside of or entry into or exit from a TAP building does not constitute an objective credible reason to approach an individual under a DeBour analysis. | Revise and publish PG 212-59 |
| Not yet in Compliance | No Assessment | Implementation | Task #6b Source: Floyd remedial order (Ligon remedies section), p.34 | NYPD MOS must have OCR to approach person at TAP locations | Compliance will be achieved when NYPD MOS have OCR for Level 1 encounters at TAP locations. | The Monitor will meaningfully consider input from community members, as reported to the Community Liaison, about their experiences with unconstitutional trespass enforcement. |
| In Compliance | No Assessment | Creation of Written policies, procedures and Training Materials | Task #7 Source: Floyd remedial order (Ligon remedies section), p.34 | Draft FINEST message explaining revisions to Interim Order 22 | Compliance with this provision will be achieved when NYPD drafts and promulgates FINEST message explaining revisions to IO 22 | Draft and promulgate FINEST message explaining revisions to IO 22 |
| In Compliance | No Assessment | Creation of Written policies, procedures and Training Materials | Task #8a Source: Floyd remedial order (Ligon remedies section), p.35; Ligon stipulation of settlement, p.7 | Develop procedures to ensure Stop Reports are completed for every trespass stop at TAP locations | Compliance with this provision will be achieved when the NYPD has developed procedures to ensure that Stop Reports are prepared for all stops in and around TAP buildings | NYPD needs to revise its procedures to make clear that Stop Reports are required for all stops including stops for trespass outside of TAP buildings |
| Not yet in Compliance | No Assessment | Implementation | Task #8b Source: Floyd remedial order (Ligon remedies section), p.35; Ligon stipulation of settlement, p.7 | All stops at TAP locations must be documented by a Stop Report | Compliance with this provision will be achieved when MOS complete a Stop Report for all stops conducted in or around TAP buildings. | QAD Audits, RISK Reviews. Monitor team will review a combination of RAND audit compliance rates, PIE audit compliance rates and CCRB OMN rates for failure to complete stop reports. Compliance must be consistent over time and across commands. |
| In Compliance | No Assessment | Implementation | Task #9 Source: Floyd remedial order (Ligon remedies section), p.36 | Distribute revised TAP policies and procedures to each NYPD member and redistribute two additional times at six-month intervals | Compliance with this provision will be achieved when the revised version of P.G. 212-59 has been distributed to all MOS. | Distribution of P.G. 212-59 |
| In Compliance | In Compliance | Creation of Written policies, procedures and Training Materials | Task #10a Source: Davis stipulation of settlement, p.9 | Revise Patrol Guide 212-60 | Compliance with this provision will be achieved when the Department revises its policy on interior patrols in NYCHA buildings to promote constitutional interactions. | Revise PG 212-60 to promote constitutional interactions. |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Partial Compliance | Partial Compliance | Implementation | Task #10b  Source: Davis stipulation of settlement, p.9 | NYPD interior patrols, stops and frisks at NYCHA properties comply with NYPD policies and with state and federal standards | Compliance with this provision will be achieved when: 1. Stops made by NYPD MOS at NYCHA properties comply with NYPD's new policies and with federal and state standards.                             2. Stop reports that do not articulate reasonable suspicion for the stop or the frisk, or do not articulate the basis for the search are identified as deficient by supervisors and the officer is corrected.                          3. Stop reports that do not articulate reasonable suspicion are identified by QAD, and corrective action is taken with respect to the relevant MOS (officers and supervisors). | Percentage of compliant stops must increase over time.  Compliance on this task is dependent on demonstration of compliance with documentation (Task 1c#).  The Monitor will meaningfully consider input from community members, as reported to the Community Liaison, about their experiences with unconstitutional trespass enforcement. | | | |
| Partial Compliance | No Assessment | Implementation | Task #10c  Source: Davis stipulation of settlement, p.9 | NYPD trespass arrests at NYCHA properties comply with NYPD policies and with state and federal standards | Compliance with this provision will be achieved when: 1. Trespass arrests made at NYCHA properties comply with the NYPD's policies and with federal and state standards | Percentage of compliant arrest must increase over time.  Compliance must be consistent over time and across commands.  The Monitor will meaningfully consider input from community members, as reported to the Community Liaison, about their experiences with unconstitutional trespass enforcement. | | | |
| In Compliance | In Compliance | Creation of Written policies, procedures and Training Materials | Task #11a Source: Davis stipulation of settlement, p.10, Ligon stipulation of settlement, p.12 | Revise Trespass Crimes Fact Sheet | Compliance with this provision will be achieved when the Department revises the Trespass Crimes Fact Sheet | Revise Trespass Crimes Fact Sheet | | | |
| Partial Compliance | No Assessment | Implementation | Task #11b  Source: Davis stipulation of settlement, p.10, Ligon stipulation of settlement, p.12 | MOS use Trespass Crime Fact Sheet for Housing trespass arrests | Compliance with this provision will be achieved when: 1. NYPD MOS complete a Trespass Crime Fact Sheet form (PD 351-144) prior to arraignment, any time they effect an arrest for trespass in or around a NYCHA residence.            2. The TCFS articulates a proper basis for the approach and probable cause for the trespass arrest. | Compliance must be consistent across commands and over time. | | | |
