

**T**HE **C**ITY OF **N**EW **Y**ORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

TOBIAS E. ZIMMERMAN
*Senior Counsel*
Phone: (212) 356-2423
Fax: (212) 356-3509
tzimmerm@law.nyc.gov

January 26, 2023

**BY ECF**
Honorable Analisa Torres
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    Floyd, et al. v. City of New York, 08-CV-1034
               Davis, et al. v. City of New York, et al., 10-CV-0699
               Ligon, et al. v. City of New York, et al., 12-CV-2274

Your Honor:

       I am a Senior Counsel in the Office of the Honorable Sylvia O. Hinds-Radix, Corporation Counsel for the City of New York, and I am one of the attorneys assigned to the defense of the above-captioned matters. The City writes to respectfully request that the Court endorse the attached agreement regarding compensation by and between Germain Thompson, the Community Liaison, and the City of New York.

       Thank you for the Court's attention in this matter.

                                                   Respectfully submitted,

                                                   Tobias E. Zimmerman
                                                   Senior Counsel