**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

Mylan L. Denerstein
Direct: +1 212.351.3850
Fax: +1 212.351.6350
MDenerstein@gibsondunn.com

March 3, 2023

<u>VIA ECF</u>

Honorable Analisa Torres
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re:   *Floyd, et al. v. City of New York*, 08-CV-1034 (AT),
      *Ligon, et al. v. City of New York, et al.*, 12-CV-2274 (AT),
      *Davis, et al. v. City of New York, et al.*, 10-CV-0699 (AT),
      <u>Eighteenth Report of the Independent Monitor</u>

Dear Judge Torres:

I am pleased to submit the Eighteenth Report of the Independent Monitor. This report, which contains an executive summary, presents the Monitor's evaluation of whether the Trespass Affidavit Program (TAP) has continued in practice after the New York City Police Department (NYPD) officially ended it in 2020. More detail and discussion can be found in the body of the Report.

    Respectfully,

    */s/ Mylan L. Denerstein*

    Mylan L. Denerstein
    Independent Monitor

Attachment: Eighteenth Report of the Independent Monitor

Beijing • Brussels • Century City • Dallas • Denver • Dubai • Frankfurt • Hong Kong • Houston • London • Los Angeles • Munich
New York • Orange County • Palo Alto • Paris • San Francisco • São Paulo • Singapore • Washington, D.C.