

| SYLVIA O. HINDS-RADIX<br>Corporation Counsel | THE CITY OF NEW YORK<br>LAW DEPARTMENT<br>100 CHURCH STREET<br>NEW YORK, N.Y. 10007 | MARIAM KHAN<br>phone: (212) 356-2662<br>fax: (212) 356-3509<br>markhan@law.nyc.gov |
|---|---|---|

March 22, 2023

**VIA ECF**
Honorable Analisa Torres
United States District Judge
United States District Court
 for the Southern District of New York
500 Pearl Street
New York, New York 10007-1312

    Re:    Floyd, et al. v. City of New York, 08-CV-1034;
              Davis, et al. v. City of New York, et al., 10-CV-0699;
              Ligon, et al. v. City of New York, et al., 12-CV-2274.

Your Honor:

       I am an Assistant Corporation Counsel in the Office of the Honorable Sylvia O. Hinds-Radix, Corporation Counsel for the City of New York, and one of the attorneys assigned to the defense of the above-captioned matters.  The City Defendants respectfully request that the Court endorse the attached budget agreement between the Community Liaison and the City of New York dated March 22, 2023.

       Thank you for the Court's attention to this matter.

                                              Respectfully submitted,

                                                Mariam Khan
                                                *Assistant Corporation Counsel*
                                                Special Federal Litigation Division

cc:    All Counsel **(via ECF)**