USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __5/11/2023__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID FLOYD, *et al.*,

        Plaintiffs,

-against-

CITY OF NEW YORK, *et al.*,

        Defendants.

08 Civ. 1034 (AT)

KELTON DAVIS, *et al.*,

        Plaintiffs,

-against-

CITY OF NEW YORK, *et al.*,

        Defendants.

10 Civ. 699 (AT)

JAENEAN LIGON, *et al.*,

        Plaintiffs,

-against-

CITY OF NEW YORK, *et al.*,

        Defendants.

12 Civ. 2274 (AT)

**COMPENSATION AGREEMENT FOR COMMUNITY LIAISON'S STAFF**

By Court Order dated December 16, 2022, the Honorable Analisa Torres, appointed a Community Liaison in the above referenced matters. (Torres Order, *Floyd* ECF Dkt. No. 888). Under the same order, the Court approved the "Community Engagement Liaison Framework" (the "Framework"), (ECF Dkt. No. 888-1). The Framework contemplates that the Community Liaison will have support staff and that the City would bear the cost of reasonable salaries.

1. **PURPOSE**

    1.1 This agreement is for the payment by the City for the Community Liaison's support staff salaries.

2. **FEES**

    2.1 <u>Full-Time Staff</u>. Fees for work performed by the Community Liaison's Staff (hereinafter "Staff Member," individually, or "Staff" collectively) hired on a full-time basis will be charged at the annualized salaries (paid monthly), as provided below:

    - **Tatiana Hill - Sr. Community/NYCHA Organizer**: $84,000 per year ($7,000 per month)
    - **Ruth Etienne - Administrative Assistant**: $60,000 per year ($5,000 per month)
    - **Community Organizer – Bronx**: $68,000 per year ($5,666.67 per month)
    - **Community Organizer – Brooklyn/Staten Island**: $68,000 per year ($5,666.67 per month)
    - **Wilfredo Laracuente - Community Organizer – Manhattan/Queens**: $68,000 per year ($5,666.67 per month)

    For the month in which a Staff Member commences or terminates services, the fee for the Staff Member's services will be prorated by the City.

    2.2 <u>Part-Time Staff</u>. Fees for work performed by Staff members hired on a part-time basis will be as follows:

    - **Erica Jones - Social Media Specialist**, $30 per hour.

3. **REASONABLE OUT-OF-POCKET EXPENSES**

    3.1 The Community Liaison will be reimburse for the Staff's reasonable out-of-pocket expenses pursuant to the Order Regarding Annual Budget for the Community Liaison, entered by the Court on March 23, 2023. (Torres Order, *Floyd* ECF Dkt. No. 908).

4. **PAYMENT SCHEDULE**

    4.1 <u>Monthly Invoices.</u> The Community Liaison will submit invoices for payment of the Staff's fees monthly directly to the City. The invoice shall be in a form approved by the City. Payment of such invoices will be made within 30 days of receipt.

    4.2 <u>Payment.</u> Payment under this Agreement will be made monthly.

5.  **MISCELLANEOUS**

    5.1  The Staff shall be considered the employees of the Community Liaison. This agreement shall not be read to create an employment, contractor, or agency relationship between the Staff and the City. The City will not have any responsibility for overseeing the Staff, including, but not limited to, decisions related to hiring, firing, or defining roles and duties. Such responsibilities shall rest solely with the Community Liaison.

    5.2  The City shall be responsible solely for providing compensation to the Staff pursuant to the terms of this agreement and in accordance with the Court's Order dated December 16, 2022 and the accompanying Framework. (Torres Order, *Floyd* ECF Dkt. No. 888). The City shall not be responsible for any employee benefits or other obligations related to the employment of the Community Liaison Staff.

**For the Community Liaison:**

By: _____

Name: Germain Thompson

Title: Community Liaison

Date: 5/08/23

**For the City:**

By: *Nancy B. Savasta*

Name: Nancy Savasta

Title: Deputy Division Chief

Date: _____

SO ORDERED.

Dated: May 11, 2023
New York, New York

_____
ANALISA TORRES
United States District Judge