

**T**HE **C**ITY OF **N**EW **Y**ORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

**MARIAM KHAN**
*Assistant Corporation Counsel*
Phone: 212-356-2662
markhan@law.nyc.gov

June 1, 2023

**BY ECF**
Honorable Analisa Torres
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *Floyd, et al. v. City of New York*, 08-CV-1034;
               *Davis, et al. v. City of New York, et al.*, 10-CV-0699;
               *Ligon, et al. v. City of New York, et al.*, 12-CV-2274

Your Honor:

        I am an Assistant Corporation Counsel in the Office of the Honorable Sylvia O. Hinds-Radix, Corporation Counsel for the City of New York, and one of the attorneys assigned to the defense of the above-referenced matters. The City writes to inform the Court of its progress in addressing the issue raised by the Monitor in her letter dated May 17, 2023 (*Floyd* ECF No. 912). The City also writes to inform the Court that the Monitor has agreed to allow the City another week to resolve the issue raised in that letter.

        On May 17, 2023, the Monitor wrote to the Court regarding her concerns with the Civilian Complaint Review Board's ("CCRB") ability to investigate complaints of bias-based policing and racial profiling. As detailed in the Monitor's letter, the issue concerns the type of data CCRB is requesting from NYPD for those investigations. In her letter, the Monitor indicated that unless the issue is resolved by June 1, 2023, she would seek further court intervention.

        The City has been and is continuing to work diligently to resolve the issue regarding data sharing between NYPD and CCRB. There has been significant progress and the City is working towards a resolution. As such, the Monitor agreed to the City's request for an additional week to June 7, 2023.

Thank you for your attention to this matter.

Sincerely,

_____

Mariam Khan
Assistant Corporation Counsel

cc:    All Counsel (via ECF)