

THE CITY OF NEW YORK

# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

**MARIAM KHAN**
*Assistant Corporation Counsel*
Phone: 212-356-2662
markhan@law.nyc.gov

June 8, 2023

**BY ECF**
Honorable Analisa Torres
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re: *Floyd, et al. v. City of New York*, 08-CV-1034;
      *Davis, et al. v. City of New York, et al.*, 10-CV-0699;
      *Ligon, et al. v. City of New York, et al.*, 12-CV-2274

Your Honor:

   I am an Assistant Corporation Counsel in the Office of the Honorable Sylvia O. Hinds-Radix, Corporation Counsel for the City of New York, and one of the attorneys assigned to the defense of the above referenced matter. The City writes to provide the Court with an update regarding the issue that were the subject of the Monitor's letter dated May 17, 2023. (*Floyd* ECF No. 912).

   The Civilian Complaint Review Board (CCRB) and New York City Police Department (NYPD) have reached an agreement regarding sharing data related to investigations of bias-based policing and racial profiling. The agencies have executed a Memorandum of Understanding regarding data sharing, a copy of which was provided to the Monitor.  Accordingly, the issues detailed in the Monitor's letter have been resolved, and there is no need for the further Court's intervention.

   This Office thanks the Court for its attention to this matter.

        Sincerely,

        Mariam Khan
        Assistant Corporation Counsel