

| | | |
|---|---|---|
| **SYLVIA O. HINDS-RADIX**<br>Corporation Counsel | **THE CITY OF NEW YORK**<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, N.Y. 10007 | **TOBIAS E. ZIMMERMAN**<br>phone: (212) 356-2423<br>fax: (212) 356-3509<br>tzimmerm@law.nyc.gov |

January 18, 2024

**VIA ECF**
Honorable Analisa Torres
United States District Judge
United States District Court
 for the Southern District of New York
500 Pearl Street
New York, New York 10007-1312

    Re:    *Floyd, et al. v. City of New York*, No. 08 Civ. 1034 (AT);
                *Davis, et al. v. City of New York, et al.*, No. 10 Civ. 0699 (AT);
                *Ligon, et al. v. City of New York, et al.*, No. 12 Civ. 2274 (AT).

Your Honor:

        I am a Senior Counsel in the Office of the Honorable Sylvia O. Hinds-Radix, Corporation Counsel for the City of New York, and one of the attorneys assigned to the defense of the above-captioned matter. The City Defendants respectfully request that the Court endorse the attached 2024 Community Liaison Compensation and Budget Agreement and Non-Disclosure Agreement / Confidentiality Order, which has been executed by the Community Liaison and the City. A copy of the draft Agreement was provided to the Monitor for review prior to finalization.

        The purpose of this new Agreement and Order is to consolidate certain issues pertaining to the Community Liaison into one document and to facilitate the continuing work of the Community Liaison in these matters. In brief, the attached Agreement includes the following:

- The structure for the Community Liaison and his staff for 2024 (§§ 2.1–2.2);

- The budget for the Office of Community Liaison for Calendar Year 2024 (§ 3.1);

- Authorization for the continuing work of Special Consultant Elizbeth Gaynes (§§ 3.1.1.1 & 3.2);

- Continuation of the authorization for the Community Liaison to expend up to $75,000 on surveys in the coming year (§§ 3.1.3.3 & 3.3);

- A mechanism for the City to advance funds to the Community Liaison (§ 3.4);

- Application to the Community Liaison of the same Non-Disclosure requirements agreed-upon by the other parties to these matters, and a method of enforcing those terms similar to other Orders entered by the Court (§ 5).

The City thanks the Court for its attention to this matter.

Respectfully submitted,

Tobias E. Zimmerman
*Senior Counsel*
Special Federal Litigation Division

Encl.
cc:     All Counsel (**via ECF**)
        Germain Thompson (**via Email**)