

| | | |
|---|---|---|
| **MURIEL GOODE-TRUFANT**<br>*Acting Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, N.Y. 10007 | **THOMAS LAI**<br>*Senior Counsel*<br>phone: (212) 356-2336<br>fax: (212) 356-3509<br>tlai@law.nyc.gov |

October 16, 2024

**VIA ECF**
Honorable Analisa Torres
United States District Judge
United States District Court
 for the Southern District of New York
500 Pearl Street
New York, New York 10007-1312

    Re:    *Floyd, et al. v. City of New York*, No. 08 Civ. 1034 (AT);
               *Davis, et al. v. City of New York, et al.*, No. 10 Civ. 0699 (AT);
               *Ligon, et al. v. City of New York, et al.*, No. 12 Civ. 2274 (AT).

Your Honor:

       I am a Senior Counsel in the Office of Muriel Goode-Trufant, Acting Corporation Counsel for the City of New York, and one of the attorneys assigned to the defense of the above-captioned matters. The City Defendants respectfully request that the Court endorse the attached Amendment to Compensation Agreement regarding the Federal Monitor, which has been executed by the Monitor and the City.

       This Amendment modifies the existing Compensation Agreement regarding the Federal Monitor (*Floyd* ECF No. 925) in two ways.  First, it extends the projected completion date for the study conducted by the CUNY Institute for State and Local Governance (ISLG) to July 31, 2025. Second, it extends the completion date for the study conducted by the research team from Stanford University, University of Michigan, and Northwestern University (Stanford Team) to April 30, 2026.

       The City thanks the Court for its attention to this matter.

                                                     Respectfully submitted,

                                                      *Thomas Lai s/*

                                                      Thomas Lai
                                                      *Senior Counsel*
                                                      Special Federal Litigation Division

Encl.
cc:       All Counsel (**via ECF**)