UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID FLOYD, *et al.*,<br><br>                Plaintiffs,<br><br>-against-<br><br>CITY OF NEW YORK, et al.,<br><br>                Defendants. | 08 Civ. 1034 (AT) |
| KELTON DAVIS, *et al.*,<br><br>                Plaintiffs,<br><br>-against-<br><br>CITY OF NEW YORK, *et al.*,<br><br>                Defendants. | 10 Civ. 699 (AT) |
| JAENEAN LIGON, *et al.*,<br><br>                Plaintiffs,<br><br>-against-<br><br>CITY OF NEW YORK, *et al.*,<br><br>                Defendants. | 12 Civ. 2274 (AT) |

## AMENDMENT TO
## COMPENSATION AGREEMENT REGARDING THE FEDERAL MONITOR

This Agreement by and between the City of New York and Federal Monitor Mylan Denerstein amends the Compensation Agreement Regarding the Federal Monitor that was so ordered by the Honorable Analisa Torres of the United States District Court, Southern District of New York on February 28, 2024 (*Floyd* Dkt. No. 925; *Ligon* Dkt. No. 545) ("the Agreement").

1. **AMENDED PROJECTED COMPLETION OF ISLG STUDY**

    1.1  The projected completion date for the study conducted by the CUNY Institute for State and Local Governance (ISLG) as set forth in Section 2.4.1 of the Agreement shall be extended to July 31, 2025.

2. **AMENDED PROJECTED COMPLETION OF STANFORD STUDY**

    2.1  The projected completion date for the study conducted by the research team from Stanford University, University of Michigan, and Northwestern University (Stanford Team) as set forth in Section 2.4.3 of the Agreement shall be extended to April 30, 2026.

3. **CONTINUATION OF PREVIOUS AGREEMENT**

    3.1  Except as expressly set forth herein, all other terms of the Agreement shall remain in full force and effect.

For the Monitor:

By: _____
Name: **Mylan Denerstein**, Federal Monitor
Date: October **9**, 2024


For the City:

By: _____
Name: **Genevieve Nelson**, Deputy Chief of Special Federal Litigation Division
Date: October **9**, 2024


SO ORDERED.

Dated: _____, 2024
New York, New York

_____
ANALISA TORRES
United States District Judge