USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/22/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID FLOYD, et al., <br><br>     Plaintiffs,<br><br>-against-<br><br>CITY OF NEW YORK, et al.,<br><br>     Defendants. | 08 Civ. 1034 (AT) |
| KELTON DAVIS, et al.,<br><br>     Plaintiffs,<br><br>-against-<br><br>CITY OF NEW YORK, et al.,<br><br>     Defendants. | 10 Civ. 699 (AT) |
| JAENEAN LIGON, et al.,<br><br>     Plaintiffs,<br><br>-against-<br><br>CITY OF NEW YORK, et al.,<br><br>     Defendants. | 12 Civ. 2274 (AT) |

**SECOND AMENDMENT TO
2024 COMMUNITY LIAISON COMPENSATION AND BUDGET AGREEMENT
AND NON-DISCLOSURE AGREEMENT / CONFIDENTIALITY ORDER**

This Agreement, by and between **Germain Thompson** ("Community Liaison") and the **City of New York** ("City"), **amends** the 2024 Community Liaison Compensation And Budget Agreement And Non-Disclosure Agreement / Confidentiality Order ("the 2024 Budget Agreement") previously entered into by the parties and endorsed by the Court on January 19, 2024 (*Floyd* ECF No. 922) and amended on July 19, 2024. The purpose of this Amendment is to increase the salary of two staff members, employed by the Community Liaison as directed by the Court and who were recently promoted. This amendment is effective immediately upon endorsement by the Court and shall remain in effect until December 31, 2024, unless otherwise superseded or extended by written agreement.

1. **PURPOSE**

    1.1  By Order dated December 16, 2022, the Honorable Analisa Torres, appointed a Community Liaison to assist and advise the federal monitor appointed to supervise the remedial stage of the above referenced matters (the "Monitor"). *See* Court Order dated December 16, 2022 (Floyd ECF No. 888) (hereinafter "Community Liaison Order"). Under the same Order, the Court approved the "Community Engagement Liaison Framework" submitted by the Monitor. *See* Floyd ECF No. 888-1 (the "Framework"). The Framework contemplates that the Community Liaison will have support staff and that the City shall bear the cost of reasonable salaries and expenses, including consulting fees.

    1.2  By Order dated January 19, 2024, the Court endorsed the "2024 Community Liaison Compensation And Budget Agreement And Non-Disclosure Agreement / Confidentiality Order" ("the 2024 Budget Agreement") previously agreed-to by the Community Liaison and the City. *See Floyd* ECF No. 922.

    1.3  This Agreement amends the 2024 Budget Agreement as set forth herein. To the extent any portion of the 2024 Budget Agreement is unchanged by this Agreement, those provisions of the 2024 Budget Agreement shall continue in full force and effect.

2. **INCREASED SALARY OF TWO STAFF MEMBERS**

    2.1  <u>Increased salary of two staff members recently promoted</u>. In addition to the positions outlined in Section 2 of the 2024 Budget Agreement, the City was advised by the Community Liaison that the Court further authorized him to promote two staff members to supervisory positions and correlating salary increases provided that the salary increases shall be funded from any surplus in the 2024 Budget Agreement during the 2024 calendar year, and shall therefore not increase the total amount of compensation previously approved in the 2024 Budget Agreement.

    2.2  The two staff members promoted are Tatiana Hill and Josmar Trujillo who will now have supervisory responsibility. Tatiana Hill's new salary is $95,000 ($7,916.67 monthly). Josmar Trujillo's new salary is $80,000 ($6,666.67 monthly).

    2.3  This Agreement does not amend, affect, or change Section 6.1 of the 2024 Budget Agreement as approved by the Court. Neither the Community Liaison nor the

Community Liaison Staff shall be considered employees of the City or any vendor retained by the City pursuant to this Agreement.

2.4 This Agreement augments but does not revoke, supersede, or modify the Community Liaison Order, Framework, or any prior confidentiality orders from the Court.

**For the Community Liaison:**

By: _____
Name: Germain Thompson
Title:  Community Liaison

Date: _____10/18/24_____

**For the City:**

By: _____
Name: Genevieve Nelson
Title:  Deputy Division Chief

Date: _____10/21/2024_____

**SO ORDERED.**

Dated: October  22 , 2024
New York, New York

_____
ANALISA TORRES
United States District Judge

3