# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

Mylan L. Denerstein
Direct: +1 212.351.3850
Fax: +1 212.351.6350
MDenerstein@gibsondunn.com

April 14, 2024

**VIA ECF**

The Honorable Analisa Torres
United States District Judge
United States District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re:   *Floyd, et al. v. City of New York*, 08-CV-1034 (AT),
      *Ligon, et al. v. City of New York, et al.*, 12-CV-2274 (AT),
      *Davis, et al. v. City of New York, et al.*, 10-CV-0699 (AT),
      Community Liaison

Dear Judge Torres:

Please find attached the Community Liaison's Annual Report for 2024. I am filing this plan on behalf of the Community Liaison, Germain Thompson, at the request of the Court and in my role as the Federal Monitor.

Respectfully submitted,

*/s/ Mylan L. Denerstein*

Mylan L. Denerstein
Independent Monitor


Attachment: Annual Report for 2024; Cover Letter from Germain Thompson

Beijing • Brussels • Century City • Dallas • Denver • Dubai • Frankfurt • Hong Kong • Houston • London • Los Angeles • Munich
New York • Orange County • Palo Alto • Paris • San Francisco • São Paulo • Singapore • Washington, D.C.