

Germain Thompson
EMAIL
Germain@officeofthecommunityliaison.com
PHONE (929) 542-6134

April 14, 2024

**VIA ECF**

The Honorable Analisa Torres
United States District Judge
United States District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re:     *Floyd, et al. v. City of New York*, 08-CV-1034 (AT),
         *Ligon, et al. v. City of New York, et al.*, 12-CV-2274 (AT),
         *Davis, et al. v. City of New York, et al.*, 10-CV-0699 (AT),
         Community Liaison Engagement Plan

Dear Judge Torres:

Please find attached the Community Liaison's Annual Report for 2024. As the Court is aware, the purpose of the Community Liaison is to engage the community by offering the public, particularly members most impacted by the New York City Police Department's stop, question, and frisk policing and trespass enforcement practices, more opportunities to be heard and to provide input into the Court-ordered remedial reforms. The Annual Report summarizes the challenges and successes of the Office of the Community Liaison in 2024, describes the progress of deliverables the Office is working on, and explains the challenges faced by the Liaison.

Respectfully submitted,

Germain Thompson
Community Liaison

Attachment: Annual Report for 2024

Beijing • Brussels • Century City • Dallas • Denver • Dubai • Frankfurt • Hong Kong • Houston • London • Los Angeles • Munich
New York • Orange County • Palo Alto • Paris • San Francisco • São Paulo • Singapore • Washington, D.C.