# Office of the Community Liaison Annual Report for 2024

## I.    Introduction

This report includes both the fourth quarter (October - December 2024) as well as an overall review of the activities, challenges, and successes of the Community Liaison and his team regarding the NYPD's Stop, Question, and Frisk (SQF) practices over the course of the year 2024. The report is structured around the four key duties of the Community Liaison as outlined in the Community Engagement Plan (see www.OfficeoftheCommunityLiaison.com) in response to the Community Liaison framework as set forth by the Honorable Analisa Torres, USDJ, SDNY:  Outreach and Community Engagement; Community Education; Community Feedback; Circling Back/Closing the Loop.

While the end goal for the work of the Office of the Community Liaison (OCL) is to provide the Monitor and the Court with information about the lived experience of people directly affected by SQF, the work to date has been designed to position OCL to reach those people and collect their feedback about their experiences and their recommendations regarding police encounters with respect to street stops, vehicle stops, and trespass enforcement in public housing.

The primary challenges in this regard were: (1) to build the knowledge base and credibility within the community to enable us to solicit and receive feedback about police encounters; and (2) to build a system to record and report the information we receive in a way that enables the Court, the NYPD

Monitor, and the Parties to better understand and address how NYPD is meeting its obligations under *Floyd*.

Much of 2024 was spent developing the capacity to accomplish these goals. In this case, "capacity" includes staff who have experience in community engagement and group facilitation, as well as knowledge of SQF and its attending issues; workspace and workplace support systems, including telecommunications and administrative support; a broad range of groups and leaders who offer access to the full range of New Yorkers who are likely to have exposure to SQF; and a system for collecting and reporting information from these sources.

We engaged numerous researchers and practitioners with experience regarding policing, surveys, and data collection. Our goal was not to field a study but to develop mechanisms that would enable us to listen thoughtfully to people and hear and document the "stories" that, taken together, tell us what is happening on the streets, particularly in our most heavily-policed neighborhoods. This effort is intended to complement the work of the NYPD Monitor, who has issued multiple comprehensive reports based on data and information derived from a variety of sources (including stop reports, Body Worn Camera video, and reviews of data covering a wide range of activities including training and audits). However, as the Court and Monitor would likely attest, these objective assessments of data – that have identified significant lapses in reporting and uneven compliance – do not tell the full story of the people who may be stopped on the street, pulled out of their cars, or witness police encounters in the communities in which they live or work.

Much of the past year for OCL was utilized in effort to establish the environment and documentation system (discussed in more detail below) needed to gather and report these stories. Creating an environment that enables us to receive more accurate and relevant feedback has been accomplished by enhancing outreach/community engagement and providing

community members with information about the Monitorship, their rights and responsibilities in police interactions/SQF. In addition to the obvious benefits of having people understand their rights and obligations, this process of engaging community members – further described below – is critical to building the trust required to gather the necessary information for the Court to determine NYPD's progress in attaining consistent constitutional compliance for their SQF practice.

As described in previous reports and in the following sections, our initiatives have aimed to empower community members through education, direct engagement, and responsive programming, all in the context of adapting to evolving public safety needs. Recognizing the critical role of community feedback, the office has implemented innovative methods to gather insights and amplify the voices of those most affected by policing practices, particularly in low-income Black and Brown communities.

## II.   Key Activities Overview

### A.   Outreach and Community Engagement

The primary goal of OCL for 2024 was to set up the conditions that would allow us to collect and report community feedback about their experiences with SQF. As stated in prior reports, this effort – further explained below – requires us to build relationships with groups and organizations (grassroots, nonprofit, faith-based, school-based, or housing-based) that would grant us "access" to their clients/participants/students/parishioners. Further, we had a responsibility to ensure that along with expecting people to share their (often traumatic) experiences, we would offer accurate information about their rights with respect to police encounters and stops, including informing them of how to make complaints about their experiences. These community engagement efforts had to confront the frequent mistrust of police - especially

the specialized units (e.g. NST, CRT) - that have come to be seen by many community members as unnecessarily aggressive.

By employing community organizers familiar with the communities most affected by SQF, the office continued outreach initiatives in 2024. Over the course of 2024, we completed 264 Information Sessions and have done outreach to 238 organizations and 37 public officials. Through this relationship building, we have seen increasing requests for workshops, and we are confident in gaining valuable feedback from impacted members of the community in 2025.

A core piece of the 2024 goal of building the environment and documentation system needed to focus on feedback was to build a team that was ready, willing and able to perform the tasks needed to meet the moment. As described in previous reports, the office welcomed three new organizers this year (two of whom replaced departing staff and one of whom joined in a new part-time position focusing on Staten Island), significantly expanding our operational capacity and bolstering our outreach efforts. In addition to being trained to offer information sessions, the team was able to expand participation in community events, conferences, panels, and hearings (all of which connected us to a wider group of organizations). At the same time, the increased participation at community events led to greater community engagement and requests for workshops and information sessions, pushing the office in a direction of needing to hire one more part-time organizer to complete the team. A goal for this effort included expanding staff capacity to reach community members who do not speak English.

OCL collaborated with outside agencies to host formal public forums and information sessions to keep the community informed and engaged in open dialogues around SQF. These forums (held on August 20th, 2024 and November 21, 2024) give the community direct interaction with governmental agencies and individuals that they may not have a chance to

interact with on a day-to-day basis, including the CCRB, the NY Attorney General, the Inspector General and the Federal Monitor's team. This exposure also helps community members understand the inner workings of these different offices so that they may navigate the system more confidently. For us as an office, these forums help us understand community concerns and gain feedback in real time on what's happening across the City.

