USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/24/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID FLOYD, et al., <br><br> Plaintiffs, <br><br> -against- <br><br> CITY OF NEW YORK, et al., <br><br> Defendants. | 08 Civ. 1034 (AT) |
| KELTON DAVIS, et al., <br><br> Plaintiffs, <br><br> -against- <br><br> CITY OF NEW YORK, et al., <br><br> Defendants. | 10 Civ. 699 (AT) |
| JAENEAN LIGON, et al., <br><br> Plaintiffs, <br><br> -against- <br><br> CITY OF NEW YORK, et al., <br><br> Defendants. | 12 Civ. 2274 (AT) |

## SECOND AMENDMENT TO
## COMPENSATION AGREEMENT REGARDING THE FEDERAL MONITOR

This Agreement by and between the City of New York and Federal Monitor Mylan Denerstein amends the Compensation Agreement Regarding the Federal Monitor that was so ordered by the Honorable Analisa Torres of the United States District Court, Southern District of New York on February 28, 2024 (*Floyd* Dkt. No. 925; *Ligon* Dkt. No. 545) ("the Agreement") for a second time.

## AMENDED FEES FOR MONITOR'S TEAM

**2.    Fees.**

    2.3 Fees for work performed by consultants, experts and other staff are charged at the hourly rates as set forth in Section 2.3 of the Agreement and shall be increased as follows:

        <u>Monitor's Team</u>
- 2.3.1    Richard Jerome, $425 per hour
- 2.3.2    Jane Perlov, $300 per hour
- 2.3.3    Anthony Braga, $300 per hour
- 2.3.4    Demosthenes Long, $300 per hour
- 2.3.5    Jennifer Eberhardt, $300 per hour
- 2.3.6    James E. McCabe, $300 per hour
- 2.3.7    John MacDonald, $300 per hour
- 2.3.8    James Yates, $300 per hour
- 2.3.9    Rudolph Hall, $300 per hour

    The following individual will be added to the Monitor's Team and will charge the hourly rate described below:

- 2.3.10    Susan Prosnitz, $300 per hour

    2.4 Fees for Expert Services.

        2.4.1    The cost for the study conducted by the CUNY Institute for State and Local Governance (ISLG) for January 1, 2023 through July 31, 2025, the projected completion date, as set forth in Section 2.4.1 of the Agreement and in Section 1.1 of the First Amendment to Compensation Agreement Regarding the Federal Monitor (*Floyd* Dkt. No. 941; *Ligon* Dkt. No. 560) ("the Amendment") shall be increased to $1,740,000.00.

**3.    CONTINUATION OF PREVIOUS AGREEMENT**

    3.1 Except as expressly set forth herein, all other terms of the Agreement and the First Amendment shall remain in full force and effect.

For the Monitor:

By: _____
Name: **Mylan Denerstein**, Federal Monitor
Date: June 16, 2025


For the City:

By: _____
Name: **Nancy Savasta**, Chief of Risk Management Division
Date: June 17, 2025


SO ORDERED.

Dated: June 24, 2025
New York, New York

_____
ANALISA TORRES
United States District Judge