USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _6/24/2025_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DAVID FLOYD, et al.,

        Plaintiffs,

-against-

CITY OF NEW YORK, et al.,

        Defendants.

08 Civ. 1034 (AT)

---

KELTON DAVIS, et al.,

        Plaintiffs,

-against-

CITY OF NEW YORK, et al.,

        Defendants.

10 Civ. 699 (AT)

---

JAENEAN LIGON, et al.,

        Plaintiffs,

-against-

CITY OF NEW YORK, et al.,

        Defendants.

12 Civ. 2274 (AT)

---

## FIRST AMENDMENT TO
## ORDER REGARDING COMMUNITY LIAISON COMPENSATION AGREEMENT

This Agreement, by and between **Germain Thompson** ("Community Liaison") and the **City of New York** ("City"), **amends** the Order Regarding Community Liaison Compensation Agreement ("the Compensation Agreement") previously entered into between Community Liaison Germain Thompson and the City and endorsed by the Court on January 17, 2023 (*Floyd* ECF No. 901). The purpose of this Amendment is to increase the salary of Community Liaison Germain Thompson, as directed by the Court. This amendment is effective immediately upon endorsement by the Court and unless sooner terminated (in whole or in part), shall end upon the termination by the Court of the Community Liaison's duties.

1. **PURPOSE**

    1.1 By Order dated December 16, 2022, the Honorable Analisa Torres, appointed a Community Liaison to assist and advise the federal monitor appointed to supervise the remedial stage of the above referenced matters (the "Monitor"). *See* Court Order dated December 16, 2022 (*Floyd* ECF No. 888) (hereinafter "Community Liaison Order"). Under the same Order, the Court approved the "Community Engagement Liaison Framework" submitted by the Monitor. *See Floyd* ECF No. 888-1 (the "Framework"). The Framework contemplates that the Community Liaison position will be full-time and shall be funded by the City.

    1.2 This Agreement amends the Compensation Agreement as set forth herein. To the extent any portion of the Compensation Agreement is unchanged by this Agreement, those provisions of the Compensation Agreement shall continue in full force and effect.

2. **INCREASED SALARY OF COMMUNITY LIAISON**

    2.1 <u>Increased salary for Community Liaison.</u> The City was informed by the Monitor that the Court ordered the increase of the salary of the Community Liaison, Germain Thompson, to $137,000 annually.

3. **INCREASED SALARY OF COMMUNITY LIAISON**

    3.1 The effective date for the salary increase under this Agreement for the Community Liaison will be July 1, 2025.

For the Community Liaison:

By: _____
Name: Germain Thompson
Title: Community Liaison
Date: 6/19/2025 _____

For the City:

By: _____
Name: Nancy Savasta
Title: Division Chief, Risk Management Division
Date: 6/20/25 _____

**SO ORDERED.**

Dated: June 24, 2025
       New York, New York

_____
ANALISA TORRES
United States District Judge