**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

Mylan L. Denerstein
Direct: +1 212.351.3850
Fax: +1 212.351.6350
MDenerstein@gibsondunn.com

October 14, 2025

<u>VIA ECF</u>

Honorable Analisa Torres
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY  10007-1312

Re:   *Floyd, et al. v. City of New York*, 08-CV-1034 (AT),
      *Ligon, et al. v. City of New York, et al.*, 12-CV-2274 (AT),
      *Davis, et al. v. City of New York, et al.*, 10-CV-0699 (AT),
      <u>Twenty-Sixth Report of the Independent Monitor</u>

Dear Judge Torres:

I am pleased to submit the Twenty-Sixth Report of the Independent Monitor. This report analyzes the New York Police Department's ("NYPD") accountability efforts, focusing on the effectiveness of audits by the NYPD's Quality Assurance Section, Early Intervention Program, and ComplianceStat. More detail and discussion can be found in the body of the report.

Respectfully,

*[signature: Mylan L. Denerstein]*

Mylan L. Denerstein
Independent Monitor

Attachment: Twenty-Sixth Report of the Independent Monitor