# Twenty-Seventh Report of the Independent Monitor

*Compliance Snapshot
of NYPD's Stop, Frisk, and Search Practices*

Mylan Denerstein

October 22, 2025

*Floyd, et al. v. City of New York, et al.*

*Ligon, et al. v. City of New York, et al.*

*Davis, et al. v. City of New York, et al.*

# Table of Contents

1. Lawfulness of Stops, Frisks, and Searches
2. NYPD Supervision
3. Underreporting
4. Stops and Arrests by NYPD Housing Bureau Officers

# Introduction

- This "visual snapshot" provides an update to the Monitor's Twenty-Fourth Report regarding the NYPD's level of compliance with the federal court's requirements in *Floyd v. City of New York*, *Ligon v. City of New York*, *and Davis v. City of New York*.

- The reporting period for this Report is the fourth quarter of 2024.

- In several slides, the data from the fourth quarter of 2024 is compared to the fourth quarter of 2023.

3

# Key Takeaways

- The snapshot reveals that most NYPD commands do not have compliance rates for lawful stops, frisks, and searches above 85% and that there has been little improvement in overall compliance compared to the fourth quarter of 2023.

- Notably, compliance was weak for self-initiated stops (i.e., those based on an officer's own observation), frisks, and searches.

- Underreporting remains a problem, and reviewing supervisors rarely identified any stop, frisk, or search as unlawful.

4

# 1. Lawfulness of Stops, Frisks, and Searches

- The Monitor's audits determined that in the fourth quarter of 2024:
    - 89% of reported *Terry* stops were lawful, 71% of frisks during *Terry* stops were lawful, and 73% of searches were lawful.
    - Although 96% of stops initiated by a 911 or 311 call were lawful, only 81% of self-initiated stops were lawful. Similarly, although 94% of frisks during a stop initiated by a 911 or 311 call were lawful, only 62% of frisks during self-initiated stops were lawful. Last, 81% of the searches during stops initiated by a 911 or 311 call were lawful, but only 60% of the searches during self-initiated stops were lawful.
- The NYPD's audits determined that 61% of NYPD's 98 commands had a compliance rate below 85% for frisks, and 69% of commands had a compliance rate below 85% for searches.

5



This chart shows the Monitor team's assessment of NYPD's compliance with the Fourth Amendment during reported stops, frisks, and searches. It compares data from the fourth quarter of 2024 to the fourth quarter of 2023. The assessment revealed little, if any, improvement year-over-year. In the fourth quarter of 2024, 89% of stops, 71% of frisks, and 73% of searches were assessed as lawful. Compared to the fourth quarter of 2023, compliance decreased on the lawfulness of the stops and frisks and increased for searches.

Data Source: Monitor Audits of Stop Reports, N=100 per month.  Total Stop Reports prepared = 4Q2023: 1,694, 4Q2024: 2,686



This chart shows the Monitor's assessment of the lawfulness of NYPD reported stops, frisks, and searches by quarter from the 3Q2023 to the 4Q2024. In the fourth quarter of 2024, 89% of stops, 71% of frisks, and 73% of searches were assessed as lawful.

Data Source: Monitor Audits of Stop Reports, N=100 per month



This chart shows the Monitor team's assessment of the lawfulness of NYPD reported stops based on whether the stop was initiated by a radio run from a 911 or 311 call (RR) (N=189 in 4Q2023 and N=127 in 4Q2024), by in-person information from a complainant or witness (CW) (N=31 in 4Q2023 and N=30 for 4Q2024), or was self-initiated (SI) by the officer (N=80 in 4Q2023 and N=143 in 4Q2024). In the fourth quarter of 2024, 96% of radio run stops were lawful, 100% of stops based on complainant information were lawful, and 81% of self-initiated stops were lawful, showing no change from the fourth quarter of 2023.

Data Source: Monitor Audits of Stop Reports, N=100 per month

8



This chart shows the Monitor team's assessment of the lawfulness of NYPD frisks based on how the stop was initiated, comparing the fourth quarter of 2024 to the fourth quarter of 2023. In the fourth quarter of 2024, the Monitor team found that frisks during stops based on radio runs (RR) (N=107 in 4Q2023 and N=57 in 4Q2024) or information from complainants or witnesses (CW) (N=9 in 4Q2023 and 7 in 4Q2024) were lawful much more frequently than frisks based on self-initiated stops (SI) (N=47 in 4Q2023 and N=72 in 4Q2024).

Data Source: Monitor Audits of Stop Reports, N=100 per month

9



This chart shows the Monitor team's assessment of the lawfulness of NYPD searches based on how the stop was initiated, comparing the fourth quarter of 2024 to the fourth quarter of 2023. In the fourth quarter of 2024, 81% of radio run (RR) searches (N=73 in 4Q2023 and N=61 in 4Q2024) were lawful, 94% of searches based on complainant information (CW) (N=15 in 4Q2023 and N=17 in 4Q2024) were lawful, but only 60% of searches based on officers' self-initiated observations (SI) (N=47 in 4Q2023 and N=72 in 4Q2024) were lawful.

