# Twenty-Ninth Report of the Independent Monitor

*Compliance Snapshot
of NYPD's Stop, Frisk, and Search Practices*

Mylan Denerstein

February 26, 2026

*Floyd, et al. v. City of New York, et al.*

*Ligon, et al. v. City of New York, et al.*

*Davis, et al. v. City of New York, et al.*

# Table of Contents

- **Lawfulness of Stops, Frisks, and Searches**
- **NYPD Supervision**
- **Underreporting**
- **Body-Worn Camera Recording Compliance**
- **Stops and Arrests by NYPD Housing Bureau Officers**

2

# Introduction

- This "visual snapshot" provides an update to the Monitor's Twenty-Eighth Report regarding the NYPD's level of compliance with the Federal Court's requirements in *Floyd v. City of New York*, *Ligon v. City of New York*, and *Davis v. City of New York*.

- The reporting period for this Report is the second quarter, April-June, of 2025.

- In several slides, the data from the second quarter of 2025 is compared to the second quarter of 2024.

3

# Key Takeaways

- The NYPD's compliance in the second quarter of 2025 has not changed substantially from previous quarters.
    - Frisks and searches during stops continue to have unacceptably low compliance rates.
    - Self-initiated stops, frisks, and searches continue to have unacceptably low compliance rates.
    - Effective supervision of stops remains poor, with reviewing supervisors still failing to identify unlawful stops, frisks, and searches.
    - Underreporting, as determined by the Monitor's audits for April-June 2025, while improved, continues to occur at an unacceptable rate.
- Officers appear to be recording stop encounters in their entirety, an improvement from prior quarters.

4

# 1. Lawfulness of Stops, Frisks, and Searches

- The Monitor's audits found that in the second quarter of 2025:
    - 91% of reported *Terry* stops were lawful, 79% of frisks during *Terry* stops were lawful, and 77% of searches were lawful.
    - Self-initiated stops, where a stop is based on the officer's observation rather than a 911 or 311 call, were lawful 85% of the time. Frisks during self-initiated stops were lawful 71% of the time, and searches were lawful 60% of the time.
- The NYPD's Quality Assurance Section (QAS) audits found that in the second quarter of 2025, 87% of NYPD commands had a compliance rate greater than 85% for stops, 56% of commands had a compliance rate greater than 85% for frisks, and 44% of commands had a compliance rate greater than 85% for searches.   One-hundred percent compliance is the goal, but each command should be achieving compliance levels of at least 85% as a minimum.

5



**Compliance Rate with the Fourth Amendment**

| | 2Q2024 | 2Q2025 |
|---|---|---|
| % Stops Lawful | 89% | 91% |
| % Frisks Lawful | 75% | 79% |
| % Searches Lawful | 77% | 77% |

This chart shows the Monitor team's assessment of NYPD's compliance with the Fourth Amendment during reported stops, frisks, and searches. It compares data from the second quarter of 2025 to the second quarter of 2024. In the second quarter of 2025, 91% of stops, 79% of frisks, and 77% of searches were assessed as lawful. These figures suggest that compliance for stops and frisks may have increased slightly compared to the second quarter of 2024. However, these figures might not reflect a permanent improvement in NYPD compliance.

Data Source: Monitor Audits of Stop Reports, N=100 per month

6



This chart shows the Monitor's assessment of the lawfulness of NYPD reported stops, frisks, and searches by quarter from 3Q2023 to 2Q2025. In the second quarter of 2025, 91% of stops, 79% of frisks, and 77% of searches were assessed as lawful.

Data Source: Monitor Audits of Stop Reports, N=100 per month



This chart shows the Monitor team's assessment of the lawfulness of NYPD reported stops based on whether the stop was initiated by a radio run from a 911 or 311 call (RR) (N=120 in 2Q2024 and N=155 in 2Q2025), by in-person information from a complainant or witness (CW) (N=34 in 2Q2024 and N=22 in 2Q2025), or was self-initiated (SI) by the officer (N=146 in 2Q2024 and N=123 in 2Q2025). In the second quarter of 2025, 96% of radio run stops were lawful, 96% of stops based on complainant information were lawful, and 85% of self-initiated stops were lawful.

Data Source: Monitor Audits of Stop Reports, N=100 per month

8



**Lawfulness of Frisk by Type of Stop**

This chart shows the Monitor team's assessment of the lawfulness of NYPD frisks based on how the stop was initiated, comparing the second quarter of 2025 to the second quarter of 2024. In the second quarter of 2025, the Monitor team found that frisks during stops based on radio runs (RR) (N=58 in 2Q2024 and N=53 in 2Q2025) were deemed lawful at a higher percentage than frisks during complainant/witness stops (CW) (N=14 in 2Q2024 and N=8 in 2Q2025), or frisks during self-initiated stops (SI) (N=113 in 2Q2024 and N=91 in 2Q2025).

Data Source: Monitor Audits of Stop Reports, N=100 per month

9



**Lawfulness of Search by Type of Stop**

This chart shows the Monitor team's assessment of the lawfulness of NYPD searches based on how the stop was initiated, comparing the second quarter of 2025 to the second quarter of 2024. In the second quarter of 2025, 86% of searches based on radio runs (RR) (N=68 in 2Q2024 and N=78 in 2Q2025) were lawful and 88% of searches based on complainant information (CW) (N=18 in 2Q2024 and N=16 in 2Q2025) were lawful, but only 60% of searches based on officers' self-initiated observations (SI) (N=72 in 2Q2024 and N=52 in 2Q2025) were lawful.

