

**STEVEN BANKS**
Corporation Counsel

THE CITY OF NEW YORK
## LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, N.Y. 10007

**TOBIAS E. ZIMMERMAN**
phone: (212) 356-2423
fax: (212) 356-3509
tzimmerm@law.nyc.gov

March 20, 2026

<u>**VIA ECF**</u>
Honorable Analisa Torres
United States District Judge
United States District Court
 for the Southern District of New York
500 Pearl Street
New York, New York 10007-1312

Re:   *Floyd, et al. v. City of New York*, No. 08 Civ. 1034 (AT);
      *Davis, et al. v. City of New York, et al.*, No. 10 Civ. 0699 (AT);
      *Ligon, et al. v. City of New York, et al.*, No. 12 Civ. 2274 (AT).

Your Honor:

I am a Senior Counsel in the Office of Steven Banks, Corporation Counsel for the City of New York, and one of the attorneys assigned to the defense of the above-captioned matters. The City Defendants respectfully request that the Court endorse the attached Third Amendment to Compensation Agreement Regarding the Federal Monitor which has been executed by the Monitor and the City.

The purpose of this new Amendment is to raise the fee the Monitor receives to $100,000 per month.

The City thanks the Court for its attention to this matter.

Respectfully submitted,

Tobias E. Zimmerman
*Senior Counsel*
Special Federal Litigation Division

Encl.
cc:   All Counsel (**via ECF**)