UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID FLOYD, *et al.*,

                    Plaintiffs,

      -against-                         08 Civ. 1034 (AT)

CITY OF NEW YORK, *et al.*,

                    Defendants.

KELTON DAVIS, *et al.*,

                    Plaintiffs,

      -against-                         10 Civ. 699 (AT)

CITY OF NEW YORK, *etal.*,

                    Defendants.

JAENEAN LIGON, *et al.*,

                    Plaintiffs,

      -against-                      12 Civ. 2274 (AT)

CITY OF NEW YORK, *et al.*,

                    Defendants.

## THIRD AMENDMENT TO COMPENSATION AGREEMENT REGARDING THE FEDERAL MONITOR

This Agreement, by and between Mylan Denerstein (Monitor) and New York City (City) amends the Compensation Agreement Regarding the Federal Monitor that was So Ordered by the Honorable Analisa Torres of the Southern District of New York on February 28, 2024 *(Floyd* Dkt. No. 925; *Ligon* Dkt. 545) for the third time. This amended Agreement is effective as of March 1, 2026 and, unless sooner terminated, shall terminate upon the termination by the Court of the Monitor's duties.

**2. FEES**

    2.2 <u>Monitor legal fees from March 1, 2026. going forward</u>. The fee for the Monitor's service will be $100,000 monthly. There will be no additional fees for other personnel from Gibson, Dunn and Crutcher, LLP, (Gibson Dunn) who are currently contemplated to participate in monitor work.

**For the Monitor:**

By: _____

Name: Mylan Denerstein, Monitor

Date: March 20, 2026

**For the City:**

By: _____

Name: Nancy Savasta

Title: Division Chief

Date: March 20, 2026

SO ORDERED.

Dated: _____,    2026
New York, New York


_____
ANALISA TORRES
United States District Judge