

# 30th Report of the Independent Monitor

## *Compliance Snapshot of NYPD's Stop, Frisk, and Search Practices*

Mylan Denerstein

June 29, 2026

*Floyd, et al. v. City of New York, et al.*

*Davis, et al. v. City of New York, et al.*

# Table of Contents

- **Lawfulness of Stops, Frisks, and Searches**
- **NYPD Supervision**
- **Underreporting**
- **Body-Worn Camera Recording Compliance**
- **Stops and Arrests by NYPD Housing Bureau Officers**

# Introduction

- This "visual snapshot" provides an update to the Monitor's Twenty-Ninth Report regarding the NYPD's level of compliance with the Federal Court's requirements in *Floyd v. City of New York* and *Davis v. City of New York*.

- The reporting period for this Report is the third quarter of 2025, July-September.

- In several slides, the data from the third quarter of 2025 is compared to the third quarter of 2024.

# Key Takeaways

- The NYPD's compliance in the third quarter of 2025 shows minimal improvements from the same quarter in 2024.

- There is a higher percentage of commands with stop compliance rates over 85% compared to the third quarter of 2024.

- Search compliance rates continue to be low and far below acceptable levels.

- Self-initiated stop compliance rates have improved over time, with a Department-wide compliance rate of 87% for the third quarter 2025.

# Key Takeaways (con't)

- Effective supervisor review of stops remains poor, with little to no improvement in supervisors identifying unlawful stops, frisks, and searches.

- Underreporting has decreased slightly; however, it continues to occur at an unacceptable rate, likely affecting the accuracy of stop, frisk, and search compliance rates.

- From March 2023, to March 2026, no stops from the Citywide Community Response Team (CW-CRT) were audited by the NYPD Quality Assurance Section (QAS).

- Compliance for Housing Bureau officers was low, particularly with respect to searches.

# 1. Lawfulness of Stops, Frisks, and Searches

- The Monitor's audits found that in the third quarter of 2025:

  - 94% of reported *Terry* stops were lawful, 81% of frisks during *Terry* stops were lawful, and 74% of searches were lawful.*

  - Self-initiated stops, where a stop is based on the officer's observation rather than a 911 or 311 call, were lawful 87% of the time.  Frisks during self-initiated stops were lawful 68% of the time, and searches were lawful 66% of the time.

- The NYPD's Quality Assurance Section ("QAS") audits found that in the third quarter of 2025, 90% of NYPD commands had a compliance rate greater than 85% for stops, 68% of commands had a compliance rate greater than 85% for frisks, and 50% of commands had a compliance rate greater than 85% for searches.

*While assembling the data for this snapshot, the Monitor determined that no stops from CW-CRT were being audited by the NYPD QAS in 2025, and that from March 2023 to March 2026, QAS never audited stops by this command.  The Monitor requested and assessed a sample of 100 of these stops; the results of this assessment are included in the findings in this snapshot.

# Compliance Rate with the Fourth Amendment



This chart shows the Monitor team's assessment of NYPD's compliance with the Fourth Amendment during reported stops, frisks, and searches.  It compares data from the third quarter of 2025 to the third quarter of 2024.  In the third quarter of 2025, 94% of stops, 81% of frisks, and 74% of searches were assessed as lawful.  These figures suggest that compliance for stops and frisks may have increased slightly compared to the third quarter of 2024, whereas there was a slight decrease in compliance for searches.  However, these figures might not reflect a permanent improvement in NYPD compliance.

Data Source: Monitor Audits of Stop Reports, N=100 per month; 3Q2025 stops include 22 CRT

## Overall Compliance Rate with the Fourth Amendment



This chart shows the Monitor's assessment of the lawfulness of NYPD reported stops, frisks, and searches by quarter from the third quarter of 2023 to the third quarter of 2025.

