GIBSON DUNN

Mylan L. Denerstein
Partner
T: +1 212.351.3850
M: +1 718.869.1671
mdenerstein@gibsondunn.com

September 22, 2026

**VIA ECF**

The Honorable Analisa Torres
United States District Judge
United States District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re: *Floyd, et al. v. City of New York*, 08-CV-1034 (AT),
*Davis, et al. v. City of New York, et al.*, 10-CV-0699 (AT),
Community Liaison

Dear Judge Torres:

Please find attached the Community Liaison's Second Quarterly Report for 2026. I am filing this report on behalf of the Community Liaison, Germain Thompson, at the request of the Court and in my role as the Federal Monitor.

Respectfully submitted,

Mylan L. Denerstein
Independent Monitor

Attachment: Cover Letter from Germain Thompson; Second Quarterly Report of 2026