GIBSON DUNN

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

Mylan L. Denerstein
Direct: +1 212.351.3850
Fax: +1 212.351.6350
MDenerstein@gibsondunn.com

October 6, 2026

**VIA ECF**

Honorable Analisa Torres
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re: *Floyd, et al. v. City of New York*, 08-CV-1034 (AT),
*Davis, et al. v. City of New York, et al.*, 10-CV-0699 (AT),
Monitor's Corrected Thirty-Third Report – Report on Underreporting

Dear Judge Torres:

I am submitting the attached Monitor's Corrected Thirty-Third Report on Underreporting. This corrected report is necessary because the New York Police Department identified an error in the previous version's calculation for reweighting the Monitor's audits. The error makes a material difference in the number of missing stops and the compliance rates. In this corrected report, the number of missing stops for the 2025 data is a little over 5,500 instead of 9,600, and the compliance rate for the year increases from 73% to 82%.

The error occurred in reweighting the Monitor's audit results when the weights were applied twice instead of just once. The weighted missing count for each stratum was divided a second time by that stratum's own number of audits (for example, 200 for Level 1) instead of by the total sample of audits (900, or 1,300 in 2025). It was also multiplied by the stratum's population instead of the total. This resulted in applying the weights for the different categories twice: once when multiplying by the population size in the table, and again when multiplying by the weight in the table. Applying the weights twice resulted in overstating the number of missing stops.

GIBSON DUNN



A summary of the corrected results is included in the table below. The report has been updated to reflect the corrected data.

| **Year** | **Missing stop reports (report → corrected)** | **Compliance (report → corrected)** |
|---|---|---|
| 2022 | 27,402 → 10,014 | 36% → 60% |
| 2023 | 14,488 → 6,868 | 55% → 72% |
| 2024 | 11,646 → 5,482 | 69% → 82% |
| 2025 | 9,641 → 5,524 | 73% → 82% |

Respectfully submitted,

Mylan L. Denerstein
Independent Monitor

Attachment: Corrected Thirty-Third Report of the Independent Monitor