USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/2/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID FLOYD, *et al.*,

Plaintiffs,

-against-

CITY OF NEW YORK, *et al.*,

Defendants.

08 Civ. 1034 (AT)

KELTON DAVIS, *et al.*,

Plaintiffs,

-against-

CITY OF NEW YORK, *et al.*,

Defendants.

10 Civ. 699 (AT)

JAENEAN LIGON, *et al.*,

Plaintiffs,

-against-

CITY OF NEW YORK, *et al.*,

Defendants.

12 Civ. 2274 (AT)

# FOURTH AMENDMENT TO COMPENSATION AGREEMENT REGARDING THE FEDERAL MONITOR

This Agreement, by and between Mylan Denerstein (Monitor) and New York City (City) amends the Compensation Agreement Regarding the Federal Monitor that was So Ordered by the Honorable Analisa Torres of the Southern District of New York on February 28, 2024 (*Floyd* Dkt. No. 925; *Ligon* Dkt. 545) for the fourth time. This amended Agreement is effective as of the last date signed below (Start Date) and, unless sooner terminated, shall terminate upon the termination by the Court of the Monitor's duties.

## 2. FEES

2.3 **<u>Researchers for AI Project.</u>**

2.3.11 Rob Voigt, $200 per hour
2.3.12 Nick Camp, $200 per hour
2.3.13 Dan Sutton, $200 per hour

The following individual will be added to the Monitor's Team as a researcher for the Neighborhood Safety Team Study and will charge the hourly rate described below not to exceed ten (10) hours per week:

2.3.14 Lisa Barao, $200/hour

2.4.6 The Stanford Study used Acolad, for transcriptions of body-worn camera videos. The cost of the transcriptions done by Acolad is $15,098.50. Accolade has prepared invoices directed to the New York City Law Department.

## 3. CONTINUATION OF PREVIOUS AGREEMENT

3.1 Except as expressly set forth herein, all other terms of the Agreement and the First, Second, and Third Amendments shall remain in full force and effect.

**For the Monitor:**

By: Mylan L Denerstein

Name: Mylan Denerstein, Federal Monitor

Date: October 19, 2026

**For the City:**

By: ____________________

Name: Genevieve Nelson

Title: Deputy Chief, Special Federal Litigation Division

Date: ____________________

SO ORDERED.

Dated: November 2, 2026
New York, New York

ANALISA TORRES
United States District Judge