| In Compliance | No Assessment | Creation of Written policies, procedures and Training Materials | Task #12a  Source: Ligon stipulation of settlement, p.10 | NYPD officers are required to complete a Trespass Crimes Fact Sheet for every trespass arrest made in or around a TAP building | Compliance with this provision will be achieved when officers are required to complete a Trespass Crimes Fact Sheet for all trespass arrests made in or around TAP buildings prior to arraignment. | Require officers to complete a Trespass Crimes Fact Sheet for all trespass arrests made in or around TAP buildings prior to arraignment | | | |
| Not yet in Compliance | No Assessment | Implementation | Task #12b  Source: Ligon stipulation of settlement, p.10 | NYPD officers complete a Trespass Crimes Fact Sheet for every trespass arrest made in or around a TAP building | Compliance with this provision will be achieved when:   1. Officers complete a Trespass Crimes Fact Sheet for all trespass arrests made in or around TAP buildings prior to arraignment;                            2. The TCFS articulates a proper basis for the approach and probable cause for the trespass arrest. | Compliance must be consistent across commands and over time. | | | |
| In Compliance | No Assessment | Creation of Written policies, procedures and Training Materials | Task #13a  Source: Ligon stipulation of settlement, p.13-14 | Revise and promulgate Administrative Guide 303-27 | Compliance with this provision will be achieved when the NYPD promulgates the revised AG 303-27. | Promulgate the revised AG 303-27. | | | |
| Not yet in Compliance | No Assessment | Implementation | Task 13b  Source: Ligon stipulation of settlement, p.10 | Implement Administrative Guide 303-27 | Compliance with this provision will be achieved when the NYPD implements the revised AG 303-27: 1. CPOs obtain appropriate Trespass Crimes Owner's Affidavit and complete TAP enrollment form for buildings entering the program.                          2. CPOs review and evaluate whether to renew a building's participation in the program before the expiration of six months.                                 3. COs review and evaluate whether to renew a building's participation in the program before the expiration of one year. 4. Borough Commanders are notified if there is a need for a building to remain in TAP beyond one year, and will recommend approval to the Officer of the Chief of Patrol if the they determine the building should remain in the program. The Office of the Chief of Patrol will issue the final approval | | | | |
| Not yet in Compliance | Not yet in Compliance | Implementation | Task #14  Source: Floyd remedial order, p.21 | NYPD Business Card offered to persons stopped but not arrested or summonsed, replacing the tear-off receipt | Compliance will be achieved when NYPD MOS offer a business card to persons stopped but not arrested or summonsed | Monitor team will review BWC videos and Stop Reports to assess whether persons stopped but not arrested or summonsed are offered a business card.  The Monitor will meaningfully consider input from community members, as reported to the Community Liaison, of failure to offer a business card. | | | |
| | | **Supervisory Review Requirements** | | | | | | | |
| In Compliance | In Compliance | Creation of Written policies, procedures and Training Materials | Task #15a Floyd remedial order, p.24 | Sergeants and must address constitutionality of stops of their subordinates | Compliance with this provision will be achieved when: 1. NYPD policies and procedures require supervisors to review stops for constitutionality in a comprehensive manner; 2. NYPD requires supervisors to complete Supervisory Review section of Stop Report; | Add Supervisor checkboxes "Sufficient Basis to Stop," "Sufficient Basis for Frisk" and Sufficient Basis for Search" on the Stop Report, which requires supervisor to determine whether officer had reasonable suspicion to stop and, if applicable, frisk  or search the individual; | | | |

| Status 1 | Status 2 | Category | Task | Description | Compliance Criteria | Monitor Assessment |
|---|---|---|---|---|---|---|
| Not yet in Compliance | Not yet in Compliance | Implementation | Task #15b Source: Floyd remedial order, p.24 | Sergeants review and assess the constitutionality of stops of their subordinates | Compliance with this provision will be achieved when: 1. Supervisors review stops for constitutionality in a comprehensive manner and take appropriate corrective action when they identify improper stops, frisks or searches. 2. Supervisors who observe or learn of MOS who make a stop but do not document the stop with a stop report take appropriate corrective action. | Monitor team will examine a sample of stop reports audited by QAD; as well as ICO self-inspections and QAD's audit of supervisory review. Monitor team will also assess NYPD's efforts through RISKS Reviews and follow-up training conducted for supervisors who do not identify deficient stop reports. |
| In Compliance | In Compliance | Creation of Written policies, procedures and Training Materials | Task #16a Source: Floyd remedial order, p.24 | ICOs must address constitutionality of stops of their subordinates | Compliance with this provision will be achieved when: 1. NYPD prepares ICOs self-inspection procedures and forms for review of Stop Reports for constitutionality | ICO SQF self-inspection protocols revised |
| Partial Compliance | Partial Compliance | Implementation | Task #16b Source: Floyd remedial order, p.24 | ICOs conduct Self-Inspections to assess the constitutionality of stops | Compliance with this provision will be achieved when: 1. ICOs complete SQF self-inspections and review Stop Reports for constitutionality; | Monitor team will assess a sample of ICO Self-Inspections as well as reviewing the QAD audit findings of ICO self-inspections. ICO efforts to review BWC footage will also be considered. |
| | | **Training Requirements** | | | | |