In our focus on community outreach and engagement, especially with young people, social media has played an important role. Our Social Media Specialist, Erica Jones, engages with partnering organizations to help publicize upcoming events, and uses a variety of platforms to share resources and information with our online community. Our social media posts include information about activities of the organizations we are working with as it relates to NYPD/SQF, helping us to maintain steady working relationships with partnering organizations and leaders. Using social media (Instagram) we hosted 11 live events in 2024 that generated over 3,000 interactions which include views, comments and likes. Below is a list of topics we covered in 2024:

- Discussion around Levels of Encounters Pt. 1
- Subway Stops and Searches
- How Many Stops Act (HMSA)
- Discussion around Levels of Encounters Pt. 2
- Legalities around Subway Stops and Searches in collaboration with Legal Defense Fund (LDF) and Legal Aid Society (LAS)
- Implementation of HMSA
- Discussion around Levels of Encounters Pt. 3
- Promotional Live for Police Accountability Event
- Discipline Report Conversation
- Promotional Live for Discipline Report Virtual Event
- Promotional Live for Discipline Report Virtual Event Pt. 2

OCL started 2024 with only about 300 "followers" on Instagram. Generating thousands of interactions indicates that our posts are being shared and that community members are interacting with our social media. At the start of 2025, we have 363 followers on our Social Media platforms. We also created informative content to share with community members about the different Levels of Encounters, including pop quizzes, catchy videos and accessible info flyers. We will continue to expand our use of various platforms to educate and interact with community members. We anticipate that as we build out our Salesforce CRM (discussed more below), we will expand our reach to new audiences.

In addition to live public meetings, we have also utilized virtual events to increase public awareness of our issues, and expand avenues for public response. For example, Hon. James Yates, a retired judge on the NYPD Monitor team, drafted a report on police discipline that the Court filed on its docket and invited public comment on the report and the report's 53 recommendations.  The Court asked the public to weigh in on the recommendations and provide other recommendations as they see fit. The Court will then consider the recommendations.

The OCL team believed it was necessary to shed as much light as possible on this report and educate the community about the issue as well. During the fourth quarter we hosted a virtual event in collaboration with the Monitor team during which participants heard directly from Judge Yates and gave public comments on the report through our office. We will file a report on this feedback with the Court in the first quarter of 2025.

In addition to the focus on collaboration with community organizations, OCL also increased our interactions with the NYPD, the plaintiffs' attorneys, oversight agencies, and public officials to ensure diverse representation in discussions about policing practices. Throughout the year, the Community Liaison had monthly meetings with NYPD Legal, the City's Law

Department, NYPD Community Affairs and the *Floyd* plaintiffs. The goal of these meetings is to ensure that the Community Liaison and his team are engaging and connecting with all organizations that have direct involvement with impacted Black and Brown communities as it relates to SQF. The team also attends organizational stakeholder meetings to increase cross-collaboration with different organizations. For example, every last Thursday of the month, the team attends the Brooklyn W.A.Y coalition meeting. This meeting involves a host of organizations to share information around the work they are doing and how our organizations can cross-collaborate in the benefit of the community and getting the information out to community members abroad.

The team has been attending Community Precinct Council meetings throughout all five boroughs as an effort to connect with more organizations and community members that may have been impacted by NYPD's SQF policies and practices. While these meetings are well attended, the majority of the concerns raised are parking issues, disabled cars and issues around folks allegedly using/selling drugs in some neighborhoods. We have not found these meetings particularly relevant to our work and will consider whether to attend these meetings moving forward.

### B.    Community Education

Information Sessions have been the primary driver of educating the community about the monitorship and SQF in advance of receiving feedback. These workshops have been delivered consistently over the course of 2024. The content of these sessions was developed in collaboration with the Monitor with input from the Parties, and has drawn from publicly available information (e.g. from NYPD), from trainings we received and observed, and from information feedback that informed us on what people - especially young people – understand (or misunderstand) about SQF. Organizations invited us to provide these workshops to their staff or participants generally

following outreach efforts to their leadership. The list of these organizations (referred to in our data collection system as "partners") includes more than 280 groups, located in every borough. Many of these organizations had prior connections with team members; others were found through outreach efforts at events (e.g. tabling at health fairs, conferences, other public events in communities, and social media outreach described in the section above.)

Although the primary goal for the Information Sessions was to prepare community organizations and their members for future feedback that could be documented for the Court, and not necessarily to solicit and document feedback in the moment, participants nonetheless shared their thoughts and experiences, often regarding issues beyond the scope of SQF. While we explain that our mandate is limited to SQF and that we cannot take "complaints," participants are typically skeptical, if not cynical, about the utility of taking their complaints to CCRB or other avenues we recommend to them. One result of this response was convening public events in collaboration with other agencies (such as the OIG, NY State AG and CCRB) to explain more about their roles in investigating complaints against police.

While we are preparing to focus on receiving and documenting feedback, we continue to offer Information Sessions in response to ongoing outreach and community engagement that has led to ongoing demand for these sessions. These requests often come from an organization that wants us to "return" to engage a different cohort or offer the session at a different program within their organization or network, or at a different site. Requests also come from new groups that our team meets at other outreach events.