Data Source: Monitor Audits of Stop Reports, N=100 per month

10



The NYPD Quality Assurance Section reviews commands' compliance with the Fourth Amendment, including Housing Bureau's Police Service Areas and Transit Bureau's Transit Districts. This chart shows the percentage of commands in which the NYPD Quality Assurance Section has determined that at least 85% of the command's reported stops, frisks, or searches were lawful, comparing the fourth quarter of 2024 to the fourth quarter of 2023. For the fourth quarter of 2024, only 80% of commands had a compliance rate for stops greater than 85%; only 39% of commands had a compliance rate for frisks greater than 85%; and only 31% of commands had a compliance rate for searches greater than 85%. These figures show a decrease in the proportion of commands with an above-85% compliance rate for frisks and searches.

Data Source: QAS Quarterly Citywide Report on Stop Report Monitoring Audits.

# 2. NYPD Supervision

- NYPD supervisors repeatedly failed to identify unlawful stops, frisks, and searches.
- In the fourth quarter of 2024, the Monitor found that 11% of the stops, 29% of the frisks, and 27% of the searches reviewed were unlawful. By contrast, the reviewing supervisors found that only 1% of the stops, 1% of the frisks, and 3% of the searches were unlawful.

Data Source: Monitor Audits of Stop Reports, N=100 per month

## Comparison of Varying Assessments Regarding Unlawful Stop, Frisk, and Search Rates (4Q2024)



This chart compares the Monitor's audits with the NYPD Quality Assurance Section (QAS) audits, audits by the NYPD commands themselves, and reviews by the first-line supervisors of the same stops in the fourth quarter of 2024. Audits by QAS have significantly improved and closely align with the Monitor's findings. Reviewing supervisors, however, approved close to 100% of all stops, frisks, and searches and barely identified any as unlawful. This is a critical gap.

Data Source: Monitor Audits of Stop Reports, N=100 per month

13

# 3.  Underreporting

- In the Monitor's audits for underreporting in the fourth quarter of 2024 the Monitor identified 40 stops, whereas only 29 stops reports were completed. Therefore, for 28% of stops identified in the Monitor's audit, NYPD officers did not complete a stop report when they should have.

- The Monitor's audits showed a slight improvement in stop reporting from the fourth quarter of 2023, when 37% of stops identified in the Monitor's audits were unreported.

Data Source: Monitor Audits of Stop Reports, N=40 4Q2024

14



**Percentage of Stops Not Reported
4Q2023 v. 4Q2024**

- 4Q2023: 37%
- 4Q2024: 28%

This chart shows the results of the Monitor team's audits of body-worn camera (BWC) videos to identify stops that were not documented, comparing the fourth quarter of 2024 to the fourth quarter of 2023. In the fourth quarter of 2024, officers failed to complete stop reports in 28% of stops identified in the audit. This assessment does not account for instances during which BWCs were not activated, as it is not possible to estimate how many stops occurred when officers did not activate their BWCs.

Data Source: Monitor Quarterly Audit of Investigative Encounter BWC videos, N=225 per quarter

15

# 4.  Stops and Arrests by NYPD Housing Bureau Officers

- Compliance rates during Housing Bureau Officer encounters for the fourth quarter of 2024:
    - 90% of reported stops were compliant
    - 81% of frisks were compliant
    - 79% of searches were compliant
- Compliance rates during trespass arrests for the fourth quarter of 2024:
    - 96% of approaches had an objective credible reason for the approach
    - 100% of arrests had probable cause for the arrest

16

## Lawfulness of New York City Housing Authority Encounters – 4Q2024



This slide shows the results of the Monitor's audits of reported stops and trespass arrests by the NYPD's Housing Bureau officers in the fourth quarter of 2024. In that quarter, 90% of stops, 81% of frisks, and 79% of searches were assessed as lawful. In that same period, compliance rates were high for trespass arrests in terms of officers having both an objective credible reason to approach (96% of encounters) and probable cause for the arrest (100% of encounters).

Data Source: Monitor Quarterly Audit of NYCHA Trespass Arrests (N=50) and Stop Reports (N=50)

17

# MONITOR TEAM

Mylan Denerstein, *Monitor*

| | |
|---|---|
| Richard Jerome, *Deputy Monitor* | John MacDonald |
| Susan Prosnitz, *Assistant Monitor* | James McCabe |
| Jennifer Eberhardt | Jane Perlov |
| Rudolph Hall | Anthony Braga |
| Demosthenes Long | James Yates |

nypdmonitor.org