Data Source: Monitor Audits of Stop Reports, N=100 per month

10



The NYPD QAS reviews commands' compliance with the Fourth Amendment, including Housing Bureau's Police Service Areas and Transit Bureau's Transit Districts. This chart shows the percent of commands in which the NYPD QAS has determined that at least 85% of the command's reported stops, frisks, or searches were lawful, comparing the second quarter of 2025 to the second quarter of 2024. For the second quarter of 2025, 87% of commands had a compliance rate for stops greater than 85%; 56% of commands had a compliance rate for frisks greater than 85%; and 44% of commands had a compliance rate for searches greater than 85%. Compared to the second quarter of 2024, there has been improvement in the percentage of commands with compliance rates greater than 85%.

Data Source: QAS Quarterly Citywide Report on Stop Report Monitoring Audits. In both 2Q2024 and 2Q2025, QAS audited all 132 individual commands. QAS audited 2,585 stop reports in 2Q2024 and 2,654 stop reports in 2Q2025.

11

# 2. NYPD Supervision

- NYPD supervisors repeatedly failed to identify unlawful stops, frisks, and searches.

- In the second quarter of 2025, the Monitor found that 9% of the stops, 21% of the frisks, and 23% of the searches reviewed were unlawful. By contrast, the reviewing supervisors found that only 2% of stops, 4% of frisks, and 4% of searches were unlawful.



This chart compares the Monitor's audits with the NYPD QAS audits, audits by the NYPD commands themselves, and reviews by the first-line supervisors in the second quarter of 2025. The figures show that first-line supervisors approved nearly 100% of all stops, frisks, and searches. These rates sharply diverge from those determined in the Monitor team's and QAS audits and suggest that insufficient supervision remains a serious problem in reaching Fourth Amendment compliance.

Data Source: Monitor Audits of Stop Reports, N=100 per month, QAS audits, and NYPD command self-inspections

13

# 3. Underreporting

- For 27% of stops identified in the Monitor's audit for underreporting in second quarter 2025 (11 of the 40 stops identified), NYPD officers did not complete a stop report when they should have.

- This represented a decrease in underreporting from the second quarter of 2024, for which the Monitor's audits found that 37% of stops were unreported.   This suggests that stop reporting may be improving.





These charts shows the results of the Monitor team's audits of body-worn camera (BWC) videos to identify stops that were not documented on a stop report. The chart on the left compares the second quarter of 2025 to the second quarter of 2024. In the second quarter of 2025, officers failed to complete stop reports in 27% of stops identified in the audit. The chart on the right shows the trend in stop documentation. This assessment does not account for instances where BWCs were not activated, as it is not possible to estimate how many stops occurred when officers did not activate their BWCs.

Data Source: Monitor Quarterly Audit of Investigative Encounter (N=225) and Crimes in Progress (N=100) BWC videos

15

# 4. BWC Recording Compliance

- In the second quarter of 2025, for 96% of stops identified in the Monitor's audit, the NYPD properly recorded the stop in its entirety.

- This is higher than the second quarter of 2024, when the NYPD properly recorded 92% of stops in their entirety.

16




These charts show the results of the Monitor team's audits of BWC videos to identify when stop encounters were recorded completely by officers. The figure on the left compares the second quarter of 2025 to the second quarter of 2024. In the second quarter of 2025, officers recorded stop encounters in their entirety 96% of the time. The figure on the right shows the trend in overall improvement.

Data Source: Monitor Monthly Audit of Stop Reports, N=100 per month

17

# 5. Stops and Arrests by NYPD Housing Bureau Officers

- Compliance rates during Housing Bureau Officer encounters for the second quarter of 2025:
    - 82% of reported stops were compliant.
    - 84% of frisks were compliant.
    - 80% of searches were compliant.

- Compliance rates during trespass arrests for the second quarter of 2025:
    - 98% of approaches had an objective credible reason for the approach.
    - 100% of arrests had probable cause for the arrest.

18



This slide shows the results of the Monitor's audits of reported stops and trespass arrests by the NYPD's Housing Bureau officers in the second quarter of 2025 compared to the second quarter of 2024. In the second quarter of 2025, 82% of stops, 84% of frisks, and 80% of searches were assessed by the Monitor's team as lawful. In that same period, compliance rates were high for trespass arrests in terms of both an objective credible reason to approach (98% of encounters) and probable cause for the arrest (100% of encounters).

Data Source: Monitor Quarterly Audit of NYCHA Trespass Arrests (N=50) and Stop Reports (N=50)

19

# MONITOR TEAM

Mylan Denerstein, *Monitor*

| | |
|---|---|
| Richard Jerome, *Deputy Monitor* | John MacDonald |
| Anthony Braga | James McCabe |
| Jennifer Eberhardt | Jane Perlov |
| Rudolph Hall | Susan Prosnitz |
| Demosthenes Long | James Yates |

nypdmonitor.org