Data Source: Monitor Audits of Stop Reports, N=100 per month; 3Q2025 stops include 22 CRT

## Lawfulness by Type of Stop



This chart shows the Monitor team's assessment of the lawfulness of NYPD reported stops based on whether the stop was initiated by a radio run from a 911 or 311 call (RR) (N=130 in 3Q2024 and N=164 in 3Q2025), by in-person information from a complainant or witness (CW) (N=28 in 3Q2024 and N=36 in 3Q2025), or was self-initiated (SI) by the officer (N=142 in 3Q2024 and N=122 in 3Q2025).  In the third quarter of 2025, 98% of radio run stops were lawful, 100% of stops based on complainant information were lawful, and 87% of self-initiated stops were lawful.

Data Source: Monitor Audits of Stop Reports, N=100 per month; 2025 stops include 22 CRT



This chart shows the Monitor team's assessment of the lawfulness of NYPD frisks based on how the stop was initiated, comparing the third quarter of 2025 to the third quarter of 2024.  In the third quarter of 2025, the Monitor team found that frisks during stops based on radio runs (RR) (N=54 in 3Q2024 and N=60 in 3Q2025) and frisks during complainant/witness stops (CW) (N=10 in 3Q2024 and N=11 in 3Q2025) were lawful at a higher percentage than frisks during self-initiated stops (SI) (N=117 in 3Q2024 and N=79 in 3Q2025).

Data Source: Monitor Audits of Stop Reports, N=100 per month; 3Q2025 stops include 22 CRT

## Lawfulness of Search by Type of Stop



This chart shows the Monitor team's assessment of the lawfulness of NYPD searches based on how the stop was initiated, comparing the third quarter of 2025 to the third quarter of 2024.  In the third quarter of 2025, 76% of searches based on radio runs (RR) (N=60 in 3Q2024 and N=69 in 3Q2025) were lawful and 83% of searches based on complainant information (CW) (N=16 in 3Q2024 and N=24 in 3Q2025) were lawful, but only 66% of searches based on officers' self-initiated observations (SI) (N=76 in 3Q2024 and N=50 in 3Q2025) were lawful.

Data Source: Monitor Audits of Stop Reports, N=100 per month; 3Q2025 stops include 22 CRT

# Percentage of NYPD Commands with Greater than 85% Compliance Rates



The NYPD Quality Assurance Section (QAS) reviews commands' compliance with the Fourth Amendment, including Housing Bureau's Police Service Areas and Transit Bureau's Transit Districts.  This chart shows the percent of commands in which the NYPD QAS has determined that at least 85% of the command's reported stops, frisks, or searches were lawful, comparing the third quarter of 2025 to the third quarter of 2024.  For the third quarter of 2025, 90% of commands had a compliance rate for stops greater than 85%; 68% of commands had a compliance rate for frisks greater than 85%; and 50% of commands had a compliance rate for searches greater than 85%.  Compared to the third quarter of 2024, there has been improvement in the percentage of commands with compliance rates greater than 85%.

Data Source: QAS Quarterly Citywide Report on Stop Report Monitoring Audits.  In both 3Q2024 and 3Q2025, QAS audited all 132 individual commands.  QAS audited 2,705 stop reports in 3Q2024 and 2,418 stop reports in 3Q2025.

# 2. NYPD Supervision

- NYPD supervisors repeatedly failed to identify unlawful stops, frisks, and searches.

- In the third quarter of 2025, the Monitor found that 6% of stops, 18% of frisks, and 27% of searches reviewed were unlawful.  By contrast, the reviewing supervisors found that only 1% of stops, 4% of frisks, and 7% of searches were unlawful.