| In Compliance | In Compliance | Creation of Written policies, procedures and Training Materials | Task #17a Source: Floyd remedial order, p.14 | Revise training regarding stop and frisk to adhere to new NYPD policies, constitutional standards and New York state law | Compliance with this provision will be achieved when 1. NYPD develops new In-Service training regarding stops which comply with federal and state standards and which are approved by the Monitor and the Court; 2. NYPD develops new In-Service training for supervisors regarding their responsibilities for reviewing officer stops and documentation of stops. | Revise training materials for stops to comport with federal and state standards. |
| In Compliance | In Compliance | Creation of Written policies, procedures and Training Materials | Task #17b Source: Floyd remedial order, p.14 | Revise recruit training regarding stop and frisk to adhere to new NYPD policies, constitutional standards and New York state law | Compliance with this provision will be achieved when 1. NYPD develops new Recruit training regarding stops which comply with federal and state standards and which are approved by the Monitor and the Court. | Revise training materials for stops to comport with federal and state standards. |
| In Compliance | In Compliance | Implementation | Task #17c Source: Floyd remedial order, p.14 | NYPD has trained its members regarding stops to comply with NYPD policies and with state and federal standards | Compliance with this provision will be achieved when: 1. NYPD training instructors provide training consistent with the court approved training materials. 2. NYPD patrol officers and detectives are trained on investigative encounters. 3. NYPD supervisors are trained on investigative encounters and their responsibility for reviewing officer stops and documentation of stops; | Patrol officers, detectives and supervisors in the Patrol Services Bureau, Housing Bureau and Transit Bureau must be trained regarding investigative encounters to demonstrate substantial compliance Other MOS with enforcement responsibilities, such as those in Narcotics and Gang Units and the Strategic Response Group also must be trained. The training must be effective and consistent, both in terms of consistent with the curricula and consistently provided over time, based on Monitor Team observation. Qualitative assessment of SQF training will also take into account outcome measures, such as the level of compliance of MOS as reflected in their stop reports and an assessment of unreported stops. Sustained compliance will be assessed in conjunction with refresher training in Task 31b. |
| In Compliance | In Compliance | Implementation | Task #17d Source: Floyd remedial order, p.14 | NYPD has trained its recruits regarding stops to comply with NYPD policies and with state and federal standards | Compliance with this provision will be achieved when: 1. NYPD training instructors provide training consistent with the court approved training materials. 2. NYPD recruit officers are trained on investigative encounters. | Patrol officers, detectives and supervisors in the Patrol Services Bureau, Housing Bureau and Transit Bureau must be trained regarding investigative encounters to demonstrate substantial compliance Other MOS with enforcement responsibilities, such as those in Narcotics and Gang Units and the Strategic Response Group also must be trained. The training must be effective and consistent, both in terms of consistent with the curricula and consistently provided over time, based on Monitor Team observation. Qualitative assessment of SQF training will also take into account outcome measures, such as the level of compliance of MOS as reflected in their stop reports and an assessment of unreported stops. Sustained compliance will be assessed in conjunction with refresher training in Task 31b. |
| In Compliance | In Compliance | Creation of Written policies, procedures and Training Materials | Task #18a Source: Floyd remedial order, p.17 | Revise in-service training regarding racial profiling to make clear targeting "right people" for stops is racial profiling and violates Constitution | Compliance with this provision will be achieved when NYPD develops new in-service training regarding racial profiling | Revise training to ensure race is not used improperly when officers conduct stops |
| In Compliance | In Compliance | Creation of Written policies, procedures and Training Materials | Task #18b Source: Floyd remedial order, p.17 | Revise recruit training regarding racial profiling to make clear targeting "right people" for stops is racial profiling and violates | Compliance with this provision will be achieved when NYPD develops new recruit training regarding racial profiling | Revise training to ensure race is not used improperly when officers conduct stops |

| Status 1 | Status 2 | Category | Task | Description | Compliance Criteria | Notes |
|---|---|---|---|---|---|---|
| In Compliance | In Compliance | Implementation | Task #18c Source: Floyd remedial order, p.17 | NYPD has trained its members regarding stops to comply with NYPD policies and with state and federal standards regarding racial profiling | Compliance with this provision will be achieved when: 1. NYPD training instructors provide training consistent with the court approved training materials. 2. NYPD patrol officers, detectives and supervisors are trained regarding racial profiling. | Patrol officers, detectives and supervisors in the Patrol Services Bureau, Housing Bureau and Transit Bureau must be trained regarding investigative encounters to demonstrate substantial compliance  Other MOS with enforcement responsibilities, such as those in Narcotics and Gang Units and the Strategic Response Group also must be trained. The training must be effective and consistent, both in terms of consistent with the curricula and consistently provided over time, based on Monitor Team observation.  Qualitative assessment of SQF training will also take into account outcome measures, such as the level of compliance with Task #2b.  Sustained compliance will be assessed in conjunction with refresher training in Task 31b. |