Driven in part by the incremental increase in requests, the Community Liaison created a Train-the-Trainer program (discussed in earlier quarterly reports) that was introduced to deepen the understanding of the Levels of Encounters within organizations that serve the populations most likely to encounter SQF. This approach can increase our reach, because Feedback

Sessions are best held with people who already are aware of SQF, including Levels of Encounters and the role of the Monitor and other agencies such as CCRB. While we have delivered dozens of "information sessions" designed to prepare participants for future Feedback Sessions, the majority of nonprofits serving our target population are cohort-based. So as we move from Information Sessions to Feedback Sessions, the people who initially participated in workshops about SQF and the Monitorship may have moved on by the time we return for a Feedback Session. This led us to conclude that for many of these organizations, a better strategy would be to build their internal capacity to ensure that all participants are educated about their rights in police encounters prior to our sessions to gather feedback about their experiences with SQF. By offering leaders and trainers within organizations a curriculum that enables them to get information to their participants prior to OCL conducting Feedback Sessions, we expand the number of community members who are knowledgeable about SQF.

In addition to offering Train-the-Trainer capacity within larger organizations that provide regular training opportunities to staff and clients, the Community Liaison and his team have trained youth leaders within youth-serving agencies to facilitate Information Sessions, supporting community empowerment. This is important because these young adults are highly impacted by SQF. Having youth leaders participate in the Train-the-Trainer workshops offers impacted Black and Brown youth greater access to information that can alleviate negative experiences with police. Not only will they have access to the information, but they also will have a platform for their voices to be heard in this reform process and connect the Community Liaison and his team to a larger proportion of the community.

By connecting to community members indirectly through educating trainers within organizations, OCL's reach – and potential audiences for Feedback Sessions – increases exponentially, and expanding the number of New Yorkers who feel confident about their rights and obligations with respect to police encounters makes everyone - residents and sworn officers – safer. In

2024, we have only conducted one of these Train-the-Trainer sessions to a group of 8 youth leaders but we are looking forward to offering more Train-the-Trainer sessions in 2025.

With the enactment of the "How Many Stops Act" (HMSA) came new requirements in NYPD reporting.  Although the NYPD Monitor's role does not extend to this new legislation, there is still a need to educate community members about its implications. The team focused on HMSA because it requires officers to report on the *DeBour* levels and there was very little knowledge about how NYPD planned to implement this in their day-to-day policies and procedures, and whether it would affect police behavior relevant to the SQF litigation.

### C.    Community Feedback

In 2024, the team dove into strategies including online and in-person methods to collect community feedback. Through this process, the team met with several professionals, IT consultants, survey experts and community leaders to best sort out how to approach collecting feedback proficiently.  This approach amplified our understanding of the real impacts of SQF practices and how important community voices are in this reform process.

The team also recognizes that there is a large Spanish speaking community in NYC, and therefore we have created material in Spanish. We are also creating digital forms of this information in other languages such as Mandarin, Creole and French. This will help expand our process of gaining feedback from non-English speaking citizens as well as the immigrant community.

After speaking with colleagues, practitioners, and researchers, it was clear that we had to have a system in place to make reporting feedback simple and straightforward. Through 2024, the team reported on their info sessions and outreach activities in Google drive, and while the information was entered,

there was no way to aggregate or analyze it. To simplify and amplify our capacity to report our findings, OCL hired an IT consultant to create a Customer Relationship Management (CRM) system through Salesforce. The system was developed so that every "event" could be tracked by organization, location, facilitator, date, or other metrics built into the system. We have made significant progress towards using these data collection tools with Salesforce to analyze feedback systematically. Our new system accounts for each organization, group, or office with which we have engaged (or planned to engage). Ongoing development of a CRM system in Salesforce to improve tracking of community interactions and feedback is on track to be complete and ready for use in the first quarter of 2025. This includes developing a series of short questions that people can answer on their smartphones or tablets (supplied by us), and mechanisms for recording and documenting the anecdotal information that comes from more free-form discussions in these feedback sessions.

## D.   Addressing Community Concerns

Although we did not formally solicit or tabulate feedback in 2024 as we developed the format for feedback sessions, OL has nonetheless received reports and feedback in 2024 regarding experiences with SQF through various channels, including info sessions, outreach meetings, tabling, collaborative events and the Community Conversation event with the Monitor. In addition, several people have sent videos taken on their phones when they witnessed or experienced police encounters. In addition, community members consistently highlight concerns around racial bias and the psychological impact of policing practices in our Community Conversations with the Monitor. In 2024, there were two Community Conversations held. One in Queens on February 26th, 2024 and the other in Manhattan on September 9th, 2024. In addition, our quarterly Community Conversations with the Monitor have resulted in community members consistently highlighting concerns around racial bias and the psychological

impact of policing practices.The office has been committed to bringing these concerns to the forefront in internal discussions with the Monitor and the Court.

Another major concern for community members has been the operations of specialized units, particularly in Black and brown communities. These units include the Community Response Team (CRT), Neighborhood Safety Team (NST) and Public Safety Team (PST). The community members with whom we have spoken expressed that these officers are very aggressive. We have received reports that community members do not feel safe when these officers are around. This, in particular, stood out to us because these units were supposedly organized to increase public safety, while making many members of the public feel less safe. Community members insist that no matter what systems are being put in place, these officers will find loopholes to get around them. Examples of feedback received in the Fourth Quarter of 2024 along these lines include the following:

- Video information received from a community member in December shows a group of young Black and Brown men sitting in a car outside a Sweet Sixteen birthday party. As they were sitting there, an unmarked car pulled in front of them and shined a light in the car as four officers got out of the vehicle. This resulted in the front passenger and the rear passenger being pulled out of the car and searched. When the back seat passenger was pulled out of the car, he was aggressively thrown on the vehicle and it was unclear as to why he was being pulled out of the car. The officers also searched the car without consent. Three of the four young men were arrested and released at the precinct with a summons. The young men were unclear what the summonses were for and were told by officers "Just pay it and it will go away." The young men felt as if they were taken to the precinct and given bogus summonses just so the officers could find a "loophole" in the system to search them. This happened in the confines of the 67 Precinct by what appears to be CRT

and NST officers combined on the scene. It is unclear whether these officers were actually from the 67 Precinct because there was no identifying marking of a precinct on their uniform that can be seen from the video received.