## Comparison of Compliance Assessments of Unlawful Stop, Frisk, and Search Rates (3Q2025)



This chart compares the Monitor's audits with the NYPD QAS audits, audits by the NYPD commands themselves, and reviews by the first-line supervisors in the third quarter of 2025.  The figure shows that first-line supervisors approved nearly 100% of all stops, frisks, and searches.  **These rates sharply diverge from those determined in the Monitor team's and QAS audits and suggest that insufficient supervision remains a serious problem in reaching Fourth Amendment compliance.**

Data Source: Monitor Audits of Stop Reports, N=100 per month, QAS audits, and NYPD command self-inspections

# 3. Underreporting

- For 29% of stops identified in the Monitor's audit for underreporting in the third quarter 2025 (10 of the 35 stops identified), NYPD officers did not complete a stop report when they should have.

- This represented a decrease in underreporting from the third quarter of 2024, for which the Monitor's audits found that 47% of stops were unreported.  This suggests that stop reporting may be improving.







These charts shows the results of the Monitor team's audits of body-worn camera (BWC) videos to identify stops that were not documented on a stop report. The chart on the left compares the third quarter of 2025 to the third quarter of 2024.  In the third quarter of 2025, officers failed to complete stop reports in 29% of stops identified in the audit.  The chart on the right shows the trend in stop documentation.  This assessment does not account for instances where BWCs were not activated, as it is not possible to estimate how many stops occurred when officers did not activate their BWCs.

Data Source: Monitor Quarterly Audit of Investigative Encounter (N=225) and Crimes in Progress (N=100) BWC videos

16

# 4. BWC Recording Compliance

- In the third quarter of 2025, for 96% of stops identified in the Monitor's audit, the NYPD properly recorded the stop in its entirety.

- This is higher than the third quarter of 2024, when the NYPD properly recorded 90% of stops in their entirety.



### Percentage of Stops Recorded in Their Entirety

### Trend in Stops Recorded in Their Entirety

This chart shows the results of the Monitor team's audits of body-worn camera (BWC) videos to identify when stop encounters were recorded completely by officers. The figure on the left compares the third quarter of 2025 to the third quarter of 2024. In the third quarter of 2025, officers recorded stop encounters in their entirety 96% of the time.

Data Source: Monitor Monthly Audit of Stop Reports, N=100 per month

# 5.  Stops and Arrests by NYPD Housing Bureau Officers

- Compliance rates during Housing Bureau encounters for the third quarter of 2025:

  - 82% of reported stops were compliant.

  - 75% of frisks were compliant.

  - 43% of searches were compliant.

- Compliance rates for Housing Bureau encounters are lower than the rest of the NYPD.  Also, there was a sharp decline in the percentage of searches found lawful from the second quarter of 2025 to the third quarter of 2025.

- Compliance rates during trespass arrests for the third quarter of 2025:

  - 96% of approaches had an objective credible reason for the approach.

  - 96% of arrests had probable cause for the arrest.

## Lawfulness of New York City Housing Authority Encounters



This slide shows the results of the Monitor's audits of reported stops and trespass arrests by the NYPD's Housing Bureau officers in the third quarter of 2025 compared to the third quarter of 2024.  In the third quarter of 2025, 82% of stops, 75% of frisks, and 43% of searches were assessed by the Monitor's team as lawful.  In that same period, compliance rates were high for trespass arrests in terms of both an objective credible reason to approach (96% of encounters) and probable cause for the arrest (96% of encounters).

Data Source: Monitor Quarterly Audit of NYCHA Trespass Arrests (N=50) and Stop Reports (N=50)

# Lawfulness of New York City Housing Authority Encounters



This chart shows the Monitor's assessment of the lawfulness of NYPD reported stops, frisks, and searches by quarter that occurred in New York City Housing Authority locations from the first quarter of 2024 to the third quarter of 2025.

Data Source: Monitor Audits of Stop Reports, N=50 per quarter

# MONITOR TEAM

Mylan Denerstein, *Monitor*

Richard Jerome, *Deputy Monitor*

John MacDonald

Anthony Braga

James McCabe

Jennifer Eberhardt

Jane Perlov

Rudolph Hall

Susan Prosnitz

Demosthenes Long

James Yates

nypdmonitor.org