| In Compliance | In Compliance | Implementation | Task #18d Source: Floyd remedial order, p.17 | NYPD has trained its recruts regarding stops to comply with NYPD policies and with state and federal standards regarding racial profiling | Compliance with this provision will be achieved when: 1. NYPD training instructors provide training consistent with the court approved training materials. 2. NYPD recruit officers are trained regarding racial profiling. | Patrol officers, detectives and supervisors in the Patrol Services Bureau, Housing Bureau and Transit Bureau must be trained regarding investigative encounters to demonstrate substantial compliance  Other MOS with enforcement responsibilities, such as those in Narcotics and Gang Units and the Strategic Response Group also must be trained. The training must be effective and consistent, both in terms of consistent with the curricula and consistently provided over time, based on Monitor Team observation.  Qualitative assessment of SQF training will also take into account outcome measures, such as the level of compliance with Task #2b.  Sustained compliance will be assessed in conjunction with refresher training in Task 31b. |
| In Compliance | In Compliance | Creation of Written policies, procedures and Training Materials | Task #19a Source: Floyd remedial order, p.21 | NYPD has developed in-service training in use of new Stop Report | Compliance with this provision will be achieved when NYPD develops new training guidelines for officers to explain reasons for stopping and frisking the individual, especially why the officer had reasonable suspicion that individual was committing or about commit criminal activity and was armed and dangerous. | Revise training for stops and frisk to comport with federal and state standards |
| In Compliance | In Compliance | Creation of Written policies, procedures and Training Materials | Task #19b Source: Floyd remedial order, p.21 | NYPD has developed recruit training in use of new Stop Report | Compliance with this provision will be achieved when NYPD develops new training guidelines for recruits to explain reasons for stopping and frisking the individual, especially why the officer had reasonable suspicion that individual was committing or about commit criminal activity and was armed and dangerous. | Revise training for stops and frisk to comport with federal and state standards |
| In Compliance | In Compliance | Implementation | Task #19c Source: Floyd remedial order, p.21 | NYPD has trained its members regarding the use of the new Stop Report | Compliance with this provision will be achieved when: 1. NYPD training instructors provide training consistent with the court approved training materials. 2. NYPD patrol officers, detectives and supervisors are trained regarding the use of the new Stop Report. | Patrol officers, detectives and supervisors in the Patrol Services Bureau, Housing Bureau and Transit Bureau must be trained regarding investigative encounters to demonstrate substantial compliance  Other MOS with enforcement responsibilities, such as those in Narcotics and Gang Units and the Strategic Response Group also must be trained. The training must be effective and consistent, both in terms of consistent with the curricula and consistently provided over time, based on Monitor Team observation. |
| In Compliance | In Compliance | Implementation | Task #19d Source: Floyd remedial order, p.21 | NYPD has trained its recruit members regarding the use of the new Stop Report | Compliance with this provision will be achieved when: 1. NYPD training instructors provide training consistent with the court approved training materials. 2. NYPD recruit officers are trained regarding the use of the new Stop Report. | Patrol officers, detectives and supervisors in the Patrol Services Bureau, Housing Bureau and Transit Bureau must be trained regarding investigative encounters to demonstrate substantial compliance  Other MOS with enforcement responsibilities, such as those in Narcotics and Gang Units and the Strategic Response Group also must be trained. The training must be effective and consistent, both in terms of consistent with the curricula and consistently provided over time, based on Monitor Team observation. |
| In Compliance | In Compliance | Creation of Written policies procedures, and Training Materials | Task #20a Source: Floyd remedial order, p.24 | NYPD has developed training on supervisory responsibilities for newly promoted supervisors | Compliance with this provision will be achieved when: 1. NYPD has developed training, approved by the monitor and the Court, for newly promoted NYPD supervisors on investigative encounters and their responsibility for reviewing officer stops and documentation of stops. | |
| In Compliance | In Compliance | Implementation | Task #20b Source: Floyd remedial order, p.24 | NYPD has trained its newly promoted supervisors on supervisory responsibilities for newly promoted supervisors | Compliance with this provision will be achieved when: 1. NYPD training instructors provide training consistent with the court approved training materials. 2. Newly promoted NYPD supervisors are trained on investigative encounters and their responsibility for reviewing officer stops and documentation of stops. | The training must be effective and consistent, both in terms of consistent with the curricula and consistently provided over time, based on Monitor Team observation. |
| In Compliance | No Assessment | Creation of Written policies, procedures and Training Materials | Task #21a Source: Floyd remedial order (Ligon remedies section), p.36; Ligon stipulation of settlement, p.16 | NYPD must develop stop and frisk training at Rodman's Neck that incorporates instruction specifically targeting the problem of unconstitutional stops outside TAP buildings | Compliance with this provision will be achieved when the SQF in-service training materials at Rodman's Neck incorporates instruction specifically aimed at the preventing unconstitutional stops outside TAP buildings. | SQF in-service training needs to include instruction specifically aimed at preventing unconstitutional stops outside TAP buildings. |

| Status 1 | Status 2 | Category | Task | Source Description | Compliance Criteria | Notes |
|---|---|---|---|---|---|---|