- A video received by our office with an unclear date of incident shows A Black male walking on Linden Blvd. on a cold night, had on a bubble jacket and a skully with his hands in his pockets. An unmarked car rolled up beside him going opposite to traffic. One officer got out of the car, BWC activated, and began to walk beside the male asking him "Why you got your hands in your pocket?" The male replied, "What do you mean? It's cold outside!" He then asked the officer, "Why are you following me?" The officer then responded, "I am not following you; I'm just walking." The officer then walks to the other side of the male and begins shining his light in his pockets, where his hands are, to search to see what is in his pocket. No consent to search was asked. Shortly after, the officers walked back to the car asking the male if he wanted a business card.

- On August 30, 2024, a group of young men were walking on Chauncey Street and Malcolm X Boulevard when they were approached by what appeared to be CRT officers. The officers jumped out of their vehicle and began immediately searching the young men. They did not frisk them; they went straight into their pockets without asking for consent to search. It was unclear to the young men if the officers had their BWCs on.

- A group of teens were followed in a store, at 248 Livonia Avenue, by what appeared to be NST officers from the 73 Pct. None of these officers activated their BWCs. They approached one of the young men in the back of the store and immediately began searching his person. When his friend noticed what the officers were doing, he began

13

recording and asking them why their BWCs were not on. The officers became combative and started challenging the teens by saying "What you gonna do about it!?" The officers left after finding nothing on the teens and did not offer business cards at the conclusion of this stop.

- On NYCHA property, four teens were leaving one of their buildings. While leaving the building, three officers approached them, with no BWCs on. One officer walked up to one teen and began grabbing at his sweater in an attempt to search him. As the officer grabbed at the teen, the teen began questioning the officer's intention. The officer then backed off, still no BWC activated, and asked the teen "Where are you going? Do you live here?" The teen replied to him, "I do not live in this building, but I live in the next building over." Another teen asked the officers, "Am I being detained?" One officer pushed him and said "Get outta here!" The teens were eventually allowed to leave after questioning and being searched.

There has always been a concern around the implementation of Body Worn Cameras (BWC) during encounters as it relates to stops. This concern has grown amongst communities with the implementation of the HMSA. Their concerns stem from a past experience of officers not activating their BWC, presumably to not document stops where searches are being conducted. Now, community members feel there will be an increase in officers not activating their BWC to avoid documentation of the *DeBour* Levels. This is a safety issue for community members, and they have given us recommendations regarding discipline for non-activation of BWC that we will submit to the Court in the first quarter of 2025.

## III.  Challenges Faced

There was a temporary reduction in staff in 2024 affecting the team's capacity to meet rising demands. The Community Liaison experienced this shortage in

staff in the first quarter of 2024, impacting outreach capabilities. However, new hires in the second quarter helped alleviate this issue for the later part of the year as they were onboarded and trained during the second quarter and the beginning of the third quarter. While the Community Liaison is still short on staff, he hopes to fill the remaining role in the first quarter of 2025. Filling this role with a Spanish speaking organizer will help the office connect more with the Spanish speaking community without having to hire a translator for organized meetings. This new staff member will be able to connect with folks in real time.

Gathering formal feedback has been inconsistent, but informal channels (as noted above from the examples shared) have provided valuable insights. With the implementation of Salesforce and FormAssembly in 2025, the team will have the capability of gathering formal feedback in a convenient way to report to the Community Liaison for his reports to the Monitor and the Court. FormAssembly is designed to give community members easier access to the standard Feedback Session questions. After completing the set of questions, FormAssembly syncs the answers to SalesForce for reporting purposes.

The attached Timeline/Milestone chart (Appendix A) was designed in 2023 to address the wide variety of start-up tasks needed to establish the OCL. These "start-up" tasks have mostly been completed, and will not need to be "tracked" in the future. Other items -- activities that can be "counted" -- were considered in the development of Salesforce, enabling us to easily count, track, and report these activities. Not only will this make it easier to report on them externally, but will be part of a "dashboard" that will enable the Community Liaison and the OCL team to see in real time what has been done and what needs to be done, and adjust schedules and focus accordingly. Attached as Appendix C is a draft of a new version of Milestone measurement that will be part of the 2025 quarterly reports.

Early on in the year, the team found themselves struggling to identify the specialized units involved when community members would provide informal feedback. As the year went on, it was obvious from the feedback received from community members that the specialized units are the main cause of community members' concerns regarding improper stops in the city. The Monitor's reports have shown a similar conclusion. The Community Liaison will continue to have these conversations to figure out how to best report on these issues.

An additional challenge comes from the fact that the Office of the Community Liaison is neither a 501c3 or an LLC, which means that staff are not traditional "employees" and that OCL cannot really contract or have accounts. All parties have worked with us to offset some of these disadvantages, while we recognize that overall, this structure has the advantage of keeping OCL independent, which has been beneficial in many ways.