| In Compliance | No Assessment | Implementation | Task #21b Source: Floyd remedial order (Ligon remedies section), p.36; Ligon stipulation of settlement, p.16 | NYPD has trained its members regarding stops at TAP locations to comply with NYPD policies and with state and federal standards | Compliance with this provision will be achieved when: 1. NYPD training instructors provide training consistent with the court approved training materials. 2. NYPD patrol officers, detectives and supervisors are trained on stops at TAP locations. | Patrol officers, detectives and supervisors in the Patrol Services Bureau, Housing Bureau and Transit Bureau must be trained regarding investigative encounters to demonstrate substantial compliance  Other MOS with enforcement responsibilities, such as those in Narcotics and Gang Units and the Strategic Response Group also must be trained. The training must be effective and consistent, both in terms of consistent with the curricula and consistently provided over time, based on Monitor Team observation. |
| In Compliance | No Assessment | Creation of Written policies, procedures and Training Materials | Task #22a Source: Floyd remedial order (Ligon remedies section), p.36 | NYPD must develop training regarding stops outside TAP buildings for new recruits | Compliance with this provision will be achieved when the recruit training includes the constitutional standard for when an officer may and may not stop someone outside of a TAP building | Recruit training needs to include instruction specifically on when an officer may and may not stop someone outside of a TAP building |
| Partial Compliance | No Assessment | Implementation | Task #22b Source: Floyd remedial order (Ligon remedies section), p.36 | NYPD has trained its recruits regarding stops at TAP locations to comply with NYPD policies and with state and federal standards | Compliance with this provision will be achieved when: 1. NYPD training instructors provide training consistent with the court approved training materials. 2. NYPD recruits are trained on stops at TAP locations. | Interior Patrol training course must be part of Recruit Curriculum taken by each recruit class. The training must be effective and consistent, both in terms of consistent with the curricula and consistently provided over time, based on Monitor Team observation. |
| In Compliance | In Compliance | Creation of Written policies, procedures and Training Materials | Task #23a Source: Floyd remedial order (Ligon remedies section), p.36 | Field Training Guide and FTO training materials must be revised to reflect formal written policy governing trespass stops outside TAP buildings | Compliance with this provision will be achieved when the Field Training Guide and FTO training materials have been revised to reflect the formal written policy governing trespass stops outside of TAP buildings. | The Field Training Guide and FTO training needs to include instruction regarding the formal written policy governing trespass stops outside of TAP buildings. |
| In Compliance | In Compliance | Implementation | Task #23b Source: Floyd remedial order (Ligon remedies section), p.36 | NYPD has trained its FTOs on TAP policies and procedures | Compliance with this provision will be achieved when FTOs have been trained on TAP policies and procedures | SQF Training module must be part of each FTO training class. The training must be effective and consistent, both in terms of consistent with the curricula and consistently provided over time, based on Monitor Team observation. |
| In Compliance | In Compliance | Implementation | Task #24 Source: Floyd remedial order (Ligon remedies section), p.36 | SQF Training Video No. 5 must be revised to state information in earlier video was incorrect | Compliance with this provision will be achieved when the Department disseminates an SQF video stating that the information in the previous training video was incorrect and explain why it was incorrect. | Create SQF video stating that the information in the previous training video was incorrect and explaining why it was incorrect. |
| In Compliance | In Compliance | Creation of Written policies, procedures and Training Materials | Task #25a Source: Davis stipulation of settlement, p.9 | Revise Interior Patrol recruit training | Compliance with this provision will be achieved when the Department revises its recruit training on interior patrols in NYCHA buildings to promote constitutional interactions. | Revise Interior Patrol recruit training to promote constitutional interactions in and around NYCHA buildings. |
| Partial Compliance | In Compliance | Implementation Compliance | Task #25b Source: Davis stipulation of settlement, p.9 | Train recruits at the Academy on Interior Patrol | Compliance with this provision will be achieved when the Department trains its recruits in the Police Academy on interior patrols in NYCHA buildings to promote constitutional interactions. | Interior Patrol Training Course must be part of Recruit Curriculum taken by each recruit class. The training must be effective and consistent, both in terms of consistent with the curricula and consistently provided over time, based on Monitor Team observation. |
| In Compliance | In Compliance | Creation of Written policies, procedures and Training Materials | Task #26a Source: Davis stipulation of settlement, p.9 | Revise training regarding NYCHA rules, regulations, and signage | Compliance with this provision will be achieved when the Department: 1. Develops roll call training for Housing officers on NYPD policies on interior patrol; 2. Develops training for Housing officers that includes instruction on NYCHA rules, regulations, and signage utilizing material contained in Exhibit E (lesson plan) contained in the Davis stipulation. | Create Housing one-day training that includes instruction based on Exhibit E of the stipulation, specifically including instruction on NYCHA rules, regulations, and signage |
| In Compliance | In Compliance | Implementation | Task #26b Source: Davis stipulation of settlement, p.9 | Implement training regarding NYCHA rules, regulations, and signage | Compliance with this provision will be achieved when: 1. NYPD disseminates roll call training on NYPD interior patrol policies to Housing officers; 2. NYPD training instructors provide training for Housing officers consistent with the court approved training materials. 3. NYPD Housing officers and supervisors are trained on NYCHA rules, regulations, and signage utilizing material contained in Exhibit E (lesson plan) of the Davis stipulation. | The training must be effective and consistent, both in terms of consistent with the curricula and consistently provided over time, based on Monitor Team observation. |