## IV.  Conclusion

The year 2024 marked significant advances in outreach and community engagement, setting the stage for a shift to gathering meaningful input into the ways that SQF is implemented for real people in real communities. The Monitor's reports, including Judge Yates' comprehensive report on discipline, have documented the issues that have discouraged community members from coming forward and that have led to continuing fractures and lack of trust between law enforcement and young adults in communities of color. While NYPD has made significant changes in leadership and practices designed to increase compliance with the legal requirements of SQF, it remains to be seen whether these commitments lead to increased trust and improved relationships between police officers and the communities they serve. Our office remains dedicated to enhancing transparency and addressing community concerns regarding NYPD's policing practices. Ongoing efforts

and future strategies will continue to prioritize the voices of affected community members, shaping a more inclusive approach moving forward.

As this report demonstrates, there has been steady progress in community engagement, despite some operational challenges. The focus remains on collecting input and feedback from community members regarding NYPD's SQF practices and improving dialogue between the community and law enforcement while addressing community concerns effectively. Future activities will build on these foundations for continued improvement.

As we move forward into the next year, our commitment to transparency, community empowerment, and proactive engagement will remain at the forefront of our efforts. By integrating the valuable feedback received from community members and stakeholders into the overall findings of the Monitor, we believe the Court will receive a fuller picture of how SQF is operating in real time. With ongoing support from community organizations and a focus on education and advocacy, we are determined to create lasting change and ensure that the voices of our community are heard and respected in our reform efforts.

# APPENDIX A

# [Timeline and Milestones]

## TIMELINE AND MILESTONE CHART

The Timeline and Milestone Chart maps the four components of the Community Engagement Plan.  It breaks down each component into specific objectives and then details the tasks relevant to those objectives.  For each component, there is one table that details the main tasks and the ongoing status of those tasks, divided into four categories: (1) not started; (2) in progress; (3) completed; and (4) recurring.  In addition to the four components, there is a table of Administrative tasks and objectives.  The Chart will be updated with each quarterly report, noting progress made and adding objectives and tasks for each component as necessary.

The Timeline and Milestone Chart and the objectives embodied within are modeled after the two goals of the Community Liaison as set forth in the Framework:

- Ensuring that community members affected by stop, question, and frisk, and trespass enforcement are aware of the Monitorship and of their rights and opportunities to have their voices heard and that the Monitor meaningfully considers community concerns, perspectives, and recommendations; and

- Ensuring that the Monitor incorporates the community's ideas and perspectives into recommendations for NYPD policies and practices and in assessing the City's compliance with the remedial order.

## ADMINISTRATION

| Objectives | Tasks | NOTES – 4th QUARTER 2024 | Status | Projected completion date | Completion date |
|---|---|---|---|---|---|
| | | | | | |

| Establish Office of the Community Liaison | Develop staffing plan | Submitted to Monitor and the parties | Completed | 03/15/2023 | 05/11/2023 |
|---|---|---|---|---|---|
| | Determine cost of plan and submitted budget | Submitted to Monitor, the parties, and the Court | Completed | 03/23/2023 | 03/23/2023 |
| | Hired and onboard five staff members | Submitted to Monitor and the parties | Completed | 05/31/2023 | 05/31/2023 |
| | Order-office equipment | Ipads, laptops, cell phones, printers, camera equipment and office supplies | Completed | | 09/30/2023 |
| | Create systems for purchasing, invoicing, scheduling | | Completed | | 03/31/23 |
| | Hold weekly staff meetings | Two staff meetings weekly: Mondays for the organizers and Thursdays with all staff. | Recurring | N/A | |
| | Attend bi-weekly meetings with Monitor | Every other Thursday | Recurring | N/A | |

| | | | | | |
|---|---|---|---|---|---|
| | **Submit invoices for reimbursement to the Law Department** | **Submitted monthly** | **Recurring** | **N/A** | |
| | **Attend All-Parties Meetings** | **Every 4-6 weeks** | **Recurring** | **N/A** | |
| **Develop Community Engagement Plan** | **Interview stakeholders, Parties, and Monitor team to gather input on concerns and expectations** | | **Completed** | | **6/30/2023** |
| | **Organize staff training on SQF/history of litigation from NYPD + Monitor team** | **As of 12/31/24, CL Team has received training from NYPD on Levels of Encounters, CL has attended two NST Trainings (July and October), and Monitor Team members including Levels of Encounters, Body Worn Cameras. CL has made additional** | **Recurring** | **N/A** | |

| | | requests to NYPD to attend police training. NYPD has agreed to this request and some of the staff has attended NST refresher trainings. More staff are awaiting training. | | | | |
|---|---|---|---|---|---|---|
| | **Review-JRP Report and met with Judge Belen and Jeanine Barrett** | **2/10/23, 2/21/23, 3/21/23** | **Completed** | | **06/30/2023** |
| | **Review Monitor website** | **Team members review regularly for new reports and info, and have requested posting of open positions and info on the Community Liaison and team** | **Recurring** | | |

| | Draft Community Engagement Plan | Submitted plan to the Monitor, parties, and the Court for feedback | Completed | 09/30/2023 | 10/15/2023 |
|---|---|---|---|---|---|