| Partial Compliance | No Assessment | Implementation | Task #27 Source: Ligon stipulation of settlement, p.16 | Ensure every member of NYPD who is involved in administration of TAP is trained on specified standards | Compliance with this provision will be achieved when TAP administrators have been trained on the specified standards. | Revise TAP enrollment form and instructions and meet with relevant actors to go over how to implement the revisions. |

| Status 1 | Status 2 | Category | Task | Source/Description | Compliance Criteria | Notes |
|---|---|---|---|---|---|---|
| In Compliance | In Compliance | Creation of Written policies, procedures and Training Materials | Task #28a Source: Floyd remedial order p.16 | Training on constitutional standard for a frisk - reasonable suspicion that a stopped person is armed and dangerous to correct overbroad definition of furtive behavior, the misleading training on unusual firearms | Compliance with this provision will be achieved when: 1. Errors identified in the training materials (furtive behavior," "unusual firearms") have been corrected; 2. The proper legal standards for a frisk or search are clearly articulated in the SQF training; | Revise recruit and in-service trainings to correct identified errors and clearly articulate the proper legal standards regarding stops and frisks. |
| In Compliance | In Compliance | Implementation | Task #28b Source: Floyd remedial order p.16 | Training on constitutional standard for a frisk - reasonable suspicion that a stopped person is armed and dangerous to correct overbroad definition of furtive behavior, the misleading training on unusual firearms | Compliance with this provision will be achieved when: 1. NYPD training instructors provide training consistent with the court approved training materials. 2. NYPD recruits are correctly trained on identifying characteristics of armed suspects. | Monitor team observation of Characteristics of Armed Suspects recruit training. The training must be effective and consistent, both in terms of consistent with the curricula and consistently provided over time, based on Monitor Team observation. |
| Partial Compliance | In Compliance | Creation of Written policies, procedures and Training Materials | Task #29a Source: Floyd remedial order p.24-25 | NYPD develops training for its investigators on racial profiling complaint investigations | Compliance with this provision will be achieved when: 1. IAB develops an Internal Investigators Course on profiling and bias-based policing. | |
| Not yet in Compliance | Partial Compliance | Implementation | Task #29b Source: Floyd remedial order p.16 | NYPD must train investigators on racial profiling complaint investigations | Compliance with this provision will be achieved when: 1. IAB intake personnel are trained on handling profiling complaints; 2. Investigators in Investigations Units who will be undertaking profiling investigations have been trained on investigating profiling complaints | Monitor team observation of Internal Investigators course, Module #4. The training must be effective and consistent, both in terms of consistent with the curricula and consistently provided over time, based on Monitor Team observation. Assessment of the training will be informed by the Monitor's review of profiling investigations, Task 35(b). |
| In Compliance | In Compliance | Creation of Written policies, procedures and Training Materials | Task #30a Source: Floyd remedial order p.14 | NYPD must develop training for officers newly assigned to plainclothes assignments | Compliance with this provision will be achieved when: 1. NYPD has developed training, approved by the monitor and the Court, for officers newly assigned to plainclothes units on investigative encounters and the standards for stops and frisks. | |
| Not yet in Compliance | Partial Compliance | Implementation | Task #30b Source: Floyd remedial order p.14 | Training is provided for officers newly assigned to plainclothes assignments | Compliance with this provision will be achieved when: 1. NYPD training instructors provide training consistent with the court approved training materials. 2. NYPD MOS assigned to plainclothes units are trained on investigative encounters. | SQF Training module must be part of each Basic Plainclothes training class. The training must be effective and consistent, both in terms of consistent with the curricula and consistently provided over time, based on Monitor Team observation. |
| Partial Compliance | In Compliance | Creation of Written policies, procedures and Training Materials | Task #31a Source: Floyd remedial order p.14 | NYPD develops SQF refresher training for incumbent and probationary officers, and for supervisors | Compliance with this provision will be achieved when: 1. NYPD develops SQF refresher training for incumbent and probationary officers. 2. NYPD develops SQF refresher training for supervisors. | Create refresher course for incumbent and probationary officers |
| Not yet in Compliance | Not yet in Compliance | Implementation | Task #31b Source: Floyd remedial order p.14 | NYPD conducts SQF refresher training for incumbent and probationary officers | Compliance with this provision will be achieved when: 1. NYPD provide training consistent with court approved training materials. 2. NYPD incumbent and probationary officers have taken a refresher course on investigative encounters. 3. Supervisors have taken a refresher course on investigative encounters and supervisory responsibilities for review of stop reports and documentation. | Conduct SQF refresher for incumbent and probationary officers. |
| | | **Body-Worn Camera Requirements** | | | | |