## COMPONENT 1: COMMUNITY OUTREACH

| Objectives and Tasks | | | | | |
|---|---|---|---|---|---|
| Objectives | Tasks | Notes – 4th QUARTER 2024 | Status | Projected completion date | Completion date |
| Identify community organizations, community leaders, youth and other stakeholders in the reform process | Map precincts, neighborhoods, and NYCHA developments most impacted by SQF and trespass enforcement | | Completed | 12/31/23 | 12/31/23 |
| | Research and review organizations, groups, and influential leaders | CL team monitors news to develop new sources of information about groups and leaders | Recurring | | |
| | Identify potential audiences for information and feedback sessions | Outreach meetings include requests for referrals to other relevant groups | Recurring | | |

| | Create a spreadsheet that includes the precincts, neighborhoods, NYCHA developments, organizations, groups, and audiences identified | This spreadsheet has been integrated into SalesForce | Recurring | | |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| **Engage community organizations and other stakeholders in the reform process** | Meet with community groups to inform development of workshops and plan for dialogue/workshops | The community groups were shared with Court, and will be updated quarterly as new groups are added to mater list | In progress | 12/31/24 | |
| | Meet with public officials | The team met with Sandy Nurse, AM Manny De Los Santos, Jumaane Williams, CM Selvena Brooks Power, Althea Stevens, Senator Sanders, AM Anderson, | In progress | 3/31/25 | |
| | Meet with youth-serving agencies (public and private) to identify audiences for information and feedback sessions | 41 organizations that serve young adults | Recurring | | |

| | | | | | |
|---|---|---|---|---|---|
| | **Attend City Council hearings on topics related to policing practices and policies** | **During this quarter the team attending the public hearing on SQF on 12/16/24** | **Recurring** | | |
| | **Attend community council meetings in 3 precincts each quarter** | **The CL has coordinated with NYPD Legal and Community Affairs to have a fluid flow of communication to be informed of upcoming community council meetings. Since this time, the team has attended 9 pct council meetings across 7 different precincts. 115,103,40,46,48,121,122** | **Recurring** | | |
| | **Attend rallies and public meetings related to policing practices and policies** | **Number of rallies and relevant public meetings attended this quarter are 13** | **Recurring** | | |

## COMPONENT 2: COMMUNITY EDUCATION

| Objectives and tasks | | | | | |
|---|---|---|---|---|---|
| **Objectives** | **Tasks** | **Notes – 4th QUARTER 2024** | **Status** | **Projected completion date** | **Completion date** |
| | | | | | |

| Hold informational sessions to inform the communities about the Monitorship | Develop format for information sessions for community members about Monitorship and parameters of SQF/trespass enforcement as ordered by Court | Shared suggested format with the Monitor and the parties | Completed | | 10/1/23 |
| | Identify the boroughs and precincts where the information sessions will be held | All 5 boroughs, focus on precincts in impacted communities | Completed | | 12/31/23 |
| | Create a "train-the-trainer" curriculum for organizations/agencies to build ongoing capacity to inform participants about Monitorship, OCL and SQF/Trespass Enforcement | This curriculum has been completed and will be shared with the Monitor for feedback. | Completed | 6/30/24 | |

| | | | | |
|---|---|---|---|---|
| | **Design informational materials (brochures, flyers) for distribution at meetings and events including on NYPD Monitor website, including contact information for CCRB, Plaintiffs' attorneys, or other agencies responsible for investigating allegations of misconduct not related to SQF or trespass enforcement** | **To be shared with the Monitor and the parties upon completion.**<br><br>**No new material was created this quarter.** | **In progress** | **03/31/25** | |
| | **Present 8 info sessions in group settings weekly** | **In the quarter ending 12/31/2024, the CL team has conducted 41 Info Sessions citywide.** | **In progress** | **03/31/25** | |
| | **Present 1 Train the Trainer per month** | **Upon request of organizations that have sponsored feedback sessions. None presented in 4th Quarter** | **Recurring** | | |
| | | | | | |

| Informally engage people to explain more about the Monitorship | Create website and social media accounts | The Office has established a website **www.officeofthecommunityliaison.com**, QR code, and established accounts on TikTok, X (Twitter), Instagram, and Facebook. | Completed | 5/1/23 | |
| | Use social media to provide info and updates on events and opportunities for feedback | Website is updated regularly with events held by the Monitor, Community Liaison, or relevant organizations, and social media accounts are used to make announcements and attract followers and provide information | Recurring | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

## COMPONENT 3: COMMUNITY FEEDBACK

| Activities completed to date | | | | | |
|---|---|---|---|---|---|
| Objectives | Tasks | Notes – 4th QUARTER 2024 | Status | Projected completion date | Completion date |
| Hear concerns of City residents | Develop format for "feedback sessions" | Shared with the Monitor and the parties. | Completed | 9/30/24 | 9/30/24 |

| about NYPD's SQF policing and trespass enforcement practices, including about racial bias | Identify the boroughs and precincts where the feedback sessions will be focused | All 5 boroughs; precincts identified in _____ | | | 9/30/23 |
|---|---|---|---|---|---|
| | Design tools and questions to elicit information from City residents | To be shared with the Monitor and the parties. Questions have been finalized and imported into FormAssembly to begin Feedback sessions | In progress | 3/31/25 | |
| | Create a document that summarizes Community Liaison's plan to gather and capture feedback | Shared with the Monitor and the parties | Completed | 2/29/24 | |
| | Train OCL staff to record and report information from feedback sessions | The IT consultant has given staff training on the operations of SalesForce and FormAssembly. The Community Liaison has trained his staff on facilitation of Feedback Sessions and the importance of uniformed presentations across the team. The Staff will continue to get training moving into the new year as needed. | In progress | 03/31/25 | |
| | Conduct feedback sessions 8 times each week | Focus on groups identified and groups that have hosted Information Sessions. Will report quarterly | Recurring | | |