| In Compliance | In Compliance | Implementation | Task #32a Source: Floyd remedial order p.27 | NYPD must institute one-year BWC pilot project | Compliance with this provision will be achieved when: 1. The Monitor reports on the results of his BWC Pilot with respect to the effectiveness of body-worn cameras in reducing unconstitutional Stop and Frisks. | Acquire BWC technology; Create BWC policy PG 212-123; equip MOS in pilot commands with BWC for use on the third platoon; train affected MOS in proper use of BWC's. Retaining BWC footage for use by Monitor's team. |
| In Compliance | In Compliance | Implementation | Task #32b Source: Floyd remedial order p.27 | NYPD must develop procedures for supervisory review of BWC videos | Compliance with this provision will be achieved when: 1. NYPD implements supervisory reviews of BWCs consistent with the review protocols approved by the Monitor. | |
| In Compliance | In Compliance | Implementation | Task #32c Source: Floyd remedial order p.27 | NYPD must develop procedures for sharing BWC videos with the CCRB for complaint investigations | Compliance with this provision will be achieved when: 1. NYPD shares BWC videos with CCRB consistent with procedures approved by the Monitor. | |
| Partial Compliance | No Assessment | Implementation | Task #33 Source: October 2018 Court approval of stop report | NYPD must implement a BWC pilot for Housing officers working in PSA | Compliance with this provision will be achieved when the Monitor reports on the results of his PSA BWC Pilot with respect to the effectiveness of body-worn cameras in reducing unconstitutional Stop and Frisks. | |
| | | **Complaints and Discipline Requirements** | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Partial Compliance | No Assessment | Creation of Written policies, procedures and Training Materials | Task #34a Source: Floyd remedial order, p.24 | DAO must improve procedures for imposing discipline by increasing deference to CCRB credibility determinations, applying evidentiary standard that is neutral between claims of complainants and officers and not requiring corroborating physical evidence | Compliance with this provision will be achieved when NYPD improves its procedures regarding imposing discipline in response to CCRB findings of substantiated misconduct during stops. | Establish Department Advocate's Office procedures relating to handling and prosecution of substantiated complaints received from the CCRB. | |
| Partial Compliance | No Assessment | Implementation | Task #34b Source: Floyd remedial order, p.24 | DAO handling of substantiated CCRB complaints must meet improved procedures | Compliance with this provision will be achieved when: 1. The DAO's handling of substantiated CCRB complaints reflects: (a) Increased deference to CCRB's factual findings; (b) A neutral evidentiary standard; and (c) No general requirement of corroborating physical evidence. 2. NYPD tracks and analyzes CCRB complaints and discipline imposed. | Monitor review of DAO handling of CCRB complaints, including case files for Reconsideration Requests and Provision II retention cases. | |
| Partial Compliance | In Compliance | Creation of Written policies, procedures and Training Materials | Task #35a Source: Floyd remedial order, p.24-25 | NYPD must begin tracking and investigating racial profiling complaints | Compliance with this provision will be achieved when: 1. IAB establishes a procedural guide for processing and investigating cases of profiling and bias-based policing | | |
| Not yet in Compliance | Partial Compliance | Implementation | Task #35b Source: Floyd remedial order, p.24-25 | Racial Profiling complaints must be thoroughly and fairly investigated | Compliance with this provision will be achieved when: 1. NYPD tracks and investigates profiling investigations; 2. NYPD investigations are thorough and impartial and consistent with the IAB guide. 3. NYPD analyzes trends and patterns of profiling complaints. | Any complaints that contain an allegation of profiling will be processed and inputted into the IAB case management system, appropriately assigned to an investigator in IAB (for C cases) or in an Investigation Unit, and the results of the investigation will be tracked by IAB. Investigators assigned to Investigations Units and IAB will receive training and guidance regarding investigation of allegations of racial profiling. Monitor review of profiling investigation files. | |
| | | **Auditing Requirements** | | | | | |
| In Compliance | In Compliance | Creation of Written policies, procedures and Training Materials | Task #36a Source: Floyd remedial order, p.23 | NYPD establishes auditing procedures that identify non-compliant stops, frisks, searches, trespass arrests and a mechanism for correcting them | Compliance will be achieved when the NYPD establishes an auditing plan that: 1. Provides a sampling methodology for auditing Stop Reports; 2. Provides audit procedures for Stop Reports, assessing whether: (i) officers sufficiently articulated reasonable suspicion as the basis for the stop, (ii) officers sufficiently articulated the legal basis for a frisk and/or search, if applicable; (iii) supervisors reviewed the form and made correct determinations about the legality of the stop, frisk and search and took appropriate follow-up action; 3. Includes a review of BWC videos as part of the SQF audits; 4. Includes a review and audit of Command Self-Inspections; 5. Includes audit procedures for trespass arrests and associated TCFS at NYCHA and TAP locations assessing whether: (i) officers sufficiently articulate a legal basis for the approach; and (ii) officers sufficiently articulated probable cause for the arrest; 6. Provides procedures for audits of Police Initiated Enforcement arrests; 7. Provides procedures for RAND audits. | | |
| In Compliance | In Compliance | Implementation | Task #36b Source: Floyd remedial order, p.23 | NYPD implements auditing procedures that identify non-compliant stops, frisks, searches, trespass arrests and a mechanism for correcting them | Compliance will be achieved when: 1. The NYPD conducts auditing in accordance with a plan approved by the monitor and the Court; 2. QAD audits identify non-compliant stops, frisks, searches and trespass arrests; 3. Commands take appropriate action in response to QAD findings | Monitor team will review a representative sample of stop reports, along with BWC footage, and will compare QAD audit results with Monitor audit results. | |