| | | after format is finalized and approved | | | |
|---|---|---|---|---|---|
| | **Present info and/or feedback sessions within already scheduled or existing meetings/classes (e.g. college class, treatment groups, ongoing courses)** | **Workshops (information and/or feedback) may be hosted specifically for that purpose by organizations, or CL may be invited to make a presentation or solicit feedback during existing classes or groups. The Salesforce system will allow quarterly reports that will indicate information regarding every session, including date, location, sponsor, etc.** | **Recurring** | | |
| | **Host quarterly Community Forums with the Monitor team** | **No forum was held in the 4th quarter due to holidays. Next forum will be held on 1/28/25 in the Bronx.** | **Recurring**<br><br>**Quarterly** | | |
| | | | | | |
| | | | | | |
| **Implement online and offline strategies to collect input, feedback, and recommendations** | **Consult with experts in applied research, participatory action research, surveys and polling regarding key questions to solicit feedback** | **To date, meetings have been held with numerous experts on research and surveys, including research relevant to policing, including Dr. Jocelyn Fontaine (Arnold Ventures), Dr. Jeff Butts (John Jay), Dr. Brett Stoudt (John Jay), Center for Police Equity, Bain Global, Dr. Sarah Zeller-Berkman (CUNY), and Michael Jacobson (ISLG).** | **Completed** | **6/30/24** | |

| | | | | |
|---|---|---|---|---|
| | **Consult with experts in data collection instruments to develop capacity to record and report feedback** | **Retained IT consultant to build out data model in Salesforce and train staff on it's operations.** | **In progress** | **03/31/25** | |
| | **Review questions fielded in focus groups (JRP) and other reports and research on policing practices** | | **Completed** | | **11/2023** |
| | **Post info on events, meetings and opportunities for feedback on social media** | **Share partnering organizations events and events that OCL hosts to all Social Media platforms** | **Recurring** | | |
| | **Use social media platforms to provide info and gain feedback via IG Live, FB Live** | **The first Instagram Live event regarding SQF was held December 14, 2023. They will be held monthly. We have conducted a total of 5 in the 4th quarter around multiple topics. The Discipline Report, Levels of Encounters and Promotions of the Police Accountability Event.** | **Recurring** | | |

| | Organize virtual feedback and info sessions via social media | We hosted our first Info sessions via IG live during this quarter. We conducted a Virtual event with the Hon. James Yates and the Monitor's team around the Discipline report. We continue to host info sessions on IG live and other virtual platforms | Recurring | | |
|---|---|---|---|---|---|

## COMPONENT 4: CLOSING THE LOOP

| Objectives and tasks | | | | | |
|---|---|---|---|---|---|
| Objectives | Tasks | Notes – 4th QUARTER 2024 | Status | Projected completion date | Completion date |
| Organize and report input, feedback, and recommendations from community members in reports to the Court and the Monitor | Document responses to questions raised in meetings and workshops | All questions should be documented via recordings or written notes. Questions for which staff does not have answers will be documented and answered at a later time. | Recurring | | |
| | Develop menu of recommendations based on feedback | | Not started | 9/30/24 | |

31

| | | | | |
|---|---|---|---|---|
| | **Submit quarterly reports to the Court on progress against milestones/timel ine** | **To be shared with the Monitor and the parties** | **In progress/Qu arterly** | **03/31/2 5** | |
| | **Submit Quarterly reports to the Monitor with information gathered from community members in group settings, including concerns, experiences and recommendatio ns** | **These reports will be submitted at the end of each quarter or as the Monitor recommends.** | **Recurring** | | |
| | **Submit reports to the Court, Parties, Monitor and Community Members on input, feedback and recommendatio ns to be distributed publicly** | **Third Quarterly Report was submitted and did not include anecdotal feedback from Community Members.** | **In Progress** | **03/31/2 5** | |
| | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| **Close the loop and return to community members as a follow-up to the reports to provide more context and get more feedback** | **Host quarterly Community Forums with the Monitor team** | **Quarterly community conversations will be held in each borough for the Monitor to interact with community and hear their feedback. Upon completion of CL's feedback loop, the CL/Monitor will go back to the community and speak about next steps and what happens to the information community provided.** | **In progress** | | |
| | **Updates via Constant Contact** | **Collect contact info for groups and individuals who participated in workshops or events, and send updates on CL activities, recommendations made, recommendations accepted, and other relevant follow-up information** | **Recurring** | | |
| | **Provide regular updates on feedback and recommendations on CL website as well as NYPD Monitor website** | **Updates will be posted and website and included in quarterly reports** | **Not started** | **3/30/25** | |

| | | | | | |
|---|---|---|---|---|---|
| | **Return to locations of prior Feedback sessions** | **Request follow up meetings to share progress on recommendations, and document additional feedback to ensure continuous support and updates on new information and experience** | **Not started** | **3/30/25** | |
| | | | | | |

**APPENDIX B**

**[Questions for Feedback Sessions]**

# Feedback Session Questions

## **Multiple choice questions**

1. How old are you?
   a. 15 and under
   b. 16-20
   c. 21-24
   d. 25-35
   e. 36-45
   f. 46-55
   g. 56 and over

2. What is your race?
   a. Black
   b. Asian/Pacific Islander
   c. White
   d. Indigenous American
   e. Mixed Race
   f. Prefer not to answer

3. What is your ethnicity

      a. Hispanic
      b. Non-Hispanic
      c. Prefer not to answer

4. What is your Gender?
      a. Male
      b. Female
      c. Other/non-binary
      d. Prefer not to answer

5. What is your zip code?
   (Fillable entry)

6. Have you had a police encounter or witnessed a police encounter in the last 2 years? If you have experienced both, please focus on your personal encounter(s) with police.
      a. Yes, had police encounter(s)
      b. Witnessed police encounter(s)
      c. No

(If you had an encounter or witnessed an encounter)

7. Did you have or witness one encounter, or multiple encounters in the last two years?
      a. I have had one police encounter in the last two years
      b. I have had multiple police encounters in the last two years
      c. I have witnessed one police encounter in the last two years
      d. I have witnessed multiple police encounters in the last two years

In regard to the most recent police encounter you either had or witnessed, please answer questions 8-26. If you experienced both, please focus on your most recent personal encounter with police.