| No Assessment | Not yet in Compliance | Creation of Written policies, procedures and Training Materials | Task #36c Source: Floyd remedial order, p. 24 | NYPD establishes procedures for monitoring members' use of stop and frisk and trespass enforcement in compliance with the Fourteenth | Compliance will be achieved when: 1. The NYPD establishes procedures for monitoring its members' use of stop and frisk and trespass enforcement in compliance with the 14th Amendment, in accordance with a plan approved by the monitor and the Court. | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| No Assessment | Not yet in Compliance | Implementation | Task #36d Source: Floyd remedial order, p. 24 | NYPD implements procedures for monitoring members' compliance with the Fourteenth Amendment | Compliance will be achieved when: 1. The NYPD conducts efforts to monitor its members' use of stop and frisk and trespass enforcement in compliance with the 14th Amendment, in accordance with a plan approved by the monitor and the Court. | | |
| | | **Early Intervention System** | | | | | |
| In Compliance | In Compliance | Creation of Written policies, procedures and Training Materials | Task #37a Source: Court Order Regarding Facilitator's Recommendation No. 1 | NYPD to design a program to receive, assess, and act on information regarding adverse findings regarding unlawful stops and trespass enforcements | Compliance will be achieved when the Department submits a plan, approved by the Court, to receive, assess, and act on information regarding adverse findings regarding unlawful stops and trespass enforcements | | |
| Partial Compliance | Partial Compliance | Implementation | Task #37b Source: Court Order Regarding Facilitator's Recommendation No. 1 | NYPD to implement a program to receive, assess, and act on information regarding adverse findings regarding unlawful stops and trespass enforcements | Compliance will be achieved when: 1. The NYPD implements a program to receive, assess, and act on information regarding adverse findings regarding unlawful stops and trespass enforcements, in accordance with a plan approved by the Court; 2. Data on declined prosecutions, adverse credibility findings, suppression decisions, lawsuits and denials of indemnification are included in the Department's early intervention system; 3. Commanding Officers and RMB implement and document interventions for officers identified through data on at-risk behaviors in the categories identified by the court. | Monitor will review EIS system to ensure that appropriate data is included in system and that Commanding Officers and RMB implement interventions when MOS reach threshold triggers. | |
| | | **Performance Evaluation** | | | | | |
| In Compliance | In Compliance | Creation of Written policies, procedures and Training Materials | Task #38a Source: Floyd remedial order, p.17; Floyd Order approving PERF, 11/6/2017 | Performance Evaluation System that does not pressure MOS to make stops without regard to constitutionality | Compliance will be achieved when: 1. NYPD eliminates Operation Order 52 and any improper performance objectives from its performance evaluation system; 2. NYPD establishes a performance evaluation system that does not pressure MOS to make stops without regard to their constitutionality; 3. NYPD establishes a performance evaluation system that does not undermine the goals of the remedial process. | | |
| No Assessment | Partial Compliance | Implementation | Task #38b Source: Floyd remedial order, p.17; Floyd Order approving PERF, 11/6/2017 | Implementation of Performance Evaluation System that does not pressure officers to make stops without regard to constitutionality | Compliance with this provision will be achieved when the NYPD's performance-evaluation system, on paper and in practice, does not: 1. Reinstitute pressures that result in a focus on the quantity of stops without regard to their lawfulness; or 2. Undermine the goals of the remedial process, including compliance with the Fourth and Fourteenth Amendments of the Constitution as required by the Remedies Opinion. | | |
| | | **Joint Remedial Process/Alternative Plan/Monitor's Studies** | | | | | |
| In Compliance | In Compliance | Implementation | Task #39 Source: Floyd remedial order, p.30 | NYPD must participate in the Joint Remedial Process | Compliance with this provision will be achieved when: 1. NYPD participates in the Joint Remedial Process; 2. Facilitator submits his report and recommendations to the parties, the monitor and the Court. | Participate in JRP meetings and respond to Facilitator's Final Report. | |
| N/A (New Task) | In Compliance | Creation of Written policies, procedures and Training Materials | Task #40a Source: Court Order Regarding NYPD Alternative Plan and Monitor's Studies | The NYPD must develop procedures for requiring officers to activate their BWC videos at Level 1 at the inception of Level 1 encounters | Compliance will be achieved when the NYPD develops and publishes procedures for requiring officers to activate their BWC at Level 1 encounters. | | |
| N/A (New Task) | Partial Compliance | Implementation | Task #40b Source: Court Order Regarding NYPD Alternative Plan and Monitor's Studies | The NYPD must train its officers regarding the revised BWC policy and officers must implement the procedures. | Compliance will be achieved when 1. The NYPD completes training of its members regarding the revised BWC policies; 2. Members activate their cameras at Level 1 encounters and correctly document Level 1 and Level 2 encounters in the BWC metadata. | | |
| N/A (New Task) | Partial Compliance | Implementation | Task #40c Source: Court Order Regarding NYPD Alternative Plan and Monitor's Studies | NYPD must participate in the Monitor's Studies and provie the Monitor Team with the relevant data. | Compliance will be achieved when 1. The NYPD participates in the studies and provides the Monitor Team the relevant data to complete its analyses and report; 2. Monitor submits its report to the Court. | | |