8. Did the officer speak a language that you could understand?

9. When was this most recent encounter?
   (Fillable entry Month/Year)

10. Where did this encounter occur?
      a. On the street
      b. While driving or being a passenger in a car

    c. On school property
    d. On NYCHA property
    e. At a Private Residential Building
    f. Other

11. In what Precinct did the encounter occur, if known?
    (Drop down menu/fillable answer)

12. How many officers were involved in the encounter?

13. What time of day or night was the encounter?
    a. Morning
    b. Mid-day
    c. Afternoon
    d. Nighttime

14. If you know the location (i.e., street intersection, address or neighborhood) where the encounter occurred, please fill in below
    (Fillable answer)

15. Do you know what police unit was involved?
    (Drop down menu/fillable answer)

16. Were the officers in a marked car or unmarked car?
    a. Marked car
    b. Unmarked car
    c. The officer did not arrive in a car
    d. Not sure
17. Were the officers in uniform or street clothes?

Questions 18-31 are for persons who experienced their own encounter with a police officer

18. Did you feel free to leave (e.g., to walk away and not answer questions)?
    a. Yes
    b. No

19. Were you frisked during this encounter (in other words, did they pat down the outside of your clothing or any bag you were carrying)?
    a. Yes

    b.  No

    c.  Not Sure

20. Were you searched during this encounter (did the officers reach into your pocket, unzip your jacket or other clothing, or open your bag)?

    a.  Yes

    b.  No

    c.  Not Sure

21. If answered yes to question 17 or 18, did the encountering officer/s ask for consent or permission to search you?

    a.  Yes

    b.  No

    c.  Not sure

22. If you were asked for your consent to search or frisk, did you provide your consent?

    a.  Yes

    b.  No

23. If you were asked for your consent to search or frisk, did the officer inform you that they could only search you if you gave consent and you were free to say no/deny consent?

    a.  Yes

    b.  No

24. Did the encountering officer/s express professionalism and courtesy during this encounter?

    a.  Yes

    b.  No

25. Did the officers ask you for your ID?

    a.  Yes

    b.  No

26. Did you see whether the officer had a body worn camera attached to his uniform?  the officer's

    a.  Yes

    b.  No

    c.  Not sure

27. If you answered yes did you notice if his/her body-worn camera was turned on (there would have been a red light that was on the body-worn camera)?
    a.  Yes
    b.  No
    c.  Not sure

28. If you were stopped, did the officer explain why you were stopped?
    a.  Yes
    b.  No

29. Do you think the police had a good reason for stopping you?
    a.  Yes
    b.  No
    c.  Not sure

30. Did police offer you a business card?
    a.  Yes
    b.  No

31. Were you with others?
    a.  Yes
    b.  No

## **Anecdotal Collection Questions**

*Anyone who doesn't want to share their stories during this portion of the feedback session, is not obligated to. If you'd rather speak privately. Raise your hand and we will assist you/speak after.  We would like to also record this portion of the conversation, if you do not want to be recorded, please raise your hand.

1. For those who answered yes to having/witnessed a police encounter and were frisked or searched, can you tell us what you believe to be the reason for the encounter?
2. If the police provided an explanation for stopping you, what was the reason given?
3. If you answered no to not feeling free to leave during your encounter, please give us the reason(s) why?

4. During your/witnessed encounter, did the officer/s question you? What type of questions did they ask?

5. If you answered no to the question "Did the officer/s ask for consent to search?" Can you explain what happened when the officer/s decided to search you without your consent?

6. If you answered no to the question "Do you think the police had a good reason for stopping you?" Can you explain why you think that they did not have a good reason?

7. Did the officer use offensive language toward you/community member during this encounter? If so, explain in detail.

8. Were you arrested or issued a summons? If arrested or issued a summons, what was the reason?

9. Were you issued a desk appearance ticket or brought down to the police station but not arrested?

# APPENDIX C

# [2025 Timeline Format ]

| Task | Goal per quarter | First quarter | Second quarter | Third quarter | Fourth quarter | Year to Date |
|---|---|---|---|---|---|---|
| | | | | | | |
| Outreach meetings | | | | | | |
| Follow up | | | | | | |
| Info Sessions | 96 (8 per week) | | | | | |
| Feedack Sessions | 96 (8 per week) | | | | | |
| Train the Trainer sessions | 2 | | | | | |
| Community events with Monitor | 1 | | | | | |
| Virtual events/IG Live | 4 | | | | | |
| Social Media postings | 24 (2 per week) | | | | | |
| Newsletter | 1 | | | | | |
| Quarterly reports | 1 | | | | | |
| | | | | | | |
| Closing the Loop (revisiting orgs) | varies | | | | | |
| Meetings witih public officials | varies | | | | | |
| Attend relevant conferences and events | varies | | | | | |
| Attend meetings with NYPD, plaintiffs | varies | | | | | |
| | | | | | | |
| Details on benchmarks to be reported in Quarterly report narrative | | | | | | |